# TRANSCRIPT ORDER

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Vitold J. de Stronie |
| 2a. CONTACT PHONE NUMBER | (212) 878-8373 |
| 3. CONTACT EMAIL ADDRESS | vitold.destronie@cliffordchance.com |
| 1b. ATTORNEY NAME (if different) | Christopher J. Morvillo |
| 2b. ATTORNEY PHONE NUMBER | (212) 878-8000 |
| 3. ATTORNEY EMAIL ADDRESS | christopher.morvillo@cliffordchance.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Clifford Chance US LLP, 31 West 52 Street, New York, NY 10019 |
| 5. CASE NAME | US v. Lynch |
| 6. CASE NUMBER | 18 cr 577 |
| 7. COURT REPORTER NAME | Marla Knox |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☑ CRIMINAL, NON-APPEAL |

COURT USE ONLY
DUE DATE:

## 9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion) |
|---|---|---|---|
| 04/02/2019 | CRB | SC | Sealed portion only |

b. SELECT FORMAT(S) — PDF (email) selected

c. DELIVERY TYPE — HOURLY (2 hrs) selected

## 10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Please provide sealed portion of the transcript

## ORDER & CERTIFICATION (11. & 12.)

By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: Vitold J. de Stronie

12. DATE: 04/03/2019