1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3918
7      Fax: (510) 637-3724
       Email: robert.leach@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  No. CR 18-00577 CRB
                                           )
14       Plaintiff,                        )  NOTICE OF ATTORNEY APPEARANCE
                                           )
15     v.                                  )
                                           )
16  MICHAEL RICHARD LYNCH and              )
    STEPHEN KEITH CHAMBERLAIN,             )
17                                         )
         Defendants.                       )
18  _____)

19      Please take notice that the Assistant United States Attorney whose name, address, telephone

20  number, and email address are listed below is assigned to be additional counsel for the government:

21      ROBERT S. LEACH (CABN 196191)
        Assistant United States Attorney
22      1301 Clay Street, Suite 340S
        Oakland, California 94612
23      Telephone: (510) 637-3918
        Fax: (510) 637-3724
24      robert.leach@usdoj.gov

25

26  ///

27  ///

28  ///

NOTICE OF ATTORNEY APPEARANCE
CR 18-00577 CRB

1     Accordingly, the government respectfully requests the Clerk to update the docket sheet and other Court records so as to reflect that all future ECF filing, notices, correspondence, pleadings, and orders and communications from the Court will also be directed to Assistant United States Attorney Robert S. Leach per the contact information above.

DATED: April 10, 2019            Respectfully submitted,

                                      DAVID L. ANDERSON
United States Attorney

                                      /s/
ROBERT S. LEACH
Assistant United States Attorney