DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| STEPHEN KEITH CHAMBERLAIN, | |
| Defendant. | |

## **STIPULATION**

WHEREAS, on November 29, 2018, the Grand Jury returned an Indictment against Michael Richard Lynch and Stephen Keith Chamberlain, both residents of the United Kingdom;

WHEREAS, on February 4, 2019, defendant Chamberlain ("the defendant") appeared before the Court (with counsel specially appearing), was arraigned on the Indictment, and pleaded not guilty to all counts;

WHEREAS, at the February 4, 2019 hearing, the Court continued to matter to February 27, 2019, found that this matter is complex, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and found that the time from February 4, 2019, through February 27, 2019, shall be excluded from computation

1  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv) [ECF No. 12 at 27:11-12, 37:4-

2  38:3 & ECF No. 13];

3      WHEREAS, on February 27, 2019, the Court conducted a status conference in this matter [ECF

4  No. 17]; the defendant's appearance was waived [ECF No. 12 at 34-36];

5      WHEREAS, at the February 27, 2019 hearing, the Court continued the matter to April 2, 2019,

6  and found that the time from February 27, 2019, through April 2, 2019, shall be excluded from

7  computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv) [ECF No. 20 at

8  11:10-19 & ECF No. 17];

9      WHEREAS, on March 21, 2019, the Grand Jury returned a Superseding Indictment against

10  Lynch and Chamberlain [ECF No. 21];

11      WHEREAS, on April 2, 2019, the Court conducted a status conference in this matter, during

12  which the defendant was arraigned on the Superseding Indictment, the defendant pleaded not guilty to

13  all counts, the Court in camera addressed issues regarding representation of counsel with the defendant,

14  and the Court continued the matter to July 10, 2019, at 1:30 p.m. [ECF No. 23];

15      WHEREAS, at the April 2, 2019 hearing, with the defendant's consent, the Court found that the

16  time from April 2, 2019, through July 10, 2019, shall be excluded from computation under the Speedy

17  Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv), and that a failure to grant a continuance would deny

18  defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

19  of due diligence, and, under the circumstances, the ends of justice served by a continuance outweigh the

20  best interest of the public and the defendant in a speedy trial [ECF No. 23];

21      WHEREAS, a conflict has arisen for defense counsel, who are no longer available on July 10,

22  2019, because of another court commitment;

23      WHEREAS, the parties have conferred and respectfully request that the Court continue the July

24  10, 2019 status conference to July 17, 2019, at 1:30 p.m., and waive the defendant's personal

25  appearance;

26      WHEREAS, the parties stipulate and agree that an exclusion of time under the Speedy Trial Act,

27  from July 10, 2019, to July 17, 2019, is appropriate due to the complexity of the case and the need for

28  defense counsel to review relevant evidence and effectively prepare;

1    THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that

2    the status conference currently scheduled for July 10, 2019, be continued to July 17, 2019, at 10 a.m.

3    The parties stipulate and agree that excluding time until July 17, 2019, will allow for the effective

4    preparation of counsel given the complexity of the case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).  The

5    parties further stipulate and agree that the ends of justice served by excluding the time from July 10,

6    2019, to July 17, 2019, from computation under the Speedy Trial Act outweigh the best interests of the

7    public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).  The parties further

8    stipulate and agree the Court shall enter the proposed order below, which further memorializes the

9    Court's findings and exclusion orders.  The parties further stipulate and agree that the defendant's

10   personal appearance at the July 17, 2019 status conference may be waived.

11           IT IS SO STIPULATED.

12   DATED:  June 26, 2019                          DAVID L. ANDERSON
                                                    United States Attorney
13
                                                           /s/
14                                                  _____
                                                    ROBERT S. LEACH
15                                                  Assistant United States Attorney

16   DATED:  June 26, 2019                          BIRD, MARELLA, BOXER, WOLPERT,
                                                    NESSIM, DROOKS, LINCENBERG, & RHOW,
17                                                  P.C.

18
                                                           /s/
19                                                  _____
                                                    GARY S. LINCENBERG
20                                                  Attorneys for Defendant Stephen Chamberlain

21                              [~~PROPOSED~~] ORDER

22           Based upon the facts set forth in the stipulation of the parties and the representations made to the

23   Court, and for good cause shown, the status conference currently scheduled for July 10, 2019, shall be

24   continued to July 17, 2019, at 10 a.m.  The Court finds that failing to exclude the time from February 4,

25   2019, through July 17, 2019, would unreasonably deny defense counsel and the defendant the

26   reasonable time necessary for effective preparation, taking into account the exercise of due diligence and

27   the complexity of the case.  18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).  The Court further finds that the ends

28

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. CR 18-577 CRB

1    of justice served by excluding the time from February 4, 2019, through July 17, 2019, from computation

2    under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

3    Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February

4    4, 2019, through July 17, 2019, shall be excluded from computation under the Speedy Trial Act. 18

5    U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).  The defendant's personal appearance at the July 17, 2019 status

6    conference is waived.

7         IT IS SO ORDERED.

8    DATED:  July 1, 2019

9                                                    THE HONORABLE CHARLES R. BREYER
                                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 18-577 CRB