# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>　　　　Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE STATUS CONFERENCE TO JULY 17, 2019**<br><br>Assigned to Hon. Charles R. Breyer |

1  The Court, having read and considered the Unopposed *Ex Parte* Application
2  to Continue the Status Conference in this matter from July 10, 2019 to July 17, 2019
3  ("Application") filed by defendant Stephen Chamberlain, and good cause having
4  been shown, IT IS HEREBY ORDERED THAT:

5  Defendant Chamberlain's Application is GRANTED and the Status
6  Conference currently set for July 10, 2019, shall be rescheduled as to all parties to
7  10:00 a.m. on July 17, 2019.  Further, upon filing of a Notice of Waiver of
8  Appearance, Mr. Chamberlain is excused from appearing at the Status Conference.

10  DATED:  July 1, 2019

Honorable Charles R. Breyer
United States District Judge