Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith
Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **STEPHEN CHAMBERLAIN'S REPLY IN SUPPORT OF EX PARTE APPLICATION TO CLARIFY CONDITIONS OF BOND** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | Date:    September 25, 2019 |
| Defendants. | Time:    1:30 p.m. |
| | Crtrm.: 6, 17th Floor |
| | Assigned to Hon. Charles R. Brever |

## MEMORANDUM OF POINTS AND AUTHORITIES

The prosecutors assigned to this case and the FBI case agents have indeed diligently sought Mr. Chamberlain's parole into the United States so that he can attend court proceedings.  But on each occasion, their efforts have been stymied by bureaucratic red tape, which has resulted – as their filing acknowledges – in last minute approvals without any notice (literally hours before Mr. Chamberlain is scheduled to fly) and a complete lack of communication by the immigration authorities even to their FBI counterparts.  And although the prosecutors and FBI agents had no objection to Mr. Chamberlain's travel to the United States for other purposes (and attempted to secure authorization for such travel), apparently the immigration authorities have communicated a blanket refusal to even consider allowing Mr. Chamberlain to travel for other purposes.

The Court's bail order allows Mr. Chamberlain to reside in the UK and travel to any location that has an extradition treaty with the US.  ECF No. 14.  Here, Mr. Chamberlain merely seeks to travel *to the United States*, and seeks the assistance of the Court in potentially obtaining such authorization on a reasonable timeline and for travel in addition to that required for Court appearances.  Mr. Chamberlain has been forced to cancel travel because of the immigration authority's failure to timely communicate regarding authorization for his entry to the United States, and has incurred unnecessary expenses, time, and stress as a result.  In communications with counsel, the government has expressed its own frustrations about the process as it stands.  *See, e.g.,* Exhibit A (email chain regarding efforts to secure approval for travel).

Mr. Chamberlain does not seek special treatment.  He merely seeks the Court's assistance in obtaining clarification of his bail terms.  The entry of the requested order may positively impact the information entered into the immigration authority's databases, such that more timely authorizations, and complete communication with the FBI (and thus with Mr. Chamberlain) will occur.  The

1    requested order does not remove any discretion from ICE or any other government

2    agency.

3        Bond conditions are meant to be as least restrictive as possible.  Mr.

4    Chamberlain has voluntarily appeared in this matter and the Court set reasonable

5    conditions.  Mr. Chamberlain's efforts to do what is necessary for his employment –

6    including, as needed, travel to the United States – should be encouraged, as bond

7    conditions regularly require that defendants maintain gainful employment during the

8    pre-trial period.

9        Accordingly, Mr. Chamberlain respectfully requests that the Court enter the

10    order for clarification as requested, so that the immigration authorities understand

11    the Court's intentions in setting Mr. Chamberlain's bond conditions.

12

13

14    DATED:  October 8, 2019          Gary S. Lincenberg
                                        Bird, Marella, Boxer, Wolpert, Nessim,
15                                      Drooks, Lincenberg & Rhow, P.C.

16

17

18                          By:    s/*Gary S. Lincenberg*
                                   _____
19                                      Gary S. Lincenberg
                                   Attorneys for Defendant Stephen Keith
20                                 Chamberlain

21

22

23

24

25

26

27

28

STEPHEN CHAMBERLAIN'S REPLY IN SUPPORT OF EX PARTE APPLICATION TO CLARIFY
CONDITIONS OF BOND

# EXHIBIT "A"

| | |
|---|---|
| **From:** | Ariel A. Neuman |
| **To:** | Bryant, Alexandra E. (SF) (FBI); Bak, Sarah (SF) (FBI); Leach, Robert (USACAN) |
| **Cc:** | Gary S. Lincenberg |
| **Subject:** | RE: Chamberlain Travel |
| **Date:** | Monday, July 8, 2019 10:18:00 AM |

Alex / Bob,

Apparently the Embassy called Mr. Chamberlain early Monday morning from an unknown number. The woman calling left only a first name (Kim) and number for him to call them back.  When he returned the call, the number was the main switchboard for the Embassy and the switchboard would not put him through to anyone without a surname.  He ended up having to cancel the flights due to the lack of communication from ICE and the embassy.

We need to find a better way to handle this going forward.  I realize you and your team are working on this diligently, but there are obvious problems if each time, the travel arrangements are left until the last possible moment by ICE and then insufficient information is left for Mr. Chamberlain to actually obtain the necessary documents.  He does not live anywhere near the Embassy and so this is all a huge problem.

I am hoping your team can work with the ICE team to come up with a permanent solution so we don't run into this problem for future travel and court appearances.

Thanks,
Ariel


**From:** Bryant, Alexandra E. (SF) (FBI) <aebryant2@fbi.gov>
**Sent:** Sunday, July 7, 2019 9:56 AM
**To:** Bak, Sarah (SF) (FBI) <SBAK@fbi.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** Re: Chamberlain Travel

Ariel,

I have asked both the FBI in DC and London to check on the status with HSI. As of Friday HSI had not sent the paperwork to London. DC and London will check again first thing tomorrow with HSI and will reach out directly to Chamberlain for pickup just like last time.
As I said before this is an HSI/immigration process that we do not control. I'm sorry it is a frustrating process, but we are constantly checking in with HSI to try to get the paperwork.

Best,
Alex

-

On Jul 6, 2019 7:54 AM, "Ariel A. Neuman" <aneuman@birdmarella.com> wrote:

> Any word?  We are down to the last possible day,  again, even though they had months
> notice...
>
> Ariel A. Neuman
> aneuman@birdmarella.com
>
> Sent from my mobile device.
>
>
>
> On Tue, Jul 2, 2019 at 3:57 PM -0700, "Bryant, Alexandra E. (SF) (FBI)" <aebryant2@fbi.gov>
> wrote:
>
>> Hi Ariel,
>>
>> I have asked for an update from ICE. Hopefully I will know by tomorrow when they expect to
>> send the visa to the UK for pickup. I have made our London office aware this is coming.
>> Unfortunately this is a process done through ICE and we have little control over it. Thank you
>> for your patience. Finally I will speak to ICE about the August travel to see if this visa can cover it
>> as well.
>>
>> Best regards,
>>
>> SA Alexandra Bryant
>> San Francisco FBI
>> 415-553-5730
>>
>> **From:** Ariel A. Neuman [mailto:aneuman@birdmarella.com]
>> **Sent:** Tuesday, July 02, 2019 8:50 AM
>> **To:** Bryant, Alexandra E. (SF) (FBI) <aebryant2@fbi.gov>; Leach, Robert (USACAN)
>> <Robert.Leach@usdoj.gov>; Bak, Sarah (SF) (FBI) <SBAK@fbi.gov>
>> **Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
>> **Subject:** RE: Chamberlain Travel
>>
>> Following on the below, Mr. Chamberlain does want to come to the US as scheduled next week
>> in any event, so please let me know where things stand.
>>
>> Thanks.
>>
>> **From:** Ariel A. Neuman
>> **Sent:** Monday, July 1, 2019 8:12 PM

**To:** 'Bryant, Alexandra E. (SF) (FBI)' <aebryant2@fbi.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; 'sbak@fbi.gov' <sbak@fbi.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** FW: Chamberlain Travel

Alex/Sarah/Bob,

Following up on the below to confirm that the August travel will occur.  While it looks like next week will probably be off calendar, it is surprised that we have never heard anything about the travel arrangements given how close the date is.  Is there any way to smooth this process a bit?

Please let me know about the August travel, and for now, we should keep the July 10 travel going forward until we hear otherwise from the judge.

Thanks.

**From:** Ariel A. Neuman
**Sent:** Thursday, June 27, 2019 12:51 PM
**To:** 'Bryant, Alexandra E. (SF) (FBI)' <aebryant2@fbi.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** Chamberlain Travel

Alex,

As you may know, we are seeking court permission to move the status conference to July 17.  If that occurs, Mr. Chamberlain will not travel to the US in July.

Either way, he will travel in August per the attached confirmation.  Can you please get the team started on the approvals for that travel?

Please confirm.

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor

Los Angeles, California 90067-2561
**www.BirdMarella.com**

---

**From:** Bryant, Alexandra E. (SF) (FBI) <aebryant2@fbi.gov>
**Sent:** Monday, June 3, 2019 1:07 PM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** RE: Chamberlain Travel in July

Hi Ariel,

I checked with our ICE contact about this request. Unfortunately they are still working on the July travel request and would not process the June in time. For non-court travel trips ICE  wants at least 30 days to process. I know that is a lot of notice, but we have to follow ICE's process. Thank you.

Best regards, Alex

---

**From:** Ariel A. Neuman [mailto:aneuman@birdmarella.com]
**Sent:** Tuesday, May 28, 2019 9:33 AM
**To:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>; Bryant, Alexandra E. (SF) (FBI) <aebryant2@fbi.gov>
**Subject:** FW: Chamberlain Travel in July

Bob –

I understand SA Bryant is out of the office until next week.  Forwarding the below to you in case there is another agent who can assist so that we do not miss the window of opportunity.

Thanks,
Ariel

---

**From:** Ariel A. Neuman
**Sent:** Tuesday, May 28, 2019 9:31 AM
**To:** 'Bryant, Alexandra E. (SF) (FBI)' <aebryant2@fbi.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** RE: Chamberlain Travel in July

Alex,

In addition to the below, we would like Mr. Chamberlain to be able to travel as follows:

| Airline | Flight | From | To | Date | Depart | Arrive | Duration | Equipment | Cabin |
|---|---|---|---|---|---|---|---|---|---|
| Virgin Atlantic | 21 | London Heathrow | Washington Dulles | Mon, 17 Jun 19 | 11:35 | 15:00 | 08h 25m | Airbus A330-300 | Upper |

| Airline | Flight | From | To | Date | Depart | Arrive | Duration | Equipment | Cabin |
|---|---|---|---|---|---|---|---|---|---|
| Virgin Atlantic | 22 | Washington Dulles | London Heathrow | Thu, 20 Jun 19 | 18:10 | 06:35 (Fri) | 07h 25m | Airbus A330-300 | Upper |

Please let me know if this is possible – I think we are just over three weeks out so hopefully enough time.

Thanks,
Ariel

**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

**From:** Ariel A. Neuman
**Sent:** Monday, May 20, 2019 8:56 AM
**To:** Bryant, Alexandra E. (SF) (FBI) <aebryant2@fbi.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** Chamberlain Travel in July

Alex – See attached for flight information for Mr. Chamberlain for his July travel.  Hopefully we can get this done earlier than last time.  Thanks for your help.  I understand he will be staying at Hotel Spero again.

Thanks,
Ariel


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**