DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | UNITED STATES' SUBMISSION IN RESPONSE TO THE COURT'S NOVEMBER 13, 2019 ORDER |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

Pursuant to the Court's November 13, 2019 order, the United States respectfully submits the attached declaration.

DATED: December 1, 2019                          DAVID L. ANDERSON
                                                     United States Attorney

                                                     /s/
                                                     _____
                                                     ROBERT S. LEACH
                                                     Assistant United States Attorney