```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  ROBERT S. LEACH (CABN 196191)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       Fax: (510) 637-3724
         Email:  Robert.Leach@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 18-577 CRB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| STEPHEN KEITH CHAMBERLAIN, | ) |
| Defendant. | ) |

## STIPULATION

WHEREAS, on November 29, 2018, the Grand Jury returned an Indictment against Stephen Keith Chamberlain, a resident of the United Kingdom [ECF No. 1];

WHEREAS, on February 4, 2019, defendant Chamberlain ("the defendant") appeared before the Court (with counsel specially appearing), was arraigned on the Indictment, and pleaded not guilty to all counts;

WHEREAS, on March 21, 2019, the Grand Jury returned a Superseding Indictment against Chamberlain [ECF No. 21];

1    WHEREAS, on January 23, 2020, the Court entered a protective order respecting certain
2 discovery;

3    WHEREAS, on January 27, 2020, the government produced a substantial volume of discovery to
4 the defendant, including materials subject to the protective order;

5    WHEREAS, on February 21, 2020, the government made an additional production of discovery
6 to the defendant;

7    WHEREAS, this matter was scheduled for status conference on April 15, 2020, at 1:30 p.m;

8    WHEREAS, on March 16, 2020, the Court issued General Order No. 72 (IN RE: Coronavirus
9 Disease Public Health Emergency), providing that "due to the Court's reduced ability to obtain an
10 adequate spectrum of jurors and the effect of the above public health recommendations on the
11 availability of counsel and court staff to be present in the courtroom, the time period of the continuances
12 implemented by this General Order will be excluded under the Speedy Trial Act, as the Court
13 specifically finds that the ends of justice served by ordering the continuances outweigh the interest of the
14 public and any defendant's right to a speedy trial pursuant to 18 U.S.C. section 3161(h)(7)(A)";

15    WHEREAS, on March 29, 2020, the Court issued a Clerk's Notice Vacating Status Conference
16 on April 15, 2020, and resetting it for June 17, 2020;

17    WHEREAS, the parties stipulate and agree that an exclusion of time under the Speedy Trial Act
18 from April 15, 2020, to June 17, 2020, is appropriate due to the complexity of the case, the need for
19 defense counsel to review relevant evidence including recently produced discovery, consult with the
20 defendant in the United States, and effectively prepare, and the ongoing Coronavirus pandemic;

21    THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that
22 excluding time from April 15, 2020, to June 17, 2020, will allow for the effective preparation of counsel
23 given the complexity of the case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).  The parties further stipulate
24 and agree that the ends of justice served by excluding the time from April 15, 2020, to June 17, 2020,
25 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
26 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv). The parties stipulate and agree the Court
27 shall enter the proposed order below.

28    IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 18-577 CRB                2

DATED:  March 31, 2020

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ROBERT S. LEACH
Assistant United States Attorney

DATED:  March 31, 2020

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C.

_____/s/_____
ARIEL A. NEUMAN
Attorneys for Defendant Stephen Chamberlain

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court finds that failing to exclude the time from April 15, 2020, to June 17, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case.  18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).  The Court further finds that the ends of justice served by excluding the time from April 15, 2020, to June 17, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 15, 2020, to June 17, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).

IT IS SO ORDERED.

DATED:  April 3, 2020

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge