DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-00577 CRB |
| Plaintiff, | STATUS REPORT |
| v. | |
| MICHAEL LYNCH, | |
| Defendant. | |

The government has requested a status conference to address prospective conditions of release for Defendant Lynch in the event that he is extradited from the United Kingdom to the United States. Defendant Lynch is contesting extradition from the United Kingdom. Among other defenses to extradition, Defendant Lynch alleges that the United Kingdom should decline to extradite him because of the potential conditions he may face in custody if he is detained pretrial. The government, however, does not intend to move for detention despite Lynch fighting extradition and believes this Court can craft conditions of release that will reasonably assure the appearance of the defendant and not endanger the safety of any other person or the community. *See* 18 U.S.C. § 3142(c). In a related proceeding, *United States v. Hussain*, CR 16-462, the Court ordered bail in advance of the defendant's appearance.

ECF No. 3. The government anticipates that far more stringent conditions than those imposed on Hussain will be necessary to ensure Lynch does not flee. Hussain's original conditions were relatively lenient because Hussain voluntarily appeared before this Court. Because Lynch is fighting extradition and has considerable, if not extravagant, assets the government anticipates requesting relatively stringent conditions of release. However, the government believes that conditions exist that make release rather than detention appropriate.

Given all of this, the government respectfully requests the Court order that, in the event Defendant Lynch is extradited, there are conditions of release that will reasonably assure the appearance of the defendant and will not endanger the safety of any other person or the community. The government and defendant likely will disagree on the appropriate conditions of release, but all appear to agree that this Court will be able to fashion such conditions. The government believes entry of a conditional order of release rather than detention will narrow the issues for dispute in the extradition litigation.

Dated: October 6, 2020　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT LEACH
　　　　　　　　　　　　　　　　　　　　　　ADAM REEVES
　　　　　　　　　　　　　　　　　　　　　　WILLIAM FRENTZEN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

STATUS REPORT