1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
5  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
8       Fax: (415) 436-7234
        William.Frentzen@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00577 CRB |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER REGARDING |
| | ) CONDITIONS OF RELEASE OF DEFENDANT |
| v. | ) |
| MICHAEL LYNCH, | ) |
| Defendant. | ) |

1     Good cause appearing therefore, the Court hereby finds that, based on the information currently available to the Court and the government, in the event of defendant's extradition to the United States, there are conditions of release that can be imposed pursuant to 18 U.S.C. § 3142(c) which will reasonably assure the appearance of defendant and the safety of any other person and the community, such that pretrial detention shall not be required.

DATED: October 9, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ROBERT S. LEACH
ADAM REEVES
WILLIAM FRENTZEN
Assistant United States Attorneys

    IT IS SO ORDERED.

DATED: October 13, 2020

HON. CHARLES R. BREYER
Senior United States District Judge