1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 | UNITED STATES OF AMERICA,

12 | Plaintiff,

13 | vs.

14 | MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN

15 | Defendants.

16

CASE NO. 3:18-cr-00577-CRB

**[PROPOSED] ORDER GRANTING DEFENDANT STEPHEN CHAMBERLAIN'S MOTION FOR ISSUANCE OF SUBPOENAS AND LETTERS ROGATORY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c) RELATING TO DAUD KHAN AND PAUL MORLAND**

Date:      November 24, 2021
Time:      1:30 p.m.
Crtrm.:    6

Assigned to Hon. Charles R. Brever

17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS Defendant Stephen Chamberlain's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c) and Letters Rogatory Pursuant to 28 U.S.C. § 1781 Relating to Daud Khan and Paul Morland.

The Court HEREBY ISSUES the subpoenas and letters rogatory attached to this order.

DATED: _____     _____

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

# EXHIBIT 1

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

v.

Case No.: 3:18-cr-00577-CR

STEPHEN K. CHAMBERLAIN

Defendant(s).

TO:  Hafeez Bux Daud Khan

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 6/Breyer |
| | | | | DATE AND TIME<br>12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All records and communications in the possession of Hafeez Bux Daud Khan relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails (including emails sent or received by Daud.Khan@gmail.com), chat messages, text messages, social media account communications, voicemails and audio recordings.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

               DATE                             SIGNATURE OF SERVER

                                                ADDRESS:

ADDITIONAL INFORMATION

# EXHIBIT 2

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

9
10

| | |
|---|---|
| | CASE NO. 3:18-cr-00577-CRB |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MICHAEL R. LYNCH AND<br>STEPHEN K. CHAMBERLAIN<br><br>Defendants. | **[PROPOSED] LETTER ROGATORY TO THE APPROPRIATE JUDICIAL AUTHORITY OF THE UNITED KINGDOM**<br><br><br>Hon. Charles R. Brever |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Charles R. Breyer, United States District Court Judge of the United States District Court for the Northern District of California, presents his compliments to the Appropriate Judicial Authority of the United Kingdom of Great Britain and Northern Ireland and requests international assistance to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice and for the purpose of a full and fair trial.  The assistance requested is that the appropriate judicial authority of the Crown compel Hafeez Bux Daud Khan to produce the documents identified below.

## I.     FACTUAL BACKGROUND

This request relates to a criminal case brought against Stephen Chamberlain by the United States of America in the Northern District of California.  The Second Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch, and others defrauded purchasers and sellers of Autonomy securities, including, specifically, Hewlett-Packard Company ("HP") in connection with its purchase of Autonomy Corporation plc ("Autonomy") in August 2011. SI at ¶¶ 19, 21. The case against Mr. Chamberlain is in pretrial proceedings at present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain for materials which this Court has found are relevant and material for his defense at trial and requested in the interests of justice.

The charges against Mr. Chamberlain rely in part on the testimony of Mr. Khan, a former securities analyst who covered Autonomy, and who has previously testified in related proceedings, including *United States v. Hussain*, No. CR 16-462 CRB, and *Autonomy* Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.).  Mr. Khan has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Khan relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original

Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other things.  Mr. Khan has claimed that this inflated financial information led to an inflated share price.

The record as of now is materially incomplete, as Mr. Chamberlain currently has access to only a limited set  of Mr. Khan's relevant communications.  As such, it will be critical for Mr. Chamberlain to receive additional evidence from Mr. Khan in order establish that, contrary to Mr. Khan's testimony, he was not deceived and that there was no fraudulent scheme.

## II.   RECIPROCITY

The United States District Court for the Northern District of California expresses its willingness to provide similar assistance to judicial authorities of the United Kingdom of Great Britain and Northern Ireland, should the need arise, and to the extent permissible by law.

## III.   REIMBURSEMENT FOR COSTS

The United States District Court for the Northern District of California assures the Courts of the United Kingdom of Great Britain and Northern Ireland that Mr. Chamberlain stands ready to reimburse the judicial authorities of the United Kingdom of Great Britain and Northern Ireland for any costs incurred in executing the requesting court's letters rogatory.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IV.   EVIDENCE TO BE OBTAINED**

This request is directed to Hafeez Bux Daud Khan's ("Daud Khan"), Flat B, 19 Chetwode Road, London SW17 7RF, for the production of the materials identified below:

1.      All records and communications in the possession of Hafeez Bux Daud Khan relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails (including emails sent or received by Daud.Khan@gmail.com), chat messages, text messages, social media account communications, voicemails and audio recordings.

DATED: _____     _____
                                   Honorable Charles R. Breyer
                                   United States District Court Judge
                                   Northern District of California

# EXHIBIT 3

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | Case No.: 3:18-cr-00577-CR |
| STEPHEN K. CHAMBERLAIN | |
| Defendant(s). | |

TO:  JP Morgan Chase Bank, N.A

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Daud Khan, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails (including from daud.khan@cazenove.com, Daud.Khan@jpmorgan.com and Daud.Khan@JPMResearchmail.com), instant messages, Bloomberg communications (including from DKHAN5@Bloomberg.net), voicemails, audio recordings, hand-written notes, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

_____                    _____
DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

# EXHIBIT 4

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
|---|---|
| Plaintiff, | |
| v. | Case No.: 3:18-cr-00577-CR |
| STEPHEN K. CHAMBERLAIN | |
| Defendant(s). | |

TO:  Joh. Berenberg, Gossler & Co. KG

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE 6/Breyer |
|---|---|---|---|---|
| ☑ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☐ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Daud Khan, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails, text messages, Bloomberg communications, voicemails, audio recordings, hand-written notes, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　　　　　DATE　　　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

# EXHIBIT 5

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | Case No.: 3:18-cr-00577-CR |
| STEPHEN K. CHAMBERLAIN | |
| Defendant(s). | |

TO:  Paul Gilmer Morland

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
| --- | --- | --- | --- | --- |
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All records and communications in the possession of Paul Morland relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails, chat messages, text messages, social media account communications, voicemails and audio recordings.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
187s5 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on |

|                        DATE                         |          SIGNATURE OF SERVER          |
|---|---|
| | ADDRESS: |

ADDITIONAL INFORMATION

# EXHIBIT 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,
              vs.
MICHAEL R. LYNCH AND
STEPHEN K. CHAMBERLAIN

       Defendants.

CASE NO. 3:18-cr-00577-CRB

**[PROPOSED] LETTER ROGATORY TO THE APPROPRIATE JUDICIAL AUTHORITY OF THE UNITED KINGDOM**

Hon. Charles R. Brever

The Honorable Charles R. Breyer, United States District Court Judge of the United States District Court for the Northern District of California, presents his compliments to the Appropriate Judicial Authority of the United Kingdom of Great Britain and Northern Ireland and requests international assistance to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice and for the purpose of a full and fair trial.  The assistance requested is that the appropriate judicial authority of the Crown compel Paul Gilmer Morland to produce the documents identified below.

## I.   FACTUAL BACKGROUND

This request relates to a criminal case brought against Stephen Chamberlain by the United States of America in the Northern District of California.  The Second Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch, and others defrauded purchasers and sellers of Autonomy securities, including, specifically, Hewlett-Packard Company ("HP") in connection with its purchase of Autonomy Corporation plc ("Autonomy") in August 2011. SI at ¶¶ 19, 21. The case against Mr. Chamberlain is in pretrial proceedings at present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain for materials which this Court has found are relevant and material for his defense at trial and requested in the interests of justice.

The charges against Mr. Chamberlain rely in part on the testimony of Mr. Morland, a former securities analyst who covered Autonomy, and who has previously testified in related proceedings, including *United States v. Hussain*, No. CR 16-462 CRB, and *Autonomy* Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.).  Mr. Morland has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Morland relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented

deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other things.  Mr. Morland has claimed that this inflated financial information led to an inflated share price.

The record as of now is materially incomplete, as Mr. Chamberlain currently has access to only a limited set of Mr. Morland's relevant communications.  As such, it will be critical for Mr. Chamberlain to receive additional evidence from Mr. Morland in order to establish that, contrary to Mr. Morland's testimony, he was not deceived and that there was no fraudulent scheme.

## II.    RECIPROCITY

The United States District Court for the Northern District of California expresses its willingness to provide similar assistance to judicial authorities of the United Kingdom of Great Britain and Northern Ireland, should the need arise, and to the extent permissible by law.

## III.    REIMBURSEMENT FOR COSTS

The United States District Court for the Northern District of California assures the Courts of the United Kingdom of Great Britain and Northern Ireland that Mr. Chamberlain stands ready to reimburse the judicial authorities of the United Kingdom of Great Britain and Northern Ireland for any costs incurred in executing the requesting court's letters rogatory.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IV.    EVIDENCE TO BE OBTAINED**

This request is directed to Paul Gilmer Morland ("Paul Morland"), c/o Alvarium Capital, 1st Floor, 10 Old Burlington Street, London, W1S 3AG, for the production of the documents identified below:

1.    All records and communications in the possession of Paul Morland relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails, chat messages, text messages, social media account communications, voicemails and audio recordings.

DATED: _____    _____

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

# EXHIBIT 7

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

v.

Case No.:  3:18-cr-00577-CR

STEPHEN K. CHAMBERLAIN

Defendant(s).

TO:  Northland Capital Partners Limited (previously known as Astaire Securities)

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 6/Breyer |
| | | | | DATE AND TIME<br>12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, including but not limited to instant messages, texts, emails, voicemails, hand-written notes, reports (including drafts thereof), or audio recordings, generated by or sent to Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                        DATE                            SIGNATURE OF SERVER

                                                ADDRESS:

ADDITIONAL INFORMATION

# EXHIBIT 8

1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10
11
|  |  |
| --- | --- |
| 12 | CASE NO. 3:18-cr-00577-CRB |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **[PROPOSED] LETTER ROGATORY** |
| vs. | **TO THE APPROPRIATE JUDICIAL** |
| MICHAEL R. LYNCH AND | **AUTHORITY OF THE UNITED** |
| STEPHEN K. CHAMBERLAIN | **KINGDOM** |
| Defendants. | |
| | Hon. Charles R. Brever |

The Honorable Charles R. Breyer, United States District Court Judge of the United States District Court for the Northern District of California, presents his compliments to the Appropriate Judicial Authority of the United Kingdom of Great Britain and Northern Ireland and requests international assistance to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice and for the purpose of a full and fair trial.  The assistance requested is that the appropriate judicial authority of the Crown compel Northland Capital Partners Limited (formerly Astaire Securities) to produce the materials identified below.

## I.    FACTUAL BACKGROUND

This request relates to a criminal case brought against Stephen Chamberlain by the United States of America in the Northern District of California.  The Second Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch, and others defrauded purchasers and sellers of Autonomy securities, including, specifically, Hewlett-Packard Company ("HP") in connection with its purchase of Autonomy Corporation plc ("Autonomy") in August 2011. SI at ¶¶ 19, 21. The case against Mr. Chamberlain is in pretrial proceedings at present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain for materials which this Court has found are relevant and material for his defense at trial and requested in the interests of justice.

The charges against Mr. Chamberlain rely in part on the testimony of Mr. Morland, a former securities analyst who covered Autonomy, and who has previously testified in related proceedings, including *United States v. Hussain*, No. CR 16-462 CRB, and *Autonomy* Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.).  Mr. Morland has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Morland relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original

1  Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch
2  of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other
3  things.  Mr. Morland has claimed that this inflated financial information led to an inflated
4  share price.

5       The record as of now is materially incomplete, as Mr. Chamberlain currently has
6  access to only a limited set of Mr. Morland's relevant communications.  As such, it will be
7  critical for Mr. Chamberlain to receive additional evidence from Mr. Morland in order to
8  establish that, contrary to Mr. Morland's testimony, he was not deceived and that there was
9  no fraudulent scheme.

10  **II.  RECIPROCITY**

11       The United States District Court for the Northern District of California expresses its
12  willingness to provide similar assistance to judicial authorities of the United Kingdom of
13  Great Britain and Northern Ireland, should the need arise, and to the extent permissible by
14  law.

15  **III.  REIMBURSEMENT FOR COSTS**

16       The United States District Court for the Northern District of California assures the
17  Courts of the United Kingdom of Great Britain and Northern Ireland that Mr. Chamberlain
18  stands ready to reimburse the judicial authorities of the United Kingdom of Great Britain
19  and Northern Ireland for any costs incurred in executing the requesting court's letters
20  rogatory.

21  **IV.  EVIDENCE TO BE OBTAINED**

22       Mr. Morland worked at Astaire Securities from July 2008 through October 2010,
23  and reported on and communicated about Autonomy throughout his period of employment.
24  Therefore, Mr. Morland's communications and documents from this period will be relevant
25  to his coverage of Autonomy and to whether or not he was deceived.

26       This request is directed to Northland Capital Partners Limited (formerly Astaire
27  Securities), Prince Fredrick House, 35-39 Maddox Street, London W1S 2PP, for the
28  production of the materials identified below:

1.    All communications and documents, in hard copy or electronic form, including but not limited to instant messages, texts, emails, voicemails, hand-written notes, reports (including drafts thereof), or audio recordings, generated by or sent to Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch.

DATED: _____    _____

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

# EXHIBIT 9

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

STEPHEN K. CHAMBERLAIN

                    Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.: 3:18-cr-00577-CR

TO:  Peel Hunt LLP

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 12/30/2021 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails, instant messages, texts, voicemails, hand-written notes, audio recordings, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                             SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION