Christine Y. Wong, Bar No. 284026
ChristineWong@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522
Attorney for Gary Szukalski

Ted W. Cassman, Bar No. 98932
Raphael M. Goldman, Bar No. 229261
goldman@achlaw.com
cassman@achlaw.com
Arguedas, Cassman, Headley & Goldman LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Attorneys for Nicole Eagan

Thomas H. Bienert, Jr., Bar No. 135311
Sandra Lechman, Bar No. 288660
tbienert@bklwlaw.com
slechman@bklwlaw.com
Bienert Katzman Littrell Williams LLP
CalEdison Building
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Stephen Binhak (pro hac vice application imminent)
binhaks@binhaklaw.com
The Law Office of Stephen James Binhak, P.L.L.C.
One Southeast Third Ave., Suite 2600
Miami, Florida 33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532
Attorneys for Rob Sass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | Case No. 3:18-cr-577-CRB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO RULE 17 SUBPOENAS** |

Defendants.

**FOR GOOD CAUSE SHOWN**, based upon the facts set forth in the stipulation and the representations of the parties, the Court hereby grants Gary Szukalski, Nicole Eagan, and Rob Sass (the "Subpoena Recipients") a sixty (60) day extension of time in which to produce documents in response to the June 8, 2022 Court issued Rule 17 Subpoenas to Testify and Produce Documents or Objects in a Criminal Case (the "Subpoenas").

The Subpoena Recipients' deadline to produce documents responsive to the Subpoenas is extended by sixty days, to and including December 5, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

THE HONORABLE CHARLES R. BREYER
United States District Judge