1   Christine Y. Wong, Bar No. 284026
    ChristineWong@mofo.com
2   Morrison & Foerster LLP
    425 Market Street
3   San Francisco, California 94105-2482
    Telephone:    415.268.7000
4   Facsimile:    415.268.7522
    Attorney for Gary Szukalski
5

6   Ted W. Cassman, Bar No. 98932
    Raphael M. Goldman, Bar No. 229261
    goldman@achlaw.com
7   cassman@achlaw.com
    Arguedas, Cassman, Headley & Goldman LLP
8   803 Hearst Avenue
    Berkeley, CA  94710
9   Telephone: (510) 845-3000
    Facsimile: (510) 845-3003
10  Attorneys for Nicole Eagan

11  Thomas H. Bienert, Jr., Bar No. 135311
    Sandra Lechman, Bar No. 288660
12  tbienert@bklwlaw.com
    slechman@bklwlaw.com
13  Bienert Katzman Littrell Williams LLP
    CalEdison Building
14  601 W. 5th Street, Suite 720
    Los Angeles, CA 90071
15  Telephone: (213) 528-3400
    Facsimile: (949) 369-3701
16
    Stephen Binhak (pro hac vice application imminent)
17  binhaks@binhaklaw.com
    The Law Office of Stephen James Binhak, P.L.L.C.
18  One Southeast Third Ave., Suite 2600
    Miami, Florida 33131
19  Telephone: (305) 361-5500
    Facsimile: (305) 428-9532
20  Attorneys for Rob Sass

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23
    UNITED STATES OF AMERICA,            Case No. 3:18-cr-577-CRB
24
                    Plaintiff,           **STIPULATION FOR EXTENSION OF**
25                                       **TIME TO RESPOND TO RULE 17**
            v.                           **SUBPOENAS** : ORDER
26
    MICHAEL RICHARD LYNCH and
27  STEPHEN KEITH CHAMBERLAIN,

28                  Defendants.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
RULE 17 SUBPOENAS Case No. 3:18-cr-577-CRB

SF:4937486

1    Pursuant to Federal Rule of Criminal Procedure 45(b), Gary Szukalski, Rob Sass, and

2    Nicole Eagan respectfully submit this stipulation for a sixty (60) day extension of time in which

3    to produce documents requested by counsel for the United States in the above captioned matter.

4    On June 8, 2022, this Court issued Rule 17 Subpoenas to Testify and Produce Documents

5    or Objects in a Criminal Case (the "Subpoenas") to each of Gary Szukalski, Rob Sass, and Nicole

6    Eagan (the "Subpoena Recipients"). The deadline to provide responsive documents is currently

7    October 5, 2022. If the Court grants this stipulation, the response will instead be due Monday,

8    December 5, 2022.

9    Counsel for the Subpoena Recipients informed counsel for the United States of their

10   intention to seek this extension. The United States does not oppose and joins in this stipulation.

11   The Subpoena Recipients have not made any prior requests for an extension of this deadline. In

12   support of this stipulation, the Subpoena Recipients state the following:

13   1. There is good cause to grant this stipulation. While reserving all rights regarding

14   objections to the subpoena, the Subpoena Recipients are engaged in discussions with the United

15   States regarding the scope of documents sought by the Subpoenas.

16   2. In the interest of judicial efficiency and to allow time for these discussions to continue,

17   the Subpoena Recipients request that this Court allow a 60-day extension of time in which to

18   produce documents.

19   3. The United States has consented to the requested extension and would not be

20   prejudiced if it were granted. Moreover, given that this matter is not yet set for trial, the

21   extension sought will not delay the Court's proceedings.

22   5. For the foregoing reasons, the Subpoena Recipients respectfully request that, in

23   accordance with this stipulation, the time in which they may produce documents responsive to the

24   Subpoenas be extended by sixty days, to and including December 5, 2022.

25

26

27

28

1    Dated: October 3, 2022                      MORRISON & FOERSTER LLP

2

3                                                By:  /s/ Christine Y. Wong
                                                     Christine Y. Wong
4
                                                 Attorney for Gary Szukalski
5    Dated: October 3, 2022
6

7
                                                 By:  /s/ Ted W. Cassman
8                                                    Ted W. Cassman

9                                                Attorney for Nicole Eagan

10   Dated: October 3, 2022

11
                                                 By:  /s/ Thomas H. Bienert, Jr.
12                                                   Thomas H. Bienert, Jr.

13                                               Local Counsel for Rob Sass (Stephen James
                                                 Binhak Pro Hac Vice Motion Imminent)
14

15   Dated: October 3, 2022

16

17                                               By: /s/ Adam A. Reeves
                                                     Adam A. Reeves
18
                                                 Assistant United States Attorney
19

20

21

22

23

24

25

26

27

28
     STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
     RULE 17 SUBPOENAS                                                        - 3 -
     Case No. 3:18-cr-577-CRB
     SF:4937486

1  Christine Y. Wong, Bar No. 284026
   ChristineWong@mofo.com
2  Morrison & Foerster LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:    415.268.7000
4  Facsimile:    415.268.7522
   Attorney for Gary Szukalski
5
   Ted W. Cassman, Bar No. 98932
6  Raphael M. Goldman, Bar No. 229261
   goldman@achlaw.com
7  cassman@achlaw.com
   Arguedas, Cassman, Headley & Goldman LLP
8  803 Hearst Avenue
   Berkeley, CA  94710
9  Telephone: (510) 845-3000
   Facsimile: (510) 845-3003
10 Attorneys for Nicole Eagan

11 Thomas H. Bienert, Jr., Bar No. 135311
   Sandra Lechman, Bar No. 288660
12 tbienert@bklwlaw.com
   slechman@bklwlaw.com
13 Bienert Katzman Littrell Williams LLP
   CalEdison Building
14 601 W. 5th Street, Suite 720
   Los Angeles, CA 90071
15 Telephone: (213) 528-3400
   Facsimile: (949) 369-3701
16
   Stephen Binhak (pro hac vice application imminent)
17 binhaks@binhaklaw.com
   The Law Office of Stephen James Binhak, P.L.L.C.
18 One Southeast Third Ave., Suite 2600
   Miami, Florida 33131
19 Telephone: (305) 361-5500
   Facsimile: (305) 428-9532
20 Attorneys for Rob Sass

21                    UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23

24 UNITED STATES OF AMERICA,              Case No. 3:18-cr-577-CRB

25              Plaintiff,                **[PROPOSED]** ORDER EXTENDING
                                          TIME TO RESPOND TO RULE 17
26        v.                              SUBPOENAS

27 MICHAEL RICHARD LYNCH and
   STEPHEN KEITH CHAMBERLAIN,
28

1    | Defendants.

2

3    **FOR GOOD CAUSE SHOWN**, based upon the facts set forth in the stipulation and the

4    representations of the parties, the Court hereby grants Gary Szukalski, Nicole Eagan, and Rob

5    Sass (the "Subpoena Recipients") a sixty (60) day extension of time in which to produce

6    documents in response to the June 8, 2022 Court issued Rule 17 Subpoenas to Testify and

7    Produce Documents or Objects in a Criminal Case (the "Subpoenas").

8    The Subpoena Recipients' deadline to produce documents responsive to the Subpoenas is

9    extended by sixty days, to and including December 5, 2022.

10    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12

13

14    Dated: October 5, 2022

15

16    _____
      THE HONORABLE CHARLES R. BREYER

17    United States District Judge

18

19

20

21

22

23

24

25

26

27

28