UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No. 3:18-cr-577-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

I, Stephen James Binhak, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Robert Sass in the above titled action. My local counsel in this case is Thomas H. Bienert, Jr. who is a member of the bar of this court in good standing and who maintain an office within the State of California. Local counsel's bar number is: 135311.

| | |
|---|---|
| The Law Office of Stephen James Binhak<br>1 S.E. 3rd Ave., Suite 2600<br>Miami, Florida 33131 | Bienert Katzman Littrell Williams, LLLP<br>903 Calle Amencar, Suite 350<br>San Clemente, CA 92673 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (305) 361-5500 | (949) 369-3700 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| binhaks@binhaklaw.com | tbienert@bkwlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Fla. 0736491. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

PRO HAC VICE APPLICATION OF STEPHAN JAMES
BINHAK Case No. 3:18-cr-577-CRB

Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2022

By: /s/ Stephen James Binhak
Stephen James Binhak

Attorney for Rob Sass

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen James Binhak is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co- counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE