```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161805
Cashier ID: buensum
Transaction Date: 10/24/2022
Payer Name: BIENERT KATZMAN LITTRELL

PRO HAC VICE
 For: PHV FOR  STEPHEN BINHAK
 Case/Party: D-CAN-3-18-CR-000577-001
 Amount:         $317.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 2066
 Amt Tendered: $317.00

Total Due:       $317.00
Total Tendered:  $317.00
Change Amt:      $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```