Christine Y. Wong, Bar No. 284026
ChristineWong@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522
Attorney for Gary Szukalski

Ted W. Cassman, Bar No. 98932
Raphael M. Goldman, Bar No. 229261
goldman@achlaw.com
cassman@achlaw.com
Arguedas, Cassman, Headley & Goldman LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Attorneys for Nicole Eagan

Thomas H. Bienert, Jr., Bar No. 135311
Sandra Lechman, Bar No. 288660
tbienert@bklwlaw.com
slechman@bklwlaw.com
Bienert Katzman Littrell Williams LLP
CalEdison Building
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701
Attorneys for Rob Sass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No. 3:18-cr-577-CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO RULE 17 SUBPOENAS** |

Pursuant to Federal Rule of Criminal Procedure 45(b), Gary Szukalski, Rob Sass, and Nicole Eagan respectfully submit this stipulation for a second sixty (60) day extension of time in

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
RULE 17 SUBPOENAS Case No. 3:18-cr-577-CRB

SF:4937486

which to produce documents requested by counsel for the United States in the above captioned matter.

On June 8, 2022, this Court issued Rule 17 Subpoenas to Testify and Produce Documents or Objects in a Criminal Case (the "Subpoenas") to each of Gary Szukalski, Rob Sass, and Nicole Eagan (the "Subpoena Recipients"). The original deadline to provide responsive documents was October 5, 2022. On October 5, 2022, the Court extended the original deadline to December 5, 2022. If the Court grants this stipulation, the response will instead be due Friday, February 3, 2023.

Counsel for the Subpoena Recipients informed counsel for the United States of their intention to seek this extension. The United States does not oppose and joins in this stipulation. In support of this stipulation, the Subpoena Recipients state the following:

1. There is good cause to grant this stipulation. While reserving all rights regarding objections to the subpoena, the Subpoena Recipients are engaged in discussions with the United States regarding the scope of documents sought by the Subpoenas.

2. In the interest of judicial efficiency and to allow time for these discussions to continue, the Subpoena Recipients request that this Court allow a 60 day extension of time in which to produce documents.

3. The United States has consented to the requested extension and would not be prejudiced if it were granted. Moreover, given that this matter is not yet set for trial, the extension sought will not delay the Court's proceedings.

5. For the foregoing reasons, the Subpoena Recipients respectfully request that, in accordance with this stipulation, the time in which they may produce documents responsive to the Subpoenas be extended by sixty days, to and including February 3, 2023.

| | |
|---|---|
| Dated: November 28, 2022 | MORRISON & FOERSTER LLP |
| | By: */s/ Christine Y. Wong* |
| |     Christine Y. Wong |
| | Attorney for Gary Szukalski |
| Dated: November 28, 2022 | |
| | By: */s/ Ted W. Cassman* |
| |     Ted W. Cassman |
| | Attorney for Nicole Eagan |
| Dated: November 28, 2022 | |
| | By: */s/ Stephen James Binhak* |
| |     Stephen James Binhak |
| | Attorney for Rob Sass (admitted pro hac vice) |
| Dated: November 28, 2022 | |
| | By: */s/ Adam A. Reeves* |
| |     Adam A. Reeves |
| | Assistant United States Attorney |