UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL RICHARD LYNCH,<br><br>        Defendant. | Case No. 3:18-cr-00577-CRB-1<br><br>**ORDER FOR REMAND** |

The Court hereby remands MICHAEL RICHARD LYNCH to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: May 11, 2023

_____
CHARLES R. BREYER
United States District Judge