STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RICHARD LYNCH, <br><br> Defendant. | Case No. CR 18-577 CRB <br><br> NOTICE |

The United States respectfully lodges for the record the [Proposed] Order Setting Conditions of Release and Appearance Bond the parties agreed to and submitted to the Clerk in advance of the bail hearing on May 11, 2023. The government has redacted certain personal information.

DATED: May 11, 2023

Respectfully submitted,

STEPHANIE M. HINDS
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

NOTICE
CASE NO. CR 18-577 CRB

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) |
| **To:** | Lashanda Scott |
| **Cc:** | Reeves, Adam (USACAN); Christopher.Morvillo@CliffordChance.com; Reid H. Weingarten (rweingarten@steptoe.com); Baum, Jonathan |
| **Subject:** | US v. Michael Lynch, CR 18-577 CRB |
| **Date:** | Thursday, May 11, 2023 12:04:00 PM |
| **Attachments:** | Conditions-of-Release-and-Appearance For Michael Richard Lynch v.2.pdf |

Dear Lashanda,

In advance of today's hearing, the parties have conferred about a Proposed Order Setting Conditions of Release and Appearance Bond and expect to recommend the conditions in the attached.

Respectfully submitted,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Robert S. Leach
Assistant United States Attorney
United States Attorney's Office
 Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
(415) 436-7014 -- Desk
(415) 793-2945 – Cell

GPO U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE May 11, 2023 | CASE NUMBER CR 18-577 CRB |
|---|---|---|---|
| NAME OF DEFENDANT Michael Richard Lynch | ADDRESS | | TELEPHONE NUMBER |
| NAME OF ☐ SURETY ☐ CO-SIGNER ☐ CUSTODIAN | ADDRESS | | TELEPHONE NUMBER |
| NAME OF ☐ SURETY ☐ CO-SIGNER ☐ CUSTODIAN | ADDRESS | | TELEPHONE NUMBER |
| AMOUNT OF BOND ☐ PERSONAL RECOGNIZANCE $ 100,000,000 | ☐ UNSECURED ☒ SECURED BY $ 12,500,000 | ☐ DEPOSIT RECEIVED FROM: | ☒ OTHER SECURITY: Shares in Darktrace plc TO BE POSTED BY: May 26, 2023 | TIME/DATE OF NEXT APPEARANCE Jun 27, 2023   10:00 am | COURTROOM/JUDGE 6/CRB |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender all passports and other travel documents to Pretrial Services by May 12, 2023 and must not apply for other passports or travel documents.
☐ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☒ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
   ☒ [A] Defendant must not travel outside of: ☒ the Northern District of California (see map on reverse side), ☒ other: EDNY, SDNY and DDC for legal visits
   ☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
   ☐ [C] Defendant must remain at his/her residence at all times except for: ☐ employment; ☐ education; ☐ religious services; ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits; ☐ court appearances; ☐ court-approved obligations; ☐ or other activities approved in advance by ☐ Pretrial Services, ☐ the Court.
☒ Defendant must submit to location monitoring ☒ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
   ☒ All court-ordered location restrictions.
   ☐ The following court-ordered location restrictions: _____
☒ The following conditions also apply:
   See Below Additional Conditions of Release.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | |
|---|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | |
| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE | DATE May 11, 2023 |

U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. CR | CR 18-577 CRB |
| Plaintiff, ) | | |
| vs. ) | CONSENT TO ENTRY OF TRAVEL AND OTHER ORDERS REGARDING CONDITIONS OF RELEASE | |
| Michael Richard Lynch ) | | |
| Defendant ) | | |

    As a third-party surety on the bail bond in this case, I consent to all future orders of the Court permitting, for whatever reason, the Defendant to travel outside of the Northern District of California, or to modify, supplement, or delete Defendant's conditions of release as the Court deems necessary. I further consent to the entry of such orders without further notice to me.

    I understand that if the Defendant, while out of this district with the permission of the Court, flees or otherwise commits a breach of the bail bond conditions, I will be subject to a civil judgment for the amount of the bail, and all property I have posted with the Court to secure the bail will be ordered forfeited to the United States.

DATED: Mar 5, 2021

_____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Mar 5, 2021

_____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Mar 5, 2021

_____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Mar 5, 2021

_____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

## FEDERAL JUDICIAL DISTRICTS IN CALIFORNIA



## FEDERAL PRETRIAL SERVICES NORTHERN DISTRICT

U.S. Pretrial Services Agency
450 Golden Gate Ave., Room 18-5497
San Francisco, CA 94102
(415) 436-7500/436-7501

U.S. Pretrial Services Agency
280 S. First Street, Suite 1150
San Jose, CA 95113
(408) 535-5222/535-5229

U.S. Pretrial Services Agency
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3750/637-3751

U.S. Pretrial Services Agency
777 Sonoma Ave., Suite 323
Santa Rosa, CA 95404
(707) 575-3423

U.S. Pretrial Services Agency
3140 Boeing Ave.
McKinleyville, CA 95519
(707) 575-3423/(415)436-7501

### § 1503. Influencing or injuring officer or juror generally.

Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States commissioner or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, commissioner, or other committing magistrate in his person or property on the account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1510. Obstruction of criminal investigations.

(a) Whoever willfully endeavors by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1512. Tampering with a witness, victim, or an informant.

(a) Whoever knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person with intent to-
 (1) influence the testimony of any person in an official proceeding.
 (2) cause or induce any person to-
  (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
  (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
  (C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object in an official proceeding; or
  (D) be absent from an official proceeding to which such person has been summoned by legal process; or
 (3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined not more than $250,000 or imprisoned not more than ten years, or both.
(b) Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from-
 (1) attending or testifying in an official proceeding;
 (2) reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings.
 (3) arresting or seeking the arrest of another person in connection with a Federal offense; or
 (4) causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceedings; or attempts to do so, shall be fined not more than $25,000 or imprisoned not more than one year or both.

### § 1513. Retaliation against a witness, victim, or an informant.

(a) Whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person or threatens to do so, with intent to retaliate against any person for-
 (1) the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding or
 (2) any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceeding given by a person to a law enforcement officer, or attempts to do so shall be fined not more than $250,000 or imprisoned not more than ten years or both.

### § 3146. Penalty for failure to appear

(a) Offense-A person commits an offense, if after having been released pursuant to this chapter-
 (1) he knowingly fails to appear before a court as required by the conditions of his release; or
 (2) he knowingly fails to surrender for service of sentence pursuant to a court order.
(b) Grading-if the person was released-
 (1) in connection with a charge of, or while awaiting sentence, surrender for service of sentence, or appeal or certiorari after conviction for-
  (A) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, he shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
  (B) an offense punishable by imprisonment for a term of five or more years, but less than fifteen years, he shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
  (C) any other felony, he shall be fined not more than $5,000 or imprisoned for more than two years, or both; or
  (D) a misdemeanor, he shall be fined not more than $2,000 or imprisoned for not more than one year, or both; or
 (2) for appearance as a material witness, he shall be fined not more than $1,000 or imprisoned for not more than one year, or both.
A term of imprisonment imposed pursuant to this section shall be consecutive to the sentence of imprisonment for any other offense.

### § 3147. Penalty for an offense committed while on release.

A person convicted of an offense committed while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense to-
 (1) a term of imprisonment of not less than two years and not more than ten years if the offense is a felony; or
 (2) a term of imprisonment of not less than ninety days and not more than one year if the offense is a misdemeanor.
A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment.

GPO U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE May 11, 2023 | CASE NUMBER CR 18-577 CRB |
|---|---|---|---|
| NAME OF DEFENDANT Michael Richard Lynch | ADDRESS | | TELEPHONE NUMBER |

## ADDITIONAL CONDITIONS OF RELEASE

Defendant is subject to each condition detailed below

Defendant must not have contact, directly or indirectly, with the following individuals outside of the presence of counsel:
- Individuals on the March 12, 2018 Third Amended Witness List in US v. Hussain; and
- Any witness called by Plaintiffs in the UK Civil Trial.

Defendant shall not open new lines or credit, open a business, or enter into a financial transaction in excess of $25,000 without pre-approval of Pretrial Services and notice of five business days to the government, provided that this condition does not prevent defendant from the following:
(a) selling his shares in Darktrace plc (other than those encumbering this appearance bond), in relation to which, he will:
(i) provide written notice to the government as soon as practicable after such sale; and
(ii) transfer and hold the entire proceeds of any such sale in a UK bank account in his sole name;
(b) rolling over or reinvesting the proceeds of any investments exceeding $25,000 in value upon their contractual maturity date within their existing portfolio (e.g. Treasury bills); and
(c) incurring medical, legal, household and reasonable day-to-day living expenses (the "Expenses"), provided that:
(i) Defendant shall notify the government in writing as soon as reasonably practicable if the Expenses (other than legal expenses) in any calendar month exceed £100,000 in total; and
(ii) (save in relation to legal expenses) Defendant shall respond to any reasonable request for details of the Expenses and the source(s) used to fund them as soon as reasonably practicable upon the written request of the government from time to time.

Defendant must maintain a residence within the Northern District of California except that, subject to the posting of security described below and with advance notice to and approval by Pretrial Services, Defendant is permitted to travel to the Southern District of New York, the Eastern District of New York, and/or the District of Columbia for the purpose of meetings with counsel to prepare his defense.

The bond of $100 million shall be secured by (a) physical share certificates of Darktrace stock (at current market value of approximately $93 million) owned by either the Defendant of his wife and deposited into the repository of the Court by May 26, 2023, and (b) £10 million (approximately $12.5m) currently held by UK Magistrates Court as security on the Defendant's UK bond, within 7 days of the return of those funds by the UK Magistrates Court to Defendant or his UK counsel. The Darktrace shares posted as security may not be sold, transferred, pledged, encumbered, or in any way used or affected, without permission of the Court on a duly noticed motion. In the event security on this bond falls below 90% of the face value of the bond for a consecutive two week period due to fluctuations in the price of the Darktrace stock, Defendant will, upon written notice from and request by the Government, post the difference — in cash or another suitable security (including any additional Darktrace shares, or other assets or liens acceptable to the government) — within two-weeks of such notice.

No additional conditions.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY

SIGNATURE OF MAGISTRATE JUDGE

DATE May 11, 2023