IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RICHARD LYNCH,<br><br>　　　　Defendant. | Case No. 18-cr-00577-CRB-1<br><br>**ORDER ALTERING CONDITIONS OF RELEASE** |

The first condition of Defendant Michael Richard Lynch's release is hereby altered to allow for payment of the bond via wire transfer, as follows:

Defendant shall deliver to the Clerk of Court a bond in the amount of $100 million, secured by $50 million in cash, wire transfer, and/or unencumbered shares of publicly traded stock, accompanied by power of sale, or any combination thereof.

**IT IS SO ORDERED.**

Dated: May 12, 2023

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　United States District Judge