IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL RICHARD LYNCH,<br><br>    Defendant. | Case No. 18-cr-00577-CRB-1<br><br>**ORDER RE: SECURITY PROTOCOL** |

For the avoidance of doubt, it is hereby ordered that the security firm agreed to by the parties and the Court, Keelson Strategic, has the authority to detain the defendant should he attempt to flee. Pursuant to the release order, Keelson Strategic shall also install video surveillance equipment in and around the defendant's San Francisco residence.

**IT IS SO ORDERED.**

Dated: May 12, 2023



CHARLES R. BREYER
United States District Judge