Jonathan M. Baum (SBN 303469)
 *jbaum@steptoe.com*
STEPTOE & JOHNSON LLP
One Market Plaza
Steuart Tower. Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Attorneys for Defendant
MICHAEL LYNCH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>LYNCH, et al.,<br><br>     Defendant. | Case No. 3:18-cr-00577-CRB<br><br>**NOTICE OF APPEARANCE OF JONATHAN M. BAUM**<br><br>Dept. Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Date Filed: May 12, 2023<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that Jonathan M. Baum of Steptoe & Johnson LLP hereby appears as counsel for Defendant MICHAEL LYNCH in the above-captioned matter. Mr. Baum is admitted to practice in the State of California and before this Court. His work address, telephone and facsimile numbers are as follows:

Jonathan M. Baum (SBN 303469)
 *jbaum@steptoe.com*
STEPTOE & JOHNSON LLP
One Market Plaza
Steuart Tower. Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: May 12, 2023

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: *Jonathan M. Baum*
Jonathan M. Baum (SBN 303469)
Attorneys for Defendant
MICHAEL LYNCH

NOTICE OF APPEARANCE OF JONATHAN M. BAUM