U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

DATE May 12, 2023

CASE NUMBER CR 18-577 CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

| NAME OF DEFENDANT | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| Michael Richard Lynch | 2710 Pine Street, SF ~~Westin Hotel, 335 Powell St, SF, CA 94102~~ | +447881200046 |

| NAME OF ☐SURETY ☐CO-SIGNER ☐CUSTODIAN | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| | | |

| NAME OF ☐SURETY ☐CO-SIGNER ☐CUSTODIAN | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| | | |

| AMOUNT OF BOND | ☐ UNSECURED ☒ SECURED BY | ☐ DEPOSIT RECEIVED FROM: | ☐ OTHER SECURITY: TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|
| ☐ PERSONAL RECOGNIZANCE $100,000,000 | $50,000,000 | | | ~~May 19, 2023~~ June 27, 2023 @ 2:00 p.m. | 6/CRB |

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender all passports and other travel documents to Pretrial Services by May 12, 2023 and must not apply for other passports or travel documents.
☐ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☒ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
  ☐ [A] Defendant must not travel outside of: ☐ the Northern District of California (see map on reverse side), ☐ other: _____.
  ☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
  ☒ [C] Defendant must remain at his/her residence at all times except for: ☐employment; ☐education; ☐religious services; ☒medical, substance abuse, or mental health treatment; ☒attorney visits; ☒court appearances; ☐court-approved obligations; ☒or other activities approved in advance by ☒ Pretrial Services, ☒ the Court.
☒ Defendant must submit to location monitoring ☒ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
  ☐ All court-ordered location restrictions.
  ☐ The following court-ordered location restrictions: _____.
☒ The following conditions also apply:
  See Below Additional Conditions of Release.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE**

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
|---|---|
| /s/ | /s/ |
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |

| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE /s/ | DATE May 12, 2023 |
|---|---|---|

## FEDERAL JUDICIAL DISTRICTS IN CALIFORNIA



## FEDERAL PRETRIAL SERVICES NORTHERN DISTRICT

U.S. Pretrial Services Agency
450 Golden Gate Ave., Room 18-5497
San Francisco, CA 94102
(415) 436-7500/436-7501

U.S. Pretrial Services Agency
280 S. First Street, Suite 1150
San Jose, CA 95113
(408) 535-5222/535-5229

U.S. Pretrial Services Agency
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3750/637-3751

U.S. Pretrial Services Agency
777 Sonoma Ave., Suite 323
Santa Rosa, CA 95404
(707) 575-3423

U.S. Pretrial Services Agency
3140 Boeing Ave.
McKinleyville, CA 95519
(707) 575-3423/(415)436-7501

### § 1503. Influencing or injuring officer or juror generally.

Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States commissioner or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, commissioner, or other committing magistrate in his person or property on the account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1510. Obstruction of criminal investigations.

(a) Whoever willfully endeavors by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1512. Tampering with a witness, victim, or an informant.

(a) Whoever knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person with intent to-
  (1) influence the testimony of any person in an official proceeding.
  (2) cause or induce any person to-
    (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
    (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
    (C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object in an official proceeding; or

(D) be absent from an official proceeding to which such person has been summoned by legal process; or
  (3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined not more than $250,000 or imprisoned not more than ten years, or both.

(b) Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from-
  (1) attending or testifying in an official proceeding;
  (2) reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings.
  (3) arresting or seeking the arrest of another person in connection with a Federal offense; or
  (4) causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceedings; or attempts to do so, shall be fined not more than $25,000 or imprisoned not more than one year or both.

### § 1513. Retaliation against a witness, victim, or an informant.

(a) Whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person or threatens to do so, with intent to retaliate against any person for-
  (1) the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding or
  (2) any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceeding given by a person to a law enforcement officer, or attempts to do so shall be fined not more than $250,000 or imprisoned not more than ten years or both.

### § 3146. Penalty for failure to appear

(a) Offense-A person commits an offense, if after having been released pursuant to this chapter-
  (1) he knowingly fails to appear before a court as required by the conditions of his release; or
  (2) he knowingly fails to surrender for service of sentence pursuant to a court order.

(b) Grading-if the person was released-
  (1) in connection with a charge of, or while awaiting sentence, surrender for service of sentence, or appeal or certiorari after conviction for-
    (A) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, he shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
    (B) an offense punishable by imprisonment for a term of five or more years, but less than fifteen years, he shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
    (C) any other felony, he shall be fined not more than $5,000 or imprisoned for more than two years, or both; or
    (D) a misdemeanor, he shall be fined not more than $2,000 or imprisoned for not more than one year, or both; or
  (2) for appearance as a material witness, he shall be fined not more than $1,000 or imprisoned for not more than one year, or both.
A term of imprisonment imposed pursuant to this section shall be consecutive to the sentence of imprisonment for any other offense.

### § 3147. Penalty for an offense committed while on release.

A person convicted of an offense committed while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense to-
  (1) a term of imprisonment of not less than two years and not more than ten years if the offense is a felony; or
  (2) a term of imprisonment of not less than ninety days and not more than one year if the offense is a misdemeanor.
A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment.

U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

|  | DATE | CASE NUMBER |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF<br>RELEASE AND APPEARANCE BOND | CR 18-577 CRB |

| NAME OF DEFENDANT | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| Michael Richard Lynch | Westin Hotel, 335 Powell St, SF, CA 94102 | +447881200046 |

## ADDITIONAL CONDITIONS OF RELEASE

Defendant is subject to each condition detailed below

1. Defendant shall deliver to the Clerk of Court a bond in the amount of $100 million, secured by $50 million in cash, wire transfer, and/or unencumbered shares of publicly traded stock, accompanied by power of sale, or any combination thereof.

2. Defendant shall be confined to an address in the city and county of San Francisco, subject to the approval of the United States Attorney's Office and the Court, and may only travel for meetings with counsel, medical appointments, and court appearances, all of which must be located in the city and county of San Francisco. Any further travel must be approved by the United States Attorney's Office and the Court.

3. Defendant shall be guarded on a 24-hour basis by a private security company at Defendant's expense, including video surveillance and armed guards. The costs of supplying the private security for six months shall be paid in advance. The private security company, the security arrangement, and any changes thereto, shall be approved by the United States Attorney's Office and the Court.

4. Defendant shall surrender all travel documents of any kind whatsoever, including any document which may be used to enter or exit any country, genuine or not. Defendant shall not apply for or otherwise obtain any new travel documents, genuine or not.

5. Defendant shall be subject to strict supervision by Pretrial Services and adhere to any other conditions imposed by the Court.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT                                 SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN         SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY

SIGNATURE OF MAGISTRATE JUDGE                          DATE