1
2
3
4           UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   USA,                                  Case No.  3:18-cr-00577-CRB-1

8                    Plaintiff,
                                          **ORDER FOR RELEASE FROM**
9          v.                             **UNITED STATES MARSHAL**
                                          **CUSTODY**
10   MICHAEL RICHARD LYNCH,

11                   Defendant.

12

13          The defendant is ordered released from the custody of the United States Marshal pursuant

14   to the terms of a bond or own recognizance.

15          **IT IS SO ORDERED.**

16   Dated:  May 12, 2023

17                                         _____

18                                         CHARLES R. BREYER
                                           United States District Judge
19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*

*Rev. 09-2020*