**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Laurel Beeler<br>U.S. Magistrate Judge | RE: | LYNCH, Michael Richard |
| FROM: | Silvio A. Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:18CR0577 CRB-1 |
| Date: | 5/12/23 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| ALLEN LEW, Deputy Chief | 415-436-7510 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**U.S. Pretrial Services may disclose information regarding approved appointments and LM schedules to Keelson Strategic Personnel.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_[signature]_      May 15, 2023

**JUDICIAL OFFICER**      **DATE**