JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorney for Defendant
MICHAEL RICHARD LYNCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA, | Case No.: 3:18-CR-00577-CRB |
| Plaintiff, | **MOTION FOR LEAVE TO CHANGE ADDRESS AND TO CLARIFY RELEASE CONDITIONS AND [PROPOSED] ORDER** |
| vs. | |
| MICHAEL RICHARD LYNCH, | Judge:   Hon. Charles Breyer |
| Defendant. | |

In its Order dated May 11, 2023, the Court stated that "Defendant shall be confined to an address in the City and County of San Francisco, subject to the approval of the United States Attorney's Office and the Court[.]" (Dkt. No. 146, at 9.) That initial residence was an Airbnb, which is soon expiring, and Defendant requests the Court's permission to relocate to a new residence, which has been provided to Pretrial Services and the United States Attorney's Office. The new address, at 2715 Scott St., is approximately two blocks away from the prior residence.

Pretrial Services and the U.S. Attorney's Office have confirmed that they do not object to the address change. Therefore, Defendant respectfully requests the Court's authorization to change his address, where he will be subject to continued supervision by Pretrial Services and the private security detail that has been engaged.

Lastly, Defendant asks the Court to clarify one issue about his release conditions. At the hearing on May 11, 2023, the Court stated, "Defendant shall remain at his residence at all times except for **religious services**, any medical, substance abuse or mental health treatment, attorney visits, court appearances, **court approved obligations**, or other activities approved in advance by the court." Exhibit 1, Transcript of May 11, 2023 hearing, at p. 24 (emphasis added). However, on the Conditions of Release and Appearance form that was filed on May 12, 2023, the Court did not check the boxes on the first page that correspond to "religious services" and "court-approved obligations." (Dkt. No. 157, at 1.) Pretrial has confirmed that it will follow the written Conditions of Release and Appearance form, and that it requires a Court order to clarify this apparent conflict. Defendant therefore respectfully requests that the Court enters an order clarifying that the terms imposed are the terms the Court stated on May 11, 2023.

DATED: May 23, 2023                           STEPTOE & JOHNSON LLP


                                              By:   /s/ Jonathan Baum
                                                    JONATHAN BAUM

                                              Attorney for Defendant
                                              MICHAEL RICHARD LYNCH