JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorney for Defendant
MICHAEL RICHARD LYNCH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH,<br><br>Defendant. | Case No.: 3:18-CR-00577-CRB<br><br>**DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOTION FOR LEAVE TO CHANGE ADDRESS AND TO CLARIFY RELEASE CONDITIONS**<br><br>Judge:    Hon. Charles Breyer |

I, Jonathan Baum, declare:

1. I am an attorney duly admitted to practice law in the State of California. I am an attorney at Steptoe & Johnson LLP, counsel of record for Defendant Michael Lynch. I submit this declaration in support of Mr. Lynch's Motion for Leave to Change Address and to Clarify Release Conditions.

2. Exhibit 1 is a copy of the transcript of Dr. Lynch's initial appearance in this case on May 11, 2023.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOTION FOR LEAVE TO
CHANGE ADDRESS AND TO CLARIFY RELEASE CONDITIONS

Executed this 23rd day of May, 2023, at San Francisco, California.

By: /s/ *Jonathan Baum*
Jonathan Baum