UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH, <br><br> Defendant. | Case No.: 3:18-CR-00577-CRB <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO CHANGE ADDRESS AND TO CLARIFY RELEASE CONDITIONS <br><br> Judge:   Hon. Charles Breyer |

**[~~PROPOSED~~] ORDER**

For the reasons stated in the motion, and good cause appearing, IT IS HEREBY ORDERED that Defendant Michael Lynch's motion for leave to change address is GRANTED.

Additionally, as stated at the hearing on March 11, 2023, Defendant's release conditions include the ability for him to travel for religious services and court-approved obligations within San Francisco, upon the approval of Pretrial Services.

DATED: __May 24__, 2023

_____
Hon. Charles R. Breyer