THOMAS A. COLTHURST (CABN 9949)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

The Government and Defendants Michael Richard Lynch and Stephen Keith Chamberlain respectfully submit this joint status report and proposed schedule in advance of the scheduling conference set for June 27, 2023.

**I.    Modification to Protective Order**

The parties request the Court modify the existing protective order agreed upon by the Government and Defendant Chamberlain (Dkt. 54) to bind Defendant Lynch and permit the sharing of discovery and information between the defendants.  A proposed order is attached.

**II.    Discovery Status**

The Government made multiple productions of discovery to Defendant Chamberlain following

his initial appearance and through December 2022.  On May 19, 2023, following Defendant Lynch's initial appearance on May 11, 2023, the Government made its first production of discovery to Defendant Lynch, consisting of approximately 1.5 TB of data.  That day, the Government also provided Defendant Lynch an index of additional discovery it was copying.  Except for a subset of documents that require a password to decrypt, that additional discovery (comprising over 5TB of data) was produced on June 16, 2023.  The government also made an additional discovery production to Defendant Chamberlain on June 16, 2023.  The Government will produce the same indices and documents to both defendants.  The Government has not identified additional discovery at this time, but will continue to honor its discovery obligations.  This volume of data will take a long time to process, upload and review; as such, defendants reserve the right to seek adjustments to the proposed schedule.

**III.     Severance**

The defense needs additional time to consider matters that might influence the need for a severance, including the review of recently produced discovery and the admissibility of evidence from the UK civil trial between HP and Mr. Lynch (*ACL Netherlands B.V. et al. v. Michael Richard Lynch et al.*, Case No. HC-2015-001324).  Any defense motion for a severance will be filed by July 21, 2023.

**IV.     Superseding Indictment**

The Government represents to the Court that it does not believe any change in the charging document will impact the trial schedule outlined below.  The defense is in no position to assess the impact of any future changes in the charging document on the trial schedule, motion practice, or Rule 15 briefing, and requests that the Court direct the Government to file any such changes on or before September 1, 2023.

**V.     Evidence from the U.K. Civil Trial**

The parties conferred regarding the admissibility of evidence presented in the civil suit brought by HP against Defendant Lynch.  The parties recognize potential confrontation clause and evidentiary issues associated with the admission of foreign evidence.  The parties will continue to meet and confer on a case-by-case basis regarding whether any such testimony or documentary evidence can be admitted by stipulation.

## VI. *Hussain* Trial Exhibits

Exhibit numbers used in *United States v. Hussain*, Case No. 16-cr-00462 (CRB), shall remain the same in this case. Exhibits from the civil suit brought by HP against Defendant Lynch shall be added for identification purposes to the *Hussain* Exhibit List. All parties reserve all objections to admission of such exhibits.

## VII. Proposed Trial Schedule

The parties propose the following schedule:

1. On or before August 8, 2023, the United States shall provide a list of alleged co-conspirators including alleged co-conspirators in relation to the conspiracy alleged in Count 17. (This commitment is without prejudice to any arguments the United States may raise in opposition to any motion for a bill of particulars.)

2. On or before October 4, 2023, pretrial motions pursuant to Rule 12 of the Federal Rules of Criminal Procedure are to be filed.

3. On or before October 18, 2023, oppositions to Rule 12 motions are to be filed.

4. On or before October 25, 2023, replies in support of Rule 12 motions are to be filed.

5. On November 1, 2023, any Rule 12 motions shall be heard by the Court.

6. On or before November 14, 2023, any Rule 15 motions for foreign depositions are to be filed.

7. On or before November 28, 2023, oppositions to Rule 15 motions for foreign depositions are to be filed.

8. On or before December 5, 2023, replies in support of Rule 15 motions for foreign depositions are to be filed.

9. On December 12, 2023, any Rule 15 motions for foreign depositions shall be heard by the Court.

10. On or before December 18, 2023, the United States shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in its case-in-chief.

11. The Government proposes that on or before December 18, 2023, the United States shall

identify any evidence it anticipates seeking to admit under Rule 404(b) of the Federal Rules of Evidence.  Defendants propose that the Government do so on or before August 8, 2023 so that Defendants can identify potential Rule 15 witnesses and timely prepare for Rule 15 briefing.

12. On or before January 11, 2024, the United States shall serve its witness and exhibit lists. (The Defendants also propose the Government be ordered to serve a preliminary witness list on or before August 8, 2023 so that defendants can identify potential Rule 15 witnesses and timely prepare for Rule 15 briefing.  The government objects to this proposal.)

13. On or before January 18, 2024, Defendants shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that they intend to call at trial in his case-in-chief.

14. On or before February 22, 2024, the United States shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by Defendants.

15. On or before February 28, 2024, Defendants shall complete their disclosures required by Rule 16 of the Federal Rules of Criminal Procedure.

16. On or before March 6, 2024, motions in limine are to be filed.

17. On or before March 20, 2024, oppositions to motions in limine are to be filed.

18. On or before March 27, 2024, replies in support of motions in limine are to be filed.

19. On or before April 3, 2024, pretrial conference statements, proposed juror questionnaires, proposed voir dire questions, proposed jury instructions, and proposed verdict forms are to be filed.

20. On April 10, 2024, motions in limine shall be heard by the Court, and the Court shall hold a pretrial conference.

21. On April 29, 2024, jury selection shall commence.  On each day of jury selection, following jury selection, the Court shall hold hearings on remaining pretrial issues as necessary.

22. On May 6, 2024, trial shall commence.

23. On May 13, 2024, Defendants shall serve their witness and exhibit lists.

JOINT STATUS REPORT
CASE NO. CR 18-577 CRB

| | | |
|---|---|---|
| 1 | DATED: June 16, 2023 | THOMAS A. COLTHURST |
| 2 | | Attorney for the United States Attorney |
| | | Acting Under Authority Conferrred by |
| 3 | | 28 U.S.C. § 515 |

*Robert S. Leach*

By: _____
    ROBERT S. LEACH
    ADAM A. REEVES
    Assistant United States Attorneys

DATED: June 16, 2023    STEPTOE & JOHNSON LLP

By:    /s/_____
    REID H. WEINGARTEN
    JONATHAN MATTHEW BAUM
    BRIAN M. HEBERLIG
    MICHELLE L. LEVIN
    NICHOLAS PAUL SILVERMAN
    Attorneys for Defendant
    Michael Richard Lynch

DATED: June 16, 2023    CLIFFORD CHANCE US LLP

By:    /s/_____
    CHRISTOPHER J. MORVILLO
    CELESTE KOELEVELD
    DANIEL SILVER
    Attorneys for Defendant
    Michael Richard Lynch

JOINT STATUS REPORT
CASE NO. CR 18-577 CRB

DATED: June 16, 2023

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By:     /s/
GARY S. LINCENBERG
RAY S. SEILIE
MICHAEL C. LANDMAN
Attorneys for Defendant Stephen Keith Chamberlain