1  THOMAS A. COLTHURST (CABN 9949)
   Attorney for the United States Attorney
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4
5  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorneys
6
7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7014
8      Fax: (415) 436-7234
       Email:  Robert.Leach@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

   UNITED STATES OF AMERICA,           ) Case No. CR 18-577 CRB
                                       )
           Plaintiff,                  ) STIPULATION AND [~~PROPOSED~~] ORDER
                                       )
       v.                              )
                                       )
   MICHAEL RICHARD LYNCH AND           )
   STEPHEN KEITH CHAMBERLAIN,          )
                                       )
           Defendants.                 )
                                       )

## **STIPULATION**

The parties, through their respective counsel, stipulate and agree that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team.  The parties further stipulate and agree that attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa, and that such documents shall be treated consistent with the existing protective order.  The parties respectfully request that the Court issue an order to this effect.

   IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2023 | THOMAS A. COLTHURST |
| 2 | | Attorney for the United States Attorney |
| | | Acting Under Authority Conferrred by |
| 3 | | 28 U.S.C. § 515 |

*Robert S. Leach*

By: _____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED: June 16, 2023         STEPTOE & JOHNSON LLP


By:       /s/
_____
REID H. WEINGARTEN
JONATHAN MATTHEW BAUM
BRIAN M. HEBERLIG
MICHELLE L. LEVIN
NICHOLAS PAUL SILVERMAN
Attorneys for Defendant
Michael Richard Lynch


DATED: June 16, 2023         CLIFFORD CHANCE US LLP


By:       /s/
_____
CHRISTOPHER J. MORVILLO
CELESTE KOELEVELD
DANIEL SILVER
Attorneys for Defendant
Michael Richard Lynch

DATED: June 16, 2023

BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.

By: /s/
GARY S. LINCENBERG
RAY S. SEILIE
MICHAEL C. LANDMAN
Attorneys for Defendant Stephen Keith Chamberlain

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation and good cause shown, the Court ORDERS that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team. Attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa. Such documents shall be treated consistent with the existing protective order.

IT IS SO ORDERED.

Date: June 27, 2023

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE