```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN FRANCISCO DIVISION

 4
      UNITED STATES OF AMERICA,      )   CR-18-00577-CRB
 5                                   )
                     PLAINTIFF,      )   SAN JOSE, CALIFORNIA
 6                                   )
             VS.                     )   JUNE 27, 2023
 7                                   )
      LYNCH, ET AL,                  )   PAGES 1-26
 8                                   )
                     DEFENDANT       )
 9                                   )
      _____)
10
                   TRANSCRIPT OF PROCEEDINGS
11          BEFORE THE HONORABLE CHARLES R. BREYER
                 UNITED STATES DISTRICT JUDGE
12
                    A P P E A R A N C E S
13

14     FOR THE GOVERNMENT:     BY:  ROBERT S. LEACH
                               UNITED STATES ATTORNEYS OFFICE
15                             NORTHERN DISTRICT OF CALIFORNIA
                               450 GOLDEN GATE AVENUE, BOX 36055
16                             SAN FRANCISCO, CA 94102

17

18     FOR THE GOVERNMENT:     BY:  ADAM A. REEVES
                               UNITED STATES ATTORNEYS OFFICE
19                             NORTHERN DISTRICT OF CALIFORNIA
                               1301 CLAY STREET, SUITE 340S
20                             OAKLAND, CA 94612

21

22             APPEARANCES CONTINUED ON NEXT PAGE

23     OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          APPEARANCES CONTINUED:

 2          FOR THE DEFENDANT:    BY:  CHRISTOPHER MORVILLO
            LYNCH                 CLIFFORD CHANCE US LLP
 3                                31 WEST 52ND STREET
                                  NEW YORK, NY 10019
 4

 5          FOR THE DEFENDANT:    BY:  REID HENRY WEINGARTEN
            LYNCH                 STEPTOE & JOHNSON LLP
 6                                1330 CONNECTICUT AVENUE, NW
                                  WASHINGTON, DC 20036
 7

 8          FOR THE DEFENDANT:    BY:  GARY LINCENBERG
            CHAMBERLAIN                MICHAEL LANDMAN
 9                                BIRD MARELLA BOXER WOLPERT NESSIM
                                  DROOKS LINCENBERG & RHOW, P.C.
10                                1875 CENTURY PARK EAST, 23RD FL
                                  LOS ANGELES, CA 90067
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                SAN JOSE, CALIFORNIA              JUNE 27, 2023

 2                         P R O C E E D I N G S

 3       (COURT CONVENED AT 1:33 P.M.)

 4            THE CLERK:  CALLING CRIMINAL ACTION CR-18-0577.  USA

 5   VERSUS MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN.

 6       COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE RECORD.

 7       AND OUR COURT REPORTER IS REMOTE, SO EVERYONE WILL NEED TO

 8   SPEAK INTO THE MICROPHONES.  THANK YOU.

 9            MR. LEACH:  GOOD AFTERNOON, YOUR HONOR.

10   ROBERT LEACH AND ADAM REEVES FOR THE UNITED STATES.

11            THE COURT:  GOOD AFTERNOON.

12            MR. WEINGARTEN:  GOOD AFTERNOON, YOUR HONOR.

13   REID WEINGARTEN FOR MIKE LYNCH, WHO IS HERE.

14            MR. MORVILLO:  GOOD AFTERNOON, YOUR HONOR.

15   CHRISTOPHER MORVILLO FOR MIKE LYNCH AS WELL.

16            MR. LINCENBERG:  GOOD AFTERNOON, YOUR HONOR.

17       GARY LINCENBERG AND MICHAEL LANDMAN FOR MR. CHAMBERLAIN

18   WHO IS PRESENT IN COURT.

19            THE COURT:  I'M SORRY, AND YOUR ASSOCIATE, OR YOUR

20   PARTNER?

21            MR. LINCENBERG:  MICHAEL LANDMAN.  L-A-N-D-M-A-N.

22            THE COURT:  OKAY.

23       SO THANK YOU, EVERYBODY.  GOOD AFTERNOON.

24            THERE ARE A NUMBER OF OTHER LAWYERS WHO HAVE APPEARED IN

25   THE ACTION BY WAY OF FILING A NOTICE OF APPEARANCE, BUT MY
```

1    UNDERSTANDING IS THEY WORK ESSENTIALLY WITH THE PEOPLE WHO ARE

2    HERE, RIGHT?

3                MR. MORVILLO:  THAT'S CORRECT, YOUR HONOR.  BUT WE

4    DIDN'T THINK IT WAS NECESSARY --

5                THE COURT:  I THINK THE LAST I COUNTED, THERE WERE

6    TEN LAWYERS FOR MR. LYNCH, AND FOUR LAWYERS, OR SIX, I FORGET,

7    FOR MR. CHAMBERLAIN.

8                MR. LINCENBERG:  I THINK THERE'S NOTICES BEING SENT

9    TO FOUR LAWYERS.

10                THE CLERK:  AND I'M SORRY, YOU WILL HAVE TO IDENTIFY

11    YOURSELF BECAUSE OUR REPORTER --

12                MR. LINCENBERG:  GARY LINCENBERG.

13                THE COURT:  AND THAT WAS MR. MORVILLO, PERHAPS

14    BEFORE.  THAT'S ALL RIGHT.  YES, NOT PERHAPS, IT WAS.

15          OKAY.  ALL RIGHT.  AND OBVIOUSLY THE PARTIES ARE ALLOWED

16    TO HAVE AS MANY LAWYERS AS THEY WANT TO HAVE.  AND AS A MATTER

17    OF FACT, BY MY OWN OBSERVATION, IS THAT THAT WOULD BE USEFUL.

18    IT WOULD BE USEFUL BECAUSE, AS YOU SEE MY PROPOSED SCHEDULING,

19    THERE IS A SUBSTANTIAL OVERLAP OF TASKS WITH RESPECT TO DATES.

20                AND IT'S NOT BECAUSE LAWYERS ARE CAPABLE OF WALKING AND

21    CHEWING GUM AT THE SAME TIME, I'M NOT MAKING THAT FINDING, I'M

22    SIMPLY SUGGESTING THAT WHEN YOU HAVE A LOT OF DIFFERENT

23    LAWYERS, YOU CAN ASSIGN DIFFERENT TASKS TO THEM TO DO IT.

24                AND THE GOVERNMENT, I UNDERSTAND THERE ARE ONLY TWO

25    LAWYERS UP HERE, BUT I WAS TOLD THAT YOUR OFFICE HAS 135

```
1     LAWYERS.  SO IF YOU NEED TO STAFF UP YOUR CASE, YOU ARE CAPABLE

2     OF DOING SO.  AND THAT'S OBVIOUSLY WITHIN THE PURVIEW OF THE

3     INDIVIDUAL PARTY.

4          NOW, OF COURSE ALL OF THESE LAWYERS WHO ARE BUSY,

5     SUCCESSFUL, OBLIGATED LAWYERS, THERE ARE GOING TO BE ALL SORTS

6     OF CONFLICTS, AND I THINK THAT THAT'S SOMETHING THAT SORT OF

7     GOES WITH THE TERRITORY, WHICH MEANS THAT SOME CONFLICTS WILL

8     BE RESOLVED, SOME CONFLICTS WON'T.

9          I WOULD SAY THAT TO THE EXTENT THE COURT WILL BE USEFUL

10    AND A PARTY WISHES FOR ME TO TALK TO A JUDGE IN A DIFFERENT

11    JURISDICTION ABOUT A COMMITMENT THAT ONE OR MORE OF YOU HAVE

12    MADE WITH RESPECT TO LITIGATION THAT'S PRESENTLY PENDING IN

13    SOME OTHER DISTRICT, I WILL DO SO.  IT'S NOT THAT ONE CASE IS

14    MORE IMPORTANT THAN ANOTHER CASE, BUT THERE IS THE REALITY OF

15    ONE, THAT THIS CASE WAS INDICTED FIVE YEARS AGO.  SO FROM AN

16    AGE POINT OF VIEW, IT'S -- YOU KNOW, IT'S WORTHY OF, UNDER THE

17    SPEEDY TRIAL ACT AND SO FORTH, IT'S WORTHY OF SOME ADDITIONAL

18    ATTENTION.

19         SECONDLY, THIS CASE IS SOMEWHAT COMPLICATED, OR CAN BE, BY

20    THE FACT THAT WITNESSES, SOME, ARE MAYBE TESTIFYING FROM

21    OUTSIDE THE COUNTRY, AND THEREFORE ARRANGEMENTS HAVE BEEN MADE.

22    AND WHEN ARRANGEMENTS ARE MADE, THEY HAVE TO BE HONORED, AT

23    LEAST TO THE EXTENT THE COURT CAN HONOR THEM.  SO THAT'S A

24    DIFFERENT CONSIDERATION, BUT IT'S ONE THAT'S ADDED TO IT.

25         SO THE LONG AND SHORT OF IT IS THAT IF THE PARTIES NEED ME
```

1    TO MAKE A TELEPHONE CALL, I'M -- DON'T HESITATE.  I'M PLEASED

2    TO DO IT, AND I WILL -- THAT'S AN OFFER THAT WILL CONTINUE TO

3    BE PRESENT IF A NEW PROBLEM ARISES.

4         SO I THINK THE WAY TO OPERATE ON THIS MATTER, THE WAY TO

5    PROCEED IS TO PICK A TRIAL DATE AND THEN EVERYTHING FLOWS FROM

6    IT.

7         NOW THAT DOESN'T MEAN THAT YOU PICK A DATE LIKE 70 DAYS

8    FROM NOW, BUT IT DOES MEAN THAT THE DATE THAT THE COURT PICKED,

9    WHICH WAS SIX AND A HALF MONTHS FROM NOW, WAS APPROPRIATE.  AND

10   I THOUGHT THAT FOR A NUMBER OF REASONS.

11        FIRST, IT'S A GOOD IDEA TO SAY FOR THE RECORD, THIS CASE,

12   IN ONE FORM OR ANOTHER, HAS BEEN LITIGATED.  THAT IS TO SAY

13   THAT THE EVIDENCE THAT THE GOVERNMENT HAS IN CONNECTION WITH

14   THE TRIAL OF THIS CASE, HAS IN PART, BEEN ALREADY DISCLOSED AND

15   SOME OF IT HAS BEEN DISCLOSED IN THIS COURT IN THE PROSECUTION

16   TRIAL OF MR. HUSSAIN, AND SO THAT'S KNOWN.

17        SECONDLY, THERE HAS BEEN SOME EVIDENCE, I HAVE TO ASSUME

18   IT'S EVIDENCE, THAT WAS PRODUCED IN ENGLAND IN CONNECTION WITH

19   THE CIVIL LITIGATION INVOLVING HEWLETT-PACKARD.  AND SO THERE

20   HAVE BEEN TWO FORUMS OF WHICH I'M AWARE, AND MAYBE THERE ARE

21   OTHERS, I DON'T KNOW, IN WHICH THERE'S BEEN A DISCLOSURE OF THE

22   EVIDENCE, OF SOME OF THE EVIDENCE.

23        OKAY.  THAT MAKES IT UNUSUAL, IT'S NOT LIKE EVERY OTHER

24   CASE.  USUALLY IN CRIMINAL CASES, THERE ISN'T THIS KIND OF

25   DISCLOSURE.  IN THIS CASE, THERE HAS BEEN.  SO I HAVE TO

1    BELIEVE THAT THE PARTIES ARE VERY FAMILIAR WITH THE BASIC

2    ALLEGATIONS THAT THE BASIC ALLEGATIONS THAT THE GOVERNMENT HAS,

3    THAT THE INDICTMENT SETS FORTH, AND THAT THEY HAVE HAD AN

4    OPPORTUNITY TO REVIEW THE EVIDENCE IN CONNECTION WITH WHAT HAS

5    ALREADY BEEN PRODUCED IN THESE TWO FORUMS, AND SO THAT THEY

6    START FROM A POSITION NOW WHERE THEY HAVE BEEN SUBSTANTIALLY

7    INFORMED OF WHAT THE EVIDENCE IS.

8         THAT DOESN'T MEAN THAT THEY HAVE -- THAT THEY DON'T HAVE

9    ARGUMENTS AND CONCERNS THAT HAVE TO BE ADDRESSED MID-WAY OR

10   THROUGH THE CASE, IN THE COURSE TO THE TRIAL, BUT IT DOES MEAN

11   THAT WE ARE NOT STARTING AT GROUND ZERO.

12        NOT STARTING AT GROUND ZERO, THE QUESTION IS WELL, HOW

13   SOON CAN THE PARTIES GET READY?  I SEE NO REASON WHY THE

14   PARTIES CAN'T GET READY FOR A TRIAL TO COMMENCE IN JANUARY.  I

15   THINK I PICKED JANUARY, WHAT, DOES ANYBODY GOT THE DATE?  HUH,

16   JANUARY 29TH -- JANUARY 22ND.  JANUARY 22ND.  OKAY.

17        SO NOW I WOULD LIKE TO HEAR WHATEVER ANYBODY WANTS TO SAY

18   ABOUT THAT TRIAL DATE.  OKAY.  MAY WE HEAR FIRST FROM THE

19   GOVERNMENT, OR DEFENSE?  I DON'T CARE.  ANYBODY WHO WANTS TO GO

20   FORWARD?  BECAUSE WHEN WE LEAVE TODAY, I AM GOING TO HAVE A

21   TRIAL DATE.  I MEAN, EVERYBODY HAS TO KNOW THAT.  THAT'S GOING

22   TO HAPPEN.  AT LEAST IN MY MIND, WE ARE GOING TO HAVE A TRIAL

23   DATE.  I WILL TELL YOU, IT DOESN'T DO MUCH GOOD JUST HAVING IT

24   IN MY MIND, I THINK I HAVE TO COMMUNICATE IT, RIGHT?  OKAY.

25        MR. LEACH, MR. WEINGARTEN?  WELCOME, MR. WEINGARTEN.  I

1    HAVEN'T SEEN YOU FOR MONTHS, I HOPE YOU ARE DOING ALL RIGHT.

2              MR. WEINGARTEN:  I'M UTTERLY DELIGHTED TO BE HERE,

3    AND THANK YOU FOR WELCOMING ME, YOUR HONOR.

4              THE COURT:  PLEASED TO HAVE YOU, IT'S A PLEASURE

5    HAVING YOU HERE.

6              MR. WEINGARTEN:  THANK YOU SO MUCH.

7         JUDGE, WHEN WE DISCUSSED THE TRIAL DATE WITH THE

8    GOVERNMENT, IT WAS A SERIOUS, GROWNUP DISCUSSION, AND AGAIN, I

9    WOULD LIKE TO ANNOUNCE TO THE COURT AND I THINK THAT THIS WILL

10   HELP DOWN THE ROAD, THAT WE HAVE AN UTTERLY PROFESSIONAL

11   RELATIONSHIP WITH THE PROSECUTORS, AND WE TALKED TO OUR TEAM,

12   AND THIS WAS A SERIOUS DISCUSSION ABOUT WHEN BOTH SIDES WANTED

13   A TRIAL.

14        WE TOOK INTO ACCOUNT ALL POTENTIAL PERSONAL AND

15   PROFESSIONAL CONFLICTS ON THE ENTIRE TEAM, WE SHARED MUCH OF

16   THIS WITH THE GOVERNMENT, AND WE ALSO TOOK INTO ACCOUNT THE

17   ENORMITY OF THIS CASE.  EVERYTHING YOU HAVE SAID ABOUT THE TWO

18   CASES OF COURSE IS TRUE, I'M NOT OBLIVIOUS TO WHAT HAPPENED IN

19   THE SUSHOVAN TRIAL, WE OBVIOUSLY FOLLOWED THE ENGLISH TRIAL.

20        BUT ON TOP OF THAT, THIS IS JUST AN ENORMOUS CASE.  IN MY

21   EXPERIENCE AS A LAWYER, NOTHING APPROACHES THIS, EXCEPT ENRON.

22   I MEAN, THERE ARE LITERALLY MILLIONS OF DOCUMENTS, THERE ARE

23   COUNTLESS TRANSACTIONS THAT YOU HAVE TO MASTER, AND IT

24   OBVIOUSLY TAKES TIME.

25        WE HAVE LEARNED FROM THE RECENT DISCOVERY THAT THERE'S A

1    TON OF MATERIAL THAT'S NEW, MORE THAN I GUESS TWO-DOZEN

2    WITNESSES HAVE BEEN PUT IN THE GRAND JURY POST-SUSHOVAN THAT WE

3    HAVE TO LEARN.  AND THIS IS NOT GOING TO BE SUSHOVAN II.  FOR

4    MANY IMPORTANT REASONS, THIS TRIAL IS GOING TO BE COMPLETELY

5    DIFFERENT.

6         TO NAME A COUPLE, WE HAVE FULLY INTEND TO PUT ON AN

7    AGGRESSIVE DEFENSE, WHICH OF COURSE WILL REQUIRE PREPARATION.

8    AS THE COURT MAY OR MAY NOT KNOW, MIKE LYNCH TESTIFIED FOR OVER

9    20 DAYS IN ENGLAND.  ALL OF THAT INFORMATION HAS TO BE

10   PROCESSED AND FIT INTO WHAT'S RELEVANT HERE IN THIS

11   COURTROOM -- COURTHOUSE.

12        WE ANTICIPATE CALLING EXPERTS, WE ANTICIPATE A TON OF WORK

13   REQUIRED IN ENGLAND TO GET THE RELEVANT INFORMATION THAT CAME

14   OUT OF THE ENGLISH TRIAL HERE.

15        AND I THINK THAT'S THE SECOND PIECE.  THE ENGLISH TRIAL

16   TOOK FROM STEM TO STERN, ABOUT A YEAR.  OBVIOUSLY THEY WERE NOT

17   IN COURT EVERY DAY, BUT THE JUDGE'S OPINION IS 1,600 PAGES,

18   THERE'S JUST AN ENORMOUS AMOUNT OF MATERIAL TO PROCESS.

19        AND IN TRUTH AND IN FACT, MY BRIEF ACQUAINTANCESHIP WITH

20   THE ENGLISH TRIAL, THERE'S GOING TO BE A BUNCH OF EVIDENCE IN

21   ENGLAND THAT YOU DIDN'T HAVE THE BENEFIT OF HEARING, AND SOME

22   OF THE EVIDENCE IN ENGLAND THAT OUT IS INCONSISTENT WITH THE

23   EVIDENCE ELICITED HERE.  WE NEED TO PROCESS ALL OF THAT.  IT'S

24   AN ENORMOUS UNDERTAKING.

25        AND THREE, OF COURSE THERE'S COUNT 17.  COUNT 17 IS BRAND

1   NEW, IT'S AN OBSTRUCTION COUNT, BUT IT'S A CONSPIRACY THAT

2   COVERS EIGHT YEARS, ALL OF IT POST-ACQUISITION.

3         THERE ARE FOUR SEPARATE CRIMINAL STATUTES THAT ARE

4   INVOLVED.  THERE'S 17 SEPARATE ACTS OF CRIMINALITY THAT ARE

5   CHARGED.  IT'S A HUGE UNDERTAKING TO GET READY FOR THAT.

6         TAKING ALL THAT INTO ACCOUNT, AND AS THE COURT INDICATED,

7   THE PRETRIAL LITIGATION THAT WE ARE ANTICIPATING, INCLUDING

8   SUBSTANTIVE MOTIONS THAT OF COURSE THE COURT WILL EXPECT, WE

9   SAT DOWN AND WE CAME TO THE CONCLUSION THAT SPRING 2024 WAS A

10  FAIR AMOUNT OF TIME TO PREPARE FOR THE TRIAL.

11        AND WE TOOK INTO ACCOUNT THE LIKELIHOOD, OR PERHAPS NOT

12  THE CERTAINTY, BUT I'M OPTIMISTIC THAT WE WILL BE ABLE TO SIT

13  DOWN WITH THE GOVERNMENT AND SAY, LET'S AGREE TO -- LET'S MAKE

14  THIS SIMPLER THAN IT OTHERWISE WOULD BE.  PERHAPS WE CAN AGREE

15  WITH WHAT TRANSACTIONS YOU ARE GOING TO ALLEGE ARE WRONG, MAYBE

16  THEY SIMPLY SAY EVERYTHING WE SAID --

17        THE COURT:  OH, NO, NO, LET ME TELL YOU, I DON'T

18  THINK YOU ARE BEING OPTIMISTIC, I THINK YOU ARE BEING

19  REALISTIC.

20        MR. WEINGARTEN:  OKAY.

21        THE COURT:  I MEAN, I WILL TELL YOU THIS, I HAVE NO

22  PROBLEM, NONE, TELLING THE GOVERNMENT, BY THIS DATE, I WANT YOU

23  TO OUTLINE WHAT WITNESSES YOU ARE GOING TO CALL, I WANT TO HAVE

24  AN IDEA AS TO WHAT THEY ARE GOING TO TESTIFY TO.

25        THE AMBUSH IS OUT.  THAT'S NOT GOING TO WORK HERE.

1    THERE'S NO REASON FOR IT.  AND I'M NOT SUGGESTING YOU WOULD,

2    OKAY, BUT YOU ARE NOT BEING OPTIMISTIC.  YES, OF COURSE, I AM

3    GOING TO SET A SCHEDULE BASED ON AN ASSUMPTION THAT THERE IS

4    COOPERATION, AND IF THERE ISN'T, THEN THERE ARE GOING TO BE

5    CONSEQUENCES FOR IT.

6         SO, YOU KNOW, I APPRECIATE WHAT YOU ARE SAYING, BUT I WANT

7    TO MAKE SURE WE ARE ALL ON THE SAME PAGE AS TO HOW IT'S GOING

8    TO PROCEED.

9              MR. WEINGARTEN:  WELL, LET ME RAISE THE FOLLOWING:

10   IN ADDITION TO THE BASICS, YOU KNOW, THERE WAS THIS MONSTER

11   TRIAL IN ENGLAND, IT TOOK ALMOST A YEAR, THERE'S A BUNCH OF

12   EVIDENCE THAT WE LIKED THAT WAS ELICITED IN THE ENGLISH TRIAL,

13   OBVIOUSLY WE DIDN'T CELEBRATE WITH THE VERDICT, BUT THERE WAS A

14   LOT OF STUFF IN THERE THAT WE LIKED.  AND AGAIN, WE ANTICIPATED

15   THE POSSIBILITY OF ARRIVING AT STIPULATIONS, THE POSSIBILITY WE

16   HAVE AN UNDERSTANDING OF WHAT WE CAN DO WITH THAT EVIDENCE AND

17   CAN'T DO WITH THAT EVIDENCE.

18        OBVIOUSLY WE UNDERSTAND THAT THE FEDERAL RULES OF EVIDENCE

19   WILL APPLY, IN TERMS OF EVIDENCE FROM THE SUSHOVAN TRIAL AND

20   THE ENGLISH TRIAL, BUT WE ARE HOPEFUL THAT, YOU KNOW, THERE

21   COULD PERHAPS BE AGREEMENT ON HOW WE GET ENGLISH WITNESSES TO

22   THIS COURTHOUSE, AND IF NOT, WHETHER OR NOT THERE WOULD BE

23   DEPOSITIONS TAKEN IN ENGLAND.

24        THE LONG AND SHORT OF IT, THERE'S A TON OF WORK TO BE DONE

25   RELATING TO THE ENGLISH TRIAL TO FIGURE OUT HOW AND WHY

1   EVIDENCE ELICITED IN ENGLAND CAN BE BROUGHT INTO THIS

2   COURTROOM.

3           AND COUNT 17, AGAIN, IS AN ENORMOUS NEW ADDITION TO THE

4   ORIGINAL CHARGES.  OF COURSE IT'S BRAND-NEW, WE HAVE VERY

5   STRONG FEELINGS ABOUT COUNT 17, ALL OF IT IS POST-ACQUISITION,

6   WE THINK MANY -- OBVIOUSLY WE UNDERSTAND WHAT THE RULE OF THE

7   CASE IS, BUT WE THINK A NUMBER OF ISSUES THAT WERE RELEVANT IN

8   SUSHOVAN, AND BASED UPON WHAT THE COURT HEARD, THE COURT RULED,

9   BUT I BELIEVE THERE ARE NEW CIRCUMSTANCES, THERE'S GOING TO

10  BE --

11          THE COURT:  WELL, I WOULD SAY, AGAIN, I THINK MAYBE

12  THIS IS HELPFUL, I DON'T THINK THERE'S "A RULE OF THE CASE."

13  YOU KNOW, THERE'S A DIFFERENT DEFENDANT FACING EVIDENCE THAT

14  MAY BE IDENTICAL OR MAY NOT BE IDENTICAL, BUT THAT'S -- I

15  APPROACH THE CASE -- THE WAY I APPROACH THE CASE IS THIS IS A

16  FRESH CASE.  THE FACT THAT THERE'S BEEN A PRECEDING CASE,

17  THERE'S BEEN A PRECEDING CASE, BUT YOU DIDN'T PARTICIPATE IN

18  THE PRECEDING CASE.

19          MR. WEINGARTEN:  TRUE.

20          THE COURT:  AND SO THERE WE ARE.

21  I MEAN, I WILL -- YOU KNOW HOW I'M GOING TO RULE ON

22  CERTAIN THINGS, OR HOW YOU THINK I'M GOING TO RULE, BUT I

23  PROBABLY WILL RULE THE SAME WAY, BUT I'M ALSO SOMEBODY WHO

24  CHANGES HIS MIND, YOU KNOW.  YOU ARE HOPEFUL THAT I'M GOING TO

25  CHANGE MY MIND ON THE TRIAL DATE, BUT LET'S -- I APPRECIATE ALL

```
1     OF THAT.  I JUST WANT --
2              MR. WEINGARTEN:  JUST ON A PERSONAL MATTER, BASED
3     UPON THE COURT'S SCHEDULE, I ACTUALLY HAVE SURGERY SCHEDULED
4     FOR JULY 28TH.  RECOVERY PERIOD UNKNOWN UNTIL THE SURGERY
5     OCCURS, BUT I'M EXPECTING ABOUT A MONTH ON THE MEND.  SO I WANT
6     TO BE INVOLVED WITH ALL THE PRETRIAL STUFF, SO I'M HOPEFUL THAT
7     THERE'S SOME BREAK THERE.
8          AND NUMBER TWO, I RECENTLY HAD A CLIENT INDICTED IN THE
9     EASTERN DISTRICT OF NEW YORK, DIDN'T EXPECT IT, THE CLIENT IS
10    PURSUING A SPEEDY TRIAL.  I DIDN'T -- I HEARD WHAT YOU SAID
11    BEFORE, BUT JUST LET ME ADD TWO SENTENCES, AND I DIDN'T ASK FOR
12    A TRIAL DATE LAST WEEK WHEN I WAS IN COURT IN THE EASTERN
13    DISTRICT BECAUSE I WANTED TO OBVIOUSLY KNOW WHAT I WAS DOING
14    HERE FIRST, BUT THE IDEA WOULD BE --
15             THE COURT:  YOU KNOW, I -- I DON'T HAVE A LOT OF
16    SYMPATHY FOR THAT ONE.  LAWYERS -- ALL OF YOU ARE GOING TO BE
17    BUSY, YOU GOT TEN PEOPLE.  I UNDERSTAND SOMEBODY IS GOING TO BE
18    IN CHARGE, I'M TALKING TO YOU BECAUSE I ASSUME THAT YOU ARE THE
19    LEAD TRIAL LAWYER AT THIS POINT, BUT I ALSO CAN APPRECIATE THE
20    FACT THAT IF FOR SOME REASON YOU BECOME UNAVAILABLE, ANY
21    REASON, I'M NOT TALKING ABOUT HEALTH, I'M TALKING ABOUT JUST
22    GENERALLY UNAVAILABLE TO TRY THE CASE, THEN IT HAS TO PROCEED,
23    SOMEBODY HAS TO TAKE A LOOK AT IT.
24         I MEAN, BUT YOU'VE GOT VERY ACCOMPLISHED LAWYERS WHO ARE
25    ASSISTING YOU IN THIS ENDEAVOR.
```

1          MR. WEINGARTEN:  TRUE.

2          THE COURT:  AND IT'S NOT LIKE -- IF YOU GET INVOLVED

3    IN SOMETHING ELSE, THAT'S ON YOU, IT'S NOT GOING TO BE ON THE

4    COURT.

5          MR. WEINGARTEN:  THE OTHER THING I WOULD LIKE TO

6    OBSERVE IS WHEN I LAST LOOKED, COUNTED THE DAYS, THE SUSHOVAN

7    TRIAL WAS 31 DAYS, AS WE ALL KNOW.  THE DEFENSE WAS ONE

8    WITNESS.  TO THE EXTENT THE GOVERNMENT INTENDS TO DUPLICATE ITS

9    EFFORT IN TERMS OF ITS CASE, YOU KNOW, I THINK THE TRIAL -- I

10   MEAN, I WOULD THINK WE WOULD NEED ABOUT AS MUCH TIME FOR OUR

11   CASE AS THEY ARE GOING TO PUT ON THEIR CASE, INCLUDING THE

12   TESTIMONY OF AT LEAST OUR DEFENDANT --

13         THE COURT:  IT MAY BE A VERY LONG CASE.

14         MR. WEINGARTEN:  IT COULD BE A VERY LONG CASE, AND I

15   RESPECTFULLY SUGGEST THAT WE HAVE THOUGHT ABOUT ALL OF THOSE

16   THINGS WHEN WE DISCUSSED THIS WITH THE -- IT WAS A GROWNUP

17   DISCUSSION, AND IT WAS --

18         THE COURT:  I APPRECIATE THAT.  AND I DIDN'T THINK

19   THAT YOU PRESENTED ME WITH AN OUTRAGEOUS SCHEDULE.  I DIDN'T

20   THINK THAT.

21     I'M NOT SAYING, YOU KNOW, WELL, WE ARE NOT GOING TO LIVE

22   WITH THAT SCHEDULE.  NO.  I MEAN, IT HAD A LOT OF CREDIBILITY,

23   I UNDERSTAND WHAT YOU ARE SAYING, BUT I'VE GOT TO MEASURE A

24   COUPLE OF OTHER THINGS WITH IT, AND THAT'S WHAT I'M TRYING TO

25   DO IN THIS PROCESS.  BUT I APPRECIATE WHAT YOU ARE SAYING, IT'S

```
1       HELPFUL.
2              I WOULD LIKE TO HEAR FROM MR. LINCENBERG.
3                   MR. WEINGARTEN:  OKAY.  THANK YOU, YOUR HONOR.
4                   MR. LINCENBERG:  AND I FILED FOR THE COURT, A NOTICE
5       OF CONFLICT SO THAT THE COURT WOULD SEE THAT.
6              AND I APPRECIATE THE COURT'S COMMENT ABOUT CONTACTING
7       OTHER JUDGES, BECAUSE MY BELIEF IS THAT MY MARCH TRIAL WILL NOT
8       GO IN MARCH, AND MY BELIEF IS THAT IF NEED BE, A CALL FROM YOU
9       WOULD HELP IT TO NOT GO IN MARCH, BUT I DON'T THINK IT'S GOING
10      TO GO IN MARCH ANYWAYS.
11                  THE COURT:  WHO IS IT IN FRONT OF?
12                  MR. LINCENBERG:  JUDGE HATTER.
13                  THE COURT:  OH, JUDGE HATTER.  JUDGE HATTER IS GREAT.
14             YOU KNOW, JUDGE HATTER -- JUDGE HATTER, PARDON ME, I
15      ALWAYS MAKE THE JOKE, AND IT'S NEVER FUNNY, WHICH IS WHEN THERE
16      ARE CONFLICTS AMONG THE JUDGES IN THIS COURT, I ALWAYS SAY --
17      WELL, MY IDEA IS YOU LOOK AT THE LETTERHEAD.  AND WHO IS AHEAD
18      IN THE LETTERHEAD, YOU KNOW, THE SENIOR PEOPLE.  AND I NOW MAKE
19      THAT COMMENT WITH SOME FREQUENCY BECAUSE I'M MOVING UP THE
20      LETTERHEAD.  BUT I CAN'T WITH JUDGE HATTER, HE'S BEEN THERE
21      LONGER THAN I HAVE.  BUT HE'S A WONDERFUL JUDGE, VERY
22      REASONABLE, AND I CAN CERTAINLY GIVE HIM A CALL OR FIND OUT --
23      WHAT'S ON HIS MIND.
24                  MR. LINCENBERG:  WE HAVE A LOWER NUMBER IN THIS
25      COURTROOM, BUT AT THE SAME TIME, THAT TRIAL DATE WAS SET.  NOT
```

1    ALL OF THE DEFENDANTS HAVE EVEN APPEARED IN THE CASE, IT'S

2    JUST -- I NEEDED TO PUT IT ON THE RECORD.

3         FOR ME, THE MAIN REASON WHY JANUARY, I THINK IS JUST TOO

4    EARLY, IS BECAUSE I -- ECHOING WHAT MR. WEINGARTEN SAID, I

5    THINK THERE'S GOING TO BE A SIGNIFICANT AMOUNT OF FOREIGN

6    DEPOSITION TESTIMONY.

7         I'VE ADVISED THE GOVERNMENT COUNSEL THAT I INTEND TO CALL

8    SOME WITNESSES WHO ARE LOCATED IN THE UK.  AND SO WE ARE

9    ESSENTIALLY, IN THAT RESPECT, STARTING THE TRIAL, YOU KNOW, IF

10   THOSE DEPOSITIONS END UP TAKING PLACE IN JANUARY, LET'S SAY.

11   SO WHAT I HAD SUGGESTED IS IF GOVERNMENT COUNSEL CAN GIVE US A

12   PRELIMINARY WITNESS LIST, UNDERSTANDING THAT IT MAY CHANGE,

13   SOONER RATHER THAN LATER, WE HAD PUT A DATE ON IT SO THAT WE

14   KNOW WHO THEY ARE NOT GOING TO BE CALLING.  AND THEN SECOND,

15   GET US A LIST OF UNINDICTED CO-CONSPIRATORS SO THAT WHEN WE

16   ADDRESS THE TOPIC WITH SOME OF THESE POTENTIAL WITNESSES IN

17   TERMS OF UNAVAILABILITY, WILLINGNESS TO TRAVEL HERE DURING THE

18   DEFENSE CASE AND THE LIKE, THAT'S KNOWN OR NOT KNOWN.

19        AND THIRD, WHILE THE GOVERNMENT HAS INDICATED GENERALLY, I

20   THINK THIS IDEA THAT THEY WOULD GIVE SAVE PASSAGE TO CERTAIN

21   NUMBER OF PEOPLE, THEY HAVEN'T INDICATED THAT THEY WOULD

22   NECESSARILY GIVE IMMUNITY.

23        NOW WE HAVEN'T HAD PARTICULARIZED DISCUSSIONS,

24   WITNESS-BY-WITNESS ON THIS, BUT ALL OF THOSE THINGS ARE GOING

25   TO NEED TO BE DISCUSSED.  AND IT SEEMS TO ME THAT BY THE TIME

1       MY CO-COUNSEL, WHO JUST GOT DISCOVERY, GETS READY AND WE START

2       PLANNING AND FIGURING OUT TIMES WHEN WE CAN DO FOREIGN

3       DEPOSITIONS, THAT IF WE GET THE PAPERWORK IN TO THE COURT IN A

4       COUPLE OF MONTHS AND THEN DURING SAID DATES AND START TAKING

5       TESTIMONY, IT WILL BE A CERTAIN AMOUNT OF THE TRIAL, I DON'T

6       KNOW HOW MANY WITNESSES, BUT I CERTAINLY HAVE A NUMBER IN MIND

7       WHO I THINK WILL STATE THAT THEY ARE UNWILLING TO COME.

8              THE COURT:  SO I THINK -- SO I DON'T KNOW HOW YOU

9        FIGURE OUT HOW MANY WITNESSES YOU ARE GOING TO CALL UNTIL YOU

10       SEE WHAT THE SHAPE OF THE GOVERNMENT'S CASE IS.

11             MR. LINCENBERG:  RIGHT.

12             THE COURT:  YOU ARE NOT GOING TO GO OUT AND TILT

13       WINDMILLS, YOU ARE NOT GOING TO GO OUT AND DEFEAT THIS OR

14       DEFEAT THAT IF THEY ARE NOT EVEN MAKING THE ARGUMENT.

15          SO THAT'S WHY I SAY IT, WE'VE GOT TO GET THIS PROCESS

16       STARTED.

17             MR. LINCENBERG:  RIGHT.

18             THE COURT:  AND I'VE TRIED TO MOVE IT AHEAD,

19       ESPECIALLY ON THE DISCLOSURE, THE LIST OF CO-CONSPIRATORS, I

20       SET THAT FOR JULY 7TH.  OKAY.  THAT'S NOT A PROBLEM, IS IT?

21             MR. LEACH:  WE WILL MEET ANY REASONABLE SCHEDULE THE

22       COURT SETS, YOUR HONOR, IT'S NOT A PROBLEM.

23             THE COURT:  OKAY.  GOOD.  OKAY.

24          SO I'VE GOT TO GET IT STARTED.  BUT I HEAR WHAT YOU ARE

25       SAYING.  I MEAN, I'VE LISTENED TO MR. WEINGARTEN, AND I DO KNOW

```
1    THAT YOU'VE NEGOTIATED THIS IN GOOD FAITH.  I WANT TO HEAR FROM

2    THE GOVERNMENT THOUGH.

3              MR. LINCENBERG:  RIGHT.

4              THE COURT:  BUT I DON'T WANT TO CUT YOU OFF.

5              MR. LINCENBERG:  NO, THE ONLY OTHER THING, AS THE

6    COURT KNOWS, I START A THREE-MONTH TRIAL ON AUGUST 8TH, AND IT

7    DOESN'T MEAN I CAN'T WORK ON THIS CASE AT THE SAME TIME, IT

8    DOESN'T MEAN I DON'T HAVE PEOPLE IN MY OFFICE WHO CAN ASSIST AT

9    THE SAME TIME, BUT THERE ARE CERTAIN THINGS THAT I NEED TO DO,

10   AND MY PRIORITY, BECAUSE OF LOOKING BACK FROM WHATEVER TRIAL

11   DATE IS SET, IS TO TRY TO GET SOME OF THIS RULE 15 STUFF

12   ROLLING SO THAT WE CAN GET CERTAIN THINGS OUT OF THE WAY,

13   UNLESS THE COURT WANTS TO INDICATE THAT YOUR HONOR WOULD BE

14   WILLING TO LET US DO RULE 15 DURING THE DEFENSE CASE, BUT I

15   DON'T THINK YOU ARE GOING TO WANT TO --

16             THE COURT:  WELL, I DON'T KNOW WHERE WE ARE.  YOU

17   KNOW, THE INTERESTING THING IS THAT I SAY IT DEPENDS.  I MEAN,

18   EVERY CASE IS SHAPED DIFFERENTLY:  YOU HAVE A SET OF RULES OUT

19   THERE, BUT THERE ARE REASONS SOMETIMES NOT TO FOLLOW THOSE

20   RULES.

21        AND THIS CASE DOES PRESENT CERTAIN UNUSUAL ISSUES,

22   BASICALLY IT'S A FORUM THAT'S OUT OF THE UNITED STATES, IT HAS

23   OBVIOUSLY RELEVANT INFORMATION CONCERNING IT.  SO THAT PRESENTS

24   AN UNUSUAL ISSUE, WE HAVE TO FIGURE OUT A WAY TO GET THROUGH

25   THAT.
```

1          I THINK TO AN EXTENT, AS I'VE SAID BEFORE, LITIGATION IN

2    ENGLAND HAS BEEN ENORMOUSLY HELPFUL TO THE PARTIES IN SEEING

3    WHAT THERE IS OUT THERE, YOU KNOW, WHATEVER IT IS.

4          MR. LINCENBERG:  RIGHT.

5          THE COURT:  OKAY.

6          MR. LEACH:  THANK YOU, YOUR HONOR.

7          THE COURT:  YES.

8          MR. LEACH:  TWO POINTS.

9          I THINK IT'S IMPORTANT TO SAY THE GOVERNMENT WILL MEET ANY

10   REASONABLE SCHEDULE THE COURT SETS.  AND WE ALSO RECOGNIZE THE

11   COURT HAS INVESTED A CONSIDERABLE AMOUNT OF TIME IN THIS CASE

12   AND THE RELATED CASE AND APPRECIATE THE COURT'S EFFORTS TO SET

13   A TRIAL DATE AND TO MOVE THIS TO RESOLUTION.

14         I AGREE WITH MUCH OF WHAT MR. LINCENBERG AND

15   MR. WEINGARTEN SAID.  WE DID NEGOTIATE ON A SCHEDULE.  WE

16   THOUGHT SPRING 2024 WAS A DATE THAT WORKS BEST FOR THE

17   GOVERNMENT, AND AIMS TO ACCOMMODATE WHAT WE PERCEIVED AS

18   REASONABLE CONFLICTS ON THE OTHER SIDE, AS THEY ACCOMMODATED

19   SOME OF OUR REASONABLE CONFLICTS.  BUT WE WILL MEET WHATEVER

20   SCHEDULE THE COURT SETS.

21         I DO THINK THE DISCUSSION AROUND RULE 15 DEPOSITIONS PUTS

22   THE CART BEFORE THE HORSE A LITTLE BIT.  RULE 15 DEPOSITIONS

23   ARE THE EXCEPTION, THEY ARE NOT THE NORM.  THEY REQUIRE A

24   SHOWING OF EXCEPTIONAL CIRCUMSTANCES, AND THAT IT'S IN THE

25   INTEREST OF JUSTICE.

1      I HEAR WHAT THE DEFENSE IS SAYING IN TERMS OF THE LENGTH

2   OF THE DEFENSE CASE AND THE DESIRE TO HAVE RULE 15 DEPOSITIONS,

3   BUT I'M A LITTLE SKEPTICAL THAT WE ARE GOING TO HAVE A TRIAL

4   WITH A LOT OF VIDEO BEING PLAYED FOR WEEKS ON END.  THERE WERE

5   NO RULE 15 DEPOSITIONS IN THE HUSSAIN CASE, AND OBVIOUSLY NONE

6   WERE PLAYED IN THE TRIAL.

7      SO I THINK THE MIX OF FACTORS THAT HAVE GONE INTO THIS

8   VERY CAREFULLY NEGOTIATED SCHEDULE, ARE ALL OUT THERE, BUT WE

9   ARE READY WHENEVER THE DEFENSE IS READY AND WHENEVER THE COURT

10  IS READY, AND WE WANT TO ACCOMMODATE ALL OF THOSE INTERESTS.

11           MR. WEINGARTEN:  YOU KNOW, I'M JUST SORT OF

12  PROCESSING ALL THAT'S GOING ON RIGHT NOW.  IN MY HEART OF

13  HEARTS, I BELIEVE THE FOLLOWING:  I THINK GIVEN THE ENORMITY OF

14  THAT CASE, I THINK THE MIDDLE OF JANUARY IS REALLY PUSHING IT,

15  AND IT MAY WORK FOR THE COURT FOR WHATEVER REASON --

16           THE COURT:  I'VE GOT EVEN A BETTER REASON.  I DON'T

17  WANT PEOPLE TO HAVE TO WORK OVER -- NECESSARILY OVER CHRISTMAS,

18  BUT I MEAN, THAT'S ALWAYS IN MY MIND.

19      THIS IS WHAT I'M GOING TO DO, ALL RIGHT, I'M GOING TO SET

20  THE TRIAL DATE ON MARCH 18TH.  NOW THAT HAPPENS TO BE MID-WAY

21  BETWEEN THE TWO DATES, BUT IT WASN'T LIKE SOLOMON THAT I CAME

22  TO THAT.  I THINK THAT THAT'S A REASONABLE DATE FOR THE PARTIES

23  TO MEET.

24      IN TERMS OF TRIAL PREPARATION, I REALLY WANT TO INSIST

25  THAT ALL THE PARTIES WORK VERY HARD IN THE NEXT EIGHT MONTHS

1    GETTING THIS CASE READY, AND THAT MEANS RESOLVING THESE ISSUES

2    OF FOREIGN DEPOSITION AS SOON AS IT BECOMES APPARENT THAT ONE

3    SIDE WANTS TO DO IT, IF THAT'S WHAT YOU WANT TO DO, THEN I WANT

4    TO BE ABLE TO RULE ON IT.

5         AND RULINGS COME FAIRLY QUICKLY, PERHAPS TOO QUICKLY, BUT

6    IT'S WITH THE GOAL THAT WE GET THIS ADJUDICATED, ESPECIALLY

7    SINCE IT DOES LOOK LIKE A LONG TRIAL TO THE COURT.

8         SO I THINK REALISTICALLY, WE START ON THE 18TH, I WILL

9    ISSUE A NEW ORDER TOMORROW, IT WILL BE AN ORDER, I WILL ADJUST

10   THE DATES ACCORDINGLY.  I WILL ALSO SAY THAT IF THE PARTIES

11   WANT TO SEEK A FURTHER ADJUSTMENT, NOT OF THE TRIAL DATE, AT

12   LEAST NOT INITIALLY, THAT THEY MAY DO SO.  I MEAN, I HAVE NO

13   IDEA WHETHER THESE DATES ARE "REALISTIC" AND MAYBE THEY WERE

14   ONLY SELECTED AS DATES, GIVEN THE PROPOSED TRIAL DATE.  NOW

15   THAT THE TRIAL DATE IS KNOWN, I THINK THAT OTHER DATES WILL

16   FALL INTO PLACE.

17              MR. WEINGARTEN:  IF I COULD MAKE A SUGGESTION --

18              THE COURT:  AND THAT'S NOT COINCIDENTALLY THAT IT'S

19   THE DAY BEFORE YOUR CONFLICT WITH JUDGE HATTER, BUT I WILL GIVE

20   HIM A CALL.

21        I WILL GIVE HIM A CALL SO HE UNDERSTANDS THAT IT'S NOT YOU

22   THAT'S DOING THIS, IT'S ME.

23              MR. WEINGARTEN:  JUST A SUGGESTION.  NOW THAT WE KNOW

24   THE TRIAL DATE, PERHAPS WE GO BACK TO THE NEGOTIATING TABLE AND

25   SET --

```
1              THE COURT:  PERFECT, THAT'S EVEN A BETTER SUGGESTION.

2     EVEN BETTER.  ANYTHING YOU GUYS ARE ABLE TO DO THAT I CAN LIVE

3     WITH, DO.

4              MR. WEINGARTEN:  FAIR ENOUGH.

5              THE COURT:  ANYTHING ELSE?

6              MR. LEACH:  WE ARE HAPPY TO NEGOTIATE THE REMAINDER

7     OF THE SCHEDULE, YOUR HONOR.

8              THE COURT:  OKAY.

9          MR. LINCENBERG?

10             MR. LINCENBERG:  THE ONLY THING I WOULD INDICATE IS

11    IN TERMS OF NEGOTIATING THE SCHEDULE, WE DID HAVE A

12    DISAGREEMENT, I THINK ON THE DATES FOR DISCLOSURE OF INITIAL

13    WITNESS LIST AND UNINDICTED CO-CONSPIRATORS, AND IT WOULD BE

14    REALLY HELPFUL TO GET THAT --

15             THE COURT:  WELL, THEY KNOW HOW I FEEL ABOUT THAT.

16    THEY KNOW THE SOONER THEY CAN GET THE LIST OUT, THE BETTER.

17         NOW, CIRCUMSTANCES CHANGE, WITNESSES DON'T ALWAYS SAY WHAT

18    YOU THINK THEY ARE GOING TO SAY.  AND YOU GET A PREP AND SO

19    FORTH, AND IT'S NOT X, IT'S X MINUS Y, AND SO YOU SAY, WELL I

20    BETTER PUT IN THE MINUS Y, WHO IS GOING TO DO THE MINUS Y.

21         SO I SORT OF GET THAT, BUT A LOT DEPENDS ON OPERATING ON

22    GOOD FAITH.  AND THIS IS A CASE WHERE SINCE SO MANY CARDS ARE

23    ALREADY OUT ON THE TABLE, IT'S ACTUALLY EASIER TO OPERATE IN

24    GOOD FAITH.  THERE ARE FEWER SURPRISES, I WOULD THINK.

25             MR. LEACH:  YOUR HONOR, MY INTENTION WAS TO TAKE THE
```

1    COURT'S ORDER AT 180 WITH THE DATES THAT ARE SET FORTH -- WITH

2    THE EVENTS THAT ARE SET FORTH IN HERE, AND TWEAK THE DATES TO

3    SATISFY THE MARCH SCHEDULE.  I THINK THE DEFENSE IS LOOKING FOR

4    AN EVEN EARLIER PRELIMINARY WITNESS LIST.

5            THE COURT:  I WILL LET YOU NEGOTIATE IT, OKAY.  YOU

6    JUST NEGOTIATE IT.  JUST SIT DOWN AND NEGOTIATE IT.  YOU WILL

7    BE SURPRISED, A LITTLE BIT OF THIS, A LITTLE BIT OF THAT,

8    THINGS THEY FALL INTO PLACE.

9            MR. LINCENBERG:  FAIR ENOUGH.

10           THE COURT:  YOU GOT THE TIME.

11           MR. WEINGARTEN:  THANK YOU.

12       JUST A SMALL REQUEST ON BAIL CONDITIONS.  WE ARE DOING

13   FINE, A SLIGHT MODIFICATION WOULD BE HELPFUL ALONG THE

14   FOLLOWING LINES.  HIS CHILDREN ARE COMING NEXT WEEK AND WE

15   WOULD BE GRATEFUL IF HE COULD TAKE A WALK WITH THEM, IF HE

16   COULD GO TO A RESTAURANT WITH THEM, AND PERHAPS HAVE A CURFEW,

17   PERHAPS ALWAYS ACCOMPANIED BY THE GUARDS.  AND IT SEEMS LIKE

18   A --

19           THE COURT:  YEAH, I THINK WE CAN WORK OUT SOMETHING.

20   LET'S PUT IN A PROPOSED PLAN.

21           MR. WEINGARTEN:  OF COURSE.

22       AND THE SECOND, OBVIOUSLY WE ARE ASSUMING THAT THE

23   INDICTMENT PRESENTLY -- THE EXPANDED INDICTMENT WE HAVE TO

24   DEFEND, THAT THERE'S NO SUPERSEDER.  WE HAVE TALKED TO THE

25   GOVERNMENT ABOUT THAT, I WOULD LIKE TO PUT THAT ON THE RECORD.

```
 1              THE COURT:  WHAT ARE YOU SAYING ON THAT?

 2              MR. LEACH:  YOUR HONOR, I CAN'T COMMIT TO THERE NEVER

 3      BEING A CHANGE IN THE CHARGING INSTRUMENTS, AND I DON'T THINK

 4      IT'S APPROPRIATE --

 5              THE COURT:  YOU HAVE NO PRESENT PLANS FOR A

 6      SUPERSEDING INDICTMENT; IS THAT CORRECT?

 7              MR. LEACH:  THAT IS CORRECT.

 8              THE COURT:  FREQUENTLY THEY GOT ALL SORTS OF PRESENT

 9      PLANS.  THERE ARE NO PRESENT PLANS.

10              MR. WEINGARTEN:  IT'S ALL GOOD.

11              THE COURT:  YOU KNOW, I HAVE TO BE CAREFUL HERE THAT

12      THE COURT IS NOT THE PROSECUTING AUTHORITY HERE.  I MEAN, WE

13      ARE NOT THE EXECUTIVE BRANCH, IT'S UP TO THE EXECUTIVE BRANCH

14      TO DECIDE HOW TO DO THESE THINGS WITHIN SOME REASONABLE BOUNDS.

15              MR. WEINGARTEN:  YES.

16              THE COURT:  ALL RIGHT.

17              MR. WEINGARTEN:  YEP.

18              THE COURT:  ANYTHING ELSE?

19          MR. LINCENBERG.

20              MR. LINCENBERG:  HOUSEKEEPING, YOUR HONOR.

21              THE COURT:  HOUSEKEEPING.

22              MR. LINCENBERG:  WE SUBMITTED A PROPOSED MODIFIED

23      PROTECTIVE ORDER, IT'S JUST AWAITING YOUR SIGNATURE.

24              THE COURT:  DID I NOT --

25              MR. LINCENBERG:  THIS WAS ATTACHED TO THE JOINT
```

```
1        STATUS REPORT.

2                THE COURT:  OH, I SIGNED IT.  I SIGNED THE PROTECTIVE

3    ORDER.  MAYBE IT DIDN'T GET FILED, BUT I SIGNED IT.

4                MR. LINCENBERG:  OKAY.  THANK YOU, YOUR HONOR.

5                THE COURT:  I WILL CHECK ON THAT, THAT WOULD BE MY

6    FAULT.

7                MR. LEACH:  AND IS YOUR HONOR EXCLUDING TIME UNDER

8    THE SPEEDY TRIAL ACT?

9                THE COURT:  YES.  I WILL EXCLUDE THE TIME BETWEEN NOW

10   AND MARCH 18TH FOR EFFECTIVE PREPARATION, AND FOR THE FACT THAT

11   IT'S A COMPLEX CASE.

12               MR. LEACH:  THANK YOU, YOUR HONOR.

13               THE COURT:  ANYTHING ELSE?  OKAY.  THANK YOU.

14      (THE PROCEEDINGS WERE CONCLUDED AT 2:08 P.M.)

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3

4                    **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8           I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13           THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185              DATED:  6/29/23