Christopher J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorneys for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br><br>Judge: Hon. Charles Breyer<br><br>**MOTION TO MODIFY (TEMPORARILY) CONDITIONS OF PRETRIAL RELEASE** |

Dr. Michael Lynch, the defendant in the above-captioned action, through counsel, respectfully moves this Court for a temporary modification of his conditions of pretrial release to allow him to leave his residence between the hours of 9AM and 9PM PST during the period from July 10 to July 17, 2023, always accompanied by his armed guards, without seeking advance approval of Pretrial Services or the Court.  In connection with this motion, we respectfully submit as follows:

1. Dr. Lynch is a citizen of the United Kingdom and was a resident of England prior to his extradition.

2. Dr. Lynch has been named in a 17-count Superseding Indictment, returned on March 21, 2019 (the "Indictment"), charging him with violations of 18 U.S.C. § 1349 (conspiracy to commit wire fraud), 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities fraud), and 18 U.S.C. § 371 (conspiracy).

3. On May 11, 2023, Dr. Lynch was extradited to the United States and appeared before this Court in San Francisco.

4. On May 11, 2023, this Court issued an Order setting conditions of release for Dr. Lynch.  These included a $100 million bond, to be secured by $50 million in cash or unencumbered shares of publicly traded stock, accompanied by power of sale; Dr. Lynch's confinement in a residence within the City of San Francisco, with travel away from the residence permitted, with sufficient advance notice to Pretrial Services, only for meetings with counsel, medical appointments, court appearances and other essential purposes; the hiring of a private security service at Dr. Lynch's expense to guard Dr. Lynch, including 24-hour armed guards and video surveillance; GPS monitoring; and the surrender of all travel documents.  (Doc. 146.)

5. On May 24, 2023, this Court issued an Order granting the defendant's Motion for Leave to Change Address and to Clarify Release Conditions, which (among other things) clarified that Dr. Lynch's release conditions include the ability for him to travel for religious services and court-approved obligations within San Francisco, upon the approval of Pretrial Services. (Doc. 168.)

6. Dr. Lynch respectfully requests that the Court temporarily modify his conditions of pretrial release during the period from July 10, 2023, to July 17, 2023, to allow him to travel within

the city of San Francisco, always accompanied by two armed guards, between the hours of 9AM and 9PM PST each day, without seeking prior approval of Pretrial Services or the Court. As discussed with the Court on June 27, 2023, this request is precipitated by the upcoming visit of his daughters, which will begin July 10, 2023, so that Dr. Lynch can accompany them within San Francisco, including meals out.

7. Dr. Lynch respectfully submits that the requested modification of his conditions of pretrial release will not create any additional risk of flight. With the benefit of several weeks of experience, it is apparent that Dr. Lynch's guard service is fully capable of monitoring him and preventing flight, whether Dr. Lynch is within his residence or elsewhere. The guard service provides two armed guards at a time, 24 hours per day. To further ensure that this request does not create any additional risk of flight, Dr. Lynch will consent to meeting any additional conditions that his guards believe necessary to allow for complete security while away from his residence, and Dr. Lynch's guards will ensure that Pretrial Services is aware of all trips away from the defendant's residence.

8. The undersigned counsel has conferred with counsel for the government and Pretrial Services regarding this request. Counsel for the government and Pretrial Services indicated that they do not oppose this request for a temporary modification of Dr. Lynch's pretrial release during the period that his family is visiting San Francisco.

**WHEREFORE**, Dr. Lynch further respectfully requests that his conditions of home confinement be temporarily relieved to allow him to leave his residence between the hours of 9AM and 9PM PST, during the period from July 10 to July 17, 2023, accompanied by his armed guards, without seeking advance approval of the Pretrial Services or the Court.

Dated: July 5, 2023                         Clifford Chance US LLP

                                            By:  */s/ Christopher Morvillo*
                                                 Christopher Morvillo (Admitted *Pro Hac Vice*)
                                                 Attorneys for Defendant
                                                 Michael Richard Lynch

3   CASE NO. 3:18-CR-00577-CRB
MOTION TO MODIFY (TEMPORARILY) CONDITIONS OF
PRETRIAL RELEASE