Christopher J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorney for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br><br>Judge: Hon. Charles Breyer<br><br>**MOTION TO MODIFY (TEMPORARILY) CONDITIONS OF PRETRIAL RELEASE** |

1  Dr. Michael Lynch, the defendant in the above-captioned action, through counsel,
2  respectfully moves this Court for a temporary modification of his conditions of pretrial release to
3  impose a curfew between the hours of 9AM and 9PM PDT during the period from August 9 to
4  August 26, 2023, to allow Dr. Lynch to spend time outside his residence during visits from his
5  wife and daughter following the recent untimely death of his brother in England.  Any trip away
6  from his residence will be in the company of his armed guards who will coordinate in advance of
7  each such trip directly with Pretrial Services.  In connection with this motion, we respectfully
8  submit as follows:
9  Dr. Lynch is a citizen of the United Kingdom and was a resident of England prior to his
10 extradition.
11 Dr. Lynch has been named in a 17-count Superseding Indictment, returned on March 21,
12 2019 (the "Indictment"), charging him with violations of 18 U.S.C. § 1349 (conspiracy to
13 commit wire fraud), 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities fraud), and 18
14 U.S.C. § 371 (conspiracy).
15 On May 11, 2023, Dr. Lynch was extradited to the United States and appeared before this
16 Court in San Francisco.
17 On May 11, 2023, this Court issued an Order setting conditions of release for Dr. Lynch.
18 These included a $100 million bond, to be secured by $50 million in cash or unencumbered
19 shares of publicly traded stock, accompanied by power of sale; Dr. Lynch's confinement in a
20 residence within the City of San Francisco, with travel away from the residence permitted, with
21 sufficient advance notice to Pretrial Services, only for meetings with counsel, medical
22 appointments, court appearances and other essential purposes; the hiring of a private security
23 service at Dr. Lynch's expense to guard Dr. Lynch, including 24-hour armed guards and video
24 surveillance; GPS monitoring; and the surrender of all travel documents.  (Doc. 146.)
25 On May 24, 2023, this Court issued an Order granting the defendant's Motion for Leave
26 to Change Address and to Clarify Release Conditions, which (among other things) clarified that
27 Dr. Lynch's release conditions include the ability for him to travel for religious services and
28

court-approved obligations within San Francisco, upon the approval of Pretrial Services. (Doc. 168.)

On July 6, 2023, this court issued an Order Temporarily Modifying the Conditions of Pretrial Release for the period from July 10 to July 17, 2023, which allowed Dr. Lynch to travel within the city of San Francisco between the hours of 9AM and 9PM PST each day. (Doc. 194, the "First Curfew Order"). The First Curfew Order required that Dr. Lynch be accompanied by two armed guards whenever outside his residence, that he obey any conditions his guards believed necessary to allow for complete security while away from his residence, and that the guards coordinate with Pretrial Services about his whereabouts so that Pretrial Services would be aware of all trips away from the residence. (Id.)

The undersigned has conferred with Rodney McConville, a supervisor with Keelson Strategic, the company providing Dr. Lynch's security guards. Mr. McConville has informed the undersigned that Dr. Lynch was fully compliant with the terms and conditions of his bond during the First Curfew Order, that he diligently followed all directions from his security detail, and did not pose any supervisory security challenges at any time during trips away from his residence (or otherwise).

Dr. Lynch respectfully requests that the Court again temporarily modify his conditions of pretrial release during the period from August 9 to August 26, 2023, subject to the same restrictions as those imposed by the First Curfew Order, to allow him to travel within the city of San Francisco, always accompanied by two armed guards, between the hours of 9AM and 9PM PST each day, without seeking prior approval of Pretrial Services or the Court. This request is precipitated by planned visits from Dr. Lynch's wife, who will visit from August 9 to August 26, and one of his daughters, who will also visit for a part of this time period.

These visits come in the wake of the tragic and unexpected death of Dr. Lynch's younger brother, Richard, who was his only sibling. Richard passed on June 27, 2023. Dr. Lynch's wife and daughter now wish to travel to San Francisco to grieve with and comfort Dr. Lynch, and it is anticipated that close friends will also visit in the coming weeks to pay their respects.

Dr. Lynch respectfully submits that the requested modification of his conditions of pretrial release will not compromise in any way the ability of the security detail to supervise his continued compliance with his bail conditions. As confirmed by Mr. McConville, Dr. Lynch and his security detail satisfied the terms of the First Curfew Order without difficulty or incident, and Dr. Lynch anticipates that the requested modification likewise will not create any difficulties. Mr. McConville, the supervisor with Keelson Strategic, has further informed the undersigned that Keelson's guards are fully capable of managing similar movements during the upcoming visit of Dr. Lynch's wife and daughter, and have no objection to the requested curfew. As with the First Curfew Order, Dr. Lynch will comply with any additional conditions that his guards in their full discretion believe necessary to allow for complete security while away from his residence, and Dr. Lynch's guards will ensure that Pretrial Services is aware of all trips away from the defendant's residence.

The undersigned counsel has conferred with counsel for the government and Pretrial Services regarding this request. Counsel for the government and Pretrial Services indicated that they do not oppose this request for a temporary modification of Dr. Lynch's pretrial release during the period from August 9 to August 26, 2023.

**WHEREFORE**, Dr. Lynch further respectfully requests that his conditions of home confinement be temporarily relieved to allow him to leave his residence between the hours of 9AM and 9PM PDT, during the period from August 9 to August 26, 2023, accompanied by his armed guards, without seeking advance approval of the Pretrial Services or the Court.

Dated: August 1, 2023               Clifford Chance US LLP


                                    By: */s/ Christoper Morvillo*
                                        Christopher J. Morvillo (Admitted Pro Hac Vice)
                                        Attorney for Defendant