Christopher J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorney for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br><br>Judge: Hon. Charles Breyer<br><br>**[~~PROPOSED~~] ORDER TEMPORARILY MODIFYING THE CONDITIONS OF PRETRIAL RELEASE** |

1  WHEREAS, on May 11, 2023, this Court issued an Order Setting Conditions of Pretrial
2  Release for defendant Michael R. Lynch, including: (1) the execution of a $100 million bond,
3  secured by $50 million in cash, wire transfer, and/or unencumbered shares of publicly traded
4  stock, accompanied by power of sale, or any combination thereof; (2) the defendant shall be
5  confined to an address in the city and county of San Francisco, subject to the approval of the
6  United States Attorney's Office and the Court, and may only travel for meetings with counsel,
7  medical appointments, court appearances, and other essential purposes, all of which must be
8  located in the city and county of San Francisco; (3) the hiring of a private security firm at the
9  defendant's expense, including 24-hour armed guards and video surveillance; (4) surrender of all
10 travel documents of any kind whatsoever; and (5) strict supervision by Pretrial Services and
11 adherence to any other conditions imposed by this Court (Doc. 146, the "First Order Setting
12 Conditions of Pretrial Release");

13  WHEREAS, on May 24, 2023, this Court issued an Order granting the defendant's
14 Motion for Leave to Change Address and to Clarify Release Conditions, including: changing the
15 defendant's address to 2715 Scott St., San Francisco, CA and clarifying that the defendant's
16 release conditions include the ability for him to travel for religious services and court-approved
17 obligations within San Francisco, upon the approval of Pretrial Services (Doc. 168, the "Second
18 Order Setting Conditions of Pretrial Release");

19  WHEREAS, the defendant's wife will be visiting him in San Francisco from August 9 to
20 August 26, 2023, and one of his daughters will also be visiting for part of this time;

21  WHEREAS, the defendant hereby moves this Court for an Order Temporarily Modifying
22 the Conditions of Pretrial Release to allow him to leave his residence between the hours of 9AM
23 and 9PM PDT during the period from August 9 to August 26, 2023, always accompanied by his
24 armed guards, with notice about his whereabouts to Pretrial Services, in order to accompany his
25 wife and daughter within San Francisco during their visit; and

26  WHEREAS, counsel for the defendant and counsel for the government have conferred
27 about this motion and counsel for the government does not oppose this request for a temporary
28 modification of the defendant's release conditions during the period his family is visiting San

Francisco; and counsel for the defendant has conferred with Pretrial Services and Pretrial Services does not oppose this motion;

**WHEREFORE**, the Court ORDERS the following:

1. The defendant's Motion for an Order Temporarily Modifying the Conditions of Pretrial Release is GRANTED, subject to the following conditions. For the period August 9 to August 26, 2023, (1) the defendant shall be allowed to travel with his daughters within the city of San Francisco between the hours of 9AM and 9PM PDT each day; (2) the defendant shall always be accompanied by two armed guards when outside of the residence; (3) the defendant shall obey any conditions that his guards believe necessary to allow for complete security while away from his residence; and (4) the defendant's guards shall coordinate with Pretrial Services about the defendant's whereabouts while outside of the residence to ensure that Pretrial Services is aware of all trips away from the defendant's residence.

2. On August 27, 2023, the prior conditions of home confinement set forth in this Court's First and Second Order Setting Conditions of Pretrial Release shall resume.

SO ORDERED this __2nd__ day of August, 2023.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE