Christopher .J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorney for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL RICHARD LYNCH,<br><br>  Defendant. | Case No.: 3:18-CR-00577-CRB<br><br>**MOTION TO CLARIFY ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Charles Breyer |

On August 1, 2023, Defendant Lynch filed a motion asking the Court to modify his release conditions to allow him to spend time outside his residence during upcoming visits from his wife and daughter. (Dkt. No. 200.) However, the proposed order that the defense submitted to the Court inadvertently stated only that he "shall be allowed to travel with his daughters within the city of San Francisco[.]" Defendant Lynch asks the Court to amend the order to clarify that he is permitted to travel with his "wife and/or daughter" during this time.

DATED: August 3, 2023                CLIFFORD CHANCE US LLP


                                     By:   */s/ Christopher J. Morvillo*
                                           CHRISTOPHER J. MORVILLO
                                           Attorney for Defendant
                                           MICHAEL RICHARD LYNCH

---

1

MOTION TO CLARIFY ORDER TEMPORARILY MODIFYING CONDITIONS OF
PRETRIAL RELEASE AND [PROPOSED] ORDER