Christopher J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone:  212-878-3437

Attorney for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL RICHARD LYNCH,<br><br>  Defendant. | Case No.: 3:18-CR-00577-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CLARIFY ORDER TEMPORARILY MODIFYING THE CONDITIONS OF PRETRIAL RELEASE<br><br>Judge:     Hon. Charles Breyer |

## [~~PROPOSED~~] ORDER

The Court's Order dated August 2, 2023 (Dkt. No. 201) is amended to clarify that it also applies to travel with Defendant Lynch's wife.

The corrected Order shall read as follows:

1. The defendant's Motion for an Order Temporarily Modifying the Conditions of Pretrial Release is GRANTED, subject to the following conditions. For the period August 9 to August 26, 2023, (1) the defendant shall be allowed to travel with his **wife or daughter** within the city of San Francisco between the hours of 9AM and 9PM PDT each day; (2) the defendant shall always be

accompanied by two armed guards when outside of the residence; (3) the defendant shall obey any conditions that his guards believe necessary to allow for complete security while away from his residence; and (4) the defendant's guards shall coordinate with Pretrial Services about the defendant's whereabouts while outside of the residence to ensure that Pretrial Services is aware of all trips away from the defendant's residence.

2. On August 27, 2023, the prior conditions of home confinement set forth in this Court's First and Second Order Setting Conditions of Pretrial Release shall resume.

DATED: August 7, 2023

_____
Hon. Charles R. Breyer