Christopher J Morvillo (Admitted *Pro Hac Vice)*
*christopher.morvillo@cliffordchance.com*
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorney for Defendant
Michael Richard Lynch

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br>-<br>Judge: Hon. Charles Breyer<br><br>**REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO MODIFY (TEMPORARILY) CONDITIONS OF PRETRIAL RELEASE** |

Dr. Michael Lynch, the defendant in the above-captioned action, through counsel, respectfully submits the following in brief reply to the Government's opposition (Doc 206) to his third request for temporary modifications of his conditions of pretrial release.  Dr. Lynch seeks a temporary modification to impose a curfew between the hours of 9AM and 9PM during the periods from September 24 to October 9, 2023, and October 24 to November 5, 2023, to allow Dr. Lynch to spend time outside his residence during anticipated visits from, first, his wife and then from his daughters.

Despite having consented to Dr. Lynch's two prior requests for similar temporary modifications, indicating that the Government does not view such a temporary modification as posing a risk of flight, the Government now opposes this third curfew request on the ground that there are no changed circumstances supporting a change in bail conditions.  Contrary to the Government's position, however, a defendant's proven track record of compliance may constitute a new circumstance supporting a modification of bail conditions.  *See United States* v. *Hutchins*, 298 F.Supp.3d 1205, 1206 (E.D. Wisc. Nov. 6, 2017) (modification of release conditions from home confinement to curfew are appropriate where defendant, who was a citizen of the UK, had demonstrated compliance with prior conditions).

Dr. Lynch has such a track record of compliance.  Over the last four months, he has scrupulously complied with the conditions of his release, just as he scrupulously complied with his bail conditions in the UK.  Moreover, Dr. Lynch's track record includes compliance with the two prior temporary curfew modifications, which totaled only three weeks combined.  Neither Pretrial Services nor Dr. Lynch's security detail has voiced any concern whatsoever about Dr. Lynch's compliance with his conditions or his curfew requests, including this third request for curfew modifications; to the contrary, both Pretrial Services and the security team have emphasized that Dr. Lynch has been fully compliant with all terms of his bail, including during the two prior Court- and government-approved curfew modifications, and both have no objection to the requested modification.

Nevertheless, the Government now opposes Dr. Lynch's modification request.  That opposition cannot be based on a concern about risk of flight, the only proper basis for opposition

under the Bail Reform Act. Indeed, the Government has consented to this identical modification on two prior occasions (not to mention also taking the position earlier in these proceedings that less restrictive conditions—not including home confinement or a security detail, for example—would adequately assure Dr. Lynch's appearance). And the Government's suggestion that Dr. Lynch is "fortunate" that he was not detained pending trial is contrary to the assurances the Government gave the UK extradition court that Dr. Lynch would not be detained pending trial.

Even with a curfew during the visits of his wife and daughters, the conditions of Dr. Lynch's pretrial release—including armed security guards, ankle bracelet, GPS monitoring, and substantial security for the bond Dr. Lynch has posted—are still highly restrictive, and more than sufficient to reasonably assure Dr. Lynch's appearance. *See United States* v. *Peebles*, 630 F.3d 1136, 1139 (9th Cir. 2010) (combination of curfew and electronic monitoring sufficient to reasonably assure presence of defendant).

For these reasons, and for the reasons set forth in Dr. Lynch's third bail modification request, Dr. Lynch respectfully submits that the requested bail modification should be granted.

Dated: September 21, 2023

Clifford Chance US LLP

By: *<u>/s/Christopher J. Morvillo</u>*____________________
Christopher J. Morvillo (Admitted *Pro Hac Vice*)
Attorney for Defendant

Case 3:18-cr-00577-CRB   Document 207   Filed 09/21/23   Page 4 of 4