Jonathan M. Baum (SBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J Morvillo (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT LYNCH'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS FOR HIS MOTIONS TO DISMISS (1) COUNTS ONE THROUGH SIXTEEN OF THE SUPERSEDING INDICTMENT AND (2) COUNT SEVENTEEN OF THE SUPERSEDING INDICTMENT** |

      The Court has reviewed Defendant Lynch's Motion for Administrative Relief to Exceed Page Limitations for His Motions to Dismiss (1) Counts One through Sixteen of the Superseding Indictment and (2) Count Seventeen of the Superseding Indictment (the "Motion for Administrative Relief"). Finding good cause, the Court GRANTS Defendant's Motion for Administrative Relief. Defendant Dr. Lynch is permitted to file memoranda of points and authorities of up to twenty-five pages in support of (1) his Motion to Dismiss Counts One through

Sixteen of the Superseding Indictment and (2) his Motion to Dismiss Count Seventeen of the Superseding Indictment.

IT IS SO ORDERED.

September 28, 2023
Date

The Honorable Charles R. Breyer
United States District Judge