Jonathan Matthew Baum (CSBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL RICHARD LYNCH'S MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN OF THE SUPERSEDING INDICTMENT** |

After considering Defendant Michael Richard Lynch's Motion to Dismiss Counts One through Sixteen of the Superseding Indictment, any responses and replies thereto, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the Court hereby GRANTS Michael Richard Lynch's Motion to

| | |
|---|---|
| 1 | Dismiss Counts One through Sixteen of the Superseding Indictment.  Counts One through Sixteen |
| 2 | are hereby dismissed with prejudice. |
| 3 |       IT IS SO ORDERED. |
| 4 | |
| 5 | _____      _____ |
| 6 | Date      The Honorable Charles R. Breyer<br>United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28