| | |
|---|---|
| Jonathan M. Baum (SBN: 303469) <br> **Steptoe & Johnson LLP** <br> One Market Street <br> Steuart Tower, Suite 1070 <br> San Francisco, CA 94105 <br> Telephone: (510) 735-4558 <br> jbaum@steptoe.com <br><br> Reid H. Weingarten (Admitted Pro Hac Vice) <br> Brian M. Heberlig (Admitted Pro Hac Vice) <br> Michelle L. Levin (Admitted Pro Hac Vice) <br> Nicholas P. Silverman (Admitted Pro Hac Vice) <br> Dwight J. Draughon (Admitted Pro Hac Vice) <br> Drew C. Harris (Admitted Pro Hac Vice) <br> **Steptoe & Johnson LLP** <br> 1114 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 506-3900 | Christopher Morvillo (Admitted Pro Hac Vice) <br> Celeste L. Koeleveld (Admitted Pro Hac Vice) <br> Daniel S. Silver (Admitted Pro Hac Vice) <br> **Clifford Chance US LLP** <br> 31 West 52nd Street <br> New York, NY 10019 <br> Telephone: (212) 878-3437 <br> christopher.morvillo@cliffordchance.com <br><br> *Attorneys for Defendant* <br> *Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION TO DISMISS COUNT SEVENTEEN OF THE SUPERSEDING INDICTMENT** <br><br> Date: November 1, 2023 <br> Time: 1:30 pm <br> Court: Courtroom 6 – 17th Floor <br> Date Filed: September 29, 2023 <br> Trial Date: March 18, 2024 |

1  I, Nicholas Silverman, declare as follows:

2      1.    I am an attorney licensed to practice law in Washington, D.C., and a partner at the
3  law firm of Steptoe & Johnson LLP, counsel for the defendant Michael Richard Lynch.

4      2.    I have knowledge of the facts set forth herein, and if called upon as a witness to
5  testify thereto, I could do so competently under oath.

6      3.    The U.S. Securities and Exchange Commission's "Order Directing Private
7  Investigation and Designating Officers to Take Testimony," from SF-03853, *In the Matter of*
8  *Hewlett-Packard Company*, is dated November 29, 2012.

10      I declare under penalty of perjury that the foregoing is true and correct and that this
11  declaration was executed September 29, 2023, in Washington, D.C.

                              /s/ Nicholas Silverman
                              Nicholas Silverman

2    CASE NO. 3:18-CR-00577-CRB
DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S
MOTION TO DISMISS COUNT 17