1

2   Jonathan M. Baum (SBN: 303469)        Christopher Morvillo (Admitted Pro Hac Vice)
    **Steptoe & Johnson LLP**              Celeste L. Koeleveld (Admitted Pro Hac Vice)
3   One Market Street                      Daniel S. Silver (Admitted Pro Hac Vice)
    Steuart Tower, Suite 1070              **Clifford Chance US LLP**
4   San Francisco, CA 94105                31 West 52nd Street
    Telephone: (510) 735-4558             New York, NY 10019
5   jbaum@steptoe.com                      Telephone: (212) 878-3437
                                           christopher.morvillo@cliffordchance.com
6
    Reid H. Weingarten (Admitted Pro Hac Vice)
7   Brian M. Heberlig (Admitted Pro Hac Vice)        *Attorneys for Defendant*
    Michelle L. Levin (Admitted Pro Hac Vice)        *Michael Richard Lynch*
8   Nicholas P. Silverman (Admitted Pro Hac Vice)
9   Dwight J. Draughon (Admitted Pro Hac Vice)
    Drew C. Harris (Admitted Pro Hac Vice)
10  **Steptoe & Johnson LLP**
    1114 Avenue of the Americas
11  New York, NY 10036
12  Telephone: (212) 506-3900

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15  UNITED STATES OF AMERICA,             | Case No.: 3:18-cr-00577-CRB

16           Plaintiff,                   | Judge: Hon. Charles Breyer

17       vs.                              | **DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION 1) TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS OF COUNT SEVENTEEN, OF THE SUPERSEDING INDICTMENT AS TIME-BARRED AND 2) FOR DISCOVERY**
18
19  MICHAEL RICHARD LYNCH and
    STEPHEN KEITH CHAMBERLAIN,
20
             Defendants.
21
22
23                                        | Date: November 1, 2023
24                                        | Time: 1:30 pm
                                          | Court: Courtroom 6 – 17th Floor
25                                        | Date Filed: September 29, 2023
                                          | Trial Date: March 18, 2024
26
27
28
                                    1          CASE NO. 3:18-CR-00577-CRB
    DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S
    MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS
    OF COUNT SEVENTEEN, AS TIME-BARRED, AND FOR DISCOVERY

I, Nicholas Silverman, declare as follows:

1.       I am an attorney licensed to practice law in Washington, D.C., and a partner at the law firm of Steptoe & Johnson LLP, counsel for the defendant Michael Richard Lynch.

2.       I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.       Attached hereto as **Exhibit A** is a true and correct copy of the Indictment of Sushovan Hussain in the matter of *United States v. Hussain*, No. 3:16-cr-00462-CRB (N.D. Cal. Nov. 10, 2016), ECF No. 1.

4.       Attached hereto as **Exhibit B** is a true and correct copy of the Superseding Indictment of Sushovan Hussain in the matter of *United States v. Hussain*, No. 3:16-cr-00462-CRB (N.D. Cal. May 4, 2017), ECF No. 52.

5.       Attached hereto as **Exhibit C** is a true and correct copy of a tolling agreement between the government and Dr. Lynch, which is dated July 30, 2018.

6.       Attached hereto as **Exhibit D** is a true and correct copy of a document produced by the government. The document is Bates-stamped USAO 00002276-90, dated January 29, 2016, and titled "The United States' *Ex Parte* Application for an Order Suspending the Statute of Limitations Pursuant to 18 U.S.C. § 3292."

7.       Attached hereto as **Exhibit E** is a true and correct copy of a document produced by the government. The document is Bates-stamped USAO 00003603-04, dated January 29, 2016, and titled "Order Suspending the Running of the Statute of Limitations Under 18 U.S.C. § 3292."

8.       Attached hereto as **Exhibit F** is a true and correct copy of a document produced by the government, redacted pursuant to Federal Rule of Criminal Procedure 49.1. The document is Bates-stamped USAO 00002443-52, dated June 7, 2016, and titled "The United States' *Ex Parte* Application for an Order Suspending the Statute of Limitations Pursuant to 18 U.S.C. § 3292."

9.       Attached hereto as **Exhibit G** is a true and correct copy of a document produced by the government. The document is Bates-stamped USAO 00003606-08, dated June 7, 2016,

DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S
MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS
OF COUNT SEVENTEEN, AS TIME-BARRED, AND FOR DISCOVERY

and titled "Second Order Suspending the Running of the Statute of Limitations Under 18 U.S.C. § 3292."

10.     Attached hereto as **Exhibit H** is a true and correct copy of a document produced by the government. The document is Bates-stamped USAO 00003291-300, dated July 27, 2018, and titled "The United States' *Ex Parte* Application for an Order Suspending the Statute of Limitations Pursuant to 18 U.S.C. § 3292."

11.     Attached hereto as **Exhibit I** is a true and correct copy of a document produced by the government. The document is Bates-stamped USAO 00003301-04, dated August 8, 2018, and titled "Third Order Suspending the Running of the Statute of Limitations Under 18 U.S.C. § 3292."

12.     Attached hereto as **Exhibit J** is a true and correct copy of a document produced by the government. This document is Bates-stamped USAO 00003434-35, dated August 10, 2015, and titled "Diplomatic Note to the Holy See, No. 143-2015."

13.     Attached hereto as **Exhibit K** is a true and correct copy of a document provided by the government via email. Upon information and belief, this document is a list of questions that was attached to Exhibit J.

14.     Attached hereto as **Exhibit L** is a true and correct copy of a document produced by the government. This document is Bates-stamped USAO 00003441-56, dated December 18, 2015, and titled "Letter to the Secretariat of State for the Holy See and Vatican City State."

15.     Attached hereto as **Exhibit M** is a true and correct copy of a document produced by the government. This document is Bates-stamped USAO 00003458, dated December 23, 2015, and titled "Letter to the Central Authority of Italy."

16.     Attached hereto as **Exhibit N** is a true and correct copy of a document provided by the government via email. Upon information and belief, this document is the full request to the Central Authority of Italy that was attached to Exhibit M.

17.     Attached hereto as **Exhibit O** is a true and correct copy of a document produced by the government, redacted pursuant to Federal Rule of Criminal Procedure 49.1. This

DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS OF COUNT SEVENTEEN, AS TIME-BARRED, AND FOR DISCOVERY

document is Bates-stamped USAO 00003613-23, dated January 27, 2016, and titled "Letter to the Central Authority of the Bailiwick of Guernsey."

18.     Attached hereto as **Exhibit P** is a true and correct copy of a document produced by the government, redacted pursuant to Federal Rule of Criminal Procedure 49.1. This document is Bates-stamped USAO 00003559-75, dated January 29, 2016, and titled "Letter to the Central Authority of the United Kingdom."

19.     Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by the government. This document is Bates-stamped USAO 00003580-89, dated May 1, 2017, and titled "Letter to the Central Authority of the United Kingdom."

20.     Attached hereto as **Exhibit R** is a true and correct copy of a document produced by the government. This document is Bates-stamped USAO 00003439-40, dated January 14, 2016, and titled "Diplomatic Note to the Holy See, No. 3-2016."

21.     Attached hereto as **Exhibit S** is a true and correct copy of a Wall Street Journal article dated February 2, 2020, written by Aruna Viswanatha and Dave Michaels, titled *Justice Department Accused of Abusing Process to Extend Statute of Limitations*, and retrieved from https://www.wsj.com/amp/articles/justice-department-accused-of-abusing-process-to-extend-statute-of-limitations-11580657654.

22.     Attached hereto as **Exhibit T** is a true and correct copy of a National Review article dated February 13, 2020, written by Jack Crowe, titled *Former Justice Department Attorney Warns That Prosecutorial Abuses Go Beyond FISA Process*, and retrieved from https://www.nationalreview.com/news/former-justice-department-attorney-warns-that-prosecutorial-abuses-go-beyond-fisa-process/.

CASE NO. 3:18-CR-00577-CRB
DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS OF COUNT SEVENTEEN, AS TIME-BARRED, AND FOR DISCOVERY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23.     Attached hereto as **Exhibit U** is a true and correct copy of Robert Bogucki's Notice of Motion and Motion to Dismiss in the matter of *United States v. Bogucki*, No. 3:18-cr-00021-CRB (N.D. Cal. Apr. 27, 2018), ECF No. 58.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed September 29, 2023, in Washington, D.C.

/s/ Nicholas Silverman
Nicholas Silverman

DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT LYNCH'S MOTION TO DISMISS COUNTS ONE THROUGH SIXTEEN, AND CERTAIN OBJECTS OF COUNT SEVENTEEN, AS TIME-BARRED, AND FOR DISCOVERY