# EXHIBIT E

FILED

JAN 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7534
       Fax: (415) 436-7234
8      Robert.Leach@usdoj.gov
       Adam.Reeves@usdoj.gov
9
   Attorneys for United States of America
10

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION

14 IN RE GRAND JURY INVESTIGATION      )  Case No. CR 14-90491 MISC EMC
15 NO. 2012R02242,                     )
                                       )  [PROPOSED] ORDER SUSPENDING
16                                     )  THE RUNNING OF THE STATUTE OF
                                       )  LIMITATIONS UNDER 18 U.S.C.
17                                     )  § 3292
                                       )
18                                     )  **UNDER SEAL**
                                       )
19                                     )
                                       )
20 ─────────────────────────────────────

21     Upon application of the United States, indicating that evidence of offenses, namely 15 U.S.C.

22 §§ 78j(b) & 78ff (securities fraud), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1341 (mail fraud), 18

23 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities fraud), and 18 U.S.C. § 1349 (attempt and

24 conspiracy), is in the Vatican City State and in Italy, the Court finds, by a preponderance of the

25 evidence, that an official request has been made to the Vatican City State for evidence of the foregoing

26 offenses and it reasonably appears that such evidence is in the Vatican City State. The Court further

27 finds, by a preponderance of the evidence, that an official request has been made to Italy for evidence of

28 the foregoing offenses and it reasonably appears that such evidence is in Italy.

[PROPOSED] ORDER SUSPENDING STATUTE OF LIMITATIONS
CASE NO. CR-14-90491MISC EMC

USAO 00003603

1   WHEREFORE, it is ordered that the United States' *Ex Parte* Application for an Order
2   Suspending the Statute of Limitations Pursuant to 18 U.S.C. § 3292 is GRANTED.
3   It is further ordered that the running of the statute of limitations for the foregoing offenses is
4   SUSPENDED beginning on August 10, 2015, the date on which the official request to the Vatican City
5   State was made, and ending on the date on which the Vatican City State takes final action on the request.
6   It is further ordered that the running of the statute of limitations for the foregoing offenses is
7   SUSPENDED beginning on December 23, 2015, the date on which the official request to Italy was
8   made, and ending on the date on which Italy takes final action on the request.
9   It is further ordered that the Clerk of the Court shall seal this Order, as well as the United States'
10  *Ex Parte* Application for an Order Suspending the Statute of Limitations and the Declaration of AUSA
11  Robert S. Leach in support thereof, pending further order of the Court.
12      IT IS SO ORDERED.
13  Dated: 1/29, 2016

THE HONORABLE JAMES DONATO  EDWARD CHEN
United States District Judge

18  cc: Robert S. Leach

28
[PROPOSED] ORDER SUSPENDING STATUTE OF LIMITATIONS
CASE NO. CR-14-90491MISC EMC                 2