# EXHIBIT K

The United States Attorneys Office (USAO) and Federal Bureau of Investigation (FBI) are investigating the financial reporting of Autonomy, a public company that was acquired by Hewlett-Packard in 2011.  In March 2010, Autonomy recognized revenue on a transaction with a U.S. company called MicroTech.  Under the purchase order, MicroTech bought Autonomy software for resale to the Vatican.  The USAO is investigating whether it was appropriate for Autonomy to recognize revenue on the transaction.

We believe that no sale was ever consummated between Autonomy and the Vatican, or between MicroTech and the Vatican.  We wish to inquire about the negotiations from 2009 to 2011 to understand how close, if at all, Autonomy and the Vatican were to an agreement and the proposed terms.

We would like to underscore that the purpose of this interview would be to investigate Autonomy.  Neither Monsignor Pasini, nor the Holy See or Vatican City State is the target of this investigation.  We would simply be grateful for Monsignor's cooperation in investigating the potentially fraudulent activity of this U.S. company that had a significant effect on U.S. investors.

Specifically, we wish to ask Monsignor Pasini the following questions in person:

> Please describe your discussions with Autonomy in 2009, 2010, 2011.
>
> What software were you contemplating purchasing and why?
>
> Please describe the negotiations.  With respect to meetings, conference calls, or other interactions, please describe:  the location, the participants, and the terms discussed.
>
> Did Autonomy provide you any written proposals?
>
> How were those received?
>
> Was there any discussion of resellers, such as MicroTech?
>
> Please describe your communications with the following people:
> Mike Lynch
> Sushovan Hussain
> Andy Kanter
> Corrado Broli
> Pete Menell

During the negotiations, was there any discussion of Autonomy, or any officer or director including Mike Lynch, making a contribution to the Vatican or affiliated entity? Was there discussion of creation of a foundation? What did that involve?

Please describe all communications relating to MicroTech.

We also have a number of documents (attached) that we wish to discuss. We request that you maintain the confidentiality of the documents.