# EXHIBIT M



**U.S. Department of Justice**
Criminal Division
Office of International Affairs

United States Embassy – Rome, Italy

| Embassy Address: | U.S. Mail: | Tel.: +39 06 4674 2680 |
|---|---|---|
| Via Vittorio Veneto 119/A | DOJ, Unit 9500, Box 23 | Fax: +39 06 4674 2266 |
| 00187 Rome, Italy | DPO AE 09624-0023 | Email: cristina.posa@usdoj.gov |

23 dicembre 2015

**VIA CORRIERE**

Dott. Stefano Opilio
Direttore, Ufficio II, D.G.A.P
Ministero della Giustizia
Via Arenula, 70
00186 Roma

Oggetto: Richiesta di assistenza giudiziaria nell'indagine ai danni di Autonomy Corporation

Egr. Dott. Opilio,

Si trasmette ai sensi del vigente Trattato di Mutua Assistenza tra gli Stati Uniti d'America e la Repubblica Italiana in Materia Penale, l'unita richiesta di assistenza giudiziaria in lingua inglese, con preghiera di inoltrarla all'Autorità competente per l'esecuzione.

Si rende noto che vi invieremo la traduzione italiana dopo le festività Natalizie.

Si coglie l'occasione per rinnovare i sensi della più alta stima e considerazione.

Distinti saluti.

Cristina M. Posa
Department of Justice Attaché