Gary S. Lincenberg - State Bar No. 123058
   glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
   rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
   mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Declaration of Gary S. Lincenberg in Support of Stephen Chamberlain's Joinder and Motion to Dismiss Count 17 of the Superseding Indictment**<br><br>Date:     November 1, 2023<br>Time:    1:30 p.m.<br>Place:    Courtroom 6<br><br>Assigned to Hon. Charles R. Breyer |

## DECLARATION OF GARY S. LINCENBERG

I, Gary S. Lincenberg, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow PC, attorneys of record for Defendant Stephen Keith Chamberlain in this action. I make this Declaration in support of Stephen Chamberlain's Joinder and Motion to Dismiss Count 17 of the Superseding Indictment. Except for those matters stated on information and belief, I make this Declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Through my review of discovery, I have seen documents indicating that HP-Autonomy's final reported revenue for Q1 2012 was $220.1 million. Through my review of publicly available information, HP reported approximately $30 billion in revenue for Q1 2012.

3. Attached as **Exhibit 1** is a true and correct copy of the superseding indictment filed in the matter captioned *United States v. Hwa*, No. 1:18-cr-00538-MKB (E.D.N.Y.) filed on December 20, 2021, ECF No. 105 .

4. Attached as **Exhibit 2** is a true and correct copy of the indictment filed in the matter captioned *United States v. Reyes*, No. 3:06-cr-00556-CRB (N.D. Cal.) filed on August 11, 2006, ECF No. 23 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on September 29, 2023, at Los Angeles, California.

                                              */s/Gary S. Lincenberg*
                                              Gary S. Lincenberg