Gary S. Lincenberg - State Bar No. 123058
 glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
 rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
 mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>        Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[Proposed] Order Granting Stephan Chamberlain's Motion to Dismiss Count 17 of the Superseding Indictment**<br><br>Hon. Charles R. Breyer |

This **CAUSE** having come before the Court upon Defendant Stephan Keith Chamberlain's Motion to Dismiss Count 17 of the Superseding Indictment for Failure to State an Offense as to Mr. Chamberlain. After due consideration of the filings, the governing law, and the argument of the parties, **IT IS HEREBY ORDERED** that Mr. Chamberlain's motion is **GRANTED**, and that Count 17 of the Superseding Indictment is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge