PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States,
Acting under Authority Conferred by 28 U.S.C. § 515

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov
          Adam.Reeves@usdoj.gov
          Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 18-CR-577 CRB<br>) <br>) [PROPOSED] ORDER GRANTING UNITED<br>) STATES' MOTION FOR FOREIGN DEPOSITIONS<br>) UNDER RULE 15 OF THE FEDERAL RULES OF<br>) CRIMINAL PROCEDURE<br>)<br>) Date:   November 1, 2023<br>) Time:  1:30 p.m.<br>) Court: Hon. Charles R. Breyer<br>)           Courtroom 6, 17th Floor<br>) |
| Plaintiff, | |
| v. | |
| MICHAEL RICHARD LYNCH, and<br>STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

Good cause shown, it is HEREBY ORDERED that the United States' Motion for Foreign Depositions Under Rule 15 of the Federal Rules of Criminal Procedure is GRANTED. The Court ORDERS pre-trial depositions of Marc Geall, David Toms, Fernando Lucini, Sean Blanchflower, Christopher Goodfellow, and Ian Black**.** The Court FINDS exceptional circumstances for such depositions and that they are in the interest of justice under Rule 15. The depositions shall occur at dates and times in advance of trial to be further negotiated by the parties. The parties may use all or part of

the deposition as provided by the Federal Rules of Evidence, as set forth in Federal Rule of Criminal Procedure 15(f).

The Court makes the following case-specific findings: (A) the witnesses' testimony could provide substantial proof of a material fact in a felony prosecution; (B) there is a substantial likelihood that the witnesses' attendance at trial cannot be obtained; (C) the witnesses' presence for a deposition in the United States cannot be obtained; (D) defendant Lynch cannot be present because no reasonable conditions will assure an appearance at the deposition or at trial or sentencing; and (E) defendant Lynch can meaningfully participate in the deposition through video or other reasonable means.

If Geall, Toms, Lucini, Blanchflower, Goodfellow, or Black accepts service of subpoena, no deposition shall occur for such witness.

DATED: _____

_____
THE HONOROABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE