PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States,
Acting under Authority Conferred by 28 U.S.C. § 515

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov
           Adam.Reeves@usdoj.gov
           Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-577 CRB |
| Plaintiff, | SEPTEMBER 29, 2023 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' MOTION FOR FOREIGN DEPOSITIONS UNDER RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| MICHAEL RICHARD LYNCH, and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | Date: November 1, 2023<br>Time: 1:30 p.m.<br>Court: Hon. Charles R. Breyer<br>Courtroom 6, 17th Floor |

I, Robert S. Leach, declare as follows:

1.    I am an Assistant United States Attorney representing the United States of America, the plaintiff in this case.

2.    I understand Marc Geall is represented by Swanson & McNamara LLP. To date, counsel for Mr. Geall has not agreed to accept service of a subpoena. From my discussions with

        counsel, I understand Mr. Geall resides in or near London and would not contest being deposed in London.

3. Attached as Exhibit A is a true and correct copy of Trial Exhibit 766 from the case *United States v. Sushovan Hussain*, CR 16-462-CRB.

4. The government attempted to make contact with David Toms through his prior counsel in the *Hussain* case. We recently were advised to contact Mr. Toms at his new employer. Based on communication with his new employer and Mr. Toms, the government understands Mr. Toms is in the process of possibly retaining new counsel. Mr. Toms has yet to indicate whether he will agree to accept service of a subpoena.

5. Attached as Exhibit B is a true and correct copy of a witness statement by Fernando Lucini dated September 14, 2018, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

6. Attached as Exhibit C is a true and correct copy of a witness statement by Fernando Lucini dated November 16, 2018, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

7. Attached as Exhibit D is a true and correct copy of a witness statement by Fernando Lucini dated February 8, 2019, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

8. Lucini is represented by Swanson & McNamara LLP. To date, counsel for Lucini has not agreed to accept service of a subpoena. The government understands Lucini resides in or near Cambridge.

9. Attached as Exhibit E is a true and correct copy of a witness statement by Christopher Goodfellow dated September 14, 2018, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

10. Attached as Exhibit F is a true and correct copy of a witness statement by Christopher Goodfellow dated November 17, 2018, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

11. Attached as Exhibit G is a true and correct copy of a witness statement by Christopher Goodfellow dated February 10, 2019, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

12. The government understands Goodfellow is represented by Swanson & McNamara LLP. To date, counsel for Goodfellow has not agreed to accept service of a subpoena. The government understands he resides in the United Kingdom.

13. The government understands Blanchflower is represented by Swanson & McNamara LLP. To date, counsel for Blanchflower has not agreed to accept service of a subpoena. The government understands Blanchflower resides in or near Cambridge and would not contest being deposed in London.

14. Attached as Exhibit H is a true and correct copy of an FBI memorandum of interview of Ian Black dated January 25, 2019

15. The government understands Black is represented by Swanson & McNamara LLP. To date, Black's counsel has not agreed to accept service of a subpoena. The government understands Black resides in or near London and would not contest being deposed in London.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September 2023 in the Northern District of California.

/s/ Robert S. Leach
ROBERT S, LEACH
Assistant United States Attorney