UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>　　　　Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>[~~Proposed~~] Order<br><br>Assigned to Hon. Charles R. Breyer |

The Court has reviewed Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for (1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory (the "Administrative Motion"). Finding good cause, the Court GRANTS the Administrative Motion. Mr. Chamberlain is permitted to file memoranda of points and authorities of up to twenty-five pages in support of (1) his Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory.

　　IT IS SO ORDERED.

DATED: October 3, 2023

　　　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer
　　　　　　　　　　　　　　　　　　　United States District Judge