Jonathan M. Baum (SBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DEFENDANT MICHAEL RICHARD LYNCH'S JOINDER IN DEFENDANT STEPHEN CHAMBERLAIN'S MOTION TO DISMISS COUNTS ONE THROUGH FIFTEEN AND COUNT SEVENTEEN AS TIME-BARRED AND FOR PRE-INDICTMENT DELAY (DKT. 217)**<br><br>Date: November 1, 2023<br>Time: 1:30 pm<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: September 29, 2023<br>Trial Date: March 18, 2024 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD IN THIS ACTION:

2      PLEASE TAKE NOTICE that Dr. Michael Richard Lynch fully joins and incorporates herein Defendant Stephen Chamberlain's Motion to Dismiss Counts One through Fifteen and Count Seventeen as Time-Barred and for Preindictment Delay (Dkt. 217).  For the reasons provided in that motion, the Court should dismiss Counts One through Fifteen and Count Seventeen of the Superseding Indictment.

Dated: October 3, 2023

    Respectfully submitted,

    /s/ Reid Weingarten
    Reid H. Weingarten (Admitted Pro Hac Vice)
    Brian M. Heberlig (Admitted Pro Hac Vice)
    Michelle L. Levin (Admitted Pro Hac Vice)
    Nicholas P. Silverman (Admitted Pro Hac Vice)
    Dwight J. Draughon (Admitted Pro Hac Vice)
    Drew C. Harris (Admitted Pro Hac Vice)
    **Steptoe & Johnson LLP**
    1114 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 506-3900

    Jonathan M. Baum (SBN: 303469)
    **Steptoe & Johnson LLP**
    One Market Street
    Steuart Tower, Suite 1070
    San Francisco, CA 94105
    Telephone: (510) 735-4558
    jbaum@steptoe.com

| | |
|---|---|
| 1 | |
| 2 | Christopher J. Morvillo (Admitted Pro Hac Vice) |
|   | Celeste L. Koeleveld (Admitted Pro Hac Vice) |
|   | Daniel S. Silver (Admitted Pro Hac Vice) |

Christopher J. Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*