# EXHIBIT 6

| | |
|---|---|
| **From:** | Lopez, Jonathan E. <jonathan.lopez@orrick.com> |
| **Sent:** | Thursday, March 24, 2016 11:17 AM |
| **To:** | Reeves, Adam (USACAN) <AReeves@usa.doj.gov> |
| **Cc:** | Leach, Robert (USACAN) <RLeach@usa.doj.gov> |
| **Subject:** | RE: In re Autonomy: E&Y - David Hales |

We are clear for 4pm.

-----Original Message-----
From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
Sent: Thursday, March 24, 2016 2:05 PM
To: Lopez, Jonathan E. <jonathan.lopez@orrick.com>
Cc: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
Subject: Re: In re Autonomy: E&Y - David Hales

Jonathan:  I need to roll this back to 4 pm today.  Is this a problem?  Adam

Sent from my iPhone

> On Mar 24, 2016, at 7:38 AM, "Lopez, Jonathan E." <jonathan.lopez@orrick.com> wrote:
>
> Hey Adam, hope you are in NY on vacation or something fun!  Yes, 2:30 works for me.  Do you want me to give you a ring?  Or you can call me at the office.  202 339 8456.  Talk soon.
>
> -----Original Message-----
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Thursday, March 24, 2016 7:16 AM
> To: Lopez, Jonathan E. <jonathan.lopez@orrick.com>
> Cc: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
> Subject: Re: In re Autonomy: E&Y - David Hales
>
> Jonathan:  Greetings.  I hope you are well these days.  I am in NY this week but I hope you might have time for a call this afternoon, perhaps around 230 pm ET.  What is your schedule like?  I look forward to connecting soon.  All the best, Adam
>
> Sent from my iPhone
>
> On Mar 24, 2016, at 7:10 AM, "Reeves, Adam (USACAN)" <AReeves@usa.doj.gov<mailto:AReeves@usa.doj.gov>> wrote:
>
> Justin:  Thank you for your email.  Thank you also for bringing in Jonathan, who I know quite well.  I will call him as soon as possible to discuss your questions.  I look forward to our call on 3/31.  Thanks, Adam
>
> Sent from my iPhone
>
> On Mar 24, 2016, at 6:19 AM, "Justin Reid" <jreid1@uk.ey.com<mailto:jreid1@uk.ey.com>> wrote:
>
>
> Adam,
> Further to your email below and my initial call with Robert Leach, I wanted to write in advance of our call on 31 March.  In particular, I want to make sure we are on the same page regarding the scope of your request, as the email below departs from the matters discussed on our initial call.  I understood that your request was for a voluntary informal interview (outside of the official Mutual Legal Assistance Treaty process).  My understanding from the call was that it was an informational interview only and that general topics, as well as any specific documents, would be disclosed to us in advance.  The email below, however, refers to obtaining "a complete, voluntary, production of documents from E&Y".  That was not my understanding of the voluntary, informal approach proposed.  Can you please confirm that my initial understanding is correct?  Also, I want to take this opportunity to let you know that we have recently appointed external counsel, Orrick (Jonathan Lopez, copied) to assist us in this matter, and  I have asked Jonathan to join our call on 31 March.
> Kind regards,
> Justin
>
> --
> Justin Reid | Legal Counsel | Risk Management

\>
\> Ernst & Young LLP
\> 1 More London Place, London SE1 2AF, United Kingdom
\> Office: +44 (0) 207 951 2000 | Direct: +44 (0) 207 783 0720 | JReid1@uk.ey.com<mailto:JReid1@uk.ey.com>
\> Fax: +44 (0) 207 951 1345 | Mobile: +44 (0) 778 835 6016 | EY/Comm: 8530720
\> Website: http://www.ey.com<http://www.ey.com/>
\>
\> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
\> Sent: Saturday, March 19, 2016 3:06 AM
\> To: Justin Reid <jreid1@uk.ey.com<mailto:jreid1@uk.ey.com>>
\> Cc: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov<mailto:Robert.Leach@usdoj.gov>>
\> Subject: RE: In re Autonomy: E&Y - David Hales
\>
\> Justin:  It is important to get this scheduled soon.  Will any of the dates below work on your end?  We have a high level need to learn more about E&Y's audit opinion on the restated 2010 statutory accounts, obtain a complete, voluntary, production of documents from E&Y, and meet with you and David Hales during our upcoming trip to London during the first two weeks of May.  That is a lot to accomplish in one month.  So, I hope to speak soon and start to dig into the this process.  Please let me know when we can do that.  Thank you, Adam
\>
\> Adam A. Reeves
\> Assistant United States Attorney
\> Deputy Chief, Economic Crimes Section
\> United States Attorney's Office
\> Northern District of California
\> 450 Golden Gate Avenue, 11th Floor
\> San Francisco, California 94102-3495
\> (415) 436-7157
\> Fax: (415) 436-7234
\>
\>
\> From: Reeves, Adam (USACAN)
\> Sent: Thursday, March 10, 2016 11:36 AM
\> To: 'Justin Reid'
\> Cc: Leach, Robert (USACAN)
\> Subject: RE: In re Autonomy: E&Y - David Hales
\>
\> Justin:  Bob and I will be in NY that week.  Can we please do the call on 3/29, 3/30 or 3/31 at 930 am PT time (530 pm London time)?   Adam
\>
\> From: Justin Reid [mailto:jreid1@uk.ey.com]
\> Sent: Wednesday, March 09, 2016 10:22 AM
\> To: Reeves, Adam (USACAN)
\> Cc: Leach, Robert (USACAN)
\> Subject: RE: In re Autonomy: E&Y - David Hales
\>
\>
\> Adam,
\> Further to my previous email, Lisa and I are available to speak on Monday, 21 March at 5.30pm (UK time) if that suits?
\> Kind regards,
\> Justin
\>
\> _____
\> From: Reeves, Adam (USACAN)
\> Sent: Tuesday, March 08, 2016 7:57:45 PM
\> To: Justin Reid
\> Cc: Leach, Robert (USACAN)
\> Subject: RE: In re Autonomy: E&Y - David Hales
\> Great.  Thank you for the follow up.  I look forward to talking soon.  Adam
\>
\> From: Justin Reid [mailto:jreid1@uk.ey.com]
\> Sent: Tuesday, March 08, 2016 10:46 AM
\> To: Reeves, Adam (USACAN)
\> Cc: Leach, Robert (USACAN)
\> Subject: RE: In re Autonomy: E&Y - David Hales
\>

```
>
> Adam,
> Further to your email, I am checking availability.  I will come back to you tomorrow.
> Kind regards,
> Justin
>
> --
> Justin Reid | Legal Counsel | Risk Management
>
> Ernst & Young LLP
> 1 More London Place, London SE1 2AF, United Kingdom
> Office: +44 (0) 207 951 2000 | Direct: +44 (0) 207 783 0720 | JReid1@uk.ey.com<mailto:JReid1@uk.ey.com>
> Fax: +44 (0) 207 951 1345 | Mobile: +44 (0) 778 835 6016 | EY/Comm: 8530720
> Website: http://www.ey.com<http://www.ey.com/>
>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Wednesday, March 02, 2016 8:06 PM
> To: Justin Reid
> Cc: Leach, Robert (USACAN)
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Justin:  I am very sorry to have missed you.  But I am glad you connected with Bob.  Can you and Bob please work on scheduling a call with Lisa using a call in number?  I am eager to plan toward a voluntary meeting with David Hales when we are in London in early May.  On the call, I would like to discuss the steps I think will help to bring that about.  Thank you again for your assistance with this matter.  Hope to talk to you soon.  Adam
>
> From: Justin Reid [mailto:jreid1@uk.ey.com]
> Sent: Wednesday, March 02, 2016 10:15 AM
> To: Reeves, Adam (USACAN)
> Cc: Leach, Robert (USACAN)
> Subject: RE: In re Autonomy: E&Y - David Hales
>
>
> Adam,
> I have just left a voicemail.  I will be here for a little while longer.  Please feel free to try my direct line or let me know if you are still available and I can dial into the conference call facility below.  Alternatively, I am available next Thursday at 5.30pm (UK time).
> Kind regards,
> Justin
>
> --
> Justin Reid | Legal Counsel | Risk Management
>
> Ernst & Young LLP
> 1 More London Place, London SE1 2AF, United Kingdom
> Office: +44 (0) 207 951 2000 | Direct: +44 (0) 207 783 0720 | JReid1@uk.ey.com<mailto:JReid1@uk.ey.com>
> Fax: +44 (0) 207 951 1345 | Mobile: +44 (0) 778 835 6016 | EY/Comm: 8530720
> Website: http://www.ey.com<http://www.ey.com/>
>
> From: Justin Reid
> Sent: Wednesday, March 02, 2016 5:58 PM
> To: 'Reeves, Adam (USACAN)'; Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
>
> Adam,
> I am at my desk; there have been no calls.  Perhaps there is a problem with the phone.  Could you try using the dial-in below.  I will dial-in as chair.
> Kind regards,
> Justin
>
> Dial-in : +44 (0) 330 336 6062 / 0844 581 8077
>
> Chairperson PIN: 83214439
> Participant PIN: 53019599
```

USAO-EMAIL 011190

\>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Wednesday, March 02, 2016 5:55 PM
> To: Justin Reid; Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Justin:  I called 44 (0) 207 783 0720 twice, but no answer and no voicemail.  Can we please schedule a call with you and Lisa on Thurs 3/10 or Fri 3/11 at 5:30 pm GMT (9:30 am PT)?  And do you have a conference call in number we might be able to use?  It is important for us to connect.  Thank you for your assistance.  Adam
>
> Adam A. Reeves
> Assistant United States Attorney
> Deputy Chief, Economic Crimes Section
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, California 94102-3495
> (415) 436-7157
> Fax: (415) 436-7234
>
> From: Reeves, Adam (USACAN)
> Sent: Tuesday, March 01, 2016 2:24 PM
> To: 'Justin Reid'; Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Justin:  OK.  Bob and I will call you at your direct dial number tomorrow at 5:30 pm London time (9:30 am SF time).  Thank you for your assistance.  Adam
>
> From: Justin Reid [mailto:jreid1@uk.ey.com]
> Sent: Tuesday, March 01, 2016 2:21 PM
> To: Reeves, Adam (USACAN); Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
>
> Thanks Adam.  Happy to speak tomorrow.
> --
> Justin Reid | Legal Counsel | Risk Management
>
> Ernst & Young LLP
> 1 More London Place, London SE1 2AF, United Kingdom
> Office: +44 (0) 207 951 2000 | Direct: +44 (0) 207 783 0720 | JReid1@uk.ey.com<mailto:JReid1@uk.ey.com>
> Fax: +44 (0) 207 951 1345 | Mobile: +44 (0) 778 835 6016 | EY/Comm: 8530720
> Website: http://www.ey.com<http://www.ey.com/>
>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Tuesday, March 01, 2016 9:49 PM
> To: Justin Reid; Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Justin:  Thank for the email.  Would the following week be better, perhaps on Thurs 3/10 or Fri 3/11 (again, at 5:30 pm GMT, 9:30 am PT)?  Please let me know.  Thank you, Adam
>
> From: Justin Reid [mailto:jreid1@uk.ey.com]
> Sent: Tuesday, March 01, 2016 1:26 PM
> To: Reeves, Adam (USACAN); Lisa Cameron
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
>
> Adam,
> Unfortunately Lisa is unable to make the times you have proposed this week.  I am available tomorrow at 5.30pm GMT, if that still

suits ?  Otherwise, I would be grateful if you could propose alternative times next week.
> Kind regards,
> Justin
> --
> Justin Reid | Legal Counsel | Risk Management
>
> Ernst & Young LLP
> 1 More London Place, London SE1 2AF, United Kingdom
> Office: +44 (0) 207 951 2000 | Direct: +44 (0) 207 783 0720 | JReid1@uk.ey.com<mailto:JReid1@uk.ey.com>
> Fax: +44 (0) 207 951 1345 | Mobile: +44 (0) 778 835 6016 | EY/Comm: 8530720
> Website: http://www.ey.com<http://www.ey.com/>
>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Tuesday, March 01, 2016 12:15 AM
> To: Lisa Cameron; Justin Reid
> Cc: Leach, Robert (USACAN); William Hammer
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Lisa and Justin:  Bill Hammer referred me to you about our interest in speaking with David Hales, the E&Y UK partner that audited Autonomy's restated 2010 statutory accounts following Autonomy's acquisition by HP in 2011.  My colleague, AUSA Bob Leach, and I would like to please schedule a call with you to discuss this matter.  Are you available to do that at 5:30 pm GMT (9:30 am Pacific Time) on one of the following dates:  3/2 or 3/4?  Please let me know.  Many thanks, Adam
>
> Adam A. Reeves
> Assistant United States Attorney
> Deputy Chief, Economic Crimes Section
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, California 94102-3495
> (415) 436-7157
> Fax: (415) 436-7234
>
> From: William Hammer [mailto:bill.hammer@ey.com]
> Sent: Monday, February 29, 2016 1:11 PM
> To: Reeves, Adam (USACAN)
> Cc: Leach, Robert (USACAN); Lisa Cameron; Justin Reid
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Adam,
>   As we discussed, the person you want to speak with is either Lisa Cameron or Justin Reid, both of them are copied on this email.
> Bill
>
>
>
>
> --
> William P. Hammer, Jr. | Associate General Counsel | General Counsel's Office
>
> Ernst & Young LLP
> Office: 212-773-3865 | bill.hammer@ey.com<mailto:bill.hammer@ey.com>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Wednesday, February 03, 2016 4:16 PM
> To: William Hammer
> Cc: Leach, Robert (USACAN)
> Subject: RE: In re Autonomy: E&Y - David Hales
>
> Bill:  Thank you so much for the email.  Are you available to talk Fri at 12 noon PT (3 pm ET)?  If so, what number can I reach you at?  Talk to you soon.  Adam
>
> From: William Hammer [mailto:bill.hammer@ey.com]
> Sent: Wednesday, February 03, 2016 5:51 AM
> To: Reeves, Adam (USACAN)
> Cc: Leach, Robert (USACAN)
> Subject: RE: In re Autonomy: E&Y - David Hales

>
> Hello, Adam.  Yes, I am the right person to talk to.  When is a good time for me to call you?  Tomorrow won't work.  Friday afternoon, my time, would be best.  But if you need to speak sooner, I'll figure something out for this afternoon (I'm in meetings and travelling so it's a bit tricky today, but I can make it work if necessary).
> Bill
>
>
>
>
>
> --
> William P. Hammer, Jr. | Associate General Counsel | General Counsel's Office
>
> Ernst & Young LLP
> Office: 212-773-3865 | bill.hammer@ey.com<mailto:bill.hammer@ey.com>
> From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
> Sent: Tuesday, February 02, 2016 9:40 PM
> To: William Hammer
> Cc: Leach, Robert (USACAN)
> Subject: In re Autonomy: E&Y - David Hales
>
> Bill:  I have been referred to you by Susan Resley at Morgan Lewis.  AUSA Bob Leach and I are investigating the facts and circumstances surrounding HP's acquisition of Autonomy in 2011.  It is our understanding that E&Y audited HP's restatement of Autonomy's 2010 statutory accounts in the UK.  Susan suggested that I reach out to you at E&Y about our interest in this subject and, specifically, our interest in speaking with the E&Y engagement partner, David Hales.  Please let me know if there is a good time for us to discuss this further by telephone.  Thanks, Adam
>
> Adam A. Reeves
> Assistant United States Attorney
> Deputy Chief, Economic Crimes Section
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, California 94102-3495
> (415) 436-7157
> Fax: (415) 436-7234
>
>
>
>
>
> Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.
> _____
> The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.
>
> Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com<http://ey.com> website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com<mailto:no-more-mail@ey.com>. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP
>
>
> Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.
> _____
> The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.
>

> Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com<http://ey.com> website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com<mailto:no-more-mail@ey.com>. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number

OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> EY has been a firm supporter of the arts for over 20 years and we are proud of our EY Tate Arts partnership.
> This e-mail and any attachment are confidential and contain proprietary information, some or all of which may be legally privileged. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, please notify the author immediately by telephone or by replying to this e-mail, and then delete all copies of the e- mail on your system. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or rely on this e- mail.
>
> Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment.
>
> EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.
>
> The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London, SE1 2AF, the firm's principal place of business and its registered office. Ernst & Young LLP is a multi-

disciplinary practice and is authorised and regulated by the Institute of Chartered Accountants in England and Wales, the Solicitors Regulation Authority and other regulators. Further details can be found at http://www.ey.com/UK/en/Home/Legal.
>
>
> NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.
>
> For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.
>


NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.