# EXHIBIT 8

| | |
|---|---|
| **From:** | Lopez, Jonathan E. <jonathan.lopez@orrick.com> |
| **Sent:** | Friday, December 2, 2016 4:53 AM |
| **To:** | Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov> |
| **Cc:** | Winternitz, Andrea N. (SF) (FBI) <Andrea.Winternitz@ic.fbi.gov>; Willis, Simon <swillis@orrick.com> |
| **Subject:** | RE: US v Hussain (Autonomy): E&Y |

Hi Adam and Bob,
We are still working on scheduling on our end, but we think the 13th can work. We will get back to you as soon as we can confirm. We saw the Hussain indictment, thanks for forwarding.
Jonathan

**From:** Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
**Sent:** Wednesday, November 30, 2016 7:56 PM
**To:** Lopez, Jonathan E. <jonathan.lopez@orrick.com>; Willis, Simon <swillis@orrick.com>
**Cc:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Winternitz, Andrea N. (SF) (FBI) <Andrea.Winternitz@ic.fbi.gov>
**Subject:** US v Hussain (Autonomy): E&Y

Jonathan and Simon: Andrea and I are working out the details of our trip to London in December. Simon, would it be possible to please meet again in person on Tuesday 12/13 in the early afternoon, perhaps around 1 pm, at Orrick's London offices? Jonathan, if it is easier, we are happy to adjust so you can join by phone. This meeting would be to (1) follow up on the topics we discussed on 10/25; (2) discuss the MLAT we are preparing for E&Y, a draft of which we would like to give you in advance of the meeting on 12/13; and (3) plan toward a voluntary meeting with David Hales in London in May 2016. We do not have a lot of flexibility in our schedule but I could probably also meet late on Wed 12/14 if that is better. Please let us know what works on your end. Also attached, for your information, is the recently filed indictment in *US v Hussain*. Many thanks and talk to you soon. Adam

**From:** Reeves, Adam (USACAN)
**Sent:** Tuesday, October 18, 2016 8:48 AM
**To:** 'Lopez, Jonathan E.' <jonathan.lopez@orrick.com>
**Cc:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Willis, Simon <swillis@orrick.com>
**Subject:** In re Autonomy: E&Y

Jonathan: Greetings. I hope you are well. We would like to please move forward with E&Y's cooperation with our investigation relating to Autonomy. At a high level, I would like to fill you in on where we are and where we are going. Do you have time for a call later this week or early next week? We plan to be in London again the week of 12/12 and would like to plan toward another get-together then. I look forward to connecting soon. Adam

Adam A. Reeves
Assistant United States Attorney
Deputy Chief, Economic Crimes Section
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102-3495
(415) 436-7157
Fax: (415) 436-7234

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

**USAO-EMAIL 011068**