# EXHIBIT 9

| | |
|---|---|
| **From:** | Lopez, Jonathan E. <jonathan.lopez@orrick.com> |
| **Sent:** | Saturday, December 24, 2016 7:49 AM |
| **To:** | Reeves, Adam (USACAN) <AReeves@usa.doj.gov> |
| **Subject:** | RE: In re Autonomy: EY |

Happy Holidays buddy.

-----Original Message-----
From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
Sent: Friday, December 23, 2016 3:52 PM
To: Willis, Simon <swillis@orrick.com>
Cc: Lopez, Jonathan E. <jonathan.lopez@orrick.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
Subject: Re: In re Autonomy: EY

Thank you very much for the details, Simon. We will take into consideration the points you make about the breadth of the MLAT. Let's plan to discuss this further in the new year. Happy Holidays, Adam

Sent from my iPhone

On Dec 22, 2016, at 2:28 AM, Willis, Simon <swillis@orrick.com<mailto:swillis@orrick.com>> wrote:

Dear Adam

Thank you for sharing the wording of your proposed MLAT request with us at our meeting earlier this month. We understand the current form of the request to be:

1. All work papers relating to the Autonomy Systems Limited ("ASL") UK statutory audit engagement.
2. All documents provided by ASL to EY during the audit engagement
3. All permanent audit files relating to ASL
4. All billing records relating to ASL
5. All communications between ASL and EY

We have assumed that the request would only concern Autonomy Systems Limited (Company Registration number 03063054) and not the other UK subsidiaries and would be limited to documents relevant to the audit the of ASL's financial statements for the ten months ended 31 October 2011.

As we discussed, as currently formulated the proposed requests appear to us to be too broad in that the results would include a great deal of material most of which is likely to be irrelevant to the focus of your inquiry as we understand it to be. We have asked EY for some indication of the amount of data involved. By way of illustration, at the relevant time EY used an electronic audit system known as GAMx. Our understanding is that the documents received or created during any normal audit engagement would be expected to be capable of being stored within a single GAMx database. In the case of the UK audit of the Autonomy group for the ten months ended 31 October 2011 three GAMx databases had to be used such was the volume of material involved. The total of the hours expended by the audit team was approximately 15,000 whereas the expectation for an audit of this size would be 1,500 - 1,750 hours in total. Of all the time spend by the UK audit team EY estimate that 60-70% would have been dedicated to ASL.

We have also been told that large volumes of material received from ASL during the audit were documents which had already been disclosed to the US government by HP. There is therefore likely to be a large amount of duplication.

At the earliest opportunity we intend to have a discussion with Mr Hales and others within EY to provide you with some suggestions as to how the requests might be focused to ensure you get to the most relevant material in the most efficient way possible. Unfortunately we have not been able to have that detailed discussion with Mr Hales since our meeting (he is currently on vacation) and we are conscious that you indicated there was very little time left to provide input before the MLAT request was finalized. We will revert with some suggestions for you as soon as we are able to do so. If we miss your current deadline for the MLAT request we will work with you and our local agency to refine the requests as the matter progresses.

I will keep you updated on our progress. In the meantime best wishes for the festive season.

Kind regards


Simon

Simon Willis<http://www.orrick.com/Lawyers/Simon-Willis/Pages/>

Partner

Orrick<https://www.orrick.com/>
London<https://www.google.com/maps/place/Orrick,+Herrington+%26+Sutcliffe+(Europe)+LLP/@51.514165,-0.093647,18z/data=!3m1!4b1!4m2!3m1!1s0x48761b3605b8aa8f:0x8812cd3ede091b98>

<image001.jpg><https://www.orrick.com/api/sitecore/PersonnelPage/vCard?personnelGuid=A2A0B489-544F-4B2F-9B16-3C1C8E664A0C>


T +44 (0)20 7862 4682
M +44 (0)7958 319 321
assistant +44 (0)20 7862 4736
swillis@orrick.com<mailto:swillis@orrick.com>

<image002.png>


<http://www.crisis.org.uk/><image003.png><http://www.crisis.org.uk/><http://www.crisis.org.uk/>

Orrick, Herrington & Sutcliffe (Europe) LLP is a limited liability partnership registered in England and Wales under number OC347108 and is a multinational practice of registered and foreign lawyers and English solicitors. The term partner is used to refer to a member of Orrick, Herrington & Sutcliffe (Europe) LLP or an employee or consultant with equivalent standing and qualifications, or an individual with equivalent status at an Orrick Entity. A list of members of Orrick, Herrington & Sutcliffe (Europe) LLP and their professional qualifications is open to inspection at our registered office, 107 Cheapside, London EC2V 6DN DX: 557 London/City. Authorised and regulated by the Solicitors Regulation Authority. Orrick, Herrington & Sutcliffe (Europe) LLP or an affiliated undertaking (each such undertaking being an "Orrick Entity") has an office in Beijing, Brussels, Dusseldorf, Geneva, Hong Kong, Houston, London, Los Angeles, Milan, Moscow, Munich, New York, Orange County, Paris, Portland, Rome, Sacramento, San Francisco, Seattle, Shanghai, Silicon Valley, Taipei, Tokyo, Washington, D.C., and Wheeling.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.