# EXHIBIT 10

## Leach, Robert (USACAN)

| | |
|---|---|
| **From:** | Willis, Simon <swillis@orrick.com> |
| **Sent:** | Thursday, January 25, 2018 9:47 AM |
| **To:** | Reeves, Adam (USACAN); Lopez, Jonathan E. |
| **Cc:** | Leach, Robert (USACAN); Frentzen, William (USACAN) |
| **Subject:** | RE: In re AU:  Dave Hales |

Dear Adam

I apologize for not getting back to you sooner. EYUK have been considering very carefully the issue of Mr Hales attending interview tomorrow. Regrettably their independence team have concluded that they are not able to do this for the same reasons as the previous request for voluntary testimony at trial.  If you would like to discuss I am happy to do so but am presently tied up with a trial which started today so maybe we could arrange something for tomorrow afternoon.

Kind regards


Simon
-----Original Message-----
From: Reeves, Adam (USACAN) [mailto:Adam.Reeves@usdoj.gov]
Sent: 25 January 2018 8:37 AM
To: Lopez, Jonathan E. <jonathan.lopez@orrick.com>; Willis, Simon <swillis@orrick.com>
Cc: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Frentzen, William (USACAN) <William.Frentzen@usdoj.gov>
Subject: In re AU: Dave Hales

Simon:  Will Dave Hales be at the meeting tomorrow at 230 pm or not?  If not, I plan to schedule another meeting.  Please let me know today.  Thank you.  Adam

Sent from my iPhone


Orrick, Herrington & Sutcliffe (UK) LLP, a multinational practice of registered European and foreign lawyers and English solicitors, is a limited liability partnership incorporated in England and Wales with registered number OC414172 and is authorised and regulated by the Solicitors Regulation Authority. Orrick, Herrington & Sutcliffe (UK) LLP or an affiliated undertaking (each such undertaking being an "Orrick Entity") has an office in Beijing, Brussels, Dusseldorf, Geneva, Hong Kong, Houston, London, Los Angeles, Milan, Moscow, Munich, New York, Orange County, Paris, Portland, Rome, Sacramento, San Francisco, Santa Monica, Seattle, Shanghai, Silicon Valley, Taipei, Tokyo, Washington, D.C., and Wheeling.

The term 'partner' is a title used to refer to a member of Orrick, Herrington & Sutcliffe (UK) LLP or an employee or consultant with equivalent standing or qualifications, or an individual with equivalent status at an Orrick Entity. A list of members of Orrick, Herrington & Sutcliffe (UK) LLP and of non-members who are designated as partners, together with their professional qualifications, is open to inspection at our registered office, 107 Cheapside, London EC2V 6DN, DX: 557 London/City.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com<http://www.orrick.com/>.