# EXHIBIT 15



U.S. Department of Justice

Criminal Division
Office of International Affairs

VAA:KJH:JEC:EEM:jmf
DOJ No. 182-53177

Office of International Affairs  Direct: (202) 305-1643
1301 New York Avenue, N.W., Suite 800  Fax: (202) 514-0080
Washington, D.C. 20530  Email: Erin.Mikita@usdoj.gov

January 12, 2017

<u>VIA FEDERAL EXPRESS</u>

Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

    Re:   <u>Request for Assistance in the Investigation of Autonomy Corporation</u>

Dear AUSA Leach:

    Enclosed are materials provided by the authorities of the United Kingdom in response to your request for assistance January 29, 2016. The documents consist of a bank records from Royal Bank of Scotland . Please review these materials for completeness. This letter outlines the appropriate use of these materials and your responsibilities as the requesting authority.

**I.**    **<u>Authorized Uses of Materials</u>**

    The enclosed materials may be used in the investigation and prosecution of those persons and offenses for which assistance has been requested and granted. Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether authorization or approval can be secured.

**II.**    **<u>Obligations of Requesting Authority</u>**

    A.    <u>Review Materials Promptly</u>

    Unless stated otherwise, the foreign authorities generally conclude that no further assistance is needed and close their files shortly after transmittal of requested material. For that reason, please examine the enclosed materials immediately and notify the undersigned whether:

        1.    this request is satisfactorily executed and no further assistance is needed; or

2.     this request is only partially executed, identifying which materials remain outstanding; or

3.     this request should be expanded to include additional assistance not previously requested, providing a description and justification.

B.     <u>Evaluate Usefulness of Assistance</u>

Once you have used the materials, please provide an acknowledgment and an assessment of the value of the assistance provided in a letter for this office to forward to the foreign authorities. The prosecutor's acknowledgment that the materials provided were received and whether they were useful in criminal proceedings help to ensure prompt cooperation with subsequent requests. In fact, reporting of the disposition of cases for which foreign assistance has been provided is obligatory under many treaties.

C.     <u>Notification of Status of Forfeiture Proceedings</u>

If you have received information through this request that is used in furtherance of a forfeiture, the repatriation of funds, or a settlement involving assets otherwise subject to forfeiture, please keep this office apprised of the progress of these proceedings. <u>Immediately inform this office should assets be forfeited or returned to the United States</u> so that we may notify the foreign government.

D.     <u>Return Original Documents</u>

If you have received original documents, records or articles of evidence, you are responsible for ensuring their return or obtaining through this office a declaration that return will not be required.

We thank you for your assistance in this matter, and we ask that you keep us apprised of all developments. Should you have any questions, please contact me by telephone at (202) 305-1643 or by email at Erin.Mikita@usdoj.gov. In my absence, please contact Jason Fischer, International Affairs Specialist, by telephone at (202) 305-1995 or by email at Jason.Fischer@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By: *[signature]*
Erin E. Mikita
Trial Attorney

2

Enclosure: RBS Records

## CERTIFICATE OF AUTHENTICITY OF
## BUSINESS RECORDS

I ALICE ~~A~~ Louise COLBEAR _____ (Name),

attest on penalty of criminal punishment for false statement or

false attestation that I am employed by ROYAL BANK OF

SCOTLAND GROUP _____ (Name of Business from which

documents produced) and that my official title is FINANCIAL CRIME ASSOCIATE

I further state that each of the records attached hereto is the original or a

duplicate of the original of records in the custody of ROYAL BANK

OF SCOTLAND GROUP (Name of Business from which documents are produced).

I further state that:

(A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B) Such records were kept in the course of a regularly conducted business activity;

(C) The business activity made the records as a regular practice; and

(D) If any of such records is not the original, such record is a duplicate of the original.

_____[signature]_____          28/11/16
Signature                       Date

Sworn to or affirmed before me, ANDREW HURRELL Hunnca _____ (Name), a
Solicitor Empowered to Administer Oaths
_____ ~~(notary public,~~ Commissioner of Oaths etc), this

28th day of November 2016

_____[signature]_____

ANDREW HURRELL
Solicitors & Notary Public
108 The Broadway,
Thorpe Bay
Essex. SS1 3EU

MLAT_AU 00009059