# EXHIBIT 16

Royal Bank of Scotland Group



Sort Code: ▮▮▮  Account No: ▮▮▮  Serial No: ▮▮▮  Amount: 177,939.00

MLAT_AU 00009060



Sort Code: ▮▮▮   Account No: ▮▮▮   Serial No: ▮▮▮   Amount: 76,500.00

Royal Bank of Scotland Group





Sort Code: ▮▮▮  Account No: ▮▮▮  Serial No: ▮▮▮  Amount: 9,715.50

https://www.ves.grp.web.rbsgrp.net/Ves/faces/imagedisplay      14/12/2016

MLAT_AU 00009062