# EXHIBIT 18



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*                          *Washington, D.C. 20530*

April 6, 2017

VIA FEDERAL EXPRESS

Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

    Re:    Request for Assistance in the Investigation of Autonomy Corporation; OIA Reference Number: 182-53177 (please use when responding)

Dear Mr. Leach:

    Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of HSBC Bank records. This letter supplements the ones dated October 28, 2016, November 23, 2016, and January 12, 2017, sending materials to you. Please note that the UK has indicated that additional information is still forthcoming.

    This office is forwarding these materials as received and is not retaining a copy.

    Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By: Erin E. Mikita
Trial Attorney

Enclosure



## Home Office

International Criminality Unit
3rd Floor Seacole
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6985
www.gov.uk/government/organisations/home-office

Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue NW
Washington DC 20005
USA

UKCA Ref:   I1088700US

Your Ref:   182-53177

30 March 2017

Dear Sir/Madam

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed evidence from SFO.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk
W www.gov.uk/mutual-legal-assistance-mla-requests

182-53177

MLAT_AU 00009175

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I _Samantha Merrick_ (Name)

attest on penalty of criminal punishment for false statement or false attestation that I am employed by _HSBC Bank plc, Park Street London, SE1 9DZ_ (Name of Business from which documents produced) and that my official title is _Operations Manager_.

I further state that each of the records attached hereto is the original or a duplicate of the original of records in the custody of _HSBC Bank plc_.

I further state that:

(A) Such records were kept in the course of a regularly conducted business activity;

(B) The business activity made the records as a regular practice; and

(C) If any of such records is not the original, such record is a duplicate of the original.

_Merrick_
Signature

_22/2/2017_
Date

Sworn to or affirmed before me, _Adam Philip Milsom_ (Name), a _Solicitor_ (Commissioner of Oaths, judicial officer etc), on _22nd_ (day) of _February_ 20_17_

Thrings LLP Solicitors
Kinnaird House
1 Pall Mall East
London SW1Y 5AU