# EXHIBIT 19

Duplicate Statement of Account

Account Name                          Sortcode      Account Number    Sheet Number
Mr Sushovan Tareque Hussain &                                         176
Mrs Tracie Alaine Hussain

Your Premier Bank Account details

| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 10OCT11 | BALANCE BROUGHT FORWARD | | | ███ |
| 10OCT11 | ███████████ | ███ | | |
| 10OCT11 | ███████████ | | | |
| 10OCT11 | ███████████████████ | ███ | | |
| 10OCT11 | ███████████ | ███ | | |
| 10OCT11 | ███████████████ | ███ | | |
| 10OCT11 | CR CHQ IN AT HSBC BANK PLC PALL MALL | | 255654.54 | ███ |
| 11OCT11 | ███████████ | ███ | | ███ |
| 12OCT11 | ███████████████████ | | | |
| 12OCT11 | ███████████████████ | ███ | | |
| 12OCT11 | ███████████████████ | | | |
| 12OCT11 | ███████████ | | | |
| 12OCT11 | ███████████ | | | |
| 12OCT11 | ███████████ | | | |
| 13OCT11 | ███████████████████ | ███ | | ███ |
| 14OCT11 | ███████████ | | | |
| 14OCT11 | ███████████ | | | ███ |
| 16OCT11 | ███████████ | ███ | | |
| 16OCT11 | ███████████ | ███ | | ███ |
| 17OCT11 | ███████████ | | | |
| 17OCT11 | ███████████ | | | |
| 17OCT11 | ███████████ | | | |
| 17OCT11 | ███████████ | | | |
| 17OCT11 | ███████████████████ | ███ | | ███ |
| 18OCT11 | ███████████ | | | |
| 19OCT11 | ███████████ | | | |
| 19OCT11 | ███████████ | | | |
| 19OCT11 | ███████████ | ███ | | ███ |
| 20OCT11 | ███████████ | ███ | | ███ |
| 20OCT11 | ███████████████████ | | | |

Historic statements -  PREMIER BANK HUSSAIN S&T *PRN    Page 116 of 163

Duplicate Statement of Account

| Account Name | Sortcode | Account Number | Sheet Number |
|---|---|---|---|
| Mr Sushovan Tareque Hussain & Mrs Tracie Alaine Hussain | | | 177 |

Your Premier Bank Account details



| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 20OCT11 | BALANCE BROUGHT FORWARD | | | |
| ... | | | | |
| 31OCT11 | CR   AUTONOMY SYSTEMS | | 2405903.14 | |
| ... | | | | |
| 02NOV11 | BALANCE CARRIED FORWARD | | | |

https://libap-eu1-sy.systems.uk.hsbc/LASBAP01UK/CSReqServlet                    13/02/2017