# EXHIBIT 20

Historic statements - ███████ PREMIER BANK HUSSAIN S&T *PRN   Page 109 of 163

Duplicate Statement of Account

| Account Name | Sortcode | Account Number | Sheet Number |
|---|---|---|---|
| Mr Sushovan Tareque Hussain & Mrs Tracie Alaine Hussain | ███ | ███ | 170 |

Your Premier Bank Account details



| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 04AUG11 | BALANCE BROUGHT FORWARD | | | |
| 15AUG11 | VIS CASH 0008855648 *WESTFIELD SAN FRA SAN FRANCISCO USD 202.00 @ 1.5782 | | 127.99 | |
| 22AUG11 | BALANCE CARRIED FORWARD | | | |

69 High Street, Sevenoaks, Kent, TN13 1LB

https://ibank.ovl.au.systems.uk.beba/T.ASBABOLUK/CSBaaServlet   13/02/2017

MLAT_AU 00009285