# EXHIBIT 22

███████████████.txt

```
FRAME  263 FICHE      190
5088-4103             PREMIER BANK ACCOUNT
   ACCOUNT FRAME       1
```

MR STEPHEN KEITH CHAMBERLAIN AND MRS KAREN CHAMBERLAIN

PREVIOUS ENTRY DATE  10 OCT 11                                                          LAST

PREVIOUS STMT DATE   14 SEP 11                                                          LAST

ADDRESS (SINCE 02 APR 09) : MR S K & MRS K CHAMBERLAIN
                            ███████
                            ██████████
                            ████████
                            █████████
                            ███████

---

| DETAILS CLRD FOR INTEREST | PAYMENTS | RECEIPTS | DATE | STATEMENT BALANCE |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | 10 OCT 11 | ██████ |
|  |  |  |  |  |
|  |  |  | 11 OCT 11 |  |
|  |  |  |  |  |
|  |  |  | 11 OCT 11 |  |
|  |  |  |  |  |
|  |  |  | 11 OCT 11 |  |
|  |  |  |  |  |

Page 417

```
                                                              .txt
                                                |  11 OCT 11  |           ||
                                                |             |           ||
                                                |  11 OCT 11  |           ||
                                                |             |           ||
                                                |  11 OCT 11  |           ||
                                                |             |           ||
                                                |  11 OCT 11  |           ||
                                                |             |           ||
                                                |             |           ||
                                                |             |           ||
                                                |  11 OCT 11  |           ||
AUTONOMY SYSTEMS        |          |            |             |           ||
AUTONOMY SYSTEMS   BGC  |          |    214.83C |  11 OCT 11  |           ||
GREAT SHELFORD          |          |            |             |           ||
100106             REM  |          |  9715.50U  |  11 OCT 11  |  9842.30  ||
         126.80
                        |  |(U/C DAY3   9715.50) |            |           ||
                        |  |(NUM ITEMS       1)  |            |           ||
                                                |             |           ||
                                                |  12 OCT 11  |           ||
                                                |             |           ||
                                                |  12 OCT 11  |           ||
                                                |             |           ||
                                                |  12 OCT 11  |           ||
                                                |             |           ||
                                       Page 418
```



| | | | | |
|---|---|---|---|---|
| | | | 28 OCT 11 | 4569.56 |
| | | | 31 OCT 11 | |
| | | | 31 OCT 11 | |
| | | | 31 OCT 11 | |
| | | | 31 OCT 11 | |
| AUTONOMY SYSTEMS | | | | |
| S K CHAMBERLAIN   BGC | | 466822.35C | 31 OCT 11 | 471405.74 |
| 471405.74 | | | | |
| DENPLAN DENTISTFEE | | | | |
| | | | 01 NOV 11 | |
| | | | 01 NOV 11 | |
| | | | 01 NOV 11 | |
| | | | 01 NOV 11 | |
| | | | 01 NOV 11 | |
| | | | 01 NOV 11 | |
| | | | 02 NOV 11 | |

Page 423