EXHIBIT 23



MLAT_AU 00010725







**HEWLETT-PACKARD VISION B.V.**
RECOMMENDED CASH OFFER FOR AUTONOMY CORPORATION PLC

**RBS**

THE ROYAL BANK OF SCOTLAND PLC, DIVIDEND CLEARANCE CENTRE
PO BOX 412, GMS THREADNEEDLE STREET, LONDON EC2R 8LA

15-10-00

ONE THOUSAND ONE HUNDRED AND SEVENTY
THREE POUNDS 04 PERCE

07-OCT-2011

MR SUSHOVAN HUSSAIN

4285536



MLAT_AU 00010729

Page 1

**Transaction list - internal**
**Transaction additional details**

12May2017 08:04

| Product | | PREMIER BANK HUSSAIN S&T *PRN |
|---|---|---|

CARE - CLOSED

31Oct2011        CR        2,405,903.14Cr

Contra number                         372137
BACS User number
Transaction code                      99 Bank Giro Credit / Debit Contra
BACS source identifier                0 BACS LTD
System reference
Captured by system                    28Oct2011
Description                           AUTONOMY SYSTEMS
Corresponding trans details
Originator's transaction ref          S HUSSAIN
Corresponding account name            AUTONOMY SYSTEMS
Transaction type                      Bank Giro/BACS Credit

**End of report**

MLAT_AU 00010730