# EXHIBIT 24



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*                    *Washington, D.C. 20530*

August 29, 2017

<u>VIA FEDERAL EXPRESS</u>

Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

Re:   Request for Assistance in the Investigation of Autonomy Corporation; OIA
<u>Reference Number: 182-53177 (please use when responding)</u>

Dear Mr. Leach:

Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of additional evidence from the SFO and HSBC. This letter supplements the ones dated October 28, 2016, November 23, 2016, January 12, 2017, April 6, 2017 and June 22, 2017, sending materials to you. This office is forwarding these materials as received and is not retaining a copy. Please note that the UK has indicated that additional information is still forthcoming.

Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By: Erin E. Mikita
Trial Attorney

Enclosure



**Home Office**

International Criminality Unit
2nd Floor Peel
2 Marsham Street       T +44 (0)20 7035 4040
London                 F +44 (0)20 7035 6986
SW1P 4DF

**www.gov.uk/government/
organisations/home-
office**

Department of Justice
Criminal Division
Office of International Affairs      UKCA Ref:    I1088700US
1301 New York Avenue NW
Washington DC 20005
USA                                 Your Ref:    182-53177
11 August 2017

Dear Sir/Madam

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL
RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed more evidence from the SFO and HSBC.

Please note that this evidence may not be used for any purpose other than that specified
in your letter of request. Should you wish to use this evidence for any purpose which was
not outlined in the original request, you must seek the consent of the UK Central Authority
in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in
relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case,
please send a supplementary letter of request, quoting the UK Central Authority reference
number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk
W www.gov.uk/mutual-legal-assistance-mla-requests

MLAT_AU 00010756



**SFO**

2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

UKCA
Received:

2 8 JUL 2017

**Private & Confidential**
Antony Davies
UKCA
International Criminality Unit
Home Office
Seacole Building 3rd Floor
2 Marsham Street
London SW1P 4DF

**Your Ref:**   I 1088700US

**Our Ref:**   MLA/USA/96816

28 July 2017

Dear Antony,

### LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)

I refer to the above letter of request dated 29 January 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following hard copy documents to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
|---|---|
| Page 10 | Documents relating to HSBC Bank Plc The material consists of relating to the accounts listed (a-d) below: <br><br> 1. Opening account documents <br> 2. Correspondence <br> 3. Statements of account <br> 4. Affidavit of Richard Gilbert of HSBC <br><br> a. A/C No: Mortgage Loan account – <br><br> b. A/C No: ███ <br> c. A/C Nos: ███ and ███ <br> d. A/C no: ███ |

If you have any queries regarding the above, please do not hesitate to contact me.

Yours sincerely,

Switchboard: +44 (0)20 7239 7272
DX: 161370 Piccadilly 6

www.sfo.gov.uk

MLAT_AU 00010757



2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

*Clyde Marklew*

**Clyde Marklew**
Senior Investigator
Direct Tel:    +44 (0)20 7239 7321
Email:       .clyde.marklew@sfo.gsi.gov.uk

MLAT_AU 00010758

## CERTIFICATE OF AUTHENTICITY OF
## BUSINESS RECORDS

1.    I  _ALAN RICHARD GILBERT_  (Name)

attest on penalty of criminal punishment for false statement or

false attestation that I am employed by

_HSBC Bank Plc_ (Name of Business from which

documents produced) and that my official title is _LAW ENFORCEMENT OPERATIONS OFFICER_

I further state that each of the records attached hereto are the computer

records in the custody of _HSBC Bank Plc_

I further state that:

(A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B) Such records were kept in the course of a regularly conducted business activity;

(C) the business activity made the records as a regular practice.

(D) If any such records is not the original , such record is a duplicate of the original

_ACilbert_
Signature

_6|7|2017_
Date

Sworn to or affirmed before me, _VICTORIA SAVAGE_ (Name), a

_CHARTERED Legal Execute_(notary public, judicial officer etc), this _6th_

day of _JULY_ 20_17_

EVERSHEDS SUTHERLAND (INTERNATIONAL) LLP
115 COLMORE ROW
BIRMINGHAM
B3 3AL