# EXHIBIT 25



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*   *Washington, D.C. 20530*

October 17, 2017

VIA FEDERAL EXPRESS

Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

    Re:    Request for Assistance in the Investigation of Autonomy Corporation; OIA Reference Number: 182-53177 (please use when responding)

Dear Mr. Leach:

    Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of a CD from the SFO. This letter supplements the ones dated October 28, 2016, November 23, 2016, January 12, 2017, April 6, 2017, June 22, 2017, and August 29, 2017, sending materials to you. This office is forwarding these materials as received and is not retaining a copy. Please review the material and advise within 30 days whether the evidence completes the execution of your request.

    Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

    Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

    Sincerely,

    Vaughn A. Ary
    Director

By: *[signature]*
    Erin E. Mikita
    Trial Attorney

Enclosure





**Home Office**

International Criminality Unit
2nd Floor Peel
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6986

www.gov.uk/government/organisations/home-office

Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue NW
Washington DC 20005
USA

UKCA Ref:   I1088700US

Your Ref:   182-53177

12 October 2017

Dear Sir/Madam

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed statement and CD from SFO.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk
W www.gov.uk/mutual-legal-assistance-mla-requests

182-53177/201503816

MLAT_AU 00010975



2-4 Cockspur Street London SW1Y 5BS
Director: David Green CB QC

**Private & Confidential**
Deborah Hand
UKCA
International Criminality Unit
Home Office
Peel Building 2nd Floor
2 Marsham Street
London SW1P 4DF

**Your Ref:** I 1088700US

**Our Ref:** MLA/USA/96816

12 October 2017

Dear Deborah,

## LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)

I refer to the above letter of request dated 29 January 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following electronic documents to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
|---|---|
| Page 11 | The material on encrypted disk consists of documents relating to account held by Michael Lynch (A/C No: ▮▮▮▮) and his spouse Angela Bacares (A/C No: ▮▮▮▮) with Merrill Lynch (now taken over by the Bank of America: <br><br>1. Opening account documents (including passport details and KYC documents)<br>2. Valuation and evaluation reports<br>3. Letters<br>4. Communications between the bank officials (emails correspondence)<br>5. Transfer information<br>6. Instructions<br>7. Affidavit of Jim Kellett of Bank of America |

Please note that the password to the encrypted disk will be given to you by email. If you have any queries regarding the above, please do not hesitate to contact me.

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

1. I __Jim KELLETT__ (Name)

attest on penalty of criminal punishment for false statement or

false attestation that I am employed by

__Bank of America Merrill Lynch__ (Name of Business from which

documents produced) and that my official title is __GFCC Investigations Manager__

I further state that each of the records uploaded on to the attached

encrypted disc are the computer records in the custody of

__Bank of America Merrill Lynch 2 King Edward St__
__London EC1A 1HQ__

I further state that:

(A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B) Such records were kept in the course of a regularly conducted business activity;

(C) the business activity made the records as a regular practice.

(D) If any such records is not the original, such record is a duplicate of the original

__[signature]__     __11 July 2017__
Signature                    Date

Sworn to or affirmed before me, __Rebecca Balmforth__ (Name), a

__Solicitor__ (notary public, judicial officer etc), this __11__

day of __July__ 2017

Thrings LLP Solicitors
Kinnaird House
1 Pall Mall East
London SW1Y 5AU

## SCHEDULE OF DOCUMENTS

**Accounts:**

Michael Lynch account number ▇▇▇▇ opened on 19 November 2008.

Angela Bacares account number ▇▇▇▇ opened on 23 December 2008.

**Documents:**

Opening account documents

Statements of account

Correspondence, instructions, and memoranda relating to the account

Closing account documents (relating to the transfer of the accounts to Julius Baer)