# EXHIBIT 26

Ms A Bacares

████████████████
████
██████

MLAT_AU 00012867



**Merrill Lynch**
**Wealth Management**
A subsidiary of Bank of America Corporation

Tel 020 7628 1000
Fax 020 7995 7002

## Ms Angela Bacares

# VALUATION AND TRANSACTION REPORT

As at 31 October 2011

Merrill Lynch Portfolio Managers Limited

2 King Edward Street
London
EC1A 1HQ

Registered in England No. 933211. Authorised and regulated by the Financial Services Authority.

MLAT_AU 00012869

# CONTENTS

Ms Angela Bacares

■ **CONSOLIDATED REPORTS**

| | |
|---|---|
| Performance Analysis | 2 |
| Valuation Summary | 4 |

■ **PORTFOLIO 0770554001**

| | |
|---|---|
| Valuation | 5 |
| Income | 7 |
| Statement of Cash Movements | 8 |

■ **PORTFOLIO 0770554002**

| | |
|---|---|
| Valuation | 9 |
| Income | 13 |
| Statement of Cash Movements | 14 |

■ **PORTFOLIO 0770554003**

| | |
|---|---|
| Valuation | 15 |
| Income | 17 |
| Statement of Cash Movements | 18 |

■ **OTHER**

| | |
|---|---|
| Exchange Rates | 19 |
| Notes to the Valuation | 20 |

**Base Currency USD**

**Merrill Lynch**
**Wealth Management**
A subsidiary of Bank of America Corporation

# ■ CAPITAL ENTITLEMENTS

**Ms Angela Bacares**
**Ms Angela Bacares Execution Only Portfolio**

From 01 October 2011 to 31 October 2011

| PAY DATE<br>EX DATE | SECURITY DESCRIPTION | TERMS AND MOVEMENT | HOLDING CHANGE | BOOKCOST CHANGE | RESULTANT HOLDING | RESULTANT COST | |
|---|---|---|---|---|---|---|---|
| 07–Oct–11<br>07–Oct–11 | AUTONOMY CORP PLC | Tender Offer for AUTONOMY CORP PLC | (610,500) | 0.00<br>0.00 | 0 | 0.00<br>0.00 | GBP<br>USD |

Base Currency USD

12 of 22



**Merrill Lynch**
**Wealth Management**
A subsidiary of Bank of America Corporation

# STATEMENT OF CASH MOVEMENTS

**Ms Angela Bacares**
Ms Angela Bacares Execution Only Portfolio

From 01 October 2011 to 31 October 2011

| SETT DATE | TRADE DATE | TRANSACTION TYPE | NOMINAL | DESCRIPTION | VALUE LOCAL CCY | VALUE BASE CCY | REVALUED AT PERIOD END | UNREALISED P&L ON CCY |
|---|---|---|---|---|---|---|---|---|
| **EURO INVESTMENT ACCOUNT** | | | | | | | | |
| | | | | Opening balance | 0.03 | (9.48) | | |
| 01-Nov-11 | 31-Oct-11 | SPOT FOREIGN EXCH. | | SPOT EXCHANGE EUR / GBP 1.1445 | 450.00 | 627.66 | | |
| 01-Nov-11 | 31-Oct-11 | CASH WITHDRAWAL | | TO ATHINA ECONOMIDOU | (450.00) | (627.66) | | |
| | | | | **Closing balance** | **0.03** | **(9.48)** | 0.04 | 9.52 |
| **POUND STERLING INVESTMENT ACCOUNT** | | | | | | | | |
| | | | | Opening balance | 5,108.20 | (7,119.94) | | |
| 07-Oct-11 | 07-Oct-11 | Stock Out / Cash In | | Tender Offer, AUTONOMY CORP PLC 610500 | 15,567,750.00 | 24,311,376.79 | | |
| 17-Oct-11 | 15-Oct-11 | DEPOSIT MATURED | | MATURED 0.85 % 11/10/11–17/10/11 | 2,175.93 | 3,437.53 | | |
| 19-Oct-11 | 19-Oct-11 | CASH WITHDRAWAL | | TO MS ANGELA BACARES | (5,000.00) | (7,916.25) | | |
| 24-Oct-11 | 22-Oct-11 | DEPOSIT MATURED | | MATURED 0.85 % 17/10/11–24/10/11 | 2,538.13 | 4,048.19 | | |
| 31-Oct-11 | 29-Oct-11 | DEPOSIT MATURED | | MATURED 0.85 % 24/10/11–31/10/11 | 2,538.13 | 4,097.30 | | |
| 31-Oct-11 | 31-Oct-11 | CASH WITHDRAWAL | | TO MS ANGELA BACARES | (5,000.00) | (8,070.50) | | |
| 01-Nov-11 | 31-Oct-11 | SPOT FOREIGN EXCH. | | SPOT EXCHANGE GBP / EUR 1.1445 | (393.17) | (634.62) | | |
| | | | | **Closing balance** | **15,569,717.22** | **24,299,218.51** | 25,131,080.56 | 831,862.06 |
| **US DOLLAR INVESTMENT ACCOUNT** | | | | | | | | |
| | | | | **Closing balance** | **0.96** | **0.96** | 0.96 | 0.00 |
| **TOTAL** | | | | | | **24,299,209.99** | **25,131,081.57** | **831,871.58** |

Base Currency USD