# EXHIBIT 27



2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

**Private & Confidential**
Deborah Hand
UKCA
International Criminality Unit
Home Office
Peel Building 2nd Floor
2 Marsham Street
London SW1P 4DF

Your Ref:   I 1088700US

Our Ref:   MLA/USA/96816

15 August 2017

Dear Deborah,

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I refer to the above letter of request dated 29 January 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following hard copy documents to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
| --- | --- |
| Page 12 | The material consists of documents relating to Michael Lynch<br><br>1. Share offer documents relating to the takeover of Autonomy Corp<br>2. Printouts of client entitlements relating to the above in respect of Michael Lynch<br>3. Stock balance printout for Autonomy Corp and stock reports<br>4. Capital change entitlements printouts<br>5. Affidavit of Stephanie Jago-Warne of UBS AG |

If you have any queries regarding the above, please do not hesitate to contact me.

![SFO - serious fraud office]

2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

Yours sincerely,

*Clyde Marklew*

**Clyde Marklew**
Senior Investigator
Direct Tel:   +44 (0)20 7239 7321
Email:        clyde.marklew@sfo.gsi.gov.uk