# EXHIBIT 29



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*                    *Washington, D.C. 20530*

December 13, 2018

VIA FEDEX
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

    Re:    Request for Assistance in the Investigation of Autonomy Corporation; OIA Reference Number: 182-53177 (please use when responding)

Dear Mr. Leach:

    Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of records from UBS AG, HSBC Bank PLC, and Julius Baer. This letter supplements the ones dated October 28, 2016, November 23, 2016, January 12, 2017, April 6, 2017, June 22, 2017, August 29, 2017, October 17, 2017, December 18, 2017, and April 2, 2018, sending materials in this matter to you. This office is forwarding these materials as received and is not retaining a copy. Please note that the United Kingdom has indicated that additional information is still forthcoming and will be forwarded upon availability in due course.

    Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

    Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

                                    Sincerely,

                                    Vaughn A. Ary
                                    Director

                           By: *[signature]*
                                    Erin E. Mikita
                                    Trial Attorney

Enclosure



# Home Office

International Criminality Unit
2nd Floor Peel
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6986

www.gov.uk/government/organisations/home-office

Michael Hatzimichalis
U.S. Department of Justice – Criminal Division
U.S. Embassy
33 Nine Elms Lane
London
SW11 7US

UKCA Ref: I1088700US

Your Ref: 182-53177

4 December 2018

Dear Sir/Madam

## LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)

I write further to your letter of request dated 29 January 2016.

Please find enclosed evidence from the SFO.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

RECEIVED: 12/10/2018
PKG #: M24

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk
W www.gov.uk/mutual-legal-assistance-mla-requests

182-53177

MLAT_AU 00017265

**CERTIFICATE OF AUTHENTICITY OF
BUSINESS RECORDS**

1. I, Stephanie Jago-Warne, attest on penalty of criminal punishment for false statement or false attestation that I am employed by UBS and that my official title is Executive Director.

2. In this capacity I have been involved in the collection and production of material in response to the Notice issued by the Serious Fraud Office ("SFO") to UBS AG dated 8 May 2017 ("Notice").

3. I exhibit to this Certificate records produced in answer to the Notice ("Records").

4. I have no knowledge of or involvement in the creation of the Records, or the individuals or issues the subject of the Notice, other than in relation to production of the Records to the SFO in answer to the Notice.

5. I understand that the Records were made and kept in the course of the regularly conducted business activity of UBS AG.

6. I further state that:

    a. the Records are in the custody of UBS AG;
    b. the Records are understood to have been kept in the course of regularly conducted business activity;
    c. if any such record is not the original, such record is a duplicate of the original or a print out from a computer system.

_Jago-Warne_  28/11/2018
Signature          Date

Sworn to or affirmed before me, _____ (IAN ROBOTHAM) (Name), a

_SOLICITOR_ (notary public, judicial officer etc), this _28th_

day of _NOVEMBER_ 2018

MLAT_AU 00017266