# EXHIBIT 32

UBS Wealth Management
1 Finsbury Avenue
London EC2M 2AN
www.ubs.com

Statement Date:
**31 Oct 2011**

Statement Number:
**40**



**Cash Statement**

Your Client Advisor
Giles Nicholas
Tel:   +44 (0) 20 7568 2447
Email: Giles-J.Nicholas@ubs.com

**DR MICHAEL LYNCH**

Account Number: ▮▮▮▮▮▮▮
Account Name: **DR MICHAEL LYNCH**
IBAN: ▮▮▮▮▮▮▮

Currency: **STERLING (GBP)**
SWIFT/BIC Code: **UBSWGB2L**

Account Description:

| Date | Value Date | Entry | Details | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | | | Opening Balance as at 30 Sep 2011 | | | 516.34 CR |
| 07 Oct 2011 | 07 Oct 2011 | 112800066 | PAID TO: HSBC PRIVATE BANK (UK) LIMITED<br>FOR A/C: DR MICHAEL LYNCH, OBE<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 99,999,508.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 112800067 | PAID TO: BARCLAYS PRIVATE BANK<br>FOR A/C: M R LYNCH<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 199,999,533.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 112800069 | PAID TO: JPMORGAN CHASE BANK, N.A. LONDON EC2Y 5AJ UNITED<br>FOR A/C: JPMORGAN INTERNATIONAL BANK LTD, BRUSSELS<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 299,999,558.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 4741351 | TAKEOVER FOR CASH BASED ON YOUR HOLDING OF 19,188,046.0000<br>AUTONOMY CORP PLC ORD 0.00333 | | 489,295,173.00 | 189,295,614.34 CR |
| 10 Oct 2011 | 10 Oct 2011 | 112830008 | PAID TO: HSBC BANK PLC<br>FOR A/C: MERRILL LYNCH PORTFOLIO MANAGERS<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 89,295,589.34 CR |
| 14 Oct 2011 | 17 Oct 2011 | 6030022 | PURCHASE OF 50,000,000.0000<br>UK TREASURY BILL 0% 16.01.12 (GBP) | 49,946,464.19 | | 39,349,125.15 CR |
| | | | **Closing Balance** | | | **39,349,125.15 CR** |

Please verify this statement and inform us immediately should you disagree.

Authorised and regulated by the Financial Services Authority. A member of the London Stock Exchange.

For Sterling Deposits: "The obligations of the Bank shall be discharged exclusively at its London Branch. The governing law shall be English Law. The English courts shall have exclusive jurisdiction." For Currency Deposits: "The obligation of the Bank shall be discharged exclusively at its London branch and solely through the establishment of a credit in the country of the currency of the Bank's own branch, a correspondent bank or a bank named by the customer. The governing law shall be English Law whereby measures of the country of the currency shall be given effect. The English courts shall have exclusive jurisdiction."

Cash Statement     Page 1 of 2

071D4000

Paperless reporting is available via e-Portfolio. If you would like to sign up to e-Portfolio and stop receiving printed reports, please contact your Client Advisor.

Confidential     Fr2_00000079

MLAT_AU 00017810
EH - 36.001

**UBS Wealth Management**
1 Finsbury Avenue
London EC2M 2AN
www.ubs.com

Statement Date:
**31 Oct 2011**
Statement Number:
**40**

## Cash Statement

**Your Client Advisor**
Giles Nicholas
Tel:   +44 (0) 20 7568 2447
Email: Giles-J.Nicholas@ubs.com

**DR MICHAEL LYNCH**

| Account Number: | | Currency: | **STERLING (GBP)** | Account Description: | |
| Account Name: | **DR MICHAEL LYNCH** | | | | |
| IBAN: | | SWIFT/BIC Code: | **UBSWGB2L** | | |

| Date | Value Date | Entry | Details | Debit | Credit | Balance |
|------|------------|-------|---------|-------|--------|---------|

**Important information about compensation arrangements**

We are covered by the Financial Services Compensation Scheme (FSCS). The FSCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme.

In respect of deposits, an eligible depositor is entitled to claim up to £85,000. For joint accounts each account holder is treated as having a claim in respect of their share so, for a joint account held by two eligible depositors, the maximum amount that could be claimed would be £85,000 each (making a total of £170,000). The £85,000 limit relates to the combined amount in all the eligible depositor's accounts with the bank including their share of any joint account, and not to each separate account.

Please note you may not be eligible to claim under the FSCS Scheme. For further information about the scheme (including the amounts covered and eligibility to claim) please ask your client advisor, refer to the FSCS website www.FSCS.org.uk or call 020 7892 7300 or 0800 678 1100.

Please verify this statement and inform us immediately should you disagree.
Authorised and regulated by the Financial Services Authority. A member of the London Stock Exchange.
For Sterling Deposits: "The obligations of the Bank shall be discharged exclusively at its London Branch. The governing law shall be English Law. The English courts shall have exclusive jurisdiction." For Currency Deposits: "The obligation of the Bank shall be discharged exclusively at its London branch and solely through the establishment of a credit in the country of the currency of the Bank's own branch, a correspondent bank or a bank named by the customer. The governing law shall be English Law whereby measures of the country of the currency shall be given effect. The English courts shall have exclusive jurisdiction."

Cash Statement   Page 2 of 2

Paperless reporting is available via e-Portfolio. If you would like to sign up to e-Portfolio and stop receiving printed reports, please contact your Client Advisor.   081D4000

Confidential   Fr2_00000079

MLAT_AU 00017811
EH - 36.002