IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH,<br><br>   Defendant. | Case No. 18-cr-00577-CRB-1<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

The Court is in receipt of motions from the Government and Defendant Chamberlain which ask the Court to order foreign depositions under Rule 15 of the Federal Rules of Criminal Procedure. See Dkts. 220, 224. To assist the Court's expeditious determination of both motions, the Court orders the parties to submit the following additional briefing on or before October 26, 2023.

 The Government asks the Court to order deposition of the following six witnesses located in the United Kingdom: Marc Geall, David Toms, Fernando Lucini, Sean Blanchflower, Christopher Goodfellow, and Ian Black. See Dkt. 224. The Government shall submit supplemental briefing which:

1. Lists the six witnesses in order of importance.
2. Identifies to what extent the testimony of each of the six witnesses will not be cumulative of testimony from other witnesses who (1) have agreed to accept service of a subpoena; or (2) are within the subpoena power of the Court.
3. Advises whether each witness will voluntarily appear for a deposition in London. For any witness who will not voluntarily appear for deposition, the Government should further address whether this Court would need to issue a

letter of request through the Hague Convention to compel such deposition, and if so, the effect that such process will have on the trial schedule.

Defendant Chamberlain asks, as an alternative form of relief, for the Court to order the deposition of Rob Knight, who resides in the United Kingdom. See Dkt. 220. Defendant Chamberlain shall submit supplemental briefing which:

1. Identifies to what extent the testimony of Rob Knight will not be cumulative of testimony from other witnesses who either (1) have agreed to accept service of a subpoena; or (2) are within the subpoena power of the Court.

2. Advises whether Rob Knight will voluntarily appear for a deposition in London. If Rob Knight will not voluntarily appear for a deposition in London, Defendant Chamberlain should further address whether this Court would need to issue a letter of request through the Hague Convention to compel such deposition, and if so, the effect that such process will have on the trial schedule.

**IT IS SO ORDERED.**

Dated: October 19, 2023

CHARLES R. BREYER
United States District Judge