# EXHIBIT 3

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Michael Richard Lynch and Stephen Keith Chamberlain,

Defendant(s).

SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE

Case No.: 3:18-cr-577-CRB

TO: Deloitte LLP ("Deloitte")

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

PLACE

☑ U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

☐ U.S. Courthouse
280 South First St.
San Jose, CA 95113

☐ U.S. Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

☐ U.S. Courthouse
1301 Clay Street
Oakland, CA 94612

COURTROOM/JUDGE
6/Breyer

DATE AND TIME
1/2/2024 09:00

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment 1.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Christopher J. Morvillo; Clifford Chance US LLP; 31 West 52nd Street, New York, NY 10019-6131; (212) 878-3437; christopher.morvillo@cliffordchance.com

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________________ ______________________________

DATE SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

**Attachment 1**

All records and communications between October 1, 2011 and December 30, 2012 relating to:

i. Deloitte's review of Autonomy Systems Limited's ("ASL") FY 2011 accounts, including any disagreements between Deloitte and Autonomy or HP regarding the accounting treatment of certain items and the possibility Deloitte would give a qualified audit opinion;

ii. the restatement of ASL's 2010 accounts; and

iii. Deloitte's termination by HP as Autonomy's external auditor.