# EXHIBIT 6

| | |
|---|---|
| **From:** | Hughes, Howard |
| **To:** | joels@autonomy.com; Yelland, Christopher; Steve.Reny@autonomy.com; Charhon, JJ (SVP & CFO, Enterprise Services); Zadak, Jan |
| **CC:** | Veghte, Bill; Fieler, Steven J.; Garcia, Katherine (SVP, Applications & Business Services); Levine, Marc A (Controllership Organization) |
| **Sent:** | 6/13/2012 11:18:07 PM |
| **Subject:** | RE: Lack of ES sales incentive to sell Autonomy |

Its almost complete. The aim is to issue next week. Its not just sushovan pricing but all elements of ES and Aut working together.
There are two remaining points on it i have to resolve.


Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Zadak, Jan [Jan.Zadak@hp.com]
**Received:** Wednesday, 13 Jun 2012, 22:34
**To:** Joel Scott [joels@autonomy.com]; Yelland, Christopher [Chris.Yelland@hp.com]; Steve Reny [Steve.Reny@autonomy.com]; Hughes, Howard [howard.hughes@hp.com]; Charhon, JJ (SVP & CFO, Enterprise Services) [jeanjacques.charhon@hp.com]
**CC:** Veghte, Bill [bill.veghte@hp.com]; Fieler, Steven J. [steven.fieler@hp.com]; Garcia, Katherine (SVP, Applications & Business Services) [kathy.garcia@hp.com]; Levine, Marc A (Controllership Organization) [marc.levine@hp.com]
**Subject:** RE: Lack of ES sales incentive to sell Autonomy

We need to get the MOU between Autonomy and ES completed asap.
We are more the 6 months after the acquisition and we can´t execute in the field if basics are missing !
Autonomy struggles, ES SES struggles.

Thanks



**From:** Joel Scott [mailto:joels@autonomy.com]
**Sent:** 13. června 2012 12:43
**To:** Yelland, Christopher; Zadak, Jan; Steve Reny
**Subject:** FW: Lack of ES sales incentive to sell Autonomy

So that you know current status, I reviewed with Steve yesterday.  Steve has been driving this MOU (and all others) and is in the final stretch.  Current pricing proposal approved by Sushovan is currently with Howard Hughes for review. If there is disagreement from IM&A on the current proposal, then we will need support/signoff on any adjustment.  We also need internal support to operationalize once the MOU is signed.  We don't have the bodies currently so will need to hire, perhaps pull from HP.

**From:** Julie Dolan [mailto:julied@autonomy.com]
**Sent:** Wednesday, June 13, 2012 3:38 AM
**To:** Joel Scott
**Subject:** FW: Lack of ES sales incentive to sell Autonomy

FYI.

**From:** Nigel Hutchinson [mailto:Nigel.Hutchinson@autonomy.com]
**Sent:** 13 June 2012 11:29
**To:** Darren Baldwin
**Cc:** Julie Dolan; Nitin Kher

**Subject:** Re: Lack of ES sales incentive to sell Autonomy

I have just escalated this to Chris and Jan

On 13 Jun 2012, at 11:27, "Darren Baldwin" <Darren.Baldwin@autonomy.com> wrote:

Hi Julie

Do you know what the current status is about the MOU between us and HP?


Darren Baldwin
VP Sales EMEA
Autonomy, an HP Company.
+44 (0) 7799 037804  Mobile
E-Mail darren.baldwin@autonomy.com

---

**From:** Nitin Kher [mailto:Nitin.Kher@autonomy.com]
**Sent:** 13 June 2012 09:51
**To:** Nigel Hutchinson
**Cc:** Darren Baldwin
**Subject:** FW: Lack of ES sales incentive to sell Autonomy
**Importance:** High

Hi Nigel,

As you can see from below email HP ES has no incentive to sell Autonomy software right now. Therefore until this MOU is signed they don't really want the next 2 deals (ALH and IDOL intranet) to close anytime soon.

Can you please escalate this within the HP hierarchy?

We need the MOU to be agreed and signed ASAP and clarity for HP ES on they will be compensated.

Thanks
Nitin

---

**From:** Sagemueller, Christina [mailto:christina.sagemueller@hp.com]
**Sent:** 13 June 2012 08:58
**To:** Nitin Kher (nitin.kher@autonomy.com)
**Subject:** Lack of ES sales incentive to sell Autonomy

Hi Nitin,

We have quite a few more Autonomy opportunities in the pipeline for Syngenta. Therefore, I would like to raise an issue to you which we (ES) are facing when selling Autonomy licenses in a software as a service ES deal setup.

- There is still no MOU in place between Autonomy and ES; until this MOU has been singed, ES cannot show any Autonomy revenue. Therefore, no Autonomy revenue counts against my quota/sales target, nor do I or the pursuit team (on top pursuit bonus pool) get commission for it.
- The Autonomy Lead Generation Bonus is capped at 25%, if I do not achieve my sales target (which is a TCV target). I will not achieve my target if Autonomy revenue does not count for me. Example Archiving deal: 10 Mio USD deal, I am only recognized for 5 Mio.
- The Autonomy Lead Generation Bonus is a onetime benefit. I can get it only once (for the archiving deal) and will get nothing for any other Autonomy deal in the pipeline that I close.

Financially, it would be much more beneficial for me to sell HP or third party software and not Autonomy software in my ES deals.

With this situation I have absolutely no financial incentive anymore to drive forward the additional Autonomy deals we have in the

pipeline until the MOU has been signed.

I would appreciate if you could raise this point with the Autonomy management team and let me know if and how you plan to address it.

Many thanks.

Regards,
Christina
Sales Executive Enterprise Services
Hewlett-Packard (Schweiz) GmbH
+41 79 279 48 22 mobile | christina.sagemueller@hp.com
Ueberlandstrasse 1 | 8600 Dübendorf | Switzerland

CONFIDENTIAL

HP_10b_00007944