# EXHIBIT 8

| | |
|---|---|
| **From:** | "Cairns, Randy (Autonomy)" <cairns@hp.com> |
| **To:** | Gomez, Henry (Chief Communications Officer) <henry.gomez@hp.com>; Anderson, Lynn (Global Communications) (lynn.anderson@hp.com) <lynn.anderson@hp.com>; Clabo, Howard <howard.clabo@hp.com> |
| **Date:** | 11 Sep 2012 at 15:53 (UTC Z) |
| **Subject:** | FW: Coverage of Robert Youngjohns' appointment in the FT |

Hi Henry, Lynn, and Howard,

See below a story that ran in today's Financial Times, on Robert Youngjohns. The story takes a rather negative slant, and spreads misinformation that Autonomy's employee attrition has increased since the HP acquisition.

When the time is right we will need to have Youngjohns do meetings with these journalists – to share his / Kadifa's vision for Autonomy and HP Software, and dispel notions that we are bleeding talent.

Thanks,

Randy

---

**From:** Drake, James [mailto:James.Drake@edelman.com]
**Sent:** Tuesday, September 11, 2012 6:50 AM
**To:** Cairns, Randy (Autonomy)
**Cc:** Lockett, George; Green, Matthew; @Autonomy
**Subject:** Coverage of Robert Youngjohns' appointment in the FT

Hi Randy,

We just wanted to flag that the *Financial Times* has covered the appointment of Robert Youngjohns. Maija Palmer is a prominent journalist in the UK and well respected in the technology industry. She has covered Autonomy on a regular basis and had a good relationship with Mike who she spoke to regularly.

Unfortunately the coverage is fairly negative, and focuses heavily on the comments Meg Whitman made about Autonomy earlier in the year. Maija talks about Autonomy as a "struggling software division following the departure of Mike Lynch" and how "a quarter of Autonomy's staff have left since it was bought by HP last year amid complaints about a stifling corporate culture."

Maija is definitely someone we need to brief when Robert is available for interviews.

We've included the article below for you to have a look at.

Thanks,

James

## Microsoft executive to run HP unit

http://www.ft.com/cms/s/0/d63bf090-fb65-11e1-87ae-00144feabdc0.html#axzz26A9wzX2f

Hewlett-Packard has poached Robert Youngjohns, Microsoft's North American president, to run its struggling Autonomy software division following the departure of Mike Lynch earlier this year.

Mr Lynch, who founded Autonomy and sold it to HP for $10bn last year, left the company in May after a

fall in quarterly revenues soured relations with HP's management.

Mr Youngjohns, who is British and an Oxford physics graduate, is seen as someone who can help smooth Autonomy's so-far troubled integration into HP's corporate culture.

Having started at GCHQ, the UK government's secret communications agency, Mr Youngjohns has worked at most of the large IT groups in the US, including IBM, Sun Microsystems and Calladus Software. Much of his career has been in the US.

"He is a local lad, one of our own, but he is also a corporate guy and that is what they need right now," said George O'Connor, a London-based analyst at Panmure Gordon.

"He can show a different kind of leadership style to those who remain at Autonomy: that you can have a great career in a more corporate setting."

About a quarter of Autonomy's staff have left since it was bought by HP last year amid complaints about a stifling corporate culture.
Another tranche is expected to follow later this year, when restrictions on the sale of corporate shares are lifted in November.

Meg Whitman, HP chief executive, has expressed her disappointment with Autonomy's performance, claiming its staff are having difficulty closing the deals set up by HP's sales team. Disgruntled Autonomy staff, meanwhile, have blamed HP's slow-moving processes for holding up sales.

Although software sales were better in the third quarter, Ms Whitman told analysts on a conference call that Autonomy "still requires a great deal of attention".

Overall, HP is shedding about 29,000 jobs, or 9 per cent of its workforce, in a phased restructuring over the next two years as it tries to reinvigorate the stagnating business.

Last month the company reported its largest quarterly loss to date after writing down $8bn related to its services business.
Analysts said the arrival of Mr Youngjohns made it likely that HP would take a writedown on the Autonomy business as well.

HP is widely believed to have overpaid when it bought the Cambridge-based company.

"It is traditional for the new guy to go in there and take the writedown.

"He will have a 100-day plan and a writedown could be part of that," said Mr O'Connor.

HP – which has ousted two chief executives in two years and has vacillated between a consumer and business-focused strategy – has lost more than 60 per cent of its value since early 2011.

**James Drake • Account Executive • Edelman**
Southside, 105 Victoria Street, London SW1E 6QT, United Kingdom
t: +44 (0)20 3047 2387 | m: +44 (0)78 7544 6639 | t: @jamesdrake1989

*Edelman is the world's largest independent PR company with over 4,400 people in 65 offices.*

**Number 1 UK Tech Consultancy 2012** (PR Week) *fourth year running*
**Large Consultancy of the Year 2011** (PR Week)





*Edelman kindly reminds you to think before you ink.*

Daniel J Edelman Ltd a company registered in England with company number 924113 and its registered office at Southside, 105 Victoria Street, London SW1E 6QT, United Kingdom