# EXHIBIT 10

1  Q.  Can we look at {K26/404.2/1}. This is an email from
2      Ms Sunderwala to Mr Asher and Mr Outland at E&Y and she
3      says there:
4          "I read the article quickly a few days ago and
5      didn't really internalise the comment regarding the
6      auditors. You are right, this is a very peculiar
7      sentence ... hmm, it's got me thinking about these
8      updated valuations that economic partners did and where
9      they are floating around."
10         Then it quotes a bit from an article:
11         "Writing down the value of Autonomy would do little
12     strategically useful for HP. It can't recover the
13     $10 billion it paid for Autonomy. But a write-down
14     could have a cosmetic effect of making it easier for HP
15     to show a return on invested capital. Autonomy's
16     $10 billion price represents almost a quarter of the
17     $44 billion in intangibles the company carries on its
18     balance sheet. Less invested capital, easier for growth
19     to look big."
20         So that's something that Ms Sunderwala is discussing
21     with E&Y. Do you remember that also being a reason why
22     more of the losses were being loaded on to Autonomy?
23 A.  No. I don't. And in fact whenever we looked at return
24     on invested capital, we looked at it -- I don't believe
25     we were looking at it at this time, but when we did

125

1      later, we looked at it at a segment level. So we would
2      have looked at it at a total Software level and
3      I insisted that we make the adjustment for any goodwill
4      impairment because I thought it was artificial, if you
5      took an impairment, to just say "Everything looks
6      great".
7  Q.  Do you remember that the HP team, looking at the
8      impairment, thought that the process of changing the
9      WACC for Autonomy involved some nonsensical results?
10 A.  Actually that wasn't how I interpreted that email. The
11     way I interpreted that email is that, because we were
12     being forced to get within 30%, it was delivering
13     nonsensical results for our business segments in
14     general. Not just one segment over another. And I was
15     frustrated with the market recap -- market cap recon
16     exercise and the increasing of discount rates because it
17     implicitly assumed that the market had it right and
18     I felt like our businesses were worth more, and forcing
19     us to think about them in a lower way because of an
20     artificial construct around increasing the discount rate
21     did not make sense to me as a finance professional.
22 Q.  So this goes back to your point about it being an
23     accounting construct?
24 A.  Yes.
25 Q.  Can we go to {K26/500.1/1}. That's something we looked

126

1      at before. If you'll look at the second email down,
2      Ms Sunderwala is saying:
3          "It is very helpful for me to see how much more it
4      will take to get to 30%. Wow - looks like we will have
5      to add twice as much (and probably more) premium to the
6      discount rates than the increment already added.
7      Crazy!"
8          And in the top email which we've already looked at:
9          "It still seems ridiculous to me that there isn't
10     some reasonable range around 30% [...]"
11         And again Ms Harvey describes the discount rates to
12     get down to 30% as "crazy".
13         So this is commentary saying that these aren't, as
14     it were, real valuations that are taking place, this is
15     something that is being driven by the accounting rules;
16     is that fair?
17 A.  So I think we need to go back to what I said
18     earlier: you do it in two steps. The first step is you
19     figure out what you think the real value is of
20     a business segment, which is what we did for Autonomy
21     and our conclusion was that it needed to be written down
22     from $11 billion down to $5.8 billion. Then where the
23     accounting construct comes in is it says: okay, once
24     you've done that step for every one of your businesses,
25     you add it all up and if it is greater than 30 -- and

127

1      you figure out the equity value. If it is greater than
2      30% of the stock price, then you need to artificially
3      start increasing discount rates, segment by segment, and
4      you have to make a relative judgment on which segments
5      to raise how much, to get to the final impairment -- the
6      final conclusion as to which segments have an
7      impairment.
8  Q.  So the discount rates that you ended up using are, as it
9      were, being used to reverse engineer the final number?
10 A.  Yes. Reverse engineer the last little piece, the second
11     piece to the analysis.
12 Q.  Well, it's not just the last little piece, is it? We'll
13     see in due course that the difference between 10% and
14     16% here made a difference of --
15 A.  $3.6 billion.
16 Q.  Right. Thank you.
17 A.  Agreed.
18 Q.  But it's about reverse engineering things to get down to
19     the 130% rule?
20 A.  That is correct.
21 Q.  And part of that process is, as we've seen, deciding
22     which discount rates to use for which business unit?
23 A.  That's correct.
24 Q.  And I'm not going to go over it again but we've seen the
25     decision was taken to use higher ones for Autonomy than

128