# EXHIBIT 16

**To:** megw@hp.com[megw@hp.com]
**Cc:** Schultz, John F (Legal)[jschultz@hp.com]
**From:** Lesjak, Cathie
**Sent:** Wed 10/24/2012 6:02:52 PM
**Importance:** Normal
**Subject:** RE: Attorney Client Privilege

███

███

Cathie Lesjak
Hewlett-Packard Company
Office: 650-857-3649 | Fax: 650-852-8469
3000 Hanover Street
Palo Alto, CA 94304-1112


HPCircleLogo300dpi 2

The Best Finance Organization
1 Trusted Partner | 1 Team | 1 Time


**From:** megw@hp.com
**Sent:** Wednesday, October 24, 2012 4:02 PM
**To:** Lesjak, Cathie
**Cc:** Schultz, John F (Legal)
**Subject:** Attorney Client Privilege


████████████████████████████████████████

█

**From:** Lesjak, Cathie
**Sent:** Tuesday, October 23, 2012 11:48 PM
**To:** Whitman, Meg
**Subject:** FW: Board decks - final steps
**Importance:** High


Meg,


Attached is the deck for the Board calls this week. Note that the impairment charge is now about $8.8B given the additional synergies in Autonomy. The synergies added drive a larger market cap recon delta of about $3.6B; the remaining $5.2B in impairment is made up of   misrepresentation-related or other non-disclosed information' lost value and lower/ later in time synergies. Note that at the time we offered to buy Autonomy they were trading at $6.5B and given the 'fraud or misrepresentation' they would like have been trading well below that. Without the misleading financials, I would guess is was no more than $3-4B using a comparable revenue multiple to Tibco or Informatica, both growing similarly to Autonomy re-baselined.


Cathie


Cathie Lesjak
Hewlett-Packard Company
Office: 650-857-3649 | Fax: 650-852-8469
3000 Hanover Street
Palo Alto, CA 94304-1112

HPCircleLogo300dpi 2


The Best Finance Organization
1 Trusted Partner | 1 Team | 1 Time

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02156067

**From:** Lesjak, Cathie
**Sent:** Tuesday, October 23, 2012 11:07 PM
**To:** Ritenour, David; Schultz, John F (Legal)
**Subject:** FW: Board decks - final steps

John and David,

Here is the deck for the Board calls tomorrow and Friday. Please review, let me and Meeta know if you have questions or material changes and then send out to the directors.

Thanks,

Cathie

Cathie Lesjak
Hewlett-Packard Company
Office: 650-857-3649 | Fax: 650-852-8469
3000 Hanover Street
Palo Alto, CA 94304-1112

HPCircleLogo300dpi 2

The Best Finance Organization
1 Trusted Partner | 1 Team | 1 Time

**From:** Kim, Erin
**Sent:** Tuesday, October 23, 2012 10:38 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED   HP-SEC-02156068

**To:** Johnson, Andy (Corp Dev); Lesjak, Cathie; Sunderwala, Meeta; Sarin, Manish
**Cc:** Fieler, Steven J.
**Subject:** RE: Board decks - final steps

Cathie,

Here is the draft of the deck we were planning to discuss right now.

Thanks,

Erin

Erin Kim

Corporate Development | Hewlett-Packard Company

E: [erin.kim@hp.com](erin.kim@hp.com) | T: +1 650 857 2020 | M: +1 650 556 6888

**From:** Johnson, Andy (Corp Dev)
**Sent:** Tuesday, October 23, 2012 10:35 PM
**To:** Lesjak, Cathie; Sunderwala, Meeta; Kim, Erin; Sarin, Manish
**Cc:** Fieler, Steven J.
**Subject:** RE: Board decks - final steps

Cathie, can we get you to jump on a call with us for a couple of minutes to finalize deck. We are on my bride line

866 409 2889, id 741 907 106

**From:** Lesjak, Cathie
**Sent:** Tuesday, October 23, 2012 9:43 PM
**To:** Sunderwala, Meeta; Kim, Erin; Johnson, Andy (Corp Dev); Sarin, Manish
**Cc:** Fieler, Steven J.
**Subject:** RE: Board decks - final steps

I would go with 16%.

Cathie Lesjak
Hewlett-Packard Company
Office: 650-857-3649 | Fax: 650-852-8469
3000 Hanover Street
Palo Alto, CA 94304-1112

HPCircleLogo300dpi 2

The Best Finance Organization
1 Trusted Partner | 1 Team | 1 Time

**From:** Sunderwala, Meeta
**Sent:** Tuesday, October 23, 2012 9:23 PM
**To:** Sunderwala, Meeta; Kim, Erin; Johnson, Andy (Corp Dev); Sarin, Manish
**Cc:** Lesjak, Cathie; Fieler, Steven J.
**Subject:** RE: Board decks - final steps

Value at 17% rate is $2B even  (impairment $9 billion)

Value at 16% rate is $2.2B (impairment $8.8 billion)

Cathie, what are your thoughts.  Align Autonomy risk premium with ES  (17% rate) or with PSG/IPG (16% rate).

Thanks,

Meeta


**From:** Sunderwala, Meeta
**Sent:** Tuesday, October 23, 2012 8:43 PM
**To:** Kim, Erin; Johnson, Andy (Corp Dev); Sarin, Manish
**Cc:** Lesjak, Cathie; Fieler, Steven J.; Sunderwala, Meeta
**Subject:** Board decks - final steps


Team,

Apologies, we are still waiting on numbers from D&P.  Will send as soon as I have them—hopefully within the next half hour.  Next steps:

1)      Cathie, I'll need you to sign off on final Autonomy value when I receive numbers.  I am going to give you one at a 16% rate and one at a 17% rate – I can make either work with the market cap analysis.  Discount rate premiums are as follows:

| | |
|---|---|
| Software | 3ppt |
| ESSN and TS | 3.5ppt |
| IPG and PSG | 5ppt |
| ES and Autonomy | 6ppt    (This is Autonomy at 17%) |

With 17%, ES and Autonomy have same risk weighting (6ppt) and with 16%, Autonomy has same risk weighting as PSG/IPG.

2)    Once we have final value we can make changes in both decks and send out to this group for one last pass

3)    Cathie will send to John Shultz for posting tonight

Thanks,

Meeta

FOIA CONFIDENTIAL TREATMENT REQUESTED					HP-SEC-02156072