# EXHIBIT 17

**HP PRIVATE**



# Autonomy

Cathie Lesjak, CFO

George Kadifa, EVP, HP Software

October 24, 2012

© Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED

1

**HP PRIVATE**

# Executive Summary

- As part of HP's annual goodwill impairment analysis the Fair Value for Autonomy is estimated at $2.2B, compared with current Carrying Value of $10.1B ($11.0B of goodwill and intangibles offset by $0.9B of deferred tax liability)

- This results in an impairment charge of $8.8B ($11.0B less $2.2B), comprised of $5.6B Goodwill and $3.2B of Intangible Assets.

- The value erosion is a result of several factors:**–acquisition revenue**

  A.   Overstated pre-acquisition revenue

  B.   Lower revenue growth rate in the forward-looking plan

  C.   Lower operating margins in the forward-looking plan

  D.   Challenges with realizing the original synergy assumptions

  E.   Premium to the weighted average cost of capital (discount rate)



2    © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED       HP-SEC-01571601



**HP PRIVATE**

# Re-Baseline Impact

Significantly lower revenue, license decline, and profitability*

*Includes inorganic impact from M&A, proforma full year for 2011

3   © Copyright 2012 Hewlett

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                    HP-SEC-01571602

**HP PRIVATE**

# Re-Baseline Revenue Profile

Revenue mix is overweight Protect, creating challenges to total revenue growth

### Revenue Type



### Product Portfolio





- Good SaaS revenue stream, but low gross margins
- License revenue declined past 2 years
- Prof'l Services is highly unprofitable, working through red accounts
- Opportunity to increase Support revenue; low attach rates

- **Protect** (74% of revenue): Generally flat market opportunity and highly competitive market; Working through integration issues
- **Promote** (18% of revenue): Product enhancements required to capitalize on growing market
- **Power (IDOL)** (8% of revenue): Potential huge opportunity; Still assessing technology; Requires sales strategy alignment

\* Based on "re-baseline" financials; estimated revenue by product since actuals do not exist

4   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01571603

## HP PRIVATE
# Value Erosion Factors

| Value Erosion Factor | Description | HP Assumptions | Current Assumptions |
|---|---|---|---|
| A. **Overstated pre-acquisition revenue** | Negative adjustment to re-baseline Autonomy revenue, backing out HW resale, SaaS to license conversions, and other issues | FY11 revenue of $989M | FY11 revenue of $775M |
| B. **Lower revenue growth rate in the forward-looking plan** | Accounts for lower revenue growth in Autonomy (-2% license growth in 2011) and overweight mix of Protect revenue (~74% of revenue). Projecting below-market growth for Protect driven primarily by previous underinvestment. | Standalone CAGR of 11% | Standalone CAGR of 7% |
| C. **Lower operating margins in the forward-looking plan** | Reflects re-baselined FY11 margins of 25% and FY10 margins of 42%, and accounts for higher mix of SaaS and previous under-investments | 41% | 29% |
| D. **Challenges with realizing the original synergy assumptions** | Fewer and delayed incremental synergies; time required to develop pan-HP synergy platform (IPG, EG, and SW) | $140M revenue in FY12 $2,091M revenue in FY18 | Zero revenue in FY12 $427M revenue in FY18 |
| E. **Premium to the weighted average cost of capital (discount rate)** | Account for market perceptions of execution risk to arrive at a reasonable implied premium of the sum of the fair values of all of HP's businesses to the overall company market value | 10% | 16% |



5    © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED                    HP-SEC-01571604



FOIA CONFIDENTIAL TREATMENT REQUESTED
HP-SEC-01571605



FOIA CONFIDENTIAL TREATMENT REQUESTED

# IRB Synergy Descriptions

| Synergy | Description | IRB Value (10% WACC) | New Value (10% WACC) | New Value (16% WACC) |
|---|---|---|---|---|
| Information Management IM | • Description: Complete IM Lifecycle Management solution including Archiving, Backup / Recovery, Governance & Compliance, and Search / Discovery<br>• Value proposition: Increased efficiency through an integrated, end-to-end IM Lifecycle Management process; increased effectiveness by using IDOL to provide conceptual and contextual understanding of all content | $2.4 | $1.0 | $0.3 |
| Unified Analytics | • Description: Disrupt the BI market with Autonomy's content analysis capabilities, by providing insights across structured and unstructured data in the context of industry or LoB specific apps<br>• Value proposition: Improved decision making in context of specific business processes (i.e. Marketing, Talent Management, Warranty management) and specialized verticals (i.e. Healthcare) | $2.4 | $0.4 | $0.1 |
| Document Processing Synergy | • Description: Provide process automation solutions for document-centric business processes, including capture, routing, workflow, and archiving, leverage IPG capabilities in scanning and printing<br>• Value proposition: Workflow integrating structured and unstructured data, content repositories, and analytical capabilities for document-intensive processes (i.e. Mortgage processing, Insurance claims) | $0.7 | $0.5 | $0.2 |
| Data Security Synergy | • Description: Augment HP's Security portfolio with Autonomy's Semantic analysis and Discovery capabilities in order to provide context-aware security management<br>• Value proposition: More effective Security Event Management and Data Leak Prevention through better classification of data, and better understanding of its content | $1.0 | $0.5 | $0.2 |
| Geographic Cross Sell | • Description: Broaden reach of Autonomy in EMEA and APJ. Currently, Americas account for ~ 70% of Autonomy revenue | $1.1 | Incorporated in Standalone | |

8   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED
HP-SEC-01571607

**HP PRIVATE**

# Key Model Assumptions

| | | Description | '12-'22 CAGR | FY22 Operating Margin | DCF Value at 10% WACC (IRB Rate) | DCF Value at 16% WACC (New Rate) |
|---|---|---|---|---|---|---|
| Current Projections | Aggressive | • IDOL becomes a platform, growing to >$1B of revenues by 2022<br>• Promote and Protect grow at 2x market | 17% | 35% | $8.3B | |
| | Base Case w/Synergy | • Fewer and delayed synergies including IM, document processing, security, and unified analytics synergies | 13% | 29% | $5.8B | $2.2B |
| | Base Case w/o Synergy | • Power grows at 2x market<br>• Promote grows at market<br>• Protect new customer bookings below market | 7% | 29% | $3.5B | |
| | Downside | • Power grows half as fast as market<br>• Promote new customer bookings are 3%<br>• Protect new customer bookings are flat | 3% | 25% | $2.3B | |
| | IRB | • Standalone | 11% | 44% | $9.5B | |
| | | • IRB with Synergies | 19% | 41% | $17.1B | |

DCF values for Current Projections calculated by Duff & Phelps
For IRB case, CAGR is for '11-'21, and operating margin is for FY21

9    © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED