# EXHIBIT 20



# Hewlett-Packard Company

Q4 FY'11 CFO update
November 11, 2011



ERNST & YOUNG
Quality In Everything We Do

FOIA CONFIDENTIAL TREATMENT REQUESTED  HP-SEC-02154253

# Executive summary

## 2011 observations

- ► Q4 areas of focus
  - – webOS/Palm impairments and contact costs
  - – Compaq tradename impairment risk
  - – Autonomy acquisition
  - – Income tax provision
- ► No significant changes to planned audit approach for ongoing operations
  - – Testing thresholds aligned to revised forecasts
- ► Reasonable judgments by management on accounts requiring estimation
  - – Consistent level of conservatism

- ► Unrecorded audit differences are immaterial
- ► Unremediated internal control deficiencies are not significant
- ► Income tax process and control environment are improving
  - – Continued effort in 2012

**Audit is substantially complete, pending review of the year-end tax provision**



FOIA CONFIDENTIAL TREATMENT REQUESTED    HP-SEC-02154254

# Q4 FY'11 Update

- webOS/Palm
  - Goodwill
  - Intangibles
  - Supplier accruals
  - Non GAAP adjustment considerations
- Compaq tradename
  - Book value ≈ fair value
  - Impairment considerations
  - Utilization of the tradename
- Autonomy acquisition
  - Valuation of intangibles – preliminary
  - FY'12 revenue recognition/maintenance pricing
  - Cash confirmation procedures
  - Revenue includes $115M of hardware

- ES contracts
  - IDA Singapore
  - Alcatel Lucent
- Bonus
- Software accounting
  - Internally developed vs. developed for resale

FOIA CONFIDENTIAL TREATMENT REQUESTED                                HP-SEC-02154255