# EXHIBIT 27

**To:** Binns, Rob[rob.binns@hp.com]; Gomez, Henry (Chief Communications Officer)[henry.gomez@hp.com]; Kuczkowski, Michael[Michael.Kuczkowski@edelman.com]
**Cc:** Clabo, Howard[howard.clabo@hp.com]; Schultz, John F (Legal)[jschultz@hp.com]
**From:** Lesjak, Cathie
**Sent:** Thur 12/13/2012 1:15:28 AM
**Importance:** Normal
**Subject:** RE: Autonomy write-down infographic

The key question is off of what base….if you look at this from our biz case valuation of $17.1B, roughly $6B is from the accounting issues, about $5.2B was headwinds from synergies and the remainder is the market cap recon.

We have never gone public with the biz case of $17.1B.

If you look at this relative to what we were carrying the Autonomy asset for on our books, the $11.1B, the analysis is more complicated. The market cap recon is still roughly $3.6B. The $6B of accounting issues is probably still right but it is not a science to determine this with a carrying value of $11.1B. How do you account for the headwinds on synergies that are clear in the biz case, but less clear in the $11.1B view?

I think this debate is the reason I wonder if we really want to go down this path and if we do how best to show it.

Cathie

**From:** Binns, Rob
**Sent:** Wednesday, December 12, 2012 1:17 PM
**To:** Gomez, Henry (Chief Communications Officer); Kuczkowski, Michael
**Cc:** Clabo, Howard; Schultz, John F (Legal); Lesjak, Cathie
**Subject:** RE: Autonomy write-down infographic

Thanks Mike.  To your point, it is my understanding that the >$5BN linked to accounting issues INCLUDES any assumptions on the delayed synergies, and that the balance is only linked to the market cap issue.  This is how we characterized in Meg's script, - as you highlight, there appears to have been some very late changes to the Q&A which seems to contradict this, but my view has always been that the $5BN includes any

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                              HP-SEC-00621850

delays…..but I am sure Cathie can weigh in to confirm either way.

Cheers

Rob


Rob Binns

Investor Relations


Email : rob.binns@hp.com

Cell : +1 408219 7230


*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information.  This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*


**From:** Gomez, Henry (Chief Communications Officer)
**Sent:** Wednesday, December 12, 2012 1:13 PM
**To:** Kuczkowski, Michael
**Cc:** Clabo, Howard; Binns, Rob; Schultz, John F (Legal); Lesjak, Cathie
**Subject:** RE: Autonomy write-down infographic


Mike – Thanks for forwarding.  Just to confirm, please do not do anything else with the info-graphic until you here from me.  Cathie, John and I have to discuss.  If you don't hear from me anytime soon, please keep this info-graphic in a draw.  It is not to go to anyone else without approval from me.

Thanks,

Henry

**From:** Kuczkowski, Michael [mailto:Michael.Kuczkowski@edelman.com]
**Sent:** Wednesday, December 12, 2012 4:03 PM
**To:** Gomez, Henry (Chief Communications Officer); Schultz, John F (Legal); Lesjak, Cathie
**Cc:** Clabo, Howard; Binns, Rob
**Subject:** Autonomy write-down infographic

Hi Henry, John and Cathie,

Attached please find a draft infographic that could be used to respond to continued inquiries or accusations that we have not been transparent in our explanation of how the accounting improprieties led to such a large write-down. (Rob, I don't have Cathie's email address, can you please forward to her?)

There is one important issue that we need to clarify. In particular, we apparently have described 'synergies' in two different ways: as both part of the $5 billion portion of the write down that has been described as attributable to "accounting improprieties, misrepresentation and disclosure failures" and the more than $3 billion that we've attributed to the trading value of HP stock and other factors.

Rob, you may want to weigh in here, but in the AU narrative and Q&A, we described the synergies as being part of the 'more than $3b' whereas in Meg's earnings script described it as part of the $5 billion.

I believe that in media coverage, the 'synergies' portion of the write-down has been characterized as part of the $3+ billion, but have not confirmed that.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00621852

FOIA CONFIDENTIAL TREATMENT REQUESTED              HP-SEC-00621853

Please advise as to whether we should include synergies as part of the $5+ billion or the $3+ market reconciliation portion of the write-down and we can adjust accordingly. And, of course, please provide any other feedback.

Thanks.

Best,

Mike


**Mike Kuczkowski | GM, Edelman San Francisco**

525 Market Street, Ste. 1400 | San Francisco, CA 94105

O: 415.486.3284 | M: 917.865.3213  | michael.kuczkowski@edelman.com