# EXHIBIT 29

**To:**         kevin.asher@ey.com[kevin.asher@ey.com]; Branch, Betsy[betsy.branch@hp.com]; Levine, Marc A (Controllership Organization)[marc.levine@hp.com]
**From:**      Binns, Rob
**Sent:**       Sun 11/18/2012 3:28:24 PM
**Importance:**          Normal
**Subject:**    RE: FW: LATEST DRAFT PRESS RELEASE

Kevin


Thanks for this and appreciate the input.  However, the wording we have been using is expressly tied out with our Legal team, so I believe we're going to continue to use the forms of words we have tied off with them.



Thanks very much

Rob



Rob Binns

Investor Relations



Email : rob.binns@hp.com

Cell : +1 408219 7230



*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information. This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*


**From:** kevin.asher@ey.com [mailto:kevin.asher@ey.com]

**Sent:** Sunday, November 18, 2012 12:21 PM
**To:** Binns, Rob; Branch, Betsy; Levine, Marc A (Controllership Organization)
**Subject:** Re: FW: LATEST DRAFT PRESS RELEASE

Please find the below example of addressing the Autonomy disclosure.

Kevin

In connection with the annual impairment review process conducted in the fourth quarter, HP recognized goodwill and intangible asset impairment charges of $8.8 billion related to the Autonomy business.  The charges result primarily from decreases to the expected long term revenue growth and profitability rates of the Autonomy business coupled with higher discounts rates utilized in the fair value estimates.  A significant element of the decrease to the long term profitability and revenue growth estimates stem from ..............( insert terminology related to the identified predecessor inappropriate accounting practices and misrepresentations) .

ERNST & YOUNG    Description:
cid:_1_08AE4FA808AE4BD4006FBE2F88257ABA

**Kevin F. Asher** | Partner | Assurance Services

Ernst & Young LLP

303 Almaden Boulevard, San Jose, CA 95110, United States of America

Direct: +1 408 947 5733 | Fax: +1 866 298 3947 | kevin.asher@ey.com

Cell: +1 408 425 8083

Website: www.ey.com

Assistant: Rebecca Villalobos | Phone: +1 408 947 5574 |
rebecca.villalobos@ey.com

From:

"Binns, Rob" <rob.binns@hp.com>

To:

"kevin.asher@ey.com" <kevin.asher@ey.com>

Cc:

"Branch, Betsy" <betsy.branch@hp.com>, "Gross, Al" <al.gross@hp.com>

Date:

11/17/2012 09:21 AM

Subject:

FW: LATEST DRAFT PRESS RELEASE

———————

Kevin

Please find attached.  Al/Betsy – Adeel will keep working the EFR review cycles as normal……

Rob Binns
Investor Relations

Email : rob.binns@hp.com
Cell : +1 408219 7230

*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information.  This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in*

*error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*

**From:** Binns, Rob
**Sent:** Saturday, November 17, 2012 9:18 AM
**To:** Lesjak, Cathie (cathie.lesjak@hp.com)
**Cc:** Manzoor, Adeel
**Subject:** LATEST DRAFT PRESS RELEASE

Morning Cathie

Please find attached the updated draft of the release.  Adeel is driving the review cycles with Comms & EFR, although we already had one round of EFR input into the version we shared yesterday.

I'll also be sending this, with the other materials, to Kevin Asher too.  Am working through the consolidation of the various threads of the Q&A this morning, and am reviewing the latest turn of Meg's script later today with Henry & Howard
Cheers
Rob

Rob Binns
Investor Relations

Email : rob.binns@hp.com
Cell : +1 408219 7230

*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information.  This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*
 [attachment "Q412 Earnings Draft 2012-11-16 v5.docx" deleted by Kevin F. Asher/NOhioEMichigan/AUDIT/EYLLP/US]


**Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.**

_____

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for Ernst & Young Online and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    **HP-SEC-00640938**