# EXHIBIT 32

1  Q.  She writes, "The decision has been made by Cathie Lesjak,
2  John Schultz and Marc Levine to dismiss Deloitte as Autonomy
3  auditor immediately, including for the fiscal year '11
4  statutory audits."
5      Do you see that?
6  A.  Yes.
7  Q.  And Cathie Lesjak is the CFO of HP; correct?
8  A.  Correct.
9  Q.  John Schultz at that time was the general counsel;
10 correct?
11 A.  Yes.
12 Q.  Who was Marc Levine?
13 A.  Marc Levine was the controller.
14 Q.  When you dismissed Deloitte as the auditors, you replaced
15 them with HP's auditors at Ernst & Young; correct?
16 A.  Yes.
17 Q.  And after HP terminated Deloitte in November of 2012, you
18 worked for another 14 months on the ASL accounts before the
19 restatement was filed in January 2014?
20 A.  Yes.
21 Q.  And you worked very closely with Morgan Lewis and with PWC
22 in preparing the restatement, didn't you?
23 A.  I didn't work closely with Morgan Lewis in preparing the
24 financial statement.
25 Q.  Okay.

FOIA CONFIDENTIAL TREATMENT REQUESTED                         INVOKE_00158279

1  A.   The work with PWC -- you know, they were investigating on
2  behalf of the legal teams, and I was doing the investigation
3  for the stats.  We were often, but not always, investigating
4  the same matters.
5       So -- and in their investigation also they needed the
6  cooperation of the Autonomy finance team so, yes, we did a lot
7  of work with PWC.
8  Q.   Let's look at Exhibit 6935.  That's in Volume --
9           THE COURT:  Sorry.
10          MR. DOOLEY:  -- Volume 2.
11          THE COURT:  One moment, please.
12          MR. REEVES:  No objection, Your Honor.
13          THE COURT:  6935, no objection.  Admitted.
14          (Trial Exhibit 6935 received in evidence)
15              (Exhibit published to jury.)
16 BY MR. DOOLEY:
17 Q.   Mr. Yelland, this is an email from Nigel Curl at PWC to
18 you, copy to a number of other folks.  Do you see that?
19 A.   Yes.
20 Q.   And if you look on the second page, there is an email that
21 you're sending out to folks from PWC and Ernst & Young.  Do you
22 see that?
23 A.   Yes.
24 Q.   And "Project Baron, privileged and confidential."  You
25 write in the second paragraph, "I suggest that PWC and Autonomy

FOIA CONFIDENTIAL TREATMENT REQUESTED