# EXHIBIT 35

| | |
|---|---|
| **Message** | |
| **From:** | Yelland, Christopher [/o=COMPAQ/ou=EMEA3/cn=Recipients/cn=0295315] |
| **on behalf of** | Yelland, Christopher |
| **Sent:** | 20/11/2012 16:10:16 |
| **To:** | Branch, Betsy [/o=Compaq/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=runyanb]; Levine, Marc A (Controllership Organization) [/O=COMPAQ/OU=TDM/cn=Recipients/cn=am-200619]; Schultz, John F (Legal) [/o=Compaq/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=schuljoh]; Lesjak, Cathie [/O=COMPAQ/OU=TDM/cn=Recipients/cn=am-153283]; Putland, Roberto [/O=COMPAQ/OU=EMEA2/cn=Recipients/cn=NZYPTW] |
| **CC:** | Fieler, Steven J. [/O=COMPAQ/OU=TDM/cn=Recipients/cn=fielerfi]; Drew, Josh [/o=Compaq/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=drewj]; Particelli, Robert [/o=Compaq/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=particel] |
| **Subject:** | RE: Autonomy Statutory Audits - All Open Periods - URGENT |

Hi

Whilst I understand the decision, and I am pleased we have made a very open announcement, I need help and protection here as I am in danger of being criminally prosecuted due to these decisions.

For background

Prior to the announcements I have been working with the legal team and Deloitte to meet our extended deadline of 30 Nov for the filing of the FY11 statutory accounts. We obviously do not agree with Deloitte on the treatment of certain items and recognized that Deloitte may have given a qualified (disagreed) audit opinion, in order to meet the extended deadline.

This extended deadline was agreed with UK Companies House. The extension was dealt with by Rob Putland's team and established on the basis that we needed time to investigate the FY11 accounts etc. However the extension is already up to 6mths long.

I am personally open to criminal action, as well as company fines, should the accounts be filed later than this. Given that the criminal record would be permanent and directly related to my profession this is obviously something we must avoid.



**LA priv**

Rob I also need help to establish how we legally dismiss Deloitte at this stage.

Thanks

Chris

**From:** Branch, Betsy
**Sent:** 20 November 2012 15:27
**To:** Flint, Michael; Yelland, Christopher
**Cc:** Samuelsen, Nikki; Lehmann, Monika; Harris, Lisa; Venkatesh, Vishnu Gangaswamy; Richard.Jackson@ey.com
**Subject:** Autonomy Statutory Audits - All Open Periods - URGENT
**Importance:** High

Chris and Michael,

The decision has been made by Cathie Lesjak, John Schultz and Marc Levine to dismiss Deloitte as the Autonomy auditor immediately – including for the FY11 statutory audits. I realize these audits were fairly far along the path of being complete; however, in light of certain circumstances which were made public today, we want to immediately switch to Ernst & Young for all of the statutory audits, including those performed by local firms (not just Deloitte).

I also realize this may cause an issue with the FY11 tax return, so please let me know what we need to do relative to that issue.

Please take the appropriate steps to dis-engage with Deloitte and the local stat auditors. EY will start the planning process and will be touch with you, Chris, shortly. IF there is a complete listing of all entities requiring a stat audit that we can share with EY, that would be helpful.

Thanks,

Betsy


**Betsy Branch**
Vice-President, Enterprise Financial Reporting

betsy.branch@hp.com
T +1 650 857 3190
M +1 408 510 9065
Hewlett-Packard Company
3000 Hanover Street
20C-150 MS 1006 / Post C11J
Palo Alto, CA 94304-1112
USA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT NUMBER 6902

CASE NO. 3:16-cr-00462-CRB

DATE ENTERED 4/17/2018

BY _____
DEPUTY CLERK