# EXHIBIT 37

| | |
|---|---|
| **From** | Clabo, Howard |
| **To** | Binns, Rob <rob.binns@hp.com>; Yelland, Christopher <Chris.Yelland@hp.com> |
| **Cc** | Sharan, Nitesh <nitesh.sharan@hp.com>; Gomez, Henry (Chief Communications Officer) <henry.gomez@hp.com>; Clabo, Howard <howard.clabo@hp.com>; Bergkamp, Jim <jim.bergkamp@hp.com> |
| **Date** | 17 Jun 2013 at 20:31 |
| **Subject** | RE: Autonomy UK stats closure - governance plan |

Thanks Rob. Yes, Chris lets discuss. I will be in London on Thursday if you'd like in person.


Howard Clabo
Vice President
Global Corporate Communications
Hewlett Packard
C - 650-798-9087

Sent via the Samsung Galaxy S™ III, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Binns, Rob" <rob.binns@hp.com>
Date:
To: "Yelland, Christopher" <Chris.Yelland@hp.com>
Cc: "Sharan, Nitesh" <nitesh.sharan@hp.com>,"Gomez, Henry (Chief Communications Officer)" <henry.gomez@hp.com>,"Clabo, Howard" <howard.clabo@hp.com>,"Bergkamp, Jim" <jim.bergkamp@hp.com>
Subject: RE: Autonomy UK stats closure - governance plan


Chris

Thanks for this, and appreciate all the work the team has done to reach this point.

From an IR perspective, please include Nitesh (who owns SW) and myself.  I also recommend including someone from Henry/Howards team for the various media and other associated stakeholders – I would recommend Libby Archell but given the sensitivity of the Autonomy issues, I imagine that Henry or Howard may want a more direct level of personal involvement.

Please let me know if there is anything we can do in the meantime
Cheers
Rob

Rob Binns
Investor Relations

Email : rob.binns@hp.com
Office: +1 650 857 3009
Cell :   +1 408 219 7230

Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information.  This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited


_____
**From:** Yelland, Christopher
**Sent:** Monday, June 17, 2013 12:23 PM
**To:** Levine, Marc A (Controllership Organization); Putland, Roberto; Roeder, Paul; Scott, Joel; Cox, Jeremy; Binns, Rob
**Cc:** Miskin, Andrew; Anderson, Antonia; Letelier, Sergio; Lewthwaite, Mark; Particelli, Robert; Drew, Josh; Curtis, Paul (UK); Shaikhali, Juzer; Fieler, Steven J.
**Subject:** IA: Autonomy UK stats closure - governance plan


Hi

We have now reached a significant milestone in that we have our first set of draft statutory accounts for the Autonomy UK entities for FY11 (with FY10 comparatives). It is a requirement in the UK for all subsidiaries to file statutory accounts even if owned by a parent company (unlike in the US). Given the amount of uncertainty regarding the accounting in these largely preacquisition periods, it has taken a huge amount of work to get this far. The disclosures and directors reports around sensitive issues are not yet drafted and the numbers are still subject to change, however they provide a reasonable basis on which we can begin the closure process.

**Objectives**

These stats will be publically available once filed and will contain sensitive information including the conclusions of the current HP directors on these largely pre acquisition periods. It is therefore important that the various stakeholders are aligned on the key content of the accounts to be filed and the stats are understood in the context of the litigation strategy.

The EY audit work and some of our own investigation work is also ongoing and there will inevitably be some form of audit qualification (as we stand today there would likely be a disclaimer). Part of our closure process will be to determine how far/if we continue ours and EY's work in order to reduce the degree of qualification.

**Governance Proposal**
I have therefore set out a proposed governance process with functional owners and key objectives. The objective is to have a set of essentially submittable accounts by the end of the first week in July. This is tight and will require significant actions by all functions in the coming weeks.

<< File: UK Stats Closing Governance Process draft 1.1.docx >>

**Actions**
I am looking for the owners to please confirm who should the key participants in the process and give feedback as to the objectives and content stated in the governance plan.

Andy Miskin will provide a project timeline to the participants shortly

Many thanks
Chris
+44 7818 454 370