UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

**[PROPOSED] ORDER**

The Court GRANTS the motion and ORDERS that Defendant Lynch's release conditions be modified to allow him to leave his home from 9:00 am to 9:00 pm. All other conditions shall remain the same.

DATED: _____    _____
Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

1
[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
CASE NO.: 3:18-CR-00577-CRB 1