| | |
|---|---|
| Jonathan Matthew Baum (SBN: 303469)<br>**Steptoe & Johnson LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA  94105<br>Telephone:  (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Dwight J. Draughton<br>Drew C. Harris<br>**Steptoe & Johnson LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 506-3900 | Christopher J. Morvillo<br>Celeste L.M. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF DANIEL S. SILVER IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR ISSUANCE OF SUBPOENAS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c) AND TO COMPEL THE GOVERNMENT TO PRODUCE *BRADY* MATERIAL**<br><br>Date:  November 29, 2023<br>Court:  Courtroom 6 – 17th Floor<br>Date Filed:  November 27, 2023<br>Trial Date:  March 18, 2024 |

# DECLARATION OF DANIEL S. SILVER

I, Daniel S. Silver, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter from defense counsel to the government re Request for Discovery (dated July 13, 2023).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed November 27, 2023, in New York, New York.

/s/ Daniel S. Silver
Daniel S. Silver