Jonathan Matthew Baum (SBM: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Dwight J. Draughton
Drew C. Harris
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CHRISTOPHER J. MORVILLO IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION TO COMPEL AND FOR RELATED RELIEF**<br><br>Date: January 10, 2024<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: December 21, 2023<br>Trial Date: March 18, 2024 |

## DECLARATION OF CHRISTOPHER J. MORVILLO

I, Christopher J. Morvillo, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Counsel for the United States of America and I have conferred regarding the facts and issues set forth herein on several occasions both telephonically and via email, and will continue to do so in good faith to try to narrow the issues in dispute. Nevertheless, the parties' positions sufficiently diverge on the matters that are the subject of this motion such that Dr. Lynch now seeks the Court's involvement, particularly given the tight pretrial schedule that may be affected by the resolution of these matters.

4. To accommodate the schedules of the government, Dr. Lynch has noticed this motion for January 10, 2024. And, due to a conflict for counsel for Mr. Chamberlain on the afternoon of that date, Dr. Lynch has noticed the time for 10:00 am. Nevertheless, given the nature of the relief sought and the compressed pretrial schedule, counsel for Dr. Lynch is available at any time convenient for the Court and co-counsel to be heard on this motion.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Government's exhibit list, received December 8, 2023.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the Government's witness list, dated December 15, 2023.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the Government's Rule 404(b) disclosure, dated December 15, 2023.

8. Attached hereto as **Exhibit 4** is a true and correct copy of the Government's witness list, dated August 8, 2023.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the Government's witness list, dated November 22, 2023.

1   I declare under penalty of perjury that the foregoing is true and correct and that this
2   declaration was executed December 21, 2023, in New York, New York.

*/s/ Christopher J. Morvillo*
Christopher J. Morvillo