# EXHIBIT 2

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | Case No. CR 18-577 CRB<br><br>UNITED STATES' FIRST AMENDED WITNESS LIST<br><br>Trial Date: March 18, 2024<br>Pretrial Conference: February 21, 2024 |

    Pursuant to the Court's June 30, 2023 Scheduling Order (ECF No. 192), and following the United States respectfully submits its Amended Witness List of the individuals it may call in its case-in-chief on Counts One through Sixteen:

    1.    Antonia Anderson

    2.    Leo Apotheker

    3.    Neil Araujo

    4.    John Baiocco

    5.    Ian Black

|   |     |                           |
|---|-----|---------------------------|
| 1 | 6.  | Steven Brice              |
| 2 | 7.  | Dominic Camden            |
| 3 | 8.  | Chris Chan                |
| 4 | 9.  | Guy Chiarello             |
| 5 | 10. | Harald Collet             |
| 6 | 11. | Joe Cronin                |
| 7 | 12. | John Cronin               |
| 8 | 13. | Amit Daryanani            |
| 9 | 14. | Christopher Egan          |
| 10| 15. | Jim Fogo                  |
| 11| 16. | Al Furman                 |
| 12| 17. | Thomas Garner             |
| 13| 18. | Marc Geall                |
| 14| 19. | Andy Gersh                |
| 15| 20. | Chris Goodfellow          |
| 16| 21. | Larry Feinsmith           |
| 17| 22. | Britta Huebsch or case agent |
| 18| 23. | Brent Hogenson            |
| 19| 24. | Stephanie Horan           |
| 20| 25. | Andy Johnson              |
| 21| 26. | Robert Julien             |
| 22| 27. | Doug Kehring              |
| 23| 28. | Diane Kennelly            |
| 24| 29. | Daud Khan                 |
| 25| 30. | Rob Knight                |
| 26| 31. | Richard Knights           |
| 27| 32. | David Lindsell            |
| 28| 33. | William Loomis            |

| | | |
|---|---|---|
| 1 | 34. | Fernando Lucini |
| 2 | 35. | Thomas Marinelli |
| 3 | 36. | Alex Marshall |
| 4 | 37. | John Meiers |
| 5 | 38. | Michael Menz |
| 6 | 39. | Nigel Mercer |
| 7 | 40. | Paul Morland |
| 8 | 41. | Tom Murray |
| 9 | 42. | Steve Ogden |
| 10 | 43. | Frank Pau |
| 11 | 44. | Alex Paul |
| 12 | 45. | Reena Prasad |
| 13 | 46. | Rahul Puri |
| 14 | 47. | Frank Quattrone |
| 15 | 48. | Alan Rizek |
| 16 | 49. | Shane Robison |
| 17 | 50. | Manish Sarin |
| 18 | 51. | Bill Scannell |
| 19 | 52. | John Schultz |
| 20 | 53. | Joel Scott |
| 21 | 54. | Christine Smeby |
| 22 | 55. | Reagan Smith |
| 23 | 56. | Jane Snider |
| 24 | 57. | Matt Stephan |
| 25 | 58. | Michael Sullivan |
| 26 | 59. | Percy Tejada |
| 27 | 60. | David Toms |
| 28 | 61. | David Truitt |

62. Steve Truitt
63. Nigel Upton
64. Ganesh Vaidyanathan
65. Bill Veghte
66. Roger Wang
67. Les Welbye
68. Lee Welham
69. Chris Yelland
70. Marco Zanchini
71. Custodians of Records of
    a. Barclays
    b. BNP Paribas
    c. Cardinal Bank
    d. Capax Discovery LLC
    e. Comerica Bank
    f. Darktrace
    g. Discover Technologies LLC
    h. EMC Corporation
    i. Financial Reporting Council
    j. FTI Consulting, LLC
    k. Hewlett-Packard Enterprise and current and former affiliates
    l. HP Inc. and current and former affiliates
    m. John Marshall Bank
    n. M&T Bank
    o. Microtechnologies LLC
    p. KPMG
    q. PR Newswire
    r. Thomson Reuters (Markets) LLC

|   |   |   |
|---|---|---|
| 1 | s. | West Corporation |

The United States reserves the right to change, modify, or supplement this list as it prepares for trial.

DATED:  December 15, 2023

PATRICK D. ROBBINS
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By: *Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys