# EXHIBIT 4

THOMAS A. COLTHURST (CABN 9949)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | UNITED STATES' PRELIMINARY WITNESS LIST |
| v. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | Trial Date:  March 18, 2024<br>Pretrial Conference:  February 21, 2024 |
| Defendants. | |

      Pursuant to the Court's June 30, 2023 Scheduling Order, the United States respectfully submits its Preliminary Witness List of the individuals it may call in its case-in-chief:

      1.     Antonia Anderson

      2.     Leo Apotheker

      3.     Neil Araujo

      4.     John Baiocco

      5.     Sean Blanchflower

      6.     Ian Black

      7.     Steven Brice

| | | |
|---|---|---|
| 1 | 8. | Alexandra Bryant or case agent |
| 2 | 9. | Dominic Camden |
| 3 | 10. | Chris Chan |
| 4 | 11. | Harald Collet |
| 5 | 12. | Vanessa Colomar |
| 6 | 13. | Frank Cooke |
| 7 | 14. | John Cronin |
| 8 | 15. | Amit Daryanani |
| 9 | 16. | Christopher Egan |
| 10 | 17. | Jim Fogo |
| 11 | 18. | Al Furman |
| 12 | 19. | Darren Gallagher |
| 13 | 20. | Thomas Garner |
| 14 | 21. | Marc Geall |
| 15 | 22. | Andy Gersh |
| 16 | 23. | Chris Goodfellow |
| 17 | 24. | Brent Hogenson |
| 18 | 25. | Stephanie Horan |
| 19 | 26. | Andy Johnson |
| 20 | 27. | Robert Julien |
| 21 | 28. | Doug Kehring |
| 22 | 29. | Daud Khan |
| 23 | 30. | Cathie Lesjak |
| 24 | 31. | David Lindsell |
| 25 | 32. | William Loomis |
| 26 | 33. | Gerry Louw |
| 27 | 34. | Fernando Lucini |
| 28 | 35. | Alex Marshall |

| | | |
|---|---|---|
| 36. | John Meirs | |
| 37. | Michael Menz | |
| 38. | Paul Moreland | |
| 39. | Tom Murray | |
| 40. | Steve Ogden | |
| 41. | Alex Paul | |
| 42. | Rena Presad | |
| 43. | Rahul Puri | |
| 44. | Frank Quattrone | |
| 45. | Alan Rizek | |
| 46. | Shane Robison | |
| 47. | Manish Sarin | |
| 48. | John Schultz | |
| 49. | Joel Scott | |
| 50. | Reagan Smith | |
| 51. | Jane Snider | |
| 52. | Matt Stephan | |
| 53. | Michael Sullivan | |
| 54. | Gary Szukalski | |
| 55. | Percy Tejada | |
| 56. | David Toms | |
| 57. | David Truitt | |
| 58. | Steve Truitt | |
| 59. | Nigel Upton | |
| 60. | Ganesh Vaidyanathan | |
| 61. | Bill Veghte | |
| 62. | Roger Wang | |
| 63. | Lee Welham | |

64. Meg Whitman
65. Chris Yelland
66. Custodians of Records of
    a. Barclays
    b. Cardinal Bank
    c. Capax Discovery LLC
    d. Comerica Bank
    e. Darktrace
    e. Discover Technologies LLC
    f. EMC Corporation
    g. Financial Reporting Council
    h. FTI Consulting, LLC
    i. Hewlett-Packard Enterprise and current and former affiliates
    j. HP Inc. and current and former affiliates
    k. John Marshall Bank
    l. M&T Bank
    m. Microtechnologies LLC
    n. KPMG
    o. Thomson Reuters (Markets) LLC
    p. West Corporation

The United States reserves the right to change, modify, or supplement this list as it prepares for trial.

| | | |
|---|---|---|
| 1 | DATED: August 8, 2023 | THOMAS A. COLTHURST |
| 2 | | Attorney for the United States Attorney |
| | | Acting Under Authority Conferrred by |
| 3 | | 28 U.S.C. § 515 |
| 4 | | By: *Robert S. Leach* |
| 5 | | ROBERT S. LEACH |
| | | ADAM A. REEVES |
| 6 | | Assistant United States Attorneys |