# EXHIBIT 5

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Trial Date:  March 18, 2024 |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | Pretrial Conference:  February 21, 2024 |
| Defendants. | |

Pursuant to the Court's June 30, 2023 Scheduling Order (ECF No. 192), the United States respectfully submits its Witness List of the individuals it may call in its case-in-chief:

    1.    Antonia Anderson

    2.    Leo Apotheker

    3.    Neil Araujo

    4.    John Baiocco

    5.    Sean Blanchflower

    6.    Ian Black

7. Steven Brice
8. Dominic Camden
9. Chris Chan
10. Tim Chang
11. Guy Chiarello
12. Harald Collet
13. Vanessa Colomar
14. Joe Cronin
15. John Cronin
16. Amit Daryanani
17. Christopher Egan
18. Jim Fogo
19. Al Furman
20. Darren Gallagher
21. Thomas Garner
22. Marc Geall
23. Andy Gersh
24. Chris Goodfellow
25. Larry Feinsmith
26. Britta Huebsch or case agent
27. Brent Hogenson
28. Stephanie Horan
29. Andy Johnson
30. Robert Julien
31. Doug Kehring
32. Diane Kennelly
33. Daud Khan
34. Rob Knight

| | | |
|---|---|---|
| 1 | 35. | Richard Knights |
| 2 | 36. | Cathie Lesjak |
| 3 | 37. | David Lindsell |
| 4 | 38. | William Loomis |
| 5 | 39. | Gerry Louw |
| 6 | 40. | Fernando Lucini |
| 7 | 41. | Thomas Marinelli |
| 8 | 42. | Alex Marshall |
| 9 | 43. | Paul McEwen |
| 10 | 44. | John Meiers |
| 11 | 45. | Michael Menz |
| 12 | 46. | Nigel Mercer |
| 13 | 47. | Paul Morland |
| 14 | 48. | Tom Murray |
| 15 | 49. | Steve Ogden |
| 16 | 50. | Frank Pau |
| 17 | 51. | Alex Paul |
| 18 | 52. | Reena Prasad |
| 19 | 53. | Rahul Puri |
| 20 | 54. | Frank Quattrone |
| 21 | 55. | Alan Rizek |
| 22 | 56. | Shane Robison |
| 23 | 57. | Manish Sarin |
| 24 | 58. | Bill Scannell |
| 25 | 59. | John Schultz |
| 26 | 60. | Joel Scott |
| 27 | 61. | Christine Smeby |
| 28 | 62. | Reagan Smith |

U.S.' WITNESS LIST
CASE NO. CR 18-577 CRB                 3

63. Jane Snider
64. Matt Stephan
65. Michael Sullivan
66. Gary Szukalski
67. Percy Tejada
68. David Toms
69. David Truitt
70. Steve Truitt
71. Nigel Upton
72. Ganesh Vaidyanathan
73. Michael Varzally
74. Bill Veghte
75. Roger Wang
76. Les Welbye
77. Lee Welham
78. Meg Whitman
79. Chris Yelland
80. Marco Zanchini
81. Custodians of Records of
    a. Barclays
    b. BNP Paribas
    c. Cardinal Bank
    d. Capax Discovery LLC
    e. Comerica Bank
    f. Darktrace
    g. Discover Technologies LLC
    h. EMC Corporation
    i. Financial Reporting Council
U.S.' WITNESS LIST
CASE NO. CR 18-577 CRB                                      4

| | | |
|---|---|---|
| | j. | FTI Consulting, LLC |
| | k. | Hewlett-Packard Enterprise and current and former affiliates |
| | l. | HP Inc. and current and former affiliates |
| | m. | John Marshall Bank |
| | n. | M&T Bank |
| | o. | Microtechnologies LLC |
| | p. | KPMG |
| | q. | PR Newswire |
| | r. | Thomson Reuters (Markets) LLC |
| | s. | West Corporation |

The United States reserves the right to change, modify, or supplement this list as it prepares for trial.

DATED: November 22, 2023

PATRICK D. ROBBINS
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By: *Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys