Jonathan Matthew Baum (SBM: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Dwight J. Draughton
Drew C. Harris
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**[PROPOSED] ORDER TO COMPEL AND FOR RELATED RELIEF**<br><br>Date: January 10, 2024<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: December 21, 2023<br>Trial Date: March 18, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Defendant Michael Richard Lynch's Motion to Compel and for Related Relief.

The Court ORDERS the following:

1. The government shall produce a new witness list within seven days of any Court order, containing the witnesses it actually intends to call at trial.
2. The government shall produce a final exhibit list within seven days of any Court order that is fully deduplicated and limited to the documents it actually intends to introduce in its case.
3. The government shall produce all missing discovery including the 3.3 million defective documents and all documents with the Bates ranges previously identified to the government by the defense as missing.
4. The government shall separately produce numbered copies of all exhibits on its new exhibit list in a searchable and reviewable format.
5. The government shall not adduce evidence at trial that is outside the scope of the government's "voluntary" bill of particulars or shall produce a new appropriately particularized bill of particulars (identifying with specificity, among other things, the manner in which any specified transactions advanced the alleged schemes to defraud).
6. The government shall not take any depositions based on its failure to comply with its disclosure obligations or all depositions will adjourn until 30 days after the government complies with all other aspects of this order and after the defense receives and is able to review missing discovery.
7. The defense date for filing in limine motions is adjourned until 30 days after the government complies with all other aspects of this order and after the defense receives and is able to review missing discovery.
8. The defense date for the disclosure of Rule 16 material is adjourned until 30 days after the government complies with all other aspects of this order and after the defense receives and is able to review missing discovery.

Dated: _____

                                                      _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE