Exhibit 2

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7014
      Fax: (415) 436-7234
      Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH AND<br>STEPHEN KEITH CHAMBERLAIN,<br><br>      Defendants. | Case No. CR 18-577 CRB<br><br>UNITED STATES' FIRST AMENDED WITNESS LIST<br><br>Trial Date:  March 18, 2024<br>Pretrial Conference:  February 21, 2024 |

Pursuant to the Court's June 30, 2023 Scheduling Order (ECF No. 192), and following the United States respectfully submits its Amended Witness List of the individuals it may call in its case-in-chief on Counts One through Sixteen:

1.     Antonia Anderson

2.     Leo Apotheker

3.     Neil Araujo

4.     John Baiocco

5.     Ian Black

1    6.      Steven Brice

2    7.      Dominic Camden

3    8.      Chris Chan

4    9.      Guy Chiarello

5    10.     Harald Collet

6    11.     Joe Cronin

7    12.     John Cronin

8    13.     Amit Daryanani

9    14.     Christopher Egan

10   15.     Jim Fogo

11   16.     Al Furman

12   17.     Thomas Garner

13   18.     Marc Geall

14   19.     Andy Gersh

15   20.     Chris Goodfellow

16   21.     Larry Feinsmith

17   22.     Britta Huebsch or case agent

18   23.     Brent Hogenson

19   24.     Stephanie Horan

20   25.     Andy Johnson

21   26.     Robert Julien

22   27.     Doug Kehring

23   28.     Diane Kennelly

24   29.     Daud Khan

25   30.     Rob Knight

26   31.     Richard Knights

27   32.     David Lindsell

28   33.     William Loomis

1    34.    Fernando Lucini

2    35.    Thomas Marinelli

3    36.    Alex Marshall

4    37.    John Meiers

5    38.    Michael Menz

6    39.    Nigel Mercer

7    40.    Paul Morland

8    41.    Tom Murray

9    42.    Steve Ogden

10   43.    Frank Pau

11   44.    Alex Paul

12   45.    Reena Prasad

13   46.    Rahul Puri

14   47.    Frank Quattrone

15   48.    Alan Rizek

16   49.    Shane Robison

17   50.    Manish Sarin

18   51.    Bill Scannell

19   52.    John Schultz

20   53.    Joel Scott

21   54.    Christine Smeby

22   55.    Reagan Smith

23   56.    Jane Snider

24   57.    Matt Stephan

25   58.    Michael Sullivan

26   59.    Percy Tejada

27   60.    David Toms

28   61.    David Truitt

1   62.   Steve Truitt

2   63.   Nigel Upton

3   64.   Ganesh Vaidyanathan

4   65.   Bill Veghte

5   66.   Roger Wang

6   67.   Les Welbye

7   68.   Lee Welham

8   69.   Chris Yelland

9   70.   Marco Zanchini

10   71.   Custodians of Records of

11          a.   Barclays

12          b.   BNP Paribas

13          c.   Cardinal Bank

14          d.   Capax Discovery LLC

15          e.   Comerica Bank

16          f.   Darktrace

17          g.   Discover Technologies LLC

18          h.   EMC Corporation

19          i.   Financial Reporting Council

20          j.   FTI Consulting, LLC

21          k.   Hewlett-Packard Enterprise and current and former affiliates

22          l.   HP Inc. and current and former affiliates

23          m.   John Marshall Bank

24          n.   M&T Bank

25          o.   Microtechnologies LLC

26          p.   KPMG

27          q.   PR Newswire

28          r.   Thomson Reuters (Markets) LLC

s.      West Corporation

The United States reserves the right to change, modify, or supplement this list as it prepares for trial.

DATED:  December 15, 2023

PATRICK D. ROBBINS
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By:   *Robert S. Leach*
_____
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys