# Exhibit 3

## Balance Sheet of Fraud

| Quarter | How Much AU Paid | How Much AU Received as Revenue |
|---|---|---|
| Q1 2009 | $7.5m in fake POs | $7.5m Capax (EDD I) sale |
| Q3 2009 | $45.5m paid to EMC | $37m EMC hardware resold |
| Q4 2009 | $34m original MS (spread out) | $29m MS ($12m up front) |
| Q4 2009 | $10m extra to D. Truitt | $10m MicroTech (DT) sale |
| 2007-2009 | $15.9m ML written off | $15.9 in ML deals (including Q4 2009 $2.3m) |
| Q4 2009 | $10.3m purchase from FileTek | $8m sale to FileTek |
| Q4 2009 | $4m in fake POs | $4m Capax (EDD II) |
| Q4 2009 | $2.2m written off | $2.2m Sales Consulting (Poste) |
| Q1 2010 | $9.6 to MT for ATIC, $2.3 written off | $11.5m MicroTech (Vatican) |
| Q1 2010 | $2.3m written off | $1.7m Auxilium (Vatican) |
| Q1 2010 | $11.5m purchase from FileTek | $8.5m sale to FileTek |
| Q1 2010 | *$2m purchase from Capax, $2.5m credit memo* | *$4.5m sale to Capax (FSA)* |
| Q3 2010 | $11.6m paid to FileTek | $10m FileTek (VA) |
| Q4 2010 | $4.2m written off | $4.2m MicroTech (DOI) |
| Q4 2010 | $6m uncollected | $6m VMS hardware |
| Q1 2011 | $4.4m to DiscoverTech | $3.8m DiscoverTech (Prisa) |
| Q1 2011 | $3.3m written off | $3.86m MicroTech (TeamSite) |
| Q1 2011 | $3.55m in fake POs | $1.6m Capax (EDD III) |
| Q1 2011 | *$6m purchase from Capax* | *$5m sale to Capax (McAfee)* |
| Q2 2011 | $9m written off | $9m DiscoverTech (Abbott) |
| Q2 2011 | $8.2m for Federal Cloud | $7.35m MicroTech (HP) |
| | **$215.85m** | **$190.61m** |

USAO_GJTX 00006063