PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 18-577 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | ) | |
| Defendants. | ) | |

      On December 21, 2023, Defendant Michael Richard Lynch filed a Motion to Compel and for Related Relief [ECF No. 272].  The matter was set for hearing for January 10, 2024.  In light of the availability of counsel during the holiday season, counsel for Dr. Lynch and the government stipulate that the government's response shall be filed no later than January 3, 2023.

STIP. & [PROPOSED] ORDER
CASE NO. CR 18-577 CRB

| | |
|---|---|
| DATED: December 27, 2023 | PATRICK D. ROBBINS<br>Attorney for the United States Attorney<br>Acting Under Authority Conferrred by<br>28 U.S.C. § 515 |
| | By: _____/s/_____<br>ROBERT S. LEACH<br>ADAM A. REEVES<br>KRISTINA N. GREEN<br>ZACHARY G.F. ABRAHAMSON<br>Assistant United States Attorneys |
| DATED: December 27, 2023 | CLIFFORD CHANCE US LLP |
| | By: _____/s/_____<br>CHRISTOPHER J. MORVILLO<br>CELESTE KOELEVELD<br>DANIEL SILVER<br>Attorneys for Defendant<br>Michael Richard Lynch |

### [PROPOSED] SCHEDULING ORDER

Based on the stipulation and good cause shown, the Court HEREBY ORDERS that the government's response to Dr. Lynch's Motion to Compel and for Related Relief [ECF No. 272] shall be due January 3, 2024.

IT IS SO ORDERED.

Date: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER
CASE NO. CR 18-577 CRB