| | |
|---|---|
| **From:** | Kylie.McLaughlin@CliffordChance.com |
| **To:** | Leach, Robert (USACAN) |
| **Cc:** | Margen, Beth (USACAN); George.Bouknight@CliffordChance.com; Oriane.Green@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN); Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN); Abrahamson, Zachary (ATR) |
| **Subject:** | [EXTERNAL] RE: [EXT] RE: US v. Lynch |
| **Date:** | Friday, November 24, 2023 2:56:13 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Dear Bob,

Thank you very much for this information. We will work to identify the Bates ranges of documents in the green highlighted rows below. We will also keep an eye out for the reproductions via USAfx of the blue highlighted rows below.

Best regards,
Kylie McLaughlin
Associate
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Direct: +1 212-880-5725
Mobile: +1 646-512-4892
Kylie.mclaughlin@cliffordchance.com

---

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Friday, November 24, 2023 5:48 PM
**To:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>
**Cc:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>; Abrahamson, Zachary (ATR) <Zachary.Abrahamson@usdoj.gov>
**Subject:** FW: [EXT] RE: US v. Lynch

Dear Kyle,

Thank you for your message. We appreciate you bringing these issues to our attention. Please see the highlights of the table below. For the rows highlighted in green, we need additional information such as the Bates range of the documents. It is not obvious to us based on our initial review what production folder the documents came from. For the rows highlighted in yellow, these were produced from a hard-drive received from HP of documents from the UK litigation. I understand we imaged or copied the entire drive for you, so if there is an empty folder, I expect the government never received the documents. To avoid all doubt, we invite you to inspect the hard-drive we received and make your own assessment. (I also understand these are documents available to Dr. Lynch in the UK civil case.) Finally, for the rows highlighted in blue, we will reproduce them via USAfx promptly.

As always, please let me know promptly of any issues you have with the discovery so we can work to resolve them.

Best regards,
Bob

---

**From:** Kylie.McLaughlin@CliffordChance.com <Kylie.McLaughlin@CliffordChance.com>
**Sent:** Wednesday, November 22, 2023 6:56:21 PM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; George.Bouknight@CliffordChance.com <George.Bouknight@CliffordChance.com>; Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Trish.Keats@CliffordChance.com <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

I hope you're doing well!

We have identified issues with aspects of the government's productions to Dr. Lynch that require your assistance to resolve.

First, as we have been processing the voluminous productions received from the government, it has recently come to our attention that a significant amount of the discovery appears to be missing natives, images, and text files, and thus are unreviewable for us. In total, this issue affects 3,372,880 documents. In the chart below, we have listed out the volumes affected, the total number of "issue" documents from each volume, and the total number of documents in each volume. With respect to these files, we understand (from our vendor) that the problem appears to be that the below productions were produced in "load-ready" format with load files and the typical accompanying folder structure that should hold natives, images, and text files for all documents in a given production. However, the folders that should hold the natives, images, and text files are actually empty for us. Thus, we have data regarding what these documents *should* be thanks to the load files for each of the below productions, but we do not have the documents themselves.

Please let us know if we can provide any other information to help you identify these productions on your end. We ask that you produce these volumes with the missing files to enable our review as soon as possible.

| VOLUME | Issue Documents | Total Documents in Production |
|---|---:|---:|
| USAO-SEC-EPROD_20170517 | 2,366,650 | 2,430,324 |
| Autonomy Data Transfer - Tranche 9 | 380,837 | 446,839 |
| Post-Acquisition Disclosure - Tranche 2 | 337,979 | 340,717 |
| USAO-SEC-EPROD_20170517_2 | 123,499 | 147,377 |
| Post-Acquisition Disclosure - Tranche 1 | 103,601 | 103,636 |
| Legacy Autonomy Data Dump - Tranche 10 | 41,088 | 145,058 |
| FT003 | 14,485 | 29,192 |
| FT004 | 2,679 | 5,388 |
| SEC-AUSA4_20140624 | 514 | 46,160 |
| SF-03853_discs1-4 | 371 | 14,757 |
| Pre-Acquisition Disclosure - Tranche 3 | 333 | 1,172 |
| PROD-0005 | 237 | 417,315 |
| 2017.06.26 - MIXED Disclosure (PRA & POS) | 125 | 274 |
| PROD-0010 | 72 | 485,433 |
| PROD-0007 | 62 | 453,786 |
| PROD-0002 | 62 | 523,088 |
| Post-Acquisition Disclosure - Tranche 1_VAR Software Availability | 62 | 84 |
| SEC-AUSA5-EPROD_20150424 | 46 | 126,311 |
| PROD-0004 | 36 | 561,334 |
| HP-SEC-185 | 29 | 17,926 |
| PROD-0009 | 27 | 521,002 |
| FT001 | 27 | 66 |
| PROD-0006 | 20 | 518,664 |
| PROD-0003 | 11 | 507,499 |
| PROD-0012 | 7 | 468,943 |
| BAT0066 | 5 | 111 |
| NULL | 5 | 1,691,396 |
| PROD-0008 | 3 | 487,600 |
| FT002 | 3 | 18 |
| BAT0121 | 1 | 1,418 |
| HP-SEC-186 | 1 | 31 |
| PROD-0020 | 1 | 524,282 |
| PRESENTATION_PT00078728 | 1 | 206 |
| PROD-0011 | 1 | 531,199 |

Second, it has also come to our attention that various productions have gaps in Bates ranges and thus we do not have the complete Bates range for such productions, as represented by the production indices we received. The attached chart represents the gaps in Bates ranges that our vendor has identified for us.

We ask that you either confirm that these missing ranges were intentionally omitted from the productions (and, if so, why) or produce these missing Bates ranges to us as soon as possible.

Thank you very much in advance for your help. Wishing you a Happy Thanksgiving!

Best regards,
Kylie McLaughlin
Associate
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Direct: +1 212-880-5725
Mobile: +1 646-512-4892
Kylie.mclaughlin@cliffordchance.com

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Thursday, October 19, 2023 10:14 AM
**To:** Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Yes, that's correct.  Thank you.

**From:** George.Bouknight@CliffordChance.com <George.Bouknight@CliffordChance.com>
**Sent:** Thursday, October 19, 2023 6:27 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Oriane.Green@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

Just to confirm:  Are you saying that the contents within the four (4) password protected zip files are already provided (unextracted) in the same root folders?

Thanks,

George

George Bouknight
Practice Technology Analyst
**CLIFFORD CHANCE US LLP**
31 W. 52nd Street
NEW YORK, NY 10019
Direct Dial: (212) 878-3398
Fax: (212) 878-8375

 Go green. Please don't print this e-mail unless you really need to

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Wednesday, October 18, 2023 7:59 PM
**To:** Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Hi Oriane – following up on below items – I don't think you need the password for the .zip folder because it was unzipped and all the content of that PASSWORD PROTECTED .ZIP are included on that SAME FOLDER that the .zip file located.

I've looked on the content of the .zip folders (BY THEIR TITLE AND SIZE) identified below and COMPARE it with the documents included on that SAME folder, and found out that they are the same.

Thanks,
----------------------------------

1. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\2. Hussain - Documents provided to Hussain as referred to in pleadings\2A. POC (sent on 22 May 2015)
**HP - POC Doc Requests Simmons.zip**

2. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\1. Lynch - Documents provided to Lynch as referred to in pleadings\2A. POC (sent on 22 May 2015)
**HP - POC Doc Requests Clifford Chance.zip**

3. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\1. Lynch - Documents provided to Lynch as referred to in pleadings\1. LBA
**HP - Lynch Request.zip**

4. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\2. Hussain - Documents provided to Hussain as referred to in pleadings\3. Valuation Models\6. Valuation Model  (sent on 20 August 2015)
**HP.zip**

**From:** Margen, Beth (USACAN)
**Sent:** Monday, October 16, 2023 3:19 PM
**To:** Oriane.Green@CliffordChance.com; George.Bouknight@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Hello Oriane – I don't have an update yet, except for the location of the range of documents below in red.

Thanks,

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Monday, October 16, 2023 8:03 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; George.Bouknight@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

I hope you had a nice weekend. I'm just checking to see if you had any follow-up regarding:

1. The passwords that we're still currently missing;
2. Copies of the laptops;
3. The documents in your chart that were highlighted in yellow and identified as "pending":

| | | | | | |
|---|---|---|---|---|---|
| HP-SEC-01504886 | | Hewlett-Packard | Native file of an .edc file. Encrypted version of the spreadsheet HP was able to decrypt on 11/19/14 and produce to JH via email as HP-SEC-01504886 | 2023.06.16. Index of Produced Documents | PENDING |
| HP-SEC-01592914 | HP-SEC-01593910 | Hewlett-Packard | Communication and information relelvant to former and current Autonomy employees and former and current HP employees | 2023.06.16. Index of Produced Documents | INCLUDED IN FOLDER HP-SEC-097, FROM INTIAL PRODUCTION 5/20/2023 |

We'd appreciate any information you have as to when you think we'll receive these materials. Thanks!

Best,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

---

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Friday, October 6, 2023 12:42 PM
**To:** Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Thanks George - we need to go back to the origin, since that's the only password I have in my notes, we'll get back to you on that.

Best,

---

**From:** George.Bouknight@CliffordChance.com <George.Bouknight@CliffordChance.com>
**Sent:** Friday, October 6, 2023 9:33 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Oriane.Green@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

Unfortunately, the Team reported that for below mentioned 4 zip files the password is not working.

Please provide password(s) to proceed further.

1. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\2. Hussain - Documents provided to Hussain as referred to in pleadings\2A. POC (sent on 22 May 2015)
**HP - POC Doc Requests Simmons.zip**

2. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\1. Lynch - Documents provided to Lynch as referred to in pleadings\2A. POC (sent on 22 May 2015)
**HP - POC Doc Requests Clifford Chance.zip**

3. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\1. Lynch - Documents provided to Lynch as referred to in pleadings\1. LBA
**HP - Lynch Request.zip**

4. REPRODUCTION002 - 2023.10.02\UK_LITIGATION - DVD\UK_LITIGATION - DVD\UK Civil Action Production – Vol 1\2. Hussain - Documents provided to Hussain as referred to in pleadings\3. Valuation Models\6. Valuation Model  (sent on 20 August 2015)
**HP.zip**

Thanks,

George

George Bouknight
Practice Technology Analyst
**CLIFFORD CHANCE US LLP**
31 W. 52nd Street
NEW YORK, NY 10019
Direct Dial: (212) 878-3398
Fax: (212) 878-8375

 Go green. Please don't print this e-mail unless you really need to

---

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Thursday, October 5, 2023 7:24 PM
**To:** Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Can you check if this password works:  N99adr

Thanks,

---

**From:** George.Bouknight@CliffordChance.com <George.Bouknight@CliffordChance.com>
**Sent:** Thursday, October 5, 2023 9:21 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Oriane.Green@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

The "UK_LITIGATION - DVD.ZIP" that we received contains 22 inside zips and all are password protected.   Please provide passwords to proceed with extraction.

Thanks,

George

George Bouknight
Practice Technology Analyst
**CLIFFORD CHANCE US LLP**
31 W. 52nd Street
NEW YORK, NY 10019
Direct Dial: (212) 878-3398
Fax: (212) 878-8375

Go green. Please don't print this e-mail unless you really need to

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Tuesday, October 3, 2023 6:32 PM
**To:** Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Hi George - I've move them to a new folder, see if that one works.

**From:** George.Bouknight@CliffordChance.com <George.Bouknight@CliffordChance.com>
**Sent:** Tuesday, October 3, 2023 3:07 PM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Oriane.Green@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

Unfortunately, I continue to receive the error message.   Please let us know if there something else we should try.  Thanks!

Regards,

George

George Bouknight
Practice Technology Analyst
**CLIFFORD CHANCE US LLP**
31 W. 52nd Street
NEW YORK, NY 10019
Direct Dial: (212) 878-3398
Fax: (212) 878-8375

Go green. Please don't print this e-mail unless you really need to

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Tuesday, October 3, 2023 5:29 PM
**To:** Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Let me reinvite Trish and George, see if that fixes.

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Tuesday, October 3, 2023 1:28 PM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Bob and Beth,

Thanks so much.

Beth – we're having trouble accessing the materials through the link you provided. My colleague George in our IT group has contacted you separately about the issue, but I just wanted to flag it here as well.

Best,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Monday, October 2, 2023 6:26 PM

**To:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Oriane,

For the items in below in blue, the government has in its possessions a laptop with Deloitte's proprietary software (AS/2). We have loaded onto the laptop Deloitte audit files relating to Autonomy received during the investigation. The laptop is available for review at the USAO. We attempted to make a copy in the *Hussain* case but that did not work because of Deloitte's proprietary software. During the *Hussain* case, Deloitte provided a second copy to the government, which was produced to Hussain's counsel. Hussain's counsel returned the copy to the government and we provided that copy to counsel for Mr. Chamberlain. We have requested Deloitte produce an additional laptop with AS/2 and the audit files. We will deliver it as soon as we receive it. In the meantime, what we have is available for review at the USAO.

I'm adding Chris and Kristina to the email chain.

Best regards,
Bob

**From:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Sent:** Monday, October 2, 2023 3:17 PM
**To:** Oriane.Green@CliffordChance.com
**Cc:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Kylie.McLaughlin@CliffordChance.com; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>
**Subject:** FW: [EXT] RE: US v. Lynch

Hi Oriane – here you go, please see the response in the last column (highlighted in yellow and blue), I will be sending you the link in a minute.

Thanks,

| BEGINNING BATES NUMBER | ENDING BATES NUMBER | SOURCE | DESCRIPTION | e-FOLDER NAME | DOJ PRODUCTION INDEX | RESPONSE |
|---|---|---|---|---|---|---|
| LAPTOP01 | LAPTOP02 | Deloitte | (2) Laptops, Deloitte workpapers | LAPTOP | 2023.06.16. Index of Produced Documents.Rev01 | LAPTOP Pending |
| HP-AB-00001685 | HP-AB-00004369 | Hewlett-Packard | Documents produced by HP | BAT0201_A | 2023.05.19. Index of Documents Produced | ALL IMAGES ARE IN BAT0201, BAT0201_A DOES NOT EXIST |
| COVERLETTERS | | | Additional coverletters | BAT0206_A | 2023.05.19. Index of Documents Produced | ALL IMAGES ARE IN BAT0206, BAT0206_A DOES NOT EXIST |
| DT-AS2 00323 | DT-AS2 00340 | Deloitte | Additional docs extracted from Deloitte laptop | BAT0227_A | 2023.06.16. Index of Produced Documents | WILL REPRODUCE |
| COVERLETTERS | | COVERLETTERS | Additional coverletters | BAT0206_A | 2023.06.16. Index of Produced Documents | ALL IMAGES ARE IN BAT0206, BAT0206_A DOES NOT EXIST |
| USAO 00003718 | USAO 00004119 | USAO | Transmittal letters [US v. Hussain] | DISCLTR001 | 2023.06.16. Index of Produced Documents | WILL REPRODUCE |
| EMC_GJ_000708 | | EMC Corporation | Email chain that includes discussions between EMC and Zantaz regarding developing an appliance. | EMC_GJ_000708 | 2023.06.16. Index of Produced Documents | WILL REPRODUCE IN .PDF FORMAT |
| HP-SEC-02141246 | HP-SEC-02141251 | Hewlett-Packard | Additional materials prepared by Chris Yelland | HP-SEC-02141246 - HP-SEC-02141251 | 2023.06.16. Index of Produced Documents | WILL REPRODUCE IN NATIVE FORMAT |
| HP-SEC-02340578 | HP-SEC-02340672 | Hewlett-Packard | Additional documents from HP regarding ASL | HP-SEC-02340578 - HP-SEC-02340672 | 2023.06.16. Index of Produced Documents | ONLY IMAGES ARE INCLUDED IN BAT0244, WILL REPRODUCE IN NATIVE FORMAT (.PDF, XLS) |
| HP-SEC-01830656 | | Hewlett-Packard | Investors who may have purchased shares of HP | HP-SEC-166 | 2023.06.16. Index of Produced Documents | WILL REPRODUCED |
| HP-SEC-02313621 | HP-SEC-02313688 | Hewlett-Packard | Company Employee Handbook for Autonomy | HP-SEC-191 | 2023.06.16. Index of Produced Documents | WILL REPRODUCE (LABELED INCORRECTLY) HP-SEC-02313621 - HP-SEC-02313688 |
| HP-SEC-02349032 | HP-SEC-02349318 | Hewlett-Packard | Documents relating to the August 31, 2011 email authored by "Joe Bloggs," with subject line: "Industry Analysts Question Autonomy's OEM Revenues, the Value of Acquired Assets." | HP-SEC-212 | 2023.06.16. Index of Produced Documents | HP-SEC-212 IS INCLUDED IN THE HD PRODUCED 5/19/2023 |
| LAPTOP03 | | Deloitte | AS2 audit files | LAPTOP | 2023.06.16. Index of Produced Documents | LAPTOP Pending |
| HP-SEC-00739023 | HP-SEC-00739944 | Hewlett-Packard | Sushovan Hussain quarterly revenue spreadsheets ***these are natives (.xls) ***SEE DISC ON FILE WITH BATES NUMBER "HP-SEC-01641731" | MISC NATIVES | 2023.06.16. Index of Produced Documents | WILL REPRODUCE NATIVE FILES, FOLDER LABELED AS HP-SEC-01641731 |
| HP-SEC-02141240 | HP-SEC-02141245 | Hewlett-Packard | "Application of Revenue Policies and work performed" | NATIVES ONLY | 2023.06.16. Index of Produced Documents | WILL REPRODUCE NATIVES, FOLDER LABELED AS HP-SEC-02141240 - HP-SEC-02141245 |
| MS-HP-SEC-00017885 | MS-HP-SEC-00017885 | Morgan Stanley | Spreadsheet, Autonomy-Zantaz Digital Safe Service, Proposed Morgan Stanley Worksheet | NATIVES ONLY | 2023.06.16. Index of Produced Documents | INCLUDED IN T69102 – ADDONICS, FOLDER LABELED AS "MISC NATIVE FILES" |
| UK_LITIGATION - DVD | | Hewlett-Packard | Documents produced in the UK litigation relating to Autonomy | UK_LITIGATION - DVD | 2023.06.16. Index of Produced Documents | WILL REPRODUCE |
| USAO-SEC-EPROD-003753173 | USAO-SEC-EPROD-003764531 | SEC | Email correspondence between SEC and third parties and representatives of those parties | USAO-SEC-EPROD_20170726 | 2023.06.16. Index of Produced Documents | WILL REPRODUCE |
| VC00801 | VC00819 | Lankler Siffert & Wohl | Additional documents received from Vanessa Colomar. | VC00801 - VC00819 | 2023.06.16. Index of Produced Documents | BAT0260, INCLUDED IN THE FIRST HD OR INITIAL PRODUCTION, 5/20/2023 |
| HP-SEC-02166029 | HP-SEC-02166034 | Hewlett-Packard | Summary of revenue adjustments, Q1 2009 and Q2 2011 | | 2023.06.16. Index of Produced Documents | NATIVES, WILL REPRODUCE |
| HP-SEC-01504886 | | Hewlett-Packard | Native file of an .edc file. Encrypted version of the spreadsheet HP was able to decrypt on 11/19/14 and produce to JH via email as HP-SEC-01504886 | | 2023.06.16. Index of Produced Documents | PENDING |
| HP-SEC-01592914 | HP-SEC-01593910 | Hewlett-Packard | Communication and information relelvant to former and current Autonomy employees and former and current HP employees | | 2023.06.16. Index of Produced Documents | PENDING |
| US_GJX 00005269 | US_GJX 00005271 | USAO | GAP IN BATES NUMBERING (NO DOCS RELATED TO THIS BATES RANGE) | | 2023.06.16. Index of Produced Documents | GAP, AS INDICATED ON THE DESCRIPTION, NO DOCS RELATED TO THE BATES RANGE |

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Wednesday, September 13, 2023 2:15 PM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>

**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

We realized we are also missing this item from the DOJ's production index:

| BEGINNING BATES NUMBER | ENDING BATES NUMBER | SOURCE | DESCRIPTION | e-FOLDER NAME | DOJ PRODUCTION INDEX |
|---|---|---|---|---|---|
| LAPTOP01 | LAPTOP02 | Deloitte | (2) Laptops, Deloitte workpapers | LAPTOP | 2023.06.16. Index of Produced Documents.Rev01 |

Thank you so much,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

**From:** Green, Oriane (Litigation-NY)
**Sent:** Wednesday, September 13, 2023 2:26 PM
**To:** 'Margen, Beth (USACAN)' <Beth.Margen@usdoj.gov>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@cliffordchance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Hi Beth,

I hope you've been doing well. We've had an opportunity to review the additional data you've sent over, as well as run further analysis on the initial hard drives of data which we received from the DOJ.

Our additional analysis suggests that we are still missing some of the data identified in the DOJ's production indices. Please see the chart below identifying the missing data.

| BEGINNING BATES NUMBER | ENDING BATES NUMBER | SOURCE | DESCRIPTION | e-FOLDER NAME | DOJ PRODUCTION INDEX |
|---|---|---|---|---|---|
| HP-AB-00001685 | HP-AB-00004369 | Hewlett-Packard | Documents produced by HP | BAT0201_A | 2023.05.19. Index of Documents Produced |
| COVERLETTERS | | | Additional coverletters | BAT0206_A | 2023.05.19. Index of Documents Produced |
| DT-AS2 00323 | DT-AS2 00340 | Deloitte | Additional docs extracted from Deloitte laptop | BAT0227_A | 2023.06.16. Index of Produced Documents |
| COVERLETTERS | | COVERLETTERS | Additional coverletters | BAT0206_A | 2023.06.16. Index of Produced Documents |
| USAO 00003718 | USAO 00004119 | USAO | Transmittal letters [US v. Hussain] | DISCLTR001 | 2023.06.16. Index of Produced Documents |
| EMC_GJ_000708 | | EMC Corporation | Email chain that includes discussions between EMC and Zantaz regarding developing an appliance. | EMC_GJ_000708 | 2023.06.16. Index of Produced Documents |
| HP-SEC-02141246 | HP-SEC-02141251 | Hewlett-Packard | Additional materials prepared by Chris Yelland | HP-SEC-02141246 - HP-SEC-02141251 | 2023.06.16. Index of Produced Documents |
| HP-SEC-02340578 | HP-SEC-02340672 | Hewlett-Packard | Additional documents from HP regarding ASL | HP-SEC-02340578 - HP-SEC-02340672 | 2023.06.16. Index of Produced Documents |
| HP-SEC-01830656 | | Hewlett-Packard | Investors who may have purchased shares of HP | HP-SEC-166 | 2023.06.16. Index of Produced Documents |
| HP-SEC-02313621 | HP-SEC-02313688 | Hewlett-Packard | Company Employee Handbook for Autonomy | HP-SEC-191 | 2023.06.16. Index of Produced Documents |
| HP-SEC-02349032 | HP-SEC-02349318 | Hewlett-Packard | Documents relating to the August 31, 2011 email authored by "Joe Bloggs", with subject line: "Industry Analysts Question Autonomy's OEM Revenues, the Value of Acquired Assets." | HP-SEC-212 | 2023.06.16. Index of Produced Documents |
| LAPTOP03 | | Deloitte | AS2 audit files | LAPTOP | 2023.06.16. Index of Produced Documents |
| HP-SEC-00739023 | HP-SEC-00739944 | Hewlett-Packard | Sushovan Hussain quarterly revenue spreadsheets ***these are natives (.xls) ***SEE DISC ON FILE WITH BATES NUMBER "HP-SEC-01641731" | MISC NATIVES | 2023.06.16. Index of Produced Documents |
| HP-SEC-02141240 | HP-SEC-02141245 | Hewlett-Packard | "Application of Revenue Policies and work performed" | NATIVES ONLY | 2023.06.16. Index of Produced Documents |
| MS-HP-SEC-00017885 | MS-HP-SEC-00017885 | Morgan Stanley | Spreadsheet, Autonomy-Zantaz Digital Safe Service, Proposed Morgan Stanley Worksheet | NATIVES ONLY | 2023.06.16. Index of Produced Documents |
| UK_LITIGATION - DVD | | Hewlett-Packard | Documents produced in the UK litigation relating to Autonomy | UK_LITIGATION - DVD | 2023.06.16. Index of Produced Documents |
| USAO-SEC-EPROD-003753173 | USAO-SEC-EPROD-003764531 | SEC | Email correspondence between SEC and third parties and representatives of those parties | USAO-SEC-EPROD_20170726 | 2023.06.16. Index of Produced Documents |
| VC00801 | VC00819 | Lankler Siffert & Wohl | Additional documents received from Vanessa Colomar. | VC00801 - VC00819 | 2023.06.16. Index of Produced Documents |
| HP-SEC-02166029 | HP-SEC-02166034 | Hewlett-Packard | Summary of revenue adjustments, Q1 2009 and Q2 2011 | | 2023.06.16. Index of Produced Documents |
| HP-SEC-01504886 | | Hewlett-Packard | Native file of an .edc file. Encrypted version of the spreadsheet HP was able to decrypt on 11/19/14 and produce to JH via email as HP-SEC-01504886 | | 2023.06.16. Index of Produced Documents |
| HP-SEC-01592914 | HP-SEC-01593910 | Hewlett-Packard | Communication and information relelvant to former and current Autonomy employees and former and current HP employees | | 2023.06.16. Index of Produced Documents |
| US_GJX 00005269 | US_GJX 00005271 | USAO | GAP IN BATES NUMBERING (NO DOCS RELATED TO THIS BATES RANGE) | | 2023.06.16. Index of Produced Documents |

Please let us know if you have any questions.

Best,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Thursday, July 13, 2023 1:29 PM
**To:** Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@cliffordchance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Hello Oriane – in re with the 2nd set of inquiry, please see the column highlighted in yellow in response to the location of the discovery among the HDs sent: I don't have a response for the 1st row yet, will get back to you on that one.

| Folder | Ranges | Category | Requirements for loading | RESPONSE |
|---|---|---|---|---|
| AU_0032 *(appears to potentially be clawback production)* BAT0110 BAT0134 BAT0184 BAT0245 BAT0246 BAT0248_A BAT0249 BAT0255 BAT0260 [VC006] BAT0264 BAT0265_A BAT0266; MLAT_AU_00021934 MLAT001 VOL011-A VOL014 | VARIOUS | Loadfile has been received in LFP format and does not contain basic metadata (including Filename). This format could be indicative of this data being an overlay or secondary production – Luminance has however not received a previous production or overlapping Bates ranges for these folders. | To confirm whether a fuller data file (.dat) can be provided for the data or alternatively access to the original (non-overlay) productions. | |

| | | | | |
|---|---|---|---|---|
| UK_LITIGATION - USB6 | Unknown | ZIP files provided without decryption key / password. | Please provide decryption key / password. | SEE THE TEXT FILE INCLUDED ON THAT SAME SUB-FOLDER labeled as "Password" both password for the zips should be indicated on that text file, if it's not there, will resend it. |
| COLOMAR (VC00732-800) | VC00732 - VC00800 | Luminance have received this Folder but not the full range.<br><br>We have received VC00786 – VC00800. | Please confirm whether we can expect to receive VC00732 – VC00785. | SEE HD:  TRANSFER002   Folder:  ODNH – 0008<br>A .pdf COPY is ALSO included on the subfolder, will resend if needed |
| BAT0266; MLAT_AU_00021934 | MLAT_AU 00021698 – MLAT_AU 00105989 | Luminance have received this Folder but not the full range.<br><br>We have received MLAT_AU 00072614 - MLAT_AU 00072849. | Please confirm whether we can expect to receive MLAT_AU 00021698 - MLAT_AU 00072613 and MLAT_AU 00072850 - MLAT_AU 00105989. | SEE HD:  TRANSFER002   Folder: MLAT_AU_20190423  Range: MLAT_AU 00072850 - MLAT_AU 00105989.<br><br>SEE HD sent  05.20.2023   Folder: MLAT_AU_00021934  Range: MLAT_AU 00021698 - MLAT_AU 00072613 |
| UK_LITIGATION – HDD9 | Unknown | Luminance has not received this folder. | Please confirm whether we can expect to receive this folder. | SEE HD:  TRANSFER004   SHOULD BE INCLUDED IN FOLDER:    _DISCOVERY FILES [NOT IN ECLIPSE] |

---

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Wednesday, July 12, 2023 9:11 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

Thank you – we're working to download this first tranche of data from your FTP now. Do you have any updates regarding the additional set of data we flagged on Monday?

Best,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

---

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Wednesday, July 12, 2023 10:08 AM
**To:** Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>
**Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Subject:** RE: [EXT] RE: US v. Lynch

Good morning Oriane – I've send Trish and George, the link for the reproduction of those highlighted in yellow from your initial inquiry:



Thanks,

---

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Tuesday, July 11, 2023 10:55 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com

**Subject:** [EXTERNAL] Re: [EXT] RE: US v. Lynch

Thanks for the update Beth, we really appreciate it.

Best,
Oriane

Oriane Hakkila Green
Associate
Clifford Chance US LLP
32 West 52nd Street
New York, NY 10019
Direct Dial: +1 (212) 878-8052 | Personal Dial: +1 (843) 345 8900
Oriane.Green@CliffordChance.com

On Jul 11, 2023, at 1:46 PM, Margen, Beth (USACAN) <Beth.Margen@usdoj.gov> wrote:

Good morning Oriane – Apologies please, I am running a bit late uploading into our platform, still ongoing.  As soon as I've finish, hopefully today, will send the link to Trish and George.

Thanks,
Beth

**From:** Margen, Beth (USACAN)
**Sent:** Monday, July 10, 2023 7:18 AM
**To:** Oriane.Green@CliffordChance.com
**Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com
**Subject:** RE: [EXT] RE: US v. Lynch

Hello Oriane – I will send Trish and George the link today, I'm just finishing up the last load.  I will start looking up on the other queries and will help out in locating and resending.

Thanks,

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Monday, July 10, 2023 7:03 AM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
**Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Trish.Keats@CliffordChance.com; George.Bouknight@CliffordChance.com
**Subject:** [EXTERNAL] Re: [EXT] RE: US v. Lynch

Hi Beth,

I hope you had a good weekend!

As we wait for the yellow highlighted e-Folders to be sent to George and Trish via USA FX per Bob's June 30th email below, we have both (1) searched for the blue highlighted e-Folders in the drives we received and (2) identified a handful of other queries for which we'd like your help resolving.

The below table represents the e-Folders about which we have queries that are described in the two right-most columns. The blue highlighted row represents the one e-Folder we were unable to identify in both the specified location in Bob's email (TRANSFER004 under folder 'DISCOVERY FILES [NOT IN ECLIPSE]') nor in any of the other drives. The remaining rows represent newly-identified queries.

| Folder | Ranges | Category | Requirements for loading |
|---|---|---|---|
| AU_0032 *(appears to potentially be clawback production)* BAT0110 BAT0134 BAT0184 BAT0245 BAT0246 BAT0248_A BAT0249 BAT0255 BAT0260 [VC006] BAT0264 BAT0265_A BAT0266; MLAT_AU_00021934 MLAT001 VOL011-A VOL014 | VARIOUS | Loadfile has been received in LFP format and does not contain basic metadata (including Filename). This format could be indicative of this data being an overlay or secondary production – Luminance has however not received a previous production or overlapping Bates ranges for these folders. | To confirm whether a fuller data file (.dat) can be provided for the data or alternatively access to the original (non-overlay) productions. |
| UK_LITIGATION - USB6 | Unknown | ZIP files provided without decryption key / password. | Please provide decryption key / password. |
| COLOMAR (VC00732-800) | VC00732 - VC00800 | Luminance have received this Folder but not the full range. We have received VC00786 – VC00800. | Please confirm whether we can expect to receive VC00732 – VC00785. |
| BAT0266; MLAT_AU_00021934 | MLAT_AU 00021698 – MLAT_AU 00105989 | Luminance have received this Folder but not the full range. We have received | Please confirm whether we can expect to receive MLAT_AU 00021698 - MLAT_AU 00072613 and |

| | | MLAT_AU 00072614 - MLAT_AU 00072849. | MLAT_AU 00072850 - MLAT_AU 00105989. |
|---|---|---|---|
| UK_LITIGATION – HDD9 | Unknown | Luminance has not received this folder. | Please confirm whether we can expect to receive this folder. |

Please let us know of any questions or if you'd like to discuss any of the above. Thank you as always for your help!

Best,
Oriane

Oriane Hakkila Green
Associate
Clifford Chance US LLP
32 West 52nd Street
New York, NY 10019
Direct Dial: +1 (212) 878-8052 | Personal Dial: +1 (843) 345 8900
Oriane.Green@CliffordChance.com

>> On Jul 7, 2023, at 4:51 PM, Keats, Trish (Litigation-NY) <Trish.Keats@cliffordchance.com> wrote:
>>
>> Great, thanks so much!
>>
>> Trish Keats
>> Litigation Paralegal Case Manager
>> CLIFFORD CHANCE US LLP
>> 31 West 52nd Street
>> New York, NY 10019-6131
>> Direct dial: 212 878 3310
>> Fax: 212 878 8375
>> trish.keats@cliffordchance.com
>>
>>
>> **From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
>> **Sent:** Friday, July 7, 2023 4:48 PM
>> **To:** Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>
>> **Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>
>> **Subject:** RE: [EXT] RE: US v. Lynch
>>
>> Hi Trish, I've just sent a new invite.  Thanks,
>>
>> **From:** Trish.Keats@CliffordChance.com <Trish.Keats@CliffordChance.com>
>> **Sent:** Friday, July 7, 2023 12:44 PM
>> **To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>
>> **Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Oriane.Green@CliffordChance.com; George.Bouknight@CliffordChance.com
>> **Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch
>>
>> Hi Beth, happy Friday!
>>
>> I'm so sorry, I didn't get a chance to set up my log in for your secure site and the link/token has expired.  Would it be possible for you to send me a new invite?
>>
>> Thank you!
>>
>> Trish Keats
>> Litigation Paralegal Case Manager
>> CLIFFORD CHANCE US LLP
>> 31 West 52nd Street
>> New York, NY 10019-6131
>> Direct dial: 212 878 3310
>> Fax: 212 878 8375
>> trish.keats@cliffordchance.com
>>
>>
>> **From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
>> **Sent:** Wednesday, July 5, 2023 9:28 AM
>> **To:** Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; Bouknight, George (Litigation-NY) <George.Bouknight@CliffordChance.com>; Keats, Trish (Litigation-NY) <Trish.Keats@CliffordChance.com>
>> **Cc:** McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
>> **Subject:** RE: [EXT] RE: US v. Lynch
>>
>> Thank you Oriane,
>>
>> Hello George and Trish, I will create an account with our transfer platform and will send you an access to the record once I'm done loading.
>>
>> Best,
>>
>> **From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
>> **Sent:** Monday, July 3, 2023 8:41 AM
>> **To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; George.Bouknight@CliffordChance.com; Trish.Keats@CliffordChance.com
>> **Cc:** Kylie.McLaughlin@CliffordChance.com; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
>> **Subject:** [EXTERNAL] Re: [EXT] RE: US v. Lynch
>>
>> Hi Bob and Beth,
>>
>> Thank you for your follow-up.
>>
>> @Beth - I've copied in @George and @Trish who can coordinate with you re the USA FX download.
>>
>> Happy 4th!
>>
>> Best,
>> Oriane

Oriane Hakkila Green
Associate
Clifford Chance US LLP
32 West 52nd Street
New York, NY 10019
Direct Dial: +1 (212) 878-8052 | Personal Dial: +1 (843) 345 8900
Oriane.Green@CliffordChance.com

On Jun 30, 2023, at 3:51 PM, Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:

Dear Oriane and Kylie:

We have looked into this.  Please see the table below.  For the yellow highlighted cells, we will provide them via USA FX, our file sharing service.  Please work with Beth to get signed up if you are not already.

For the blue highlighted cells, we believe they were on the drives that were sent.  We indicate the particular drives where the folders should be.  Can you please check again?  If that is unsuccessful, I understand we can re-copy them and either produce on another drive or upload to USA FX.

Please note, the e-folder SF-03853 is a reference to the SEC investigation number, and includes documents that were obtained by the SEC and subsequently provided to DOJ.  That is why there are not Bates numbers "SF-03853".

Have a good weekend,

Best regards,
Bob

<image001.png>

**From:** Oriane.Green@CliffordChance.com <Oriane.Green@CliffordChance.com>
**Sent:** Wednesday, June 28, 2023 3:26 PM
**To:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Kylie.McLaughlin@CliffordChance.com <Kylie.McLaughlin@CliffordChance.com>
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Hi Beth,

Kylie and I will confer with you separately.

Thanks everyone,
Oriane

Direct Dial: +1 (212) 878-8052
Oriane.Green@CliffordChance.com

**From:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>
**Sent:** Wednesday, June 28, 2023 6:15 PM
**To:** Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>; Green, Oriane (Litigation-NY) <Oriane.Green@CliffordChance.com>; McLaughlin, Kylie (Litigation-NY) <Kylie.McLaughlin@CliffordChance.com>
**Subject:** RE: [EXT] RE: US v. Lynch

Ok, Chris, just send me the list and will help in locating the docs.

Thanks,

**From:** Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>
**Sent:** Wednesday, June 28, 2023 1:17 PM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Oriane.Green@CliffordChance.com; Kylie.McLaughlin@CliffordChance.com
**Subject:** [EXTERNAL] RE: [EXT] RE: US v. Lynch

Thanks very much, Bob.  Nice to meet you Beth.

Copying Oriane Green and Kylie McLaughlin from my team who are assisting with our analysis.  We will be in touch soon with an initial list of what, at the moment, we have not located.

Best,
Chris

**Christopher J. Morvillo**
**CLIFFORD CHANCE US LLP**
31 West 52nd Street | New York, NY 10019
(o) +1.212.878.3437 | (c) +1.917.753.0753

christopher.morvillo@cliffordchance.com

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Wednesday, June 28, 2023 4:03 PM
**To:** Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>
**Cc:** Margen, Beth (USACAN) <Beth.Margen@usdoj.gov>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Subject:** [EXT] RE: US v. Lynch

Chris,

Just following up on our call touching on discovery.  If there are materials you are unable to locate on the drives, be sure to copy Beth Margen, our paralegal, as she will be assisting with any response.

Best,
Bob

**From:** Leach, Robert (USACAN)
**Sent:** Friday, June 16, 2023 4:10 PM
**To:** Christopher.Morvillo@CliffordChance.com
**Cc:** Margen, Beth (USACAN) <BMargen@usa.doj.gov>; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>
**Subject:** US v. Lynch

Chris,

Here are the password instructions for the discovery that went out today.

Please let me and Beth know if you have issues accessing it.

Best,
Bob

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>HD Password & Instructions</u>:

1. HD labeled as TRANSFER002:  **_450GoldenGate!_** (password for the HD)

1. HD labeled as TRANSFER003:  **_450GoldenGate$_** (password to access the documents)
   **_1024368_** (to open the HD)

1. HD labeled as TRANSFER004:  please follow the instruction below:

<image002.png>

1. Addonics T69102:  no password required, Key for the HD will be sent out separately.

\*\*\*\*\*\*\*

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement.

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard:+1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement https://www.cliffordchance.com/Legal_statements/privacy_statement.html

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard:+1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement https://www.cliffordchance.com/Legal_statements/privacy_statement.html