Jonathan Matthew Baum (SBN: 303469)
**STEPTOE LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Dwight J. Draughton
Drew C. Harris
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

*Attorneys for Defendant*
*MICHAEL Richard LYNCH*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. : 3 : 18-cr-00577-CRB |
| Plantiff, | Judge: Hon. Charles Breyer |
| vs. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | **NOTICE OF CHANGE OF FIRM NAME** |
| | Date: January 9, 2024 |
| Defendants. | Court: Courtroom 6 – 17th Floor |
| | Trial Date: March 18, 2024 |

**YOU ARE HEREBY GIVEN NOTICE** that with respect to the above-captioned matter, effective December 6. 2023, the firm name of **Steptoe & Johnson LLP** was changed to:

**STEPTOE LLP**

The address and telephone number will remain the same:

One Market Plaza
Steuart Tower, 10th Floor, Suite 1070
San Francisco, CA 94105
Telephone: (415) 365-6700

Please update your records accordingly.

DATED: January 9, 2024

                                            Respectfully submitted,

                                            By   /s/ Jonathan M. Baum

                                            Jonathan Matthew Baum (SBN: 303469)
                                            STEPTOE LLP
                                            One Market Street
                                            Steuart Tower, Suite 1070
                                            San Francisco, CA 94105
                                            Telephone: (510) 735-4558
                                            jbaum@steptoe,com

                                            Reid H. Weingarten
                                            Brian M. Heberlig
                                            Michelle L. Levin
                                            Nicholas P. Silverman
                                            Dwight J. Draughton
                                            Drew C. Harris
                                            STEPTOE LLP
                                            1114 Avenue of the Americas
                                            New York, NY 100036
                                            Telephone: (212) 506-3900

                                            *Attorneys for Defendant*
                                            *MICHAEL R. LYNCH*