PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | Case No. CR 18-577 CRB<br><br>JOINT SUBMISSION REGARDING JUROR QUESTIONNAIRE<br><br>Trial Date:  March 18, 2024<br>Pretrial Conference:  February 21, 2024 |

The parties have met conferred and jointly submit the attached Proposed Juror Questionnaire.

DATED: January 16, 2024              PATRICK D. ROBBINS
                                               Attorney for the United States Attorney
                                               Acting Under Authority Conferrred by
                                               28 U.S.C. § 515

                               By:     /s/
                                               ROBERT S. LEACH
                                             ADAM A. REEVES
                                             KRISTINA N. GREEN
                                             ZACHARY G.F. ABRAHAMSON
                                             Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | DATED: January 16, 2024 | CLIFFORD CHANCE US LLP |
| 2 | | By:     /s/ |
| 3 | | CHRISTOPHER J. MORVILLO |
| | | CELESTE KOELEVELD |
| 4 | | DANIEL SILVER |
| | | Attorneys for Defendant |
| 5 | | Michael Richard Lynch |
| 6 | DATED: January 16, 2024 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| 7 | | DROOKS, LINCENBERG & RHOW, P.C. |
| 8 | | By:     /s/ |
| 9 | | GARY S. LINCENBERG |
| | | RAY S. SEILIE |
| 10 | | MICHAEL C. LANDMAN |
| | | Attorneys for Defendant |
| 11 | | Stephen Keith Chamberlain |