Jonathan Matthew Baum (SBM: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Dwight J. Draughon
Drew C. Harris
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN CATEGORIES OF EVIDENCE**<br><br>**(Lynch MIL No. 5)**<br><br>Date: February 21, 2024 at 2 p.m.<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: January 17, 2024<br>Trial Date: March 18, 2024 |

**DECLARATION OF CELESTE L.M. KOELEVELD**

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Andrew Kanter to David Knox (May 2, 2008, 9:54) (Government Exhibit 2658) (Bates JPMC-AU-DOJ-00008769).

4. Attached hereto as **Exhibit 2** is a true and correct copy of a memorandum of an interview with Joel Scott (January 7, 2013) (Bates HP-SEC-00329246).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Dr. Lynch (July 8, 2010, 12:06) (Bates D002136020).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 17, 2024, in New York, New York.

*/s/ Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld