# EXHIBIT 1

| | |
|---|---|
| **Subject:** | RE: Cazenove |
| **Sent:** | Fri 5/2/2008 9:54:51 AM (UTC) |
| **From:** | "Andrew Kanter" <andrewk@autonomy.com> |
| **To:** | "'Knox, David P'" <david.knox@cazenove.com> |
| **Cc:** | "'Reynolds, Mike J'" <mike.reynolds@jpmorgancazenove.com>, "'Pitt, Michael'" <michael.pitt@jpmorgancazenove.com> |

Dear David

Thank you for getting back to me.

We've been made aware that a number of fund managers have recordings and transcripts of calls with Mr Khan which they consider have issues.  Whilst we have no detailed knowledge of the content of the calls, we understand that transcripts have been made available to regulators.

We believe that while these are under review it is probably not appropriate to have a direct dialog with Mr Khan.  Once cleared there are of course no issues.  Until then though it is better to continue working with another one of your analysts.  We will work in every way we are able to support the factual basis of their work and offer any other help that we can.

Best regards

Andrew Kanter
Autonomy

---

**From:** Knox, David P [mailto:david.knox@cazenove.com]
**Sent:** 02 May 2008 10:17
**To:** Andrew Kanter
**Cc:** Reynolds, Mike J; Pitt, Michael
**Subject:** RE: Cazenove

Andrew

Thank you for your e-mail.  Obviously we would like Autonomy to maintain a dialogue with Daud as he is our analyst on the stock, he is attempting to publish a research report on the company and, as such, is talking with yourselves in respect of the drafts.  It is important for us to know, therefore, what you mean by "highly questionable activities going on on behalf of your analyst Daud Khan" and also by "some official matters related to this".  Could you please clarify these comments as they could be taken to represent some form of strong insinuation of inappropriate actions that we too would be concerned to understand.  Meanwhile, I expect the company to continue to communicate with Daud.

Regards

David


**David Knox**

Managing Director - Equities
Head of Research

Direct Line: 020 7155 6101

Direct Fax: 020 7155 9270

Switchboard: 020 7155 5000

Mobile: 07768 055139

david.knox@cazenove.com
www.cazenove.com

---

**From:** Andrew Kanter [mailto:andrewk@autonomy.com]
**Sent:** 01 May 2008 17:02
**To:** Knox, David P
**Cc:** GROUP - Research Control
**Subject:** Cazenove

Hi David

I thought it important to drop you a line at the first available opportunity to bring you in the loop on a matter.

It has come to our attention that there may have been highly questionable activities going on on behalf of your analyst Daud Khan.  Now that there are some official matters related to this we feel it is probably not entirely appropriate for us to continue to speak directly with Daud.

We want to be very clear that we hold Cazenove in the highest esteem and will do our best to continue to be of assistance to Cazenove.  However during this time we believe it may be better if we are speaking with another member of the team.  If you would like to nominate someone, please feel free to pass on our contact details.

We very much look forward to working with your various teams in any way we can assist them.

Best regards

Andrew Kanter
Autonomy
P: +44 1223 448 000
M: +44 7767 621 632

This e-mail is confidential and is for the addressee only. Please refer to www.cazenove.com/disclaimers/cazenove.htm for important disclaimers and the firm's regulatory position.