# EXHIBIT 3

Message

| | |
|---|---|
| **From**: | Mike Lynch [mrl@autonomy.com] |
| **Sent**: | 07/08/2010 12:06:50 |
| **To**: | Jim Still [jstill@zantaz.com]; Sushovan Hussain - Autonomy [sushovanh@autonomy.com]; stouffere@us.autonomy.com; mmooney@verity.com; Bryan Rellinger [BRellinger@cardiff.com] |
| **CC**: | Pete Menell - Autonomy [peterm@autonomy.com]; msullivan@zantaz.com |
| **Subject**: | RE: weekly status report on VA please |
| **Importance**: | High |

Guys,

this is the biggest deal in the quarter and the idea that some no-name proserv guy is allowed to potential f this up and we are even having debates about charging them is a MAJOR MANAGMENT FAILURE. THIS CANNOT BE DELEGATED. ALL of you own this.

Jim, stoff,mikem,mikes, bryan,pete you need to be minute to minute experts on this deal, nothing is said to the customer with out it being cleared by someone senior, no meetings occur with out someone with a brain present, NO F-ing abdications of responsibility or delegation. If there is any problem I WANT TO KNOW ABOUT IT IN A F***ING MILLISECOND from all of you.

We cannot act like muppets on a deal of this size...break the rules and do it right

AND we will bid with anyone the customer wants us to , none of this Autonomy favoured nation shit anymore

Mike


At 15:39 06/08/2010, Jim Still wrote:

Will do. The team on the ground is doing fine and positioned to VA what the product actually does and does not do in this case. However, (as you mention below about not charging them), we're constantly making sure that everyone who touches them realizes the big picture and doesn't piss them off.

Phil is on PTO next week so there are a number of items I will be running with and will keep you posted.

Thanks.

---

**From:** Sushovan Hussain [ mailto:sushovanh@autonomy.com]
**Sent:** Friday, August 06, 2010 10:24 AM
**To:** Jim Still
**Cc:** Pete Menell - Autonomy; Mike Lynch - Autonomy
**Subject:** RE: weekly status report on VA please

Jim - thanks for this. You are doing well.

The key thing I picked up below:

- Had to put out a fire with the VACO team and our Professional Services guys, Andrew Bird. Got Stephen Cho on the phone with the VACO team and have resolved the conflict. They got frustrated when they were told that we may need to do a SOW and bill them for the fix and sent an email to us expressing this. Stephen has made himself the main point of contact for the VACO guys to insure that their issues are resolved. (The issue surrounds the pushing of large data sets back to the Admin console within EAS). Andrew offered them a work around and if that did not work he would then need to do a SOW for a services contract. Stephen is working with the VA on this issue and will have one of our EAS experts working with them early next week which is fine with the VA.

Please let me know how much we are talking about. I would make sure we have the A team on this deal, and also not to

charge them for implementation if at all possible. Please make sure you keep pete and me informed on the tech issue here.

**From:** Jim Still [mailto:jstill@zantaz.com]
**Sent:** 06 August 2010 15:20
**To:** Sushovan Hussain - Autonomy
**Cc:** Stouffer Egan - Autonomy; Mike Mooney - Autonomy; jstill@autonomy.com
**Subject:** RE: weekly status report on VA please

**National Archive ($12M+).**

- Met with the EIE storage team at VA in Silver Spring, MD. They are the team causing the holdup on their input for the RFP. They are under the gun to get their response into the Project Manager. We were informed in back channels that the CIO (Roger Baker) is getting involved in the delays.
- Met with FCN (IBM SEWP Vendor) and have learned that they want to partner with us through CSC. They will not offer any other bid but ours for the archiving portion of the Big 4 RFP. FCN has signed and sent back to us the Autonomy NDA. Now need to get the same document to CSC.
- Digital Safe and EAS at Hines location install is progressing. Should have the final security documents completed within the next few days. Fred Witt is working on that with the VA Contracting Officer on this. The rest of the data center infrastructure should be in place within days. Phil and I are in daily discussions with everyone involved.
- Met with the VACO team (Digital Safe deal from last year) as they want to make sure we include DS Pro on our response. Have discussed with Roger Erickson.
- Had to put out a fire with the VACO team and our Professional Services guys, Andrew Bird. Got Stephen Cho on the phone with the VACO team and have resolved the conflict. They got frustrated when they were told that we may need to do a SOW and bill them for the fix and sent an email to us expressing this. Stephen has made himself the main point of contact for the VACO guys to insure that their issues are resolved. (The issue surrounds the pushing of large data sets back to the Admin console within EAS). Andrew offered them a work around and if that did not work he would then need to do a SOW for a services contract. Stephen is working with the VA on this issue and will have one of our EAS experts working with them early next week which is fine with the VA.
- Met with IBM and they are still working on our NDA. In their Legal. They are also pushing to get this RFP out and the deal done by end of September.
- General Dynamics are still working on getting our NDA executed. They are eager to start planning for their RFP response.
- Met with the Iron Bow team along with Roger Erickson and discussed the DigitalSafe architecture and bandwidth recommendations.
- Currently waiting for a services PO for VISN 3 (Region 4) who is upgrading from EAS AltaVista to IDOL. They are moving forward assuming that we are the lead horse for the archiving piece of the Big 4 procurement. The Professional Services team provided the SOW for this upgrade, 50K.
- Last word on the RFP is late August or early September. The funds as we have already discussed are two year funds and would be available in October. All SEWP vendors and solution providers are on the same page about getting this done in the current GFY. The Project Manager (James Baube) is anxious as well.

TeamSite Renewal ($1M).

- Hit a speed bump this week when we saw their maintenance renewal ($245K) was posted on SEWP for bidding. We asked them last week not to do this while we were working up some license options. The stakeholder, (Diane Huber) and her colleagues have not engaged with us this week so this raises concerns. One of our inside contacts at VA informed us they are probably running away from us as the new license would cause more paperwork and process than a renewal. We are however going to be speaking with some higher up folks next week who return from a conference and vacations and we expect a warmer reception to our proposal. Following this we can get our proposal in front of Peter Levin, CTO for the VA. This remains a long shot but we are not letting up.

**From:** Jim Still
**Sent:** Friday, July 30, 2010 2:44 PM
**To:** Sushovan Hussain - Autonomy
**Cc:** Stouffer Egan - Autonomy; Mike Mooney - Autonomy; jstill@autonomy.com
**Subject:** RE: weekly status report on VA please

National Archive.($12M+)

- We met with the National Archive project manager. The RFP is now scheduled to be out on the street end of August to mid September - yet a further delay. We could not get any exact dates on this. <u>We were flat out in asking if this pushes the opportunity out of the quarter to which he stated that they desperately want to get it done but because the funding will be there in October, the pressure to get it done is removed.</u> The hold up is having issues getting information back for the RFP from the internal VA storage team who continue to insist they want spin down storage capabilities. Again, we are tied to a much larger procurement for enterprise storage. The Archive piece is completely ours. We are trying to meet with other members of the team to see how we can break out the Archive decision and purchase from the rest.
- We met with OIG office and discussed e-Discovery capabilities with DS Pro (they were very impressed with the desktop collection capabilities and Audit Center)
- Phil met with General Dynamics as they are signing off on the NDA and want to partner with us for the National Archive. Conducting further meetings with them to discuss DS Mail.
- IBM is finalizing our NDA and also want to partner with us on the RFP. They will propose two solutions, an all IBM solution and IBM and us.
- Current VA DS install (Hines and Falling Water) should be ready for the final implementation to start in a couple of weeks. This has got to be successful.
- VA is inquiring when DS and EAS will be supported on Microsoft 2010. Working with Tech to get them an answer.

TeamSite Renewal.($1M)

- We met with one of the Directors of the Web Ops group this week in DC. She informed us the CTO for the VA has mandated the use of TeamSite throughout the VA. (We had met with them and Rafiq earlier in the year, presenting to the CTO in defense of TeamSite.)
- They signed a License Agreement for TeamSite in 2003 which has been referred to as an Enterprise License, but looks to be limited in Server + Technical and Business Users and only on the Windows platform. We are meeting and speaking with them over the next two weeks to get a better understanding of the mandate, and what in addition they have interest in that is over and above their current License. We have discussed Live Site, Site Publisher, and Media Bin. They may have an interest in Explore. Phil and I are working with Jason Smith to come up with a way to essentially "upgrade" their License to something more current, with use of the additional solutions, and with more capacity for servers, users, etc. They are however working on their maintenance renewal of this License with Immix and the Renewals Team at Interwoven. The renewal is high, roughly $245K annually. We are trying to understand their tolerance for doing a new license which would provide us license revenue up front and reduce their maintenance payments moving forward. I could use some advice on how much we can play around with the maintenance as it would have to be very compelling for them to seek incremental funding and craft a sole-source procurement.

**From:** Sushovan Hussain [mailto:sushovanh@autonomy.com]
**Sent:** Friday, July 30, 2010 9:54 AM
**To:** Jim Still
**Cc:** Stouffer Egan - Autonomy; Mike Mooney - Autonomy
**Subject:** weekly status report on VA please


Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.