Jonathan Matthew Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Dwight J. Draughon
Drew C. Harris
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

Gary S. Lincenberg (SBN: 123058)
Ray S. Seilie (SBN: 277747)
Michael C. Landman (SBN: 343327)
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
glincenberg@birdmarella.com

*Attorneys for Defendant*
*Stephen Keith Chamberlain*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANTS' JOINT MOTION *IN LIMINE* TO PRECLUDE USE OF MISLEADING ACCOUNTING-RELATED TERMINOLOGY AND IMPROPER HYPOTHETICAL QUESTIONS**<br><br>**(Lynch MIL No. 6)**<br><br>Date: February 21, 2024 at 2 p.m.<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: January 17, 2024<br>Trial Date: March 18, 2024 |

DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANTS' JOINT MOTION IN LIMINE TO PRECLUDE USE OF MISLEADING ACCOUNTING-RELATED TERMINOLOGY AND IMPROPER HYPOTHETICAL QUESTIONS (LYNCH MIL NO. 6) – 3:18-CR-00577-CRB

**DECLARATION OF CELESTE L.M. KOELEVELD**

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Christopher "Stouffer" Egan, U.K. Testimony, Day 20, Autonomy Corp. Ltd. v. Lynch, Claim No HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.) (May 7, 2019) (Bates HP-SEC-02930502).

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Value Added Reseller Agreement (June 30, 2009) (Bates HP-SEC-01770707).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of Christopher "Stouffer" Egan, U.K. Testimony, Day 19, Autonomy Corp. Ltd. v. Lynch, Claim No HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.) (May 8, 2019) (Bates HP-SEC-02930462).

6. Attached hereto as **Exhibit 4** is a true and correct copy of an "organic growth" revenue chart created by Christopher "Stouffer" Egan (Government exhibit 2797).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 17, 2024, in New York, New York.

  /s/ Celeste L.M. Koeleveld
  Celeste L.M. Koeleveld

---

DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANTS' JOINT MOTION IN LIMINE TO PRECLUDE USE OF MISLEADING ACCOUNTING-RELATED TERMINOLOGY AND IMPROPER HYPOTHETICAL QUESTIONS (LYNCH MIL NO. 6) – 3:18-CR-00577-CRB

1