# EXHIBIT 1

## Page 1

```
 1                            Wednesday, 8 May 2019
 2   (1.00 pm)
 3              MR CHRISTOPHER EGAN (continued)
 4              Cross-examination by MR MILES (continued)
 5   MR MILES: Good morning, Mr Egan.
 6   A.  Good morning.
 7   Q.  Yesterday, when we broke I was asking you some questions
 8       about EDD and Capax. We agreed yesterday that you
 9       didn't speak or have any communications with Dr Lynch
10       directly about the subject of EDD and Capax. Do you
11       recall that?
12          Sorry, can you just pause a moment. Did you get
13       that question?
14   A.  I did, yes.
15          I do not recall having any conversations with
16       Dr Lynch about the EDD deal.
17   Q.  Thank you. Can we just look at paragraph 61 of your
18       witness statement, which is at {C/5/18}. You draw
19       attention there to the fact that Dr Lynch approved
20       certain of the payments, but you're not yourself
21       offering any evidence as to what Dr Lynch understood,
22       are you?
23   A.  No, just that he made some approvals.
24   Q.  Thank you. Now, at the end of 2009 there was a further
25       deal with Capax for EDD which extended the term from
```

## Page 2

```
 1       four to six years and added various elements of
 2       additional software, for a fee of $4 million. Can we
 3       just look at paragraph 74 of your statement where you
 4       address this {C/5/20}. In that paragraph you refer to,
 5       again, talking to Mr Baiocco about this. Now, again,
 6       I suggest to you that in fact this was just an
 7       arrangement between you and Mr Baiocco and it wasn't
 8       something that Mr Hussain knew about?
 9   A.  Again, I disagree with that. I know first-hand that
10       Mr Hussain knew about it.
11   Q.  Again, you're not suggesting in this section of your
12       witness statement that this is anything that you can
13       give any evidence about what Dr Lynch thought or knew,
14       are you?
15   A.  That's correct.
16   Q.  Can I just move on to another topic briefly; this is
17       ATIC. Do you remember yesterday we looked at a passage
18       in your deposition in the Microtech proceedings where
19       you said that you could recall very little about it?
20   A.  That sounds correct to me.
21   Q.  Were you involved, as far as you can recall, in the
22       negotiations in relation to ATIC?
23   A.  I remember having some discussions about ATIC, but
24       I don't believe I was directly involved in negotiation.
25   Q.  Do you remember the name Mr Channing coming up in
```

## Page 3

```
 1       relation to ATIC?
 2   A.  That doesn't -- no, I don't.
 3   Q.  Right. I'm going to move to a different topic which is
 4       the VAR transactions or reseller transactions. What
 5       we're going to be talking about is what you call in your
 6       witness statement the "at risk VAR transactions". Now,
 7       that's a term that was used where there was no done deal
 8       with an end user at the time that the agreement was
 9       entered into with the VAR; that's right, isn't it?
10   A.  That's correct.
11   Q.  And the reason those words "at risk" were used was
12       because the VAR would have to pay whether or not the
13       deal with the end user actually completed?
14   A.  Correct.
15   Q.  We'll come on to your evidence about the VAR deals in
16       a moment, but just to be clear, you always understood,
17       didn't you, that the VARs were on risk in the sense that
18       they were legally obliged to pay whether or not the deal
19       with the end user was done?
20   A.  That's correct. And to the extent that legal was
21       enforceable, I also made sure that they fully
22       comprehended that. That they knew that they were on the
23       hook, that they had bought that.
24   Q.  So the VARs, the resellers themselves always understood
25       that too?
```

## Page 4

```
 1   A.  Correct.
 2   Q.  Now, we agreed yesterday that at the time you saw
 3       nothing wrong with these deals and that's correct,
 4       isn't it?
 5   A.  Correct.
 6   Q.  Do you recall that at some point there was a change in
 7       the revenue recognition rules? Previously Autonomy had
 8       reported under US GAAP and then it changed to IFRS, do
 9       you remember that?
10   A.  I do recall that.
11          I just want to add one bit to the prior answer. You
12       asked if at the time I felt that there was nothing wrong
13       with the VAR deals at risk and I would like to add that,
14       for the vast majority of that time, that statement is
15       true. At the very end of the process there was a deal
16       or two that were so thin that I felt deeply
17       uncomfortable with them. It's difficult for me to say
18       whether I felt like it was wrong or right but it was
19       different than the vast majority.
20   Q.  Just going back to the change in the revenue recognition
21       rules and the change from US GAAP to IFRS, you
22       understood, didn't you, that under US GAAP, in order to
23       have revenue recognition on reseller deals, it was
24       necessary to show sale through to an end user?
25   A.  I believe I did understand that. That understanding
```