# EXHIBIT 4



Exh 2797-0001

# REVENUE

Organic + Non-Organic

Organic Growth

Q4

Q3

Q2

Q1

Exh 2797-0002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT** 2797

CASE NO. CR 16-00462 CRB

DATE ENTERED 3/19/18

BY _____
DEPUTY CLERK