Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION IN LIMINE TO EXCLUDE THE 2014 FILING OF AUTONOMY SYSTEMS LTD.'S 2011 ANNUAL REPORT** <br><br> **(Lynch MIL No. 2)** <br><br> Date: February 21, 2024 <br> Time: 2:00 pm <br> Court: Courtroom 6 – 17th Floor <br> Date Filed: January 17, 2024 <br> Trial Date: March 18, 2024 |

## DECLARATION OF NICHOLAS P. SILVERMAN

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted *pro hac vice* to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 a true and correct copy of an email between Brian Outland and Meeta Sunderwala dated November 9, 2011. (Bates labeled HP-SEC-00667950).

4. Attached hereto as Exhibit 2 is a true and correct copy of Hewlett-Packard Company's publicly available Form 10-K for the fiscal year ended October 31, 2011.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Juzer Shaikhali to Louise Currey dated December 23, 2013. (Document ID as POS000460632).

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Lee Welham to Antonia Anderson dated October 22, 2012.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of UK Testimony, Day 38, Autonomy Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, UK).

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Christopher Yelland to PwC, Morgan Lewis, and Ernst & Young personnel dated April 3, 2013. (Document ID as POS00424252).

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from John Archibald at PwC to Antonia Anderson dated May 10, 2013.

10. Attached hereto as Exhibit 8 is a true and correct copy memo drafted by Jacqui Hine and Antonia Anderson dated on or about January 21, 2014 and transmitted via email. (Bates labeled MLAT_AU 00074680).

11. Attached hereto as Exhibit 9 is a true and correct copy of Trial Exhibit 2445 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

12. Attached hereto as Exhibit 10 is a true and correct copy of Trial Exhibit 6443 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

13. Attached hereto as Exhibit 11 is a true and correct copy of an email between Shana Cappell (Morgan Lewis), Christopher Yelland, and others dated June 25, 2013. (Bates labeled MLAT_AU 00072854).

14. Attached hereto as Exhibit 12 is a true and correct copy of Trial Exhibit 6935 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

15. Attached hereto as Exhibit 13 is a true and correct copy of Trial Exhibit 6937 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

16. Attached hereto as Exhibit 14 is a true and correct copy of Trial Exhibit 6940 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

17. Attached hereto as Exhibit 15 is a true and correct copy of an email from Christopher Yelland to Mark Lewthwaite dated January 24, 2014. (Document ID POS00438489).

18. Attached hereto as Exhibit 16 is a true and correct copy of an article from The Guardian dated February 3, 2014, written by Juliette Garside, titled *Autonomy Made 80% Less UK Profit Than States, Hewlett-Packard Finds*, and retrieved from https://www.theguardian.com/business/2014/feb/03/autonomy-profits-overstated-hewlett-packard.

19. Attached hereto as Exhibit 17 is a true and correct copy of an article from the Wall Street Journal dated February 3, 2014, written by Spencer E. Ante, titled *H-P Says Autonomy Erred Prior to Deal*, and retrieved from https://www.wsj.com/articles/SB1000142405270230442704579360700736884622.

20. Attached hereto as Exhibit 18 is a true and correct copy of Trial Exhibit 6952 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 17, 2024 in Washington, D.C.

*/s/ Nicholas P. Silverman*
Nicholas P. Silverman