# EXHIBIT 1

**To:** 'brian.outland@ey.com'[brian.outland@ey.com]
**From:** Sunderwala, Meeta
**Sent:** Wed 11/9/2011 2:30:34 PM
**Importance:** Normal
**Subject:** RE: You around? Can we catch up?

Ok will come by


**From:** brian.outland@ey.com [mailto:brian.outland@ey.com]
**Sent:** Wednesday, November 09, 2011 11:27 AM
**To:** Sunderwala, Meeta
**Subject:** RE: You around? Can we catch up?


Let's talk after you talk to Forrest.

Want to talk on what we heard from our EMEA team this morning on Autonomy/hardware and thoughts on valuation impact. They said last year there was $115M of hardware revenue, $94M in COS and another $21M in marketing.

Thanks,

Brian




**Brian T. Outland** | Partner | Assurance and Advisory Business Services

Ernst & Young LLP

303 Almaden Boulevard, San Jose, California 95110, United States of America

Office: +1 408 947 5500 | Direct: +1 408 918 5905 | 303 Almaden Blvd

Fax: +1 866 399 2558

Website: www.ey.com

Thank you for considering the environmental impact of printing emails.

From:

"Sunderwala, Meeta" <meeta.sunderwala@hp.com>

To:

"brian.outland@ey.com" <brian.outland@ey.com>

Date:

11/09/2011 10:23 AM

Subject:

RE: You around?  Can we catch up?

---

Having lunch with Forrest at 12:30 if you want to join (at HP) ; otherwise can talk to you afterward?

**From:** brian.outland@ey.com [mailto:brian.outland@ey.com]
**Sent:** Wednesday, November 09, 2011 10:21 AM
**To:** Sunderwala, Meeta
**Subject:** You around? Can we catch up?



**Brian T. Outland** | Partner | Assurance and Advisory Business Services

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                     HP-SEC-00667951

Ernst & Young LLP

303 Almaden Boulevard, San Jose, California 95110, United States of America

Office: +1 408 947 5500 | Direct: +1 408 918 5905 | 303 Almaden Blvd

Fax: +1 866 399 2558

Website: www.ey.com

Assistant: Rebecca Villalobos | Phone: +1 408 947 5574 / +1 650 857 3398 | rebecca.villalobos@ey.com

Thank you for considering the environmental impact of printing emails.

**Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.**

---

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for Ernst & Young Online and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.**

---

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for Ernst & Young Online and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00667953