# EXHIBIT 4

| | |
|---|---|
| **From:** | Welham, Lee (UK - Cambridge) <lwelham@deloitte.co.uk> |
| **To:** | Anderson, Antonia <antonia.anderson@hp.com> |
| **Date:** | 22 Oct 2012 at 19:51 (UTC Z) |
| **Subject:** | RE: Tikit |

Hi Antonia,

I have re-read the agreement following your note below.  If you read further on from the highlighted section, my understanding is this is still written as we initially discussed, i.e. they can use the pre-purchase obligation to offset amounts due on future orders related to **such** software and maintenance.

The following paragraph then goes onto say "the right to resell and/or transfer the Autonomy Items shall be considered engagement specific commercials".  Again this sentence makes it clear that Tikit cannot use this purchase to offset against different software orders but can simply use the software they have already purchased and resell and or/transfer it to their future customers if the deal with KPMG is not consummated.  They would not be allowed per this side agreement to do what I understand actually happened, i.e. just use it as a credit note to buy different types of Autonomy software.

As a result, we do not consider that the revenue should be adjusted as at 31 December 2010 as Autonomy has transferred its risks and rewards of ownership and Tikit is required to pay in accordance with the original payment terms.

Thanks

Lee



**IMPORTANT NOTICE**

This communication is from Deloitte LLP, a limited liability partnership registered in England and Wales with registered number OC303675. Its registered office is 2, New Street Square, London EC4A 3BZ, United Kingdom. Deloitte LLP is the United Kingdom member firm of Deloitte Touche Tohmatsu Limited ("DTTL"), a UK private company limited by guarantee, whose member firms are legally separate and independent entities. Please see www.deloitte.co.uk/about for a detailed description of the legal structure of DTTL and its member firms.

This communication contains information which is confidential and may also be privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please (1) notify it.security.uk@deloitte.co.uk by forwarding this email and delete all copies from your system and (2) note that disclosure, distribution, copying or use of this communication is strictly prohibited. Email communications cannot be guaranteed to be secure or free from error or viruses. All emails sent to or from a Deloitte UK email account are securely archived and stored by an external supplier within the European Union

To the extent permitted by law, Deloitte LLP does not accept any liability for use of or reliance on the contents of this email by any person save by the intended recipient(s) to the extent agreed in a Deloitte LLP engagement contract.

Opinions, conclusions and other information in this email which have not been delivered by way of the business of Deloitte LLP are

neither given nor endorsed by it.

**From:** Anderson, Antonia [mailto:antonia.anderson@hp.com]
**Sent:** 18 October 2012 19:18
**To:** Welham, Lee (UK - Cambridge)
**Subject:** FW: Tikit

Hi Lee,

I have re-read this letter following our conversation this afternoon. The wording is that they can use the prepay under "other orders" (i.e. plural) "placed by Tikit". This is exactly what happened so as Tikit submitted additional orders, Autonomy delivered software for these orders but did not charge Tikit and created zero value orders and invoices as these orders were fulfilled. The attached excel shows which orders were set against the prepay. As you can see there was a large number of small orders.

As Autonomy was still obligated to deliver software to whomever Tikit ultimately contracted with at no further cost to Tikit, the revenue should not have been recognised.

Thanks

Antonia

Notwithstanding the terms of the Worksite Alliance Program Agreement (Resell Partner dated 27 October 2005 between Tikit and Interwoven, Inc., an Autonomy group company (the "Agreement"), Autonomy and Tikit hereby agree as follows and the terms of this letter shall take precedence over any other agreements between the parties. In the event that Tikit does not consummate the original transaction to at least the value set forth in the PO by 30 March 2011 then such PO shall be deemed a binding pre-purchase obligation, and Tikit shall be permitted to utilize pre-purchased software under the PO and offset amounts due to Autonomy (to a maximum of £3.1 million) under other orders placed by Tikit related to such software and maintenance under the Agreement for the period between 1 January 2011 and 30 June 2012.

**From:** Anderson, Antonia
**Sent:** 03 October 2012 14:47
**To:** Welham, Lee (UK - Cambridge)
**Cc:** Yelland, Christopher
**Subject:** Tikit

Hi Lee,

Further to our conversation earlier, please see attached the side letter related to the Tikit arrangement. This letter is dated 31 Dec 2010 (same as the license sale). Also attached is the email from Steve in 2011 to the IWOV team explaining how the pre-pay should be offset against future orders, to be invoiced at zero value.

Thanks

Antonia

Antonia Anderson
Director of Revenue
Autonomy, an HP company
Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

antonia.anderson@hp.com  **Note new email address!**
Direct tel: 01223 488580
Fax: 01223 448040

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its

contents to anyone.  Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies.  No reliance may be placed on this message without written confirmation from an authorised representative of the company.  Autonomy Systems Limited, Registered Office:  Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.