# EXHIBIT 5



Autonomy Corporation Limited and Ors v Michael Richard Lynch and Anor

Day 38

June 26, 2019

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900
Email: transcripts@opus2.com
Website: https://www.opus2.com

1   yes?
2   A.  Yes. One technicality is that the FY11 accounts were
3       being filed for the first time, so whilst they were
4       restated compared to what were in the ledgers, it's
5       actually the comparative figures for 2010 and the
6       balance sheet brought forward to 2010 that are actually
7       restated compared to previous accounts.
8   Q.  Yes, I'm not quibbling about that.
9   A.  Okay.
10  Q.  I'll call them restated accounts but I accept that
11      qualification.
12          So those are filed in 2014 and during this period up
13      to 2014, or certainly up to 2013 when they file
14      a report, PWC are conducting a forensic analysis of some
15      of Autonomy's transactions at the request of HP and
16      Morgan Lewis, correct?
17  A.  Yes.
18  Q.  That's known as Project Baron, yes?
19  A.  Project Baron I don't think was the only part of that,
20      but Project Baron was a part of that.
21  Q.  And it's right to say, isn't it, that PWC liaised with
22      Ernst & Young and met them in connection with the work
23      being done on the statutory accounts, yes?
24  A.  Yes, because the auditors have the right to review the
25      investigations.

17

1   Q.  PWC commented on drafts of the accounts, correct?
2   A.  PWC, yes, they did review the drafts of the accounts.
3   Q.  Could you go to bundle {K28/45.1/1}. This is an email
4       from Mr Tracey of PWC -- this is in January 2014 -- and
5       it's addressed to Mr JE Richman and he's a lawyer at
6       Proskauer, correct?
7   A.  Yes.
8   Q.  And Proskauer are representing HP, yes?
9   A.  Yes.
10  Q.  If you look at the first sentence, Mr Tracey says:
11          "Dear Jonathan,
12          "Further to our call earlier this evening, here are
13      our comments on the draft statutory accounts. Comments
14      that may have relevance to the future litigation are
15      highlighted in yellow."
16          They provide a copy of the accounts highlighting
17      comments that are relevant to the future litigation.
18      That's a reference to the litigation against Dr Lynch
19      and Mr Hussain, isn't it?
20  A.  Yes -- well, at this point expected to be, yes.
21  Q.  And at item 3, one of the points that are seen by PWC as
22      important is:
23          "The reference to errors rather than misstatements."
24          It was being suggested, wasn't it, that
25      misstatements rather than errors would fit HP's position

18

1       better for future litigation?
2   A.  Yes, that is true. And the context to this is that, as
3       an accountant preparing the financial statements, using
4       accounting language, "errors" includes all forms of
5       errors however caused, whether by a mistake, a fraud,
6       whatever the cause is. And I did have a number of
7       discussions with others as to the meaning of that word
8       because, as I understand it, in non-accounting language,
9       "errors" may be taken to be just, if you like, only
10      mistakes. In the accounts I said that I wanted to keep
11      to the word "errors". I was quite happy to include in
12      parenthesis the words "including misstatements" to make
13      it clear, but to me as an accountant the primary word is
14      "error" because "error" does not indicate a particular
15      form of error.
16  Q.  Now, could you go to bundle {K27/477.3/1}. This is an
17      email from Mr Particelli of HP to, amongst other people,
18      people in Morgan Lewis and Mr Curl of PWC.
19      Mr Particelli is an in-house HP lawyer, isn't he?
20  A.  Yes.
21  Q.  If you look at the title of the email you can see that
22      the email concerns the Autonomy statutory restatement;
23      do you see that?
24  A.  That's the topic, yes.
25  Q.  And this email relates to a meeting to be held on that

19

1       topic. This shows, doesn't it, that you were meeting
2       with Morgan Lewis and PWC to discuss the statutory
3       restatement?
4   A.  I don't know what the detailed agenda for this meeting
5       was. I don't recall a specific meeting.
6   Q.  But you did meet with Morgan Lewis and PWC, didn't you,
7       to discuss the statutory restatement?
8   A.  Yes. But I don't know if it's this specific meeting.
9   Q.  Could you go to bundle {K27/461.1/1}. This is an agenda
10      for a meeting in March 2013 with PWC and you can see
11      Mr Curl has set out an agenda for the meeting. If you
12      look at the second item, after "Interim report" from
13      PWC, you'll see there are "Accounting/audit issues-2011
14      accounts". Beneath that there's a reference to
15      a meeting with Ernst & Young. That's just underneath
16      responding to the subpoena.
17          It's fair to say PWC in the course of their
18      investigation were liaising with Ernst & Young to
19      discuss the restatement of the accounts, yes?
20  A.  I don't think that's exactly correct. EY, as the
21      auditors of the company, given that, as the directors of
22      the company, were -- we've identified fraud in the
23      company, we are required as the directors to have that
24      investigated. The HP legal team were running that
25      investigation. My team were assisting largely PWC in

20

**Page 21**

1    their efforts and there's a lot of overlap -- not
2    a complete overlap but a lot of overlap between the
3    matters in the statutory accounts and the matters that
4    PWC were investigating. EY as the auditors inform me
5    that, as the auditors, they have the right to review the
6    investigations to see that management have properly
7    investigated and to see that the results of the
8    investigations are consistent with the accounts.
9 Q. But PWC --
10 A. They --
11 Q. Sorry, please finish.
12 A. EY expressed a desire to do that, so the meeting here
13    with Nigel is really discussing about how the
14    investigators should present the investigation to the
15    auditors. It is not the only meeting on the topic,
16    there were also meetings with the legal teams on the
17    same topic.
18 Q. PWC generally are working on the legal side of things.
19    So Ernst & Young are working on the statutory accounting
20    side of things and PWC are assisting the lawyers, yes?
21 A. EY are working on their audit. They were very clear
22    that it's the responsibility of the management to
23    prepare the accounts and it's their responsibility to
24    audit them. But without repeating the long sentence,
25    they had the need to review the investigations that HP

**Page 22**

1    had undertaken, including, you know, the work of PWC.
2 Q. And Ernst & Young were provided with PWC's work product
3    as well as notes of interviews conducted by
4    Morgan Lewis, correct?
5 A. Correct.
6 Q. And they were provided with briefings from Morgan Lewis,
7    yes?
8 A. I think the briefings included Morgan Lewis and PWC.
9 Q. And they were provided with reports prepared by HP for
10    presentation to the SEC and the DoJ and the SFO, yes?
11 A. I believe so. I don't specifically recall that one, but
12    I believe so.
13 Q. Could you go to bundle {K27/493.02/1}. This is an
14    Ernst & Young presentation paper, it's an update in
15    respect of the UK statutory audit 2011 and 2012. If you
16    go to internal page 6, it's page 7 of the bundle
17    {K27/493.02/7}, section 4, you'll see that there's
18    a section headed "Review of investigation work":
19       "Break through on the investigation review as access
20    now given to Chris Y and EY to review the revenue
21    investigation as well as perform a review for other
22    financial related matters.
23       "Information received to date.
24       "PWC report with supporting exhibits and appendices.
25       "Reports prepared for presentation purposes to SEC,

**Page 23**

1    DoJ and SFO.
2       "Interview summaries received for 33 of 57
3    interviewees.
4       "Details of search terms used in revenue
5    investigation have been provided.
6       "Two calls held with Morgan Lewis to date to gain
7    a high level understanding of the investigation process.
8       "Two workstreams now agreed for the purpose of the
9    UK audit.
10       "Review of revenue investigation work completed by
11    Morgan Lewis.
12       "Investigation work on other financial related
13    matters (ie non-revenue related)".
14       So all this work product is being received and
15    reviewed by Ernst & Young, correct?
16 A. The item under "received to date", I'd read the "two
17    workstreams now agreed for the purpose", this is future
18    work to be done.
19 Q. And obviously also received and reviewed by you when
20    compiling your restated accounts which Ernst & Young are
21    auditing, yes?
22 A. I don't recall the first bullet point, but the
23    information that EY received I believe I also received.
24    The second bullet point under "Two workstreams [...]",
25    the "Investigation work on other financial related

**Page 24**

1    matters [...]" was an additional investigation that was
2    done really because of EY's feedback that, as I said,
3    not all of the matters in the statutory accounts were
4    subject to the HP legal investigation and so they asked
5    for -- or they suggested that management should perform
6    an additional investigation for these particular scope
7    items. And that was conducted.
8 Q. And the work that you and Ernst & Young are doing on the
9    restated accounts is all shaped and affected, isn't it,
10    by having all of this material provided by the legal
11    side?
12 A. Sorry, I missed part of the question. Is all ..?
13 Q. Work that you and Ernst & Young are doing on the
14    restated accounts is all shaped and affected by having
15    all of this material provided to you as a result of the
16    investigation process?
17 A. Yes, the work done on the investigations is certainly
18    a valuable input into the statutory accounts.
19 Q. Now, it's right to say, isn't it, that you made
20    adjustments to the accounts in respect of transactions
21    which are now no part of the claimants' case against the
22    defendants in the proceedings, such as transactions with
23    Mercedes Benz, correct?
24 A. Yes, in the accounts, in order to prepare the accounts,
25    I have to look at all of the significant accounting