# EXHIBIT 12

| | |
|---|---|
| **From:** | nigel.curl@uk.pwc.com |
| **Sent:** | Thursday, March 21, 2013 12:24 PM |
| **To:** | Yelland, Christopher <Chris.Yelland@hp.com> |
| **Cc:** | Anderson, Antonia <antonia.anderson@hp.com>; john.f.tracey@uk.pwc.com; john.c.archibald@uk.pwc.com; rebecca.j.rossiter@uk.pwc.com |
| **Subject:** | Fw: Project Baron - privileged and confidential |

Chris

I have set out below an outline agenda for the meeting tomorrow morning.

- Interim report


- Accounting / audit issues - 2011 accounts


- SEC subpoena - responding
- 
- Meeting with EY


- Our identified next steps:

   (1) Quarterly illustrative adjustments from sample transactions
   (2) Q3 2011 transactions and exceptional item; 2012 write offs
   (3) Reseller receipts and payments
   (4) Microlink acquisition


- AOB


Please let me know if you have any queries.  I look forward to seeing you tomorrow.

Regards, Nigel

**Nigel Curl**
PwC | Director, Forensic Services
Direct: +44 (0)20 7804 4073 | Mobile: +44 (0)7718 966487
Email: nigel.curl@uk.pwc.com
PricewaterhouseCoopers LLP
Hay's Galleria, 1 Hay's Lane, London SE1 2RD

----- Forwarded by Nigel Curl/UK/CFR/PwC on 21/03/2013 19:21 -----

| Nigel Curl/UK/CFR/PwC | | |
|---|---|---|
| | Action (To) | "Yelland, Christopher" <Chris.Yelland@hp.com>@INTL |
| 20/03/2013 17:24 | Information (cc) | "Anderson, Antonia" <antonia.anderson@hp.com>, John F Tracey/UK/CFR/PwC@EMEA-UK |
| | Subject | |

POS00423711.1
EXH 6935.0001

Business Related                                                Re: Project Baron - privileged and confidential Link

Chris

For logistics purposes, the attendees on Friday from our team will be John Tracey, John Archibald, Rebecca Rossiter and myself; in addition Dave Walters from our accounting technical team will dial in to the meeting with EY at 12.30.  I'm not sure if anyone else is dialling in but please let me know if you would like us to set up a conference call number.

Regards, Nigel

**Nigel Curl**
PwC | Director, Forensic Services
Direct: +44 (0)20 7804 4073 | Mobile: +44 (0)7718 966487
Email: nigel.curl@uk.pwc.com
PricewaterhouseCoopers LLP
Hay's Galleria, 1 Hay's Lane, London SE1 2RD

| | |
|---|---|
| "Yelland, Christopher" <Chris.Yelland@hp.com> | Action (To) John F Tracey/UK/CFR/PwC@EMEA-UK, Nigel Curl/UK/CFR/PwC@EMEA-UK, "jhine@uk.ey.com" <jhine@uk.ey.com>, "dhales@uk.ey.com" <dhales@uk.ey.com>, "mbutler1@uk.ey.com" <mbutler1@uk.ey.com>, "Anderson, Antonia" <antonia.anderson@hp.com> |
| 18/03/2013 10:11 | Information (cc) "Putland, Roberto" <roberto.putland@hp.com> |
| | Subject Project Baron - privileged and confidential |

Hi

Following individual discussions it looks like Friday is the best time this week for us to meet in Cambridge.

I suggest that PWC and AU meet in the morning to discuss next steps on the investigation (say 10.00 -12.00).

We will organize lunch for all (PWC/EY/AU) at 12.00 then we should meet at 12.30 for the rest of the day to work through the report and findings.

Jacqui will send a requested agenda for EY.

Regards
Chris Yelland
0044 7818 454 370

-------------------- End of message text --------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club.
----------------------------------------------------------------------

This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in
any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than
the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers
LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place,
London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing
and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to
such monitoring.
---------------------------------------------------------------
Visit our website http://www.pwc.com/uk