# EXHIBIT 13

| | |
|---|---|
| **From:** | Particelli, Robert <robert.a.particelli@hp.com> |
| **Sent:** | Monday, April 22, 2013 6:03 AM |
| **To:** | Caldwell, Leslie <lcaldwell@morganlewis.com>; Stolley, Martha B. <mstolley@morganlewis.com> |
| **Cc:** | Nigel Curl <nigel.curl@uk.pwc.com>; Resley, Susan D. <sresley@morganlewis.com>; Drew, Josh <joshua.w.drew@hp.com>; Yelland, Christopher <Chris.Yelland@hp.com>; John Tracey <john.f.tracey@uk.pwc.com> |
| **Subject:** | RE: HP-Autonomy - Statutory Restatement |

Needs to be early for me. I need to be done by 11:30 ET

Robert Particelli
Vice-President, Associate General Counsel, Commercial and Employment Litigation
Hewlett-Packard Company
1550 Liberty Ridge Drive, Suite 120
Wayne, PA 19087
Phone: 610.232.5380
Cell: 484.868.6215
particelli@hp.com

-----Original Message-----
From: Caldwell, Leslie [mailto:lcaldwell@morganlewis.com]
Sent: Monday, April 22, 2013 8:49 AM
To: Stolley, Martha B.
Cc: Particelli, Robert; Nigel Curl; Resley, Susan D.; Drew, Josh; Yelland, Christopher; John Tracey
Subject: Re: HP-Autonomy - Statutory Restatement

Let's try for tomorrow.

On Apr 22, 2013, at 8:29 AM, "Stolley, Martha B." <mstolley@morganlewis.com> wrote:

> It appears that Chris Yelland is ill today (and John Tracey declined - must be recuperating from the marathon), so it may make sense to reschedule for tomorrow or later this week.
> -------------------------------
> Martha B. Stolley
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue | New York, NY 10178-0060
> Direct: 212.309.6858 | Fax: 212.309.6001 mstolley@morganlewis.com |
> www.morganlewis.com
> Assistant: Cindy Downes | 212.309.6029 | cdownes@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

POS00425914.1
EXH 6937.0001