# EXHIBIT 14

Appointment

| | |
|---|---|
| **From**: | Jacqui Hine/33679C/UKI/Luton/ErnstYoung/GB [jhine@uk.ey.com] |
| **Sent**: | 29/04/2013 18:55:10 |
| **To**: | 'Jacqui Hine/33679C/UKI/Luton/ErnstYoung/GB' [jhine@uk.ey.com]; Yelland, Christopher [/O=COMPAQ/OU=EMEA3/cn=Recipients/cn=0295315]; Dave Hales/08698M/Audit/Reading/ErnstYoung/GB [dhales@uk.ey.com]; Hilda Cheong/79529D/ICO/London/ErnstYoung/GB [hcheong@uk.ey.com]; John Smart/40272S/CFAS/London/ErnstYoung/GB [jsmart@uk.ey.com]; john.f.tracey@uk.pwc.com; Drew, Josh [/O=COMPAQ/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Drewj]; lcaldwell@morganlewis.com; Marcus Butler/78949B/Audit/Reading/ErnstYoung/GB [mbutler1@uk.ey.com]; mstolley@morganlewis.com; nigel.curl@uk.pwc.com; Roeder, Paul [/O=COMPAQ/OU=TDM/cn=Recipients/cn=am-61391]; Particelli, Robert [/O=COMPAQ/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Particel]; sresley@morganlewis.com |
| **Subject**: | Invitation: Autonomy - PWC / Morgan Lewis & EY Catch Up (Agenda below) (2 May 15:30 GDT in Conference Call - Dial In: +44 (0)207 154 0601, ) |
| **Location**: | Conference Call - Dial In: +44 (0)207 154 0601, Host (Jacqui Hine) 6658528#, Participants 7412544# |
| **Start**: | 02/05/2013 14:30:00 |
| **End**: | 02/05/2013 15:30:00 |
| **Show Time As**: | Busy |

Agenda:

Further to the meeting with PWC on 22 March 2013, where Autonomy, PWC and EY had all agreed that access to certain information was important for the statutory audit of the financial statements of the UK subsidiaries, we would be grateful if you could assist in obtaining the following information:

The list of specific transactions which were reviewed by PWC;
The list of individuals who were interviewed as part of the PWC review;
A list of the side letters which PWC obtained as part of their work and copies of any side letters entered into by a UK subsidiary;
Details of the specific revenue sale which was linked to the software purchase made by ASL from Microtech in August 2011;
A list of any hardware sales which were identified as having been contracted by any of the UK subsidiary companies.