# EXHIBIT 15

| | |
|---|---|
| **From** | Yelland, Christopher |
| **To** | Lewthwaite, Mark <mark.lewthwaite@hp.com> |
| **Date** | 24 Jan 2014 at 21:23 |
| **Subject** | inital draft thoughts |

The EY suggested edits to the directors report and financial statements include statements of general uncertainty, uncertainty over broad topics (transfer pricing and related revenue timing) and uncertainties over topics which are not agreed with, or substantiated by EY

We need to avoid unnecessary general, or wide ranging, statements of uncertainty for any or each of the following reasons:

- The accounts are required to show a T&F view. If we imply they do not, then we imply that the directors have broken UK company law.
- Similar to the point above UK Companies House may reject the accounts if they imply that they do not comply with the companies act (ie show a T&F view)
- We need to be clear that the directors have made all reasonable enquiries in preparing the accounts legal requirement). If the general uncertainties are open ended or relate to areas where evidence could be collected then it could be implied that we have failed to make reasonable enquiries (given the resources at HP's disposal). This may also question whether our investigations have been sufficient.
- General statements regarding uncertainty over the timing of revenue may be very unhelpful to the litigation strategy as HP has made clear statements that revenue was accelerated (revenue timing and revenue acceleration are inseparable).
- A general statement that the transfer pricing income is uncertain, would be incompatible with concluding that the accounts show a T&F view as it represents around half of ASL's revenue and much more than its profit. It would therefore be difficult to conclude that we are confident that the accounts show a T&F view.

On the specific topics that EY mention in their drafting only one has been agreed as a significant uncertainty. EY have not demonstrated why they believe the others are:

- The suggested draft includes a general statement regarding uncertainty over unrecorded liabilities, however EY have not supported this with significant audit issues (it's a surprise inclusion). Given that it is over 2 years since the balance sheet date it is difficult to imagine the unrecorded liabilities in question.
- The suggested draft includes a specific statement regarding commissions and bonuses, however EY have not supported this with significant audit issues (it's a surprise inclusion).
- The suggested draft includes a general statement regarding uncertainty over intercompany. This is accepted with respect to the validity of opening balances (even though they reconcile) but not with respect to the more general matters alluded to.
- The suggested draft includes a general statement regarding uncertainty over transfer pricing income and the timing of revenue recognition. However we have gone to extraordinary lengths to review both balances sheets and P&L's across time (FY11, FY10, FY09 and in some cases FY08) and to perform our procedures on a global basis (especially in the US where the majority of revenue originates) so as to enable us to conclude that the residual risk in these matters is not significant. EY had previously agreed that the audit qualification was to be based on the degree of audit work performed, rather than the degree of work we had performed.

We should note that we have already

- Included statements of uncertainty in that that the ongoing investigations may uncover further facts - this does not mean that our evidence or work done is insufficient but does allow for the fact that further adjustments may have to be made.
- Agreed to include statements that there is uncertainty over specific matters which are related to the evidence available (related to interco bfw, timing of impairment, and, if properly demonstrated by EY, commissions and bonuses) but these can be viewed as inevitable given the circumstance and therefore do not imply that we have not made 'reasonable enquiries' (as per the legal requirements). These are also not so serious as to imply that the accounts do not show a T&F view.