# EXHIBIT 17

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

http://online.wsj.com/article/SB10001424052702303442704579360700736884622.html

# H-P Says Autonomy Erred Prior to Deal

Audit of U.K. Software Maker Points to Alleged Financial Improprieties in 2010

By Spencer E. Ante [ Follow ]

Updated Feb. 3, 2014 3:43 pm ET

Hewlett-Packard Co. HPQ -0.63% ▼ said it found major accounting errors in an audit of the 2010 financial statements of U.K. software maker Autonomy, the first significant evidence backing up H-P's claim that Autonomy inflated its revenue and profit before the U.S. company acquired it.

The alleged improprieties were discovered during an H-P audit of Autonomy's financial results for 2010 and 2011. The 2011 filings were required by a U.K. regulator. H-P purchased Autonomy for $11 billion in October 2011.

As part of filing the British company's 2011 statements, H-P said it had to refile the statements for 2010 with significant reductions in revenue and profit for a large unit, Autonomy Systems Ltd.

The unit's 2010 revenue was lowered by 54%, or roughly £95 million ($156 million), according to H-P's Jan. 31 filing with Companies House, the U.K. registry of companies. The restatement also showed an operating-profit decline of 81%, H-P said.

H-P said it found similar accounting improprieties for 2011 as it did for 2010. But the company didn't detail those discrepancies because Autonomy hadn't filed its financials for 2011 as the deal was closing. Autonomy had previously filed financial statements for 2010, which required the restatement.

A spokesman for Autonomy's former senior management said it continues to reject H-P's allegations.

The U.K.'s Financial Reporting Council, which is investigating Autonomy's accounting in Britain, said its probe of Autonomy's financial reporting

continues. "We announced our investigation in February 2013," a spokesman for the council added. He declined to comment further.

The H-P audit of the two entities, conducted by Ernst & Young LLP, found that Autonomy significantly inflated revenue for Autonomy Systems in 2010 by booking deals that were unlikely to be paid for, booking deals prematurely before they were closed, and claiming transactions where there were no end customers, said an H-P spokesman.

H-P also alleged errors in the accounting of certain expenses such as employee commissions and bonuses, according to the filings. Another part of the restatement involved a change in how H-P accounted for certain research-and-development expenses, in a way that was different than Autonomy used.

"These restatements, and the reasons for them, are consistent with H-P's previous disclosures regarding accounting improprieties in Autonomy's pre-acquisition financials," said an H-P spokesman. "The substantial work necessary to prepare these accounts has revealed extensive accounting errors and misrepresentations in the previously issued 2010 audited financial statements, including the problems previously identified by H-P."

H-P declined to say whether it had submitted the documents with officials in the U.S. and U.K. who are investigating the Autonomy deal. But H-P did say it continues to cooperate with authorities. H-P said it isn't required to file the statements with U.S. regulators.

The Financial Reporting Council, the regulator tasked with promoting good corporate governance and financial reporting in the U.K., is investigating Autonomy's past financial reports.

Autonomy developed software that allows businesses to search through documents, presentations, videos, emails and other data housed on their corporate intranets.

The FRC's probe of Autonomy's accounts comes as the U.S. Justice Department investigates the alleged improprieties, according to H-P. The U.S. computer company also said it has provided information to the U.S. Securities and Exchange Commission and the U.K. Serious Fraud Office.

About a year after the acquisition, H-P said it would write down the value of the U.K. enterprise-software company by $8.8 billion. H-P blamed more than $5 billion of the write-down on accounting irregularities that it said Autonomy had carried out to inflate revenue and profit ahead of the deal.

Autonomy founder Mike Lynch denied H-P's claims, calling them "completely and utterly wrong."

On Monday, the spokesman for Autonomy's former management said "given the size of H-P's write-down, we are very surprised by the small size of the adjustments in Autonomy Systems Limited that are attributed to the ongoing accounting dispute, which represent a few percent of group revenue."

He added that the adjustments include revenue that will be recognized at a later time, under H-P's new approach, and that other causes of the change include explicitly stated changes in accounting policy.

"We note that a majority of the change in numbers is due to transfer pricing between jurisdictions, a mechanism which often reduces a company's tax bill in the U.K.," he said. "We hope the U.K. government will take a robust position in rebuffing H-P's attempts to deprive it" of more than £38 million in tax revenue.

—*Simon Zekaria contributed to this article.*

**Write to** Spencer Ante at spencer.ante@wsj.com

**Corrections** & **Amplifications**

An earlier version of this story misstated the amount by which revenue was revised at Autonomy Systems.