Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **[PROPOSED] ORDER TO EXCLUDE THE 2014 FILING OF AUTONOMY SYSTEMS LTD.'S 2011 ANNUAL REPORT** <br><br> Date: February 21, 2024 <br> Time: 2:00 pm <br> Court: Courtroom 6 – 17th Floor <br> Date Filed: January 17, 2024 <br> Trial Date: March 18, 2024 |

1  The Court, having fully considered the papers and arguments presented by the parties,
2 hereby **GRANTS** Defendant Michael Richard Lynch's Motion in Limine to Exclude the 2014
3 Filing of Autonomy Systems Ltd.'s 2011 Annual Report.
4  IT IS SO ORDERED that the 2014 filing of Autonomy Systems Ltd., which contained
5 HP's 2014 opinions of Autonomy System Ltd.'s 2011 revenue and restated 2009-2010 revenue is
6 excluded from use at trial.

Dated:

                                               HON. CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE