Jonathan M. Baum (SBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | **DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION IN LIMINE TO EXCLUDE OPINION TESTIMONY OF CHRISTOPHER YELLAND** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | **(Lynch MIL No. 3)** |
| | Date: February 21, 2024 |
| | Time: 2:00 pm |
| | Court: Courtroom 6 – 17th Floor |
| | Date Filed: January 17, 2024 |
| | Trial Date: March 18, 2024 |

**DECLARATION OF NICHOLAS P. SILVERMAN**

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of Trial Exhibit 2749 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-02332635).

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Robert Leach to Randy Luskey regarding Autonomy Quarterly Summaries Update dated December 3, 2015. (Bates labeled USAO-EMAIL 011364).

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of a transcript of day 37 testimony in *Autonomy Corp. Ltd. v. Lynch*, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, UK).

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from John Archibald at PwC to Antonia Anderson dated May 10, 2013.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Christopher Yelland to Andrew Miskin, Antonia Anderson, and Michael Flint dated June 7, 2013 with attachment.

8. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of a transcript of day 38 testimony in *Autonomy Corp. Ltd. v. Lynch*, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, UK).

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from Christopher Yelland to PwC employees and Morgan Lewis dated April 3, 2013 (Document ID POS00424252).

10. Attached hereto as Exhibit 8 is a true and correct copy of an email from Shana Cappell at Morgan Lewis to Christopher Yelland and others dated June 25, 2013. (Bates labeled MLAT_AU 0072854).

11. Attached hereto as Exhibit 9 is a true and correct copy of Trial Exhibit 2445 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-01575611).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 17, 2024 in Washington, D.C.

*/s/ Nicholas P. Silverman*
Nicholas P. Silverman