# EXHIBIT 1

**SUMMARY OF REVENUE ADJUSTMENTS - 2009 TO OCTOBER 2011**

**ASL STATUTORY ACCOUNTS: REVENUE ADJUSTMENTS**

Figures in this table are in GBP £m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Retained Earnings (Note 3) | Revenue | Revenue |
|---|---|---|---|
| | As at Dec 2009 | Total 2010 | Jan - Oct 2011 |
| **Originally Stated (Note 1)** | **188.01** | **175.63** | **108.64** |
| **Adjustments in respect of restated transactions (Note 2):** | | | |
| *VAR transactions* | *(31.85)* | *(23.94)* | *8.75* |
| MicroLink | (2.52) | 2.71 | - |
| MicroLink | (5.72) | (2.89) | - |
| Integracion de Negocios en Tecnologia de Informacion/Various end users | (2.98) | 1.81 | 1.28 |
| Capax Discovery/Kraft Foods Global | - | - | - |
| MicroTech/Honeywell Aerospace | (1.09) | - | - |
| MicroTech/Discover Technologies | (5.74) | - | - |
| MicroTech/Morgan Stanley & Co | (2.81) | 2.81 | - |
| Capax Discovery/Eli Lilly and Company | (3.61) | 3.61 | - |
| MicroTech/Assurian Insurance Services | (0.15) | 0.15 | - |
| MicroTech/Century Link | (0.42) | 0.42 | - |
| AS Computadoras y Servicios/Secretaria de Gobernacion | (1.58) | 0.87 | 0.77 |
| Salos Consulting/Poste Italiane | (0.45) | - | - |
| MicroLink/Discover Technologies | (1.39) | - | - |
| Capax Discovery/Financial Services Authority | - | (1.99) | 2.20 |
| MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | - | (5.74) | 1.46 |
| Discover Technologies/Philip Morris International Management | - | - | - |
| Discover Technologies/CitiGroup Technology | - | - | - |
| Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | - | (1.24) | (0.03) |
| Comercializadora Cobal's/TV Azteca | - | (0.90) | 0.94 |
| FileTek/United States Veterans Administration Authority | - | (6.03) | 1.73 |
| Capax Discovery/Bank of America - Amgen | - | (4.18) | - |
| Red Ventures/Various end users | - | (1.74) | (0.06) |
| Capax Discovery/Defense Knowledge Online | - | (1.18) | 1.18 |
| MicroTech/US Department of the Interior | - | (1.86) | 1.86 |
| Discover Technologies/Bank of America | - | (3.25) | 0.31 |
| Discover Technologies/Bank of America | - | (1.63) | - |
| Capax Discovery/Merrill Lynch - Bank of America | - | (1.00) | 1.00 |
| Tikit/KPMG | - | (3.85) | 2.25 |
| Discover Technologies/ThinkTech | - | - | 0.29 |
| Capax Discovery/McAfee | - | - | (3.02) |
| Discover Technologies/Prisa | - | - | (0.48) |
| MicroTech/Bank of Montreal | - | - | - |
| Capax Discovery/UBS | - | - | - |
| Capax Discovery/UBS | - | - | - |
| Discover Technologies/Abbott Laboratories | - | - | 0.19 |
| Discover Technologies/Hyatt/Dell | - | - | 0.12 |
| MicroTech/Hewlett Packard | - | - | (3.25) |
| Other VAR transactions (adjustments < $1.5m) | (3.40) | 1.17 | 0.03 |
| *Reciprocal transactions* | *(15.66)* | *(15.97)* | *2.06* |
| Capax Discovery (EDD) | (1.27) | - | (0.20) |
| Video Monitoring Services | (6.58) | 0.90 | 1.40 |
| Filetek | (6.30) | 1.16 | 1.01 |
| Vidient Systems | (1.51) | 0.31 | 0.52 |
| Filetek | - | (6.05) | 1.20 |
| Mercedes-Benz Grand Prix | - | (1.04) | (0.05) |
| Realise Limited/Credit Suisse Securities | - | (1.27) | (0.05) |
| EMC | - | (2.26) | 0.60 |
| Vidient Systems | - | (1.21) | - |
| Video Monitoring Services (Software) | - | (2.86) | (1.60) |
| Video Monitoring Services (Hardware) | - | (3.65) | 3.78 |
| Tottenham Hotspur | - | - | (4.12) |
| MicroTech LLC | - | - | (0.43) |
| Other reciprocal transactions (adjustments < $1.5m) | - | - | - |
| *Hosting transactions* | *(19.62)* | *(24.99)* | *(8.26)* |
| *Other adjustments* | *(13.00)* | *(9.35)* | *(20.47)* |
| BBC Monitoring | (3.58) | (0.61) | (1.14) |
| Camsa Konzern | 0.04 | - | - |
| Tottenham Hotspur | - | (3.90) | 0.22 |
| Play | - | (1.09) | 1.09 |
| Prisa | - | (5.72) | (0.14) |
| Serious Fraud Office | - | - | (1.38) |
| Apple | (2.32) | - | 1.11 |
| UBS | - | - | (5.18) |
| Other 'other adjustments' (adjustments < $1.5m) | (7.13) | 1.98 | (12.06) |
| **Total adjustments in respect of restated transactions** | **(80.13)** | **(74.25)** | **(17.92)** |
| **As adjusted for restated transactions** | **107.88** | **101.38** | **90.73** |
| Adjustments in respect of changes in accounting policy (principally ceasing to capitalise R&D ) | *1.01* | *(20.09)* | *(17.25)* |
| **As restated in the FY11 statutory accounts of ASL (Note 2)** | **108.88** | **81.29** | **73.48** |
| Hardware revenue | (12.24) | (11.85) | (8.03) |
| Percentage restated | -42.1% | -53.7% | -32.4% |
| Percentage restated (including hardware revenue) | -35.6% | -47.0% | -25.0% |

Note 1 - Originally stated for Dec 09 and FY10 refers to the values reported in the originally filed ASL 2010 statutory accounts. Originally stated for FY11 refers to the values originally recorded in ASL's draft statutory accounts prepared mid-2012 but not filed. This FY11 start position has been further adjusted to remove the revenue recorded on the sale of IP from ASL to Longsand. Because this was an intercompany sale in September 2011- it has no impact on the consolidated accounts and distorts the analysis - therefore it has been removed from the starting figures.

Note 2 - The FY11 revenue values in the FY11 statutory accounts are restated compared to what was drafted in the original version FY11 accounts (not filed). The FY10 and FY09 figures are restated compared to what was filed in the original FY10 statutory accounts (see also Note 1).

Note 3 - The FY09 revenue figures are not disclosed in the FY11 accounts and as such their restatement is not presented. Instead the FY09 closing retained earnings were restated and have therefore been presented above. This ASL retained earnings restatement includes all impacts to ASL's retained earnings whether arising through revenue or costs restatements and whether arising in FY09 or prior years.

Note 4 - Deals separately identified are those with an adjustment to group revenue exceeding $1.5 million in any given quarter or in total across the relevant period (Q1 2009 - Oct 2011 inclusive). These deals are presented in the same order as in the Summary of Revenue Adjustments for the group.

Note 5 - The financial statements of ASL are impacted by the misstatements identified in ASL itself and the misstatements identified in several of the non UK group entities, as a result of the group's transfer pricing arrangements. Differences in the value of individual adjustments between the Summary of Revenue Adjustments for ASL and the Summary of Revenue Adjustments for the group arise as a result of i) these transfer pricing arrangements and ii) translation between GBP£ and US$.

The page contains a large, low-resolution financial table titled "SUMMARY OF REVENUE ADJUSTMENTS (DETAILED) - 2009 TO OCTOBER 2011" / "ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUES 2009 TO OCTOBER 2011". The table lists revenue adjustments by counterparty (e.g., MicroLink, Capax Discovery, MicroTech, Discover Technologies, Morse, Vidient, etc.) across quarterly columns for 2009, 2010, and 2011, with totals. The text is too degraded to transcribe reliably.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332636

EXH 2749-0002

| Tieback from Rebasing Summary to Workings and Company Records | ASL 2009 Ret Earnings GBP | | ASL 2010 Revenue GBP | | ASL 2011 Revenue GBP | | Autonomy Group 2009 Revenue USD | | Autonomy Group 2010 Revenue USD | | Autonomy Group 2011 Revenue USD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rebasing Summary by Cause - Tie back to Working file** | Summary | Workings | Summary | Workings | Summary | Workings | Summary | Workings | Summary | Workings | Summary | Workings |
| VAR transactions | (31.85) | (31.85) | (23.94) | (23.94) | 8.75 | 8.75 | (55.40) | (55.40) | (51.01) | (51.01) | (19.59) | (19.59) |
| Reciprocal transactions | (15.66) | (15.66) | (15.97) | (15.97) | 2.06 | 2.06 | (30.57) | (30.57) | (30.00) | (30.00) | (9.07) | (9.07) |
| Hosting | (19.62) | (19.62) | (24.99) | (24.99) | (8.26) | (8.26) | (14.32) | (14.32) | (47.74) | (47.74) | (17.66) | (17.66) |
| Other | (13.00) | (12.96) | (9.35) | (9.31) | (20.47) | (20.46) | (8.02) | (8.02) | (27.41) | (27.41) | (18.03) | (18.03) |
| Total adjustments in respect of restated transactions | (80.13) | (80.10) | (74.25) | (74.21) | (17.92) | (17.91) | (108.31) | (108.31) | (156.16) | (156.16) | (64.35) | (64.35) |
| Change in accounting policies | 1.01 | 1.01 | (20.09) | (20.09) | (17.25) | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hardware revenue | (12.24) | (12.24) | (11.85) | (11.85) | (8.03) | (8.03) | 53.30 | 53.30 | 99.08 | 99.08 | 86.62 | 86.62 |
| Total | (66.89) | (66.85) | (82.48) | (82.45) | (27.13) | (27.13) | (161.61) | (161.61) | (255.23) | (255.23) | (150.96) | (150.96) |

| | ASL 2009 Ret Earnings GBP | | ASL 2010 Revenue GBP | | ASL 2011 Revenue GBP | | Autonomy Group 2009 Revenue USD | | Autonomy Group 2010 Revenue USD | | Autonomy Group 2011 Revenue USD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Analysis of Workings by Cause and Sources** | Workings | vs Summary | Workings | vs Summary | Workings | vs Summary | Workings | vs Summary | Workings | vs Summary | Workings | vs Summary |
| VAR transactions | (31.85) | 0.00 | (23.94) | 0.00 | 8.75 | 0.00 | (55.40) | 0.00 | (51.01) | 0.00 | (19.59) | 0.00 |
| *- From big deals analysis* | (16.50) | n/a | (21.83) | n/a | 3.60 | n/a | (28.86) | n/a | (45.34) | n/a | (21.99) | n/a |
| *- From sundry adjustments analysis* | (15.35) | n/a | (2.11) | n/a | 5.14 | n/a | (26.54) | n/a | (5.67) | n/a | 2.39 | n/a |
| Reciprocal transactions | (15.66) | 0.00 | (15.97) | 0.00 | 2.06 | 0.00 | (30.57) | 0.00 | (30.00) | 0.00 | (9.07) | 0.00 |
| *- From big deals analysis* | (15.66) | n/a | (15.97) | n/a | 2.06 | n/a | (30.57) | n/a | (30.00) | n/a | (9.07) | n/a |
| *- From sundry adjustments analysis* | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| Hosting Trnasactions | (19.62) | 0.00 | (24.99) | 0.00 | (8.26) | 0.00 | (14.32) | 0.00 | (47.74) | 0.00 | (17.66) | 0.00 |
| *- From hosting analysis* | (17.21) | n/a | (20.30) | n/a | (7.07) | n/a | (10.32) | n/a | (39.96) | n/a | (13.77) | n/a |
| *- From big deals analysis* | 0.00 | n/a | (6.02) | n/a | (0.90) | n/a | 0.00 | n/a | (10.34) | n/a | (3.07) | n/a |
| *- From sundry adjustments analysis* | (2.41) | n/a | 1.33 | n/a | (0.30) | n/a | (4.00) | n/a | 2.56 | n/a | (0.82) | n/a |
| Other | (12.96) | (0.04) | (9.31) | (0.03) | (20.46) | (0.00) | (8.02) | 0.00 | (27.41) | 0.00 | (18.03) | 0.00 |
| *- From big deals analysis* | (3.67) | n/a | (8.47) | n/a | (8.95) | n/a | (3.43) | n/a | (13.61) | n/a | (15.31) | n/a |
| *- From sundry adjustments analysis* | (9.29) | n/a | (0.84) | n/a | (11.52) | n/a | (4.59) | n/a | (13.80) | n/a | (2.72) | n/a |
| Change in accounting policies | 1.01 | 0.00 | (20.09) | 0.00 | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hardware revenue | (12.24) | 0.00 | (11.85) | 0.00 | (8.03) | 0.00 | 53.30 | 0.00 | 99.08 | 0.00 | 86.62 | 0.00 |
| Total | (66.85) | (0.04) | (82.45) | (0.03) | (27.13) | (0.00) | (161.61) | 0.00 | (255.23) | 0.00 | (150.96) | 0.00 |
| | | *rounding* | | *rounding* | | | | | | | | |
| Total by source | | | | | | | | | | | | |
| *- Big deals analysis* | (35.83) | n/a | (52.29) | n/a | (4.18) | n/a | (62.86) | n/a | (99.29) | n/a | (49.43) | n/a |
| *- Hosting analysis* | (17.21) | n/a | (20.30) | n/a | (7.07) | n/a | (10.32) | n/a | (39.96) | n/a | (13.77) | n/a |
| *- Sundry adjustments* | (27.05) | n/a | (1.62) | n/a | (6.67) | n/a | (35.13) | n/a | (16.91) | n/a | (1.15) | n/a |
| *- Accounting policy analysis* | 1.01 | n/a | (20.09) | n/a | (17.25) | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| *- Hardware analysis* | (12.24) | n/a | (11.85) | n/a | (8.03) | n/a | 53.30 | n/a | 99.08 | n/a | 86.62 | n/a |
| Total | (66.85) | n/a | (82.45) | n/a | (27.13) | n/a | (161.61) | n/a | (255.23) | n/a | (150.96) | n/a |
| *check* | *0.00* | | *0.00* | | *0.00* | | *0.00* | | *0.00* | | *0.00* | |

| | ASL 2009 Ret Earnings GBP | | ASL 2010 Revenue GBP | | ASL 2011 Revenue GBP | | Autonomy Group 2009 Revenue USD | | Autonomy Group 2010 Revenue USD | | Autonomy Group 2011 Revenue USD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tieback to actual Source Documents i.e. Company Records** | Source | vs Workings | Source | vs Workings | Source | vs Workings | Source | vs Workings | Source | vs Workings | Source | vs Workings |
| AKA Source | | | | | | | | | | | | |
| *2009 big deals* | (32.25) | n/a | 10.92 | n/a | 3.58 | n/a | (60.53) | n/a | 12.67 | n/a | (1.60) | n/a |
| *2010 UK deal adjustments* | (3.58) | n/a | (15.48) | n/a | 1.67 | n/a | (2.33) | n/a | (24.77) | n/a | 2.67 | n/a |
| *2010 US deal adjustments* | 0.00 | n/a | (47.74) | n/a | 14.97 | n/a | 0.00 | n/a | (87.19) | n/a | 10.94 | n/a |
| *2011 stat tracker UK deals* | 0.00 | n/a | 0.00 | n/a | (9.21) | n/a | 0.00 | n/a | 0.00 | n/a | (14.74) | n/a |
| *2011 US deal adjustments* | 0.00 | n/a | 0.00 | n/a | (15.18) | n/a | 0.00 | n/a | 0.00 | n/a | (46.70) | n/a |
| *Total Big Deals* | (35.83) | 0.00 | (52.29) | 0.00 | (4.18) | 0.00 | (62.86) | 0.00 | (99.29) | 0.00 | (49.43) | 0.00 |
| *Hosting* | (17.21) | 0.00 | (20.30) | 0.00 | (7.07) | 0.00 | (10.32) | 0.00 | (39.96) | 0.00 | (13.77) | 0.00 |
| *Sundry Adjustments Analysis* | | | | | | | | | | | | |
| *2009 Debtors* | (3.07) | n/a | 3.18 | n/a | 0.11 | n/a | (4.21) | n/a | 0.78 | n/a | 0.22 | n/a |
| *Microlink* | (7.11) | n/a | (2.89) | n/a | 0.00 | n/a | (11.79) | n/a | 2.70 | n/a | 0.00 | n/a |
| *Prisa* | 0.00 | n/a | (5.72) | n/a | (0.14) | n/a | 0.00 | n/a | (9.49) | n/a | (1.28) | n/a |
| *Vendor and customer activity details extracts* | (2.52) | n/a | (2.14) | n/a | 3.26 | n/a | (8.51) | n/a | (7.82) | n/a | 4.86 | n/a |
| *EY Sample ext.* | 0.00 | n/a | 0.00 | n/a | (0.47) | n/a | 0.00 | n/a | 0.00 | n/a | (0.75) | n/a |
| *Summary of E7 adj* | (2.41) | n/a | 1.29 | n/a | (0.15) | n/a | (4.00) | n/a | 2.28 | n/a | (3.50) | n/a |
| *reverse - red project adjustments* | 0.00 | n/a | 0.00 | n/a | 13.66 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| *TP* | 0.00 | n/a | 4.55 | n/a | (32.69) | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| *Stats pack 2011* | 0.00 | n/a | 0.00 | n/a | 6.77 | n/a | 0.00 | n/a | 0.00 | n/a | (0.49) | n/a |
| | | n/a | | n/a | | n/a | | n/a | | n/a | | n/a |
| *Stats pack 2010* | (9.64) | n/a | 0.09 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| | | n/a | | n/a | | n/a | | n/a | | n/a | | n/a |
| *AR Reserves walkforward* | (2.98) | n/a | 0.89 | n/a | 1.86 | n/a | (4.94) | n/a | (1.69) | n/a | (0.07) | n/a |
| *Dark period credits* | 0.00 | n/a | (0.77) | n/a | 0.00 | n/a | 0.00 | n/a | (1.27) | n/a | 0.00 | n/a |
| *Bad debt provision walkforward* | (0.59) | n/a | 0.00 | n/a | 0.00 | n/a | (0.94) | n/a | 0.00 | n/a | 0.00 | n/a |
| *Transactions with resellers* | 0.00 | n/a | (0.45) | n/a | (0.03) | n/a | 0.00 | n/a | (0.73) | n/a | (0.05) | n/a |
| *Other revenue items adj* | (2.74) | n/a | (0.66) | n/a | 1.21 | n/a | (0.51) | n/a | (1.14) | n/a | 1.61 | n/a |
| *Microlink from 2007 and 2008* | (1.93) | n/a | 1.35 | n/a | 0.59 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| *Deferred Maintenance FY10* | (0.20) | n/a | 0.13 | n/a | 0.07 | n/a | (0.32) | n/a | 0.21 | n/a | 0.11 | n/a |
| *EY 2010 audit adj* | 6.13 | n/a | (0.46) | n/a | 0.00 | n/a | 0.10 | n/a | (0.74) | n/a | 0.00 | n/a |
| *EY 2011 audit adj* | 0.00 | n/a | 0.00 | n/a | (0.70) | n/a | 0.00 | n/a | 0.00 | n/a | (1.80) | n/a |
| *PY adjustments 2011* | 0.00 | n/a | 0.00 | n/a | (0.02) | n/a | 0.00 | n/a | 0.00 | n/a | (0.02) | n/a |
| *Total Other* | (27.05) | 0.00 | (1.62) | 0.00 | (6.67) | 0.00 | (35.13) | 0.00 | (16.91) | 0.00 | (1.15) | 0.00 |
| *Change in accounting policies* | | | | | | | | | | | | |
| *Stats pack 2011, Stats pack 2010, ASL Accounts* | 1.01 | 0.00 | (20.09) | 0.00 | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Hardware revenue* | (12.24) | 0.00 | (11.85) | 0.00 | (8.03) | 0.00 | 53.30 | 0.00 | 99.08 | 0.00 | 86.62 | 0.00 |
| *Total* | (66.85) | 0.00 | (82.45) | 0.00 | (27.13) | 0.00 | (161.61) | 0.00 | (255.23) | 0.00 | (150.96) | 0.00 |
| | (0.04) | | *(0.03)* | | *(0.00)* | | *0.00* | | *0.00* | | *0.00* | |
| | *rounding* | | *rounding* | | | | | | | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332637

EXH 2749-0003

# ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q1 2009

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | Q1 2009 |
| **Originally stated revenue (Note 1)** | **129.78** |
| **Total restated transactions (Notes 2 & 3):** | **(14.24)** |
| Capax Discovery (EDD) | (7.50) |
| MicroLink | (3.01) |
| Camsa Konzern | (1.60) |
| Hosting transactions | 0.81 |
| Adjustments < $1.5m in this quarter | (2.93) |
| **Restated revenue** | **115.54** |
| **Hardware revenue (Note 4):** | **-** |
| **Percentage restated** | -11.0% |
| **Percentage restated (including hardware revenue)** | -11.0% |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332638

EXH 2749-0004

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

### SUMMARY OF REVENUE ADJUSTMENTS - Q2 2009

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | Q2 2009 |
| **Originally stated revenue (Note 1)** | **195.19** |
| **Total restated transactions (Notes 2 & 3):** | **(24.09)** |
| Video Monitoring Services | (8.57) |
| MicroLink | (5.43) |
| MicroLink | (4.58) |
| Integracion de Negocios en Tecnologia de Informacion/Various end users | (3.66) |
| Hosting transactions | 0.64 |
| Adjustments < $1.5m in this quarter | (2.50) |
| **Restated revenue** | **171.10** |
| **Hardware revenue (Note 4):** | **6.24** |
| Morgan Stanley | 6.00 |
| JP Morgan | 0.24 |
| **Percentage restated** | **-12.3%** |
| **Percentage restated (including hardware revenue)** | **-15.5%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q3 2009**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue Q3 2009 |
|---|---|
| **Originally stated revenue (Note 1)** | **191.61** |
| **Total restated transactions (Notes 2 & 3):** | **(9.57)** |
| MicroLink | (4.91) |
| Capax Discovery/Kraft Foods Global | (4.00) |
| Hosting transactions | 2.28 |
| Adjustments < $1.5m in this quarter | (2.94) |
| **Restated revenue** | **182.04** |
| **Hardware revenue (Note 4):** | **37.64** |
| Citigroup | 18.58 |
| JP Morgan | 10.68 |
| Bloomberg | 7.13 |
| Morgan Stanley | 1.26 |
| **Percentage restated** | **-5.0%** |
| **Percentage restated (including hardware revenue)** | **-24.6%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332640

EXH 2749-0006

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q4 2009

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue Q4 2009 |
|---|---|
| **Originally stated revenue (Note 1)** | **223.11** |
| **Total restated transactions (Notes 2 & 3):** | **(60.41)** |
| MicroTech/Discover Technologies | (9.52) |
| Filetek | (8.00) |
| Capax Discovery/Eli Lilly and Company | (5.99) |
| MicroTech/Morgan Stanley & Co | (4.66) |
| Capax Discovery (EDD) | (4.00) |
| AS Computadoras y Servicios/Secretaria de Gobernacion | (2.62) |
| Vidient Systems | (2.50) |
| MicroLink/Discover Technologies | (2.30) |
| Sales Consulting/Poste Italiane | (2.25) |
| MicroTech/Honeywell Aerospace | (1.80) |
| Capax Discovery/Kraft Foods Global | 4.00 |
| Hosting transactions | (18.05) |
| Adjustments < $1.5m in this quarter | (2.73) |
| **Restated revenue** | **162.70** |
| | |
| **Hardware revenue (Note 4):** | **9.42** |
| Morgan Stanley | 5.90 |
| Credit Suisse | 4.25 |
| SHI | 1.03 |
| JP Morgan | (2.03) |
| Other | 0.27 |
| | |
| **Percentage restated** | **-27.1%** |
| **Percentage restated (including hardware revenue)** | **-31.3%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332641

EXH 2749-0007

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

### SUMMARY OF REVENUE ADJUSTMENTS - Q1 2010

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue<br>Q1 2010 |
|---|---|
| **Originally stated revenue (Note 1)** | **194.18** |
| **Total restated transactions (Notes 2 & 3):** | **(34.82)** |
| MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | (11.00) |
| Filetek | (8.50) |
| Discover Technologies/CitiGroup Technology | (5.50) |
| Capax Discovery/Financial Services Authority | (4.29) |
| Discover Technologies/Philip Morris International Management | (4.19) |
| Mercedes-Benz Grand Prix | (1.60) |
| MicroLink | 2.70 |
| MicroTech/Morgan Stanley & Co | 4.66 |
| Hosting transactions | (8.14) |
| Adjustments < $1.5m in this quarter | 1.03 |
| **Restated revenue** | **159.36** |
| | |
| **Hardware revenue (Note 4):** | **11.84** |
| Morgan Stanley | 5.29 |
| SHI | 5.22 |
| Fannie Mae | 1.28 |
| Other | 0.06 |
| | |
| **Percentage restated** | **-17.9%** |
| **Percentage restated (including hardware revenue)** | **-24.0%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332642

EXH 2749-0008

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q2 2010

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | Q2 2010 |
| **Originally stated revenue (Note 1)** | **221.13** |
| **Total restated transactions (Notes 2 & 3):** | **(31.19)** |
| Tottenham Hotspur | (6.24) |
| Realise Limited/Credit Suisse Securities | (1.99) |
| Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | (1.90) |
| Discover Technologies/Philip Morris International Management | 4.19 |
| Capax Discovery/Eli Lilly and Company | 5.99 |
| Hosting transactions | (28.70) |
| Adjustments < $1.5m in this quarter | (2.54) |
| **Restated revenue** | **189.93** |
| **Hardware revenue (Note 4):** | **31.06** |
| SHI | 20.12 |
| Insight | 5.25 |
| Metro Business Systems | 4.46 |
| Morgan Stanley | 0.69 |
| JP Morgan | 0.54 |
| Other | 0.00 |
| **Percentage restated** | **-14.1%** |
| **Percentage restated (including hardware revenue)** | **-28.2%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q3 2010

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue Q3 2010 |
|---|---|
| **Originally stated revenue (Note 1)** | **210.56** |
| **Total restated transactions (Notes 2 & 3):** | **(30.91)** |
| FileTek/United States Veterans Administration Authority | (10.00) |
| Capax Discovery/Bank of America - Amgen | (9.00) |
| EMC | (5.01) |
| Red Ventures/Various end users | (2.75) |
| Vidient Systems | (2.00) |
| Play | (1.66) |
| Comercializadora Cobal's/TV Azteca | (1.50) |
| Discover Technologies/CitiGroup Technology | 5.50 |
| Hosting transactions | (2.13) |
| Adjustments < $1.5m in this quarter | (2.36) |
| **Restated revenue** | **179.65** |
| **Hardware revenue (Note 4):** | **26.80** |
| Zones | 12.21 |
| Morgan Stanley | 5.65 |
| SHI | 3.96 |
| Insight | 2.43 |
| Metro Business Systems | 2.18 |
| Bank of NY Mellon | 0.20 |
| Other | 0.17 |
| **Percentage restated** | **-14.7%** |
| **Percentage restated (including hardware revenue)** | **-27.4%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332644

EXH 2749-0010

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

### SUMMARY OF REVENUE ADJUSTMENTS - Q4 2010

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue<br>Q4 2010 |
|---|---|
| **Originally stated revenue (Note 1)** | **244.51** |
| **Total restated transactions (Notes 2 & 3):** | **(59.24)** |
| Prisa | (9.49) |
| Discover Technologies/Bank of America | (7.00) |
| Tikit/KPMG | (6.16) |
| Video Monitoring Services (Hardware) | (6.05) |
| Video Monitoring Services (Software) | (4.75) |
| MicroTech/US Department of the Interior | (4.00) |
| Discover Technologies/Bank of America | (3.50) |
| Capax Discovery/Defense Knowledge Online | (1.95) |
| Capax Discovery/Merrill Lynch - Bank of America | (1.66) |
| Hosting transactions | (8.78) |
| Adjustments < $1.5m in this quarter | (5.90) |
| **Restated revenue** | **185.27** |
| **Hardware revenue (Note 4):** | **29.38** |
| Zones | 8.58 |
| SHI | 8.54 |
| Morgan Stanley | 6.26 |
| JP Morgan | 1.73 |
| Bank of NY Mellon | 1.35 |
| Amulet Hotkey | 1.09 |
| Insight | 0.22 |
| Other | 1.60 |
| **Percentage restated** | **-24.2%** |
| **Percentage restated (including hardware revenue)** | **-36.2%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332645

EXH 2749-0011

## ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q1 2011

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue Q1 2011 |
|---|---|
| **Originally stated revenue (Note 1)** | **219.79** |
| **Total restated transactions (Notes 2 & 3):** | **(47.35)** |
| Capax Discovery/UBS | (8.00) |
| Tottenham Hotspur | (6.40) |
| Capax Discovery/McAfee | (5.00) |
| MicroTech LLC | (3.86) |
| Discover Technologies/Prisa | (3.60) |
| MicroTech/Bank of Montreal | (2.88) |
| Discover Technologies/ThinkTech | (1.80) |
| BBC Monitoring | (1.69) |
| Capax Discovery (EDD) | (1.60) |
| Hosting transactions | (8.21) |
| Adjustments < $1.5m in this quarter | (4.31) |
| **Restated revenue** | **172.45** |
| | |
| **Hardware revenue (Note 4):** | **20.09** |
| SHI | 12.28 |
| Amulet Hotkey | 4.03 |
| Bank of NY Mellon | 3.16 |
| Insight | 0.38 |
| JP Morgan | 0.16 |
| Other | 0.08 |
| | |
| **Percentage restated** | **-21.5%** |
| **Percentage restated (including hardware revenue)** | **-30.7%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332646

EXH 2749-0012

# ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE

## SUMMARY OF REVENUE ADJUSTMENTS - Q2 2011

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue<br>Q2 2011 |
|---|---|
| **Originally stated revenue (Note 1)** | **256.25** |
| **Total restated transactions (Notes 2 & 3):** | **(31.67)** |
| Discover Technologies/Abbott Laboratories | (8.61) |
| Capax Discovery/UBS | (7.66) |
| MicroTech/Hewlett Packard | (7.00) |
| Discover Technologies/Hyatt/Dell | (5.33) |
| Serious Fraud Office | (2.36) |
| Play | 1.83 |
| Apple | 1.84 |
| Capax Discovery/Defense Knowledge Online | 1.95 |
| Hosting transactions | (7.27) |
| Adjustments < $1.5m in this quarter | 0.95 |
| **Restated revenue** | **224.58** |
| | |
| **Hardware revenue (Note 4):** | **20.85** |
| SHI | 8.80 |
| JP Morgan | 5.69 |
| Bank of NY Mellon | 3.14 |
| Amulet Hotkey | 2.28 |
| Insight | 0.83 |
| Other | 0.10 |
| | |
| **Percentage restated** | **-12.4%** |
| **Percentage restated (including hardware revenue)** | **-20.5%** |

Note 1 - Originally Stated refers to the revenue disclosed in Autonomy's quarterly earnings releases.

Note 2 - The adjustments shown in respect of transactions represent the net adjustments to revenue in each quarter.

Note 3 - Deals separately identified are those with an adjustment to group revenue exceeding $1.5 million in this particular quarter. This does not apply to hosting deals which have been disclosed in total and hardware deals whereby deals with specific customers have been separately disclosed (see Note 4).

Note 4 - Hardware transactions involving Citigroup, Bloomberg, JP Morgan, Morgan Stanley, Credit Suisse, SHI, Fannie Mae, Insight, Metro Business Systems, Zones, Amulet Hotkey and Bank of NY Mellon have been separately identified.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02332647

EXH 2749-0013

**Appendix to Summary of ASL's Statutory Revenue Adjustments: 2009 to October 2011**

Below is a list of the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts (the "Summary Charts") organized by transaction(s) and in alphabetical order. The Summary Charts are also supported by business records from Autonomy and/or HP previously produced at Bates Nos. HP-SEC-02166029 to HP-SEC-02166034.

| Software Transaction(s) | Bates Range |
|---|---|
| AIG | HP-SEC-02319597 - HP-SEC-02319621 |
| | HP-SEC-02327949 - HP-SEC-02328211 |
| | HP-SEC-02331944 - HP-SEC-02332109 |
| Apple | HP-SEC-02327465 - HP-SEC-02327552 |
| | HP-SEC-02330953 - HP-SEC-02330980 |
| | HP-SEC-02330982 - HP-SEC-02330982 |
| AS Computadoras y Servicios Secretaria de Gobernacion | HP-SEC-02326148 - HP-SEC-02326207 |
| | HP-SEC-02330506 - HP-SEC-02330590 |
| Auxilium Tech Biblioteca Apostolica Vaticana (Vatican Library) | HP-SEC-02323024 - HP-SEC-02323253 |
| | HP-SEC-02330234 - HP-SEC-02330280 |
| BBC Monitoring | HP-SEC-02326208 - HP-SEC-02326364 |
| | HP-SEC-02330591 - HP-SEC-02330748 |
| Camsa Konzern | HP-SEC-02326365 - HP-SEC-02326421 |
| Capax Discovery/Bank of America - Amgen | HP-SEC-02318061 - HP-SEC-02318305 |
| | HP-SEC-02327676 - HP-SEC-02327736 |
| Capax Discovery/Defense Knowledge Online | HP-SEC-02317153 - HP-SEC-02317214 |
| Capax Discovery/EDD | HP-SEC-02325657 - HP-SEC-02325944 |
| | HP-SEC-02330984 - HP-SEC-02330986 |
| | HP-SEC-02330988 - HP-SEC-02330988 |
| Capax Discovery/Eli Lilly and Company | HP-SEC-02327737 - HP-SEC-02327741 |
| | HP-SEC-02318306 - HP-SEC-02318389 |
| Capax Discovery/Financial Services Authority | HP-SEC-02318390 - HP-SEC-02318566 |
| Capax Discovery/Kraft Foods Global | HP-SEC-02317215 - HP-SEC-02317293 |
| Capax Discovery/McAfee | HP-SEC-02317294 - HP-SEC-02317454 |
| | HP-SEC-02327597 - HP-SEC-02327608 |
| Capax Discovery/Merrill Lynch - Bank of America | HP-SEC-02327743 - HP-SEC-02327747 |
| | HP-SEC-02318567 - HP-SEC-02318640 |
| Capax Discovery/UBS | HP-SEC-02323254 - HP-SEC-02323434 |
| | HP-SEC-02330281 - HP-SEC-02330296 |
| | HP-SEC-02323435 - HP-SEC-02323462 |
| | HP-SEC-02330297 - HP-SEC-02330308 |
| Comercializadora Cobal's TV Azteca | HP-SEC-02323463 - HP-SEC-02323508 |
| | HP-SEC-02330309 - HP-SEC-02330350 |
| Discover Technologies/Abbott Laboratories | HP-SEC-02327609 - HP-SEC-02327644 |
| | HP-SEC-02317534 - HP-SEC-02317555 |
| Discover Technologies/Bank of America | HP-SEC-02318773 - HP-SEC-02318889 |

**Appendix to Summary of ASL's Statutory Revenue Adjustments: 2009 to October 2011**

| Software Transaction(s) | Bates Range |
|---|---|
| | HP-SEC-02318641 - HP-SEC-02318772 |
| Discover Technologies/CitiGroup Technology | HP-SEC-02323509 - HP-SEC-02324261 |
| | HP-SEC-02330351 - HP-SEC-02330386 |
| Discover Technologies/Hyatt/Dell | HP-SEC-02317556 - HP-SEC-02317575 |
| | HP-SEC-02327645 - HP-SEC-02327669 |
| Discover Technologies/Philip Morris International Management | HP-SEC-02324262 - HP-SEC-02324308 |
| | HP-SEC-02330387 - HP-SEC-02330397 |
| Discover Technologies/Prisa | HP-SEC-02324309 - HP-SEC-02324362 |
| Discover Technologies/ThinkTech | HP-SEC-02317455 - HP-SEC-02317533 |
| EMC | HP-SEC-02324363 - HP-SEC-02324490 |
| | HP-SEC-02330398 - HP-SEC-02330402 |
| Filetek | HP-SEC-02318890 - HP-SEC-02319014 |
| | HP-SEC-02327748 - HP-SEC-02327819 |
| | HP-SEC-02319015 - HP-SEC-02319148 |
| Filetek /United States Veterans Administration Authority | HP-SEC-02327820 - HP-SEC-02327894 |
| | HP-SEC-02319149 - HP-SEC-02319231 |
| Integracion de Negocios Various end users | HP-SEC-02326422 - HP-SEC-02326748 |
| | HP-SEC-02330749 - HP-SEC-02330902 |
| Items 8, 11, 12, 47, 57 and 60 – "Cancelled transactions" (See VMS, J.P. Morgan Chase, and SHI International) | HP-SEC-02320124 - HP-SEC-02320137 |
| Mercedes-Benz Grand Prix | HP-SEC-02326749 - HP-SEC-02326913 |
| MicroLink | HP-SEC-02326914 - HP-SEC-02327182 |
| | HP-SEC-02330903 - HP-SEC-02330906 |
| MicroTech/Assurian Insurance Services | HP-SEC-02327553 - HP-SEC-02327596 |
| | HP-SEC-02330981 - HP-SEC-02330981 |
| | HP-SEC-02330983 - HP-SEC-02330983 |
| MicroTech/Bank of Montreal | HP-SEC-02327670 - HP-SEC-02327673 |
| | HP-SEC-02317576 - HP-SEC-02317660 |
| MicroTech/Century Link | HP-SEC-02327183 - HP-SEC-02327241 |
| MicroTech/Department of the Interior | HP-SEC-02327674 - HP-SEC-02327675 |
| | HP-SEC-02317793 - HP-SEC-02317892 |
| MicroTech/Discover Technologies | HP-SEC-02327895 - HP-SEC-02327915 |
| | HP-SEC-02319232 - HP-SEC-02319411 |
| MicroTech/Hewlett Packard | HP-SEC-02330403 - HP-SEC-02330413 |
| | HP-SEC-02324491 - HP-SEC-02324583 |
| MicroTech/Honeywell Aerospace | HP-SEC-02319412 - HP-SEC-02319529 |
| | HP-SEC-02327916 - HP-SEC-02327943 |
| MicroTech LLC | HP-SEC-02324584 - HP-SEC-02324727 |
| | HP-SEC-02330414 - HP-SEC-02330431 |
| MicroTech/Morgan Stanley & Co | HP-SEC-02327944 - HP-SEC-02327948 |
| | HP-SEC-02319530 - HP-SEC-02319596 |

**Appendix to Summary of ASL's Statutory Revenue Adjustments: 2009 to October 2011**

| Software Transaction(s) | Bates Range |
|---|---|
| MicroTech/Vatican Library | HP-SEC-02317661 - HP-SEC-02317792 |
| Play | HP-SEC-02327242 - HP-SEC-02327308 |
| Prisa | HP-SEC-02325945 - HP-SEC-02326147 |
| | HP-SEC-02330987 - HP-SEC-02330987 |
| Realise Limited Credit Suisse Securities | HP-SEC-02324847 - HP-SEC-02324986 |
| Red Ventures/Various end users | HP-SEC-02324728 - HP-SEC-02324763 |
| | HP-SEC-02330432 - HP-SEC-02330457 |
| Sales Consulting Poste Italiane | HP-SEC-02324987 - HP-SEC-02325051 |
| | HP-SEC-02330458 - HP-SEC-02330483 |
| Serious Fraud Office | HP-SEC-02327309 - HP-SEC-02327332 |
| | HP-SEC-02330907 - HP-SEC-02330949 |
| Tikit KPMG | HP-SEC-02325052 - HP-SEC-02325257 |
| Tottenham Hotspur | HP-SEC-02325258 - HP-SEC-02325533 |
| | HP-SEC-02330484 - HP-SEC-02330488 |
| UBS | HP-SEC-02327333 - HP-SEC-02327464 |
| | HP-SEC-02330950 - HP-SEC-02330952 |
| Video Monitoring Services (Software and Hardware) | HP-SEC-02320124 |
| | HP-SEC-02320132 |
| | HP-SEC-02324764 - HP-SEC-02324846 |
| | HP-SEC-02325534 - HP-SEC-02325656 |
| | HP-SEC-02330489 - HP-SEC-02330505 |
| | HP-SEC-02332110 - HP-SEC-02332341 |
| Vidient Systems | HP-SEC-02317893 - HP-SEC-02317983 |
| | HP-SEC-02317984 - HP-SEC-02318060 |

| Hardware Transaction(s) | Bates Range |
|---|---|
| Amulet Hotkey | HP-SEC-02166030 |
| Bank of NY Mellon | HP-SEC-02166030 |
| Bloomberg LP | HP-SEC-02319622 - HP-SEC-02319631 |
| | HP-SEC-02328212 - HP-SEC-02328267 |
| Citicorp | HP-SEC-02319632 - HP-SEC-02319638 |
| | HP-SEC-02328268 - HP-SEC-02328386 |
| | HP-SEC-02330989 - HP-SEC-02331062 |
| Credit Suisse | HP-SEC-02319639 - HP-SEC-02319770 |
| | HP-SEC-02328387 - HP-SEC-02328444 |
| Fannie Mae | HP-SEC-02166030 |
| Insight | HP-SEC-02319771 - HP-SEC-02320123 |
| | HP-SEC-02328445 - HP-SEC-02328602 |
| J.P. Morgan Chase | HP-SEC-02320125 - HP-SEC-02320131 |
| | HP-SEC-02320137 - HP-SEC-02320485 |
| | HP-SEC-02328603 - HP-SEC-02329004 |
| Metro Business Systems | HP-SEC-02320486 - HP-SEC-02320944 |

**Appendix to Summary of ASL's Statutory Revenue Adjustments: 2009 to October 2011**

| Hardware Transaction(s) | Bates Range |
|---|---|
| | HP-SEC-02329005 - HP-SEC-02329225 |
| Morgan Stanley | HP-SEC-02320945 - HP-SEC-02321077 |
| | HP-SEC-02329226 - HP-SEC-02329570 |
| | HP-SEC-02332342 - HP-SEC-02332634 |
| | HP-SEC-02331063 - HP-SEC-02331398 |
| SHI International | HP-SEC-02320133 - HP-SEC-02320136 |
| | HP-SEC-02321078 - HP-SEC-02323023 |
| | HP-SEC-02329571 - HP-SEC-02330233 |
| | HP-SEC-02331399 - HP-SEC-02331530 |
| | HP-SEC-02331789 - HP-SEC-02331943 |
| Zones Inc. | HP-SEC-02331531 - HP-SEC-02331788 |