# EXHIBIT 2

| | |
|---|---|
| From: | Luskey, Randy <rluskey@orrick.com> |
| Sent: | Thursday, December 3, 2015 2:45 PM |
| To: | Leach, Robert (USACAN) <RLeach@usa.doj.gov> |
| Cc: | sresley@morganlewis.com; Reeves, Adam (USACAN) <AReeves@usa.doj.gov> |
| Subject: | RE: Autonomy quarterly summaries template |

Thanks, Bob. That all makes sense. Just one follow-up question. On our call, you indicated that you would like us to use the four categories of transactions identified on Schedule 10 (VAR transaction/reciprocal transaction/hosting arrangement/other transaction), and then include a few key transaction examples under each category header. Can you do me a favor and go through the list of transactions below and insert a notation reflecting which category you believe each particular deal to fall under? I could probably do it myself but some of the deals could potentially fall under two different categories, and I want to make sure we are on the same page.

Thanks.

Randy

**From:** Leach, Robert (USACAN) [mailto:Robert.Leach@usdoj.gov]
**Sent:** Thursday, December 03, 2015 2:29 PM
**To:** Luskey, Randy
**Cc:** sresley@morganlewis.com; Reeves, Adam (USACAN)
**Subject:** FW: Autonomy quarterly summaries template

Randy,

As I mentioned, in advance of our meeting with Mr. Yelland, we would appreciate it if you and/or the company could prepare quarterly summaries showing the adjustments in respect of improper transactions that Mr. Yelland believes should have been to Autonomy's accounts to conform with IFRS, as well as the amount of undisclosed hardware revenue. I'm attaching a version that Morgan Lewis put together, although I think it could easily take the format of Schedule 10 to the Particulars of Claim. Within the appropriate category (VAR transaction/reciprocal transaction/hosting arrangement/other transaction), we would like the summary to reflect the adjustment for the particular transactions listed below. Happy to discuss this further.

Thanks,
Bob

****************************

Q1-2009
Capax EDD #1

Q3-2009
Capax/Kraft

Q4-2009
MicroTech/Morgan Stanley
MicroTech/ManLife
MicroTech/Honeywell

USAO-EMAIL 011364

MicroTech/Century Link
MicroTech/DiscoverTech
MicroLink/DiscoverTech
Capax/Eli Lilly
Capax/EDD #2
FileTek

Q1-20100
FileTek
DiscoverTech/PMI
DiscoverTech/Citi
MicroTech/Vatican
Capax/FSA
BoA hosting

Q2-2010
JPMC hosting
BP oil hosting

Q3-2010
Filetek/VA
Capax/Amgen

Q4-2010
DiscoverTech/BoA
Capax/BoA
MicroTech/DOI

Q1-2011
Capax/McAfee
Capax/UBS
MicroTech/all deals
DiscoverTech/all deals

Deutsche Bank hosting
Morgan Stanley hosting

Q2-2011
Capax/UBS
MicroTech/HP
DiscoverTech/Abbott
DiscoverTech/Dell Hyatt

Met Life hosting

---

**From:** Resley, Susan D. [mailto:sresley@morganlewis.com]
**Sent:** Friday, October 23, 2015 2:34 PM
**To:** Leach, Robert (USACAN)
**Subject:** FW: Autonomy quarterly summaries template

Bob,

This is what we had in mind. We can speak further.

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
sresley@morganlewis.com | www.morganlewis.com
Assistant: Yvette K. Andrada | +1.415.442.1617 | yandrada@morganlewis.com

---

**From:** Resley, Susan D.
**Sent:** Wednesday, October 14, 2015 8:28 AM
**To:** Reeves, Adam (USACAN); 'Leach, Robert (USACAN)'
**Subject:** FW: Autonomy quarterly summaries template

Adam and Bob

Further to yesterday's conversation, I'm attaching the document we previously discussed as a template based on the Schedules in the Particulars (which incorporates the 2nd rebasing). Based on our discussion yesterday, it now sounds like we'd like to revisit this format and include specific deals of interest. We can speak further today, but I wanted to send this along in the first instance.

Thank you

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
sresley@morganlewis.com | www.morganlewis.com
Assistant: Yvette K. Andrada | +1.415.442.1617 | yandrada@morganlewis.com

---

**From:** Resley, Susan D.
**Sent:** Friday, June 12, 2015 9:20 AM
**To:** Reeves, Adam (USACAN); Leach, Robert (USACAN)
**Cc:** Stolley, Martha B.
**Subject:** Autonomy quarterly summaries template

Adam and Bob

In advance of our call at 10, I'm attaching a proposed template for quarterly revenue summaries based on our meeting last week. We can discuss on our call, including some explanation for the adjustments.

Thanks

Susan

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

USAO-EMAIL 011367