# EXHIBIT 4

Message

| | |
|---|---|
| **From**: | john.c.archibald@uk.pwc.com [john.c.archibald@uk.pwc.com] |
| **Sent**: | 5/10/2013 1:03:19 PM |
| **To**: | Anderson, Antonia [/O=COMPAQ/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Anderant] |
| **CC**: | Resley, Susan D. [sresley@morganlewis.com] |
| **Subject**: | Re: Filetek |
| **Attachments**: | Exhibit FT 6.17.pdf; Exhibit FT 6.21 - Q4 2009 ACD.pdf; Exhibit FT 6.1.pdf; Exhibit FT 6.4.pdf; Exhibit FT 6.5.pdf; Exhibit FT 2.7 - Technical Paper, P Menell.pdf; Exhibit FT 6.9.pdf; Exhibit FT 6.14.pdf |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

Antonia

As you are aware there is evidence from emails that suggests that there may have been value to the purchases of StorHouse software made from Filetek in June and August 2011. This is referred to in pages 55 to 56 of our Interim Report dated 6 March 2013.

Similarly there is some documentary evidence that suggests commercial value to the earlier (December 2009 and May 2010) purchases of software from Filetek. Emails and other documents relating to the earlier purchases are attached below, although it should be noted that justification for the December 2009 purchase appears to have been sought after the purchase was made.

Despite this documentary evidence, discussions that we held with Darren Gallagher (Head, Development), Sean Blanchflower (Head, Research and Development) and Roger Wang (Vice President, Development) cast significant doubt on the commercial bona fides of the purchases from Filetek. Subsequent to these discussions, Morgan Lewis have conducted further interviews (not all of which we attended) and confirmed to us on 16 April 2013 that: "*We found no evidence that the Storhouse software was used. To the contrary, all of the people we interviewed confirmed that it was not used internally or integrated into any customer's software*".

The documentary evidence around the earlier purchases follows (in this email and a second):

| COMMENT | EXHIBIT |
|---|---|
| Brent Hogenson suggested that sale to (and by inference purchases from) Filetek may have been overstated: | 6.17 |
| "#4) Have the barter transactions below been reviewed for the economic benefit and fair value on both sides of the transactions to ensure that they are properly recorded in our financial statements? | |
| "Autonomy made the following purchases of software from FileTek, Inc.: | |
| December 31, 2009      10,367,280 | |
| May 11, 2010      11,518,214 | |
| Autonomy sold the following license and maintenance revenue to FileTek as follows: | |
| December 31, 2009      8,480,000 IDOL Product | |
| March 31, 2010      9,010,000 500 users Liquid Office plus some OEM product | |
| In a barter transaction my understanding is that IFRS is not substantially different from GAAP and requires validation of the fair value and economic benefit on both sides of the transaction. My information is limited; however, I have asked Sean Sullivan, Liquid Office Sales VP, for a low and high range of a liquid office transaction with 500 to 1000 users. The range that he gave me was $300,000 to $1,000,000, which is only a part of the March 31, 2010 transaction and does not include the OEM product, which is difficult for me to find fair value." | |
| In their report to the Audit Committee for Q4 2009, Deloitte reported: | 6.21, page 4 |

| | |
|---|---|
| "*We have reviewed the accounting for sale to and the purchase from Filetek...we involved a member of our IT specialists to ensure that the software purchased made commercial sense and was not in any way linked to the sale of Autonomy product to Filetek. We have sighted management's work on confirming the fair value of this purchase and concur with the accounting treatment applied to the purchase and the sale to Filetek*". | |
| A proposal from Filetek regarding the December 2009 purchase refers to *"Autonomy's requirement for a file and relational virtualized storage platform in support of your hosted environment"* and states the proposal is for management of data. | 6.1 |
| Hussain told Lynch *"From my perspective it's a great opportunity for us and makes a lot of business sense"*. | 6.4 |
| Menell email attaching his recommendations re purchase of Filetek software. He refers to a market case as "*self evident and extremely compelling*". Lynch says "*it saves us alot of time*". Hussain says *"This is good – I am fine"*. | 6.5 |
| Menell paper attached to the above email. | 2.7 |
| Email attaching a draft paper that provides (in section 3) a rationale for the purchase from Filetek. | 6.9 |
| Email attaching Q4 2009 results analysis for the Audit Committee. Analysis comments on the Filetek purchase: "*We eventually selected the Filetek product because the technology was judged to be the most appropriate and best of breed and also we achieved a 45% discount on pricing. We have established fair value for the purchase with written price quotes from all potential vendors. Finally, by mid January, the Filetek product had been fully integrated and is available for commercial sale*". | 6.14 |

Please let us know if you require any further information.

Regards,

**John Archibald**
PwC | Senior Manager
Direct: +44 (0)121 265 5654 | Mobile: +44 (0)7703 489332
Email: john.c.archibald@uk.pwc.com
PricewaterhouseCoopers LLP
Cornwall Court
19 Cornwall Street
Birmingham B3 2DT

*This communication has been prepared for and only for Morgan, Lewis and Bockius LLP and the Hewlett-Packard Company in accordance with the terms of our engagement letters and for no other purpose. We do not accept or assume any liability or duty of care for any other purpose or to any other person to whom this response is shown or into whose hands it may come save where expressly agreed by us in writing.*

-------------------- End of message text --------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club.
----------------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Conduct Authority for designated investment business. PwC may monitor outgoing and

incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.

----------------------------------------------------------------

Visit our website http://www.pwc.com/uk