# EXHIBIT 6



Autonomy Corporation Limited and Ors v Michael Richard Lynch and Anor

Day 38

June 26, 2019

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900
Email: transcripts@opus2.com
Website: https://www.opus2.com

**Page 21**

1  their efforts and there's a lot of overlap -- not
2  a complete overlap but a lot of overlap between the
3  matters in the statutory accounts and the matters that
4  PWC were investigating. EY as the auditors inform me
5  that, as the auditors, they have the right to review the
6  investigations to see that management have properly
7  investigated and to see that the results of the
8  investigations are consistent with the accounts.
9  Q. But PWC --
10 A. They --
11 Q. Sorry, please finish.
12 A. EY expressed a desire to do that, so the meeting here
13    with Nigel is really discussing about how the
14    investigators should present the investigation to the
15    auditors. It is not the only meeting on the topic,
16    there were also meetings with the legal teams on the
17    same topic.
18 Q. PWC generally are working on the legal side of things.
19    So Ernst & Young are working on the statutory accounting
20    side of things and PWC are assisting the lawyers, yes?
21 A. EY are working on their audit. They were very clear
22    that it's the responsibility of the management to
23    prepare the accounts and it's their responsibility to
24    audit them. But without repeating the long sentence,
25    they had the need to review the investigations that HP

**Page 22**

1  had undertaken, including, you know, the work of PWC.
2  Q. And Ernst & Young were provided with PWC's work product
3     as well as notes of interviews conducted by
4     Morgan Lewis, correct?
5  A. Correct.
6  Q. And they were provided with briefings from Morgan Lewis,
7     yes?
8  A. I think the briefings included Morgan Lewis and PWC.
9  Q. And they were provided with reports prepared by HP for
10    presentation to the SEC and the DoJ and the SFO, yes?
11 A. I believe so. I don't specifically recall that one, but
12    I believe so.
13 Q. Could you go to bundle {K27/493.02/1}. This is an
14    Ernst & Young presentation paper, it's an update in
15    respect of the UK statutory audit 2011 and 2012. If you
16    go to internal page 6, it's page 7 of the bundle
17    {K27/493.02/7}, section 4, you'll see that there's
18    a section headed "Review of investigation work":
19       "Break through on the investigation review as access
20    now given to Chris Y and EY to review the revenue
21    investigation as well as perform a review for other
22    financial related matters.
23       "Information received to date.
24       "PWC report with supporting exhibits and appendices.
25       "Reports prepared for presentation purposes to SEC,

**Page 23**

1  DoJ and SFO.
2     "Interview summaries received for 33 of 57
3  interviewees.
4     "Details of search terms used in revenue
5  investigation have been provided.
6     "Two calls held with Morgan Lewis to date to gain
7  a high level understanding of the investigation process.
8     "Two workstreams now agreed for the purpose of the
9  UK audit.
10    "Review of revenue investigation work completed by
11 Morgan Lewis.
12    "Investigation work on other financial related
13 matters (ie non-revenue related)".
14    So all this work product is being received and
15 reviewed by Ernst & Young, correct?
16 A. The item under "received to date", I'd read the "two
17    workstreams now agreed for the purpose", this is future
18    work to be done.
19 Q. And obviously also received and reviewed by you when
20    compiling your restated accounts which Ernst & Young are
21    auditing, yes?
22 A. I don't recall the first bullet point, but the
23    information that EY received I believe I also received.
24    The second bullet point under "Two workstreams [...]",
25    the "Investigation work on other financial related

**Page 24**

1  matters [...]" was an additional investigation that was
2  done really because of EY's feedback that, as I said,
3  not all of the matters in the statutory accounts were
4  subject to the HP legal investigation and so they asked
5  for -- or they suggested that management should perform
6  an additional investigation for these particular scope
7  items. And that was conducted.
8  Q. And the work that you and Ernst & Young are doing on the
9     restated accounts is all shaped and affected, isn't it,
10    by having all of this material provided by the legal
11    side?
12 A. Sorry, I missed part of the question. Is all ..?
13 Q. Work that you and Ernst & Young are doing on the
14    restated accounts is all shaped and affected by having
15    all of this material provided to you as a result of the
16    investigation process?
17 A. Yes, the work done on the investigations is certainly
18    a valuable input into the statutory accounts.
19 Q. Now, it's right to say, isn't it, that you made
20    adjustments to the accounts in respect of transactions
21    which are now no part of the claimants' case against the
22    defendants in the proceedings, such as transactions with
23    Mercedes Benz, correct?
24 A. Yes, in the accounts, in order to prepare the accounts,
25    I have to look at all of the significant accounting