1  Jonathan M. Baum (SBN: 303469)

**Steptoe LLP**

2  One Market Street

3  Steuart Tower, Suite 1070
San Francisco, CA 94105

4  Telephone: (510) 735-4558

5  jbaum@steptoe.com

6  Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)

7  Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)

8  Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)

9  **Steptoe LLP**

10  1114 Avenue of the Americas
New York, NY 10036

11  Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

12

13                    **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16

17  UNITED STATES OF AMERICA,

18            Plaintiff,

19     vs.

20  MICHAEL RICHARD LYNCH and

21  STEPHEN KEITH CHAMBERLAIN,

22            Defendants.

Case No.: 3:18-cr-00577-CRB

Judge: Hon. Charles Breyer

**DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION IN LIMINE TO LIMIT THE TESTIMONY OF STEVEN BRICE**

**(Lynch MIL No. 4)**

Date: February 21, 2024
Time: 2:00 pm
Court: Courtroom 6 – 17th Floor
Date Filed: January 17, 2024
Trial Date: March 18, 2024

23

24

25

26

27

28

---

Defendant Lynch's Motion In Limine to Limit Proposed Expert Testimony (Lynch MIL No. 4)
3:18-cr-00577-CRB

**DECLARATION OF NICHOLAS P. SILVERMAN**

I, Nicholas P. Silverman, declare as follows:

1.      I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch.  I have been admitted *pro hac vice* to appear in this action.

2.      I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report titled Summary of Independent Expert Accounting Opinions of Steven Brice dated November 8, 2023, as produced by the government.  I refer to this as the Case-In-Chief Brice Report because it was served on the deadline for notice of case-in-chief expert witnesses.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Autonomy 2010 Annual Report and Accounts.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Autonomy 2009 Annual Report and Accounts.

6.      Attached hereto as Exhibit 4 is a true and correct copy of Appendix F, Software Focus Transactions SW-09-028, to the Case-In-Chief Brice Report.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the Tribunal Report of the Executive Counsel to the Financial Reporting Counsel.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the Rebuttal Report titled the Summary of Independent Expert Accounting Opinions of Steven Brice dated January 3, 2024, as produced by the government.

9.      Attached hereto as Exhibit 7 is a true and correct copy of Appendices H – L to the Rebuttal Report.

10.     Attached hereto as Exhibit 8 is a true and correct copy of Appendix F, Software Focus Transactions SW-09-013, to the Case-In-Chief Brice Report.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a worksheet from the Deloitte Workbook.  This worksheet relates to a Bank of America agreement. (Bates labeled DT-AS2_00204).

12.     Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from Appendix F, Software Focus Transactions SW-09-012, to the Case-In-Chief Brice Report.

13.     Attached hereto as Exhibit 11 is a true and correct copy of a worksheet from the Deloitte Workbook.  This worksheet relates to a Verdays agreement. (Bates labeled SEC_2-001587572).

14.     Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from Appendix F, Software Focus Transactions SW-09-027, to the Case-In-Chief Brice Report.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a worksheet from the Deloitte Workbook.  This worksheet relates to a Pfizer agreement. (Bates labeled POS00138238).

16.     Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of Deloitte's Q2 2011 Report to the Audit Committee. (Bates labeled DEL00036231).

17.     Attached hereto as Exhibit 15 is a true and correct copy of an excerpt from Appendix F, Software Focus Transactions SW-11-096, to the Case-In-Chief Brice Report.

18.     Attached hereto as Exhibit 16 is a true and correct copy a worksheet from the Deloitte Workbook.  This worksheet relates to an Iron Mountain reseller agreement. (Bates labeled DT-AS2 00321).

19.     Attached hereto as Exhibit 17 is a true and correct copy of a letter from Kristina Green of the Department of Justice to counsel for Defendant Michael Richard Lynch regarding expert disclosures dated November 8, 2023.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 17, 2024 in Washington, D.C.

/s/ Nicholas P. Silverman
Nicholas P. Silverman