# EXHIBIT 14

# Autonomy Corporation plc

## Report to the Audit Committee on the 30 June 2011 Interim Review

## Final Report

Confidential pursuant to Securities Exchange Act s.24(d).

DEL00036231

Exh 2013-0001

# 1. Key risks

The results of our work on key risks are set out below:

## Iron Mountain Digital acquisition accounting

**Iron Mountain Digital was acquired for a total consideration of $400.9 million**

On 3 June 2011 Autonomy acquired certain trade and assets of the Iron Mountain Digital business ("IMD") from Iron Mountain Inc. ("Iron Mountain") for a purchase consideration of $400.9 million, which includes a provisional working capital adjustment. In accordance with IFRS 3 (2008), management has also expensed transaction costs totalling approximately $3 million through exceptionals during the quarter.

### Acquisition accounting

The table below summarises the provisional fair values allocated to the assets and liabilities acquired:

| Net assets acquired | Initial value $'m | Fair value adj. $'m | Final value $'m |
|---|---|---|---|
| Intangible assets | - | 200.0 | 200.0 |
| Tangible fixed assets | 36.8 | - | 36.8 |
| Trade debtors | 34.2 | - | 34.2 |
| Deferred tax liability | - | (8.0) | (8.0) |
| Other debtors | 10.6 | - | 10.6 |
| Corporation tax liability | (1.5) | - | (1.5) |
| Accruals and other payables | (4.8) | (24.9) | (29.7) |
| Provisions | (13.4) | (4.0) | (17.4) |
| Deferred revenue | (31.7) | 11.7 | (20.0) |
| **Total net assets acquired** | **30.2** | **174.8** | **205.0** |
| Goodwill | - | - | 195.9 |
| **Consideration paid** | **395.4** | **5.5** | **400.9** |

The acquisition has been accounted for in accordance with IFRS 3 (2008) *Business Combinations* ("IFRS 3"). Management is yet to have a formal external intangible valuation performed by Duff & Phelps and has therefore made an estimation of the likely intangibles value ($200 million) for the purposes of the H1 2011 report.

Management's estimate is based on a goodwill impairment review performed by Duff & Phelps for Iron Mountain as part of the 31 December 2010 group audit process. That goodwill impairment review outlines the fair values associated with the related intangibles within the Digital Division of Iron Mountain and is considered by management to largely reflect the fair value of the intangibles acquired.

Through the knowledge gained from the completion of the acquisition due diligence and from the post acquisition period, management has made a number of provisional fair value adjustments to the opening balance sheet. We recognise these items as requiring adjustment from our financial due diligence work.

Management has also performed a fair value analysis on a $1.5 million IDOL licence sale made by Autonomy to Iron Mountain at the time of the acquisition, which was deemed to be at less than fair market value. In accordance with paragraph B50 of IFRS 3 (2008) management has determined that this transaction is linked to the business combination. Therefore, in accordance with paragraph 38 of IFRS 3 (2008), the asset transferred must be fair valued and included as part of the total consideration paid to Iron Mountain. This has resulted in a $5.5 million increase to the fair value of the consideration paid (and therefore goodwill) and total post acquisition revenue of $7.0 million recognised. Management has determined fair value with reference to seven similar sized licence deals. An average licence value was calculated for sales where IDOL search was the core product offering. This generated a value of $10.6 million, but did include one significant outlier. Excluding this outlier the revised average was $7.4 million. Management has therefore determined that an appropriate estimation of fair value is $7.0 million.

We concur that management's treatment is in line with the guidance in IFRS 3 (2008) and that fair value has been determined on a reasonable basis, using a comparative group of similar sized deals to similar sized organisations.

Confidential pursuant to Securities Exchange Act s.24(d).

DEL00036235

Exh 2013-0005

# 1. Key risks

## Iron Mountain Digital acquisition accounting (continued)

**Trading performance and transactions in the quarter**

As the acquisition took place on 3 June 2011, then the trade and assets of IMD have been consolidated into the Group's H1 2011 results for a period of 27 days. In that period, the business generated underlying revenues of approximately $20 million, much of which had been fully 'IDOLised', plus an additional $9.5 million of revenues from a prepaid royalty licence sale to Iron Mountain to on-sell the IMD suite of products. Management estimate the non-IDOL portion of these revenues to be approximately $8 million. In the same period the business had operating costs of around $10 million (excluding exceptional costs).

**Deloitte response**

**Acquisition accounting**

We are in the process of reviewing the purchase agreement and the provisional acquisition accounting prepared by management, which under IFRS 3 (2008) can be adjusted and finalised within twelve months of the acquisition date. As part of our work we will agree the numbers per the Duff & Phelps report back to that recorded as a fair value adjustment. This work is still ongoing at this time and we will report to you orally on our findings at the audit committee meeting.

We note that the values attributed to separately identifiable intangibles are a management estimate at this stage before being independently valued by Duff & Phelps. This is reasonable given the proximity of the acquisition date to the half year end.

**Trading performance and transactions in the quarter**

We are in the process of performing a review on the opening balance sheet of the acquired business, which involves identifying and understanding significant variances from the Q1 2011 balance sheet reported in our financial due diligence report.

We are currently in discussion with management to understand its rationale for its estimate of non-IDOL revenues generated through the IRM Digital division in the quarter. We shall report to you orally with respect to our conclusions on this work.

**Acquisition disclosure considerations for the H1 2011 press release**

Given the nature of the acquisition and its contribution to the H1 2011 results, management are considering the following:

- how the results of the acquired business will impact the calculation of key metrics reported to analysts, such as organic growth and cash conversion; and
- the extent and format of the disclosures required to be made about the acquisition under IFRS 3 (2008) and IAS 34 in the H1 2011 press release. Further guidance on the disclosure requirements of IFRS 3 (2008) and IAS 34 can be found in section 4.

Confidential pursuant to Securities Exchange Act s.24(d).

DEL00036236

Exh 2013-0006