# EXHIBIT 17



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415)436-7200
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*  FAX: (415)436-7234

November 8, 2023

**BY EMAIL and USAfx**

Christopher J. Morvillo
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
christopher.morvillo@cliffordchance.com

Reid Henry Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
rweingarten@steptoe.com

Gary S. Lincenberg
Bird Marella Boxer Wolpert, Nessim, Drooks, Lincenberg, & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
gsl@birdmarella.com

Michael Charles Landman
Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
mlandman@birdmarella.com

    Re: <u>United States v. Michael Richard Lynch & Stephen Keith Chamberlain</u>
       18-CR-577 CRB

Dear Mr. Morvillo, Mr. Weingarten, Mr. Lincenberg, Mr. Landman:

  Pursuant to Federal Rule of Criminal Procedure 16 and the Court's Scheduling Order, ECF No. 192, please find attached the expert report of Mr. Steven Brice and related attachments.

  The government is producing the following documents to you as part of this expert disclosure:

  1. A signed summary report of Mr. Brice's expert opinions;
  2. Appendix A – Mr. Brice's Curriculum Vitae;

3. Appendix B – A list of documents upon which Mr. Brice relied;

4. Appendix C – A list of the Software Focus Transactions;

5. Appendix D – A list of the of the hardware sales transactions per the Quarterly Revenue Breakdowns compared with the hardware sales transactions recorded in the Hardware Ledger;

6. Appendix E – A list of the Hardware Focus Transactions; and

7. Appendix F – A .zip folder containing the narrative explanations relating to each Software Focus Transaction for which Mr. Brice has identified a misstatement.

These documents have been shared with you via email and USAfx.

Mr. Brice respectfully reserves his right to revise his report if further evidence becomes available to him.

Please let us know if you have any questions concerning the foregoing.

Very truly yours,

PATRICK D. ROBBINS
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

/s/ Kristina Green
KRISTINA GREEN
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

Encl:   1 expert report
        Appendices A-F

2