1  Jonathan M. Baum (SBN: 303469)              Christopher Morvillo (Admitted Pro Hac Vice)
   **Steptoe LLP**                             Celeste L. Koeleveld (Admitted Pro Hac Vice)
2  One Market Street                           Daniel S. Silver (Admitted Pro Hac Vice)
3  Steuart Tower, Suite 1070                   **Clifford Chance US LLP**
   San Francisco, CA 94105                     31 West 52nd Street
4  Telephone: (510) 735-4558                   New York, NY 10019
   jbaum@steptoe.com                           Telephone: (212) 878-3437
5                                              christopher.morvillo@cliffordchance.com
6  Reid H. Weingarten (Admitted Pro Hac Vice)
   Brian M. Heberlig (Admitted Pro Hac Vice)   *Attorneys for Defendant*
7  Michelle L. Levin (Admitted Pro Hac Vice)   *Michael Richard Lynch*
   Nicholas P. Silverman (Admitted Pro Hac Vice)
8  Dwight J. Draughon (Admitted Pro Hac Vice)
9  Drew C. Harris (Admitted Pro Hac Vice)
   **Steptoe LLP**
10 1114 Avenue of the Americas
   New York, NY 10036
11 Telephone: (212) 506-3900

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | **[PROPOSED] ORDER TO LIMIT PROPOSED EXPERT TESTIMONY OF STEVEN BRICE** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | Date: February 21, 2024<br>Time: 2:00 pm<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: January 17, 2024<br>Trial Date: March 18, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Defendant Michael Richard Lynch's Motion in Limine to Limit Proposed Expert Testimony of Steven Brice.

IT IS SO ORDERED that the following testimony of Steven Brice is excluded from trial:

1. Opinions related to non-IFRS classification of revenue (Brice Report § 4);

2. Opinions related to disagreements with Deloitte on accounting decisions based on the same information Deloitte considered (Brice Report §§ 2.7-2.10);

3. References to foreign legal proceedings against Dr. Lynch, Deloitte, and others;

IT IS  SO ORDERED that Brice's case-in-chief opinion testimony is limited to the opinions disclosed in his case-in-chief report, and Brice's rebuttal testimony is limited to opinions that both respond to the defense's experts and were disclosed in his rebuttal report.

Dated:

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE