Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 1 (ASL RESTATEMENT AND SUMMARY CHARTS)** <br><br> **(Government MIL No. 1)** <br><br> Date: February 21, 2024 <br> Time: 2:00 pm <br> Court: Courtroom 6 – 17th Floor <br> Date Filed: January 31, 2024 <br> Trial Date: March 18, 2024 |

## DECLARATION OF NICHOLAS P. SILVERMAN

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of an excerpt of Trial Exhibit 2815 (Bates labeled HP-SEC-02317171, 178-81, 201).

4. Attached hereto as Exhibit B is a true and correct copy of a Trial Order in *United States v. Salman*, No. 11-cr-625 (N.D. Cal.) dated September 3, 2013.

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt of Trial Exhibit 2894 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-02324818-25).

6. Attached hereto as Exhibit D is a true and correct copy of an excerpt of Trial Exhibit 2856 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-02326915-23).

7. Attached hereto as Exhibit E is a true and correct copy of an excerpt of Trial Exhibit 2808 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-02323136-37).

8. Attached hereto as Exhibit F is a true and correct copy of an excerpt of Trial Exhibit 2894 in *United States v. Hussain*, No. 16-cr-462 (N.D. Cal.). (Bates labeled HP-SEC-02327084-85).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 31, 2024 in Washington, D.C.

*/s/ Nicholas P. Silverman*
Nicholas P. Silverman