# Exhibit A

**To:** 'Joel Scott'[joels@autonomy.com]
**From:** James Crumbacher
**Sent:** Tue 6/7/2011 3:00:00 PM
**Importance:** Normal
**Subject:** RE: dko

I'll call him. I think I know it already. Something about we took through one reseller and now we're replacing it with another. Brilliant.

**From:** Joel Scott [mailto:joels@autonomy.com]
**Sent:** Tuesday, June 07, 2011 12:55 PM
**To:** 'James Crumbacher'
**Subject:** dko

Can u give dan truitt a call to address paperwork? Give me a call first if you need bkgrnd.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-02317171
Exh 2815-0019

ML_INT_0050519

To: 'Joel Scott'[joels@autonomy.com]
From: James Crumbacher
Sent: Wed 6/8/2011 1:41:24 PM
Importance: Normal
Subject: RE: DKO

Following up on this email, I heard back from Dan, and you can forget everything I said about the three years of maintenance issue below. Turns out MicroTech is actually buying the three years maintenance, too.

Now we have a different problem. Microtech is going to be told to pay in full net 75 days (otherwise Dan doesn't get paid, and we all know that's the driving factor here). Capax doesn't have to pay in full f two years. It seems to me Capax should be paying as soon as they get paid by MicroTech, but their order doesn't state that, and now there's absolutely no incentive (other than good will) for Capax to revise their payment terms.

Thoughts?

From: James Crumbacher [mailto:jamesc@autonomy.com]
Sent: Wednesday, June 08, 2011 11:07 AM
To: 'Joel Scott'
Subject: DKO

Here's the facts on DKO

MicroTech is ready to cut us a PO (or two) for the following amounts:

$2,013,877.70 LIC

  $100,693.90 MA

$2,114,571.60 Total

FOIA Confidential Treatment Requested                                          HP 0000986

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                          HP-SEC-02317178
                                                                   Exh 2815-0026

                                                                   ML_INT_0050519

This is <u>after</u> they already have taken their 10%. The government is actually paying Microtech somewhere north of 2.9M, but it's paid over three years and includes both the margin they make on our software as well as finance charges for MicroTech financing the government's purchase (as an aside, I'm a little concerned, being a US citizen, that the Truitt brothers are now in the business lending money to my federal government). Because its lumped in with their three-year pay out, I don't see how we can get around a double-dip on reseller fees here. And...frankly...we're using two resellers, so we shouldn't be surprised at paying two reseller fees.

If we're okay with the concept that we're getting his with two reseller fees here (and I can't see how we can get around it, when we're using two resellers), the only wrinkle we have to worry about is maintenance. Under its order, Capax bought sof[t]    three years of maintenance, up front. But Dan tells me that the government won't prepay and Microtech won't order three years of maintenance with the order and, instead, maintenance is annual renewable.

Regardless of how we solve the maintenance problem, the POs for the transaction should remain the same:

1.   Microtech issues a PO to Capax for $1,950,197.00 lic + 97,510 maint (first year)

2.   Microtech issue a second PO to Autonomy for $63,680.7 lic + $3,183.9 maint (first year)

On the three-year maintenance problem, one option is to just leave it alone, which actually benefits Autonomy. Microtech issues Capax the PO above. When the government renews maintenance, Microtech issues a second PO to Capax for support in year 2, and then again in year 3. It means the Capax has to pay us up front f[or]  three years support, but has to wait three years to get paid on their own, so on the fairness scale this one doesn't rank real high.

Alternatively, we could get Capax to revise the PO, changing three years maintenance to one. It shouldn't be much of a difference to us or to them...the license revenue stays the same, and we'd be talking about a delta in "partner

margin" of less than $20K on the removed two years of support. Plus we have an sound basis for asking for the revision: the end user PO didn't match the reseller's. Finally…and I'm not sure how it works in this dual-reseller situation….but it's possible that Microtech could issue POs directly to Autonomy for the maintenance in years two and three, rather than to Capax at all, which means no partner margin for Capax in on the second and third year maintenance fee. It's not a lot, but it's something.

The one issue I have Dan checking on is payment terms; he doesn't know the terms under which Microtech is paying the amount to us, Capax, whoever they issue their PO to. Capax's PO obligates them to pay the total amount due ($2.24M) in three installments, one net 90, one net 180, and one net 720. If Microtech is going to issue their PO with better payment terms than that, it helps us to try to revise Capax's PO to change the payment terms as well. Otherwise, Capax gets paid right away, but we have to wait two years to get paid everything. When we revise Capax's PO to remove the three year maintenance, we could also change the payment terms to match the Microtech PO. I'll let you know when I find out what Microtech's payment terms are, but I can't imagine they are going to carry payments out two years under a financing arrangement (if they are and we're letting them, then it's not Microtech who's "financing" this at all, is it).

Let me know your thoughts. If we decide revising the Capax PO is the way to go, I can reach out to John Baiocco.

**Jim Crumbacher**

Associate General Counsel

Autonomy, Inc.

One Market

Spear Tower, 19th Floor

San Francisco, CA 94105

Phone: (415) 625-1447

Mobile: (415) 439-9434

Email: jamesc@autonomy.com

FOIA Confidential Treatment Requested

HP 0000988

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-02317180
Exh 2815-0028

ML_INT_0050519

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

FOIA Confidential Treatment Requested

HP 0000989

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02317181
Exh 2815-0029

ML_INT_0050519

| | |
|---|---|
| From: | James Crumbacher [jamesc@autonomy.com] |
| Sent: | Friday, December 31, 2010 3:22 PM |
| To: | 'Joel Scott' |
| Subject: | RE: DKO info you asked for |

If this is going through Microtech now, there's presumably no longer a Microlink piece (which means no Microlink "cut").  Correct?  Will call Jim Still to discuss as well.

-----Original Message-----
From: Joel Scott [mailto:joels@autonomy.com]
Sent: Friday, December 31, 2010 12:18 PM
To: 'James Crumbacher'
Subject: FW: DKO info you asked for


-----Original Message-----
From: Jim Still [mailto:jstill@zantaz.com]
Sent: Friday, December 31, 2010 12:04 PM
To: Joel Scott - Autonomy
Subject: DKO info you asked for

Here are the documents that lay this out. Take a look at the AKO-DKO Enterprise Summary first, then the Quote doc for the leasing information.
After Microlink takes their cut, we take down $1,950,000 in LFR.

The product set is IDOL with any and all Fetches (they only use one) and any languages (they use one). No other products. Currently licensed for
18 Server Licenses but this would take it to an Enterprise (unlimited) license for DKO only.

We had covered this with Jim C as well.

1

CTRL01:01485695

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02317201
Exh 2815-0049

ML_INT_0050519