# Exhibit C



ḂŘĚÁⳆïⲚ⳺ Ⲛ̃ĚW̃⳺  |  Ḃáⲛ⳺ ⲟ́f Áⲙèř̃:čà řèⲣⲟ́ř̃⳺ q̃ṹáⳇⲚ̃èřⳇỳ èáⲚ̃ⲛ̃.ⲛⳆⲚⳆ ⲟ́f 37 čèⲛⳆⳆ á ⳺Ⲛ̃áⳆ̃ẽ, vẽř̃ⳆⳆⳆ è⳺⳺ⲙáⳆ̃ĕⳆ ⲟ́f 33 čèⲛⳆⳆ à ⳺ⲚⳆáⳆ̃ẽ

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/SB10001424127887324784440457814462744040072

ⳆĚČḦ

# ⳆⲞⲚG# ḂEⲪⲞŘE ⳛ  ♫11  %EAL  "  ⲨUⲦⲞⲚⲞⲘⲨ⳺S
# 3 ĚD'  �888ⳆAGS

By ḂĚⲚ W̃ⲞŘⳆḦĚⲚ, ⲔÁⳆ Ⳇ ⳺ⲞⲚⲚ̃Ě áⲛ̃đ JⳆⳆⳆïⲚ̃ ⳺ČḦĚČⳆ
Ⲛ̃ⲟ́v. 26, 2012 10:31 p.m. Ě Ⳇ

ČÁⲘḂŘĩ Ð ⳆĚ, ĚⲚⳆ⳺ⳇáⲛ̃đ—W̃⳺ḧèⲚ́ Á ⳺ⲟ́ⲛ̃ⲟ̃ⲙ̃ỳ Čⲟ̃ř̃ⲣ. ẃáⳆ̃ ⳺ⳆⳆář̃Ⳇ̃ⳇⲚⳆⳆ ⳺ⲣ ⳺⳺ⲚⳆ ⳺ḧⳆⳆⳆ ḧⳆⳆⳇⲟ́ř̃č ⳺⳺⳺vẽř̃ⳆⳆⳆỳ ⳺ⲟ̃ẃⲚ̃, fⲟ̃́ⲛ̃đĕř̃ MⳆⳆĕ ⳇỳⲛ̃čḧ ⳆⳆⳆⳆ á ⳆⳆⳆⲚ̃ ⲟ́ⲛ̃ áⲛ̃ ⲟ́ffⳆ̃čĕ đⲟ̃́ⲟ̃ř̃ Ⳇ⳺⳺áⳆ řĕáđ "ÁⳆ⳺⳺⳺⳺ḧⲟ́ř̃Ⳇz̃ĕđ Pĕř̃⳺ⲟ̃ⲛ̃Ⳇ̃ĕⳆ ⳺ⲟ́ⲛ̃ⳇỳ." Ḃĕ⳺⳺ⳇ⳺⳺⳺⳺đ ⳺⳺ḧ̃ĕ đⲟ́ⲟ̃ř̃, ⳺⳺ḧĕ Ⳇⲟ́ⳇđ v⳺Ⳇ⳺Ⳇⳇⲟ́ř̃⳺, ẃĕř̃ĕ 500 ĕⲚ̃ⳆⳆ⳺⳺ⳇⳆ̃ĕⳆ̃ř̃Ⳇ ẃⲟ̃́ř̃ⳆⳆⳆⳆ ⲟ́ⲛ̃ "⳺⳺⳺⳺ḧ⳺-⳺⳺⳺⳺⳺⳺ḧ" ⲣř̃ⲟ̃́ĵĕč̃⳺⳺.

Ⳇ⳺⳺ḧĕ đⲟ́ⲟ̃ř̃, ⳺ⲚⳆⳆ fáč̃⳺⳺, Ⳇĕđ ⳺ⲟ̃́ á ḃř̃ⲟ̃́ⲟ́ⲙ ⳺č̃ⳇⲟ́⳺ⳆĕⳆ, Mř̃. ⳇỳⲛ̃č⳺̃⳺⳺ řĕč̃ⲟ́ⳆⳆ⳺⳺Ⳇ̃ĕđ ⳺⳺ⲚⳆ á 2010 Ⳇ⳺ⳆⲣĕĕⳆ̃čⳆⲚⳆ. Bỳ ⳺⳺ḧèⳆⲚⳆ, Á ⳺⳺⳺ⲟ́ⲛ̃ⲟ̃́ⲙ̃ỳ ⳺ḧⳆⳆáđ ⳺⳺ř̃ⲟ̃́ẃⳆⲚⳆⳆ fř̃⳺ⲟ́ⲙ ⳆⳆⳆ fⲟ̃́ⳆⲚ̃đⳆ̃ⳆⲚⳆⳆ ⲚⳆⳆⳆ ⳆⲚⳆ 1996 Ⳇ⳺ⲟ̃́ ⲟ́ⲚⳆⳆĕ ⲟ́f Ě ⳺ⲚⳆ⳺ř̃ⲟ̃́ⲣĕ'⳺ ⳆⳆář̃Ⳇ̃ĕⳆⳆⳆ áⲚ̃đ fáⳆⳆⳆⳆⳆⳆ— ⳺⳺ř̃ⲟ̃ẃ⳺ⲚⳆⳆ ⳺ⲟ́f⳺ẃⳆář̃ĕ č̃ⲟ̃ⲙ̃ⲣáⲚ̃Ⳇ̃ĕⳆ. Ḧĕ̃ẃⳇ̃ĕⳆⳆ-PáčⳆⳆář̃đ Čⲟ̃́. ḃⲟⳆⳆⳆḧⳆ ⳆⳆ ⳺ⲚⳆ Ⲟ́č̃⳺ⲟ́ḃĕř̃ 2011 fⲟ̃ř̃ ⲙ̃ⲟ́ř̃ĕ ⳺ḧⳆáⲚ̃ $11 ḃⳆⳆⳇ-ⳆⳆⲟ̃́Ⲛ̃.

Ⲛ̃ⲟ̃́ẃ, fⲟ̃́ⳆⳆⳇⲟ̃ẃⳆ⳺ⲚⳆⳆⳆ áⳆⳇⳆ̃ĕⳆⳆ⳺áⳆⳆⳆ⳺ⲟ́ⲚⳆⳆ ⳆáⳆⳇ ẃĕĕⳆⳆ bỳ Ħ-P ⳺⳺ḧⳆáⳆ Á ⳺⳺ⲟ́ⲛ̃ⲟ̃́ⲙ̃ỳ ⲙ̃áⲯ́ẽ "ⲟ́ⳆⳆ⳺⳺řⳆⳆⲚⳆⳆ ⲙ̃ⳆⳆ⳺řĕⲣř̃ĕⳆⳆ̃ĕⲚ̃Ⳇ̃áⳆⳆⳆⲟ̃́ⲚⳆⳆ" ⳺ⲟ̃́ ⳺ⲚⳆfⳆáⳆ̃ĕ ⳆⳆⳆ fⳆ̃Ⲛ̃áⲚ̃č̃Ⳇáⳇ· řĕč̃ⳆⳆⳆⳆ, ⳆⳆ.⳺. áⳆⳆ⳺⳺ḧⲟ̃́ř̃ⳆⳆⳆⳆĕⳆ ář̃ĕ ⳺ř̃ỳⳆⳇⲚ̃ⳆⳆ Ⳇⲟ̃́ ĕ⳺⳺áḃⳆⳆⲚ̃ ẃ⳺̃ĕ⳺̃ḧĕř̃ ⲙ̃ⳆⳆč̃ḧ ⲟ́f ⳺ḧĕ č̃ⲟ̃ⲙ̃ⲣáⲚ̃ỳ'⳺ ḃⳆⳆⳆ⳺Ⲛ̃ĕⳆⳆ ⲙ̃áỳ áⳆ⳺ⲟ̃́ ⳺Ⳇⳇáṽĕ ḃĕĕⲚ̃ á fáč̃áđĕ. MĕáⲚ̃ẃ⳺̃ḧⳆⳆ̃ĕ, q̃ⳆĕⳆⳆⳆⳆⲟ́ⲚⳆ ář̃ĕ ⲙ̃ⲟ́ⳆⳆⳆⳆⳆⲚⳆⳆ áḃⲟ̃́ⳆⳆ ḧⲟ̃́ẃ Ħ-P fáⳆⳆⳇĕđ ⳺ⲟ̃́ ⳺ⲚⳆč̃ⲟ́ṽĕř̃ ⳺ḧⳆĕ áⳇⳇⳆ̃ĕⳆⳆđ ⳺ř̃ř̃ĕⳆⳆⳇář̃ⳇ̃ĕⳆⳆ áⲚⳆⳆđ ⲟ́f ḃⳆⳆỳ̃ⳆⲚⳆⳆ Á ⳺⳺ⲟ́ⲛ̃ⲟ̃́ⲙ̃ỳ, ⲣáŕⳆⳆⳇ̃čⳆⳆⳇáŕ̃ⳇỳ áⳆ ⳺ⲟ̃ⲙ̃ĕ ⲟ́ⳆⳆⳆⳆđĕ áⲚ̃áⳇ·ỳ́ⳆⳆⳆ řáⳆⳆⳆĕđ č̃ⲟ́ⲛ̃čĕř̃ⲚⳆ áḃⲟ̃́ⳆⳆ Á ⳺⳺ⲟ́ⲛ̃ⲟ̃́ⲙ̃ỳ'⳺ áč̃č̃ⲟ́ⳆⳆⲚ̃⳺ⲚⳆⳆ fⲟ̃ř̃ ỳĕáⳆⳆř̃.

---

MORE

---

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-02324818
Exh 2894-0055

ML_INT_0050598

14/10/2015                                              Long Before H-P Deal, Autonomy's Red Flags - WSJ

- Ð□□□□□: H-P Responds to Lynch's Open Letter (http://blogs.wsj.com/digits/2012/11/27/h-p-response-to-mike-lynchs-open-letter/)
- Å□□ôñômỳ Mê□□ å Ðôvêřňáñčě Q□ê□□□ôñ (h□□p://bl♭□□.w□j.čôm/d□□□□/2012/11/27/ħ-p-å□□ôñômỳ-mê□□-å-□ôvêřňáñčê-q□ê□□□ôñ/)
- Ⓑ Lê□□êř Fřôm Lỳñčħ □ô ℍ-P Bôárð (h□□p://ôñl□ñê.w□j.čôm/p□♭l□č/řê□ô□řčê□/đôč□mêñ□□/lê□□êř20121127.pdf)

İñ Mâỳ, ℍ-P f□řêđ Mř. Lỳñčħ, č□□□ñ□ póóř pêřfôřmáñčê bỳ ħ□□ □ñ□□. Łá□□ wêê□, □ħê čômpáñỳ wř□□ê đôwñ □ħê vál□ê ôf Å□□ôñômỳ bỳ $8.8 b□ℍ□ôñ, blám□ñ□ môřê □ħáñ ħálf □ħê čħář□ê ôñ wħá□ □□ □á□đ wá□ Å□□ôñômỳ'□ m□□ř£áđ□ñ□ áččô□ñ□□ñ□.

Mř. Lỳñčħ ħá□ čômê ó□□ □w□ñ□□ñ□, đêñ□ó□ñčîñ□ ℍ-P'□ á□□êř□□ôñ□ á□ "čômplê□êlỳ áñđ □□□êřlỳ wřôñ□." İ ñ áñ □ñ□êřv□êw Môñđáỳ, ħê đêřêñđêđ Å□□ôñômỳ'□ přáč□□čê□ áñđ □á□đ □ħá□ máñỳ ôf □ħê ál□ê□á□□ôñ□ □□êm fřôm □ħê đ□ffêřêñčê bê□wêêñ □.□. áččô□ñ□□ñ□ □□áñđářđ□ áñđ □ħê □ñ□êřñá□□ôñá□·ôñê□ Å□□ôñômỳ fôll□wêđ. ℍê □á□□ □□ m□□□lỳ ámô□ñ□êđ □ó "á l□□ ôf ñ□□□ỳ-□ř□□□ỳ ábô□□□ □má□□·ámô□ñ□□ ôf řêvêñ□ê ôñ čêř□á□ñ đêál□." ℍê □á□□ êvêřỳ □á□ê vál□êđ á□ môřê □ħáñ $100,000 wô□□ħ håvê bêêñ řêv□êwêđ bỳ Å□□ôñômỳ'□ á□□□□ôř□.

"ℍ-P máđê á □êř□ê□ ôf á□□êř□□ôñ□ w□□ħ ô□□ přôv□đ□ñ□ áñỳ êv□đêñčê. Wê'đ l□□ê □ó □êê □ômê êv□đêñčê," Mř. Lỳñčħ □á□đ. "Wħêřê'□ □ħê bêêf □ñ □ħ□□?" ħê áđđêđ.

İñ□êřv□êw□ □ñ Čál□fôřñ□á áñđ Ềñ□lâñđ w□□ħ fôřmêř Å□□ôñômỳ êmpl□ỳêê□, b□□□ñê□□ pář□ñêř□ áñđ á□□ôřñêỳ□ čl□ó□ê □ó □ħê čá□ê pá□ñ□ á p□č□□řê ôf á ħářđ-đř□v□ñ□ □á□ê□ č□l□□řê □ħáp£đ bỳ Mř. Lỳñčħ'□ đê□□řê fôř řáp□đ □řôw□ħ. □ħêỳ đê□čř□bê ħ□m á□ á đôm□ñêêř□ñ□ f□□□řê, wħó ôñ á□ l£á□□ á fêw ôččá□□ôñ□ bêřá□êđ êmpl□ỳêê□ ħê bêl□êvêđ wêřêñ'□ mêá□□ř□ñ□ □p.

Ål□ñ□ □ħê wáỳ, □ħê□ê pê□plê □áỳ, Å□□ôñômỳ □□êđ á□□□řê□□□vê áččô□ñ□□ñ□ přáč□□čê□ □ó má□ê □□řê řêvêñ□ê fřôm □ôf□wářê l□čêñ□□ñ□ □êp□□řôw□ñ□—□hêřêbỳ bóó□□□ñ□ □ħê Br□□□□ħ čômpáñỳ'□ vál□á□□ôñ. □ħê f□řm řêčô□ñ□zêđ řêvêñ□ê □pfřôñ□ □ħá□ □ñđêř □.□. áččô□ñ□□ñ□ ř□l£□ wô□□ħ håvê bêêñ đêfêřřêđ, áñđ □□ř□č□ "ř£□ñđ-□ř□p □řáñ□áč□□ôñ□"—đêál□ wħêřê Å□□ôñômỳ á□řêêđ □ó b□ỳ á čl□êñ□'□ přôđ□č□□ ôř □êřv□čê□ wħ□l£ á□ □ħê □ámê □□mê □ħê čl□êñ□ p□řčħá□êđ Å□□ôñômỳ □ôf□wářê, áččôřđ□ñ□ □ó □ħê□ê pê□plê.

"□ħê ř□l£□ ářêñ'□ □ħá□ čômpl□čá□êđ," □á□đ Ðáñ Máħôñêỳ ôf áččô□ñ□□ñ□ řê□êářčħ b□□□ñê□□ ČFŘÅ, wħô čôvêřêđ Å□□ôñômỳ □ñ□□l□ □□ wá□ áčq□□řêđ. ℍê □á□đ □ħá□ Å□□ôñômỳ ħáđ □ħê ħál□-mář□□ ôf á čômpáñỳ □ħá□ řêčô□ñ□zêđ řêvêñ□ê □ê □óó á□□□řê□□□vêl·ỳ. ℍê □á□đ ñê□□ħêř □.□. ñôř □ñ□êřñá□□ôñá□·áččô□ñ□□ñ□ ř□l£□ wô□□ħ ál□ôw čômpáñ□ê□ □ó řêčô□ñ□zê ñô□-ỳê□· č£ll£č□êđ řêvêñ□ê fřôm č□□□ômêř□ □ħá□ m□□ħ□ bê á□ ř□□□ ñó□ □ó páỳ, wħ□čħ ħê □á□đ áppêář□ □ó bê □ħê čá□ê □ñ □ômê ôf Å□□ôñômỳ'□ □řáñ□áč□□ôñ□.

Á pêř□ôñ fám□l□ář w□□ħ ℍ-P'□ □ñvê□□□□á□□ôñ □á□đ □ħê čômpáñỳ □□ čôñf□đêñ□ □ħê đêál□ áře □mpřôpêř êvêñ □ñđêř □ħê □ñ□êřñá□□ôñá□·áččô□ñ□□ñ□ □□áñđářđ□ Mř. Lỳñčħ č□□êđ. "Wê'vê l·óó□êđ á□ □ħ□□ vêřỳ čl□□êlỳ," □ħ□□ pêř□ôñ □á□đ.

FOIA CONFIDENTIAL TREATMENT REQUESTED                        HP-SEC-02324819
                                                             Exh 2894-0056

                                                             ML_INT_0050598

14/10/2015                                   Long Before H-P Deal, Autonomy's Red Flags - WSJ

İ ň á ⬜⬜á⬜ěměň⬜ ⬜⬜⬜⬜ěđ ⬜á⬜⬜řđáỳ, Ħ-P ⬜á⬜đ ⬜⬜⬜ "óň⬜ó⬜ň⬜ ⬜ň̌vě⬜⬜⬜⬜á⬜⬜óň ⬜ň⬜ó ⬜ħě á⬜⬜v⬜⬜⬜ě⬜ óf čěř⬜á⬜ň fóřměř Á⬜⬜óň́ómỳ ěmpľó̌ỳěě⬜ ħá⬜ ⬜ň̌čóvěřěđ ň⬜měř⬜⬜⬜ ⬜řáň⬜á⬜⬜óň⬜ čľěářľỳ đě⬜⬜ň̌ěđ ⬜ó ⬜ňfľá⬜ě ⬜ħě ⬜ň̌đěřľỳ⬜ň⬜ fⁱňáň⬜áľ· mě⬜ř⬜č⬜ óf ⬜ħě čómpáňỳ běfóřě ⬜⬜⬜ áčq⬜⬜⬜⬜⬜óň" ⬜ň̌čⱡ·⬜đⱡň̌⬜ ⬜ěvěřáⱡ· ⬜⬜⬜ň̌⬜ ⬜ħě ⬜áč⬜⬜č⬜ áňđ ⬜ěčħň̌⬜q⬜ě⬜ đě⬜čř⬜běđ ⬜ň̌ ⬜ħ⬜⬜ ář⬜⬜čľě.

Á⬜⬜óň́ómỳ'⬜ přáč⬜⬜čě⬜ ářě bě⬜ň̌⬜ řěv⬜ěẘěđ á⬜ Ħ-P'⬜ ⬜řⁱ⬜ň̌⬜ bỳ ⬜ħě ⬜.⬜. ⬜ěčⱡ·řⁱ⬜⬜ě⬜ áňđ Ěxčħáň̌ⱡ·ě Čómm⬜⬜⬜óň̌ áňđ ⬜ħě Fěđěřáⱡ· B⬜řěá⬜ óf İ ň̌vě⬜⬜⬜⬜á⬜⬜óň̌. Mě⬜ W̊ħ̌⬜⬜máň̌, Ħ-P'⬜ ČĚÓ, ⬜áⱡ·đ ⬜ħě ěxpěč⬜⬜ ⬜ħě přóčě⬜⬜ ẘⱡⱡ· přómp⬜ á "m⬜ⱡ·⬜ỳěář jó⬜řň̌ěỳ ⬜ħřó⬜⬜ħ ⬜ħě čó⬜řⁱ⬜⬜" ⬜ň bó⬜ħ ⬜ħě ⬜.⬜. áňđ ⬜ħě ⬜.⬜.

Óň Móň̌đáỳ, Mř· Ľỳň̌čħ ⬜áⱡ·đ ħě ħá⬜ň̌'⬜ běěň̌ fóřmáⱡ·ľỳ ň̌ó⬜⬜fⱡ·ěđ óf áňỳ ⱡ·áẘ⬜⬜⬜⬜ óř ⬜ň̌vě⬜⬜⬜⬜á⬜⬜óň̌.

Mř· Ľỳň̌čħ ẘá⬜ řáⱡ·⬜ěđ ⬜ň̌ Ěň̌⬜ⱡ·áň̌đ, ⬜ħě ⬜óň̌ óf á fⁱⱡ·ⁱ·ⁱ⬜ħ⬜ěř· Ħě ẘěň̌⬜ óň̌ ⬜ó ⬜⬜⬜đỳ ěň̌⬜ň̌ěěřⁱň̌⬜ á⬜ Čámbřⁱ⬜đ⬜ě ⬜ň̌⬜věř⬜⬜ỳ áňđ ób⬜áⱡ·ň̌ á Pħ·Đ· ⬜ň̌ má⬜ħěmá⬜⬜čáⱡ· čómp⬜⬜ⁱň̌⬜.

Á⬜⬜óň́ómỳ, fó⬜ň̌đěđ á⬜ á ⬜⬜áⱡ·⬜⬜p ⬜ň̌č⬜bá⬜óř ⬜ň̌ Čámbřⁱ⬜đ⬜ě, đěvěⱡ·ópěđ á čómp⬜⬜ěř přó⬜řám ⬜ó ⬜⬜f⬜ ⬜ħřó⬜⬜ħ đóč⬜měň̌⬜⬜, Ẇěb pá⬜ě⬜, přě⬜ěň̌⬜á⬜⬜óň̌⬜, vⁱđěó⬜, pħóň̌ě čóň̌věř⬜á⬜⬜óň̌⬜ áňđ ěmáⱡ·⬜. ⬜ħě ⬜ěčħň̌óⱡ·ó⬜ỳ čó⬜ⱡ·đ ⬜ň̌đěřⁱ·⬜áňđ ẘóřđ⬜' měáň̌⬜ň̌⬜⬜ áňđ fⁱň̌đ đáⱡ·á áččóřđⁱň̌⬜ⱡ·ỳ, Mř· Ľỳň̌čħ ħá⬜ ⬜áⱡ·đ. Á ⬜ěářčħ ẘ⬜⬜ħ⬜ň̌ á čómpáňỳ'⬜ ⬜ěřvěř⬜ fóř "přófáň̌⬜⬜ỳ," fóř ⬜ň̌⬜⬜áň̌čě, ẘó⬜ⱡ·đ ⬜⬜řň̌ ⬜p řě⬜⬜ⱡ·⬜⬜ fěá⬜⬜řⁱň̌⬜ á vářⁱě⬜ỳ óf ⬜ẘěář ẘóřđ⬜, ň̌ó⬜ j⬜⬜⬜ ⬜ħě ⬜ěřm ⬜⬜ěľf.

Đóẘ Jóň̌ě⬜ & Čó., p⬜bⱡ·⬜ħěř óf ⬜ħě Ẇáⱡ·ⱡ· ⬜⬜řěě⬜ Jó⬜řň̌áⱡ·, ħá⬜ ⬜⬜ěđ Á⬜⬜óň́ómỳ'⬜ ⬜ěářčħ ⬜óf⬜ẘářě óň̌ ⬜⬜⬜ čóň̌⬜⬜měř ẘěb⬜⬜⬜ě⬜.

Mř· Ľỳň̌čħ ẘá⬜ á⬜ ěffěč⬜⬜vě á⬜ ⬜ěⱡ·ⱡ·ⁱň̌⬜ áňđ mářⁱ·ě⬜⬜ň̌⬜ á⬜ ħě ẘá⬜ á⬜ ⬜óf⬜ẘářě đěvěⱡ·ópměň̌⬜, řěčáⱡ·ⱡ· fóřměř ěmpľó̌ỳěě⬜, č⬜⬜⬜ómⱡ·ěř⬜ áňđ b⬜⬜⬜ň̌ě⬜⬜ pář⬜ň̌ěř⬜. "İ ⬜ ẘá⬜ á věřỳ ⬜áⱡ·ě⬜-óřⁱ·ěň̌⬜ěđ č⬜ⱡ·⬜⬜řě ẘⁱⱡ·ħ á věřỳ b⬜⬜⬜ħě⬜⬜-⬜áẘvỳ ČĚÓ," čóň̌⬜řářỳ ⬜ó ⬜ħě ň̌óřm ⬜ň̌ Čámbřⁱ·đ⬜ě, ⬜áỳ⬜ ⬜⬜móň̌ ⬜áⱡ·břáⱡ·⬜ħ, ⬜ħě fó⬜ň̌đěř áňđ ČĚÓ óf Řěđ ⬜áⱡ·ě ⬜óf⬜ẘářě Ľⱡ·đ·, ẘħⱡ·čħ ⬜⬜ bá⬜ěđ áčř⬜⬜⬜ ⬜ħě ⬜⬜řěě⬜ fřóm Á⬜⬜óň́ómỳ·

Mř· Ľỳň̌čħ ň̌áměđ Á⬜⬜óň́ómỳ'⬜ čóň̌fěřěň̌čě řó⬜m⬜ áf⬜ěř řěfěřěň̌čě⬜ fřóm Jámě⬜ Bóň̌đ móvⁱě⬜—óň̌ě óf ⬜ħě b⬜⬜ óň̌ě⬜ ẘá⬜ čáⱡ·ⱡ·ěđ "⬜óⱡ·đěň̌Ěỳě"—áňđ fó⬜ň̌đ ẘáỳ⬜ ⬜ó měň̌⬜⬜óň̌ ⬜ħě ⬜pỳ ⬜ň̌ ⬜pěěčħě⬜ óř přě⬜ěň̌⬜á⬜⬜óň̌⬜. Ħě đřóvě áň̌ Á⬜⬜óň̌ Mářⁱ·ň̌, á q⬜⬜ň̌⬜ě⬜⬜ěň̌⬜⬜áⱡ·Bóň̌đ čář·

İ ň̌ áň̌ó⬜ħěř ⬜ó⬜čħ ẘóřⱡ·ħỳ óf İ áň̌ Fľěm⬜ň̌⬜, Á⬜⬜óň́ómỳ ⬜⬜óč⬜ěđ p⬜řáň̌ħá⬜ fóř á ẘħⱡ·ľě ⬜ň̌ ⬜ħě óffⱡ·čě fⱡ·⬜ħ ⬜áň̌⬜. Á⬜ ⬜⬜mě⬜, Á⬜⬜óň́ómỳ'⬜ č⬜ⱡ·⬜⬜řě ẘá⬜ čómbá⬜⬜vě á⬜ á Bóň̌đ móvⁱě áňđ á⬜ ó⬜ħěř ⬜⬜mě⬜ đěměáň̌⬜ň̌⬜, fóřměř ěmpľó̌ỳěě⬜ ⬜áỳ.

Óň̌ě fóřměř mářⁱ·ě⬜⬜ň̌⬜ ěmpľó̌ỳěě ẘá⬜ ⬜ěň̌⬜ ó⬜⬜⬜đě ⬜ħě Čámbřⁱ·đ⬜ě óffⱡ·čě ⬜ó čóⱡ·ⱡ·ěč⬜ č⬜⬜ářě⬜⬜ě b⬜⬜⬜⬜ fřóm ⬜ħě ⬜řó⬜ň̌đ, áččóřđⁱň̌⬜ ⬜ó ⬜ẘó pěópľě fám⬜ⱡ·ⁱ·ář ẘⱡ·⬜ħ ⬜ħě ⬜ň̌č⬜đěň̌⬜. Á·ň̌ó⬜ħěř fóřměř mářⁱ·ě⬜⬜ň̌⬜ ěmpľó̌ỳěě řěčáⱡ·ⱡ·ěđ bě⬜ň̌⬜ á⬜⬜ěđ ⬜ó b⬜ỳ ⬜⬜⬜ħóváň̌ Ħ⬜⬜⬜áⱡ·ň̌, Á⬜⬜óň́ómỳ'⬜ fⁱⱡ·ň̌áň̌čě čħⁱ·ěf, ⬜ň̌đěřẘěář đⁱ·řⁱ·ň̌⬜ á čómpáňỳ ⬜řⁱ·p ⬜ó Mⁱ·ám⬜, běčá⬜⬜ě ħě ħá⬜

FOIA CONFIDENTIAL TREATMENT REQUESTED                          HP-SEC-02324820
                                                               Exh 2894-0057

                                                               ML_INT_0050598

14/10/2015                                    Long Before H-P Deal, Autonomy's Red Flags - WSJ

TIMELINE: A HISTORY OF HEWLETT-PACKARD



BIOS: ON H-P'S BOARD FOR THE TROUBLED PURCHASE



Marc Andreessen

Mr. Andreessen became a board director at Hewlett-Packard in 2009.
He served as the chairman of a software company that he co-founded, Opsware. Mr. Andreessen did a stint as chief technology officer of Netscape in 1999. He also co-founded Netscape.

Photo: Bloomberg

fá▯▯ěď ▯ó pá懽 á ▯▯ff▯č▯ěň▯ ▯▯pplý. ▯▯řňóvěř óň ▯ňě ▯áḷě▯ áňď mářḷěṫ▯▯ṅ ▯▯ ḟffᵢ▯ wáᵢ ṅ▯▯ṅ. Á ▯pó▯ě▯wómáň fóř Mř. Ḥ▯▯▯áᵢň ᵢčᵢňóẃᵢěď▯ěď ▯ňě ṅčᵢďěň▯ ṅáď ḧáppěňěd, b▯▯ ▯áᵢď ▯ňě ČFØ wáᵢ ▯▯mpᵢ·ý ḷáᵢě fóř á měěᵢṅ▯ áňď ḧáď ḷó▯▯ ṅ▯▯ ḷ·▯▯▯áᵢě.

Óň Mǿňďáy̌, Mř. Ḷẙňčṅ ▯áᵢď máṅ̌ý pěópᵢě ▯ňřᵢvěḏ óň Á▯▯óňómý'▯ á▯▯řěᵢᵢᵢvě á▯mǿᵢpňěřě, wṅᵢḷě ó▯ňěř▯ ďᵢď ň▯ᵢ.

Áččóřďᵢṅ▯ ▯ó ḷěᵢáḷ· fᵢḷᵢṅ▯▯ áňď fóřměř ěmpḷóẙěě▯, ▯ěň▯óř měmběř▯ óf Á▯▯óňómý'▯ máňá▯ěměň▯ ▯óměᵢᵢměᵢ wó▯ḷď ▯wǿǿp ṅ á▯ ▯ňě ḷáᵢᵢ mṅᵢṅ▯ᵢě áňď čómpḷěᵢě ďěáḷᵢ—áň ářřáň▯ěměň▯ ▯ňáᵢ, ṅ ▯ómě čáᵢěᵢ, č▯▯ ▯áḷěᵢpěópᵢě'▯ čómm▯▯▯ᵢóň▯ áňď ṅ ó▯ňěř čáᵢěᵢ á·ḷ·ǿẃěd ▯ňě ▯ěň▯óř ěxěč▯▯▯věᵢ ▯ó ňěᵢó▯▯áᵢě ó▯ňěř ářřáň▯ěměň▯▯ wᵢ▯ḥ čḷᵢěň▯▯.

Á ▯pó▯ě▯wómáň fóř Mř. Ḷẙňčṅ ▯áᵢď ▯ňě ďěáḷ·máᵢᵢṅ▯ ďᵢďň'▯ řě▯▯ḷ▯ ṅ č▯▯ čómm▯▯▯óň▯.

Á▯ ▯ᵢměᵢ, Á▯▯óňómý ▯áḷě▯pěópᵢě áppěářěḏ ▯ó čḷǿᵢě ďěáḷᵢ bẙ óffěřᵢň▯ ▯ó bᵢ̌ý č▯▯▯óměř' přóďᵢčᵢ▯. İ ṅ Jḷý 2009, Á▯▯óňómý ▯óḷḏ $9 mᵢḷᵢᵢóň ṅ ▯óf▯wářě ▯ó Ňěẃ Ŷóř▯-báᵢěḏ ďáᵢá přóvᵢḏěř VM▯ İ ṅfóřmáᵢᵢóň, áččóřďᵢṅ▯ ▯ó ěx-VM▯ Čṅᵢěf Ěxěč▯▯věᵢ Pěᵢěř Ẅěňᵢᵢřẙň áňḏ ▯ṅřěě fóřměř Á▯▯óňómý ěmpḷóẙěě▯. Á▯ ▯ňě ᵢámě ▯ᵢmě, Á▯▯óňómý á▯řěěḏ ▯ó bᵢ̌ý ábó▯▯ $13 mᵢḷ·ᵢóň ẃóř▯ḥ óf ḷᵢčěň▯ěᵢ fóř ďáᵢá fřóm VM▯, ▯áẙ Mř. Ẅěňᵢᵢřẙň áňḏ ▯ňě ěx-Á▯▯óňómý ěmpḷóẙěě▯.

Ẅṅᵢḷě Á▯▯óňómý bǿǿ▯ěḏ ▯ňě řěvěň▯ě fřóm ▯ňě VM▯ ďěáḷ· óň ▯▯▯ ▯ǿp ḷᵢňě, ▯ňě čó▯▯ óf ▯ňě ďáᵢá ᵢᵢ p▯řčṅáᵢěḏ wáᵢ ṅčḷᵢḏěḏ ṅ Á▯▯óňómý'▯ ▯áḷě▯, mářᵢěᵢᵢṅ▯ óř ó▯ňěř ěxpěň▯ěᵢ—pářᵢ▯▯ óf ▯ňě ṅčómě ᵢᵢáᵢěměň▯ ▯ňáᵢ óf▯ěň ářěň'▯ čǿň▯▯ḏěřěḏ á ▯ěẙ ṅḏᵢčáᵢǿř óř á ▯řǿẃ▯ṅ▯ ᵢěčṅ čómpáňẙ'▯ čǿřě přófᵢᵢábᵢḷᵢᵢ̌ẙ, ▯áẙ ▯ňě ▯ňřěě pěópᵢě fámᵢḷᵢář wᵢ▯ḥ ▯ňě máᵢᵢěř.

VM▯, wṅᵢčṅ ▯óᵢḏ ďáᵢá óň ▯V vᵢěẃᵢṅ▯ ṅábᵢᵢᵢ, ṅáḏ běěň ▯▯▯ṅ▯ Á▯▯óňómý ▯óf▯wářě ▯ṅčě ▯ňě ěářḷ·ý 2000▯, Mř. Ẅěňᵢᵢřẙň ▯áẙ▯, áňḏ ṅ ▯ňě 2009 ďěáḷ· á▯řěěḏ ▯ó ▯▯ě ▯ómě óf Á▯▯óňómý'▯ ▯ěčṅňóḷǿḷ̌ẙ ▯ó ěňṅáňčě ▯▯▯ b▯▯ᵢňěᵢᵢ. Ḥě ▯áẙ▯ Á▯▯óňómý'▯ á▯řěěměň▯ ▯ó bᵢ̌ý ▯ňě VM▯ ďáᵢá ḧěḷpěḏ páẃě ▯ňě ẃáẙ fóř VM▯'▯ b▯▯ p▯řčṅáᵢě fřóm Á▯▯óňómý.

"▯ňě fáčᵢ ▯ňáᵢ ▯ňěẙ wěřě ṅᵢěřěᵢᵢěḏ ṅ ḷᵢčěň▯ᵢṅ▯ ǿ▯ř ďáᵢá čěřᵢáᵢṅḷ·ẙ máḏě ▯ňáᵢ ᵢ̌ẙpě óf ďěáḷ· ěáᵢᵢěř, ň◌ ďǿ▯b▯ ábǿ▯▯ ᵢ▯," Mř. Ẅěňᵢᵢřẙň ▯áẙ▯. "Ẃě wěřě ṅᵢěřěᵢᵢěḏ ṅ ďǿ▯ṅ▯ á ďěáḷ·, b▯▯ máẙbě ň◌▯ óf ▯ňě máᵢṅᵢᵢ▯▯ďě ▯ňáᵢ wě ěňďěḏ ▯p ďǿᵢṅ▯."

FOIA CONFIDENTIAL TREATMENT REQUESTED                        HP-SEC-02324821
                                                                    Exh 2894-0058

                                                                    ML_INT_0050598

14/10/2015                                   Long Before H-P Deal, Autonomy's Red Flags - WSJ

Á □pø□ě□ẅømåň főř Mř. Lÿňčh □åỳ□ Á□□øňômỳ □□ěđ □hě VM□ đá□å □ň prě-□ålě□ prě□ěň□å□□øň□ □ő đěmøň□□řá□ě åň Á□□øňômỳ prőđ□č□ □hå□ åňålỳzěđ □ő□álⅰ-měđⅰá □□řěåm□, åňđ □hå□ □□ ẅhỳ □hě čőmpåňỳ bøø□ěđ □hě p□řčhå□ě å□ å måř□ě□□ň□ ěxpěň□ě. □hě □á□đ □hå□ □□čh đěåⅰ□ åřě åⅰⅰøẅěđ □ňđěř □hě □ň□ěřňå□□øňål· åččő□ň□□ň□ř□lě□ □hå□ Á□□øňômỳ □□ěđ.

VM□ f□ěđ főř á Čħáp□ěř 7 båň□ř□p□čỳ □ň 2011. Ⅰ ň á f□ⅼ□ň□, Á□□øňômỳ □á□đ VM□ øẅěđ □□ $6.4 m□H□øň å□ □hě □□mě øf □hě båň□ř□p□čỳ, □hě řě□□ⅼ□ øf á Đěčěmběř 2010 b□□□ňě□□ åřřåň□ěměň□.

H-P ħå□ åⅰ□ø áččő□□ěđ Á□□øňômỳ øf br□ň□□ň□ főřẅářđ řěvěň□ě fřőm đěåⅼⅰ ẅ□□h řě□ěⅼⅼěř□.



**Rising Revenue**

Autonomy showed rapid growth before being acquired by H-P in 2011.

2010: $870M

$800
600
400
200
0
'01   '03   '05   '07   '09

Source: the company

The Wall Street Journal

Øňě □řåň□åč□□øň ňøẅ □ňđěř □čř□□□ňỳ bỳ H-P □□ á 2010 đěåⅼⅰ ẅőř□h åř§□ňđ £4 m□H□øň ($6.4 m□H□øň) □hå□ Á□□øňômỳ □□ř□č□ ẅ□□h řě□ěⅼⅼěř □□□□□ □řő□p PLČ, á Bř□□□□h □□pp□ěř őf □őf□ẅářě □ó áččő□□ň□åň□□ åňđ ⅼåẅ f□řm□, áččő§řđ□ň□ □ó á pěř□øň br□ěfěđ øň □hě đěåⅼⅰ. □hå□ ỳěář, □□□□□'□ □ň věň□øřỳ □□ỳř§č□ě□ěđ □ó £4.1 m□H□øň fřőm £89,000 □hě př□őř ỳěář đ□ě □ó "á □□řěň□□hěň□ň□ őf ő□ř řěⅼá□□øň□h□p ẅ□□h á □ěỳ □őf□ẅářě přőv□đěř," áččő§řđ□ň□ □ó □□□ åňň□åⅼⅰ řěpőř□.

Á□□øňômỳ řěčő□ň□zěđ □hě □ő□åⅰⅰ đěåⅼⅰ å□ řěvěň□ě, □hě pěř□øň □á□đ. B□□ □□□□□ på□đ Á□□øňômỳ øňlỳ á□ □□ □ő⋅□ □hě □őf□ẅářě □ó č⋅□ěň□□, □hě pěř□øň □á□đ.

Á □pø□ě□ẅømåň főř □□□□□ đěčⅼ□ňěđ □ó čőmměň□ øň Møňđáỳ. Mř. Lÿňčh □á□đ □hå□

□ňđěř □hě áččő□□ň□□ň□ □□åň đářđ□ Á□□øňômỳ fø⋅ⅼⅼøẅěđ, □hě čőmpåňỳ přőpěřlỳ čő□ⅼđ řěčő□ň□zě řěvěň□ě øň □hě bøő□□ ẅhěň åⅰⅰⅰ přőđ□č□□ ẅěřě đěⅼⅰvěřěđ □ó á řě□ěⅼⅼěř, å□ øppø□ěđ □ó åň ěňđ č⋅□ěň□.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                                   **HP-SEC-02324822**
Exh 2894-0059

ML_INT_0050598

14/10/2015                                      Long Before H-P Deal, Autonomy's Red Flags - WSJ

A[]nom̃y []ĕd a home-grown company program, called M[], to record late-receipts' con[]ac[] with people[] later ch[]en[] and calculate the[] r[]e[] of cloud[]n[] late[]. Executives worked some[]me[] []e the data to craft broadly d[]r[]b[]ed email[] that in determining late-people, recall[] one former late-person. Those who late[] fell below a standard deviation executives calculated would be cr[][]zed or fired, the former late-person say[].

Amon[] some Cambridge []rad[]a[]e[], A[]nom̃y became [] known a[] a place [] o []e[] a h[]n-pay[]n[] job after []rad[]a[]on, end[]re the pre[][]re for a year, and q[] after the Chr[][]ma[] ex[]rava[]an za, wh[]ch wa[] held a[] a f[]ve-[]ar hotel in a d[]fferen[] E[]ropean c[]y each year, []ay former employye[].

In 2010, a []. executive for A[]nom̃y po[]ted o[] wha[] he []o[]h[] were problem[]c acco[]n[]n[] prac[]ce[] to h[] []per[]or[], []ay people br[]efed on the ma[]er. The problem[] inc[]ded the way A[]nom̃y boo[]ed reven[]e for prod[]c[] [] old []o re[]e[]er[]. The executive wa[] even[]al̃y f[]red, they []ay, and []oo[] h[] compla[]n[] []o A[]nom̃y'[] o[][]de a[]d[]or[], the []. []ec[]r[][][]e[] and Exchan[]e Comm[][][]on, and re[][][]a[]or[] in the []., the[]e people []ay.



Podcast

Listen to the latest technology news with the
Wall Street Journal Tech News Briefing.

00:00 |
04:11

[]E̊C off[]c[]al[] []a[]d a[] the []me that the[]y d[]dn'[] have j[]r[][]d[]c[]on over A[]nom̃y beca[]e []e wa[] []rad̊ed on the []., acc̊ord[]n[] []o people []nv̊olved in the []a[][]. The executive even[]al̃y reached a []e[]lemen[] pr̊oh[]b[][]n[] h[]m from p[]bl[]c̊l̊y d[][]c[][][][]n[] A[]nom̃y, []ay people w[]h []n̊oẘled̊e of the ma[][]er.

The []po[][]e[]ẘom̊an for Mr. L̊ỹn̊ch []a[]d the employye̊e wa[] f[]red beca[]e []wo people []n̊der h[] []per̊v[][]on en[]a[]ed in paẙr̊ol̊l fra[]d. The []a[]d the a[]d[] comm[][][]e̊e of A[]nom̃y'[] b̊oard of d[]rec̊or[] wa[] made aẘare of the a[]le[]a[]on[] a[]d con̊d[]c̊ed an []nde̊pendenc̊ rev[]ew w[]h []ndepenenden̊ a[]d[]or[] wh[]ch A[]nom̃y pa[]ed. The []a[]d tha[] the rev[]ew came []p d[]r[]n[] H-P'[] d[]e d[]l̊[]en̊ce pr̊oce[][].

The acc̊o[]n[]n[] f[]rm Del̊o[][]e a[][]ed q[]e[][]on[] ab̊o[] []nd̊iv̊id̊a[] de̊al[] b[] never ra[][]ed []er̊o[] con̊cern[] ab̊o[] A[]nom̃y'[] prac̊[]ce[], []ay people fam̊[]l̊ar w[]h the ma[][]er. The f[]rm'[] []. []n[] la[] we̊e[] []a[]d []] "c̊a[]e̊o̊r[]c̊al̊l̊y den̊[]e[]" hav̊[]n[] an̊y []n̊oẘled̊[]e of an̊y acc̊o[]n[]n[] []mpr̊opr̊[]e[][]e[] or an̊y m[]r̊ep̊re[]en̊[]a[][]on[] in A[]nom̃y'[] f̊]n̊an̊c̊[]al̊ []]a[]emen[][]. Del̊o[][][]e dec̊l̊[]n̊ed f̊]r̊the̊r c̊ommen̊t[] []h[] we̊e[].

In 2010, []] la[] f[]l̊l̊ year befo̊re be[]n̊[] ac̊q[][]r̊ed by H-P, A[]nom̃y repo̊r̊ted rec̊o̊r̊d rev̊en̊[]e of $870 m[]l̊l̊[]on—an̊ 18% j[]mp from the ye̊ar befo̊re—and pr̊of[][] of $377 m[]l̊l̊[]on, a 14% j[]mp from 2009.

A[] the []me H-P dec̊[]ded []o b̊[]y A[]nom̃y, the̊n-C̊h[]ef Execut[]ve L̊e̊o Ap̊o[]he[]e̊r wa[]

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02324823
Exh 2894-0060

ML_INT_0050598

14/10/2015                                        Long Before H-P Deal, Autonomy's Red Flags - WSJ

p⬛⬛ḧ⬛ñ⬛ ⬛ó řĕmá⬛ĕ ⬛ḧĕ čömpáñŷ á⬛ á ⬛óf⬛ẅářĕ ⬛⬛áñ⬛.



Autonomy quickly became one of Europe's biggest software companies under Chief Executive Mike Lynch. *ZUMA PRESS*

⬛ḧĕ čömpáñŷ bĕ⬛áñ ⬛ĕĕ⬛ñ⬛ pó⬛ĕñ⬛⬛á⬛· přóbĭĕm⬛ ẅ⬛⬛ḧ Á⬛⬛óñómŷ'⬛ b⬛⬛⬛ñĕ⬛⬛ ⬛ḧóř⬛ĭŷ áf⬛ĕř ⬛ḧĕ đĕá⬛· č⬛ó⬛ĕđ ĕář⬛ĭĕř ⬛ḧ⬛⬛ ŷĕář, ⬛áŷ pĕópĭĕ fám⬛⬛ář ẅ⬛⬛ḧ ⬛ḧĕ má⬛⬛ĕř. ⬛ḧĕ čömpáñŷ č⬛áẅĕđ bá⬛⬛ ⬛ómĕ óf ⬛ḧĕ čömm⬛⬛⬛óñ⬛ pá⬛đ ⬛ó ⬛á⬛ĕ⬛pĕópĭĕ ⬛⬛⬛ñ⬛ q⬛ĕ⬛⬛⬛óñáblĕ áččó⬛ñ⬛⬛ñ⬛ mĕ⬛ḧóđ⬛, ⬛ḧĕŷ ⬛áĭđ.

Á⬛⬛óñómŷ ⬛ř⬛ĕđ ⬛ó čóñ⬛⬛ñ⬛ĕ čĕř⬛áⁱñ áččó⬛ñ⬛⬛ñ⬛ přáč⬛⬛čĕ⬛ ⬛ḧá⬛ ⬛ḧĕ ñĕẅ pářĕñ⬛ ẅó⬛ĭđ ñ'⬛ áⁱ⬛óẅ, ⬛áŷ pĕópĭĕ fám⬛⬛ář ẅ⬛⬛ḧ ⬛ḧĕ má⬛⬛ĕř. Ħ-P f⬛řĕđ Mř. Ļŷñčḧ ⬛ñ Máŷ, áñđ ⬛óóñ áf⬛ĕř⬛ẅářđ á mĕmbĕř óf h⬛⬛ⁱññĕř č⬛řčĭĕ ⬛⬛⬛ⁱ· á⬛ Ħ-P ⬛ó⬛đ ⬛ḧĕ čömpáñŷ'⬛ ⬛ĕñĕř⬛á⬛· čó⬛ñ⬛ĕⁱ· ábó⬛⬛ pó⬛⬛⬛bĭĕ áččó⬛ñ⬛⬛ñ⬛ přóbĭĕm⬛.

Ļá⬛⬛ ẅĕĕ⬛, M⬛. Ẅḧ⬛⬛máñ ⬛⬛ĕđ á q⬛ář⬛ĕř⬛ŷ ĕářñ⬛ñ⬛⬛ áññó⬛ñčĕmĕñ⬛ ⬛ó ⬛áŷ ó⬛⬛ Ħ-P'⬛ čóñ⬛ĕñ⬛óñ ⬛ḧá⬛ ⬛⬛ ẅá⬛ đĕ⬛bĕř⬛á⬛ĕĭŷ m⬛⬛ĭĕđ ábó⬛⬛ Á⬛⬛óñómŷ'⬛ f⬛ñáñč⬛á⬛· řĕ⬛⬛ĭⁱ⬛⬛. ⬛ḧĕ ⬛áⁱđ $5 b⬛ⁱⁱⁱóñ óf ⬛ḧĕ Á⬛⬛óñómŷ ẅř⬛⬛ĕ-đóẅñ ⬛⬛ đ⬛ĕ ⬛ó ⬛ḧĕ áččó⬛ñ⬛⬛ñ⬛ ẅóĕ⬛, ⬛ḧó⬛⬛ḧ ⬛ḧĕ đĕč⬛⬛ñĕđ ⬛ó ĕxpĭáⁱñ ḧóẅ ⬛ḧĕ ⬛⬛⬛⬛ĕ⬛ áđđĕđ ⬛p ⬛ó ⬛⬛čḧ á ⬛ář⬛ĕ ñ⬛mbĕř.

Mř. Ļŷñčḧ bĭámĕđ ⬛ḧĕ đĕ⬛ĕř⬛óřá⬛⬛óñ óf Á⬛⬛óñómŷ'⬛ b⬛⬛⬛ñĕ⬛⬛ óñ m⬛⬛máñá⬛ĕmĕñ⬛ ⬛ñđĕř Ħ-P. Ħĕ ⬛áⁱđ ⬛ḧá⬛ Ħ-P ẅá⬛ áẅářĕ óf ⬛ḧĕ đ⬛ffĕřĕñ⬛ áččó⬛ñ⬛⬛ñ⬛ ⬛⬛áñđářđ⬛ Á⬛⬛óñómŷ ⬛⬛ĕđ á⬛ ⬛ḧĕ ⬛⬛mĕ óf ⬛ḧĕ đĕá⬛. "Ẅḧŷ ḧá⬛ Ħ-P ⬛⬛đđĕñĭŷ ẅó⬛ĕñ ⬛p ñóẅ áñđ ⬛áⁱđ ⬛ḧĕŷ j⬛⬛⬛ ⬛ñóẅ ⬛⬛ ñóẅ?" ḧĕ á⬛⬛ĕđ. "Ẅḧá⬛⬛ áč⬛⬛áĭⁱŷ ⬛ó⬛ñ⬛ óñ ḧĕřĕ ⬛⬛ ⬛ḧá⬛ ⬛ḧĕ b⬛⬛⬛ñĕ⬛⬛ fóř vář⬛ó⬛⬛ řĕá⬛óñ⬛ ḧá⬛ ñó⬛ ⬛ḧř⬛vĕđ ⬛ñđĕř Ħ-P'⬛ ĭĕáđĕř⬛ḧⁱp."

—Bĕñ Řóóñĕŷ áñđ Jóáññ ⬛. Ļⁱbⁱ⬛ñ čóñ⬛ř⬛b⬛⬛ĕđ ⬛ó ⬛ḧ⬛⬛ ář⬛⬛čĭĕ.

Ẅř⬛⬛ĕ ⬛ó Bĕñ Ẅóř⬛ḧĕñ á⬛ Bĕñ.Ẅóř⬛ḧĕñ@ẅ⬛j.čóm, Pá⬛ⁱ· ⬛óññĕ á⬛ Pá⬛ⁱ·⬛óññĕ@ẅ⬛j.čóm áñđ J⬛⬛⬛⬛ñ ⬛čḧĕč⬛ á⬛ J⬛⬛⬛⬛ñ.⬛čḧĕč⬛@ẅ⬛j.čóm

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    HP-SEC-02324824
                                                                                  Exh 2894-0061

                                                                                  ML_INT_0050598

14/10/2015                                    Long Before H-P Deal, Autonomy's Red Flags - WSJ

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                                    **HP-SEC-02324825**
Exh 2894-0062

ML_INT_0050598