# Exhibit D

## FINAL DRAFT

**Microlink Acquisition Related Revenue Transactions**

**A) Summary**

The purpose of this memo is to review the revenue recognition on sales to Microlink around the date of the acquisition by Autonomy and determine if any adjustments to the accounting treatment are required. In addition this memo considers a $10m sale made to Discovertech via Microtech at the end of 2009, days before the acquisition.

Autonomy made a large number of sales to Microlink in the 3 quarters prior to acquisition on 4 Jan 2010. The receivables from Microlink at the end of 2009 totaled $23m. It is evident from Microlink's balance sheet at acquisition that Microlink did not have the means to pay the majority of this balance. The subsequent writedown of the inventory, and the writedown of the payables in Microlinks books, also indicates that there was no bona fide end user deal at the time of the sale, which would have enabled the debt to be paid as it fell due.

It is therefore considered necessary to reverse $11.8m of revenue from the sales to Microlink from 2009.

The $23m of receivables also included $6.9m remaining balance from an own use sale to Microlink from Q4 08 of $11m. Although we have no evidence that the treatment of the original sale was incorrect the remaining debt was effectively forgiven by AU Inc on acquisition. This debt forgiveness should have been treated as a revenue reversal, rather than being capitalized as an intangible investment by AU on consolidation.

Of the remaining $4.3m of receivables at acquisition, $3.5m related to a federal government deal 'sold' to Microlink in Q2 2009. The deal was then sold by Autonomy to the end user during 2009 with the cash collected in March 2010. This second sale was not recorded by Autonomy and the cash collected was used to offset the $3.5m 'receivable' from Microlink. Although many aspects of the accounting are incorrect there is no net impact on the transfer pricing income received by ASL for the full year 2009 or 2010.

The remaining $0.8m receivables at acquisition have no issues noted. The larger items are not in inventory at acquisition and appear on Microlink's own trade receivables, so appear to have been sold on.

The above transactions all occurred in the US companies' books. However the corrections also impact ASL's results via the inbound transfer pricing from the US companies. The combined impact on ASL's results is to reduce retained earnings bwfd into 2010 by £7.4m and reduce 2010 revenue by £2.6m, with a net reduction in i/co receivables from the US subsidiaries of £10.0m.

Finally the evidence available regarding the $10m sale to Microteck for Discovertech at the end of 2009 indicates that this transaction was related to the acquisition, with relatively little fair value. It is therefore considered necessary to correct the previous accounting treatment and net the $10m proceeds from this sale against the acquisition price paid. Again this affects the transfer pricing income to the UK in 2009 and therefore the reserves and intercompany balances b/fwd to 2010.

This memo does not consider other purchase transactions with Microlink in 2009 and sales transactions that were not remaining in Autonomy's accounts receivable. These have been considered as part of the 2009

review of large deals, resulting in other adjustments.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-02326916**
Exh 2856-0003

ML_INT_0050560

**B) Findings on Transactions with Microlink**

1) Balances at aqn (before FV adjustments)

- Microlink acquired 4 Jan 2010

- AR from Microlink $23.0m at 31/12/2009. All from AU Inc

    o $16.130m from sales June-Dec 2009

    o $6.875m remaining from Dec 2008 $11m Microlink own use sale with extended payment plan

- Microlink 'Corrected' Balance Sheet at Aqn shows

    o $23m payable to AU - $16.1m recorded by Microlink plus the $6.875m liability which was not recorded.

    o $11.8mm deposits on software (inventory)

    o $0.1m overdraft

    o $8.3m receivables

    o Total current assets $20.7m,

    o Total current liabilities $26.1m

- It is apparent from the above that Microlink did not have the means to pay its AU balance unless and until the inventory was sold on to end users and cash collected. This indicates that the AU sales to Microlink in H2 09 should not have been recognized, as collectability was not assured and all risk had not transferred.

2) Acquisition Fair Value Adjustments

- On Acquisition in Q1 FY10. AU wrote down the inventory by $9.1m to $2.7m. This provides further evidence that the sale of software to Microlink in FY09 did not have bona fide end user deals when sold, or at the date of acqn.

- The $2.7m remaining related to an 'IBM Ameriprise' deal with an original invoice value of $4m – see below

- The related payables were, however, maintained in Microlink's books on acquisition.

- Note: The inventory writedown were pushed down to Microlink in Q2 FY10. The payables in Microlink's books were also reduced by similar amounts in Q2, despite not having been reduced on acqn.

- Subsequent P&L results do not indicate that Microlink recorded large sales with high gross margins.

3) Q1 Entries and Adjustments

a) IBM Ameriprise $2.7m

- During the Q1 10 consolidation the remaining $2.7m of IBM Ameriprise inventory was initially brought into the group consolidation (but shown as an 'other debtor' rather than inventory).

- It was then removed from 'other debtors' and the Microlink i/co balance with AU as a consol adjustment.

- Meanwhile in Q1 10 Zantaz closed the IBM Ameriprise deal directly in Q1 FY10 for $2.7m. Zantaz did not recognise this revenue, but booked the credit to an i/co account with AU INC to allow AU INC to write down their receivable from ML

- The nett of the above transactions was to keep the i/co balances in balance, write down the inventory in full, neutralize all revenue in Q1 10 and record a new debtor from IBM.

b) Own use purchase $6.9m

- The $6.875m own use purchase was adjusted via a consol entry to recognise an intangible asset and the corresponding intercompany balance (via an 'IFRS' Microlink adjustment). This intangible asset was amortised in the consolidated only books with a life of 7 years (this life was incorrect as there were only 2 years remaining on the license term).

- However during FY10 Microlink did not record the asset and did not appear to record any further expense or make payments to AU INC with respect to this own use purchase, which would have been expected if the 'IFRS' adjustment was genuine and the asset was really in use. It is more appropriate to conclude that the remaining $6.875m debt from Microlink was forgiven by AU Inc in FY10.

c) Federal government receivable

- Of the remaining $4.3m of receivables at acquisition, $3.5m related to a federal government deal 'sold' to Microlink in Q2 2009. The deal was then sold by Autonomy to the end user during 2009 with the cash collected in March 2010. This second sale was not recorded by Autonomy and the cash collected was used to offset the $3.5m 'receivable' from Microlink. Although many aspects of the accounting are incorrect there is no net impact on the transfer pricing income received by ASL for the full year 2009 or 2010.

d) Pushdown of the writedown of receivables from Microlink

- The Q1 pushdown removed $16m from the intercompany receivable in AU Inc (related to the $9.1m inventory written down and the $6.875m debt from the own use sale) and recorded them as a receivable from NAH. In subsequent quarters NAH reflected this as an intangible investment which, on consolidation, was grouped with interco balances and offset against an 'IFRS' Microlink consolidation adjustment. Eventually in Oct 11 this intangible was written down against reserves on the acqn of AU by HP. It was not amortised in the meantime.

4) Q2 and subsequent consolidation adjustments to inventory

- During the Q2 FY10 consolidation the inventory writedown was partially reversed on consolidation, reinstating $4.671m of inventory and reducing goodwill on acqn. This entry was not pushed down to

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-02326918
Exh 2856-0005

ML_INT_0050560

Microlink

- During Q3 FY10 the $4.671 was excluded from the consolidation with the debit effectively going to retained earnings bfwd. AU have then forced the retained earnings to balance via the use of the translation reserve.

- These subsequent adjustments will therefore be disregarded when considering the entity level accounting corrections required.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-02326919
Exh 2856-0006

ML_INT_0050560

### C) $10m Sale to Microtech for Discovertech at the end of 2009

a) Around the time that Autonomy acquired Microlink, Dave Truitt, the founder and an owner of Microlink spun-off a new company Discovertech from Microlink. On 31 Dec 2009 Autonomy sold $10m of software license including first year support to Microteck, for end user Discovertech. The software was Control Point with additional IDOL server software and sharepoint connector, all to be used only in connection with Discoverpoint. At the time Autonomy treated the transaction separately from the acquisition of the remainder of Microlink on 4th Jan 2010 and Deloitte concurred accepting that Microtech and Microlink were not related companies.

b) This treatment is now considered incorrect given the evidence below.

- The transactions are in very close proximity being executed within 3 business days.

- Payment is received for the 'sale' on 6th Jan which closely matches the acquisition date and does not represent normal commercial credit terms for a trade sale.

- The proposed sale and acquisition are discussed together in an email from Dave Truitt to Sushovan Hussain. The purchase is first discussed and then linked to the acquisition through the conjunctive 'so'.

  > Hi Sushovan, so sorry to hear about the flu, probably that long flight back to the UK. You might think I'm crazy to pay 5 million for an unproven product, but I think I would like to give that a shot. What I was thinking was that we would include the purchase of DiscoverPoint in with the Control Point OEM, so Autonomy would show revenue on both products in the 10 million dollar order. So total at closing for the MicroLink purchase would be 55 million with an immediate purchase of DP and Control Point OEM for 10 million from the New Company. I would take about 6 people from the development staff and one or two commercial sales reps (probably would not be needed by Autonomy anyway) and I would eventually transition out to run the new company when everything is running smoothly with MicroLink/Autonomy group. Autonomy would retain the rights to all of our other SW IP, including our AIS (Autonomy Integrations Suite) and fetch framework. We can go through specifically what I would want to take with DP IP but that is the general concept. If you are feeling better tomorrow, perhaps we could schedule time to chat in more detail. I hope you feel better soon.

- The email above also appears highly unusual in that a purchaser is apparently proposing to buy the software for a price that he says the seller might find crazy. This is not credible commercial practice for a independent purchase.

- The final price paid of $10m is, in the end, not connected to the proposed substance of the sale. The mail above contemplates Discovertech paying Autonomy $5m for Control Point and $5m for Discoverpoint (which must therefore contemplate AU buying Microlink whole prior to selling the DP software to Discoverteck). In the end Discovertech acquires the DP software from Microlink independently, but the order to Autonomy remains at $10m and is attributed solely to Controlpoint. It is therefore more likely that the $10 m price is in substance related to the acquisition price of $55m and not the actual products being acquired.

- The commercial substance is also not supported as the size of Discovertech does not justify a purchase of his magnitude. Specifcally Dave Truitt's email above suggests Discovertech will be

- small at start up with just a few employees moving with the spinoff. Microlink itself had annual review of only $25m (source – Steve Chamberlains board report on due diligence), therefore Discoverteck as a spinoff would represent a fraction of this. This is subsequently confirmed by a business report obtained by PWC which indicates that Discovertech's annual revenue is circa $0.68m. It is illogical that a business of this size could really support an OEM license purchase of $10m at the point of spinoff.

- The value to Discovertech is also questioned as we can find no evidence that the support on the license was renewed after the initial 1 year support term included in the $10m price.

- Deloitte's conclusion that Microtech is not linked to Microlink is also considered incorrect. At the time of the transaction Microtech and Microlink had common ownership in Dave Truitt at 32% and 80% and Tim Warton at 8% and 20% (source - Tim Warton interview with Morgan Lewis and PWC draft findings based on their Corp Intelligence report).

- The test to see whether the transaction is a related party one should also consider all parties to the transaction, not just the first tier reseller placing the order. The order from Microtech specifies that the software is for Discovertech and it is evident from the email above that Dave Truitt was negotiating the deal on behalf of Discovertech directly with Autonomy. Therefore the test should also consider whether Microlink and Discovertech are related parties. They clearly are, sharing a founder, part owner and CEO in Dave Truitt. Therefore the sale of the software to Discovertech and the sale of Microlink to Autonomy cannot be considered to be independent of each other simply because the software is sold via a reseller (however independent the reeller may be).

- Finally the justification for the Microlink acquisition price of $55m is very weak. The due diligence report indicates a return of 8% based on project 2010 earnings of $5m (rev $25m) and a $61m total price, being the $55m price plus a $6m projected working capital adjustment. However the 2009 PBT was only $1.4m on similar sales levels of $25m with $3m cost savings expected to be realized from synergies. The synergy assumption at the time is highly questionable as, due to its federal government status, Microlink had to be managed quite independently from AU via a proxy board. There is no evidence found as to how the synergies were to be realized and the subsequent results of Microlink do not exhibit them. Furthermore the 8% earnings were considered accretive compared to bank interest rates. However this is not a valid compare given the business risk adopted vs the relative security of a bank deposit. Instead a specific WACC should have been used. For example AU stated in its 2010 annual report that its own WACC was 12.8% and this, or a more specific rate, would have been an appropriate benchmark against which to judge the purchase price. This evidence is therefore consistent with the purchase price being inflated to allow space for the $10m 'sale' to Discovertech to be accommodated.

c) Given the evidence above it is concluded that it is more appropriate to treat the 2 transactions as related. The transactions should therefore be reflected at their fair values. The fair value of software is difficult to determine and is not established for AU products so cannot be determined reliably. Furthermore considering the small size of Discovertech and that this was an OEM type sale to be embedded in or sold only in connection with Discovertech's own products, the fair value is likely to have been only a small fraction of the stated purchase price and immaterial the AU financial statements. The

most appropriate treatment is therefore to net the entire 'sale' against the acquisition price in the restated financial statements.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-02326922**
Exh 2856-0009

ML_INT_0050560

### D) Conclusion

- The $9.1m of receivables written out of the AU Inc receivables from Microlink (and related to the inventory written down in the purchase accounting of Microlink) should not have been recognized in 2009 and should be reversed. The impact on ASL's 2010 results via the transfer pricing is to reduce retained earnings bfwd into 2010 and the i/co receivables from AU Inc by £5.7m.

- The $2.7m of receivables netted of against new revenue in Q1 2010 should not have been recognized as revenue in 2009 and the transaction and subsequent FY10 writedown should be reversed. The impact on ASL's 2010 results via the transfer pricing is to reduce retained earnings bfwd into 2010 and increase 2010 revenue by £1.7m.

- Of the remaining $4.3m of receivables at acquisition, $3.5m related to a federal government deal 'sold' to Microlink in Q2 2009. The deal was then sold by Autonomy to the end user during 2009 with the cash collected in March 2010. This second sale was not recorded by Autonomy and the cash collected was used to offset the $3.5m 'receivable' from Microlink. Although many aspects of the accounting are incorrect there is no net impact on the transfer pricing income received by ASL for the full year 2009 or 2010.

- The remaining $0.8m receivables at acquisition have no issues noted. The larger items are not in inventory at acquisition and appear on Microlink's own trade receivables, so appear to have been sold on.

- There is no evidence that the original treatment of the own use sale from AU to Microlink in 2008 needs to be adjusted. The sale was over 1 year prior to acqn and Microlink had made regular payments. However when the $6.875m debt was written down in AU Inc's books in FY10 this should have been treated as debt forgiveness (negative revenue) rather than transferred to ANAH books as an intangible. The impact on ASL's 2010 results via the transfer pricing is to reduce 2010 revenue by £4.3m.

The combined impact on ASL's results is to reduce retained earnings bwfd into 2010 by £7.4m and reduce 2010 revenue by £2.6m, with a net reduction in i/co receivables of £10.0m.

Finally the evidence available regarding the $10m sale to Microteck for Discovertech at the end of 2009 indicates that this transaction was related to the acquisition, with relatively little fair value. It is therefore considered necessary to correct the previous accounting treatment and net the $10m proceeds from this sale against the acquisition price paid. Again this affects the transfer pricing income to the UK in 2009 and therefore the reserves and intercompany balances b/fwd to 2010.

Full adjustment details are in the attached spreadsheet [$10m Q4 09 Microtech adjustment to be added]


adjustement.xlsx