# Exhibit F

**From:** Elliot-Smith, Andrea
**Sent:** 08 October 2013 18:27
**To:** Anderson, Antonia
**Subject:** FW: Software purchased from Microlink

**From:** Mutreja, Mohit
**Sent:** 29 May 2013 11:45
**To:** Blanchflower, Sean; Elliot-Smith, Andrea
**Cc:** Anderson, Antonia
**Subject:** RE: Software purchased from Microlink

I'm afraid I have never heard of these products myself also.

---



**Mohit Mutreja** mohit.mutreja@hp.com
Head of Research and Development
Autonomy, HP Software
Hewlett-Packard Company
303 E Wacker Dr, #2700
Chicago, IL 60601
USA
T +1 (312) 762-2410
M +1 (312) 543-8674
EA: Lara Rodrigues lara.rodrigues@hp.com
T +1 (312) 762-2498

**From:** Blanchflower, Sean
**Sent:** Wednesday, May 29, 2013 4:14 AM
**To:** Elliot-Smith, Andrea
**Cc:** Anderson, Antonia; Mutreja, Mohit
**Subject:** RE: Software purchased from Microlink

I'm afraid I have no idea. Certainly SAT has never been used internally to my knowledge, or even evaluated, but I have no knowledge of what was resold. You'd need to ask sales about pricing.

Dr Sean Blanchflower | Head of R&D, Autonomy | +44 1223 448000 | sean.blanchflower@hp.com

**From:** Elliot-Smith, Andrea
**Sent:** 28 May 2013 19:03
**To:** Blanchflower, Sean
**Cc:** Anderson, Antonia
**Subject:** Software purchased from Microlink
**Importance:** High

Hi Sean

I have been reviewing purchases made from resellers and noted there were two large software purchases made in 2009 from Microlink. These were as follows:

1) Purchase of MicroLink's Search Analysis Tool (SAT) product set for $4,100,000 (including 1 year support). Paid 30/3/09
2) Purchase of resale and distribution rights for Autonomy/Sharepoint Integration Suite (AIS) for MOSS ('Sharepoint 2007') for $5,200,000 (including 1 year support). Paid 2/10/09 and 16/12/09.

Both were 1 year terms to resell and include the software with IDOL shipments, and perpetual licence rights for internal utilisation and demonstration purposes.

Please can you let me know whether these two software licences have been being used or resold? And if so whether the price of these purchases appears reasonable?

Many thanks
Andrea

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02327084
Exh 2856-0171

ML_INT_0050560

Andrea Elliot-Smith
Group Revenue Accountant
Autonomy, an HP company
Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

Direct tel: +44 (0) 1223 488576
Email: andrea.elliot-smith@hp.com  Note new email address!

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-02327085**
Exh 2856-0172

ML_INT_0050560