| | |
|---|---|
| Jonathan M. Baum (SBN: 303469) <br> **Steptoe LLP** <br> One Market Street <br> Steuart Tower, Suite 1070 <br> San Francisco, CA 94105 <br> Telephone: (510) 735-4558 <br> jbaum@steptoe.com <br><br> Reid H. Weingarten (Admitted Pro Hac Vice) <br> Brian M. Heberlig (Admitted Pro Hac Vice) <br> Michelle L. Levin (Admitted Pro Hac Vice) <br> Nicholas P. Silverman (Admitted Pro Hac Vice) <br> Dwight J. Draughon (Admitted Pro Hac Vice) <br> Drew C. Harris (Admitted Pro Hac Vice) <br> **Steptoe LLP** <br> 1114 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 506-3900 | Christopher Morvillo (Admitted Pro Hac Vice) <br> Celeste L. Koeleveld (Admitted Pro Hac Vice) <br> Daniel S. Silver (Admitted Pro Hac Vice) <br> **Clifford Chance US LLP** <br> 31 West 52nd Street <br> New York, NY 10019 <br> Telephone: (212) 878-3437 <br> christopher.morvillo@cliffordchance.com <br><br> *Attorneys for Defendant* <br> *Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 3 TO EXCLUDE EXPERT TESTIMONY** <br><br> **(Government MIL No. 3)** <br><br> Date: February 21, 2024 <br> Time: 2:00 pm <br> Court: Courtroom 6 – 17th Floor <br> Date Filed: January 31, 2024 <br> Trial Date: March 18, 2024 |

## DECLARATION OF NICHOLAS P. SILVERMAN

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as the Exhibit A is a true and correct copy of the Expert Report of Philippe Cerf and Appendix A dated December 7, 2023, titled Summary of Expert Opinions of Philippe Cerf.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Greig Taylor dated December 7, 2023 and Appendices 1-3, titled Summary of Independent Expert Accounting Opinions of Mr. Greig Taylor FAC, dated December 7, 2023.

5. Attached hereto as Exhibit C is a true and correct copy of the Expert Report of John Levitske dated December 7, 2023, Appendices 1 and 2, and Attachments A-G, titled Expert Report of John Levitske.

6. Attached hereto as Exhibit D is a true and correct copy of Appendices J, K, and L to the Rebuttal Report of Steven Brice dated January 3, 2024.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed January 31, 2024 in Washington, D.C.

                                                */s/ Nicholas P. Silverman*  
                                                Nicholas P. Silverman