# Exhibit B

**Alix**Partners

**United States**

**-v-**

**(1) Michael Richard Lynch**
**(2) Stephen Chamberlain**

**Summary of Independent Expert Accounting Opinions of Mr Greig Taylor FCA**

**December 7, 2023**

AlixPartners, LLP
909 3rd Ave
New York
NY 10022

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# Contents ...............................................................

**1   Introduction** ........................................................................... 1
   1.1   Introduction ......................................................................1
   1.2   Scope of Work and Information Relied Upon .................................1
**2   Overview of IFRS** ....................................................................... 3
   2.1   Introduction ......................................................................3
   2.2   Accrual Accounting vs Cash Accounting .....................................3
   2.3   Rules vs Principles Based .......................................................4
   2.4   Changes Over Time ..............................................................5
   2.5   Hierarchy in IFRS................................................................6
   2.6   Autonomy's Financial Reporting ..............................................7
**3   Revenue Recognition Under IFRS** ..................................................... 8
   3.1   Introduction ......................................................................8
   3.2   Conditions to Recognize Revenue from Sale of Goods........................8
   3.3   Conditions to Recognize Revenue from Rendering of Services....................14
   3.4   Additional Considerations for Revenue Recognition .........................15
   3.5   Identification of the Customer and Transaction Components....................18
**4   Adjusting or Restating the Accounting Treatment of Transactions** ......................... 21
   4.1   Transactions Where Conditions Subsequently Change ...............................21
   4.2   Adjustments After the End of an Accounting period ..................................22
   4.3   Subsequent Adjustments for Changes in Policy, Estimates or Errors ....................23
**5   Disclosures and Presentation** ......................................................... 27
   5.1   Disclosure Requirements Under IAS 18 (Revenue) ..........................27
   5.2   Disclosure Requirements Under IFRS 8 (Operating Segments)....................27
   5.3   Expenses .........................................................................29
   5.4   Financial Disclosures Not Part of the Financial Statements.........................31
**6   Capitalization of Expenses** ........................................................... 32
**7   Declaration** ........................................................................... 34

**APPENDICES**

**1   Summary of Qualifications and Experience** ............................................. 35
**2   List of Documents Relied Upon** ...................................................... 37
**3   Comments on Summary of Independent Expert Accounting Opinions of Mr Brice ... 38**

# 1    Introduction

## 1.1    Introduction

1.1.1    I am Greig Taylor FCA, a Partner and Managing Director of AlixPartners, LLP, whose offices are at 909 3rd Ave, New York, NY 10022, United States.  I am a Fellow of the Institute of Chartered Accountants in England and Wales.   A summary of my experience and qualifications is attached at Appendix 1.  I have included a list of all publications I have authored in the previous ten years, and a list of all cases in which, during the previous four years, I have testified as an expert or by deposition.

1.1.2    I am instructed by Clifford Chance US LLP, lawyers acting on behalf of Dr Michael Richard Lynch, the former chief executive officer of Autonomy Corporation plc (**"Autonomy"**), to act as an Independent Expert Accountant in relation to a dispute with the United States.

1.1.3    This summary report sets out my opinions and the bases thereon in respect of the relevant accounting standards, International Financial Reporting Standards (**"IFRS"**), under which Autonomy prepared its financial statements during the period January 1, 2009 to September 30, 2011 (the **"Relevant Period"**).

1.1.4    This summary report is structured as follows:

(a)    Overview of IFRS, section 2;

(b)    Revenue Recognition Under IFRS, section 3;

(c)    Adjusting or Restating the Accounting Treatment of Transactions, section 4;

(d)    Disclosures and Presentation, section 5;

(e)    Capitalization of Expenses, section 6; and

(f)    Declaration, section 7.

1.1.5    I have also been instructed to review and comment on the Summary of Independent Expert Accounting Opinions of Steven Brice FCA (**"Mr Brice"**) dated 8 November 2023 (the **"Brice Report"**).  In particular, I have been asked to consider certain sections where Mr Brice provides an opinion on the application of IFRS and set out my observations on his opinions. I provide my comments in Appendix 3.

## 1.2    Scope of Work and Information Relied Upon

1.2.1    My summary report is based on the information available to me.  Appendix 2 sets out the list of sources I have relied upon.

1.2.2    I have used work performed by qualified accountants working under my direction, control, and supervision.  The opinions expressed in this summary report, however, are my own.  I report as an expert and not as a witness of fact.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

---

1.2.3   AlixPartners, LLP's fees for this engagement are not contingent on the outcome of these proceedings.  AlixPartners, LLP is being compensated at a rate of US$1,140 per hour for my time and between US$585 and US$1,115 per hour for staff working under my direction.

1.2.4   This summary report has been prepared solely for use in these proceedings.  In all other respects, this summary report (including attached appendices) is confidential and should not be used, reproduced, or circulated for any other purpose, in whole or in part, without my prior written consent.  Neither I, nor AlixPartners, LLP, will accept liability, if any, and only then as outlined in our engagement letter, to any other party other than the party that engaged AlixPartners, LLP.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# 2    Overview of IFRS

## 2.1    Introduction

2.1.1    IFRSs comprise International Financial Reporting Standards, International Accounting Standards (**"IAS"**), and Interpretations developed by the IFRS Interpretations Committee. Until 2000, issued accounting standards were called "IAS" and issued by the International Accounting Standards Committee. Following a reorganization in 2000, later standards were called "IFRS" and were issued by the International Accounting Standards Board (**"IASB"**). Previously issued IASs remain applicable unless replaced by a subsequent IFRS. In this summary report, where I refer to IFRS, I refer collectively to IFRS, IAS, and Interpretations (unless otherwise stated).

2.1.2    IFRSs are a set of financial reporting standards which set out accounting principles followed by companies preparing and publishing their financial statements. IFRSs set out the recognition, measurement, presentation, and disclosure requirements dealing with transactions and events that are important in a company's financial statements. From 2005 onwards, the European Union required publicly traded companies, such as Autonomy, to prepare their financial statements under IFRS.[1]

## 2.2    Accrual Accounting vs Cash Accounting

2.2.1    IFRS is an accrual accounting based system for recording transactions of a business. The concept under accrual accounting is that the financial impact of transactions (e.g., revenues or expenses) is recorded when the transaction occurs, which may not be at the same time as when amounts are actually paid or received (which would be the basis under cash accounting).

2.2.2    As a simple example, consider a company that over the course of one year sells a widget to a customer each quarter during Q1, Q2 and Q3 for $50 each, with payment due in the following quarter. To make the three widgets, the company had to purchase goods from a supplier for $90 in Q1, for which payment is not due until Q3.

2.2.3    Under accrual accounting, the $50 revenue from the three sales to the customer is recorded in Q1, Q2 and Q3 as the transactions occur, along with the associated cost of making those sales (under the matching principle):

| Accrual basis | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Revenue | 50 | 50 | 50 | - | 150 |
| Expense | (30) | (30) | (30) | - | (90) |
| **Profit** | **20** | **20** | **20** | **-** | **60** |

---

[1]    https://www.iasplus.com/en/news/2002/June/news504.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

2.2.4    Under cash accounting, the same transactions are recorded when the cash is paid or received:

| Cash basis | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Revenue (cash received) | - | 50 | 50 | 50 | 150 |
| Expense (cash paid) | - | - | (90) | - | (90) |
| **Profit (net cash)** | **-** | **50** | **(40)** | **50** | **60** |

2.2.5    In the examples above, the net effect of accounting for these transactions over the year is that the company records a profit of $60 and receipt of $60 cash, but the timing of when these amounts are recorded throughout the year is different.

2.2.6    Inherently, while cash accounting records transactions when cash is paid or received, accrual accounting requires judgement as it is necessary to assess when each transaction (both sales and purchases) should be recognized.  IFRS sets out the approach which should be adopted by companies to recognize transactions under the accrual basis.

2.2.7    The specific timing of when revenue recognition will occur will depend on when the necessary conditions of IAS 18 (Revenue) have been achieved (which I discuss in more detail in section 3 below).  In certain circumstances, it may be appropriate to either delay or defer the recognition of revenue to a later period (with any cash received being recorded as "Deferred Revenue", a liability on the balance sheet).  As disclosed in Autonomy's 2009 Annual Report and Accounts, if significant post-delivery obligations exist or if a sale of goods is subject to customer acceptance, revenue is deferred until no significant obligations remain or acceptance has occurred.  Similarly, where amounts are contingent upon acceptance of services, revenue is deferred until the acceptance criteria are met.

## 2.3    Rules vs Principles Based

2.3.1    Different accounting standards exist along a spectrum of rules and principles.  Whilst neither is a purely rules-based nor a purely principles-based system, it is accepted that the United States generally accepted accounting principles (**"US GAAP"**) are considered a more rules-based approach whereas IFRS is a more principles-based approach.  As such, there is a greater need under IFRS for a company to apply its judgement in certain areas than under US GAAP.

2.3.2    Where principles are to be applied, there are circumstances where two different accountants, faced with the same transaction, would record the transaction in different ways.  That is not to say that one accountant is wrong and the other is right; instead, it is a recognized feature of the application of principles under IFRS that different, but valid, accounting results can be reached due to the application of differing management or accounting judgements.

2.3.3    Examples of this may arise when a forward-looking assessment is necessary, such as the assessment of the collectibility of a debt.  Another example would be the assessment of the fair value of assets and liabilities.  Both topics are discussed in more detail later in this summary report.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

## 2.4    Changes Over Time

2.4.1    On a periodic basis, new and revised accounting standards and interpretations are issued by the accounting standard setters, which replace or update previous standards, or deal with new topics.  As a result, accounting practices and requirements change over time.  This is the same for all accounting standards, including IFRS.

2.4.2    An example of this evolution is the different versions of IAS 1 which have been issued.  The original IAS 1 (Disclosure of Accounting Policies) was issued in 1975.  This standard, along with IAS 5 (Information to Be Disclosed in Financial Statements) and IAS 13 (Presentation of Current Assets and Current Liabilities) was replaced by a revised IAS 1 (Presentation of Financial Statements) in 1997.  A further revised version of IAS 1 was issued in December 2003 with amendments made in September 2007 and June 2011 (as well as other amendments after the Relevant Period).[2]

2.4.3    Autonomy was a UK company (which first listed on the EASDAQ in 1998,[3] moving to London in 2000[4]).  Following the EU's requirement, from 2005 Autonomy presented its quarterly and annual financial information under IFRS.  This first-time adoption of IFRS by Autonomy required a transition and translation period from its previous accounting basis, UK GAAP, beginning in 2004.  After this fist-time adoption, IFRS continually evolved throughout the Relevant Period.  Per Autonomy's Annual Report and Accounts, in 2009, two new and revised standards were in effect, and 14 new and revised standards and four interpretations were issued by the International Financial Reporting and Interpretations Committee ("**IFRIC**") were in issue but not yet in effect.[5]  By 2010, five new and revised standards were in effect, and seven new and revised standards and IFRIC interpretations were in issue but not yet in effect.[6]

2.4.4    No industry-specific guidance on revenue recognition for software was provided under IFRS.  The same revenue recognition standard (IAS 18 (Revenue)) which was issued in 1993 and remained applicable until 2018 (other than minor changes) applied equally to software as to any other product generating revenue.[7]

2.4.5    I understand that Autonomy's business was built around its IDOL technology which could be tailored to a customer's requirements.  For example, Autonomy's 2010 Annual Report and Accounts explain that Autonomy offered over 500 different functions and connectors to over 400 different data repositories as part of its product suite, and that its products and offerings were continually evolving.[8]

2.4.6    It is against this background in the Relevant Period (i.e., the recent first-time adoption of IFRS, non-existent industry-specific IFRS guidance, the continuing introduction of new

---

[2]    https://www.ifrs.org/issued-standards/list-of-standards/ias-1-presentation-of-financial-statements/.
[3]    https://www.theguardian.com/business/1999/nov/17/autonomycorporationbusiness.
[4]    https://money.cnn.com/2000/10/31/europe/autonomy/index.htm.
[5]    Note 1 to the 2009 Annual Report and Accounts (page 40).
[6]    Note 1 to the 2010 Annual Report and Accounts (page 49).
[7]    The only exception being construction projects, where a specific standard, IAS 11 (Construction Contracts), applied.
[8]    Note 5 to the 2010 Annual Report and Accounts (page 58).

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

standards and interpretations, and an evolving product offering), that Autonomy was applying IFRS.

## 2.5    Hierarchy in IFRS

2.5.1    IFRSs are mandatory pronouncements.  When preparing a set of IFRS-compliant financial statements, all IFRSs must be implemented (albeit not all IFRSs will be relevant to all companies).  Each IFRS is based upon a framework which addresses the concepts underlying the financial information presented in a company's financial statements.  As each IFRS addresses a specific topic, and all IFRSs are based upon the same framework, there is limited scope for overlap or inconsistency to arise.

2.5.2    As stated in paragraph 17 of IAS 1 (Presentation of Financial Statements), *"In virtually all circumstances, an entity achieves a fair presentation by compliance with applicable IFRSs"*.[9] On this basis, it is only in exceptional circumstances that an accountant would need to look outside of a specific IFRS to determine the appropriate accounting treatment.

2.5.3    While the application of an IFRS is based on the specific text of the standard itself, there are often other sources which can provide context or guidance which may assist in interpreting the appropriate approach.  For example:

(a)    IFRSs are typically accompanied by a "Basis for Conclusions" document and "Implementation Guidance", which do not form part of the IFRS.  These documents summarize the IASB's considerations in reaching its conclusions when developing the associated standard and provide illustrative examples of the application of the IFRS;

(b)    IFRIC Interpretations, which are intended to provide consensus on the appropriate accounting treatment and authoritative guidance on accounting issues that have arisen under IFRS; or

(c)    major accounting firms often publish their own guidance or commentary on IFRSs which can assist when assessing the application of a standard.

2.5.4    As referenced above, there are also frameworks issued by the IASB which address the concepts underlying the financial information presented in a company's financial statements. The first framework (Framework for the Preparation and Presentation of Financial Statements) was published in 1989 and adopted by the IASB in April 2001.  This framework was superseded in September 2010 by the Conceptual Framework for Financial Reporting. In respect of preparers of financial statements, the frameworks state they are provided to assist preparers of financial statements in applying IFRSs and in dealing with topics that

---

[9]    IAS 1.17 further states that "*A fair presentation also requires an entity: (a) to select and apply accounting policies in accordance with IAS 8 Accounting Policies, Changes in Accounting Estimates and Errors.  IAS 8 sets out a hierarchy of authoritative guidance that management considers in the absence of an IFRS that specifically applies to an item. (b) to present information, including accounting policies, in a manner that provides relevant, reliable, comparable and understandable information. (c) to provide additional disclosures when compliance with the specific requirements in IFRSs is insufficient to enable users to understand the impact of particular transactions, other events and conditions on the entity's financial position and financial performance.*"

have yet to form the subject of an IFRS.[10]  Additionally, both frameworks clarify that neither framework: (i) is an IFRS and hence does not define standards for any recognition, measurement, or disclosure issue; nor (ii) overrides any specific IFRS.

## 2.6    Autonomy's Financial Reporting

2.6.1    During the Relevant Period, Autonomy prepared its consolidated financial statements (for each year ended 31 December) and quarterly results (for each quarter ended March 31, June 30, September 30 and December 31) under IFRS as applied by the European Union.  I refer to Autonomy's annual report and accounts (which include its financial statements) as **"Annual Report and Accounts"** and its quarterly reports as **"Quarterly Results"**.

2.6.2    The Quarterly Results include statements which typically confirm that, while they have been prepared under IFRS, they do not include all disclosures under IFRS.  This is not uncommon as quarterly and half yearly reports are more limited than annual report and accounts.  In fact, IFRS does not require companies to issue quarterly results.  As such, I understand that the accounting policies adopted by Autonomy were consistently applied when preparing the Quarterly Results and the Annual Report and Accounts.

---

[10]    The frameworks are also provided to assist various other groups, including the IASB in developing IFRS, auditors in forming an opinion as to whether financial statements conform with IFRS, and users of financial statements in interpreting financial statements prepared under IFRS.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# 3       Revenue Recognition Under IFRS

## 3.1     Introduction

3.1.1     During the Relevant Period, the relevant IFRS related to revenue recognition was IAS 18 (Revenue).  This standard was issued in December 1993 and was effective from 1 January 1995, superseding IAS 18 (Revenue Recognition) which had been approved in 1982, and subsequently replaced in 2018 by IFRS 15 (Revenue from Contracts with Customers).  By complying with IAS 18 (Revenue), an entity achieves a fair presentation with regard to the recognition of revenue.

3.1.2     IAS 18 (Revenue) prescribes the accounting treatment of revenue arising from the sale of goods, the rendering of services, and the use by others of entity assets yielding interest, royalties and dividends.

3.1.3     The more principles-based nature of IFRS, along with the lack of any industry-specific guidance on software revenue recognition and the bespoke nature of the products offered by Autonomy, meant that IAS 18 (Revenue) required judgement in application.  As a result, different accountants could validly form different conclusions when presented with the same transactions, each of which could be appropriate under IAS 18 (Revenue).

## 3.2     Conditions to Recognize Revenue from Sale of Goods

3.2.1     With respect to the sale of goods, IAS 18.14 requires all the following five conditions to have been satisfied before revenue can be recognized:[11]

(a)     the entity has transferred to the buyer the significant risks and rewards of ownership of the goods;

(b)     the entity retains neither continuing managerial involvement to the degree usually associated with ownership nor effective control over the goods sold;

(c)     the amount of revenue can be measured reliably;

(d)     it is probable that the economic benefits associated with the transaction will flow to the entity; and

(e)     the costs incurred or to be incurred in respect of the transaction can be measured reliably.

3.2.2     Once these five conditions have all been satisfied, revenue shall be recognized.

3.2.3     IAS 18.15-17 provide commentary on condition (a), IAS 18.9-12 provide commentary on the measurement of revenue in relation to condition (c), IAS 18.18 provides commentary

---

[11]     When discussing a specific paragraph of an IFRS, I employ the following shorthand: "IAS 18.14" represents "IAS 18 (Revenue), paragraph 14".

on condition (d), and IAS 18.19 provides commentary on condition (e).  No commentary is provided in IAS 18 (Revenue) in relation to condition (b).  I summarize each of the five conditions related to the recognition of revenue for the sale of goods below.

3.2.4    The IFRS Foundation (of which the IASB is part) published an annual "IFRS Briefing for Chief Executives, Audit Committees and Boards of Directors".  This document sets out summaries of IFRS at a high level and in non-technical language for Chief Executives, members of Audit Committees, Boards of Directors, and others who want a broad overview of IFRSs and the business implications of implementing them.[12]  The summary of IAS 18 (Revenue) in the 2009, 2010, and 2011 editions of this document sets out the following in respect to the conditions to recognize revenue from the sale of goods:

> "In general, revenue is recognised when it is probable that economic benefits from the transaction will flow to the entity and those benefits can be measured reliably.
>
> Revenue from the sale of goods is recognised when specified conditions are satisfied. For example:
>
> • significant risks and rewards of ownership have been transferred to the buyer; and
>
> • the entity has neither continuing managerial involvement in, nor effective control over, the goods."

3.2.5    No further commentary is provided in this document to expand on these conditions or explain how they should be interpreted.

### Transfer of Significant Risks and Rewards of Ownership

3.2.6    IAS 18.15 indicates that, in most cases, the transfer of the significant risks and rewards of ownership coincides with the transfer of legal title or possession to the buyer, which is the case in most retail sales.  This will typically occur when a contract is agreed between the parties and/or when the goods are delivered.  This assessment can require an evaluation of the circumstances of the transaction.

3.2.7    To meet this revenue recognition condition, the seller must transfer the *significant* risks and rewards of ownership to the buyer.  If *insignificant* risks and rewards are retained by the seller, revenue may still be recognized.  The assessment of what constitutes significant and insignificant is not discussed in IAS 18 (Revenue) and thus requires the application of judgement.

3.2.8    IAS 18.16 provides four examples of situations in which an entity may retain (i.e., may not transfer) the significant risks and rewards of ownership: (1) when the entity retains an obligation for unsatisfactory performance not covered by normal warranty provisions; (2) when the receipt of the revenue from a particular sale is contingent on the derivation of

---

[12]    These briefings state that they were prepared by the IFRS Foundation and were not reviewed by the IASB.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

revenue by the buyer from its sale of the goods; (3) when the goods are shipped subject to installation and the installation is a significant part of the contract which has not yet been completed by the entity; and (4) when the buyer has the right to rescind the purchase for a reason specified in the sales contract and the entity is uncertain about the probability of return.

3.2.9    These examples would often be subject to specific clauses in the sales contract which would set requirements, obligations, or milestones to be reached.  However, the use of the word "significant" in the third example when installation is part of the product being sold is notable.  There is no further commentary on this threshold (e.g., whether the installation: (i) represented a "significant" amount of the revenue; (ii) was required before the buyer was required to pay; or (iii) would take a "significant" amount of time to complete).  As a result, where installation needs to be considered, this can require judgement to determine whether the "significant" threshold applies.  The "IFRS Briefing for Chief Executives, Audit Committees and Boards of Directors" publications for 2009, 2010, and 2011 note that sales subject to installation and inspection are a circumstance in which the timing of recognition of revenue requires careful consideration.

3.2.10    While the examples in IAS 18.16 are not an exhaustive list, if none of the four examples apply, then the likelihood of the transfer of significant risk and reward increases.

### Degree of Continuing Managerial Involvement and Effective Control

3.2.11    This condition can be linked to the transfer or retention of the significant risks and rewards of ownership as it would be unusual for an entity to maintain managerial involvement to the degree associated with ownership without retaining the significant risks and rewards of ownership.

3.2.12    When discussing the concept of managerial involvement and control, the 2009 guidance published by PwC provides five potential indicators of continuing managerial involvement or retention of effective control: (1) the seller can control the future price of the item; (2) the seller is responsible for the management of the goods subsequent to the sale; (3) the terms of the transaction allow the buyer to compel the seller, or give an option to the seller, to repurchase the item at an amount not equal to fair value; (4) the seller guarantees the return of the buyer's investment or a return on that investment for a significant period; and (5) the seller has control over the re-sale of the item to third parties (for example, the seller can control the selling price, timing or counterparty of any re-sale transaction or, alternatively, resale is entirely prohibited).[13]

3.2.13    As with the examples provided when assessing the transfer of significant risks and rewards, these examples would often be subject to specific clauses in the sales contract which would identify specific rights and obligations.  While these examples are not an exhaustive list, if none of the five examples apply, then the likelihood increases that the entity retains neither

---

[13]    Extract from the 2009 PWC IFRS Manual of Accounting, para. 9.83.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

continuing managerial involvement to the degree usually associated with ownership nor effective control over the goods sold.

3.2.14    PwC also states that it is highly unlikely that an entity would retain continuing managerial involvement to the degree associated with ownership without also retaining the economic benefits of an asset.[14]    As such, a buyer is not likely to accept the seller's continued managerial involvement (to the degree usually associated with ownership) if the buyer paid fair consideration for the goods or services.    To the extent that there is any ongoing managerial involvement, an assessment must be made whether this would be considered equivalent to ownership and would therefore curtail revenue recognition.    It is important to note that this assessment (along with the assessment of the other revenue recognition conditions) will be based on the situation at the time the sale is made – such conditions could subsequently change, and this would not impact the initial recognition of revenue.

### Reliable Measurement of Revenue

3.2.15    To recognize revenue from the sale of goods, there must be a reliable measurement of that revenue.  IAS 18.9-12 discuss "Measurement of revenue".  These paragraphs indicate that:

> *"Revenue shall be measured at the fair value of the consideration received or receivable."*

where fair value is defined (at IAS 18.7) as:

> *"the amount for which an asset could be exchanged, or a liability settled, between knowledgeable, willing parties in an arm's length transaction."*

3.2.16    In most transactions, fair value will be the price identified in the associated contract or agreement which will be settled via cash:[15]

> *"The amount of revenue arising on a transaction is usually determined by agreement between the entity and the buyer or user of the asset."*
> (IAS 18.10)

> *"In most cases, the consideration is in the form of cash or cash equivalents and the amount of revenue is the amount of cash or cash equivalents received or receivable."* (IAS 18.11)

3.2.17    The 2009 guidance published by PwC notes that the contract agreed between the buyer and seller drives key issues such as measurement of consideration (and is also relevant to the measurement of costs and the probability of economic benefits flowing to the vendor).[16]   Therefore, unless it can be demonstrated that the parties involved in the transaction are

---

[14]    Extract from the 2009 PWC IFRS Manual of Accounting, para. 9.82.

[15]    If the receipt of the cash is deferred, then it may be necessary to adjust the amount received to reflect the financing being provided.

[16]    Extract from the 2009 PWC IFRS Manual of Accounting, para. 9.38.

not *"knowledgeable, willing parties in an arm's length transaction"*, then the price identified in a contract will be the amount of the revenue recognized.

### Probable Flow of Economic Benefits

3.2.18   To recognize revenue, it must be probable that the economic benefits associated with the transaction will flow to the entity making the sale.  In simple terms, it is necessary to consider whether the buyer will pay for the goods purchased and the seller will receive the cash.

3.2.19   IAS 18 (Revenue) does not define "probable".  In the absence of a specific definition, one may look for guidance in other standards and interpretations.  IAS 37 (Provisions, Contingent Liabilities and Contingent Assets) and IFRS 5 (Non-Current Assets Held for Sale and Discontinued Operations) define "probable" as *"more likely than not"*.[17]  While IAS 37 states that its definition of "probable" does not necessarily apply to other IFRSs, no such note appears in IFRS 5.[18]

3.2.20   In contrast to IAS 18 (Revenue)'s use of "probable", IAS 39 (Financial Instruments: Recognition and Measurement)[19] uses the phrase "highly probable" when discussing hedging products (e.g., at paragraphs 86(b) and 88(c)).  The associated implementation guidance for IAS 39 (section F.3.7) states that *"The term 'highly probable' indicates a much greater likelihood of happening than the term 'more likely than not'"*.  Based on IAS 39, the decision to describe something as "highly probable" in IFRS rather than simply "probable" (as is the case in IAS 18 (Revenue)) clearly requires a much higher threshold to be applied.

3.2.21   Therefore, a threshold of a greater than 50% chance has been adopted in practice[20] when assessing the likelihood of whether the economic benefits associated with the transaction will flow to the entity under IAS 18 (Revenue).

3.2.22   IAS 18 (Revenue) also does not define "economic benefit".  This term, however, may be considered in the context of the definition of revenue provided at IAS 18.7:

> *"Revenue is the gross inflow of economic benefits during the period arising in the course of the ordinary activities of an entity when those inflows result in increases in equity, other than increases relating to contributions from equity participants."*

3.2.23   In effect, the economic benefit is ultimately the cash received by the seller in exchange for the product sold.[21]  Therefore, the assessment of collectibility may consider whether it is more likely than not (i.e., whether there is a greater than 50% chance) that payment will be received.  Unless the cash is received at the same time the sale is made, there is never 100% certainty that the cash will be received.  Inherently, the test of whether the cash will

---

[17]   IAS 37.23 and IFRS 5, Appendix A (Defined Terms).
[18]   IAS 37.23.
[19]   IAS 39 was issued in March 1999 and was adopted by the IASB in April 2001.
[20]   Extract from the 2009 PWC IFRS Manual of Accounting, para 21.80 and 21.82.
[21]   If payment is not made at the same time as the sale is made, then the increase in economic benefit is the debtor balance (which also increases equity), which will be replaced by cash when payment is made.

Case 3:18-cr-00577-CRB   Document 309-3   Filed 01/31/24   Page 16 of 45

United States v (1) Michael Richard Lynch (2) Stephen Chamberlain
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

be received is a forward-looking exercise and so involves a degree of speculation. Therefore, this is an area where differing judgements can ultimately determine whether revenue from the sale of goods shall be recognized or not.

3.2.24   To make the collectibility assessment, which is made separately for each customer and/or transaction, it is necessary to consider the creditworthiness of the customer based upon the information available at the time. Such an assessment can inform, but cannot guarantee, collectibility of a debt. In addition, a customer's payment history can be a useful guide to the likelihood of collectibility (i.e., it may be reasonable to conclude that it is probable that a customer who has made several prior payments to a seller will do so again). As noted above, collectibility is only necessary to be considered "*more likely than not*" (i.e., a greater than 50% chance) to allow this condition for revenue recognition to be satisfied.

3.2.25   Where an uncertainty subsequently arises about the collectibility of an amount that has been recognized as revenue, the appropriate accounting treatment is generally not to adjust the amount of revenue, but rather to recognize the uncollectible amount as an expense (i.e., as a bad debt) when that uncertainty arises. This expense impacts net profit in the period in which it is recorded, but it does not impact revenue or gross profit in either the original period in which revenue was recognized nor the period in which the expense is recorded. The circumstances where the accounting for a transaction may be adjusted or restated by subsequent events is discussed further in section 4 below.

3.2.26   Autonomy's 2010 Annual Report and Accounts identify an "Allowance for doubtful debts" of 8.5% (2009) and 8.9% (2010) of the amounts due from customers, indicating that by the end of 2010, Autonomy assessed c.US$26 million of amounts owed from customers to be subject to credit risk. This allowance reflected "*management's assessment of the risk of each individual debt taking into account the ageing profile, experience and circumstance*".[22]

### Costs Incurred or to be Incurred in Respect of the Transaction can be Measured Reliably

3.2.27   It is necessary to recognize the revenue and expenses related to a transaction at the same time – in accounting, this concept is referred to as matching. The expenses include costs incurred up to the date of the sale and any subsequent costs. Where these costs cannot be reliably measured (but all other conditions to recognize revenue have been met), any amounts received are accounted for as a liability (i.e. Deferred Revenue) on the balance sheet until the revenue can be recognized.[23]

3.2.28   Identification of these costs can be assisted by IAS 2 (Inventories), which identifies the costs of inventories (or stock) and states that these costs should be matched as an expense to the related revenue:

---

[22]   Note 17a) to the 2010 Annual Report and Accounts (page 66).

[23]   This treatment of amounts received is specifically set out in IAS 18.19 for situations where costs cannot be measured reliably. However, the same would apply to any payments received before revenue had been recognized (i.e., if any of the five conditions for revenue recognition in IAS 18.14 are not satisfied).

(a)   *"The cost of inventories shall comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition."* (IAS 2.10)

(b)   *"The amount of inventories recognised as an expense during the period, which is often referred to as cost of sales, consists of those costs previously included in the measurement of inventory that has now been sold and unallocated production overheads and abnormal amounts of production costs of inventories. The circumstances of the entity may also warrant the inclusion of other amounts, such as distribution costs."* (IAS 2.38)

3.2.29   I separately address how the costs identified in this assessment are disclosed in a company's financial statements in section 5 below.

## 3.3   Conditions to Recognize Revenue from Rendering of Services

3.3.1   With respect to the rendering of services, IAS 18.20 requires that revenue associated with the transaction shall be recognized by reference to the stage of completion of the transaction at the end of the reporting period.   This approach is often called the "percentage of completion method".   IAS 18.25 states that in certain circumstances, the percentage of completion evaluation can be simplified:

> *"For practical purposes, when services are performed by an indeterminate number of acts over a specified period of time, revenue is recognised on a straight-line basis over the specified period unless there is evidence that some other method better represents the stage of completion. When a specific act is much more significant than any other acts, the recognition of revenue is postponed until the significant act is executed."*

3.3.2   In addition, IAS 18.20 requires that the outcome of the transaction can be estimated reliably – this occurs when all four of the following conditions have been satisfied:

(a)   the amount of revenue can be measured reliably;

(b)   it is probable that the economic benefits associated with the transaction will flow to the entity;

(c)   the stage of completion of the transaction at the end of the reporting period can be measured reliably; and

(d)   the costs incurred for the transaction and the costs to complete the transaction can be measured reliably.

3.3.3   Conditions (a), (b) and (d) are identical to those for the sale of goods discussed in section 3.2 above.

3.3.4   One additional consideration for condition (b) for the rendering of services is that such an assessment can be more difficult than for the sale of goods as the revenue (and collection

of this revenue) can extend for years into the future.  Despite this, the assessment must be made at the time of the transaction.

3.3.5    An additional consideration for condition (d) is that this assessment is also likely to be more difficult to undertake compared to the sale of goods.  This is due to the potential for the services to be provided over several years and because the identification of the costs related to provision of services is less distinct than those related to, for example, the manufacture of a product for resale.

3.3.6    In addition to the sale of goods, the "IFRS Briefing for Chief Executives, Audit Committees and Boards of Directors" also covers revenue recognition from rendering of services.  The wording in the 2009, 2010 and 2011 versions of this publication states:

> *"In general, revenue is recognised when it is probable that economic benefits from the transaction will flow to the entity and those benefits can be measured reliably.*
>
> *…*
>
> *For the rendering of services, revenue is recognised as work is performed. This is commonly referred to as the percentage of completion method. However, when the outcome of a service contract cannot be estimated reliably, revenue is recognised only to the extent of expenses recognised that are recoverable."*

3.3.7    No further commentary is provided in this document to expand on these conditions or explain how they should be interpreted.

## 3.4    Additional Considerations for Revenue Recognition

3.4.1    Typically, the revenue recognition criteria in IAS 18 (Revenue) are applied separately to each transaction.  However, in certain instances it is necessary to consider two (or more) transactions together.  This can occur when an exchange of goods or services occurs or when transactions are considered to be linked.  Additionally, it may be necessary to apply the revenue criteria to the separately identifiable components of a single transaction.

### Exchange Transactions

3.4.2    Under IAS 18.12, the accounting for exchange transactions depends on whether the goods or services being exchanged or swapped are considered to be of a similar or dissimilar nature.

3.4.3    The example of an exchange of similar goods included in IAS 18.12 is the exchange of commodities such as milk or oil where suppliers swap inventories at different locations.  In effect, these products are broadly interchangeable or indistinguishable from each other. Under IAS 18.12, no revenue is generated by either party when an exchange of similar goods occurs.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

3.4.4    Under 18.12, an exchange of dissimilar goods or services, revenue is generated and is measured at the fair value of the goods or services received (with an adjustment made to reflect the amount of any cash transferred).[24]

3.4.5    As noted above, fair value is defined at IAS 18.7 as:

> *"the amount for which an asset could be exchanged, or a liability settled, between knowledgeable, willing parties in an arm's length transaction."*

3.4.6    Therefore, the assessment of fair value is based on a hypothetical sale between parties.  The issue of how important or necessary the item being sold is to the buyer is not part of this assessment.   The assessment of fair value involves judgement.   Judgement becomes particularly important in the valuation of goods or services which are not regularly sold or for bespoke products.

3.4.7    While not explicitly stated, exchange transactions will likely only arise when both parties have agreed such an exchange is occurring, and the exchange is specifically documented within the sale/purchase contract(s).

### Linked Transactions

3.4.8    IAS 18.13 states that *"the [revenue] recognition criteria are applied to two or more transactions together when they are linked in such a way that the commercial effect cannot be understood without reference to the series of transactions as a whole"*.

3.4.9    The key concept in IAS 18.13 is whether the "commercial effect" of one transaction can be understood without reference to the series of transactions as a whole.  This determination is a fact-specific exercise performed contemporaneously.  Evaluating transactions in this respect requires considering the circumstances of each transaction (individually and, if necessary, together), which could include management assessments or explanations evaluated at the time the transactions were entered into.

3.4.10    As a result, whether transactions are considered to be linked is another area of IAS 18 (Revenue) where judgement is required, and thus accountants can reach different, valid conclusions for the same transactions.

3.4.11    IAS 18.13 provides an example of an entity which sells goods and, at the same time, enters into a separate agreement to repurchase the same goods at a later date.  As the subsequent repurchase negates the substantive effect of the transaction, the two transactions are considered linked and accounted for together.   A similar example is covered in the Implementation Guidance for IAS 18 (Revenue) at paragraph 5:

> *"Sale and repurchase agreements (other than swap transactions) under which the seller concurrently agrees to repurchase the same goods at a*

---

[24]    If it is not possible to reliably measure the fair value of the goods or services received, the revenue can be assessed based on the fair value of the goods or services provided (with an adjustment made to reflect the amount of any cash transferred).

*later date, or when the seller has a call option to repurchase, or the buyer has a put option to require the repurchase, by the seller, of the goods.*

*For a sale and repurchase agreement on an asset other than a financial asset, the terms of the agreement need to be analysed to ascertain whether, in substance, the seller has transferred the risks and rewards of ownership to the buyer and hence revenue is recognised. When the seller has retained the risks and rewards of ownership, even though legal title has been transferred, the transaction is a financing arrangement and does not give rise to revenue."*

3.4.12    In these two examples, the terms of the agreements are analysed to understand whether the revenue recognition criteria are satisfied.  The link between the transactions relates to the same goods being sold and repurchased.  When the recognition criteria are applied to the transactions together, the combined transaction does not satisfy the condition of the transfer of significant risks and rewards of ownership of the goods, and hence revenue is not recognized.  The only guidance in IAS 18 (Revenue) in determining whether a link exists between transactions relates to determining "commercial effect", which requires judgement.

3.4.13    When assessing whether two or more transactions involving different goods and/or services could be linked, considerations may include: (i) whether these transactions occurred around the same time; (ii) whether these transactions were negotiated by the same individuals on either side; or (iii) whether the contractual documentation for one transaction directly refers to the potentially linked other transaction.  However, these are indicators and are not determinative of establishing a linked transaction.  For example, in respect of (iii), if the reference in the contractual documentation indicates that the transactions are contingent or dependent on each other, resulting in an obligation, this would support these transactions being linked.  However, in the absence of such an obligation, a link may not be established.

3.4.14    The "IFRS Briefing for Chief Executives, Audit Committees and Boards of Directors" publications for 2009, 2010, and 2011 discuss that sale and repurchase agreements are a circumstance in which the timing of recognition of revenue requires careful consideration.  There is no discussion of linked transactions or the definition of "commercial effect".

### Transactions With Multiple Components

3.4.15    As IAS 18.13 explains, *"in certain circumstances, it is necessary to apply the recognition criteria to the separately identifiable components of a single transaction in order to reflect the substance of the transaction."*

3.4.16    In accordance with IAS 18.13, if a transaction includes the sale of a good and ongoing service, it is necessary to separate the two components of the transaction and recognize revenue when the recognition criteria are met for each component.

3.4.17    IAS 18 (Revenue) provides one example that explains that when the selling price of a product includes an identifiable amount for subsequent servicing, that amount is deferred and recognized as revenue over the period during which the service is performed.  However, IAS 18 (Revenue) does not expand upon how such components should be identified outside

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

___

of an explicit identification in the selling price.  Where separate components can be identified, it may be necessary to consider the value attributable to each component.  A fair value assessment may be required to split the total price identified in the contract or to confirm the price split included in the contract (although, as noted above, in most instances, the price negotiated between parties will be the fair value).  Given the limited guidance, revenue recognition for transactions with multiple components requires judgement.

3.4.18   The "IFRS Briefing for Chief Executives, Audit Committees and Boards of Directors" publications for 2009, 2010, and 2011 note that transactions with multiple elements are a circumstance in which the timing of recognition of revenue requires careful consideration.  The publications do not include any further definition or guidance on how to determine whether a transaction has multiple elements.

## 3.5   Identification of the Customer and Transaction Components

### Resellers

3.5.1   The use of "Value Added Resellers" (or VARs)[25] was described in Autonomy's Annual Report and Accounts for 2009 and 2010 as *"Autonomy's primary revenue channel"*.  A reseller model typically results in goods or services being sold to the reseller, and then a subsequent separate sale is made between the reseller and an end-user.

3.5.2   Under IAS 18 (Revenue), revenue must be recognized when the conditions are met for the sale to the reseller, as the reseller is the customer.  It is not necessary to consider the subsequent sale to any end-user by the reseller.

3.5.3   Achieving the criteria for revenue recognition from a sale to a reseller does not preclude a company from contacting the named or potential end-user of the goods or services on matters related to the goods or services sold to the VAR, including, but not limited to, scenarios where the potential end-user is already a customer of the seller.  This is the case whether the subsequent sale to the end-user has been completed or not.  It is a matter of judgement whether the potential for continued contact between the seller and the end-user constitutes "continuing managerial involvement to the degree usually associated with ownership" or "effective control over the goods sold."  If such contact occurs contemporaneously with the sale to the reseller, revenue will be recognized as long as the relevant conditions in IAS 18 (Revenue) have been satisfied.  If such contact occurs after the sale and recognition of revenue, the recognition of revenue would generally not be impacted by such subsequent events – this issue is discussed further in section 4 below.

### Original Equipment Manufacturers

3.5.4   Autonomy identified original equipment manufacturers (or **"OEMs"**) as another group of customers.  The 2009 Annual Report and Accounts describe the OEM program as one in which *"Autonomy's OEM customers bring Autonomy technology to vertical markets by*

___

[25]   While the common description is "Value Added Reseller", there is no requirement under IFRS for any "value to be added".  A reseller may purchase a product and then sell the same product with no modifications or additional services.

*embedding it in their own solutions*".  As well as an upfront fee, these customers would also pay further amounts based on the sales of the developed product.

3.5.5    In Autonomy's 2009 Annual Report and Accounts, the accounting policy for the sale of goods states that "*The group sells its products as licences to…OEMs…*".  Autonomy's customer in such a scenario is the OEM (and not the subsequent end-user of the developed product), and it is the sale to the OEM which would be considered when evaluating the conditions for revenue recognition.

3.5.6    As part of the OEM transaction, the 2009 Annual Report and Accounts state that "*An OEM pays an upfront non-refundable fee and then writes its new product which can take up to two years depending on its product roadmap and release cycle. Once the product is launched they make license payments of around three percent of product sales to Autonomy.*"

3.5.7    The example provided by Autonomy explains that an upfront non-refundable fee was payable upon the sale of the license to the OEM before the longer term sales volume-based licence fees became payable.  For the upfront non-refundable fee to be recognized as revenue, it needs to meet the conditions for sale of goods under IAS 18.14.  Revenue recognition for the later sales-based licence fees is then also assessed under IAS 18.14 based on the amount of product sold as reported by the OEM.

### Hosting

3.5.8    Autonomy offered "*Hosted Solutions*", summarized in the 2009 Annual Report and Accounts as follows:

> "*Autonomy also operates Software-as-a-Service (SaaS) and hosted solutions, where Autonomy software is run on hardware owned by Autonomy in one of our data centres.*"

3.5.9    The accounting policy for the sale of goods in the 2009 Annual Report and Accounts describes the different components of Autonomy's hosting transactions:

> "*Product revenues from the hosted business relate to the execution of production operations on computers which the company runs in its data centres. Revenues are generated from the use of our software and computers and from us maintaining the data. Customers commit for periods between one month and up to three years.*"

3.5.10    Under the hosting arrangements, Autonomy provided use of its software and computers in its own data centres.

3.5.11    The 2009 and 2010 Annual Report and Accounts clarify that product revenues from the hosting elements of these transactions are generated in two ways:

(a)    "*Paid up front, usually one to three years, in which case the group has an obligation to process the data using the group's software and archive for the contracted length of time using the group's proprietary storage technology. Revenues are allocated*

*between capture and archiving using the residual method, with the archiving element deferred and recognized rateably over the contracted period of archiving*"; and

(b) "*Paid on a pay-as-you-go basis, in which case the charge is based on the volumes of data ingested and stored each month. Revenues for pay-as-you-go customers are recognized on a monthly basis as the product is made available to customers. There is no deferred revenue in relation to these customers.*"

3.5.12 Autonomy accounted for the revenue arising from these multiple-element transactions in two separate parts, both of which were subject to the conditions under IAS 18.14.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# 4 Adjusting or Restating the Accounting Treatment of Transactions

## 4.1 Transactions Where Conditions Subsequently Change

4.1.1 In general, when considering the accounting treatment of a transaction, only contemporaneously available information and evidence is considered. For example, revenue is recognized when the transaction satisfies the necessary conditions under IAS 18 (Revenue) based on contemporaneous evidence.

4.1.2 Once the recognition conditions have been satisfied and revenue is recognized, any subsequent adjustments (if any) because of new information or evidence would be made as separate accounting entries such that both the original accounting entries and subsequent adjustment are included in the company's accounts. For example, as discussed above, to recognize revenue from the sale of goods, all the conditions of IAS 18.14 must be met, which includes condition IAS 18.14(d) related to collectibility. Where a debt from a customer is subsequently considered to be non-recoverable sometime after the revenue from a sale was recognized, the original revenue is not adjusted. Instead, a separate bad debt expense is recorded. The net effect of these accounting entries may result in the revenue and expense cancelling each other out in the period of the adjustment (i.e., the net effect on profit is nil), but both the revenue and bad debt expense accounting entries are recorded.

4.1.3 This accounting treatment is specifically noted in IAS 18.18 in respect of sale of goods and in IAS 18.22 for rendering of services. For example, for sale of goods, IAS 18.18 states:

> *"Revenue is recognised only when it is probable that the economic benefits associated with the transaction will flow to the entity...However, when an uncertainty arises about the collectibility of an amount already included in revenue, the uncollectible amount or the amount in respect of which recovery has ceased to be probable is recognised as an expense, rather than as an adjustment of the amount of revenue originally recognised."*

4.1.4 To illustrate this concept, I revisit the simple example from section 2 above. Following the sale and recognition of revenue in Q3, it is subsequently determined later within the same Q3 reporting period that the amount due is no longer recoverable (e.g., the customer has communicated that it cannot pay). In this situation, the revenue recognized in Q3 remains valid (as it satisfied the conditions under IAS 18 (Revenue) at the date of recognition), but it is then also necessary to record a bad debt expense for the amount which will not be collected:

|  | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Revenue | 50 | 50 | 50 | - | 150 |
| Expense | (30) | (30) | (30) | - | (90) |
| Bad debt expense | - | - | (50) | - | (50) |
| **Profit** | **20** | **20** | **(30)** | **-** | **10** |

21

4.1.5   The net effect of accounting for these transactions over the year is that the company now records a profit of $10 instead of $60, but it still records revenue of $150.

## 4.2   Adjustments After the End of an Accounting period

4.2.1   Following the end of a financial reporting period, whether at a quarter- or year-end, there is limited scope to revisit and adjust the accounting treatment of transactions.  That is not to say that it is not permissible to determine the appropriate accounting treatment after the period-end – just that the ability to reflect the impact of events after the period-end may be limited.

4.2.2   IAS 10 (Events After the Reporting Period) addresses events which occur between the end of a financial reporting period and the date the financial statements are authorized for issue.  Specifically, IAS 10.3 separates such events into two categories:

(a)   adjusting events, being *"those that provide evidence of conditions that existed at the end of the reporting period"*; and

(b)   non-adjusting events, being *"those that are indicative of conditions that arose after the reporting period".*

4.2.3   IAS 10.8 and IAS 10.10 then explain that for adjusting events an entity shall adjust the amounts recognized in the reporting period in its financial statements.  For non-adjusting events, an entity shall not adjust the amounts recognized in the reporting period in its financial statements.

4.2.4   If, in the example above, it was determined after the end of the Q3 reporting period (i.e., in Q4 but before the date the Q3 financial statements are authorized for issue) that collection is no longer probable, it is necessary to consider whether the factors which have arisen were indicative of conditions which existed at the reporting period-end (in the example, at the end of Q3) or arose after that date.  If it is established that:

(a)   the conditions resulting in the non-payment existed at the end of Q3, then this is an adjusting event for the purposes of the Q3 reporting period and the bad debt expense is recorded in Q3:

| Adjusting event | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Revenue | 50 | 50 | 50 | - | 150 |
| Expense | (30) | (30) | (30) | - | (90) |
| Bad debt expense | - | - | (50) | - | (50) |
| **Profit** | **20** | **20** | **(30)** | **-** | **10** |

(b)   the conditions resulting in the non-payment did not exist at the end of Q3, then this is a non-adjusting event for the purposes of the Q3 reporting period and the bad debt expense is recorded when the new condition arose in Q4:

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

| Non-adjusting event | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Revenue | 50 | 50 | 50 | - | 150 |
| Expense | (30) | (30) | (30) | - | (90) |
| Bad debt expense | - | - | - | (50) | (50) |
| **Profit** | **20** | **20** | **20** | **(50)** | **10** |

4.2.5    There is no overall difference to the annual revenue, expenses, and profits recorded by the company; the difference is only one of timing of the recognition between the quarters.

4.2.6    Factors which impact the assessment of whether an event is adjusting or non-adjusting are external to the reporting entity.  This increases the difficulty in the application of judgement when establishing the specific timing of events and facts to make the appropriate assessment.

4.2.7    As indicated by IAS 10 (Events After the Reporting Period), the requirement to assess whether to make an adjustment (where appropriate) is limited to the period between the end of the reporting period and the date when the financial statements are authorized for issue.  For example, Autonomy's Quarterly Results were typically issued c.3 weeks after the period-end (with the Annual Report and Accounts issued c.1 month after the period-end) and thus any assessment whether an adjusting or non-adjusting event had occurred is limited to these discrete periods.

## 4.3    Subsequent Adjustments for Changes in Policy, Estimates or Errors

4.3.1    Adjustments to the accounting for specific transactions after the date when the financial statements are authorized for issue are only made if they are covered by items considered in IAS 8 (Accounting Policies, Changes in Accounting Estimates and Errors).

### Changes in Accounting Policies

4.3.2    Under IAS 8.5, "*Accounting policies are the specific principles, bases, conventions, rules and practices applied by an entity in preparing and presenting financial statements.*"  For example, there are various methods to depreciate (or spread the cost) of a fixed asset over its useful life.  Once a company has selected a specific accounting policy (where IFRS permits different approaches), it is rare that such a policy can be changed.  Specifically, IAS 8.14 only allows such a change where it is required by IFRS or the change would result in providing more reliable and relevant information.

4.3.3    IAS 8.22 states that a change in accounting policy should be retrospectively applied to prior period and any other comparative amounts presented as if the new accounting policy had always been applicable.  As a result, this is an adjustment which could be made retrospectively.

### Changes in Accounting Estimates

4.3.4    Under IAS 8.5, "*A change in accounting estimate is an adjustment of the carrying amount of an asset or a liability, or the amount of the periodic consumption of an asset, that results from the assessment of the present status of, and expected future benefits and obligations*

Case 3:18-cr-00577-CRB   Document 309-3   Filed 01/31/24   Page 27 of 45

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

*associated with, assets and liabilities*." A change in accounting estimate affects an amount in financial statements that is subject to measurement uncertainty (e.g., is not an adjustment which could be made retrospectively). As noted in IAS 8.34, by its nature, a change in an accounting estimate may arise as a result of new information and therefore does not relate to prior periods and is not the correction of an error. As a result, such a change is not an adjustment which can be made retrospectively.

4.3.5    IAS 8.35 recognizes that it can be difficult to establish whether an adjustment is a change in accounting policy or a change in estimate. Such a determination results in different accounting treatments (i.e., whether an adjustment is made retrospectively or not). When it is difficult to distinguish between the two, the change is treated as a change in accounting estimate, and hence is not an adjustment which can be made retrospectively.

### Errors

4.3.6    Under IAS 8.5:

> "*Prior period errors are omissions from, and misstatements in, the entity's financial statements for one or more prior periods arising from a failure to use, or misuse of, reliable information that:*
>
> *(a) was available when financial statements for those periods were authorised for issue; and*
>
> *(b) could reasonably be expected to have been obtained and taken into account in the preparation and presentation of those financial statements.*
>
> *Such errors include the effects of mathematical mistakes, mistakes in applying accounting policies, oversights or misinterpretations of facts, and fraud.*"

4.3.7    Therefore, the key criteria for establishing a misstatement relates to the failure to use, or misuse of, available contemporaneous reliable information which the reporting entity could reasonably be expected to have obtained. If it is not reasonably expected that the entity could have obtained such contemporaneous reliable information, or the information was not available when the financial statements were authorized for issue, then the failure to use or misuse it cannot be considered in terms of assessing a misstatement.

4.3.8    Financial statements do not comply with IFRS if they contain either material misstatements or immaterial misstatements made intentionally to achieve a particular presentation of an entity's financial position, financial performance, or cash flows. According to IAS 8.42, material misstatements in prior periods should be corrected retrospectively.

### Materiality

4.3.9    Under IAS 8.5:

> "*Material Omissions or misstatements of items are material if they could, individually or collectively, influence the economic decisions that users*

> *make on the basis of the financial statements. Materiality depends on the size and nature of the omission or misstatement judged in the surrounding circumstances. The size or nature of the item, or a combination of both, could be the determining factor."*

4.3.10    As defined in IAS 8 (Accounting Policies, Changes in Accounting Estimates and Errors), the assessment of "materiality" is not wholly quantitative.

4.3.11    Materiality defines the threshold after which financial information becomes relevant to the decision-making needs of the users.  Materiality is a subjective concept.  As different users may focus on different elements of the financial statements, their assessment of materiality for each element may also differ.  In addition, the level of materiality will also depend on the company being considered.

4.3.12    The concept of materiality is fundamental to an audit.  It is applied by auditors at the planning stage, as well as when performing the audit and evaluating the effect of identified misstatements on the audit and of uncorrected misstatements, if any, on the financial statements.

4.3.13    The subjective nature of materiality is captured in International Standards on Auditing ("**ISA**") 320 (Materiality on Planning and Performing an Audit), which sets out the requirements for applying the concept of materiality in planning and performing audits of financial statements but does not include a definition for materiality.

4.3.14    A publication by the Institute for Chartered Accountants in England & Wales on ISA 320 entitled "Materiality in the audit of financial statements" explains that "*The truth is one size does not fit all. Auditors need to use their professional judgement to determine an appropriate benchmark and the chosen benchmark needs to be justifiable, with the rationale clearly documented.*"[26]  Judgement is an underlying theme in ISA 320, which makes nine references to "judgment" and "professional judgment".

### Use of Hindsight

4.3.15    When considering whether a retrospective restatement is necessary for a change in accounting policy or to correct a prior period misstatement, IAS 8.53 states:

> *"Hindsight should not be used when applying a new accounting policy to, or correcting amounts for, a prior period, either in making assumptions about what management's intentions would have been in a prior period or estimating the amounts recognised, measured or disclosed in a prior period".*

4.3.16    Therefore, any application of hindsight is prohibited when considering whether a transaction needs to be restated for a change in accounting policy or to correct a prior period misstatement.

---

[26]    https://www.icaew.com/-/media/corporate/files/technical/iaa/materiality-in-the-audit-of-financial-statements.ashx.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

4.3.17    Examples of events which could occur after a transaction is recorded but which would not result in a retrospective restatement are:

(a)    where a customer subsequently did not pay their debt

(i)    if revenue is recognized under IAS 18 (Revenue) on the sale to the customer, the original revenue would remain and a bad debt expense would also be recognized;

(b)    where a separate, subsequent sale by a customer of the same goods to its end-user did not ultimately complete

(i)    if revenue is recognized under IAS 18 (Revenue) on the sale to the customer, the completion or otherwise of an onward sale to the customer's end-user is not relevant;

(c)    where a customer subsequently did not use the purchased goods in the manner contemplated by the parties at the time of the sale

(i)    if revenue is recognized under IAS 18 (Revenue) on the sale to the customer, what the customer subsequently does with the purchased goods is not relevant;

(d)    where, having sold goods to a customer, the customer subsequently sells goods to the seller

(i)    if revenue is recognized under IAS 18 (Revenue) on the sale to the customer, the later sale from the customer to the seller is not relevant.

4.3.18    Furthermore, the recording of a transaction is not a misstatement if certain reliable information is subsequently obtained which was not reasonably expected to have been obtained contemporaneously.  Examples of information subsequently obtained which would not result in a misstatement are:

(a)    internal email correspondence between individuals within a customer;

(b)    financial information of a customer that was not publicly or reasonably available to the seller; and

(c)    re-recording of historic transactions by another party after the fact.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# 5      Disclosures and Presentation

## 5.1      Disclosure Requirements Under IAS 18 (Revenue)

5.1.1      Under IAS 18.35, a company is required to disclose:

> "*(b) the amount of each significant category of revenue recognised during the period, including revenue arising from:*
>
> > *(i) the sale of goods;*
> >
> > *(ii) the rendering of services;*
> >
> > *(iii) interest;*
> >
> > *(iv) royalties;*
> >
> > *(v) dividends; and*
>
> *(c) the amount of revenue arising from exchanges of goods or services included in each significant category of revenue.*"

5.1.2      IAS 18 (Revenue) indicates that "significant" revenue categories are the five groupings listed above but does not preclude additional "significant" categories being disclosed if the revenue recognized is not captured within those five categories.  Therefore, the "sale of goods" category captures the sales of all goods, with no additional requirement in IAS 18 (Revenue) for it (or any of the other categories) to include further sub-categories.

5.1.3      Autonomy applied IAS 18.35 by separately disclosing the amount of revenue in relation to the sale of goods and the rendering of services in the notes to the Annual Report and Accounts for the Relevant Period.

## 5.2      Disclosure Requirements Under IFRS 8 (Operating Segments)

5.2.1      IFRS 8 (Operating Segments) became effective from 1 January 2009 and so was a new accounting standard to implement during the Relevant Period.  This IFRS sets out the information which a company should disclose to "*enable users of its financial statements to evaluate the nature and financial effects of the business activities in which it engages and the economic environments in which it operates*".[27]  This information can include disclosures related to the products sold, the geographies where the company operates, and the company's customers.

---

[27]      IFRS 8.1.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

---

### Segmental Reporting

5.2.2    The most extensive disclosures required under IFRS 8 (Operating Segments) are those related to operating segments.  IFRS 8.5 defines an operating segment as:

> *"a component of an entity:*
>
> *(a) that engages in business activities from which it may earn revenues and incur expenses (including revenues and expenses relating to transactions with other components of the same entity),*
>
> *(b) whose operating results are regularly reviewed by the entity 's chief operating decision maker to make decisions about resources to be allocated to the segment and assess its performance, and*
>
> *(c) for which discrete financial information is available."*

5.2.3    Having identified operating segments, it is then necessary for a company to determine whether it is necessary to report these operating segments under IFRS 8.11-19. Autonomy's 2009 and 2010 Annual Report and Accounts identify that it had one operating segment and provided a segmental analysis of this operating segment based on a geographical split.

### Entity-Wide Disclosures

5.2.4    In addition to the segmental reporting, IFRS 8 (Operating Segments) also required certain entity-wide disclosures at a revenue-only level.  If a company provided a geographic split as its segmental reporting, under IFRS 8.32, it was required to *"report the revenues from external customers for each product and service, or each group of similar products and services".*

5.2.5    IFRS 8.32 permits grouping *"similar products and services"*.  However, there is no commentary or guidance in IFRS 8 (Operating Segments) as to how "similar products and services" should be determined.  As a result, the definition of "similar products and services" is a matter of judgement.

5.2.6    Some assistance may be found by considering the Basis for Conclusions for IFRS 8 (Operating Segments).  While not forming part of IFRS 8, paragraph BC1 of this document states that it *"summarises the International Accounting Standards Board's considerations in reaching the conclusions in IFRS 8".*  IFRS 8 (Operating Segments) was introduced as a replacement for IAS 14 (Segment Reporting) to be consistent with the existing US GAAP (SFAS 131 (Disclosures about Segments of an Enterprise and Related Information)).[28] Paragraph BC4 of the IFRS 8 Basis for Conclusions states that the requirements of SFAS 131 are *"based on the way that management regards an entity, focusing on information about the components of the business that management uses to make decisions about operating*

---

[28]    IFRS 8 Basis for Conclusions BC2, BC3, and BC16.

Case 3:18-cr-00577-CRB   Document 309-3   Filed 01/31/24   Page 32 of 45

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

*matters"*.  As such, the objective of the standard is to provide further information to the users of the accounts which would be available to and considered by management.

5.2.7   On this basis, the determination of what constitutes "similar products and services" is an assessment based on management's approach (i.e., if management did not receive the split in information or did not consider it to be relevant, then a further split of products and services would not be necessary).

5.2.8   Another consideration is whether IFRS 8.32 indicates a quantitative threshold above which disclosure is required.

5.2.9   The lack of any stated quantitative basis or threshold in IFRS 8.32 suggests a more qualitative approach is preferred, which is consistent with the "management approach" basis of IFRS 8 (Operating Segments).  In other words, for purposes of segmental reporting under the IFRS 8, the standard for disclosure (i.e., management approach) is not the same as the standard of materiality (i.e., user approach).

5.2.10  The underlying basis for IFRS 8 (Operating Segments) and the limited details on how to implement the entity-wide disclosures suggest a range of interpretations could have been made when implementing this new standard.  This is illustrated by a post implementation review of IFRS 8 by the IASB in July 2013.  In relation to entity-wide disclosures, the feedback noted that:[29]

> *"Many participants think that entity-wide disclosures are poorly understood … Many think that entity-wide disclosures are inconsistently applied across entities and it is claimed that regulators frequently challenge the entity-wide disclosures made."*

## 5.3   Expenses

5.3.1   As noted in section 3 above, in order to recognize revenue, the costs incurred or to be incurred need to be measured reliably.  Such costs are recognized as expenses at the same time as the revenue under the matching principle.  IAS 2.38 (Inventories) states that:

> *"The amount of inventories recognised as an expense during the period, which is often referred to as cost of sales, consists of those costs previously included in the measurement of inventory that has now been sold and unallocated production overheads and abnormal amounts of production costs of inventories. The circumstances of the entity may also warrant the inclusion of other amounts, such as distribution costs."*

5.3.2   The wording in IAS 2 (Inventories) is not definitive when it comes to how these costs should be recorded in the profit and loss account as it only refers to the expense of inventory costs

---

[29]   Page 24 of IFRS Post-Implementation Review: IFRS 8 Operating Segments (July 2013).

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

---

as "*often referred to as cost of sales*".[30]  This wording does not preclude these costs from being recorded as expenses elsewhere in the profit and loss account.

5.3.3   There is limited guidance in IFRS on where a specific expense should be recorded within the profit and loss account.  As a result, there is no explicit requirement or guidance under IFRS regarding how expenses should be allocated to particular line items in the financial statements.

5.3.4   The accounting issue is whether the expense must be recorded within a certain cost line item in the financial statements (e.g., within "cost of revenues" or "costs of goods sold") or whether it could, even partially, be recorded within another expense category.  As the wording in IAS 2 (Inventories) is not definitive, this may lead to the potential for certain expenses to be recorded within different cost line items in the financial statements.

5.3.5   IAS 1 (Presentation of Financial Statements) contains guidance on the presentation of expenses and discusses how a profit and loss account is structured:

> "*An entity shall present an analysis of expenses recognised in profit or loss using a classification based on either their nature or their function within the entity, whichever provides information that is reliable and more relevant.* (IAS 1.99)
>
> *Entities are encouraged to present the analysis in paragraph 99 in the statement of comprehensive income or in the separate income statement (if presented).* (IAS 1.100)
>
> *Expenses are subclassified to highlight components of financial performance that may differ in terms of frequency, potential for gain or loss and predictability. This analysis is provided in one of two forms.*" (IAS 101)

5.3.6   Of the two forms of presentation identified (being nature of expense and function of expense), Autonomy used the function of expense method (with expenses reported as "Cost of revenues", "Research and development", "Sales and marketing", "General and administrative", and "Other costs").  With regards to this option, IAS 1.103-104 states:

> "*The second form of analysis is the 'function of expense' or 'cost of sales' method and classifies expenses according to their function as part of cost of sales or, for example, the costs of distribution or administrative activities. At a minimum, an entity discloses its cost of sales under this method separately from other expenses. This method can provide more relevant information to users than the classification of expenses by nature, but **allocating costs to functions may require arbitrary allocations and involve considerable judgement**....*

---

[30]         IAS 2.38.

> *An entity classifying expenses by function shall disclose additional information on the nature of expenses, including depreciation and amortisation expense and employee benefits expense."* [emphasis added]

5.3.7   The wording in IAS 1 (Presentation of Financial Statements) does not include any specific definition or set criteria for categorization of expenses nor does it include a definition of "cost of sales".  In addition, the standard recognizes that the allocation of costs between functions *"may require arbitrary allocations and involve considerable judgement".*

## 5.4   Financial Disclosures Not Part of the Financial Statements

5.4.1   Under IAS 1.10, a complete set of financial statements comprises:

> *"(a) a statement of financial position as at the end of the period;*
> *(b) a statement of comprehensive income for the period;*
> *(c) a statement of changes in equity for the period;*
> *(d) a statement of cash flows for the period;*
> *(e) notes, comprising a summary of significant accounting policies and other explanatory information; and*
> *(f) a statement of financial position as at the beginning of the earliest comparative period when an entity applies an accounting policy retrospectively or makes a retrospective restatement of items in its financial statements, or when it reclassifies items in its financial statements."*

5.4.2   IAS 1.49-50 further state that it is only the financial statements that are subject to IFRS and that disclosures which are not part of the financial statements are not subject to IFRS:

> *"An entity shall clearly identify the financial statements and distinguish them from other information in the same published document.*
>
> *IFRSs apply only to financial statements, and not necessarily to other information presented in an annual report, a regulatory filing, or another document.   Therefore, it is important that users can distinguish information that is prepared using IFRSs from other information that may be useful to users but is not the subject of those requirements."*

5.4.3   Therefore, IAS 1 (Presentation of Financial Statements) clearly states that IFRSs apply only to financial statements.   The standard also clearly states that reports and statements presented outside of financial statements (e.g., a financial review by management) are outside the scope of IFRSs.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# 6      Capitalization of Expenses

6.1.1    When a company makes a purchase, the accounting entry for that purchase will reflect either an expense or an asset.  Broadly:

(a)    an expense is a purchase which is fully utilized in a single accounting period.  The amount is fully included in the profit and loss for that period; and

(b)    an asset is a purchase which will be used in a later accounting period or over a number of accounting periods.  The amount is recorded on the balance sheet and then expensed in the period(s) it is used.

6.1.2    In certain circumstances, costs which would generally be considered expenses are required to be recognized as an asset (or capitalized).  In particular, IAS 38 (Intangible Assets) requires "Development" expenditure to be capitalized.[31]   Autonomy's Q3 2009 Quarterly Results and 2009 Annual Report and Accounts referred to this process as follows:

*"Under IAS 38 the company is required to capitalize certain aspects of its research and development activities. The amount of R&D that was capitalized in third quarter of 2009 was $11.7 million (Q3 2008: $3.0 million), increasing year-on-year primarily due to the new IDOL SPE product reaching commercial exploitation phase, but is expected to return to historical levels in the fourth quarter."* (Q3 2009 Quarterly Results)

*"R&D capitalization increased in the year primarily due to the new IDOL SPE product reaching commercial exploitation phase Q3 2009, and returned to historical levels in Q4 2009. The net margin impact for the full year is 2% (2008: 1%). Capitalization has returned to traditional levels of approximately 2.5% of revenues after completion of IDOL SPE in Q3 2009."* (2009 Annual Report and Accounts)

6.1.3    IAS 38.8 defines "development" as

*"the application of research findings or other knowledge to a plan or design for the production of new or substantially improved materials, devices, products, processes, systems or services before the start of commercial production or use."*

6.1.4    IAS 38.57 sets out the criteria which must be met for costs related to development to be capitalized:

*"(a) the technical feasibility of completing the intangible asset so that it will be available for use or sale.*

---

[31]    The ability to capitalize certain costs of development is a significant difference between IFRS and US GAAP (where all such costs are expensed as incurred).  This difference only applies to development costs.  Under both IFRS and US GAAP, research costs are expensed as incurred.

*(b) its [the entity's] intention to complete the intangible asset and use or sell it.*

*(c) its [the entity's] ability to use or sell the intangible asset.*

*(d) how the intangible asset will generate probable future economic benefits. Among other things, the entity can demonstrate the existence of a market for the output of the intangible asset or the intangible asset itself or, if it is to be used internally, the usefulness of the intangible asset.*

*(e) the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset.*

*(f) its [the entity's] ability to measure reliably the expenditure attributable to the intangible asset during its development."*

6.1.5   As such, it is only when a clear path to develop and sell the related product has been identified and recorded that development costs are capitalized.[32] The specific determination of when these criteria have been achieved includes input from several areas of a business, including management (who will likely decide to commit to the new product), technical staff (who will provide input into the timing and costs required to develop the product), and sales/marketing staff (who will provide input into the appetite in the market for the product).

6.1.6   When the various criteria are met, it is then necessary to identify the specific costs to be capitalized.  IAS 38.66 states that "*The cost of an internally generated intangible asset comprises all directly attributable costs necessary to create, produce, and prepare the asset to be capable of operating in the manner intended by management*".  Additionally, IAS 38.67(a) sets out the specific costs which are excluded from capitalization, which include "*selling, administrative and other general overhead expenditure unless this expenditure can be directly attributed to preparing the asset for use*".

6.1.7   The identification of such costs requires a company's technical/development teams to assist a finance function in identifying the costs which would qualify as development costs.  This would include both external costs and internal costs (such as staff costs per IAS 38.66).

6.1.8   In respect of staff costs, these would include wages, salaries, and all other benefits paid to employees.  The cost of an employee may need to be split between amounts to be capitalized and amounts to be directly expensed (e.g., by reference to timesheets or other estimation).  Such a split would require management estimation or judgement and is not necessarily the result of precise measurement.

---

[32]   The wording of IAS 38.57 is that "*An intangible asset arising from development (or from the development phase of an internal project)* **shall** *be recognised if…*" [emphasis added].  Therefore, it is a requirement (not a choice) to capitalize development costs where the criteria for capitalization are satisfied.

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

---

# 7      Declaration

7.1.1      I confirm that the contents of this summary report are true to the best of my knowledge and belief and that opinions I have expressed represent my true and complete professional opinion.

……………………………………………………………………………

Greig Taylor FCA

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# Appendix 1: Summary of Qualifications and Experience

| | |
|---|---|
| **Position** | Partner and Managing Director<br>AlixPartners<br>909 Third Avenue, New York, NY 10022 |
| **Previous Positions** | Senior Managing Director – FTI Consulting, New York<br>Senior Manager – Deloitte Financial Advisory Services, New York<br>Manager – Audit – Deloitte, London<br>Staff – Audit, Arthur Andersen, London |
| **Education** | B.A. (Hons) Modern History – University of Manchester, England<br>Fellow of Institute of Chartered Accountants in England and Wales |
| **Professional History** | Greig is an experienced financial and accounting expert witness with more than 20 years of experience in resolving disputes involving accounting, valuation, and economic damages. Greig has testified in numerous international arbitrations as well as in ad hoc proceedings under UNCITRAL rules and free-trade agreements and has been admitted as an expert witness in domestic and international courts.<br><br>Greig serves as an expert in technical accounting related disputes. These disputes involve a broad range of circumstances and legal claims, including ownership disputes involving breach of fiduciary duty and fraud claims, and SEC investigations.<br><br>Greig's experience includes breach-of-contract and loss-of-profits claims, expropriations, minority-shareholder and joint-venture disputes, and claims arising following acquisitions and sales of businesses.<br><br>Greig has led and conducted forensic accounting investigations and assignments throughout the world under various accounting and legal protocols. |
| **Recognition** | Greig is listed in Who's Who Legal / Lexology since 2014 as a leading expert witness, as a Thought Leader in the USA and for Arbitration, and as a Global Elite Thought Leader for Quantum of Damages. |
| **Expert Testimony During Past Four Years** | 2020.  Hotel TOC, Inc. v. 1. Trump Panama Hotel Management LLC, 2. Trump International Hotels Management, LLC, ICC Case No. 23149/MK.<br>•        Wrote reports and provided expert testimony.<br><br>2020.  BCBC Singapore Pte Ltd & Another v PT Bayan Resources TBK & Another, Singapore International Commercial Court Case No. SGHC(I) 2.<br>•        Wrote reports and provided expert testimony.<br><br>2021.  Confidential.  ICC arbitration.  Appointed as expert witness by a German agri-science business in a multi-$billion post-acquisition M&A dispute.<br>•        Wrote reports and provided expert testimony.<br><br>2021.  In Re: SC SJ Holdings, LLC, et al., in the United States Bankruptcy Court for the District of Delaware, Case No. 21-10549 (JTD).<br>•        Wrote reports, deposed and provided expert testimony.<br><br>2021.  Confidential.  AAA arbitration.  Appointed as expert witness by private equity fund in relation to claims of breach of contract and fraud.<br>•        Wrote reports and provided expert testimony.<br><br>2022.  Virgin Hotels San Francisco, LLC v. 250 Fourth Development, L.P., Superior Court of California County of San Francisco, Case No. CGC-20-584350.<br>•        Wrote reports and provided expert testimony. |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

---

2022.  Confidential.  AAA arbitration.  Appointed as expert witness by a US manufacturer of dental treatments in relation to claims for lost profits.
- Wrote reports and provided expert testimony.

2022.  The Santa Barbara Smokehouse, Inc. and DHBrands Limited v. Empresas Aquachile S.A., Agrosuper S.A. and AquaChile, Inc., US District Court for the Central District of California, Case No. 2:2019cv10733.
- Wrote reports and deposed.

2022.  Confidential.  ICDR Arbitration.  Appointed as expert witness by a US financial services company in relation to claims of breach of contract and fraud.
- Wrote reports and provided expert testimony.

2023.  Confidential.  HKIAC arbitration.  Appointed as expert witness by cryptocurrency miner in relation to claims of breach of contract.
- Wrote reports and provided expert testimony.

| **List of Publications During Past Ten Years** | |
|---|---|
| • | "From Survival to Resilience: How Hotels Can Pivot Towards Success" – AlixPartners, LLP. |
| • | Practice Note: "Discounted Cash Flow" – Practical Law |
| • | "M&A and Shareholder Arbitrations" - Global Arbitration Review's fourth edition of The Guide to Damages in International Arbitration |
| • | "Risky Business: The Consequences of Counting on Liability Alone" – NYSBA's Spring 2019 Edition of New York Dispute Resolution Lawyer |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# Appendix 2: List of Documents Relied Upon

| Document |
| --- |
| 2009 PWC IFRS Manual of Accounting |
| Article Titled "Autonomy breaks into $1bn league", Dated November 16, 1999 |
| Article Titled "Autonomy comes home", Dated October 31, 2000 |
| Article Titled "Europe adopts regulation requiring IAS by 2005", Dated June 08, 2005 |
| Autonomy's 2009 Annual Report and Accounts |
| Autonomy's 2010 Annual Report and Accounts |
| Autonomy's Q3 2009 Quarterly Results |
| Conceptual Framework for Financial Reporting (2010) |
| Framework for the Preparation and Presentation of Financial Statements (1989) |
| History of IAS 1 (Presentation of Financial Statements) |
| IAS 1 (Presentation of Financial Statements) |
| IAS 2 (Inventories) |
| IAS 8 (Accounting Policies, Changes in Accounting Estimates and Errors) |
| IAS 10 (Events After the Reporting Period) |
| IAS 18 (Revenue) |
| IAS 18 (Revenue) Implementation Guidance |
| IAS 37 (Provisions, Contingent Liabilities and Contingent Assets) |
| IAS 38 (Intangible Assets) |
| IAS 39 (Financial instruments: Recognition and Measurement) |
| IAS 39 (Financial instruments: Recognition and Measurement) Implementation Guidance |
| ICAEW Publication Titled "Materiality in the audit of financial statements" |
| IFRS 5 (Non-Current Assets Held for Sales and Discontinued Operations) |
| IFRS 8 (Operating Segments) |
| IFRS 8 (Operating Segments) Basis for Conclusions |
| IFRS Briefing for Chief Executives Audit Committees Boards of Directors (2009) |
| IFRS Briefing for Chief Executives Audit Committees Boards of Directors (2010) |
| IFRS Briefing for Chief Executives Audit Committees Boards of Directors (2011) |
| IFRS Post-Implementation Review: IFRS 8 (Operating Segments) (July 2013) |
| ISA 320 (Materiality on Planning and Performing an Audit) |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

# Appendix 3: Comments on Summary of Independent Expert Accounting Opinions of Mr Brice

## A3.1    Introduction

A3.1.1    I have been instructed to review and comment on the Summary of Independent Expert Accounting Opinions of Steven Brice FCA (Mr Brice) dated 8 November 2023 (the Brice Report).   In particular, I have been asked to consider certain sections where Mr Brice provides an opinion on the application of IFRS and set out my observations where I disagree with his opinions.   I have not been asked to opine on the specific facts or allegations related to any particular transactions.

A3.1.2    The tables below include the relevant opinion by Mr Brice and my observation on his opinion and, where applicable, a reference to the commentary I provide on this issue in my summary report.   Where I do not comment on a particular paragraph, this does not mean that I agree with the opinion of Mr Brice.

## A3.2    Mr Brice's Opinions Related to Software Sales Transactions

A3.2.1    The table below includes my review of sections 2.4 to 2.10 of the Brice Report.   These sections include his opinions in relation to software sales transactions:

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
| 2.4.1 (b) | I disagree that, under IAS 8 (Accounting Policies Changes in Accounting Estimates and Errors) and IAS 18 (Revenue), it is appropriate to consider correspondence between individuals within a counterparty in relation to a transaction to determine whether to recognize revenue.   It is not reasonably expected that a company could have obtained such contemporaneous information. | 4.1.1, 4.3.18 |
| 2.4.1 (d) | I disagree that, under IAS 8 (Accounting Policies Changes in Accounting Estimates and Errors) and IAS 18 (Revenue), it is appropriate to consider financial information of a company's counterparty, such as financial statements and bank confirmations of payments or receipts to determine whether to recognize revenue.   It is not reasonably expected that a company could have obtained such contemporaneous information.<br>To the extent a counterparty's financial statements are available to the company, they may be used in the company's assessment of collectibility.  The assessment of collectibility is subject to judgement and may include other indicators of the counterparty's creditworthiness. | 3.2.24, 4.1.1, 4.3.18 |
| 2.4.8 | I disagree that, under IAS 8 (Accounting Policies Changes in Accounting Estimates and Errors) and IAS 18 (Revenue), it is appropriate to consider a subsequent restatement of certain comparative figures to determine whether to recognize revenue.   It is not reasonably expected that a company could have obtained such information contemporaneously. | 4.1.1, 4.3.15 to 4.3.16, 4.3.18 |
| 2.5.4 (a) | I disagree that the significant risks and rewards of ownership of the goods had clearly not been transferred to the buyer if there was contemporaneous evidence that the buyer made no efforts to sell the goods it had acquired to a named end-user.<br>I disagree that the significant risks and rewards of ownership of the goods had clearly not been transferred to the buyer if there was contemporaneous evidence that the buyer could not have independently sold the goods it had acquired to a | 3.2.7, 3.5.2, 4.3.17 |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
|  | named end-user, even when the only route through which the buyer would have been able to do so was via a restructuring of the end-users' existing contractual agreements with the seller.<br><br>If management had determined that the significant risks and rewards of ownership of goods transferred to the buyer, it is not relevant whether the buyer made efforts to sell the goods to a named end-user. |  |
| 2.5.4 (b) | The evaluation of whether the seller retains continuing managerial involvement to the degree usually associated with ownership or effective control over the goods sold is made at the time of the sale. If the conditions for revenue recognition are satisfied at the time of the sale, then any subsequent changes would not affect the initial revenue recognized.<br><br>The seller is not prohibited from contacting the end-user after the sale to the buyer has completed. To the extent the seller continued to discuss the specific transaction with the end-user, it would be necessary to assess the seller's level of involvement and it would be a matter of judgement whether this was demonstrative of "continuing managerial involvement to the degree usually associated with ownership or effective control over the goods sold". | 3.5.3, 4.1.1 to 4.1.2 |
| 2.5.4 (c) | Under IFRS, a threshold of a greater than 50% chance has been adopted in practice to assess probability. This assessment is subjective and is made at the time of the original sale, without the use of hindsight. Financial information about a buyer's cash position or profitability is not the only indicator of whether collectibility is probable. Subsequent purchases from a buyer, or subsequent evidence that a buyer did not pay its debt, do not form part of the original assessment of probability. | 3.2.18 to 3.2.24, 4.3.15 to 4.3.17 |
| 2.5.6 | I disagree that additional requirements of IFRS need to be considered over and above the revenue recognition conditions of IAS 18 (Revenue).<br><br>The relevant conditions for revenue recognition are set out in IAS 18 (Revenue). If these conditions are met, then the financial statements are presumed to present a faithful representation of the transactions and events that they purport to represent. | 2.5.1 to 2.5.2, 3.1.1 to 3.1.2 |
| 2.5.7 (a) | I disagree that additional requirements of IFRS need to be considered over and above the revenue recognition conditions of IAS 18 (Revenue).<br><br>The relevant conditions for revenue recognition are set out in IAS 18 (Revenue). None of these conditions contain criteria related to the extent of negotiations or the timing within an entity's reporting period required to agree a transaction. If the IAS 18 (Revenue) conditions for revenue recognition are met, revenue is recognized. | 2.5.1 to 2.5.2, 3.1.1 to 3.1.2 |
| 2.5.7 (b) | Under IFRS, a threshold of a greater than 50% chance has been adopted in practice to assess probability, not "realistic prospects". This assessment is subjective and is made at the time of the original sale, without the use of hindsight.<br><br>If collectibility is deemed to be probable, and the other conditions in IAS 18 (Revenue) for revenue recognition are met, then revenue is recognized. | 3.2.2, 3.2.18 to 3.2.24, 4.3.15 to 4.3.16 |
| 2.5.7 (c) | I disagree that the significant risks and rewards of ownership of goods had not been transferred to the buyer if there was contemporaneous evidence that the buyer could not have independently sold the goods it had acquired to a named end-user, even when the only route through which the buyer would have been able to do so was via a restructuring of the end-users' existing contractual agreements with the seller.<br><br>I disagree that the significant risks and rewards of ownership of the goods had not been transferred to the buyer if there was contemporaneous evidence that the buyer was also a co-founder of a named end-user.<br><br>If management had determined that the significant risks and rewards of ownership of goods transferred to the buyer, and the other conditions in IAS 18 (Revenue) for revenue recognition are met, then revenue is recognized. | 3.2.7, 3.5.2, 4.3.17 |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
| 2.5.7 (d) | The relevant conditions for revenue recognition are set out in IAS 18 (Revenue). These conditions do not contain criteria related to the existence of a pattern of behavior between a seller and a buyer.<br><br>The history between a seller and a buyer can be considered in evaluating the IAS 18 (Revenue) conditions, such as collectibility.  If the IAS 18 (Revenue) conditions for revenue recognition are met, then the transaction is presumed to have economic substance and revenue is recognized. | Sections 3.2 and 3.3 |
| 2.5.7 (e) | Revenue must be recognized if the IAS 18 (Revenue) conditions are met on a specific transaction, based on contemporaneous information.<br><br>In accordance with IAS 18 (Revenue), if an uncertainty subsequently arises concerning the collectibility of an amount previously recognized as revenue, no adjustment is recorded to the original revenue recognized.  Rather, the uncollectible amount is recorded as an expense. | 4.1.1 to 4.1.3 |
| 2.5.7 (f) | Revenue must be recognized if the IAS 18 (Revenue) conditions are met on a specific transaction, based on contemporaneous information.<br><br>The subsequent payment of a commission after the completion of a transaction is a business decision. | 4.1.1 |
| 2.6.1 | When assessing whether there is a link between different transactions relating to different goods and/or services, the only guidance in IAS 18 (Revenue) to make the assessment relates to determining "commercial effect", which requires judgement. | 3.4.8 to 3.4.14 |
| 2.6.3 | Transactions are considered to be linked if *"the commercial effect cannot be understood without reference to the series of transactions as a whole"*.  This is a judgement made contemporaneously.<br><br>I disagree that transactions being in close time proximity to each other, negotiated by the same individuals, or with their mutual existence acknowledged in the negotiations, means that they should be considered together – these are indicators that may be appropriate to consider whether such transactions are linked.<br><br>If the collectibility of a transaction is wholly dependent upon another transaction with the same counterparty, then it may be appropriate to consider them as linked.  However, an assessment of collectibility needs to be performed to first establish the "wholly dependent" judgement.<br><br>I disagree that the lack of fair value assessments means that transactions should be considered together.  A fair value condition is not referred to within IAS 18.13 and is not typically undertaken for each and every transaction of a company. | 3.4.8 to 3.4.14 |
| 2.7 | This section in the Brice Report concerns hosting transactions and how the related revenue should be recognized.<br><br>The Autonomy revenue recognition policy (as set out in both the 2009 and 2010 Annual Report and Accounts) states that Autonomy considered licenses, OEM and hosting transactions to be recognized as "sale of goods" – not rendering of services.<br><br>Mr Brice's opinion that these transactions were rendering of services is contrary to Autonomy's revenue recognition policy.  As such, Mr Brice's comments suggest he disagrees with Autonomy's publicly disclosed accounting policy and presentation. | 3.5.8 to 3.5.12 |
| 2.8 | This section in the Brice Report concerns OEM transactions and how the related revenue should be recognized.<br><br>The Autonomy revenue recognition policy (as set out in both the 2009 and 2010 Annual Report and Accounts) states that Autonomy considered licenses, OEM and hosting to be recognized as "sale of goods" – no amounts were stated to be recognized as royalties.<br><br>Mr Brice's opinion that these transactions were royalties is contrary to Autonomy's revenue recognition policy.  As such, Mr Brice's comments suggest he disagrees with Autonomy's publicly disclosed accounting policy and presentation. | 3.5.4 to 3.5.7 |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
| 2.9 | This section in the Brice Report concerns transactions which Mr Brice contends included a "significant installation process". <br><br> This is a judgement made contemporaneously.  IAS 18 (Revenue) does not provide any guidance on what "significant" means in this context. | 3.2.6 to 3.2.10 |

### A3.3   Mr Brice's Opinions Related to Hardware Sales Transactions

A3.3.1   The table below includes my review of sections 3.4-3.6 of the Brice Report.  These sections include his opinions in relation to hardware sales transactions:

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
| 3.5.2 (a) | While under IFRS, the cost of inventory in a period must be recognized as an expense, I disagree that this means these costs are necessarily all reported as Cost of Sales. | Section 5.3 |
| 3.6.2 | The materiality thresholds in Table 2.5 are not relevant to determining whether the hardware sales needed to be disclosed. Therefore, whether the hardware sales represented 5%, 10%, 15%, or some other percentage of Autonomy's revenue, nondisclosure could be reasonable. The relevant assessment was: (i) whether Autonomy had a single reportable operating segment under IFRS 8.5-10; and (ii) whether the hardware sales constituted a dissimilar product and service, or a group of dissimilar products and services, requiring separate disclosure under IFRS 8.32. <br><br> Both questions are a matter of judgement.  Neither determination is quantitative under IFRS 8 (Operating Segments), which requires a more qualitative assessment, which is consistent with the "management approach" basis of IFRS 8. | Section 5.2 |
| 3.6.3 (a) | As noted in IAS 1.17, *"In virtually all circumstances, an entity achieves a fair presentation by compliance with applicable IFRSs"*.   On this basis, it is only in exceptional circumstances that an accountant would need to look outside of a specific IFRS to determine the appropriate accounting treatment.   The requirements for disclosure of revenue are covered by IAS 18 (Revenue) and IFRS 8 (Operating Segments). | 2.5.2, Sections 5.1 and 5.2 |
| 3.6.3 (b) | As noted in IAS 1.17, *"In virtually all circumstances, an entity achieves a fair presentation by compliance with applicable IFRSs"*.   On this basis, it is only in exceptional circumstances that an accountant would need to look outside of a specific IFRS to determine the appropriate accounting treatment.   The requirements for disclosure of revenue are covered by IAS 18 (Revenue) and IFRS 8 (Operating Segments). | 2.5.2, Sections 5.1 and 5.2 |
| 3.6.3 (c) | As noted in IAS 1.17, *"In virtually all circumstances, an entity achieves a fair presentation by compliance with applicable IFRSs"*.   On this basis, it is only in exceptional circumstances that an accountant would need to look outside of a specific IFRS to determine the appropriate accounting treatment.   The requirements for disclosure of revenue are covered by IAS 18 (Revenue) and IFRS 8 (Operating Segments). | 2.5.2, Sections 5.1 and 5.2 |
| 3.6.3 (d) | I disagree that IAS 18.35 required hardware sales to be separately disclosed. IAS 18.35 required revenue to be split into various categories including "sale of goods".  There was no requirement under IAS 18.35 for Autonomy to disclose hardware outside the "sale of goods" category. | Section 5.1 |
| 3.6.3 (e) | I do not consider that the disclosure of inventory expensed requires hardware to be separately identified from other goods. | - |

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
Appendices to the Summary of Independent Expert Accounting Opinions of Greig Taylor FCA

| Paragraph of Brice Report | My Observations | Paragraph(s) of My Report |
|---|---|---|
| 3.6.3 (f) | I disagree that it was necessary under IFRS 8 (Operating Segments) to separately disclose hardware sales. | Section 5.2 |
| | Under IFRS 8.5, Autonomy disclosed that it had one operating segment and so provided a breakdown by geographic region – not between product or other segment. | |
| | Under IFRS 8.32, Autonomy was required to disclose revenues for groups of similar products and services.  The determination of what constitutes "similar products and services" is an assessment based on management's approach. | |
| | Both questions are a matter of judgement.  Neither determination is quantitative under IFRS 8 (Operating Segments), which requires a more qualitative assessment, which is consistent with the "management approach" basis of IFRS 8. | |
| | If, under IFRS 8.32, there was a determination of dissimilar goods, then IFRS 8.32 does not identify any quantitative level above which it is necessary to report.  It may be that a company would seek guidance from elsewhere in IFRS 8 and could consider the 10% thresholds identified in IFRS 8.13 and IFRS 8.34. | |