# Exhibit C

CONFIDENTIAL

UNITED STATES OF AMERICA

v.

MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN

# EXPERT REPORT OF JOHN LEVITSKE

December 7, 2023

ON BEHALF OF:        Michael Richard Lynch

PREPARED FOR:        Clifford Chance US LLP

John Levitske

**December 7, 2023**



HKA Global, LLC
300 South Wacker Drive
Suite 2600
Chicago, Illinois 60606

# CONTENTS

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **3** |
| 1.2 | QUALIFICATIONS | 3 |
| 1.3 | RETENTION | 7 |
| 1.4 | DISCLOSURE OF INTERESTS | 8 |
| 1.5 | RESERVATIONS | 9 |
| | | |
| **2.** | **SUMMARY OF OPINIONS** | **9** |
| | Hardware Transactions | 11 |
| | Alleged Linked Transactions | 12 |
| | VAR Transactions | 12 |
| | Multi-Period Hosting Transactions | 14 |
| | Cash Flow | 16 |
| 2.2 | VALUATION METHODS | 17 |
| | | |
| **3.** | **SUMMARY CONCLUSION** | **20** |
| | Hardware Transactions | 20 |
| | Alleged Linked Transactions | 20 |
| | VAR Transactions | 20 |
| | Multi-Period Hosting Transactions | 21 |
| | Financial Statement Analysis and Valuation | 21 |
| | | |
| **4.** | **SIGNATURE OF EXPERT** | **24** |

## APPENDICES

**APPENDIX 1 – JOHN LEVITSKE RESUME**

**APPENDIX 2 – LIST OF DOCUMENTS RELIED UPON**

## ATTACHMENTS

**ATTACHMENT A - ADJUSTMENTS FOR HARDWARE TRANSACTIONS Q1 - Q2 2010 COMPARED TO Q1 - Q2 2011**

**ATTACHMENT B - ADJUSTMENTS FOR ALLEGED LINKED TRANSACTIONS Q1 - Q2 2010 COMPARED TO Q1 - Q2 2011**



**ATTACHMENT C - ADJUSTMENTS FOR VAR TRANSACTIONS Q1 - Q2 2010 COMPARED TO Q1 - Q2 2011**

**ATTACHMENT D - SAMPLE OF REPRESENTATIVE MULTI-PERIOD HOSTING TRANSACTIONS - COMPARISON OF ANNUAL REVENUE RECOGNITION UP-FRONT VS. RATABLY - SAMPLE TRANSACTIONS FROM BRICE REPORT TABLE 2.10**

**ATTACHMENT E - MULTI-PERIOD HOSTING TRANSACTIONS - REVENUES AS ADJUSTED**

**ATTACHMENT F – ADJUSTMENTS FOR MULTI-PERIOD HOSTING TRANSACTIONS Q1 - Q2 2010 COMPARED TO Q1 - Q2 2011**

**ATTACHMENT G – ADJUSTMENTS FOR HARDWARE, LINKED, VAR, AND MULTI-PERIOD HOSTING TRANSACTIONS Q1 - Q2 2010 COMPARED TO Q1 - Q2 2011**



December 7, 2023

# 1.     INTRODUCTION

1.1.1   HKA was retained by Clifford Chance US LLP, counsel for Dr. Michael Richard Lynch in this matter. I, John Levitske, a Partner at HKA, was asked to serve as a defense expert to advise regarding valuation process and relevant considerations in the process related to the acquisition of a former software company called Autonomy Corporation plc ("Autonomy") by Hewlett Packard Company ("HP").

## 1.2     QUALIFICATIONS

1.2.1   I, John Levitske, CFA, ASA, CPA/ABV/CFF/CGMA, CIRA, MCFLC, MBA, JD, am currently employed as a Partner of HKA Global, LLC ("HKA"), based in the company's Chicago, Illinois office. My office contact information is: 300 South Wacker Drive, Suite 2600, Chicago, Illinois, USA; email johnlevitske@hka.com; telephone +1.312.521.7484.

1.2.2   I am a business appraiser, financial analyst, and forensic accountant with more than 35 years of experience. I am experienced in the valuation of companies and stakeholder interests.

1.2.3   I am a member of HKA's Forensic Accounting and Commercial Damages practice. HKA is a global consultancy in risk mitigation, dispute resolution, expert witness, and litigation support with more than 1,000 consultants, experts, and advisors in over 50 offices across 18 countries. The United States headquarters of HKA is in Philadelphia, Pennsylvania and the global headquarters is in London, England. Further information regarding HKA is at www.HKA.com.

1.2.4   I hold several professional credentials in business valuation, finance, and forensic accounting: Chartered Financial Analyst (CFA) by the CFA Institute; Accredited Senior Appraiser (ASA) in Business Valuation by the American Society of Appraisers; Accredited in Business Valuation (ABV), Certified in Financial Forensics (CFF), and Chartered Global Management Accountant (CGMA) by the American Society of Certified Public Accountants; and Certified Insolvency and Restructuring Advisor (CIRA) by the Association of Insolvency and Reorganization Advisors. In addition, I am a licensed Certified Public Accountant (licensed in Illinois and Pennsylvania).

1.2.5   I attained a Master of Business Administration degree, *cum laude*, from the University of Notre Dame, and Bachelor of Science in Business Administration, with a major in accounting, and Juris Doctor degrees from Duquesne University. I also completed Executive Education in Corporate Valuation at the University of Pennsylvania, Finance at New York University, and Financial Modeling at the University of Georgia.



December 7, 2023

1.2.6    Prior to HKA, I worked with Big Four public accounting, global valuation and corporate financial advisory, and international business advisory and expert consulting firms. I founded a business valuation dispute analysis practice, co-founded an acquisition agreement vetting practice, and was one of the leaders of a post-acquisition dispute practice.

1.2.7    I also currently teach as an adjunct faculty member at Benedictine University's Goodwin College of Business in Lisle, Illinois. I previously served as a Chartered Financial Analyst (CFA) Examination grader, and a national exam question writer for the Uniform Certified Public Accountant (CPA) Exam and the American Institute of Certified Public Accountants' Accredited in Business Valuation Exam. I previously taught finance and accounting at the University of Pittsburgh and auditing at Point Park University. In addition, I served as a member of the Standing Committee on Audit of the American Bar Association entity.

1.2.8    I have previously been accepted as an expert witness in business valuation, economic damages, and forensic accounting in courts and arbitration proceedings in the United States, the Caribbean and Europe. I was selected several times to *Who's Who Legal (WWL) – Consulting Experts, Financial Advisory and Valuation – Quantum of Damages* and in 2023 as a *"Global Leader"* in that recognition category. Previously, I was selected to *Leaders League: USA Best Arbitration Support Firms, Leading Firms Tier, Key Figure*, 2019 and *Who's Who Legal: International Arbitration, Commercial Experts*, 2011.

1.2.9    Below is a summary of my professional employment history.

a)   HKA Global, LLC, Partner, 2023 - present

b)   Benedictine University, Adjunct Faculty Lecturer, 2022 - present

c)   Ankura Consulting Group, Senior Managing Director, 2017 - 2022

d)   Huron Consulting Group, Senior Director, 2016 - 2017

e)   Houlihan Lokey, Managing Director, 2014 - 2016

f)   Duff & Phelps, Managing Director, 2005 - 2014

g)   Standard & Poor's, a business unit of McGraw-Hill Companies, Managing Director, 2004 - 2005

h)   FTI Consulting, Director, 2003 - 2004



December 7, 2023

    i)    KPMG, Director, 2000 - 2003

    j)    Deloitte, Director, 1995 - 2000

    k)    Mark I. Wolk & Associates, CPA's, Director, 1985 - 1995

    l)    Group "L" Investors & Developers, Partner, 1980 - 1985

    m)    Westinghouse Electric Corporation, Associate Accounting Analyst, 1979 - 1980.

1.2.10    Below is a list of publications I authored or co-authored in the previous 10 years.

    a)    "Business Divorce", In Recent Developments in Business and Corporate Litigation, American Bar Association, Business Law Section, 2023, 2022, 2021 and 2020 editions

    b)    "Has the Pandemic Increased the Need for Expert Witnesses in M&A Disputes?", American Bar Association, Litigation Section, Expert Witnesses Committee, *December 2021*

    c)    "The Independent Accountant or Business Valuator as Advisor to the Mediator", American Bar Association, Litigation Section, Expert Witnesses Committee, *December 2021*

    d)    "Measuring Valuation Damages for Breach of Fiduciary Duty Claims in Shareholder Disputes During the COVID-19 Pandemic", *Sound Advice*, *July 2021*

    e)    "Contemporary Considerations for Drafting Buy-Sell and Valuation Provisions in Limited Liability Company Operating Agreements", *Business Law Today*, *May 2021*

    f)    "Innovative Dispute Resolution: The Independent Business Valuator as Advisor to the Mediator in Business Disputes", Ankura.com, *January 2021*

    g)    "Internal Corporate Investigations", In *Guide for In-House Counsel*, American Bar Association, Business Law Section, *2020*

    h)    "Internal Corporate Investigations", *Business Law Today*, Parts 1 and 2, *December 2019 & April 2020*

    i)    "Preparing In-House Counsel and External Lawyer Advocates for Effective, Good-Faith Mediation of Mergers & Acquisitions", *Business Law Today*, *February 2018*



December 7, 2023

j)   "Reflections on the 1-2-3's of Mediation of a Merger & Acquisition Dispute", *Business Law Today*, *July 2017*

k)   "Well-Established Principles Key to Expert Witness Testimony", *Paradigm*, *July 2017*

l)   "Current Dell Appraisal Rights Litigation Case on Appeal in Delaware Chancery Court May Provide Valuation Insights", *Paradigm*, *June 2017*

m)   "Why It Pays to Invest in Expert Analysis", *Paradigm*, *March 2017*

n)   "Managing Post-Merger & Acquisition Purchase Price Disputes", In *ADR Handbook for the Business Lawyer*, American Bar Association, Business Law Section, *2016*.

1.2.11   Below is a list of other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition.

| Year | Forum | Action or Proceeding | Description |
|------|-------|----------------------|-------------|
| 2022 | Eastern Caribbean Supreme Court, High Court of Justice, Territory of the Virgin Islands, Law Division | Ikana Holdings S. de R.L. v. Putney Capital Management Ltd. et al. | Expert Testimony at Trial |
| 2021 | Circuit Court of Cook County, Illinois, Law Division | George Whetsell and Whetsell Family Trust v. Prism Healthcare Partners LTD, et al. | Expert Testimony at Trial |
| 2020 | Circuit Court of Cook County, Illinois, Law Division | George Whetsell and Whetsell Family Trust v. Prism Healthcare Partners LTD, et al. | Expert Testimony at Deposition |
| 2020 | Superior Court of New Jersey, Morris County, Law Division | Ashland LLC, International Specialty Products, Inc., and ISP Environmental Services, Inc. v. G-I Holdings Inc., Building Materials Corporation of America d/b/a GAF Materials Corporation and GAF Corporation, et al. | Expert Testimony at Deposition |
| 2020 | U.S. Bankruptcy Court, Northern District of Texas, Chapter 11 | In re: TriVascular Sales LLC et al., Debtors | Expert Testimony at Deposition |



December 7, 2023

## 1.3     RETENTION

1.3.1     HKA was retained by Clifford Chance US LLP, counsel for Dr. Michael Richard Lynch in this matter. I, John Levitske, a Partner at HKA, was asked to serve as an expert to advise regarding valuation process and relevant considerations related to the acquisition of Autonomy.

1.3.2     In this regard, I was asked to consider select asserted revenue adjustments to the interim historical financial statements of Autonomy for the First Half of 2010 (six months ended June 30, 2010) and the First Half of 2011 (six months ended June 30, 2011) ("Subject Period"), and I was asked to render opinions on the following areas in paragraphs 1.3.3 through 1.3.7.

1.3.3     The impact of each of the asserted revenue adjustments on the amounts of profit from operations, profit from operations margins, and the year-over-year percentage change or growth between the First Half of 2011 compared to the First Half of 2010 in the context of how companies are generally valued. The specific asserted revenue adjustments are in the categories of:

    a)     Hardware Transactions

    b)     Allegedly Linked Transactions

    c)     Value Added Reseller ("VAR") Transactions

        i)     Direct VAR Transactions

        ii)     Allegedly Linked VAR Transactions

1.3.4     In addition, I was asked to consider certain specific asserted revenue adjustments to the interim historical financial statements of Autonomy for 2009 through the First Half of 2011 (six months ended June 30, 2011) relating to multi-period hosting transactions, and I was asked to render opinions on the following areas in paragraphs 1.3.5 through 1.3.7.

1.3.5     The impact of the asserted revenue adjustments for multi-period hosting transactions on revenues, cash, profit from operations, and year-over-year percentage change or growth by providing an illustration using some of the amounts of the actual contracts at issue. In addition, I compared the impact on revenues and year-over-year percentage change or growth using all of the amounts of all of the actual contracts at issue.

1.3.6     Whether the asserted revenue adjustments, listed above in 1.3.3 through 1.3.5, likely did or did not have a significant impact on cash flow during the Subject Period.



December 7, 2023

1.3.7   Valuation methods for valuing companies (and their equity) for a potential acquisition in order of preference from a valuation principles perspective, for a well-established, mature operating company: Discounted Cash Flow Method, Earnings-based measures, or Revenues-based measures.

1.3.8   In preparing this Report, I considered:

a)   The United States' Voluntary Bill of Particulars ("VBOP") and the summary tables it incorporates[1] and the Independent Accounting Expert Report of Mr. Brice ("Brice Report").[2] For purposes of my work and this Report, I assumed the accuracy of the specific revenue adjustments asserted in the VBOP and in the Brice Report that I relied upon.

b)   Generally accepted valuation theory, practice and standards regarding companies and stocks. During the course of my work, I considered valuation standards, textbooks and other valuation and finance publications, as well as certain assumptions I have been asked to make by counsel as explained below.

c)   Public research regarding companies and industry related to this Report.

1.3.9   HKA billed for my services on this matter at a rate of $750 per hour. Hourly rates for other team members who worked on this engagement under my supervision are in the range of $285 to $675. The opinions expressed in this Report are mine and mine alone. No compensation to be paid to HKA is contingent on the outcome of this matter or the content of my opinions.

## 1.4   DISCLOSURE OF INTERESTS

1.4.1   I am not aware of any actual or potential conflicts of interest that may affect my opinion in connection with any of the Parties, witnesses or advisers involved in this matter or indeed with the project itself.

1.4.2   Should I become aware of any conflicts of interest in the future I will promptly notify those who retained HKA.

1.4.3   I confirm that I have no financial or other interest in the outcome of this action.

---

[1] United States' Voluntary Bill of Particulars, dated October 8, 2023, and related tables.

[2] Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023 and Appendices. HKA has not been provided with the underlying data that supports the Brice Report and Appendices. I have made certain assumptions as directed by counsel and I have made certain assumptions to facilitate analysis.



December 7, 2023

## 1.5     RESERVATIONS

1.5.1     This is a summary Report. My opinions are summarized below and are based on the documents and information in my possession as of the date of this Disclosure. I reserve the right to amend this Report if further information or documents are provided to me or otherwise become available to me. Also, I am continuing to review the information in this case and may have updates to supplement this Report. I reserve the right to respond to any additional information obtained through discovery or issues raised by other experts, if any. In addition, I reserve the right to prepare additional exhibits, charts, graphs, tables, demonstratives, and diagrams to summarize or support the opinions and analyses set forth in this Report.

1.5.2     If called as a witness at trial, I may testify to some or all of the opinions in this Report. I will notify Clifford Chance, in writing, if, for any reason, my existing Report requires any correction or qualification that impacts my opinion(s).

# 2.     SUMMARY OF OPINIONS

### 2.1.1     ASSERTED REVENUE ADJUSTMENTS

2.1.2     My opinions are summarized below regarding the impact of the asserted revenue adjustments on the amounts of  profit from operations, profit from operations margins, and the year-over-year percentage change or growth between the First Half of 2011 compared to the First Half of 2010 in the context of how companies generally are valued.

2.1.3     In developing the valuation of a company, the insights obtained from financial statement analysis are often considered. For example, financial statement ratio analysis and comparisons of the changes in the most recent period with the same prior period may provide insights into profitability, growth or variability which are important valuation factors. All other things equal, projections of higher profits, higher expected profit margins, higher expected growth, higher expected cash flows and less expected variability are factors contributing to higher valuations.

2.1.4     Different companies often make different choices among acceptable alternative accounting methods. Different choices among accounting methods can affect the reported figures, and the calculated ratios and comparative changes. For the purposes of my Report only, I have assumed, hypothetically, that the revenue accounting adjustments asserted in the VBOP and the Brice Report that I have relied upon in this Report are appropriate. I have been asked to opine about the impact of applying those hypothetical adjustments to Autonomy's historical reported financial statements, as described herein.



CONFIDENTIAL

2.1.5    In assessing the impact of each of the asserted revenue adjustments on the amounts of  profit from operations, profit from operations margins, and the year-over-year percentage change or growth between the First Half of 2011 compared to the First Half of 2010 in the context of how companies generally are valued, I considered the specific asserted revenue adjustments in the following categories:

a)    Hardware Transactions

b)    Allegedly Linked Transactions

c)    Value Added Reseller ("VAR") Transactions

    i)    Direct VAR Transactions

    ii)   Allegedly Linked VAR Transactions

d)    Multi-Period Hosting Transactions, as further discussed below.

2.1.6    Then, based on my knowledge of financial statement analysis in the context of business valuation, I considered whether these asserted items are in effect an issue of:

a)    Reclassification to a different line in the financial statement,

b)    Timing, or

c)    A corresponding counter-transaction.

2.1.7    Next, I applied the asserted revenue adjustments for the First Half of 2010 and First Half of 2011, and also made corresponding reclassifications, timing adjustments or counter-transaction adjustments based upon information from the Brice Report and the VBOP, as well as certain assumptions I was asked to make.

2.1.8    The Second Quarter of 2011 is the last reported financial quarter before the acquisition. As a result, a comparison of the First Half of 2011 (i.e., First and Second Quarter of 2011) to the First Half of 2010 (i.e., First and Second Quarter of 2010) is the most recent same period of comparison available using public information when valuing Autonomy around August 18, 2011 ("Valuation Date'"). Furthermore, in financial statement analysis for valuation purposes, the most recent periods are often given the most weight – all other things equal.



**Hardware Transactions**

2.1.9     According to the Brice Report, hardware transactions occurred and were included in Autonomy's reported revenue but were not segregated into a separate disclosed line item in Autonomy's reported revenue. I have been asked to opine about the impact on financial statement analysis in the context of a valuation of removing the hardware revenues in the Subject Period. Furthermore, I understand the costs of hardware sales generally exceeded the revenues from hardware sales, and that the costs of hardware sales were included as costs and expenses in the financial statements of Autonomy, just not segregated.

2.1.10    In Attachment A, I prepared a summary comparison of the common size (as a percent of revenue) historical income statement components of Autonomy's  profit from operations with and without the asserted hardware transactions – for the periods of First Half of 2011 compared to the First Half of 2010. I removed the alleged hardware-related revenue adjustments indicated in the VBOP and also removed the related costs that are already included in cost of goods sold ("COGS") and expenses as indicated in HP's "Rebaselining" Summary[3] (Rebaselining Exercise). Attachment A removes both the sales and costs in the interest of consistency and has the same effect from a financial statement analysis perspective as if the hardware sales and costs were both reclassified out of components of  profit from operations.

2.1.11    As illustrated in Attachment A, after the hardware transaction adjustments:

a)    Profit from operations is now greater than reported during both the First Half of 2010 and the First Half of 2011.

b)    The profit from operations margin, as a percent of revenue, is now greater for both the First Half of 2010 and the First Half of 2011.

c)    The rate of year-over-year change (growth) in revenue is now greater than the year-over-year change based upon the originally reported amounts.

d)    The rate of year-over-year change (growth) in profit from operations is approximately 1 percentage point lower than the year-over-year change based upon the originally reported amounts.

---

[3] K26_263.1.xlsx I was asked to assume that the adjustments suggested in the "Rebaselining Exercise" are accurate.



December 7, 2023

**Alleged Linked Transactions**

2.1.12   The Brice Report alleges that Autonomy paid more to purchase goods from customers in certain alleged linked transactions than the same customers paid to purchase software from Autonomy. From a financial statement analysis perspective, eliminating the revenue from these transactions would also require reducing corresponding alleged linked costs and expenses.

2.1.13   As illustrated in Attachment B, after these adjustments for Allegedly Linked Transactions:

   a)   Profit from operations is now greater than reported during both the First Half of 2010 and the First Half of 2011.

   b)   The profit from operations margin, as a percent of revenue, is now greater for both the First Half of 2010 and the First Half of 2011.

   c)   The rate of year-over-year change (growth) in revenue is now greater than the year-over-year change based upon the originally reported amounts.

   d)   The rate of year-over-year change (growth) in profit from operations is lower than the year-over-year change based upon the originally reported amounts. However, profits are still growing.

**VAR Transactions**

2.1.14   The Brice Report alleges revenue recognition issues with certain VAR transactions. Accordingly, I identified and considered what type of VAR transaction was involved. I was also asked by counsel to make certain assumptions regarding these transactions which I explain below.

2.1.15   With respect to certain of the VAR transactions, Autonomy allegedly entered into a transaction with the named end user in a subsequent period to sell the same or similar software for the same or similar amounts of revenue, then cancelled the amounts owed by the VAR in the original transaction. For these VAR transactions allegedly made directly to end users in subsequent periods (which I have identified as "Direct VAR Transactions"), I have been asked to assume that the revenue from the direct sale to the end user would have been properly recognized in the quarter in which the direct sale was made, and that the accounting difference relates only to the timing of when revenue should have been recognized; there is no allegation of missing revenue. In 2010, because some transactions did not go direct within the Subject Period, the revenue would be lower in the First Quarter of 2010, but would have been recognized in the Third Quarter of 2010, which is not included in our analysis. In 2011, because some transactions did not go direct



December 7, 2023

until after the end of the Subject Period, the revenue would be lower in the Second Quarter of 2011, but there were several deals that would have been recognized only one quarter later in the Third Quarter of 2011.

2.1.16   With respect to certain VAR transactions, the VAR paid cash for the transaction, but allegedly only as a result of Autonomy buying other goods from the VAR. From a financial statement analysis perspective, if Autonomy's purchases from the VARs are deemed linked transactions, preventing revenue from being recognized in the original VAR transactions, it is necessary to also eliminate the corresponding expense associated with the allegedly linked purchases from the VARs. Because these transactions were treated in the Brice Report as linked, I have been asked to consider the effect of offsetting or netting the revenue and I was asked by counsel to assume that the related expense was recorded in the same period in which the select VAR transaction was recognized as revenue. Sometimes the corresponding allegedly linked expense was higher than the allegedly linked revenue and sometimes the associated expense was lower. The net effect would reduce, offset, or exceed the impact of the asserted revenue adjustment depending on the particular transaction. I refer to these transactions in the Report as "Allegedly Linked VAR Transactions."

2.1.17   Two VAR transactions entered into during the Second Quarter of 2011 were later cancelled when sales did not close with the end user.

2.1.18   As illustrated in Attachment C, the overall result of adjusting for these VAR transactions indicates, from a financial statement analysis perspective:

a)   Profit from operations would be lower than originally reported for both the First Half of 2010 and the First Half of 2011.

b)   The profit from operations margin, as a percent of revenue, is approximately unchanged for both the First Half of 2010 and the First Half of 2011.

c)   The rate of year-over-year change (growth) in revenue is now lower than the year-over-year change based upon the originally reported amounts. However, revenue is still growing.

d)   The rate of year-over-year change (growth) in profit from operations is lower than the year-over-year change based upon the originally reported amounts. However, profits are still growing.



December 7, 2023

UNITED STATES OF AMERICA v MICHAEL RICHARD LYNCH
and STEPHEN KEITH CHAMBERLAIN
Expert Report of John Levitske
CONFIDENTIAL

**Multi-Period Hosting Transactions**

2.1.19    For the multi-period hosting transactions, I have assumed, hypothetically, the accuracy of the information in the Brice Report which reclassified up-front license revenue to revenue recognized ratably, on a straight-line basis over the contract durations for the various transactions. In this regard, I reviewed the summaries provided in Appendix F of the Brice Report for the relevant multi-period hosting transactions. I also prepared:

    a)    Attachment D which is an illustration that compares hypothetical Company A and Company B but uses the actual contract amounts and actual contract durations of a sample of three selected multi-year hosting transactions listed in Table 2.10 and Appendix F of the Brice Report. These three selected multi-year hosting transactions were executed before June 30, 2011. In Attachment D, Company A represents revenues as reported by Autonomy and Company B represents revenues as restated by the Brice Report.

2.1.20    Attachment D indicates that:

    a)    With regards to revenue, although revenue is initially lower during the early years for Company B:

        i)    Total revenue is the same for Company A and Company B over the contract duration.

        ii)    The average revenue per year is the same for both Company A and Company B.

        iii)    Company B has more years of revenue than Company A.

        iv)    Company B has revenue in every year of the contract duration.

        v)    Company A has no revenue (zero revenue) in more than one year.

    b)    With regards to Cash, the cash inflow is the same for both Company A and Company B

    c)    With regards to profit contribution, although the profit contribution amount is initially lower during the early years for Company B:

        i)    Total profit contribution is the same for both Company A and Company B over the contract duration.

        ii)    The average profit contribution per year is the same for both Company A and Company B.



December 7, 2023

iii) Company B has more years with profit contribution than Company A.

iv) Company B has profit contribution in every year of the contract duration.

v) Company A has zero profit contribution in more than one year.

d) With regards to the year-over-year percentage change in revenue during years 1 through 3 (2009 through 2011):

i) The year-over-year percentage change in revenue (growth) is greater in the first years for Company B than Company A.

ii) The year-over-year percentage change in revenue (growth), on average, is greater for Company B than Company A.

e) With regards to the year-over-year percentage change in cash during year 1 through 3 (2009 through 2011):

i) The year-over-year percentage change in cash (growth) is the same for Company A and Company B.

ii) The year-over-year percentage change in cash (growth), on average, is the same for Company A and Company B.

f) With regards to the year-over-year percentage change in profit contribution during year 1 through 3 (2009 through 2011):

i) The year-over-year percentage change in profit contribution (growth) is greater in the first years for Company B than Company A.

ii) The year-over-year percentage change in profit contribution (growth), on average, is greater for Company B than Company A.

2.1.21   The patterns of revenue and profit contribution with hypothetical Company A and Company B are different, but the patterns of cash inflow are the same. In fact, the patterns of revenue and profit contribution for hypothetical Company A vary more than hypothetical Company B and even drop to zero during the contract durations. The patterns of revenue and profit contribution for hypothetical Company B reflect a layering effect which accumulates and smooths the patterns; and depending on the mix (e.g., amounts, timing, and number of contracts) can reflect greater growth or less variability for hypothetical Company B as compared to hypothetical Company A.



Consequently, the patterns of revenue and profit contributions with hypothetical Company B are comparatively more predictable than hypothetical Company A.

2.1.22    In addition, I compared the impact on revenues and year-over-year percentage change or growth using the actual amounts of all of the transactions presented in Table 2.10 of the Brice Report. This analysis is illustrated in a graph, showing adjusted revenue on a quarterly basis, and table as Attachment E. This corroborates my above observations regarding revenue patterns for hypothetical Company B as compared to hypothetical Company A. It also shows that for the First Half of 2011, as compared to the First Half of 2010, the revenue growth percentage, with the asserted revenue adjustments, would be greater than it would be with the reported revenues.[4] It should be noted that the revenue depicted in Attachment E is based solely on the transactions in the Brice Report. Thus, to the extent the graph could be read to show declining revenue beginning in 2013, that is because multi-period hosting transactions entered into after the second quarter of 2011 were not considered in Table 2.10 of the Brice Report.

**Cash Flow**

2.1.23    I also considered whether the asserted revenue and expense adjustments listed above likely did or did not have a significant impact on cash flow during the Subject Period.

2.1.24    Generally, the asserted adjustments I have analyzed are in the nature of a reclassification to a different line in the financial statement issue, a timing issue, or a corresponding counter-transaction issue. From a financial statement analysis perspective in the context of valuation, the asserted revenue accounting adjustments are incomplete and do not include related costs, expenses, corresponding counter-transaction items, or reassignments. Furthermore, I also note that there is no assertion that the cash received or earned by Autonomy related to these transactions was not received.

   a)   Hardware Transactions. All of the revenues, related costs and expenses were already recognized. In total, these transactions resulted in a loss during the Subject Period. Therefore, removing the revenues, related costs and expenses for the Hardware Transactions would likely increase cash flow during the Subject Period.

---

[4] HKA relied on Appendix F of the Brice Report in making revenue adjustments for the multi-period hosting transactions. We have assumed the amounts and information contained in Appendix F of the Brice Report are accurate. We did not independently verify the amounts and information contained in Appendix F of the Brice Report. For purposes of its analysis, HKA was asked to assume the contract revenue would be recognized ratably over the duration of the contract. HKA assumed Autonomy received all the cash up-front.



December 7, 2023

b) Alleged Linked Transactions. The assessment regarding whether there is cash flow impact for Alleged Linked Transactions is similar to Hardware Transactions. In total, these transactions resulted in a loss during the Subject Period. From a financial statement analysis perspective, eliminating the revenue from these transactions would also require reducing corresponding costs and expenses. Therefore, removing the revenues, related costs and expenses for the Alleged Linked Transactions would likely increase cash flow during the Subject Period.

c) VAR Transactions. The assessment regarding whether there is cash flow impact for VAR Transactions is similar to Hardware Transactions and Linked Transactions. Where applicable, I was asked by counsel to assume that the related expense was recorded in the same period in which the select VAR transaction was recognized as revenue. In total, these transactions resulted in a loss during the Subject Period. Therefore, removing the revenues, related costs and expenses for the VAR Transactions would likely increase cash flow during the Subject Period.

d) Multi-Period Hosting Transactions. This is a timing issue regarding that asserted revenue should be spread over the contract duration as opposed to up-front. I was asked to assume the full amount of cash was received and recorded up-front. Moving a portion of the revenue from a current period to recognize ratably over later periods requires increasing deferred revenue liability in the current period. I have assumed the applicable gross profit margin of multi-period hosting revenue is the same as that of the company and that the incremental cash outlays over the lifetimes of the contracts are nominal. Increasing deferred revenue as an offset to decreasing earned revenue results in, this case in, a net positive impact to cash flows during the Subject Period. My calculations are summarized in Attachment F.

## 2.2   VALUATION METHODS

2.2.1   My comments and opinions are summarized below regarding valuation methods for valuing companies for a potential acquisition in order of preference from a valuation principles perspective, for a well-established, mature operating company. The Discounted Cash Flow Method is generally the most-preferred method, earnings-based methods second, and revenues-based methods third.

2.2.2   Valuation of companies and stocks are generally an estimate based on variables perceived to be related by an analyst to future investment returns or comparisons with similar investments. Selection of the most appropriate valuation methodology involves informed judgment. Analysts often consider and weigh multiple valuation models or factors in the process. For well-established operating companies which generate significant cash flows from the sales of services or goods,



the most common methodologies are the Income Approach – Discounted Cash Flow ("DCF") Method, the Market-Approach – Guideline Public Company ("GPC") Method, and the Market-Approach – Merger & Acquisition ("M&A") Method.

2.2.3    Valuation is forward looking. A well-established, mature operating company has value to a potential investor because the investor believes it will generate cash flows in the future. Value depends on the magnitude, timing, and risk of the cash flows expected to be generated in the future. Furthermore, many companies use free cash flow to manage the company and measure performance. Free cash flow is the cash flow which a company generates after collection of receivables, payment of costs and expenses, and after making working capital and other capital investments.

2.2.4    The DCF Method is a fundamental valuation technique based upon these forward-looking valuation principles. The DCF Method calculates the present value of future expected free cash flows using a discount rate. Expected free cash flow, or expected earnings as a key component of and translated into expected free cash flow, is generally the most important variable. Free cash flow is based on expected cash flow from operations plus it factors in the necessary reinvestment in fixed assets and working capital. In many cases, the DCF Method best fits the facts and is most tailored to the economics of the subject company because the DCF Method directly incorporates the specific operating characteristics and projections of future financial performance and variations of the company. The DCF Method is custom-tailored to the economics of the company.

2.2.5    The advantage of using free cash flow is that it can be used directly in a DCF framework to value the company or equity. Other earnings-related measures, such as net income, EBIT, or EBITDA,[5] lack this ability because they either omit cash flows or double count in some way. For example, EBIT and EBITDA are before-income tax statistics, but cash flows available to the company or equity must be after tax. In addition, earnings-related measures do not account for differences in capital structures among companies, reinvestments in capital assets, and reinvestments in working capital to maintain or optimize the value of the company. Revenue-related measures have even greater issues with omitting cash flows or double-counting in some way, plus issues with assuming sameness of service, product and operating cost and margin structures.

2.2.6    Ultimately, selection of valuation method is often influenced by the purpose of the valuation and the perspective of an analyst. A potential buyer evaluating a controlling equity position in a target company often values the company using the DCF Method or the forecasted free cash flows,

---

[5] "EBIT" is Earnings Before Interest and Taxes. "EBITDA" is Earnings Before Interest, Taxes, Depreciation, and Amortization.



because such free cash flows can be redirected by such an acquirer without affecting the value of the acquisition.

2.2.7    Fundamental valuation analysis assumes that an investment has an intrinsic valuation which can be quantified through a rigorous evaluation of relevant variables. Intrinsic value is also sometimes called fundamental value: the value on the basis of available facts to be the fundamental value that will become the market value when other investors reach the same conclusion.

2.2.8    The Market Approach is a general way of determining a value indication by using one or more methods that compare the subject to similar businesses. The Market Approach methods are relative valuation techniques based upon relative comparison with guideline public companies or guideline transactions of companies. Under the Market-Approach – Guideline Public Company ("GPC") Method, market multiples are derived from market prices of stocks of companies that are engaged in the same or similar lines of business and that are actively traded on a free and open market. Under the Market-Approach – Merger & Acquisition ("M&A") Method, pricing multiples are derived from transactions of significant interests in companies engaged in the same or similar lines of business. The Market Approach methods are ways to estimate and apply a Multiple of Earnings or Multiple of Revenue as a valuation ratio to estimate relative value.

2.2.9    The two Market Approach methods may provide some additional insight but by their nature are not as tailored to the specific economics of the subject company. Further, issues arise regarding whether the selected benchmark companies are sufficiently comparable and whether the share prices of the benchmark companies are free of aberrations. In addition, issues arise regarding the availability of financial information, and the motivations and knowledge of the parties, with selected transactions. The Market Approach methods are not custom-tailored to the future economics of the subject company like the DCF Method. Therefore, the Market Approaches are relative valuation techniques, and not fundamental valuation techniques.

2.2.10   One of the additional advantages of using a DCF framework for valuation is that it can be custom tailored to include the estimated additional free cash flows and potential value of synergies anticipated by a prospective buyer of the company in combination with the economics and value of the target company.

2.2.11   Consequently, regarding valuation methods for valuing companies for a potential acquisition in order of preference from a valuation principles perspective, for a well-established, mature operating company: the Discounted Cash Flow Method is generally the most-preferred method, Earnings-based methods second, and Revenues-based methods third.



## 3.      SUMMARY CONCLUSION

3.1.1    When comparing Autonomy's financial results from First Half of 2011 to First Half of 2010:

**Hardware Transactions**

3.1.2    If the asserted hardware sales are removed along with corresponding costs and expenses:

   a)   Autonomy would have had higher profits and higher profit margins.

   b)   Autonomy's revenue growth percentage would have been higher.

   c)   Autonomy's cash flow would likely have been higher.

**Alleged Linked Transactions**

3.1.3    If the revenues for linked transactions are removed along with corresponding costs and expenses:

   a)   Autonomy would have had higher profits and higher profit margins.

   b)   Autonomy's revenue growth would have been higher.

   c)   Autonomy's cash flow would likely have been higher.

**VAR Transactions**

3.1.4    If the revenues for VAR transactions are removed along with the corresponding costs and expenses:

   a)   Autonomy would have had lower profits.

   b)   Autonomy would have had and a higher profit margin in the First Half of 2010 and a lower profit margin in the First Half of 2011.

   c)   Autonomy's revenue growth would have been lower.

   d)   Autonomy's cash flow would likely have been higher.



December 7, 2023

Case 3:18-cr-00577-CRB   Document 309-4   Filed 01/31/24   Page 23 of 37

UNITED STATES OF AMERICA v MICHAEL RICHARD LYNCH
and STEPHEN KEITH CHAMBERLAIN                                            CONFIDENTIAL
Expert Report of John Levitske

**Multi-Period Hosting Transactions**

3.1.5    If the multi-period hosting transactions in which license revenue was originally recognized in full up front in the quarter in which the deal was executed were instead accounted for by recognizing the revenue ratably on a straight-line basis over the duration of the contract, the result would be:

   a)   The revenue would have been spread out over a longer period.

   b)   The total amount of revenue and profit would have been the same.

   c)   The cash would have been received in the same time periods.

   d)   Although this would have resulted in initially less revenue, the results after adjustments would have indicated growth, plus future revenue and profit streams that are longer and steadier, for which the clients had already paid in full.

   e)   These adjustments result in a net positive impact on cash flows during the Subject Period.

**Financial Statement Analysis and Valuation**

3.1.6    The Second Quarter of 2011 is the last reported financial quarter before the acquisition. Comparison of the First Half of 2011 to the First Half of 2010 is the most recent same period of comparison available of public information when valuing Autonomy in August 2011.

3.1.7    In financial statement analysis for valuation purposes, the most recent periods are often given the most weight – all other things being equal.

3.1.8    Valuation is forward-looking. All other things equal, projections of higher expected profits, higher expected profit margins, higher expected growth, and less expected variability are factors contributing to higher valuations. Higher expected future cash flows is also a factor contributing to higher valuations.

3.1.9    For a well-established, mature operating company: the Discounted Cash Flow Method is generally the most-preferred method for valuing companies for a potential acquisition in order of preference from a valuation principles perspective, Earnings-based methods second, and Revenues-based methods third.

3.1.10    Generally, a comprehensive valuation of a company considers all facts and factors relevant to valuation and requires application of informed judgment by the analyst. Ultimately, a valuation is



December 7, 2023

CONFIDENTIAL

based upon a selected or developed prophesy, or range of prophesies, as to the long-term future of a company and there is no specific formula for a valuation.

a) As I discussed above, the Discounted Cash Flow valuation method based upon a forecast of Free Cash Flows is the most preferred method for valuation of a mature operating company. A company has value to an investor because the investor believes it will generate cash flows in the future: value depends on the magnitude, timing and risk of the cash flows which is expected to be generated. Historical returns are not the focus of valuation, but analysis of historical information may provide insights into certain valuation factors.

b) A valuation analyst will use informed judgment in assessing and weighing the facts and factors. In this situation, the short-term snapshot of historical financial information items and assertions regarding Autonomy which I have analyzed in this Report for the Subject Period are of the type that would be relevant considerations among the total mix of information.

c) In addition, the types of related financial statement analysis adjustments which I have made also would be relevant considerations in developing a valuation.

    i) Furthermore, from an economic perspective, it is my understanding that the hardware, allegedly linked and VAR transaction activities at issue could be discontinued from Autonomy's operations. This would be a relevant consideration.

    ii) Similarly, the multiple years of revenue and income, and greater predictability of multi-year hosting revenues and profits would also be a relevant consideration. In addition, the growth and layering effect in multi-year hosting revenues as a result of the adjustments would be a relevant consideration.

d) I considered the total mix of financial statement analysis adjustments I applied in this Report for the Subject Period, and tabulated them in a schedule Attachment G. This schedule includes all of the financial statement analysis adjustments to revenues, costs of revenues and expenses, plus it includes related income tax and deferred (unearned) revenue items. Consequently, my schedule captures the main items affecting cash flow, as well as profit from operations. This provides a holistic view of the impact on cash flow.

    i) Although total revenue and total profit from operations, after adjustments, are less in each of the Subject Period:

       - The cash flow during the First Half of 2010 is increased.



December 7, 2023

- The cash flow during the First Half of 2011 is increased.

- In total, the amount of cash flow for combined First Half of 2010 and First Half of 2011 is increased.

- The year-over-year percentage change for revenues (growth), after adjustments is greater.

- The profit margin percentage for the First Half of 2010 and the First Half of 2011 are both greater.

- The year-over-year percentage change for profit from operations (growth), after adjustments is similar.

ii)   Accordingly, these would be relevant considerations in assessing historical cash flow as part of a financial statement analysis in the context of a valuation, provide insights to an analyst who is assessing selection of or developing a forecast of free cash flow for a DCF. All other things equal, higher expected cash flows contribute to higher valuation when analyzing a company.

3.1.11   Valuation is an imperfect science, there are imprecisions, and often ranges of point estimates of value are developed. In my financial statement analysis, I made certain assumptions to facilitate the analysis and captured the major items affecting cash flow. Cash flow to a business and to a valuation are important. The DCF Method calculates the present value of future expected free cash flows using a discount rate. Expected free cash flow, or expected earnings as a key component of and translated into expected free cash flow, is generally the most important variable. In the snapshot of the Subject Period, the asserted revenue adjustments would result in a limited impact on the cash flow. All other things equal, assuming the accuracy of the adjustments in the Brice Report and the Rebaselining Exercise that I have relied upon, it is my opinion that, in isolation, the overall impact of the amounts of the adjustments alone discussed in this Report would not likely materially change the valuation of a well-established, mature operating company like Autonomy, as of the Valuation Date.



December 7, 2023

## 4.      SIGNATURE OF EXPERT

Respectfully submitted,

*John Levitske*

John Levitske

December 7, 2023



CURRICULUM VITAE
# JOHN LEVITSKE
## PARTNER



## QUALIFICATIONS

MBA (*cum laude*), University of Notre Dame, USA
JD, Duquesne University School of Law (Law Review), USA
BSBA, Duquesne University, USA
Accredited Senior Appraiser (ASA) in Business Valuation
Accredited in Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Certified Insolvency and Restructuring Advisor (CIRA)
Certified Public Accountant (CPA), licensed in Illinois and Pennsylvania
Chartered Financial Analyst (CFA) Charterholder
Chartered Global Management Accountant (CGMA)
Master Certified Forensic Litigation Consultant (MCFLC)

## MEMBERSHIPS

American Bar Association
- Co-Chair, Investigations, Enforcement and White-Collar Subcommittee of the Business Law Section's Business & Corporate Litigation Committee
- Former Chair, Dispute Resolution Committee of the Business Law Section
- Former Member at Large, Standing Committee on Audit of the ABA national entity

National Board Member and former National President, Forensic Expert Witness Association
Founding Member, Chicago Bar Association, Business Divorce and Complex Ownership Disputes Committee

## PERSONAL DEVELOPMENT

Who's Who Legal (WWL): Consulting Experts, Financial Advisory and Valuation – Quantum of Damages, *2019 – 2023 ("Global Leader" in 2023)*
Corporate Valuation, University of Pennsylvania, The Wharton School, Executive Education, *2022*
Frontiers of Finance, New York University, Stern School of Business, Executive Education, *2022*
Spreadsheet Modeling, Cornell University, College of Engineering, Executive Education, *2022*
Financial Modeling, University of Georgia, Terry College of Business, Executive Education, *2022*
Leaders League: USA Best Arbitration Support Firms, Leading Firms Tier, Key Figure, *2019*
Forensic Expert Witness Association's National Meritorious Service Award, *2019*
The Fellows of the American Bar Foundation, *2018 - present*
Who's Who Legal: International Arbitration, Commercial Experts, *2011*

Dale Carnegie Leadership Training for Managers, 2003
KPMG FLS Leadership Forum and Advanced Leadership Forum, 2001, 2003
The Dale Carnegie Course, 1995

## PROFILE

**John Levitske** is a business appraiser, financial analyst, and forensic accountant with more than 35 years of experience. John serves as a senior advisor to companies, legal counsel, executives, and investors regarding business valuation, financial, accounting, and damages issues in complex commercial matters such as business, shareholder, bankruptcy, corporate governance, alter-ego, private equity, and mergers and acquisitions (M&A) transaction disputes. He provides expert advice when disagreements or uncertainties arise regarding quantifications of value, price, accounting (GAAP and IFRS), or economic damages of a business or stakeholder interest. John works across all industries and is experienced with both private and public companies, in domestic and international disputes.

He has worked with Big Four public accounting, global valuation and corporate financial advisory, and international business advisory and expert consulting firms for over 25 years. He also founded a business valuation dispute analysis practice, co-founded an acquisition agreement vetting practice, and was one of the leaders of a post-acquisition dispute practice. John's expert witness work has included jury and bench trials, mediations, and arbitrations (e.g., ICC, LCIA, SCC, AAA, JAMS, FINRA, and ad hoc) in the United States and internationally. He has testified as an expert witness in the United States, Europe, and the Caribbean. John has also served as a neutral arbitrator and as an independent advisor to the mediator.

John currently teaches as an adjunct faculty member at Benedictine University's College of Business and has served as a Chartered Financial Analyst (CFA) Examination grader. He has also taught accounting, finance, and auditing at the University of Pittsburgh and Point Park University; and served as a national exam question writer for the Uniform Certified Public Accountant (CPA) Exam and the American Institute of Certified Public Accountants' Accredited in Business Valuation Exam.

## PRESENTATIONS & SPEAKING ENGAGEMENTS

John has lectured on valuation, financial analysis, forensic accounting, and M&A dispute topics to various professional groups, including the American Bar Association, American Society of Appraisers, Association of Insolvency and Reorganization Advisors, Chicago Bar Association, and DailyDAC-Financial Poise.

## PUBLICATIONS & PAPERS – PREVIOUS 10 YEARS

"**Business Divorce**", In *Recent Developments in Business and Corporate Litigation*, American Bar Association, Business Law Section, *2023, 2022, 2021 and 2020 editions*
"**Has the Pandemic Increased the Need for Expert Witnesses in M&A Disputes?**", American Bar Association, Litigation Section, Expert Witnesses Committee, *December 2021*
"**The Independent Accountant or Business Valuator as Advisor to the Mediator**", American Bar Association, Litigation Section, Expert Witnesses Committee, *December 2021*
"**Measuring Valuation Damages for Breach of Fiduciary Duty Claims in Shareholder Disputes During the COVID-19 Pandemic**", *Sound Advice*, *July 2021*
"**Contemporary Considerations for Drafting Buy-Sell and Valuation Provisions in Limited Liability Company Operating Agreements**", *Business Law Today*, *May 2021*
"**Innovative Dispute Resolution: The Independent Business Valuator as Advisor to the Mediator in Business Disputes**", Ankura.com, *January 2021*
"**Internal Corporate Investigations**", In *Guide for In-House Counsel*, American Bar Association, Business Law Section, *2020*
"**Internal Corporate Investigations**", *Business Law Today*, Parts 1 and 2, *December 2019 & April 2020*
"**Preparing In-House Counsel and External Lawyer Advocates for Effective, Good-Faith Mediation of Mergers & Acquisitions**", *Business Law Today*, *February 2018*
"**Reflections on the 1-2-3's of Mediation of a Merger & Acquisition Dispute**", *Business Law Today*, *July 2017*

"**Well-Established Principles Key to Expert Witness Testimony**", *Paradigm*, *July 2017*
"**Current Dell Appraisal Rights Litigation Case on Appeal in Delaware Chancery Court May Provide Valuation Insights**", *Paradigm*, *June 2017*
"**Why It Pays to Invest in Expert Analysis**", *Paradigm*, *March 2017*
"**Managing Post-Merger & Acquisition Purchase Price Disputes**", In *ADR Handbook for the Business Lawyer*, American Bar Association, Business Law Section, *2016*

## EMPLOYMENT HISTORY

- HKA Global, LLC, Partner, *2023 - present*
- Benedictine University, Adjunct Faculty Lecturer, *2022 - present*
- Ankura Consulting Group, Senior Managing Director, *2017 - 2022*
- Huron Consulting Group, Senior Director, *2016 - 2017*
- Houlihan Lokey, Managing Director, *2014 - 2016*
- Duff & Phelps, Managing Director, *2005 - 2014*
- Standard & Poor's, a business unit of McGraw-Hill Companies, Managing Director, *2004 - 2005*
- FTI Consulting, Director, *2003 - 2004*
- KPMG, Director, *2000 - 2003*
- Deloitte, Director, *1995 - 2000*
- Mark Wolk & Associates, CPA's, Director, *1985 - 1995*
- Group "L" Investors & Developers, Partner, *1980 - 1985*
- Westinghouse Electric Corporation, Associate Accounting Analyst, *1979 – 1980*

## TESTIMONY – PREVIOUS 4 YEARS

| Year | Forum | Action or Proceeding | Description |
|------|-------|----------------------|-------------|
| 2022 | Eastern Caribbean Supreme Court, High Court of Justice, Territory of the Virgin Islands, Law Division | Ikana Holdings S. de R.L. v. Putney Capital Management Ltd. et al. | Expert Testimony at Trial |
| 2021 | Circuit Court of Cook County, Illinois, Law Division | George Whetsell and Whetsell Family Trust v. Prism Healthcare Partners LTD, et al. | Expert Testimony at Trial |
| 2020 | Circuit Court of Cook County, Illinois, Law Division | George Whetsell and Whetsell Family Trust v. Prism Healthcare Partners LTD, et al. | Expert Testimony at Deposition |
| 2020 | Superior Court of New Jersey, Morris County, Law Division | Ashland LLC, International Specialty Products, Inc., and ISP Environmental Services, Inc. v. G-I Holdings Inc., Building Materials Corporation of America d/b/a GAF Materials Corporation and GAF Corporation, et al. | Expert Testimony at Deposition |
| 2020 | U.S. Bankruptcy Court, Northern District of Texas, Chapter 11 | In re: TriVascular Sales LLC et al., Debtors | Expert Testimony at Deposition |

## CONTACT INFORMATION

Email johnlevitske@hka.com
Tel +1 312 521 7484
Location: 300 South Wacker Drive, Suite 2600,
Chicago, IL 60606  USA

United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain
List of Documents Relied Upon

Appendix 2



| Documents |
| --- |
| Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023 and Appendices. |
| United States' Voluntary Bill of Particulars, dated October 8, 2023, and related tables |
| K26_263.1 ("Rebaselining Exercise") |
| Autonomy Corporation PLC Interim Results for the Six Months Ended June 30, 2010 |
| Autonomy Corporation PLC Interim Results for the Six Months Ended June 30, 2011 |
| Autonomy Corporation PLC Annual Report and Accounts for the year ended 31 December 2010 |
| British Pound to US Dollar Spot Exchange Rates for 2011 |
| Capital IQ Historical GBPUSD Exchange Rate - March 2011 |



**United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain**
**Adjustments for Hardware Transactions**
**Q1 - Q2 2010 Compared To Q1 - Q2 2011**

**Attachment A**

| Hardware Transactions | Q1 2010[a] | Q2 2010 | Q1 & Q2 2010 | Q1 2011[a] | Q2 2011 | Q1 & Q2 2011 | H1 2010 to H2 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ 194.18 | $ 221.13 | $ 415.31 [1] | $ 219.79 | $ 256.25 | $ 476.04 [2] | $ 60.73 | 14.62% |
| *Hardware Adjustment* | (11.84) | (31.06) | (42.90) [3] | (20.09) | (20.85) | (40.94) [3] | | |
| Total Revenue Less Hardware Adjustments | $ 182.34 | $ 190.07 | $ 372.41 | $ 199.70 | $ 235.40 | $ 435.10 | $ 62.69 | 16.83% |
| | | | | | | | | |
| Total Cost of Revenues | 36.08 | 45.22 | 81.30 [1] | 39.23 | 48.49 | 87.73 [2] | | |
| | | | | | | | | |
| Operating Expenses | 84.98 | 98.90 | 183.87 [1] | 95.94 | 124.80 | 220.74 [2] | | |
| | | | | | | | | |
| Total Cost of Revenues and Operating Expenses | $ 121.05 | $ 144.12 | $ 265.17 | $ 135.17 | $ 173.30 | $ 308.47 | | |
| *Costs and Expenses Related to Alleged Hardware Revenues* | (13.21) | (34.66) | (47.87) [4] | (21.53) | (23.39) | (44.92) [4] | | |
| Total Cost of Revenues and Operating Expenses Less Hardware Adjustments | $ 107.84 | $ 109.46 | $ 217.30 | $ 113.64 | $ 149.91 | $ 263.54 | | |
| | | | | | | | | |
| Profit from Operations | $ 73.13 | $ 77.01 | $ 150.14 [1] | $ 84.62 | $ 82.95 | $ 167.57 [2] | $ 17.43 | 11.61% |
| *% of Corresponding Revenue* | | | *36.15%* | | | *35.20%* | | |
| Profit from Operations After Adjustments | $ 74.50 | $ 80.61 | $ 155.11 | $ 86.06 | $ 85.49 | $ 171.56 | $ 16.45 | 10.60% |
| *% of Corresponding Revenue* | | | *41.65%* | | | *39.43%* | | |

Source(s):
(1) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 7.
(2) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, pages 10-11.
(3) United States' Voluntary Bill of Particulars, dated October 8, 2023, Table "Summary of Revenue Adjustments (Detailed) - 2009 To October 2011".
(4) K26_263.1.xlsx (Rebaselining Exercise).

Note(s):
(a) The Interim Results for 2010 and 2011 contain only Q2 and total Half Year values. Q1 is calculated as the difference between the Half Year and Q2 values.

Case 3:18-cr-00577-CRB   Document 308-4   Filed 01/31/24   Page 31 of 37



**United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain**
**Adjustments for Alleged Linked Transactions**
**Q1 - Q2 2010 Compared To Q1 - Q2 2011**

**Attachment B**

| Alleged Linked Transactions | Q1 2010[a] | Q2 2010 | Q1 & Q2 2010 | Q1 2011[a] | Q2 2011 | Q1 & Q2 2011 | H1 2010 to H2 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ 194.18 | $ 221.13 | $ 415.31 [1] | $ 219.79 | $ 256.25 | $ 476.04 [2] | $ 60.73 | 14.62% |
| *Alleged Linked Transaction Adjustments* | (8.50) | - | (8.50) [3] | (6.45) | - | (6.45) [4] | | |
| Total Revenue Less Alleged Linked Transaction Adjustments | $ 185.68 | $ 221.13 | $ 406.81 | $ 213.34 | $ 256.25 | $ 469.59 | $ 62.78 | 15.43% |
| | | | | | | | | |
| Total Cost of Revenues | 36.08 | 45.22 | 81.30 [1] | 39.23 | 48.49 | 87.73 [2] | | |
| | | | | | | | | |
| Operating Expenses | 84.98 | 98.90 | 183.87 [1] | 95.94 | 124.80 | 220.74 [2] | | |
| | | | | | | | | |
| Total Cost of Revenues and Operating Expenses | $ 121.05 | $ 144.12 | $ 265.17 | $ 135.17 | $ 173.30 | $ 308.47 | | |
| *Costs and Expenses Related to Alleged Linked Transactions* | - | (11.52) | (11.52) [3] | (7.01) | - | (7.01) [4][5][b] | | |
| Total Cost of Revenues and Operating Expenses Less Alleged Linked Transaction Adjustments | $ 121.05 | $ 132.60 | $ 253.65 | $ 128.16 | $ 173.30 | $ 301.45 | | |
| | | | | | | | | |
| Profit from Operations | $ 73.13 | $ 77.01 | $ 150.14 [1] | $ 84.62 | $ 82.95 | $ 167.57 [2] | $ 17.43 | 11.61% |
| *% of Corresponding Revenue* | | | 36.15% | | | 35.20% | | |
| Profit from Operations with Adjustments | $ 64.63 | $ 88.53 | $ 153.16 | $ 85.19 | $ 82.95 | $ 168.14 | $ 14.98 | 9.78% |
| *% of Corresponding Revenue* | | | 37.65% | | | 35.81% | | |

**Source(s):**
(1) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 7.
(2) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, pages 10-11.
(3) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-10-049 FileTek, Inc (FileTek).pdf, page 1-2.
(4) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-11-084 Tottenham Hotspur Plc (Tottenham).pdf, page 1, 3.
(5) Capital IQ Historical GBPUSD Exchange Rate - March 2011.

**Note(s):**
(a) The Interim Results for 2010 and 2011 contain only Q2 and total Half Year values. Q1 is calculated as the difference between the Half Year and Q2 values.
(b) £4,370,000 at the Historical Exchange Rate on March 31, 2011 of £0.62305 GBP/USD = $7,013,883.32.

Case 3:18-cr-00577-CRB   Document 308-4   Filed 01/31/24   Page 32 of 37

**United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain**
**Adjustments for VAR Transactions**
**Q1 - Q2 2010 Compared To Q1 - Q2 2011**

**Attachment C**



| VAR Transactions[a] | Q1 2010[b] | Q2 2010 | Q1 & Q2 2010 | Q1 2011[b] | Q2 2011 | Q1 & Q2 2011 | H1 2010 to H2 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ 194.18 | $221.13 | $ 415.31 [1] | $ 219.79 | $256.25 | $ 476.04 [2] | $ 60.73 | 14.62% |
| *VAR transactions allegedly recognized too early - outs* | (9.70) | - | (9.70) [3] | (10.90) | (21.60) | (32.50) [3] | | |
| *VAR transactions allegedly recognized too early - ins* | 4.66 | 10.07 | 14.73 [3] | 8.32 | 10.69 | 19.01 [3] | | |
| *VAR transactions allegedly linked to payment to VAR* | (15.30) | - | (15.30) [3] | (12.50) | (7.00) | (19.50) [3] | | |
| Total Revenue Less VAR Adjustments | $ 173.84 | $231.20 | $ 405.04 | $ 204.71 | $238.34 | $ 443.05 | $ 38.01 | 9.38% |
| | | | | | | | | |
| Total Cost of Revenues | 36.08 | 45.22 | 81.30 [1] | 39.23 | 48.49 | 87.73 [2] | | |
| | | | | | | | | |
| Operating Expenses | 84.98 | 98.90 | 183.87 [1] | 95.94 | 124.80 | 220.74 [2] | | |
| | | | | | | | | |
| Total Cost of Revenues and Operating Expenses | $ 121.05 | $144.12 | $ 265.17 | $ 135.17 | $173.30 | $ 308.47 | | |
| *Costs and Expenses Related to Alleged VAR Transactions* | (8.72) | - | (8.72) [3] | (11.64) | (8.20) | (19.84) [3] | | |
| Total Cost of Revenues and Operating Expenses Less VAR Adjustments | $ 112.33 | $144.12 | $ 256.45 | $ 123.53 | $165.10 | $ 288.63 | | |
| | | | | | | | | |
| Profit from Operations | $ 73.13 | $ 77.01 | $ 150.14 [1] | $ 84.62 | $ 82.95 | $ 167.57 [2] | $ 17.43 | 11.61% |
| *% of Originally Reported Revenue* | | | 36.15% | | | 35.20% | | |
| Profit from Operations with Adjustments | $ 61.51 | $ 87.09 | $ 148.59 | $ 81.18 | $ 73.24 | $ 154.42 | $ 5.83 | 3.92% |
| *% of Adjusted Revenue* | | | 36.69% | | | 34.85% | | |

**Source(s):**
(1) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 7.
(2) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, pages 10-11.
(3) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Table 2.8 and Appendix F.

**Note(s):**
(a) These amounts are only the part of the asserted adjustment that falls within the Subject Period.
(b) The Interim Results for 2010 and 2011 contain only Q2 and total Half Year values. Q1 is calculated as the difference between the Half Year and Q2 values.

Case 3:18-cr-00577-CRB   Document 308-4   Filed 01/31/24   Page 33 of 37



**United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain**
**Sample of Representative Multi-Period Hosting Transactions**
**Comparison Of Annual Revenue Recognition Up-Front vs. Ratably**
**Sample Transactions From Brice Report Table 2.10**

### Company A

SW-09-013 Bank of America, NA - $9.2 million contract license amount, 60 month duration
SW-10-059 JP Morgan Chase Bank, N.A. - $8.7 million contract license amount, 60 month duration
SW-11-086 Deutsche Bank AG - $7.1 million contract license amount, 60 month duration

Revenue Recognition Method Selected:
License Revenue Recognized 100% Up Front

#### Revenue

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Revenue |
|---|---|---|---|---|---|---|
| 2009 | $ 9,204,762 | $ - | $ - | $ 9,204,762 | | 1 |
| 2010 | - | 8,700,000 | - | 8,700,000 | -5.5% | 1 |
| 2011 | - | - | 7,100,000 | 7,100,000 | -18.4% | 1 |
| 2012 | - | - | - | - | -100.0% | 0 |
| 2013 | - | - | - | - | | 0 |
| 2014 | - | - | - | - | | 0 |
| 2015 | - | - | - | - | | 0 |
| 2016 | - | - | - | - | | 0 |
| Total | $ 9,204,762 | $ 8,700,000 | $ 7,100,000 | $ 25,004,762 | | 3 |
| Average | | | | $ 3,125,595 | -41.3% | |

#### Cash Received

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Cash Received |
|---|---|---|---|---|---|---|
| 2009 | $ 9,204,762 | $ - | $ - | $ 9,204,762 | | 1 |
| 2010 | - | 8,700,000 | - | 8,700,000 | -5.5% | 1 |
| 2011 | - | - | 7,100,000 | 7,100,000 | -18.4% | 1 |
| 2012 | - | - | - | - | -100.0% | 0 |
| 2013 | - | - | - | - | | 0 |
| 2014 | - | - | - | - | | 0 |
| 2015 | - | - | - | - | | 0 |
| 2016 | - | - | - | - | | 0 |
| Total | $ 9,204,762 | $ 8,700,000 | $ 7,100,000 | $ 25,004,762 | | 3 |
| Average | | | | $ 3,125,595 | -41.3% | |

#### Profit Contribution At 87% Gross Profit Margin[4](a)   87.2%

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Profit Contribution |
|---|---|---|---|---|---|---|
| 2009 | $ 8,025,430 | $ - | $ - | $ 8,025,430 | | 1 |
| 2010 | - | 7,585,339 | - | 7,585,339 | -5.5% | 1 |
| 2011 | - | - | 6,190,334 | 6,190,334 | -18.4% | 1 |
| 2012 | - | - | - | - | -100.0% | 0 |
| 2013 | - | - | - | - | | 0 |
| 2014 | - | - | - | - | | 0 |
| 2015 | - | - | - | - | | 0 |
| 2016 | - | - | - | - | | 0 |
| Total | $ 8,025,430 | $ 7,585,339 | $ 6,190,334 | $ 21,801,103 | | 3 |
| Average | | | | $ 2,725,138 | -41.3% | |

### Company B

SW-09-013 Bank of America, NA - $9.2 million contract license amount, 60 month duration
SW-10-059 JP Morgan Chase Bank, N.A. - $8.7 million contract license amount, 60 month duration
SW-11-086 Deutsche Bank AG - $7.1 million contract license amount, 60 month duration

Revenue Recognition Method Selected:
License Revenue Recognized Ratably on Straight-Line Bases Over Contract Duration

#### Revenue

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Revenue |
|---|---|---|---|---|---|---|
| 2009 | $ 1,380,714 | $ - | $ - | $ 1,380,714 | | 1 |
| 2010 | 1,840,952 | 870,000 | - | 2,710,952 | 96.3% | 1 |
| 2011 | 1,840,952 | 1,740,000 | 1,065,000 | 4,645,952 | 71.4% | 1 |
| 2012 | 1,840,952 | 1,740,000 | 1,420,000 | 5,000,952 | 7.6% | 1 |
| 2013 | 1,840,952 | 1,740,000 | 1,420,000 | 5,000,952 | | 1 |
| 2014 | 460,238 | 1,740,000 | 1,420,000 | 3,620,238 | | 1 |
| 2015 | - | 870,000 | 1,420,000 | 2,290,000 | | 1 |
| 2016 | - | - | 355,000 | 355,000 | | 1 |
| Total | $ 9,204,762 | $ 8,700,000 | $ 7,100,000 | $ 25,004,762 | | 8 |
| Average | | | | $ 3,125,595 | 58.5% | |

#### Cash Received

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Cash Received |
|---|---|---|---|---|---|---|
| 2009 | $ 9,204,762 | $ - | $ - | $ 9,204,762 | | 1 |
| 2010 | - | 8,700,000 | - | 8,700,000 | -5.5% | 1 |
| 2011 | - | - | 7,100,000 | 7,100,000 | -18.4% | 1 |
| 2012 | - | - | - | - | -100.0% | 0 |
| 2013 | - | - | - | - | | 0 |
| 2014 | - | - | - | - | | 0 |
| 2015 | - | - | - | - | | 0 |
| 2016 | - | - | - | - | | 0 |
| Total | $ 9,204,762 | $ 8,700,000 | $ 7,100,000 | $ 25,004,762 | | 3 |
| Average | | | | $ 3,125,595 | -41.3% | |

#### Profit Contribution At 87% Gross Profit Margin[4](a)   87.2%

| Year | SW-09-013 Bank Of America, NA[1] | SW-10-059 JP Morgan Chase Bank, N.A.[2] | SW-11-086 Deutsche Bank AG[3] | Total | Year-Over-Year % Change | Years of Profit Contribution |
|---|---|---|---|---|---|---|
| 2009 | $ 1,203,814 | $ - | $ - | $ 1,203,814 | | 1 |
| 2010 | 1,605,086 | 758,534 | - | 2,363,620 | 96.3% | 1 |
| 2011 | 1,605,086 | 1,517,068 | 928,550 | 4,050,704 | 71.4% | 1 |
| 2012 | 1,605,086 | 1,517,068 | 1,238,067 | 4,360,221 | 7.6% | 1 |
| 2013 | 1,605,086 | 1,517,068 | 1,238,067 | 4,360,221 | | 1 |
| 2014 | 401,271 | 1,517,068 | 1,238,067 | 3,156,406 | | 1 |
| 2015 | - | 758,534 | 1,238,067 | 1,996,601 | | 1 |
| 2016 | - | - | 309,517 | 309,517 | | 1 |
| Total | $ 8,025,430 | $ 7,585,339 | $ 6,190,334 | $ 21,801,103 | | 8 |
| Average | | | | $ 2,725,138 | 58.5% | |

### Observations: Company A vs. Company B

**Company B Revenue During First 3 Years**
Total revenue: same
Average revenue per year: same
Number of years with revenue: more
Number of years with no revenue: less (none)

Company B Year-Over-Year % Change During First 3 Years
Greater
Greater on Average

**Company B Cash During First 3 Years**
Total cash received: same
Average cash received per year: same
Number of years with cash received: same
Number of years with no cash received: same

Company B Year-Over-Year % Change During First 3 Years
Same
Same on Average

**Company B Profit Contribution During First 3 Years**
Total profit: same
Average profit per year: same
Number of years with profit contribution: more
Number of years with no profit contribution: less (none)

Company B Year-Over-Year % Change During First 3 Years
Greater
Greater on Average

**Source(s):**
(1) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-09-013 Bank of America, NA (Bank of America).pdf.
(2) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-10-059 J P Morgan Chase Bank, N.A. (JPMC).pdf.
(3) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-11-086 Deutsche Bank AG (DB Restructure).pdf.
(4) Autonomy Corporation plc Annual Report and Accounts for the year ended 31 December 2010, page 16 and 45.

**Note:**
(a) The gross profit margin is based on the gross profit as reported in Autonomy's 2010 annual report [($701,573,000 + $57,280,000) / $870,366,000 = 87%].

**United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain**
**Multi-Period Hosting Transactions**
**Revenues As Adjusted**

**Attachment E**





| Earned Revenue | Q1 2010 | Q2 2010 | Q1 & Q2 2010 | Q1 2011 | Q2 2011 | Q1 & Q2 2011 | Yr-Over-Yr % Change |
|---|---|---|---|---|---|---|---|
| As Reported | $ 8,915,000 | $ 29,249,000 | $ 38,164,000 | $ 14,162,180 | $ 17,465,698 | $ 31,627,878 | -17.1% |
| As Adjusted | $ 1,321,705 | $ 1,878,893 | $ 3,200,598 | $ 4,819,898 | $ 5,670,766 | $ 10,490,663 | 227.8% |
| Deferred Revenue | $ (7,593,295) | $ (27,370,107) | $ (34,963,402) | $ (9,342,282) | $ (11,794,932) | $ (21,137,215) | |

United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain
**Adjustments for Multi-Period Hosting Transactions**
Q1 - Q2 2010 Compared To Q1 - Q2 2011

Attachment F



| Multi-Period Hosting Transactions | Q1 2010[a] | Q2 2010 | Q1 & Q2 2010 | | Q1 2011[a] | Q2 2011 | Q1 & Q2 2011 | | H1 2010 to H2 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $ 194.18 | $ 221.13 | $ 415.31 [1] | | $ 219.79 | $ 256.25 | $ 476.04 [2] | | $ 60.73 | 14.62% |
| *Multi-Period Hosting Revenue Recognized Too Early - Net* | (7.59) | (27.37) | (34.96) [3] | [A] | (9.34) | (11.79) | (21.14) [3] | [A] | | |
| Total Revenue less Hosting Adjustments | $ 186.59 | $ 193.76 | $ 380.35 | | $ 210.45 | $ 244.46 | $ 454.90 | | $ 74.56 | 19.60% |
| | | | | | | | | | | |
| Total Cost of Revenues | 36.08 | 45.22 | 81.30 [1] | | 39.23 | 48.49 | 87.73 [2] | | | |
| | | | | | | | | | | |
| Operating Expenses | 84.98 | 98.90 | 183.87 [1] | | 95.94 | 124.80 | 220.74 [2] | | | |
| | | | | | | | | | | |
| Total Cost of Revenues and Operating Expenses | $ 121.05 | $ 144.12 | $ 265.17 | | $ 135.17 | $ 173.30 | $ 308.47 | | | |
| *Costs and Expenses Related to Multi-Period Hosting Transactions* | (0.97) | (3.51) | (4.48) [b] | [B = A * (1 - 87%)] | (1.20) | (1.51) | (2.71) [b] | [B = A * (1 - 87%)] | | |
| Total Cost of Revenues and Operating Expenses Less Hosting Adjustments | $ 120.08 | $ 140.61 | $ 260.69 | | $ 133.97 | $ 171.79 | $ 305.76 | | | |
| | | | | | | | | | | |
| Profit from Operations | $ 73.13 | $ 77.01 | $ 150.14 [1] | [C] | $ 84.62 | $ 82.95 | $ 167.57 [2] | [C] | $ 17.43 | 11.61% |
| *% of Corresponding Revenue* | | | 36.15% | | | | 35.20% | | | |
| Profit from Operations with Adjustments | $ 66.51 | $ 53.15 | $ 119.66 | [D] | $ 76.47 | $ 72.67 | $ 149.14 | [D] | $ 29.49 | 24.64% |
| *% of Corresponding Revenue* | | | 31.46% | | | | 32.79% | | | |
| | | | | | | | | | | |
| Change In Profit From Operations | | | $ (30.48) | [E = D - C] | | | $ (18.43) | [E = D - C] | | |
| Income Tax[4][5] | | | (7.62) [c] | [F = E * 25%] | | | (4.79) [d] | [F = E * 26%] | | |
| Impact to Cash Flow Net of Income Tax | | | $ (22.86) | [G = E - F] | | | $ (13.64) | [G = E - F] | | |
| | | | | | | | | | | |
| *Cash Flow Items* | | | | | | | | | | |
| Impact Net of Income Tax | | | $ (22.86) | [H = G] | | | $ (13.64) | [H = G] | | |
| Increase in Deferred (Unearned) Revenue Liability | | | 34.96 | [I = -A] | | | 21.14 | [I = -A] | | |
| Net Impact to Cash Flows of Selected Items All Else Equal | | | $ 12.10 | [J = H + I] | | | $ 7.50 | [J = H + I] | | |
| | | | | | | | | | | |
| **Reported Cash Flow from Operations** | | | $ 190.80 [1] | [K] | | | $ 192.50 [2] | [K] | | |
| *% Increase to Cash Flow from Operations* | | | 6.3% | [L = J / K] | | | 3.9% | [L = J / K] | | |

Source(s):
(1) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 7.
(2) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, pages 10-11.
(3) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Table 2.10 and Appendix F.
(4) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 4.
(5) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, page 5.

Note(s):
(a) The Interim Results for 2010 and 2011 contain only Q2 and total Half Year values. Q1 is calculated as the difference between the Half Year and Q2 values.
(b) The gross profit margin is based on the gross profit as reported in Autonomy's 2010 annual report [($701,573,000 + $57,280,000) / $870,366,000 = 87%].
(c) From "Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010", page 4: "The full year effective tax rate for 2010 is 25%". $(30.48) * 25% = $(7.62).
(d) From "Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011", page 5: "The full year effective tax rate for 2011 is currently forecast at 26%". $(18.43) * 26% = $(4.79).

Confidential



United States of America v. Michael Richard Lynch and Stephen Keith Chamberlain
Adjustments for Hardware, Linked, VAR, and Multi-Period Hosting Transactions
Q1 - Q2 2010 Compared To Q1 - Q2 2011

Attachment G

| All Adjustments | Q1 2010[a] | Q2 2010 | Q1 & Q2 2010 | | Q1 2011[a] | Q2 2011 | Q1 & Q2 2011 | | H1 2010 to H2 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $ 194.18 | $221.13 | $ 415.31 (1) | | $ 219.79 | $ 256.25 | $ 476.04 (2) | | $ 60.73 | 14.62% |
| *Multi Period Hosting Revenue Recognized Too Early - Net* | (7.59) | (27.37) | (34.96) (3) | [A] | (9.34) | (11.79) | (21.14) (3) | [A] | | |
| *VAR transactions allegedly recognized too early - outs* | (9.70) | - | (9.70) (4) | | (10.90) | (21.60) | (32.50) (4) | | | |
| *VAR transactions allegedly recognized too early - ins* | 4.66 | 10.07 | 14.73 (4) | | 8.32 | 10.69 | 19.01 (4) | | | |
| *VAR transactions linked to payment to VAR* | (15.30) | - | (15.30) (4) | | (12.50) | (7.00) | (19.50) (4) | | | |
| *Hardware Adjustment* | (11.84) | (31.06) | (42.90) (5) | | (20.09) | (20.85) | (40.94) (5) | | | |
| *Linked Transaction Adjustments* | (8.50) | - | (8.50) (6) | | (6.45) | - | (6.45) (7) | | | |
| Total Revenue Less Adjustments | $ 145.90 | $172.77 | 318.68 | | $ 168.83 | $205.70 | $ 374.53 | | $ 55.85 | 17.53% |
| | | | | | | | | | | |
| Total Cost of Revenues | 36.08 | 45.22 | 81.30 (1) | | 39.23 | 48.49 | 87.73 (2) | | | |
| | | | | | | | | | | |
| Operating Expenses | 84.98 | 98.90 | 183.87 (1) | | 95.94 | 124.80 | 220.74 (2) | | | |
| | | | | | | | | | | |
| Total Cost of Revenues and Operating Expenses | $ 121.05 | $144.12 | $ 265.17 | | $ 135.17 | $173.30 | $ 308.47 | | | |
| *Costs and Expenses Related to Multi Period Hosting Revenues* | (0.97) | (3.51) | (4.48) (8)(b) | [B = A * (1 - 87%)] | (1.20) | (1.51) | (2.71) (8)(b) | [B = A * (1 - 87%)] | | |
| *Costs and Expenses Related to Alleged VAR Revenues* | (8.72) | - | (8.72) (4) | | (11.64) | (8.20) | (19.84) (4) | | | |
| *Costs and Expenses Related to Alleged Hardware Revenues* | (13.21) | (34.66) | (47.87) (5) | | (21.53) | (23.39) | (44.92) (5) | | | |
| *Costs and Expenses Related to Alleged Linked Transactions* | - | (11.52) | (11.52) (6) | | (7.01) | - | (7.01) (7)(9)(c) | | | |
| Total Cost of Revenues and Operating Expenses Less Adjustments | $ 98.15 | $ 94.43 | 192.58 | | $ 93.79 | $140.19 | 233.98 | | | |
| | | | | | | | | | | |
| Profit from Operations | $ 73.13 | $ 77.01 | $ 150.14 (1) | [C] | $ 84.62 | $ 82.95 | $ 167.57 (2) | [C] | $ 17.43 | 11.61% |
| *% of Corresponding Revenue* | | | 36.15% | | | | 35.20% | | | |
| Profit from Operations with Adjustments | $ 47.75 | $ 78.34 | $ 126.10 | [D] | $ 75.04 | $ 65.50 | $ 140.54 | [D] | $ 14.45 | 11.46% |
| *% of Corresponding Revenue* | | | 39.57% | | | | 37.53% | | | |
| | | | | | | | | | | |
| Change In Profit From Operations | | | $ (24.04) | [E = D - C] | | | $ (27.03) | [E = D - C] | | |
| Income Tax(10)(11) | | | (6.01) (d) | [F = E * 25%] | | | (7.03) (e) | [F = E * 26%] | | |
| Impact to Cash Flow Net of Income Tax | | | $ (18.03) | [G = E - F] | | | $ (20.00) | [G = E - F] | | |
| | | | | | | | | | | |
| *Cash Flow Items* | | | | | | | | | | |
| Impact Net of Income Tax | | | $ (18.03) | [H = G] | | | $ (20.00) | [H = G] | | |
| Increase in Deferred (Unearned) Revenue Liability | | | 34.96 | [I = -A] | | | 21.14 | [I = -A] | | |
| Net Impact to Cash Flows of Selected Items All Else Equal | | | $ 16.93 | [J = H + I] | | | $ 1.14 | [J = H + I] | | |
| | | | | | | | | | | |
| Reported Cash Flow from Operations | | | $ 190.80 (1) | [K] | | | $ 192.50 (1) | [K] | | |
| *% Increase to Cash Flow from Operations* | | | 8.9% | [L = J / K] | | | 0.6% | [L = J / K] | | |

**Source(s):**
(1) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 7.
(2) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, pages 10-11.
(3) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Table 2.10 and Appendix F.
(4) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Table 2.8 and Appendix F.
(5) United States' Voluntary Bill of Particulars, dated October 8, 2023, "Summary of Revenue Adjustments (Detailed) - 2009 To October 2011".
(6) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-10-049 FileTek, Inc (FileTek).pdf, page 1-2.
(7) Summary of independent expert accounting opinions of Steven Brice, FCA, dated November 8, 2023, Appendix F: SW-11-084 Tottenham Hotspur Plc (Tottenham).pdf, page 1, 3.
(8) Autonomy Corporation plc Annual Report and Accounts for the year ended 31 December 2010, page 16 and 45.
(9) Capital IQ Historical GBPUSD Exchange Rate March 2011.
(10) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010, page 4.
(11) Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011, page 5.

**Note(s):**
(a) The Interim Results for 2010 and 2011 contain only Q2 and total Half Year values. Q1 is calculated as the difference between the Half Year and Q2 values.
(b) The gross profit margin is based on the gross profit as reported in Autonomy's 2010 annual report [($701,573,000 + $57,280,000) / $870,366,000 = 87%].
(c) £4,370,000 at the Historical Exchange Rate on March 31, 2011 of £0.62305 GBP/USD = $7,013,883.32.
(d) From "Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2010", page 4: "The full year effective tax rate for 2010 is 25%". $(24.04) * 25% = $(6.01).
(e) From "Autonomy Corporation PLC Announces Interim Results For The Six Months Ended June 30 2011", page 5: "The full year effective tax rate for 2011 is currently forecast at 26%". $(27.03) * 26% = $(7.03).