# Exhibit D

## Appendix J: My corrected version of Mr Levitske's analysis of year-over-year revenue growth

| | | 2009 | | | | 2010 | | | | 2011 | | H1 2010 | H1 2011 | H1 growth | Q2 growth | LTM-1 | LTM | LTM growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | | | | | | | |
| | | $000 | $000 | $000 | $000 | $000 | $000 | $000 | $000 | $000 | $000 | $000 | $000 | % | % | $000 | $000 | % |
| **Reported revenue** | *Note 1* | 129,779 | 195,192 | 191,606 | 223,111 | 194,180 | 221,125 | 210,556 | 244,505 | 219,793 | 256,250 | 415,305 | 476,043 | 14.6% | 15.9% | 830,022 | 931,104 | 12.2% |
| **HARDWARE** | | | | | | | | | | | | | | | | | | |
| Hardware adjustments | *Appendix G* | | (6,000) | 6,000 | - | 4,300 | 1,300 | (5,600) | (3,400) | (2,500) | (200) *Note 2* | | | | | | | |
| **Adjusted revenue (for hardware)** | | 129,779 | 189,192 | 197,606 | 223,111 | 198,480 | 222,425 | 204,956 | 241,105 | 217,293 | 256,050 | 420,905 | 473,343 | 12.5% | 15.1% | 841,622 | 919,404 | 9.2% |
| **LINKED TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Linked transactions adjustments | *Appendix F* | - | (8,571) | - | (10,500) | (8,500) | - | (7,683) | (4,750) | (6,448) | - | | | | | | | |
| **Adjusted revenue (for linked transactions)** | | 129,779 | 186,621 | 191,606 | 212,611 | 185,680 | 221,125 | 202,873 | 239,755 | 213,345 | 256,250 | 406,805 | 469,595 | 15.4% | 15.9% | 811,022 | 912,223 | 12.5% |
| **VAR TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| VAR transactions adjustments | *Appendix F* | (7,456) | (7,762) | (12,325) | (19,915) | (16,815) | 4,506 | (16,121) | (18,799) | (20,757) | (25,583) | | | | | | | |
| **Adjusted revenue (for VAR transactions)** | | 122,323 | 187,430 | 179,281 | 203,196 | 177,365 | 225,631 | 194,435 | 225,706 | 199,036 | 230,667 | 402,996 | 429,703 | 6.6% | 2.2% | 785,473 | 849,843 | 8.2% |
| **HOSTING TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Hosting transactions adjustments | *Appendix F* | (9,204) | (5,978) | 690 | (14,710) | (7,593) | (27,370) | (2,654) | (6,106) | (9,082) | (11,341) | | | | | | | |
| **Adjusted revenue (for hosting transactions)** | | 120,575 | 189,214 | 192,296 | 208,401 | 186,587 | 193,755 | 207,902 | 238,399 | 210,711 | 244,909 | 380,342 | 455,620 | 19.8% | 26.4% | 781,039 | 901,921 | 15.5% |
| **OTHER SOFTWARE TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Royalty arrangements | *Appendix F* | (5,000) | (4,360) | 385 | 385 | 385 | 385 | 396 | 418 | 418 | (1,832) | | | | | | | |
| Timing errors | *Appendix F* | - | - | - | (2,015) | - | (667) | (3,373) | 223 | 2,682 | - | | | | | | | |
| Errors of valuation | *Appendix F* | - | - | - | - | - | - | - | - | - | (15,818) | | | | | | | |
| **Adjusted revenue (for other software transactions)** | | 124,779 | 190,832 | 191,991 | 221,481 | 194,565 | 220,843 | 207,579 | 245,146 | 222,893 | 238,600 | 415,408 | 461,493 | 11.1% | 8.0% | 828,880 | 914,218 | 10.3% |
| **TOTAL ADJUSTMENT FOR SOFTWARE TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Software transaction adjustments | | (21,660) | (26,671) | (11,250) | (46,755) | (32,523) | (23,146) | (29,435) | (29,014) | (33,187) | (54,574) | | | | | | | |
| **Adjusted revenue (for software transactions)** | | 108,119 | 168,521 | 180,356 | 176,356 | 161,657 | 197,979 | 181,121 | 215,491 | 186,606 | 201,676 | 359,636 | 388,282 | 8.0% | 1.9% | 716,348 | 784,893 | 9.6% |
| **TOTAL ADJUSTMENT FOR SOFTWARE AND HARDWARE TRANSACTIONS** | | | | | | | | | | | | | | | | | | |
| Total adjustment | | (21,660) | (32,671) | (5,250) | (46,755) | (28,223) | (21,846) | (35,035) | (32,414) | (35,687) | (54,774) | | | | | | | |
| **Adjusted revenue (for software and hardware transactions)** | | 108,119 | 162,521 | 186,356 | 176,356 | 165,957 | 199,279 | 175,521 | 212,091 | 184,106 | 201,476 | 365,236 | 385,582 | 5.6% | 1.1% | 727,948 | 773,193 | 6.2% |

**Note 1**: HP-SEC-00567458 (Q1 2009), HP-SEC-00009847 (Q2 2009), HP SEC 00025166 (Q3 2009), HP-SEC-00097914 (Q4 2009), HP-SEC-00009127 (Q1 2010), FTIGJ00002722 (Q2 2010), HP-SEC-00155426 (Q3 2010) and HP-SEC-00024459 (Q4 2010), HP-SEC-00024002 (Q1 2011), HP-SEC-00564873 (Q2 2011)

**Note 2**: The adjustment of $3.400 million in Q4 2010 is explained at paragraph 3.4.22 of my report. The amount in Q2 2011 is a net amount comprising: (i) a reversal of $2.500 million from Q1 2011 and, (ii) a further removal of $2.700 million which was then reversed in Q3 2011.

Case 3:18-cr-00577-CRB   Document 305-2   Filed 01/31/24   Page 2 of 10

# 1 Appendix K: My comments on the analyses relating to software in the Levitske Report

**Issues with Mr Levitske's use of my work in his category "*Linked transactions*"**

1.1.1   At paragraph 2.1.12 of the Levitske Report, Mr Levitske states:

"[My Interim Report] *alleges that Autonomy paid more to purchase goods from customers in certain alleged linked transactions than the same customer paid to purchase software from Autonomy. From a financial statement analysis perspective*, <u>eliminating the revenue from these transactions would also require reducing corresponding alleged linked costs and expenses</u>" [emphasis added].

1.1.2   In performing his analysis on the "*Alleged Linked Transactions*", Mr Levitske therefore:

(a)   removes the revenue recognised by Autonomy in relation to the "*Alleged Linked Transactions*"; and

(b)   adds back the "*Costs and Expenses Related to Alleged Linked Transactions*". The costs and expenses figure used by Mr Levitske is the full value of the purchases made by Autonomy as part of the "*Alleged Linked Transactions*", and the full amount is added back as at the date of the purchase.

1.1.3   I disagree with Mr Levitske's adjustment at 1.1.2(b) above. This is because Autonomy did not recognise any "*Costs and Expenses Related to Alleged Linked Transactions*" at the point of the initial sales. Instead, Autonomy's purchases from its counterparties were "capitalised" on its balance sheet, and recorded as an amortisation expense over the estimated useful life of the "asset" it had purchased.

1.1.4   For example, on 31 May 2010, Autonomy paid FileTek, Inc ("**FileTek**") $11,518,214 in relation to a purchase of FileTek's "*StorHouse*" software and related maintenance. However, Autonomy did not record a cost of $11,518,214 on 30 May 2010, but rather, as explained by Deloitte "*capitalised* [the purchased software] *as an intangible asset and is to be amortised over the life of the licence, being 5 years*"[1]. As such, the "*Costs and Expenses Related to the* [Software Focus Transaction #049]" recorded by Autonomy were $191,970 per month[2] for a

---

[1] Deloitte's Report to the Audit Committee on Q2 2010, page 10
[2] Or $575,910 per quarter

Case 3:18-cr-00577-CRB   Document 308-5   Filed 01/31/24   Page 3 of 10

![Mazars logo]

United States v (1) Michael Richard Lynch (2) Stephen Chamberlain
Summary of independent expert accounting opinions of Steven Brice FCA

period of 60 months commencing in June 2010, as opposed to the $11,518,214 adjustment in May 2010 proposed by Mr Levitske[3].

1.1.5 I have corrected Mr Levitske's analysis in **Appendix L** to take account of the above, and note the following impacts on his conclusions:

(a) Mr Levitske states that after adjusting for the "*Allegedly Linked Transactions*", the "*Profit from operations is now greater than reported during both the First Half of 2010 and the First Half of 2011*". This is incorrect, as once the abovementioned error is corrected in Mr Levitske's analysis, profit from operations in H1 2010 and H1 2011 is actually **lower** than reported; and

(b) Mr Levitske states that after adjusting for the "*Allegedly Linked Transactions*", the "*profit from operations margin, as a percent of revenue, is now greater for both the First Half of 2010 and the First Half of 2011*". This is incorrect as once the abovementioned error is corrected in Mr Levitske's analysis, profit from operations margin, as a percent of revenue, is actually **lower**.

1.1.6 Mr Levitske also states, in his "*Summary Conclusion*", that if "*the revenues for linked transactions are removed along with corresponding costs and expenses: a) Autonomy would have had higher profits and higher profit margins*"[4]. For the reasons set out above, I disagree with Mr Levitske's conclusion. Removing the revenues for linked transactions along with corresponding costs and expenses would actually have lead to Autonomy having lower profits and lower profit margins.

### Issues with Mr Levitske's use of my work in his category "*VAR Transactions*"

1.1.7 Mr Levitske's analysis of "*VAR Transactions*" is, to an extent, affected by the same issue as his analysis of the "*Alleged Linked Transactions*", insofar as certain "*VAR Transactions*" were only settled once Autonomy had first made purchases from the VAR. Whilst Mr Levitske has adjusted the "*Costs and Expenses Related to Alleged VAR Transactions*", in his analysis all of the costs are adjusted as at the date of the sale from Autonomy to the VAR. This is incorrect as:

---

[3] In the case of the "*Alleged Linked Transaction*" adjusted by Mr Levitske in relation to Software Focus Transaction #084 "*Tottenham*", I understand that Autonomy amortised the cost of sponsoring Tottenham Hotspur "*by reference to the number of Premier League home games played*" (see Deloitte's Report to the Audit Committee on the Q3 2010 Review, page 8). As the "*Alleged Linked Transaction*" identified in relation to Software Focus Transaction #084 related to the sponsorship of Tottenham Hotspur in the 2011 / 2012 football season (which commenced in August 2011), I would not expect any expense to have been recorded in the Relevant Period

[4] Expert Report of Mr Levitske, paragraph 3.1.3 a)

(a) in some instances Autonomy capitalised these costs, and recognised them as an amortisation expense over the estimated useful life of the "asset" it had purchased; and

(b) in other instances, whilst Autonomy recorded the purchase as an expense, the date of Autonomy's purchase from the VAR was not in the same reporting period as the date of Autonomy's sale to the VAR.

1.1.8 Addressing each quarter in turn:

(a) in Q1 2010, Mr Levitske identified costs and expenses related to "*linked payment*[s] *to VAR*" in the amount of $8.72 million. This amount appears to relate to the following Software Focus Transactions:

(i) Software Focus Transaction #050 "*MicroTech*". This Software Focus Transaction was entered into on 31 March 2010 and Autonomy recognised revenue of $11.000 million on that date. It appears that the "*linked payment*[s] *to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction were:

- a payment of $4,321,331 made by Autonomy on 31 December 2010 in relation to an Advance Technology Innovation Centre[5]. This amount was capitalised as an intangible asset on Autonomy's balance sheet recognised as an amortisation expense over three years[6]. As such, the "*Costs and Expenses Related to Alleged VAR Transactions*" figure used by Mr Levitske in relation to this payment should have been $120,037 per month[7], or $360,111 per quarter, starting from 1 January 2011; and

- a payment of $2,400,000 made by Autonomy on 30 June 2011, in relation to a purchase of "*DiscoverEngine*" software[8]. This amount was recorded as a "cost of sale" in Q2 2011 and therefore should be included in the "*Costs and Expenses Related to Alleged VAR Transactions*" in Q2 2011 in Mr Levitske's analysis;

---

[5] The full amount of the payment to MicroTech in relation to the Advance Technology Innovation Centre was $9.6 million
[6] Deloitte's Report to the Audit Committee on the 2010 Audit, page 18
[7] Being $4,321,331 / 36 months
[8] This payment was made to DiscoverTech, who I understand it is alleged then remitted the cash to MicroTech so as to enable them to settle their debt with Autonomy

(ii) Software Focus Transaction #045 "*FSA – Capax*". This Software Focus Transaction was entered into on 31 March 2010 and Autonomy recognised revenue of $4.286 million on that date. It appears that the "*linked payment to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction was a payment of $2,000,000 made by Autonomy to Capax Discovery on 29 June 2011 in relation to "*NearPoint Software Support*". This amount was capitalised as an intangible asset on Autonomy's balance sheet, but because the transaction occurred on the last date of the Relevant Period, no "*Costs and Expenses Related to Alleged VAR Transactions*" should have been recorded in Mr Levitske's analysis;

(b) In Q1 2011, Mr Levitske identified "*linked payment*[s] *to VAR*" in the amount of $11.64 million. I have been unable to fully reconcile Mr Levitske's figure to my workings, but it appears to relate to the following Software Focus Transactions[9]:

(i) Software Focus Transaction #085 "*Bank of America - MT*". This Software Focus Transaction was entered into on 30 March 2011 and Autonomy recognised revenue of $3.860 million on that date. It appears that the "*linked payment to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction was a payment of $714,082 made by Autonomy to MicroTech in June 2011 in relation to a "*Maintenance and Support Agreement*". My review of Autonomy's general ledger indicates that no expense was recorded in relation to this payment[10], and as such Mr Levitske's analysis should not include an adjustment in its regard;

(ii) Software Focus Transaction #088 "*McAfee – Capax*". This Software Focus Transaction was entered into on 31 March 2011 and Autonomy recognised revenue of $5.000 million on that date. It appears that the "*linked payment to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction was a payment of $6.000 million made by Autonomy to Capax Discovery on 31 August 2011 in relation to a "*Commercial Software License Agreement*". Mr Levitske's analysis should not include an adjustment in relation to this payment as it post-dates the Relevant Period; and

---

[9] The total payments identified below come to $8.714 million

[10] The "double entry" to this payment appears to have been allocated to the general ledger code 291762, which is a balance sheet account, rather than an income statement account. Refer to "*ORG BAT*" reference "*173396*" in Autonomy's general ledger for 2011

![mazars]

**United States v (1) Michael Richard Lynch (2) Stephen Chamberlain**
**Summary of independent expert accounting opinions of Steven Brice FCA**

  (iii) Software Focus Transaction #091 "*Prisa*". This Software Focus Transaction was entered into on 31 March 2011 and Autonomy recognised revenue of $3.600 million on that date. It appears that the "*linked payment to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction was a payment of $4.400 million made by Autonomy on 30 June 2011, in relation to a purchase of "*DiscoverPoint Engine*" software. This amount was recorded as a "*cost of sale*" in Q2 2011[11] and therefore should be included in the "*Costs and Expenses Related to Alleged VAR Transactions*" in Q2 2011 in Mr Levitske's analysis. I note that the adjustment to be included in Mr Levitske's analysis in relation to this Software Focus Transaction should be $2.000 million, as Mr Levitske had previously determined that $2.400 million related to Software Focus Transaction #050 "*MicroTech*"; and

(c) in Q2 2011, Mr Levitske identified "*linked payment to VAR*" in the amount of $8.2 million. This amount appears to relate to Software Focus Transaction #121 "*USPS archive – mt*". This Software Focus Transaction was entered into on 30 June 2011 and Autonomy recognised $7.000 million of revenue on that date. It appears that the "*linked payment to VAR*" identified by Mr Levitske in relation to this Software Focus Transaction was a payment of $8.200 million made by Autonomy to MicroTech on 16 August 2011 in relation to an "*Autonomy Solution Stack*". Mr Levitske's analysis should not include an adjustment in relation to this payment as it post-dates the Relevant Period.

1.1.9 In addition, Mr Levitske's analysis includes an adjustment line named "*VAR transactions allegedly recognized too early - ins*". I take this adjustment to be a reference to instances where the revenue recognition criteria for a Software Focus Transaction was subsequently met after the initial VAR transaction (for example, when Autonomy reached a direct deal with a named end-user). Whilst I understand the rationale for this adjustment, I am unable to reconcile the figure used by Mr Levitske to my workings. Specifically:

(a) in Q1 2010, Mr Levitske includes "*VAR transactions allegedly reconigzed too early - ins*" in the amount of $4.66 million. Based on my understanding of Mr Levitske's adjustment, the appropriate figure to use should have been $8.156 million[12];

Case 3:18-cr-00577-CRB   Document 308-5   Filed 01/31/24   Page 7 of 10

---

[11] Deloitte's Report to the Audit Committee on the Q2 2011 Review, page 7
[12] Being the revenue recognised in Q1 2010 arising from Software Focus Transactions #020 "*NSA*" ($3.500 million) and #038 "*Dell – Morgan Stanley*" ($4.656 million, noting that this is not the revenue recognition criteria being met, but is instead the reversal of a credit note raised which would not have been necessary if not for the original VAR transaction)

(b) in Q2 2010, Mr Levitske includes "*VAR transactions allegedly recognized too early - ins*" in the amount of $10.07 million. Based on my understanding of Mr Levitske's adjustment, the appropriate figure to use should have been $4.185 million[13];

(c) in Q1 2011, Mr Levitske includes "*VAR transactions allegedly recognized too early - ins*" in the amount of $8.32 million. Based on my understanding of Mr Levitske's adjustment, the appropriate figure to use should have been $2.262 million[14];

(d) in Q2 2011, Mr Levitske includes "*VAR transactions allegedly recognized too early - ins*" in the amount of $10.69 million. Based on my understanding of Mr Levitske's adjustment, the appropriate figure to use should have been $2.705 million[15]; and

(e) from Q2 2010 onwards, Mr Levitske does not include the revenue release of $0.321 million relating to Software Focus Transaction #028. Based on my understanding of Mr Levitske's adjustment "*VAR transactions allegedly recognized too early – ins*", this amount should be included.

1.1.10 Finally, Mr Leviske includes an adjustment called "*VAR transactions allegedly recognized too early – outs*" of $7.000 million in Q2 of 2011 which I understand relates to Software Focus Transaction #121. Based on my understanding of this adjustment, it appears that Mr Leviske has included this as a Linked Transaction. However, in Appendix F the primary basis for concluding that revenue should not be recognised is that it failed to meet the revenue recognition criteria of IAS 18 and consequently, to ensure a like-for-like comparison with the tables in my report, I have treated it as a VAR rather than a linked transaction. This classification has no effect on the overall adjustment.

1.1.11 I have corrected and updated Mr Levitske's analysis in **Appendix L** to take account of the above, and note the following impacts on his conclusions:

(a) Mr Levitske states that after adjusting for the "*VAR transactions*", the "*profit from operations margin, as a percent of revenue, is approximately unchanged for both the First Half of 2010 and the First Half of 2011*". This is incorrect, as once the abovementioned errors are corrected in Mr Levitske's analysis, profit from operations margin in H1 2010 and H1 2011 is actually **notably lower** than reported; and

Case 3:18-cr-00577-CRB   Document 306-5   Filed 01/31/24   Page 8 of 10

---

[13] Being the revenue recognised in Q2 2010 arising from Software Focus Transactions #046 "*PMI (Discover)*" ($4.185 million)
[14] Being the revenue recognised in Q1 2011 arising from Software Focus Transactions #040a "*Capax*" ($2.262 million)
[15] Being the revenue recognised in Q2 2011 arising from Software Focus Transactions #082 "*KPMG*" ($2.705 million)

(b) Mr Levitske states that the "*rate of year-over-year change (growth) in profit from operations is lower than the year-over-year change based upon the originally reported amounts. However, profits are still growing*". This is incorrect, as once the abovementioned errors are corrected, Autonomy's year-over-year profit actually fell from H1 2010 to H1 2011.

Case 3:18-cr-00577-CRB   Document 309-5   Filed 01/31/24   Page 10 of 10

United States v (1) Michael Richard Lynch (2) Stephen Chamberlain
Summary of independent expert accounting opinions of Steven Brice FCA

## Appendix L: My corrected version of Mr Levitske's analyses of the adjustments relating to software

| Alleged Linked Transactions | Q1 2010 | Q2 2010 | Q1 & Q2 2010 | Q1 2011 | Q2 2011 | Q1 & Q2 2011 | H1 2010 to H1 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Revenue | $194.18 | $221.13 | $415.31 | $219.79 | $256.25 | $476.04 | $60.73 | 14.62% |
| *Alleged Linked Transaction Adjustments* | ($8.50) | - | ($8.50) | ($6.45) | - | ($6.45) | | |
| Total Revenue Less Alleged Linked Transaction Adjustments | $185.68 | $221.13 | $406.81 | $213.34 | $256.25 | $469.59 | $62.78 | 15.43% |
| Total Cost of Revenues | $36.08 | $45.22 | $81.30 | $39.23 | $48.49 | $87.72 | | |
| Operating Expenses | $84.98 | $98.90 | $183.88 | $95.94 | $124.80 | $220.74 | | |
| Total Cost of Revenues and Operating Expenses | $121.06 | $144.12 | $265.18 | $135.17 | $173.29 | $308.46 | | |
| *Costs and Expenses Related to Software Focus Transaction #049* | - | ($0.38) | ($0.38) [1] | ($0.58) | ($0.58) | ($1.15) [2] | | |
| *Costs and Expenses Related to Software Focus Transaction #084* | - | - | - | - | - | - [3] | | |
| Total Cost of Revenues and Operating Expenses Less Alleged Linked Transaction Adjustments | $121.06 | $143.74 | $264.80 | $134.59 | $172.71 | $307.31 | | |
| Profit from Operations | $73.12 | $77.01 | $150.13 | $84.62 | $82.96 | $167.58 | $17.45 | 11.62% |
| *% of Corresponding Revenue* | | | 36.15% | | | 35.20% | | |
| Profit from Operations with Adjustments | $64.62 | $77.39 | $142.01 | $78.75 | $83.54 | $162.28 | $20.27 | 14.27% |
| *% of Corresponding Revenue* | | | 34.91% | | | 34.56% | | |

**Source(s)**
All figures are sourced from Attachment B to the Expert Report of Mr Levitske, unless otherwise noted.

(1) Being two months' worth of amortisation changes incurred in relation to Autonomy's purchase of "Storhouse" software from FileTek, Inc, on 30 May 2010.  The $11,518,214 cost was to be amortised over 5 years ($11,518,214 / 60 months = $191,970 per month)

(2) Being three months' worth of amortisation changes incurred in relation to Autonomy's purchase of "Storhouse" software from FileTek, Inc, on 30 May 2010.  The $11,518,214 cost was to be amortised over 5 years ($11,518,214 / 60 months = $191,970 per month, or $575,910 per quarter)

(3) I understand that Autonomy amortised the cost of the Tottenham Hotspur shirt sponsorship by reference to the number of Premier League home games played.  As the 2011 / 2012 football season commenced in August 2011, I would not expect there to be any sponsorship expense recorded in the Relevant Period.

| VAR Transactions | Q1 2010 | Q2 2010 | Q1 & Q2 2010 | Q1 2011 | Q2 2011 | Q1 & Q2 2011 | H1 2010 to H1 2011 Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Revenue | $194.18 | $221.13 | $415.31 | $219.79 | $256.25 | $476.04 | $60.73 | 14.62% |
| *VAR transactions allegedly recognized too early - outs* | ($9.70) | - | ($9.70) | ($10.90) | ($28.60) | ($39.50) | | |
| *VAR transactions allegedly recognized too early - ins* | $8.16 | $4.51 | $12.66 [1] | $2.58 | $3.03 | $5.61 [1] | | |
| *VAR transactions allegedly linked to payment to VAR* | ($15.30) | - | ($15.30) | ($12.50) | - | ($12.50) | | |
| Total Revenue Less Alleged Linked Transaction Adjustments | $177.34 | $225.64 | $402.97 | $198.97 | $230.68 | $429.65 | $26.68 | 6.62% |
| Total Cost of Revenues | $36.08 | $45.22 | $81.30 | $39.23 | $48.49 | $87.72 | | |
| Operating Expenses | $84.98 | $98.90 | $183.88 | $95.94 | $124.80 | $220.74 | | |
| Total Cost of Revenues and Operating Expenses | $121.06 | $144.12 | $265.18 | $135.17 | $173.29 | $308.46 | | |
| *Costs and Expenses Related to Software Focus Transaction #045* | - | - | - [1] | - | - | - [1] | | |
| *Costs and Expenses Related to Software Focus Transaction #050* | - | - | - [1] | ($0.36) | ($2.76) | ($3.12) [1] | | |
| *Costs and Expenses Related to Software Focus Transaction #085* | - | - | - [1] | - | - | - [1] | | |
| *Costs and Expenses Related to Software Focus Transaction #088* | - | - | - [1] | - | - | - [1] | | |
| *Costs and Expenses Related to Software Focus Transaction #091* | - | - | - [1] | - | ($2.00) | ($2.00) [1] | | |
| *Costs and Expenses Related to Software Focus Transaction #121* | - | - | - [1] | - | - | - [1] | | |
| Total Cost of Revenues and Operating Expenses Less Alleged Linked Transaction Adjustments | $121.06 | $144.12 | $265.18 | $134.81 | $168.53 | $303.34 | | |
| Profit from Operations | $73.12 | $77.01 | $150.13 | $84.62 | $82.96 | $167.58 | $17.45 | 11.62% |
| *% of Corresponding Revenue* | | | 36.15% | | | 35.20% | | |
| Profit from Operations with Adjustments | $56.28 | $81.52 | $137.79 | $64.16 | $62.15 | $126.31 | ($11.48) | (8.33%) |
| *% of Corresponding Revenue* | | | 34.19% | | | 29.40% | | |

**Source(s)**
All figures are sourced from Attachment B to the Expert Report of Mr Levitske, unless otherwise noted. (I note there are some immaterial rounding differences to Attachment B to the Expert Report of Mr Levitske).

(1) Refer to Appendix K