Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Defendant Stephen Chamberlain's Joinder in Defendant Michael Lynch's Oppositions to Government Motions in Limine**<br><br>Date:    February 21, 2024<br>Time:    2:00 p.m.<br>Place:   Courtroom 6<br><br>Assigned to Hon. Charles R. Breyer |

Defendant Stephen Chamberlain joins and incorporates herein Defendant Michael Lynch's Oppositions to the Government's Motions in Limine Nos. 1 through 6. ECF Nos. 304, 305, 306, 307, 308 and 309.

With respect to the Government's Motion in Limine No. 5, which seeks to enforce defendants' reciprocal discovery obligations, Mr. Chamberlain separately responds as follows:

First, he is not in possession of any information subject to disclosure under Federal Rules of Criminal Procedure 16(b) or 26.2.

Second, he is not in possession of either his Autonomy laptop or a backup copy of its contents. Indeed, there is reason to believe that those contents may contain exculpatory information. If the government is in possession of—or later obtains possession of—such materials, Mr. Chamberlain respectfully requests that the Government be ordered to produce them in discovery.

The Court should deny the Government's Motions in Limine Nos. 1 through 6.

DATED:  January 31, 2024

Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____
Gary S. Lincenberg
Attorneys for Defendant Stephen Keith Chamberlain