AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff (s),<br>　　　　　V.<br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br>　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:18-cr-00577-CRB |

Notice is hereby given that, subject to approval by the court, __Stephen Keith Chamberlain__ substitutes
(Party (s) Name)

__Gary S. Lincenberg__, State Bar No. __123058__ as counsel of record in
(Name of New Attorney)

place of __Gary S. Lincenberg   Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
　　Address:　　　1875 Century Park East, 23rd Floor, Los Angeles, CA 90067
　　Telephone:　　(310) 201-2100　　　　　　　　Facsimile (310) 201-2110
　　E-Mail (Optional):　glincenberg@birdmarella.com

I consent to the above substitution.　　　　　　　　Stephen Keith Chamberlain

Date:　__Feb 1, 2024__　　　　　　　　　　　　__/s/ signature/__
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.　　　　　　　　　　Gary S. Lincenberg

Date:　__February 1, 2024__　　　　　　　　　　__/s/ signature/__
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

　　　　　　　　　　　　　　　　　　　　　　　　Gary S. Lincenberg
I consent to the above substitution.
Date:　__February 1, 2024__　　　　　　　　　　__/s/ signature/__
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　__February 2, 2024__　　　　　　　　　　__/s/ E. B./__
　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]