AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

UNITED STATES OF AMERICA

                          Plaintiff (s),

V.

MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN

                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cr-00577-CRB

Notice is hereby given that, subject to approval by the court, __Stephen Keith Chamberlain__ substitutes
                                                                                  (Party (s) Name)

__Michael C. Landman__, State Bar No. __343327__ as counsel of record in
    (Name of New Attorney)

place of __Michael C. Landman    Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.__
                                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |
| Address: | 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067 |
| Telephone: | (310) 201-2100    Facsimile (310) 201-2110 |
| E-Mail (Optional): | mlandman@birdmarella.com |

I consent to the above substitution.

Date: __FEB 1, 2024__

Stephen Keith Chamberlain

_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date: __February 1, 2024__

Michael C. Landman

_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __February 1, 2024__

Michael C. Landman

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __February 2, 2024__

_(signature)_
                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]