AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | CASE NUMBER: 3:18-cr-00577-CRB |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,  Stephen Keith Chamberlain  substitutes
(Party (s) Name)

Ray S. Seilie , State Bar No.  277747  as counsel of record in
(Name of New Attorney)

place of  Ray S. Seilie     Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
Address:      1875 Century Park East, 23rd Floor, Los Angeles, CA 90067
Telephone:    (310) 201-2100        Facsimile (310) 201-2110
E-Mail (Optional):  rseilie@birdmarella.com

I consent to the above substitution.                    Stephen Keith Chamberlain
Date:    FEB 1, 2024                                    _____
                                                        (Signature of Party (s))

I consent to being substituted.                         Ray S. Seilie
Date:    February 1, 2024                               _____
                                                        (Signature of Former Attorney (s))
                                                        Ray S. Seilie
I consent to the above substitution.
Date:    February 1, 2024                               _____
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    February 2, 2024                               _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]