# Exhibit A

**To:** Anderson, Antonia[antonia.anderson@hp.com]
**From:** Yelland, Christopher[O=COMPAQ/OU=EMEA3/CN=RECIPIENTS/CN=0295315]
**Sent:** Fri 11/16/2012 4:37:01 PM (UTC)
**Subject:** RE: updated, new format, now includes Tikit

Hi Antonia

This reads well now thanks

Only comments are:
- Second to last para on Euronews does not makes sense as written. There is a word or two missing.
- You mention on several items that the the 2010 error will be corrected in 2011 via exceptional items. I think the opening section should have a general comment that, in the opinion of the CFO, the aggregated 2010 corrections constitute a material but not fundament error in the 2010 accounts. Therefore the correction of each contract has followed the general principal that the FY10 and prior errors will be dealt with via an exceptional item in the FY11 accounts, rather than a full restatement of the prior years results.

I'll review the spreadsheet of required corrections next and respond separately.

Please don't send to Deloitte until we discuss though.

Thanks
Chris

---

**From:** Anderson, Antonia
**Sent:** 08 November 2012 14:18
**To:** Yelland, Christopher
**Subject:** updated, new format, now includes Tikit



Antonia Anderson
Director of Revenue
Autonomy, an HP company
Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

antonia.anderson@hp.com  **Note new email address!**
Direct tel: 01223 488580
Fax: 01223 448040

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged  information.  If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone.  Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies.  No reliance may be placed on this message without written confirmation from an authorised representative of the company.  Autonomy Systems Limited, Registered Office:  Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.