1   PATRICK D. ROBBINS (CABN 152288)
    Attorney for the United States
2   Acting Under Authority Conferred by 28 U.S.C. § 515

3   MARTHA BOERSCH (CABN 126569)
    Chief, Criminal Division
4
5   ROBERT S. LEACH (CABN 196191)
    ADAM A. REEVES (NYBN 2363877)
    KRISTINA N. GREEN (NYBN 5226204)
6   ZACHARY G.F. ABRAHAMSON (CABN 310951)
    Assistant United States Attorneys
7
8           450 Golden Gate Avenue, Box 36055
            San Francisco, California 94102-3495
            Telephone: (415) 436-7014
9           Fax: (415) 436-7234
            Email:  Robert.Leach@usdoj.gov
10
    Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15   UNITED STATES OF AMERICA,              )   Case No. CR 18-577 CRB
                                            )
16          Plaintiff,                      )   UNITED STATES' REPLY IN SUPPORT OF ITS
                                            )   MOTION *IN LIMINE* NO. 2: TO ADMIT
16      v.                                  )   EVIDENCE OF DR. LYNCH'S CONTROL,
                                            )   KNOWLEDGE, AND INTENT
17                                          )
    MICHAEL RICHARD LYNCH AND               )
18   STEPHEN KEITH CHAMBERLAIN,             )   Pretrial Conference:  February 21, 2024, 2 p.m.
                                            )   Trial Date:  March 18, 2024
19          Defendants.                     )
                                            )
20

21                              **INTRODUCTION**

22          The government respectfully submits its Reply in Support of Its Motion *In Limine* No. 2: To

23   Admit Evidence of Dr. Lynch's Control, Knowledge, and Intent.

24                                 **REPLY**

25          When it suited him, Dr. Lynch cultivated an image as "Britain's Bill Gates" and "the doyen of

26   European software."  *See* https://www.businessinsider.com/the-life-of-mike-lynch-autonomy-hp-2017-

27   5#the-sunday-times-once-referred-to-lynch-as-britains-bill-gates-while-the-financial-times-called-him-

28   the-doyen-of-european-software-26.  In this way, he presented himself as someone who knows more

about technology and business than anyone else.  He also compared Autonomy to a piranha that could not show weakness and the Mafia – projecting to his subordinates and the world that he was in charge and that he demanded loyalty.  Now, he argues such analogies lack any relevance to assessing his state of mind and relative authority within Autonomy.  But he concedes that the standard for relevance is "liberal," and offers no persuasive reason why his own words and conduct should be excluded under Federal Rule of Evidence 403.

The Court should admit testimony by Joel Scott to the effect that Dr. Lynch said Autonomy was like the Mafia.  In six pages of briefing, Dr. Lynch does not even mention Scott by name, let alone wrestle with his statements or the context in which they were made.  He does not dispute the comments were made in connection with Dr. Lynch's "flying the plane" or direction: "think acquisition."  This silence speaks volumes, and the government submits Mr. Scott will explain how these statements exemplify how Lynch domineered over Autonomy, demanded loyalty, and exerted firm control.

The Court should admit testimony by Alex Marshall to the effect that Dr. Lynch said he runs Autonomy like the Mafia.  In his opposition, Dr. Lynch is equally mute with respect to these statements, neither mentioning Mr. Marshall by name nor meaningfully engaging with the substance of his testimony.  The defense's silence on these points is an implicit concession that Scott's and Marshall's statements are probative.  While Dr. Lynch today wants to suggest the remarks were "tongue-in-cheek" and attempts at humor, the jury should be allowed to assess the defendant's own words and determine whether they were a bad joke or attempts at control.

With appropriate foundation, the Court should also admit testimony about Dr. Lynch dressing as a Mafioso and lording over sales calls, as evidence of his knowledge of the issues plaguing Autonomy.

Finally, beyond rhetoric, Dr. Lynch has no persuasive answer to the relevance of his comparing Autonomy to a predator like a piranha.  Among other things, the evidence reflects a desire on Dr. Lynch's part to be perceived – by his subordinates, competitors, and others – as tough, ruthless, cunning, and powerful.  There is no reason to hide his self-promotion.  Indeed, beyond the suggestion the government does not get his humor, Dr. Lynch identifies no prejudice.

1

## CONCLUSION

2          For these reasons, the Court should grant the motion.

3  DATED:  February 7, 2024                    Respectfully submitted,

4                                              PATRICK D. ROBBINS
                                               Attorney for the United States Attorney
5                                              Acting Under Authority Conferrred by
                                               28 U.S.C. § 515
6                                                   *Robert S. Leach*

7                                              _____
                                               ROBERT S. LEACH
8                                              ADAM A. REEVES
                                               KRISTINA N. GREEN
9                                              ZACHARY G.F. ABRAHAMSON
                                               Assistant United States Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28