Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DEFENDANT MICHAEL RICHARD LYNCH'S MOTION TO FILE SUR-REPLY AND PROPOSED SUR-REPLY IN OPPOSITION TO THE UNITED STATES' MOTION *IN LIMINE* NO. 5 TO ENFORCE DEFENDANTS' RECIPROCAL DISCOVERY OBLIGATIONS**<br><br>**(Government MIL No. 5)**<br><br>Date: February 21, 2024<br>Time: 2:00 pm<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: February 8, 2024<br>Trial Date: March 18, 2024 |

Dr. Lynch respectfully requests leave of the Court to file the following sur-reply in opposition to Government MIL No. 5:

In its Reply, the government directs the Court's attention to two email exchanges with no Bates numbers cited by Dr. Lynch in his Defendant's Motion to Exclude the 2014 Filing of Autonomy Systems Ltd.'s 2011 Annual Report (Lynch MIL No. 2), filed on January 17, 2024. Reply Supp. Gov't MIL No. 5 at 2 (Dkt. 339).  Based in part on these exhibits, the government argues that "Dr. Lynch's own pretrial filings show that he possesses relevant documents from unknown sources." *Id.*

The first exhibit is Dkt. 393-5, an October 22, 2012 email from Lee Welham to Antonia Anderson.  The government produced this document to the defendant as POS00386479 but did not produce a working Bates-stamped image file.  The government has listed this document as a trial exhibit: Trial Exhibit 4600.

The second exhibit is Dkt. 393-7, an April 3, 2013 email from Christopher Yelland to Antonia Anderson.  The government produced this document to the defendant as POS00424252 but did not produce a working Bates-stamped image file.

Neither document is from an "unknown source[]." The government produced both documents in discovery and identified one as a trial exhibit.

1

Defendant Lynch's Prop. Sur-Reply Opp. Gov't MIL No. 5
Case No. 3:18-cr-00577-CRB

| | |
|---|---|
| Dated: February 8, 2024 | Respectfully submitted, |

*/s/ Nicholas P. Silverman*
Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Christopher J. Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

2

Defendant Lynch's Prop. Sur-Reply Opp. Gov't MIL No. 5
Case No. 3:18-cr-00577-CRB