UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WP KVGF "UVC VGU'QH'CO GT KEC

Plaintiff(s),

v.

O KEJ CGN'T KEJ CTF "N[ P EJ "cpf
UVGRJ GP "MGKVJ "EJ CO DGT NCKP

Defendant(s).

Case No. 5-3: /et/22799/ETD"

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, _____Meredith Lewis"_____, an active member in good standing of the bar of _____District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____Michael Richard Lynch_____ in the above-entitled action. My local co-counsel in this case is _____Jonathan Baum_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____303469_____.

1330 Connecticut Avenue, NW Washington, DC 20036
MY ADDRESS OF RECORD

1 Market Place, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202 429 3008
MY TELEPHONE # OF RECORD

415-365-6748
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mlewis@steptoe.com
MY EMAIL ADDRESS OF RECORD

jbaum@steptoe.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____90005177_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 9, 2024                                    Meredith Lewis
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Meredith Lewis_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   February 12, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE