Samantha J. McCarthy (State Bar No. 339893)
smccarthy@steptoe.com
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for Defendant
MICHAEL LYNCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | **NOTICE OF APPEARANCE OF SAMANTHA J. MCCARTHY** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | Court: Courtroom 6 – 17th Floor |
| Defendants. | Date Filed: February 12, 2024 |
| | Trial Date: March 18, 2024 |

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Samantha J. McCarthy of Steptoe LLP, hereby appears as counsel for Defendant Michael Lynch.  She is admitted to practice in the State of California and before this Court.  Her address, telephone and facsimile numbers are as follows:

STEPTOE LLP
Samantha J. McCarthy
1330 Connecticut Avenue, NW
Washington, DC
Telephone: (202) 429-1329
Facsimile: (202) 429-3902

DATED: February 12, 2024

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STEPTOE LLP

By /s/ Samantha J. McCarthy
    Samantha J. McCarthy
Attorney for Defendant
MICHAEL LYNCH