PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | UNITED STATES' PROPOSED VERDICT FORM |
| v. | Trial Date:  March 18, 2024 |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | Pretrial Conference:  February 21, 2024 |
| Defendants. | |

The government respectfully submits its Proposed Verdict Form.

DATED: February 16, 2024

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA GREEN
Zachary G.F. Abrahamson
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 18-577 CRB |
| Plaintiff, | ) ) | VERDICT FORM |
| v. | ) ) | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | ) ) ) | |
| Defendants. | ) ) | |

**<u>COUNT ONE:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)</u>**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Conspiracy to Commit Wire Fraud, as set forth in Count One of the Indictment.

VERDICT FORM
CASE NO. CR 18-577 CRB                    1

**COUNT TWO:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

                                                GUILTY      NOT GUILTY

MICHAEL RICHARD LYNCH      _____      _____

STEPHEN KEITH CHAMBERLAIN    _____      _____

of the charge of Wire Fraud, as set forth in Count Two of the Indictment, as to an email from J.S. in the Northern District of California to S.C. on or about January 26, 2011 regarding "FW: autn_boa."

**COUNT THREE:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

                                                GUILTY      NOT GUILTY

MICHAEL RICHARD LYNCH      _____      _____

STEPHEN KEITH CHAMBERLAIN    _____      _____

of the charge of Wire Fraud, as set forth in Count Three of the Indictment, as to a press release titled "Autonomy Corporation plc Announces Results for the Year Ended December 31, 2010," distributed from Cambridge, England, to the Northern District of California on or about February 1, 2011.

**COUNT FOUR:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

                                                GUILTY      NOT GUILTY

MICHAEL RICHARD LYNCH      _____      _____

STEPHEN KEITH CHAMBERLAIN    _____      _____

of the charge of Wire Fraud, as set forth in Count Four of the Indictment, as to a video conference involving participants in Palo Alto, California, and the United Kingdom on or about February 3, 2011.

**COUNT FIVE:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Five of the Indictment, as to a video conference involving participants in Palo Alto, California, and the United Kingdom on or about March 4, 2011.

**COUNT SIX:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Six of the Indictment, as to an email from M.H. to S.E. in the Northern District of California dated April 4, 2011 regarding "Prisa VAR."

**COUNT SEVEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Seven of the Indictment, as to a press release titled "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011," distributed from the United Kingdom to the Northern District of California on or about April 21, 2011.

**COUNT EIGHT:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Eight of the Indictment, as to a press release titled "Autonomy Corporation plc Announces Interim Results for the Six Months Ended June 30, 2011," distributed from the United Kingdom to the Northern District of California on or about July 27, 2011.

**COUNT NINE:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Nine of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 1, 2011.

**COUNT TEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Ten of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 2, 2011.

**COUNT ELEVEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Eleven of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 3, 2011.

**COUNT TWELVE:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Twelve of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 4, 2011.

**COUNT THIRTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Thirteen of the Indictment, as to an email from A.H. in the United Kingdom to F.M. and others in the Northern District of California regarding "Project Daniel 1Room" attaching "Data Room Updates 509381013.4DOC" on or about August 4, 2011.

**COUNT FOURTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

                                                          GUILTY     NOT GUILTY

MICHAEL RICHARD LYNCH     _____    _____

STEPHEN KEITH CHAMBERLAIN    _____    _____

of the charge of Wire Fraud, as set forth in Count Fourteen of the Indictment, as to an email from A.K. to M.S. and others in the Northern District of California regarding "RE: Tesla: Updated Legal DD Questions" on or about August 4, 2011.

**COUNT FIFTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

                                                          GUILTY     NOT GUILTY

MICHAEL RICHARD LYNCH     _____    _____

STEPHEN KEITH CHAMBERLAIN    _____    _____

of the charge of Wire Fraud, as set forth in Count Fifteen of the Indictment, as to an emailed letter from Capita Registrars in the United Kingdom to M.S. and A.J. in the Northern District of California, requesting payments of £5,445,493,678.35 and £24,065,825.50.

**COUNT SIXTEEN:  18 U.S.C. § 1348 (Securities Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant Michael Richard Lynch _____ (GUILTY/NOT GUILTY) of the charge of Securities Fraud, as set forth in Count Sixteen of the Indictment.

DATED: _____

                                                            _____
                                                            FOREPERSON