# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 08/2018)

Please use one form per court reporter. CJA counsel please use Form CJA24. Please read instructions on next page.

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Suzanne Wilson |
| 2a. CONTACT PHONE NUMBER | (818) 749-1528 |
| 3. CONTACT EMAIL ADDRESS | swilson2@gibsondunn.com |
| 1b. ATTORNEY NAME (if different) | James J. Farrell |
| 2b. ATTORNEY PHONE NUMBER | (212) 351-4000 |
| 3. ATTORNEY EMAIL ADDRESS | JFarrell@gibsondunn.com |
| 4. MAILING ADDRESS | Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 |
| 5. CASE NAME | US v. Lynch |
| 6. CASE NUMBER | 3:18cr577 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) | ☐ FTR |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☑ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/0204 | CRB | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 03/19/2024 | CRB | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
This request applies only to the transcripts for 3/18/24 and 3/19/24.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Suzanne Wilson
12. DATE: 03/14/2024