UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CASE NO. CR 18-577 CRB |
| Plaintiff, | ) ) | STIPULATION REGARDING BUSINESS RECORDS OF AT&T |
| v. | ) ) | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | ) ) ) | |
| Defendants. | ) ) | |

The United States and Defendants Michael Richard Lynch and Stephen Keith Chamberlain hereby stipulate that the following documents are (1) business records pursuant to Federal Rule of Evidence 803(6) because they were made at or near the time by someone with knowledge; kept in the course of regularly conducted business; and made as part of a regular business activity; and (2) are authentic pursuant to Federal Rule of Evidence 901, 902(11), 902(13), and/or 902(14).

| Exhibit | Description | Custodian |
|---|---|---|
| 624 | AT&T records for the period March 5, 2010 to April 4, 2010 | AT&T |
| 2946 | AT&T phone records (Stouffer Egan) | AT&T |

| Exhibit | Description | Custodian |
|---|---|---|
| 3039 | Cronin's AT&T phone records | AT&T |

DATED: March 14, 2024

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

DATED: March 14, 2024

CLIFFORD CHANCE US LLP

/s/
_____
CHRISTOPHER J. MORVILLO
Attorneys for Defendant Michael Lynch

DATED: March 14, 2024

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C.

/s/
_____
GARY S. LINCENBERG
Attorneys for Defendant Stephen Chamberlain