UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CASE NO. CR 18-577 CRB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION REGARDING BUSINESS RECORDS OF JOHN MARSHALL BANK |
| v. | ) ) | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | ) ) ) | |
| Defendants. | ) ) | |

The United States and Defendants Michael Richard Lynch and Stephen Keith Chamberlain hereby stipulate that the following documents are (1) business records pursuant to Federal Rule of Evidence 803(6) because they were made at or near the time by someone with knowledge; kept in the course of regularly conducted business; and made as part of a regular business activity; and (2) are authentic pursuant to Federal Rule of Evidence 901, 902(11), 902(13), and/or 902(14).

| Exhibit | Description | Custodian |
|---|---|---|
| 582 | Checking Account Records for MT/DT for January 2010 | John Marshall Bank |
| 786 | Statement dated April 30, 2010, for Discover Technologies LLC | John Marshall Bank |

| Exhibit | Description | Custodian |
|---|---|---|
| 1529 | Checking Account Records for DiscoverTech for January 2011 | John Marshall Bank |
| 1902 | Discover Technologies bank statement for the period ending June 30, 2011 | John Marshall Bank |
| 2059 | Bank statement for Discover Technologies' account at John Marshall Bank for the period ending July 31, 2011. | John Marshall Bank |

DATED: March 14, 2024

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

DATED: March 14, 2024

CLIFFORD CHANCE US LLP

/s/
_____
CHRISTOPHER J. MORVILLO
Attorneys for Defendant Michael Lynch

DATED: March 14, 2024

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C.

/s/
_____
GARY S. LINCENBERG
Attorneys for Defendant Stephen Chamberlain

STIP RE BUSINESS RECORDS (JMB)        2
CASE NO. CR 18-577 CRB