UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>　　Defendants. | CASE NO. CASE NO. CR 18-577 CRB<br><br>STIPULATION REGARDING BUSINESS<br>RECORDS OF ROYAL BANK OF SCOTLAND |

　　The United States and Defendants Michael Richard Lynch and Stephen Keith Chamberlain hereby stipulate that the following documents are (1) business records pursuant to Federal Rule of Evidence 803(6) because they were made at or near the time by someone with knowledge; kept in the course of regularly conducted business; and made as part of a regular business activity; and (2) are authentic pursuant to Federal Rule of Evidence 901, 902(11), 902(13), and/or 902(14).

| Exhibit | Description | Custodian |
|---|---|---|
| 11997 | Royal Bank of Scotland Group | RBS |
| 11998 | Royal Bank of Scotland Group, Account Transaction | RBS |

| | | |
|---|---|---|
| DATED: March 14, 2024 | | Respectfully submitted, |
| | | PATRICK D. ROBBINS<br>Attorney for the United States,<br>Acting Under Authority Conferred by<br>28 U.S.C. § 515 |
| | | /s/<br>_____<br>ROBERT S. LEACH<br>ADAM A. REEVES<br>KRISTINA N. GREEN<br>ZACHARY G.F. ABRAHAMSON<br>Assistant United States Attorneys |
| DATED: March 14, 2024 | | CLIFFORD CHANCE US LLP |
| | | /s/<br>_____<br>CHRISTOPHER J. MORVILLO<br>Attorneys for Defendant Michael Lynch |
| DATED: March 14, 2024 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C. |
| | | /s/<br>_____<br>GARY S. LINCENBERG<br>Attorneys for Defendant Stephen Chamberlain |