UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH, et al.<br><br>    Defendant. | Case No. 3:18-cr-00577-CRB-1, 2<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 18 members of the jury in the above-entitled matter beginning **March 18, 2024 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 6, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

  IT IS SO ORDERED.

Dated: March 15, 2024

                   CHARLES R. BREYER
                   US District Judge