# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:  March 14, 2024                               Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina
Time: 7 Hours and 5 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USAv. Michael Richard Lynch
             USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury Selection held.  Prospective Jurors Sworn.  Voir dire held. 12 Jurors Sworn. 6 Alternates Sworn.  Jury Trial set for March 18, 2024 at 9:15 a.m.