UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
   USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>3/14/2024 | **REPORTER(S):**<br>Rhonda Aquilina | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:25 a.m. | | | Judge cried-in – Discussion re the mechanics of jury selection | |
| | | 10:00 a.m. | | | Jurors sworn – Voir dire begins | |
| | | 11:59 a.m. | | | Court in recess | |
| | | 12:25 p.m. | | | Court reconvened | |
| | | 1:59 p.m. | | | Court in recess | |
| | | 2:20 p.m. | | | Court reconvened | |
| | | 2:15 p.m. | | | Court in recess | |
| | | 2:25 p.m. | | | Court reconvened | |
| | | 4:01 p.m. | | | Court in recess | |
| | | 4:11 p.m. | | | Court reconvened | |
| | | | | | 12 Jurors Sworn; 6 Alternates Sworn.<br>Court instructs the jurors.<br>Jurors excused until March 18, 2024 at 9:15 a.m. | |
| | | 5:15 p.m. | | | Court in recess until Monday, March 18, 2024 at 9:15 a.m. | |

1