UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>March 18, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Judge cried-in. **Court Reporter – Rhonda Aquilina** All parties present. Jurors not present. Discussion re witness testimony. Discussion re Mr. Latham and witnesses under subpoena. | |
| | | 9:20 a.m. | | | All jurors present. All parties present. Government opening statement | |
| | | 10:53 a.m.<br>10:55 a.m. | | | Court instructs the jurors<br>Jurors on break | |
| | | 10:56 a.m. | | | Court in recess | |
| | | 11:15 a.m. | | | Court reconvened. All parties present | |
| | | 11:17 a.m. | | | Jurors present. All parties present. Defense counsel closing (Lynch) | |
| | | 12:19 p.m. | | | Court recess until 1:00 p.m. | |
| | | 1:02 p.m. | | | Court reconvened. Court Reporter – **Jennifer Coulthard.** All parties present. | |
| | | 1:03 p.m. | | | All jurors present. All parties present. Defense opening statement (Chamberlain) | |
| | | 2:30 p.m. | | | Court in recess | |
| | | 2:48 p.m. | | | Court reconvened. All jurors present. All parties present. | |
| | | 2:49 p.m. | | | Government witness sworn: **Ganesh Vaidyanathan** | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3308 | | | X | X | Government exhibit 3308 marked and admitted Email from HussainS to HogensonB/ ChamberlainS re "RE: Credit hunt" | |
| 3307 | | | X | X | Government exhibit 3307 marked and admitted Email from WatkinsC to HogensonB, Cc to VaidyanathanG re "RE: Need savings!" | |
| 816 | | | X | X | Government exhibit 816 marked and admitted Email from L. Harris to K. Wong & G. Vaidyanathan, cc to P. Tejeda, A. Rizek & P.Prentis with attachment re "AR posting in Autonomy Inc books" | |
| 3314 | | | X | X | Government exhibit 3314 marked and admitted Email from VaidyanathanG to HogensonB re "Payroll issues summary" | |
| 3315 | | | X | X | Government exhibit 3315 marked and admitted Email from Vaidyanathan to HogensonB re "Issues list" | |
| | | 3:44 p.m. | | | Jurors excused until March 19, 2024 at 9:15 a.m. Discussion re Alternate Juror 1 provided the Court with a Letter re a prospective conflict of interest in the case (Investment Fund includes HP). Alternate Juror 1 excused from jury service. The Court informed the parties re his Law Clerk previously meeting juror number 12 in a large group setting. | |
| | | 3:49 p.m. | | | Court in recess until March 19, 2024 at 9:15 a.m. | |