UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: March 19, 2024　　　　　　　　　　　　　　Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 7 Hours and 15 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name: USAv. Michael Richard Lynch
　　　　　　USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten, Jonathan M. Baum (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Government direct-examination of witness – Ganesh Vaidyanathan.
Further jury trial set for March 20, 2024 at 9:15 a.m.

Government Witnesses Sworn: Reena Prasad

Government Exhibits Marked and Admitted: 428, 797, 849, 918, 1352, 1428, 1900, 1916, 2268, 3318, 3312, 3321, 3320, 3564, 4357, 6283, 11934, 13077, 13078, 13084, 13090, 13336, 15575, 15704, 15992

Defense Exhibits Marked and Admitted: 7694, 7756, 7813, 7875, 7875.1, 7810.3, 7876, 7876.1, 7878.1, 7879, 7882

Defense Exhibits Marked: 7812

Court Exhibit 1 – Sealed.