# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date: March 20, 2024  	Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina, Jennifer Coulthard
Time: 5 Hours and 29 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
 USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Jury trial held. Government direct examination of witness – Reena Prasad.
Cross-examination of witness of Ganesh Vaidyanathan. Further Jury Trial set for March 21, 2024 at 9:15 a.m.

Government Exhibits Marked and Admitted: 807, 829, 844, 857, 861, 864, 890, 923, 3297, 11929, 13086, 15388, 15399, 15401, 15404, 16046

Defense Exhibits Marked and Admitted: 5862, 07761, 7762, 9658, 9660, 9661, 9663, 9664, 9665, 9666, 9673, 9700, 9701, 9702, 9703