UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>March 20, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 a.m. | | | Judge cried-in. Jurors not present. All parties present.<br>Discussion re prior interactions with Alternate Juror Mr. Bogdanov with AUSA Sailaja Padipaty. Discussion re Settlement Agreement. | |
| | | 9:23 a.m. | | | All jurors present. All parties. Government direct examination of witness – Reena Prasad | |
| 797 | | | X | | Government exhibit 797 previously admitted | |
| 807 | | | X | X | Government exhibit 807 marked and admitted<br>Email from Prasad to Hogenson re Microtech Balances | |
| 829 | | | X | X | Government exhibit 829 marked and admitted<br>Email exchange between R. Prasad and Esterrich re Autonomy Invoices = $13.5m | |
| 844 | | | X | X | Government exhibit 844 marked and admitted<br>Email chain between Hogenson and Prasad regarding MicroTech's outstanding balance of $13.5 million | |
| 861 | | | X | X | Government exhibit 861 marked and admitted<br>Email from Prasad to Hussain and Stouffer Egan: having problems with confirming $1.7M payment due at 6/29 from DiscoverTech. | |
| 13086 | | | X | X | Government exhibit 13086 marked and admitted<br>6/18/10 e-mail from Reyes to Prasad re: Microtech and Filetek | |
| 857 | | | X | X | Government exhibit 857 marked and admitted<br>Email from Prasad to Hogenson attaching problem and high risk accounts as of 6/11/2010 and suggesting detailed review with Chamberlain | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 15388 | | | | X | X | Government exhibit 15388 marked and admitted<br>From reena prasad to stephenc@autonomy.com re: Capax Help Needed | |
| 11929 | | | | X | X | Government exhibit 11929 marked and admitted<br>Email from Prasad to Chamberlain re MicroTech invoices | |
| 890 | | | | X | X | Government exhibit 890 marked and admitted<br>Email from LynchM to KanterA re "CONFIDENTIAL" with Letter to Mike June 24th and Problem Account 6_17 excel file attached | |
| 923 | | | | X | X | Government exhibit 923 marked and admitted<br>Email exchange between Prasad and Chamberlain re writeoff of aging debts | |
| 15399 | | | | X | X | Government exhibit 15399 marked and admitted<br>From reena prasad to stephenc@autonomy.com, brent.hogenson@autonomy.com re: RE: Aging Clean Up and Provisions | |
| 15401 | | | | X | X | Government exhibit 15401 marked and admitted<br>From reena prasad to steve chamberlain <stevechamberlain@interwoven.com>, brent hogenson <bhogenson@interwoven.com> re: FW: Aging Clean Up and Provisions | |
| 3297 | | | | X | X | Government exhibit 3297 marked and admitted<br>Email from ChamberlainS to PrasadR, Cc to HogensonB re "RE: Aging Clean Up and Provisions" | |
| 15404 | | | | X | X | Government exhibit 15404 marked and admitted<br>From reena prasad to stephenc@autonomy.com, brent.hogenson@autonomy.com re: Aging Clean Up and Provision Recommendations | |
| | | | 10:44 a.m. | | | Court in recess | |
| | | | 11:07 a.m. | | | Court reconvened.  All jurors present.  All parties present.<br>Defense (Chamberlain) cross-examination of witness **Reena Prasad** | |
| | 9658 | | | X | X | Defense exhibit 9658 marked and admitted | |
| 864 | | | | X | X | Government exhibit 864 marked and admitted | |
| 797 | | | | X | | Government exhibit 797 previously admitted | |
| 5862 | | | | X | X | Government 5862 marked and admitted<br>Email chain from PrasadR to Chamberlain RE: Microtech Invoices | |
| | 9700 | | | X | X | Defense exhibit 9700 marked and admitted | |
| 13078 | | | | X | | Government exhibit 13078 previously admitted | |
| | 9701 | | | X | X | Defense exhibit 9701 marked and admitted | |
| 3312 | | | | X | | Government exhibit 3312 previously admitted | |
| 923 | | | | X | | Government exhibit 923 previously admitted | |
| 15399 | | | | X | | Government exhibit 15399 previously admitted | |
| | 9660 | | | X | X | Government exhibit 9660 marked and admitted | |
| | 9661 | | | X | X | Government exhibit 9661 marked and admitted | |
| 15401 | | | | X | | Government exhibit 15401 previously admitted | |
| | | | 12:14 p.m.<br>12:15 p.m. | | | Jurors on break<br>Court in recess | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:02 p.m. | | | Court reconvened.<br>**Court Reporter – Jennifer Coulthard**<br>All jurors present. All parties present.<br>Defense (Chamberlain) cross-examination of witness **Reena Prasad** | |
| 857 | | | X | | Government exhibit 857 previously admitted | |
| 15401 | | | X | | Government exhibit 15401 previously admitted | |
| | 9663 | | X | X | Defense exhibit 9663 marked and admitted | |
| 15401 | | | X | | Government exhibit 15401 previously admitted | |
| 3297 | | | X | | Government exhibit 3297 previously admitted | |
| 15401 | | | X | | Government exhibit 15401 previously admitted | |
| 3297 | | | X | | Government exhibit 3297 previously admitted | |
| 15404 | | | X | | Government exhibit 15404 previously admitted | |
| 15399 | | | X | | Government exhibit 15399 previously admitted | |
| 890 | | | X | | Government exhibit 890 previously admitted | |
| 13090 | | | X | | Government exhibit 13090 previously admitted | |
| | | 1:44 p.m. | | | Defense (Lynch) cross-examination of witness **Reena Prasad** | |
| | 07761 | | X | X | Defense exhibit 07761 marked and admitted<br>Email from PrasadR to ChamberlainS; HogensonB, cc: PrasadR, re: "RE: Cash collections" discussing finalizing cash numbers and questions about ChamberlainS standard guidelines around counting payments in transit | |
| | 7762 | | X | X | Defense exhibit 7762 marked and admitted<br>Email from PrasadR to MorganS; ChamberlainS; HogensonB; HussainS; StephanM; "lisah@autonomy.com", cc: AndradaR; DeCloedtM; ReyesG; CoradoR; KimK; TejedaP, re: "Q2 2010 Final Cash Collections" discussing the total collected by the America's Collections Team | |
| | 7762.1 | | X | X | Defense exhibit 7762.1 marked and admitted<br>Attachment to 7/8/2010 PrasadR email: "Cash All Entities Q2 2010 Final.xls" | |
| 15388 | | | X | | Government exhibit 15388 previously admitted | |
| | 7762.1 | | X | | Defense exhibit 7762.1 previously admitted | |
| 13086 | | | X | | Government exhibit 13086 previously admitted | |
| 857 | | | X | | Government exhibit 857 previously admitted | |
| 13090 | | | X | | Government exhibit 13090 previously admitted | |
| | | 2:46 p.m. | | | Court reconvened.  All jurors present.  All parties present. Government re-direct of witness **Reena Prasad** | |
| 797 | | | X | | Government exhibit 797 previously admitted | |
| 857 | | | X | | Government exhibit 857 previously admitted | |
| | 7762 | | X | | Defense exhibit 7762 previously admitted | |
| | 9701 | | X | | Defense exhibit 9701 previously admitted | |
| 923 | | | X | | Government exhibit 923 previously admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 15404 | | | X | | Government exhibit 15404 previously admitted | |
| 857 | | | X | | Government exhibit 857 previously admitted | |
| 13086 | | | X | | Government exhibit 13086 previously admitted | |
| | | 3:13 p.m. | | | Witness excused | |
| | | 3:15 p.m. | | | Defense (Chamberlain) cross-examination of witness **Ganesh Vaidyanathan** | |
| 3315 | | | X | | Government exhibit 3315 previously admitted | |
| 918 | | | X | | Government exhibit 918 previously admitted | |
| | 9664 | | X | X | Defense exhibit 9664 marked and admitted | |
| | 9673 | | X | X | Defense exhibit 9673 marked and admitted | |
| | 9665 | | X | X | Defense exhibit 9665 marked and admitted | |
| | 9666 | | X | X | Defense exhibit 9666 marked and admitted | |
| 3308.6 | | | X | | Government Exhibit previously admitted | |
| 16046 | | | X | X | Government exhibit 16046 marked and admitted<br>From ganesh vaidyanathan to elizabeth harris <lisah@autonomy.com>\|"steve chamberlain" <stephenc@autonomy.com>poppy prentis <poppy.prentis@autonomy.com> re: Re: GL Items | |
| | 9702 | | X | X | Defense exhibit 9702 marked and admitted | |
| | 9703 | | X | X | Defense exhibit 9703 marked and admitted | |
| | 9667 **Stricken** | | | | Defense 9667 - Exhibit stricken by the Court | |
| | | 3:44 p.m.<br><br><br><br><br><br><br>4:03 p.m. | | | Jurors excused until March 21, 2024 at 9:15 a.m.<br>Discussion with the parties re mention to Hussain.<br>Discussion re exhibit 9667.<br>Discussion re government's re-direct.<br>Discussion re settlement agreement.<br>Discussion re 9667 – the Court will allow the admission of the exhibit.<br>Court adjourned until March 21, 2024 at 9:15 a.m. | |

4