# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date:  March 20, 2024                     Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina

Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
            <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Motion in Limine hearing held. For the reasons stated on the record, the Court granted Defendant's motion (dkt. 384) and denied the Government's motion (dkt. 383) as to the Prasad settlement agreement.