# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: March 25, 2024                              Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 1 Minute
Case No.: CR18-0577 CRB-1, 2
Case Name:  USAv. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense (Chamberlain) Cross-examination of witness John Baicco.

Witnesses Sworn: Matt Stephan

Exhibits Marked and Admitted: 137, 216, 251, 394, 456, 488, 507, 519, 545, 677, 697, 728, 743, 765, 1115, 1272, 1347, 1449, 1462, 1464, 1493, 1657, 2359, 2623, 2842, 5874, 9619, 9620, 9621, 9622, 9623, 9624, 9625, 9626, 9627, 9629, 9631,9634, 9635, 9636, 9639, 9640, 9641, 9688, 9689, 9690, 9693, 9694, 9695, 9696, 9697, 10253, 14861, 14905, 14928, 15067, 15132, 15141, 15147, 15270, 15310, 15319, 15352, 15406 (pages 1-4), 15418, 15595, 15260, 16230,

Exhibits Marked: 9970 (Demonstrative), 9971 (Demonstrative), 9972 (Demonstrative)