UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
          USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain); <br><br> Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:** <br> March 25, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. Court Reporter: Rhonda Aquilina Jurors not present. All parties present. Discussion re John Baicco testimony. | |
| | | 9:17 a.m. | | | All jurors present. All parties present. Defense (Chamberlain) cross-examination of witness **John Baicco** | |
| | 17024 | | X | | Exhibit 17024 previously admitted | |
| | 17025 | | X | | Exhibit 17025 previously admitted | |
| | 1347 | | X | X | Exhibit 1347 previously admitted" | |
| | 1657 | | X | | Exhibit 1657 marked and admitted <br> Email from BaioccoJ to ChamberlainS re "RE: [SPAM] FSA" | |
| | 2359 | | X | X | Exhibit 2359 marked and admitted <br> Email from Joel Scott to John Baiocco attaching Revised Payment Arrangement between Autonomy and Capax Discovery LLC | |
| | | 9:37 a.m. | | | Government re-direct of witness John Baiocco | |
| 2359 | | | X | | Exhibit 2359 previously admitted | |
| | | 9:48 a.m. | | | Defense (Lynch) re-cross examination of witness | |
| | 2758 | | X | | Exhibit 2758 previously admitted | |
| | | 9:52 a.m. | | | Witness excused | |
| | | 9:53 a.m. | | | Government witness sworn | |

1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | **Matt Stephan** |  |
| 14905 |  |  | X | X | Exhibit 14905 marked and admitted<br>From Hussain to andrewk@autonomy.com\|mrl@autonomy.com\|peterm@autonomy.com matt.stephan@autonomy.com\|stephenc@autonomy.com re: Group revenue |  |
| 14928 |  |  | X | X | Exhibit 14928 marked and admitted<br>From Hussain to andrewk@autonomy.com\|mrl@autonomy.com\|peterm@autonomy.commatt.stephan@autonomy.com\|stephenc@autonomy.com re: update as of 23rd september am |  |
| 216 |  |  | X | X | Exhibit 216 marked and admitted<br>Email from StephanM to WatkinsC re Capax |  |
| 15067 |  |  | X | X | Exhibit 15067 marked and admitted<br>From stephen chamberlain to 'stouffer egan' <stouffere@autonomy.com>\|'"sushovan hussain"' <sushovanh@autonomy.com>'cynthia watkins' <cynthiaw@autonomy.com>\|'"matt stephan"' <matt.stephan@autonomy.com> re: Microlink |  |
| 394 |  |  | X | X | Exhibit 394 marked and admitted<br>Email from HussainS to LynchM, Cc to ChamberlainS & StephanM re "latest" |  |
| 456 |  |  | X | X | Exhibit 456 marked and admitted<br>Email from HussainS to ChamberlainS and StephanM re revenue sheet with attachment |  |
|  |  | 10:37 a.m. |  |  | Court in recess |  |
|  |  | 10:56 a.m. |  |  | Court reconvened. All jurors present. All parties present. Government direct examination of witness Matt Stephan |  |
| 488 |  |  | X | X | Exhibit 488 marked and admitted<br>Email from HussainS to ChamberlainS and StephanM re revenue draft 31st dec.xls |  |
| 507 |  |  | X | X | Exhibit 507 marked and admitted<br>Email from HussainS to ChamberlainS & StephanM re "latest" |  |
| 519 |  |  | X | X | Exhibit 519 marked and admitted<br>Email from HussainS to LynchM, Cc to ChamberlainS & StephanM re "latest" |  |
| 15141 |  |  | X | X | Exhibit 15141 marked and admitted<br>Email from Sushovan Hussain to Matt Stephan , copying Steve Chamberlain re: SHI International |  |
| 15147 |  |  | X | X | Exhibit 15147 marked and admitted<br>From Hussain to mrl@autonomy.commatt.stephan@autonomy.com\|stephenc@autonomy.com re: draft |  |
| 15270 |  |  | X | X | Exhibit 15270 marked and admitted<br>From stephen chamberlain to 'sushovan hussain' <sushovanh@autonomy.com>'matt stephan' <matt.stephan@autonomy.com> re: Microlink |  |
| 677 |  |  | X | X | Exhibit 677 marked and admitted<br>Email from HussainS to EganC and KanterA re Capax, Microtech and Filetek ("Do we not owe capax some monies?") |  |
| 728 |  |  | X | X | Exhibit 728 marked and admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from Stephen Chamberlain to Cynthia Watkins re revenue adjustments attaching Hardware Cost Q1 2010.xls | |
| 15319 | | | X | X | Exhibit 15319 marked and admitted<br>From stephen chamberlain to 'murray, tom \(uk - cambridge\)' <tmurray@deloitte.co.uk>'matt stephan' <matt.stephan@autonomy.com>\|<sushovanh@autonomy.com> re: Auxilium | |
| 765 | | | X | X | Exhibit 765 marked and admitted<br>Email from HussainS to ChamberlainS & StephanM re "sales analysis SH.xls" | |
| 15406 Pg 1-4 | | | X | X | Exhibit 15406 (pages 1-4) marked and admitted<br>From reena prasad to reena.prasad@autonomy.com re: FW: Digital Data | |
| 15418 | | | X | X | Exhibit 15418 marked and admitted<br>From Hussain to 'matt stephan' <matt.stephan@autonomy.com>'poppy prentis' <poppy.prentis@autonomy.com>\|'"stephen chamberlain"' <stephenc@autonomy.com> re: well done on finding the extra $260k | |
| 2842 | | | X | X | Exhibit 2842 marked and admitted<br>Discover Technologies/Philip Morris International Management | |
| 1272 | | | X | X | Exhibit 1272 marked and admitted<br>Email from SalazarJ to SullivanM, GuiaoL, StephanM et al re "New Zones/Target Pos received today" | |
| 16230 | | | X | X | Exhibit 16230 marked and admitted<br>From eads, richard to matt stephan <matt.stephan@autonomy.com>chamberlain, steve <stephenc@autonomy.com> re: RE: VMS hardware | |
| 1449 | | | X | X | Exhibit 1449 marked and admitted<br>Email from StephanM to GoodfellowC re VMS Hardware | |
| 15595 | | | X | X | Exhibit 15595 marked and admitted<br>From matt stephan to 'chris goodfellow' <chrisg@autonomy.com>'stephen chamberlain' <stephenc@autonomy.com> re: VMS | |
| 1462 | | | X | X | Exhibit 1462 marked and admitted<br>Email from StephanM to ChamberlainS re "FW: VMS hardware" | |
| 1464 | | | X | X | Exhibit 1464 marked and admitted<br>Email from StephanM to HeL, Cc to LuLV re "RE: VMS hardware" | |
| | | 12:07 p.m. | | | Court in recess | |
| | | 1:02 p.m. | | | Court reconvened.<br>**Court Reporter – Jennifer Coulthard.**<br>All jurors present. All parties present.<br>Government direct examination of witness Matt Stephan | |
| | | 1:07 p.m. | | | Defense (Chamberlain) cross-examination of witness Matt Stephan | |
| | 9971 | | X | | Exhibit 9971 – marked (Demonstrative)<br>DEMONSTRATIVE - Deloitte org chart from opening | |
| | 9970 | | X | | Exhibit 9970 – marked (Demonstrative)<br>DEMONSTRATIVE - seating chart slide from opening | |
| | 9972 | | X | | Exhibit 9972 – marked (Demonstrative) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | DEMONSTRATIVE - finance team functions slide from opening | |
| | 9619 | | | X | X | Exhibit 9619 marked and admitted<br>Email from StephanM to MurrayT re: FW: Microlink payment request with attachment | |
| | 9620 | | | X | X | Exhibit 9620 marked and admitted<br>Email from M. Stephan to T. Murray cc: A. Anderson, L. Welham, H. Hird re RE: Outstandings list Wednesday 14 April 2010.xls | |
| | 9622 | | | X | X | Exhibit 9622 marked and admitted<br>Email from M. Stephan to T. Murray re Fwd: RE: Capax - Financial Services Authority | |
| | 9623 | | | X | X | Exhibit 9623 marked and admitted<br>Email from HeL to StephanM cc: PrentisP, ChamberlainS, MurrayT, JacksonA, LuL, WelhamL, AndersonA re: Outstanding list of 13 Jan 2011 (with attachment) (9623.1) | |
| | 9624 | | | X | X | Exhibit 9624 marked and admitted<br>Email from ChamberlainS to StephanM re: Capax, Discovertech and Microtech | |
| | 9625 | | | X | X | Exhibit 9625 marked and admitted<br>Email from HussainS to StephanM re: this is the master sheet (with attachment that cannot be opened) | |
| | 9626 | | | X | X | Exhibit 9626 marked and admitted<br>Email from StephanM to HussainS re: Revenue (with attachment "revenue (only for MS and SH eyes).xls") | |
| | 9627 | | | X | X | Exhibit 9627 marked and admitted<br>Email from StephanM to K. Hermann cc: ScottJ, EganS, MooneyM, HussainS re: Forecast deals (with attachment) | |
| | 9629 | | | X | X | Exhibit 9629 marked and admitted<br>Email: HussainS to StephanM re: Forecasts | |
| | 9631 | | | X | X | Exhibit 9631 marked and admitted<br>Email from MurrayT to ChamberlainS, cc: StephanM, P. Prentis, HarrisL and AndersonA re 13-10-10 Outstanding list (with attachment) | |
| | 15352 | | | X | X | Exhibit 15352 marked and admitted<br>From stephen chamberlain to 'hird, helen \(uk - cambridge\)'<hhird@deloitte.co.uk>\|"'lisa harris'" <lisah@autonomy.com>\|"'matt stephan'" <matt.stephan@autonomy.com>\|"'poppy prentis'"< Poppy Prentis>'anderson, antonia \(uk - cambridge\)'<antanderson@deloitte.co.uk>\|"'milburn smith, adam \(uk - cambridge\)'"<amilburnsmith@deloitte.co.uk>\|"'murray, tom \(uk - cambridge\)'"<tmurray@deloitte.co.uk>\|"'welham, lee \(uk - cambridge\)'"<lwelham@deloitte.co.uk> re: RE: Outstandings list Tuesday 20 April.xls | |
| | 545 | | | X | X | Exhibit 545 marked and admitted | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from JacksonA to MurrayT re Centurylink / Microtech deal | |
| | 677 | | X | | Exhibit 677 previously admitted | |
| | 137 | | X | X | Exhibit 137 marked and admitted<br>Email from StephanM to MurrayT re Allotech & other revenue points | |
| | 216 | | X | | Exhibit 216 previously admitted | |
| | 9634 | | X | X | Exhibit 9634 marked and admitted<br>Email from HussainS to WatkinsC cc: ChamberlainS, StephanM re: RE: CAPAX | |
| | 1115 | | X | X | Exhibit 1115 marked and admitted<br>Email from AllenJ to StephanM, et al., re "RE: URGENT: CAPAX payments Oct - Dec 2010" | |
| | 251 | | X | X | Exhibit 251 marked and admitted<br>Email from HussainS to StephanM and EganC re auditor confirms | |
| | 456 | | X | | Exhibit 456 previously admitted | |
| | | 2:12 p.m. | | | Jurors excused. Discussion re witness testimony – Matt Stephan. Discussion re Alternate Juror A2 falling asleep during trial. | |
| | | 2:17 p.m. | | | Court in recess | |
| | | 2:31 p.m. | | | Court reconvened. Court Reporter Jennifer Coulthard<br>All jurors present.  All parties present.<br>Defense ( Chamberlain) cross-examination of witness | |
| | 456 | | X | | Exhibit 456 previously admitted | |
| | 9693 | | X | X | Exhibit 9693 marked and admitted<br>Q4 2009 $100k deals spreadsheet | |
| | 9694 | | X | X | Exhibit 9694 marked and admitted<br>Email from invoicing@autonomy.com to N. Brown re [Invoicing] Eli Lilly SO#265707 Revenue Audit Package | |
| | 15132 | | X | X | Exhibit 15132 marked and admitted<br>From stephen chamberlain to 'stouffer egan'<stouffere@autonomy.com>'sushovan hussain'<sushovanh@autonomy.com> re: Capax history and collectability.xls | |
| | 9695 | | X | X | Exhibit 9695 marked and admitted<br>Email from A. Jackson to J. Baiocco cc: L. Welham, T. Murray, S. Chamberlain, M. Stephan re: Autonomy Revenue Confirmation Request – Capax Discovery LLC (with attachment) | |
| | 9696 | | X | X | Exhibit 9696 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from T. Murray to S. Chamberlain cc: M. Stephan, L. Welham re: Autonomy Inc, Verity & Virage debtors + revenue deals requiring support for recoverability | |
| | 9697 | | X | X | Exhibit 9697 marked and admitted<br>Email from M. Stephan to P. Tejeda, H. Ku, Y. Liu, A. Villarreal, R. Corado, C. Watkins re: FW: Debtor / Revenue Confirms Status Schedule (with attachment) | |
| | 488 | | X | | Exhibit 488 previously admitted | |
| | 9688 | | X | X | Exhibit 9688 marked and admitted<br>Purchase Order | |
| | 9689 | | X | X | Exhibit 9689 marked and admitted<br>Autonomy invoice | |
| | 9690 | | X | X | Exhibit 9690 marked and admitted<br>Email from T. Murray to T. Esterrich cc: M. Stephan, L. Welham re: Autonomy revenue confirmation request (with attachment) | |
| | 15310 | | X | X | Exhibit 15310 marked and admitted<br>From stephen chamberlain to 'murray, tom \(uk - cambridge\)'<tmurray@deloitte.co.uk>|'"welham, lee \(uk - cambridge\)"'<lwelham@deloitte.co.uk>'sushovan hussain' <sushovanh@autonomy.com> re: FW: MicroTech's Corporate Information | |
| | 9691 | withdrawn | X | | Exhibit 9691 (withdrawn) | |
| | 2623 | | X | X | Exhibit 2623 marked and admitted<br>Spreadsheet | |
| | 15260 | | X | X | Exhibit 15260 marked and admitted<br>From alan rizek to matt.stephan@autonomy.com Stephen Chamberlain re: RE: Info needed | |
| | 9635 | | X | X | Exhibit 9635 marked and admitted<br>Email from RizekA to StephanM re: microlink January 4th adjusted trail balance (with attachment) | |
| | 9636 | | X | X | Exhibit 9636 marked and admitted<br>Email from StephanM to RizekA cc: ChamberlainS re: Next week | |
| | 5874 | | X | X | Exhibit 5874 marked and admitted<br>Email from StephanM to RizekA cc: ChamberlainS re: Opening balance sheet (with attachment) | |
| | 728 | | X | | Exhibit 728 previously admitted | |
| | 697 | | X | X | Exhibit 697 marked and admitted<br>Purchase Order from Capax to Autonomy | |
| | 743 | | X | X | Exhibit 743 marked and admitted<br>Email from ChamberlainS to WatkinsC re further changes<br>(Hardware Q1 2010.xls) | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 14861 | | X | X | Exhibit 14861 marked and admitted<br>From steve chamberlain to 'stouffer egan' <stouffere@autonomy.com>'joel scott' <joels@autonomy.com>\|'"matt stephan"'<matt.stephan@autonomy.com>\|'"sushovan hussain"'<sushovanh@autonomy.com> re: VMS – IMPORTANT | |
| | 1464 | | X | | Exhibit 1464 previously admitted | |
| | 1493 | | X | X | Exhibit 1493 marked and admitted<br>E-mail from Antonia Anderson to Steve Chamberlain et al., dated January 25, 2011, regarding "24.01.11 request list including value of os items," with attachment | |
| | 9621 | | X | X | Exhibit 9621 marked and admitted<br>Email from L. He to M. Stephan cc: L. Lu re: RE: VMS hardware | |
| | 9639 | | X | X | Exhibit 9639 marked and admitted<br>Email from HussainS to ChamberlainS, StephanM re: EMC accounting memo v1 (with attachment) | |
| | 9640 | | X | X | Exhibit 9640 marked and admitted<br>"Q3 Hardware Revenue Summary" | |
| | 9641 | | X | X | Exhibit 9641 marked and admitted<br>Email from ChamberlainS to HussainS, StephanM re: RE: EMC accounting memo v1 (with attachment) | |
| | 10253 | | X | X | Exhibit 10253 marked and admitted<br>Email from HussainS to StephanM, et al., re " EMC accounting memo v5 " | |
| | 15141 | | X | X | Exhibit 15141 previously admitted | |
| | | 3:26 p.m. | | | Jurors excused until March 26, 2024 at 9:15 a.m. The Court clears the courtroom. | |
| | | 3:27 p.m. | | | Court inquiry of Alternate Number 2 – Mr. Hernandez. Juror excused for the day. | |
| | | 3:36 p.m.<br><br>3:43 p.m. | | | All parties present. Read back provided to the parties re: Alternate Number 2 – Mr. Hernandez. The parties agree to excuse the Alternate Juror Number 2 - Mr. Hernandez.<br>Court adjourned until March 25, 2024 at 9:15 a.m. | |

7