**MORGAN LEWIS & BOCKIUS LLP**
SUSAN D. RESLEY, Bar No. 161808
MADELEINE AYER, Bar No. 353257
susan.resley@morganlewis.com
madeleine.ayer@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:   (415) 442-1000
Fax:  (415) 442-1001

**MORGAN LEWIS & BOCKIUS LLP**
MARTHA B. STOLLEY, *Pending Pro Hac Vice*
martha.stolley@morganlewis.com
101 Park Avenue
New York, NY 10178
Tel:   (212) 309-6858
Fax:  (212) 309-6001

**WILLKIE FARR & GALLAGHER LLP**
MICHAEL LI-MING WONG, Bar No. 194130
mlwong@willkie.com
333 Bush Street
San Francisco, CA 94104
Tel:   (415) 858-7400
Fax:  (415) 858-7599

*Attorneys for Hewlett Packard, Inc. and Hewlett Packard Enterprise*

FILED
MAR 25 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No. 3:18-cr-577-CRB<br><br>DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED TO NON-PARTIES HEWLETT PACKARD, INC. AND HEWLETT PACKARD ENTERPRISE<br><br>Date:   April 8, 2024<br>Time:  4 p.m.<br>Place:  Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer<br><br>Date Filed: March 25, 2024<br>Trial Date: March 18, 2024 |

I, Susan D. Resley, declare:

1.   I am a partner at Morgan, Lewis & Bockius LLP, attorneys of record for non-

parties Hewlett Packard, Inc. and Hewlett Packard Enterprise (collectively "HP"). I am licensed to practice before all courts in the State of California and am admitted to practice before this Court. I am one of the attorneys who has been representing HP in connection with the Government's investigation into Autonomy's accounting and disclosure practices. I have personal knowledge of the following facts and, if called upon to do so, could and would testify thereto.

2. On March 5, 2024, counsel for Defendant Michael Richard Lynch ("Dr. Lynch") served on HP a Rule 17 Subpoena (the "Lynch Subpoena"). Attached hereto as **Exhibit 1** is a true and correct copy of the Lynch Subpoena.

3. HP has produced over one million pages of documents to the Department of Justice and the Securities and Exchange Commission over the course of their investigation concerning Autonomy, including nearly 16,000 pages supporting Christopher Yelland's summary charts and Autonomy's restatement. The Government has produced these 16,000 pages to Dr. Lynch, and we have provided Dr. Lynch's counsel with the Bates numbers of those documents.

4. On March 11, 2024, I participated in a meet-and-confer session with Dr. Lynch's counsel, Brian Heberlig of Steptoe LLP and Celeste Koeleveld of Clifford Chance LLP, in an effort to resolve disputes about the Lynch Subpoena before presentation to this Court. Dr. Lynch's counsel declined to modify, narrow, or withdraw the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of March, 2024, at San Francisco, California.

Dated: March 25, 2024

By: _____
Susan D. Resley

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF SUSAN D. RESLEY
Case No. 3:18-cr-577 (CRB)

**EXHIBIT 1
TO DECLARATION OF SUSAN D. RESLEY
IN SUPPORT OF MOTION TO QUASH
SUBPOENA ISSUED TO NON-PARTY
HEWLETT-PACKARD COMPANY**

CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| --- | --- |
| Plaintiff, | DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| v. | Case No.: 3:18-cr-577-CRB |
| Michael Richard Lynch, Stephen Keith Chamberlain, | |
| Defendant(s). | |

TO: Hewlett Packard, Inc. and Hewlett Packard Enterprise (collectively "HP")

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
| --- | --- | --- | --- | --- |
| ☒ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☐ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | 6 / Breyer |
| | | | | DATE AND TIME 3/18/2024 9:00 AM |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:
See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| Click here to enter text. | Click here to enter a date. |
| (By) Deputy Clerk Click here to enter text. | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Click here to enter text.

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE<br>Click here to enter a date. | PLACE<br>Click here to enter text. |
| SERVED | DATE<br>Click here to enter a date. | PLACE<br>Click here to enter a date. |
| SERVED ON (PRINT NAME)<br>Click here to enter text. | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ Enter amount |
| SERVED BY (PRINT NAME)<br>Click here to enter text. | | TITLE<br>Click here to enter text. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                       DATE                                        SIGNATURE OF SERVER

                                                          ADDRESS: Enter info

ADDITIONAL INFORMATION
Click here to enter text.

## Attachment A

All records and communications between October 1, 2011 and January 31, 2014 relating to the bases for the restatement of Autonomy Systems Limited's ("ASL") 2010 accounts and the filing of ASL's 2011 accounts (collectively, the "ASL Restatement"), including:

A. Christopher Yelland's communications with representatives of PricewaterhouseCoopers LLP ("PwC"), Morgan, Lewis and Bockius LLP ("Morgan Lewis"), Ernst & Young ("EY"), Deloitte, and/or HP's in-house legal department regarding the ASL Restatement and/or the internal investigation by Morgan Lewis and PwC;

B. Antonia Anderson's communications with representatives of PwC, Morgan Lewis, EY, Deloitte and/or HP's in-house legal department regarding the ASL Restatement and/or the internal investigation by Morgan Lewis and PwC;

C. Documents and communications generated or received by HP, its affiliates, and its advisors and consultants, such as work product, memoranda, supporting schedules, internal communications between Yelland, Anderson and/or others, or similar documents, explaining the bases for restating each of the transactions at issue in the ASL Restatement.

For the avoidance of doubt, this subpoena seeks all documents in the above categories in unredacted form. Where redacted versions of the documents have previously been produced, or documents have previously been withheld from production, to the United States Department of Justice or the Securities and Exchange Commission based on assertions of the attorney-client privilege, the attorney work product doctrine, or any other similar privilege, we are seeking unredacted versions of all responsive documents. We have attached a representative example of responsive documents previously produced in redacted form that should be produced unredacted.