1 | **MORGAN LEWIS & BOCKIUS LLP**
SUSAN D. RESLEY, Bar No. 161808
2 | MADELEINE AYER, Bar No. 353257
susan.resley@morganlewis.com
3 | madeleine.ayer@morganlewis.com
One Market, Spear Street Tower
4 | San Francisco, CA 94105
Tel: (415) 442-1000
5 | Fax: (415) 442-1001

6 | **MORGAN LEWIS & BOCKIUS LLP**
MARTHA B. STOLLEY, *Pending Pro Hac Vice*
7 | martha.stolley@morganlewis.com
101 Park Avenue
8 | New York, NY 10178
Tel: (212) 309-6858
9 | Fax: (212) 309-6001

RECEIVED

MAR 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | **WILLKIE FARR & GALLAGHER LLP**
MICHAEL LI-MING WONG, Bar No. 194130
11 | mlwong@willkie.com
333 Bush Street
12 | San Francisco, CA 94104
Tel: (415) 858-7400
13 | Fax: (415) 858-7599

14 | *Attorneys for Hewlett Packard, Inc. and*
*Hewlett Packard Enterprise*

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18

19 | UNITED STATES OF AMERICA,

Case No. 3:18-cr-577-CRB

20 | Plaintiff,

**[PROPOSED] ORDER GRANTING
MOTION TO QUASH SUBPOENA
ISSUED TO NON-PARTIES HEWLETT
PACKARD, INC. AND HEWLETT
PACKARD ENTERPRISE**

21 | v.

22 | MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN,

23 | Defendants.

Date: April 8, 2024
Time: 4 p.m.
Place: Courtroom 6, 17th Floor
Judge: Hon. Charles R. Breyer

24

25 | Date Filed: March 25, 2024
Trial Date: March 18, 2024

26

27 | Non-parties Hewlett Packard, Inc. and Hewlett Packard Enterprise have filed a motion to

28 | quash Michael Richard Lynch's Subpoena To Produce Documents Or Objects In a Criminal Case

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  (the "Lynch Subpoena") issued to non-parties Hewlett Packard, Inc. and Hewlett Packard

2  Enterprise pursuant to Federal Rule of Criminal Procedure 17(c) (the "Motion"). Having

3  considered the parties' papers, argument of counsel, relevant legal authority, and the records in

4  this case, the Court GRANTS the Motion.

5      Non-parties Hewlett Packard, Inc. and Hewlett Packard Enterprise's Motion is

6  GRANTED, and the Lynch Subpoena is hereby quashed.

7

8      IT IS SO ORDERED.

9

10      Dated: _____, 2024      _____

11                                     Honorable Charles R. Breyer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER
Case No. 3:18-cr-577 (CRB)