ORIGINAL FILED

MAR 25 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America          ,

Plaintiff(s),

v.

Michael Richard Lynch and St   ,

Defendant(s).

Case No. 3:18-cr-577-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**: ORDER
(CIVIL LOCAL RULE 11-3)

I, Martha B. Stolley          , an active member in good standing of the bar of

New York State          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Hewlett Packard, Inc. and Hewlet in the

above-entitled action. My local co-counsel in this case is Susan D. Resley          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 161808          .

Morgan, Lewis & Bockius LLP, 101 Park

MY ADDRESS OF RECORD

(212) 309-6858

MY TELEPHONE # OF RECORD

martha.stolley@morganlewis.com

MY EMAIL ADDRESS OF RECORD

Morgan, Lewis & Bockius LLP, One Market,

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 442-1000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

susan.resley@morganlewis.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2965374          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months

preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: March 25, 2024 _____                    Martha B. Stolley _____
                                                     APPLICANT

5

6

7

8                 ORDER GRANTING APPLICATION

9          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of  Martha B. Stolley _____  is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: ___March 27, 2024_____

16

17  _____

18      UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*