# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: March 26, 2024                                    Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 27 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
                  <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense (Chamberlain) cross-examination of witness – Matt Stephan. Further jury trial set for March 27, 2024 at 9:15 a.m.

Witnesses Sworn: William Peter Loomis

Exhibits Marked and Admitted: 252, 401, 402, 435, 436, 459, 461, 615 (pages 1-42), 667, 668, 694, 782, 800, 810, 1085, 1090, 1229, 1371, 1466, 1531, 1532, 2957, 3619, 3627, 3629, 4375, 4376, 6762, 7806, 7809, 7893, 7901, 7902, 7908, 7930, 9632, 9633, 9642, 9643, 9644, 9648, 9699, 11491, 14992

Exhibits Marked: 725, 7932 (Demonstrative)