UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>March 26, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. Jurors not present. All parties present. Technical issues. | |
| | | 9:26 a.m. | | | All jurors present. All parties present. Defense (Chamberlain) cross examination of witness **Matt Stephan** | |
| | 9642 | | X | X | Exhibit 9642 marked and admitted<br>Email from StephanM to HussainS, ChamberlainS re: RE: Book1.xls | |
| | 728 | | X | | Exhibit 728 previously admitted | |
| | 9644 | | X | X | Exhibit 9644 marked and admitted<br>Email from StephanM to MurrayT, AndersonA re: Revenue | |
| | 9648 | | X | X | Exhibit 9648 marked and admitted<br>Email from StephanM to MurrayT re: FW: with attachment | |
| | 9632 | | X | X | Exhibit 9632 marked and admitted<br>Email from StephanM to HussainS re: Revenue & San Fran | |
| | 6762 | | X | X | Exhibit 6762 marked and admitted<br>Email from StephanM to PrentisP re: US team – proposal | |
| | 3627 | | X | X | Exhibit 3627 marked and admitted<br>Email from StephanM to ChamberlainS re: Proposition to help transition | |
| | | | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| 3619 | | X | X | Exhibit 3619 marked and admitted<br>Email from StephanM to ShodiyaJ re: RE: Sorry to hear you are leaving | |
| 3629 | | X | X | Exhibit 3629 marked and admitted<br>Email from StephanM to DolanJ re: NO!!! | |
| 9633 | | X | X | Exhibit 9633 marked and admitted<br>Email from StephanM to ChamberlainS re: Congrats! | |
| | 9:54 a.m. | | | Juror requested a read-back | |
| | 9:56 a.m. | | | Defense (Lynch) cross-examination of witness Matt Stephan | |
| 15147 | | X | | Exhibit 15147 previously admitted | |
| 7908 | | X | X | Exhibit 7908 marked and admitted<br>Third Amendment to Electronic Messaging Archive Agreement between Autonomy and Charles Schwab | |
| 459 | | X | X | Exhibit 459 marked and admitted<br>First Amendment to Statement of Work for e-business Digital ArchivingHosting and Statement of Work #6 each issued under the First Amended andRestated ZANTAZ, Inc. Digital Safe Service Agreement between Autonomyand Morgan Stanley | |
| 488 | | X | | Exhibit 488 previously admitted | |
| 14992 | | X | X | Exhibit 14992 marked and admitted | |
| 15147 | | X | | Exhibit 15147 previously admitted | |
| 7809 | | X | X | Exhibit 7809 marked and admitted<br>Email from StephanM to SalazarJ and EadsR cc ChamberlainC re: "[crf] New Federal Partner - OBXtek" | |
| 15310 | | X | | Exhibit 15310 previously admitted | |
| | 10:33 a.m. | | | Court in recess | |
| | 10:57 a.m. | | | Court reconvened. **Court Reporter – Rhonda Aquilina.** All jurors present. All parties present. Defense (Lynch) cross-examination of witness Matt Stephan | |
| 7806 | | X | X | Exhibit 7806 marked and admitted<br>Email from ChamberlainS to MurrayT; WelhamL; AndersonA, cc: StephanM, re: "Debtors summary" attaching several spreadsheets related to debtors | |
| 7893 | | X | X | Exhibit 7893 marked and admitted<br>Email from ChamberlainS to "autonomy@deloitte.co.uk"; KnightsR cc: HussainS; StephanM re: "Telematica Lefic" | |
| 7901 | | X | X | Exhibit 7901 marked and admitted<br>Email from StephanM to ChamberlainS cc: WelhamL re: "RE: [emea-contracts] Ofsted Meridio Agreement" | |
| 7902 | | X | X | Exhibit 7902 marked and admitted<br>Email from KanterA to GoldfarbN cc: StephanM re: "Action Required" | |
| | | | | | |

| | 677 | | X | | Exhibit 677 previously admitted | |
|---|---|---|---|---|---|---|
| | 252 | | X | X | Exhibit 252 marked and admitted<br>Email from EganC to HussainS re Kraft deal – auditor request | |
| | 728 | | X | | Exhibit 728 previously admitted | |
| | 7806 | | X | | Exhibit 7806 previously admitted | |
| | 1371 | | X | X | Exhibit 1371 marked and admitted<br>Email from KuH to ChamberlainS, EadsR and StephanM re MicrotechPayment of $6,305,139.69 is in | |
| | 15141 | | X | | Exhiibt 15141 previously admitted | |
| | 7930 | | X | X | Exhibit 7930 marked and admitted | |
| | 1466 | | X | X | Exhibit 1466 marked and admitted<br>Email from StephanM to HeL, Cc to ChamberlainS re :RE: Hardware revenueanalysis" | |
| | 1464 | | X | | Exhibit 1464 previously admitted | |
| | 1493 | | X | | Exhibit 1493 previously admitted | |
| | 11491 | | X | X | Exhibit 11491 marked and admitted<br>Autonomy Press Release Q4 2009 | |
| | 1531 | | X | X | Exhibit 1531 marked and admitted<br>Press Release Titled: "Autonomy Corporation PLC Announces Results for the Year Ended December 31, 2010 | |
| | 7932 | | X | | Exhibit 7932 marked (Demonstrative) | |
| | | 11:53 a.m. | | | Court in recess | |
| | | 12:53 p.m. | | | Court reconvened.<br>**Court Reporter – Jennifer Coulthard**<br>All jurors present. All parties present.<br>Government re-direct of witness Matt Stephan | |
| 728 | | | X | | Exhibit 728 previously admitted (not displayed) | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 725 | | | X | | Exhibit 725 marked | |
| 9639 | | | X | | Exhibit 9639 previously admitted | |
| 9641 | | | X | | Exhibit 9641 previously admitted | |
| | | | | | | |
| 1428 | | | X | | Exhibit 1428 previously admitted | |
| | | 1:40 p.m. | | | Defense (Chamberlain) re-cross examination of witness Matt Stephan | |
| | 9699 | | X | X | Exhibit 9699 marked and admitted | |
| | 9639 | | X | | Exhibit 9639 previously admitted (not displayed) | |
| | 1428 | | X | | Exhibit 1428 previously admitted | |
| | | 1:56 p.m. | | | Defense (Lynch) cross-examination of witness Matt Stephan | |

|  |  |  |  |  | |
|---|---|---|---|---|---|
|  | 2:00 p.m. |  |  | Witness Excused. Jurors on break. Court discussed exhibit 725 with the parties |  |
|  | 2:09 p.m. |  |  | Court in recess |  |
|  | 2:27 p.m. |  |  | Court reconvened.<br> All jurors present. All parties present.<br>Government witness sworn – **William Peter Loomis** |  |
| 401 |  |  | X | X | Exhibit 401 marked and admitted<br>Email from LoomisB to PatrickH, SzukalskiG, and SeamansM re comments on draft OEM Agreement with Autonomy |  |
| 402 |  |  | X | X | Exhibit 402 marked and admitted<br>Email from LoomisB to ChamberlainS attaching FileTek financial statements (0309 FS.xls - native) |  |
| 461 |  |  | X | X | Exhibit 461 marked and admitted<br>Email from LoomisB to ThompsonB re "year end transaction" |  |
| 435 |  |  | X | X | Government exhibit 435 marked and admitted<br>Email from SzukalskiG to LoomisB re conference call with Autonomy ("No one to be burned on this deal.") |  |
| 436 |  |  | X | X | Exhibit 436 marked and admitted<br>FileTek Invoice 1001092 for $10,367,280.00 to Autonomy |  |
| 615 |  |  | X | X | Exhibit 615 marked and admitted (pages 1-42)<br>Email from LoomisB to MilliganD (KPMG) attachingseveral Agreements and accounting spreadsheets related to Autonomy |  |
| 667 |  |  | X | X | Exhibit 667 marked and admitted<br>Email from LoomisB to SzukalskiG re StorHouse Pricelist and Transaction Pricing . . |  |
| 668 |  |  | X | X | Exhibit 668 marked and admitted<br>Email from LoomisB to SzukalskiG re 10 points from 9:04pm telecon with "S" ("New target is 11.5M") |  |
| 694 |  |  | X | X | Exhibit 694 marked and admitted<br>Second Amendment to Autonomy OEM Agreement with Filetek |  |
| 782 |  |  | X | X | Exhibit 782 marked and admitted<br>E-mail from Gary Szukalski to Stouffer Egan and Bill Loomis, dated April 26, 2010, regarding "FileTek STH/Expansion – RE: Dialog" |  |
| 800 |  |  | X | X | Exhibit 800 marked and admitted<br>Email from Gary Szukalski to Joel Scott and cc to B. Loomis re REVISED "Best and Final Pricing" of StorHouse proposal |  |
| 4375 |  |  | X | X | Exhibit 4375 marked and admitted<br>2010-05-10 - Sched M No. 2 to SLMSA_Filetek [executed].pdf |  |
| 4376 |  |  | X | X | Exhibit 4376 marked and admitted<br>2010-05-10 - Sched A No. 2 (Product Descriptions and Prices) to SLMSA_Filetek [executed].pdf |  |
|  |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 810 | | | X | X | Exhibit 810 marked and admitted<br>Email from LevyL to CrumbacherJ et al re Filetek invoice<br># 1001183 - Autonomy (with attachment) | |
| 1090 | | | X | X | Exhibit 1090 marked and admitted<br>Email from B. Loomis to Bill Thompson summarizing Autonomy transaction | |
| 1085 | | | X | X | Exhibit 1085 marked and admitted<br>Email from Howard Patrick to B. Loomis attaching Autonomy Reseller Agreement | |
| 2957 | | | X | X | Exhibit 2957 marked and admitted<br>Email from LoomisB to EganS re "RE: 2009 Income Statement" | |
| 1229 | | | X | X | Exhibit 1229 marked and admitted<br>Email from B. Loomis to Stouffer Egan requesting updates on VA | |
| 1532 | | | X | X | Exhibit 1532 marked and admitted<br>Email from SzukalskiG to LoomisB re "just got off the phone with Stouffer . . ." | |
| | | 3:40 p.m. | | | Court adjourned until 3/26/2024 at 9:15 a.m. | |