# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:   March 27, 2024                   Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 24 Mintues
Case No.: CR18-0577 CRB-1, 2
Case Name:  USAv. Michael Richard Lynch
              USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Government direct-examination of witness – William P. Loomis.
Further jury trial set for March 28, 2024 at 9:15 a.m.

Witnesses Sworn: David Truitt

Exhibits Marked and Admitted: 12, 25, 309,330, 356, 379, 410, 420, 429, 510, 562, 564, 565, 582,624, 674, 786, 802, 835, 954, 1027, 1086, 1173, 1195, 1204, 1314, 1320, 1328, 1354, 1356, 1438, 1485, 1488, 1490, 1491, 1492, 1500, 1503, 1510, 1512, 1516, 1533, 1650, 1684, 1687, 1707, 1725,  1726, 1730, 1746, 1779, 1886, 1901, 1902, 1971, 1984, 2059, 2229, 2280, 2279, 2784, 5592, 9704, 13413, 13417, 13761, 14687, 14690, 16219, 16415, 16481, 16482, 16771, 16801,17028, 17029, 17031