# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
           USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Charles R. Breyer | | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | | Gary Lincenberg, Michael Landman Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo Celeste Koeleveld Brian Heberlig Reid Weingarten (Lynch) |
| TRIAL DATE: | | REPORTER(S): | | CLERK: |
| March 27, 2024 | | Rhonda Aquilina Jennifer Coulthard | | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:16 a.m. | | | Judge cried-in. All jurors present.  Court Reporter – Rhonda Aquilina. All parties present. Government direct examination of witness **William P. Loomis** | |
| 2957 | | | X | | Exhibit 2957 previously admitted | |
| 1650 | | | X | X | Exhibit 1650 marked and admitted Email from SzukalskiG to ScottJ re FileTek Quotes- For HP and Morgan Stanley (proposal for two potential deals) | |
| 16481 | | | X | X | Exhibit 16481 marked and admitted FileTek bill to Autonomy for Storhouse software, maintenance, etc. | |
| 16771 | | | X | X | Exhibit 16771 marked and admitted FileTek invoice to Autonomy for software for $1,768,553.19 (invoice # 1001372) | |
| 14687 | | | X | X | Exhibit 14687 marked and admitted Email from SzukalskiG to BarredaD, cc to LevyL and LoomisB re FAX - $1 M Autonomy Check . . . | |
| 1746 | | | X | X | Exhibit 1746 marked and admitted Email from LoomisB to LevyL and SzukalskiG re fed ex'ing $1m check to ScottJ | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1886 | | | X | X | **Exhibit 1886 marked and admitted** Email from SzukalskiG to LoomisB and SeamansM re $1.5m transaction ("If the num'ber can be discounted as discussed then I can push to get this placed in Q2.") | |
| 16482 | | | X | X | **Exhibit 16482 marked and admitted** FileTek bill to Autonomy for Storhouse software, maintenance, etc. | |
| 1984 | | | X | X | **Exhibit 1984 marked and admitted** Audit Confirm for Filetek | |
| 2280 | | | X | X | **Exhibit 2280 marked and admitted** Two FileTek invoices related to software sales to Autonomy: 1) $7,803,000.00 for StorHouse/RM and 2) $234,090.00 for 3% prompt pay discount | |
| 14690 | | | X | X | **Exhibit 14690 marked and admitted** Filetek bank statement for August 2011 | |
| 2279 | | | X | X | **Exhibit 2279 marked and admitted** Spreadsheet titled "FileTek Contracts with Autonomy / Billings to Autonomy as Customer" (native file) with total value of $33,558,890.85 | |
| | | 9:37 a.m. | | | Defense (Lynch) cross-examination of witness William P. Loomis | |
| | 402 | | X | | Exhibit 402 previously admitted | |
| | 615 | | X | | Exhibit 615 previously admitted | |
| | 564 | | X | X | **Exhibit 564 marked and admitted** Email from SzukalskiG to LoomisB re projected Autonomy royalties (with native attachment) | |
| | 615 | | X | | Exhibit 615 previously admitted | |
| | 401 | | X | | Exhibit 401 previously admitted | |
| | 615 | | X | | Exhibit 615 previously admitted | |
| | 694 | | X | | Exhibit 694 previously admitted | |
| | | 10:20 a.m. 10:24 a.m. | | | Jurors on break.  Court discussed flow of examination. Court in recess | |
| | | 10:42 a.m. | | | Court reconvened.  All jurors present.  All parties present. Defense (Lynch) cross-examination of witness William P. Loomis | |
| | 13761 | | X | X | **Exhibit 13761 marked and admitted** Email from G. Szukalski to S. Egan and J. Scott re FileTek StorHouse pricelist and Transaction Pricing | |
| | 800 | | X | | Exhibit 800 previously admitted | |
| | 1650 | | X | | Exhibit 1650 previously admitted | |
| | 1886 | | X | | Exhibit 1886 previously admitted | |
| | 2280 | | X | | Exhibit 2280 previously admitted | |
| | 461 | | X | | Exhibit 461 previously admitted | |
| | 1090 | | X | | Exhibit 1090 previously admitted | |
| | 1085 | | X | | Exhibit 1085 previously admitted | |
| | 2229 | | X | X | **Exhibit 2229 marked and admitted** Email from SzukalskiG to LoomisB re "immediate ideas" for discussion with Autonomy | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:38 a.m. | | | Defense (Chamberlain) cross-examination of witness William P. Loomis | |
| | 800 | | X | | Exhibit 800 previously admitted | |
| | 9704 | | X | X | Exhibit 9704 marked and admitted<br>Email from G. Szukalski to J. Scott, cc: B. Loomis re: RE: Autonomy debtor confirmation request | |
| | 1532 | | X | | Exhibit 1532 previously admitted | |
| | 1533 | | X | X | Exhibit 1533 marked and admitted<br>Email from KuH to HeL (Deloitte) attaching confirmation request response (two invoices totalling $10,000,000.00) | |
| | 1086 | | X | X | Exhibit 1086 marked and admitted<br>Email from B. Loomis to Howard Patrick and Gary Szukalski re comments on "One Off" Reseller Agreement with Autonomy | |
| | 402 | | X | | Exhibit 402 previously admitted | |
| | | 12:01 p.m. | | | Court recess | |
| | | 12:48 p.m. | | | Court reconvened. Court Reporter – **Jennifer Coulthard**. All jurors present. All parties present.<br>Government re-direct examination of witness William P. Loomis | |
| 564 | | | X | | Exhibit 564 previously admitted | |
| 402 | | | X | | Exhibit 402 previously admitted | |
| 562 | | | X | X | Exhibit 562 marked and admitted<br>Email from SzukalskiG to LoomisB re fully paid license language with Autonomy | |
| 565 | | | X | X | Exhibit 565 marked and admitted<br>Email from DeCloedtM to SemerjianA (FileTek) requesting confirmation of wire payments | |
| 802 | | | X | X | Exhibit 802 marked and admitted<br>Email from Joel Scott to Gary Szukalski with cc to B. Loomis re paperwork for Filetek-Autonomy deal | |
| | | 12:57 p.m. | | | Defense (Lynch) re-cross examination of witness William P. Loomis | |
| | 562 | | X | | Exhibit 562 previously admitted | |
| | | 12:59 p.m. | | | Defense (Chamberlain) re-cross examination of witness William P. Loomis | |
| | 562 | | X | | Exhibit 562 previously admitted | |
| | | 1:01 p.m. | | | Witness excused | |
| | | 1:02 p.m. | | | Government witness sworn **David Truitt** | |
| 12 | | | X | X | Exhibit 12 marked and admitted<br>Licensing and Distribution Agreement between Autonomy and MicroLink LLC | |
| 17031 | | | X | X | Exhibit 17031 marked and admitted | |

|  |  |  |  |  |  | MicroLink/Autonomy Software License Agreement Addendum for Autonomy licensing Audonomy/Sharepoint Integration Suite (AIS) ($2 4m) |  |
|---|---|---|---|---|---|---|---|
| 17029 |  |  |  | X | X | Exhibit 17029 marked and admitted MicroLink/Autonomy Software License Agreement Addendum for Autonomy licensing Audonomy/Sharepoint Integration Suite (AIS) ($1 88m) |  |
| 25 |  |  |  | X | X | Exhibit 25 marked and admitted Addendum-Software License Agreement between MicroLink and Autonomy signed by TruittD and KanterA |  |
| 17028 |  |  |  | X | X | Exhibit 17028 marked and admitted MicroLink/Autonomy Software License Agreement Addendum for Autonomy licensing Audonomy/Sharepoint Integration Suite (AIS) ($5 2m) (Agreement is dup of that |  |
| 309 |  |  |  | X | X | Exhibit 309 marked and admitted Email from CroninJ to TruittD and RizekA re AU Payments |  |
| 330 |  |  |  | X | X | Exhibit 330 marked and admitted Email from TruittD to HussainS re update |  |
| 356 |  |  |  | X | X | Exhibit 356 marked and admitted Email from TruittD to KanterA re "Signed LOI" with Attachment |  |
| 379 |  |  |  | X | X | Exhibit 379 marked and admitted Email from ScottJ to TruittD attaching 2009-12-28 MicroTech PQ.doc (Micro Tech Purchase Quote for Control Point) |  |
| 13413 |  |  |  | X | X | Exhibit 13413 marked and admitted Dup. 404 |  |
| 410 |  |  |  | X | X | Exhibit 410 marked and admitted Email from TruittD to ScottJ re MicroTech/Autonomy Purchase Quotation (PO not attached) |  |
| 429 |  |  |  | X | X | Exhibit 429 marked and admitted Purchase Order No. AUT-12-09-001 for 40,000 IDOL Servers Software user licenses |  |
| 420 |  |  |  | X | X | Exhibit 420 marked and admitted Purchase Order 001359 dated December 31, 2009 |  |
| 2784 |  |  |  | X | X | Exhibit 2784 marked and admitted Closing Statement, Unit Purchase Agreement |  |
| 510 |  |  |  | X | X | Exhibit 510 marked and admitted M&T Bank Records for January 2010 showing incoming wire for David Truitt from Autonomy |  |
| 582 |  |  |  | X | X | Exhibit 582 marked and admitted Checking Account Records for MT/DT for January 2010 |  |
| 13417 |  |  |  | X | X | Exhibit 13417 marked and admitted Dup. 572 |  |
|  |  |  | 2:01 p.m. |  |  | Court in recess |  |

| | | 2:29 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present.  All parties present. Government direct-examination David Truitt | |
| 624 | | | X | X | Exhibit 624 marked and admitted AT&T records for the period March 5, 2010 to April 4, 2010 | |
| 1204 | | | X | X | Exhibit 1204 marked and admitted Email from David Truitt to Joel Scott attaching MicroTech ATIC proposal | |
| 1314 | | | X | X | Exhibit 1314 marked and admitted Email from ScottJ to TruittD re MicroTech proposal ("can you please provide us an updated proposal with best and final?") | |
| 1320 | | | X | X | Exhibit 1320 marked and admitted E-mail from David Truitt to Joel Scott, dated December 23, 2010, regarding "Updated Best and Final proposal, out years" | |
| 1328 | | | X | X | Exhibit 1328 marked and admitted Email from LynchM to TruittD re "Re: Thank you and wish for continued success" | |
| 674 | | | X | X | Exhibit 674 marked and admitted Email from Malcolm Hyson to James Chamberlain, attaching two DiscoverTech One Off Reseller Agreements | |
| 786 | | | X | X | Exhibit 786 marked and admitted Statement dated April 30, 2010, for Discover Technologies LLC | |
| 835 | | | X | X | Exhibit 835 marked and admitted Audit Confirm for Discovertech | |
| 954 | | | X | X | Exhibit 954 marked and admitted Email from John Cronin to David Truitt re close direct vs thru DT/MT | |
| 1027 | | | X | X | Exhibit 1027 marked and admitted Email from David Truitt to John Cronin re Citi contract? | |
| 1195 | | | X | X | Exhibit 1195 marked and admitted Email from John Cronin to David Truitt re DiscoverTech wire of $1,491,604 | |
| 16415 | | | X | X | Exhibit 16415 marked and admitted Documents relating to Discover Technologies, LLC (End User: Philip Morris International Management SA) transaction | |
| 16219 | | | X | X | Exhibit 16219 marked and admitted From ken wong to 'lisa harris' <lisah@autonomy.com>'ganesh vaidyanathan' <ganesh.vaidyanathan@autonomy.com>\|<poppy.prentis @ autonomy.com> re: RE: bank information | |
| 1173 | | | X | X | Exhibit 1173 marked and admitted E-mail from David Truitt to Andrew Kanter, cc'd to Stouffer Egan, regarding "signed doc" | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1356 | | | X | X | Exhibit 1356 marked and admitted<br>E-mail from John Cronin to David Truitt, dated December 31, 2010, regarding "One-Off Reseller Agreement" | |
| 1354 | | | X | X | Exhibit 1354 marked and admitted<br>Agreement dated December 31, 2010, between Autonomy and Discover Technologies regarding Bank of America with $7 million license fee | |
| 1438 | | | X | X | Exhibit 1438 marked and admitted<br>Email from HysonM to HeL re attached Autonomy debtor confirmation request for three invoices (8679-ANA, 8680-ANA and 8681-ANA) | |
| 1488 | | | X | X | Exhibit 1488 marked and admitted<br>Email from EganC to TruittD, attaching DiscoverTech One Off Reseller Agreement | |
| 1490 | | | X | X | Exhibit 1490 marked and admitted<br>Email from ScottJ to TruittD re letter, requesting signature on VAR agreement | |
| 1492 | | | X | X | Exhibit 1492 marked and admitted<br>Email from TruittD to HysonM re attached VAR letter | |
| 1485 | | | X | X | Exhibit 1485 marked and admitted<br>E-mail from Malcolm Hyson to David Truitt, dated January 25, 2011, regarding "autn_boa" | |
| 1500 | | | X | X | Exhibit 1500 marked and admitted<br>E-mail from David Truitt to Stouffer Egan, dated January 26, 2011, regarding "signed doc" | |
| 1516 | | | X | X | Exhibit 1516 marked and admitted<br>Email from HysonM to TruittD re attached VAR agreement letter | |
| 1512 | | | X | X | Exhibit 1512 marked and admitted<br>Email from ScottJ to ChamberlainS re autn_boa with attached 12/31/10 VAR agreement with DiscoverTech for $3,675,000 | |
| 1491 | | | X | X | Exhibit 1491 marked and admitted<br>Email from ScottJ to TruittD re Discover Technologies, requesting signature on verification of specific sales contracts with Autonomy for Deloitte | |
| 1510 | | | X | X | Exhibit 1510 marked and admitted<br>Email from ChamberlainS to TruittD re Auditors Confirmation | |
| 1503 | | | X | X | Exhibit 1503 marked and admitted<br>E-mail from Stephen Chamberlain to Lee Welham, dated January 26, 2011 regarding "Auditors confirmation" | |
| 1707 | | | X | X | Exhibit 1707 marked and admitted<br>Checking Account Records for Discovertech for March 2011 with $9.M from MT and $9M to Autonomy | |
| 16801 | | | X | X | Exhibit 16801 marked and admitted<br>Discover Technologies Invoice for Market Assistance Fee for Bank of America Agreement billed to Autonomy, Inc. | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1684 | | | X | X | Exhibit 1684 marked and admitted<br>E-mail from Joel Scott to David Truitt, dated March 31, 2011, regarding "DiscoverTech – Draft PO's" | |
| 1687 | | | X | X | Exhibit 1687 marked and admitted<br>E-mail from Malcolm Hyson to David Truitt, dated March 31, 2011, regarding "DiscoverTech – Draft PO's" | |
| 1725 | | | X | X | Exhibit 1725 marked and admitted<br>E-mail from David Truitt to Malcolm Hyson, dated April 4, 2011, regarding "Conversation with David M. Truitt" | |
| 1726 | | | X | X | Exhibit 1726 marked and admitted<br>E-mail from David Truitt to Malcolm Hyson, dated April 4, 2011, regarding "Prisa VAR letter agreement" | |
| 5592 | | | X | X | Exhibit 5592 marked and admitted<br>Email from HysonM to StoufferE RE: Prisa VAR | |
| 1730 | | | X | X | Exhibit 1730 marked and admitted<br>E-mail from Jorge Salazar to David Truitt, dated April 6, 2011, regarding "Executed One-Off Reseller Agreements" | |
| 1779 | | | X | X | Exhibit 1779 marked and admitted<br>Email from HysonM to TruittD re audit confirmation (attached) | |
| 1901 | | | X | X | Exhibit 1901 marked and admitted<br>Software Distributor Agreement between Discover Tech and Autonomy dated June 30, 2011. | |
| 1902 | | | X | X | Exhibit 1902 marked and admitted<br>Discover Technologies bank statement for the period ending June 30, 2011 | |
| 2059 | | | X | X | Exhibit 2059 marked and admitted<br>Bank statement for Discover Technologies' account at John Marshall Bank for the period ending July 31, 2011. | |
| 1971 | | | X | X | Exhibit 1971 marked and admitted<br>E-mail from Jorge Salazar to David Truitt, dated July 6, 2011, regarding "Discover Tech/Abbott Letter Agreement" | |
| | | | | | | |
| | | 3:56 p.m. | | | Jurors excused until March 28, 2024 at 9:15 a.m.<br>Court adjourned until March 28, 2024 at 9:15 a.m. | |