UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo Celeste Koeleveld Brian Heberlig Reid Weingarten (Lynch) |
| **TRIAL DATE:** <br> March 28, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 a.m. | | | Judge cried-in. Court Reporter – **Rhonda Aquilina.** All parties present. Jurors not present. Jury Note No. 1 discussed. | |
| | | 9:20 a.m. | | | All jurors present. All parties present. Court responds to Jury Note No. 1. | |
| | | 9:21 a.m. | | | Government direct examination of witness **David Truitt** | |
| 674 | | | X | | Exhibit 674 previously admitted | |
| 2842 | | | X | | Exhibit 2842 previously admitted | |
| 1971 | | | X | | Exhibit 1971 previously admitted | |
| 1972 | | | X | X | Exhibit 1942 marked and admitted <br> E-mail from Jorge Salazar to David Truitt, dated July 6, 2011, regarding "Discover Tech/ Hyatt Purchase Orders. | |
| 2381 | | | X | X | Exhibit 2381 marked and admitted <br> Email from ScottJ to TruittD re Cancellation of VAR Agreements | |
| 2392 | | | X | X | Exhibit 2392 marked and admitted <br> Autonomy Credit Memos for Discovertech as of 9/29/2011 | |
| 3063 | | | X | X | Exhibit 3063 marked and admitted <br> Autonomy Systems Limited, journal entries/credit memo | |
| | | 9:46 a.m. | | | Defense (Lynch) cross-examination of witness David Truitt | |

1

| Exhibit | Time | Marked | Admitted | Description | |
|---|---|---|---|---|---|
| 5734 | | X | X | Exhibit 5734 marked and admitted<br>Autonomy Governement Reseller Agreement with Microlink LLC | |
| 309 | | | X | Exhibit 309 previously admitted | |
| | 10:32 a.m. | | | Court in recess | |
| | 10:53 a.m. | | | Court reconvened.  **Court Reporter: Jennifer Coulthard.**  All jurors present.  All parties present.  Defense (Lynch) cross-examination of witness David Truitt | |
| 7346 | | X | X | Exhibit 7346 marked and admitted<br>Email from Truitt to Egan "FW: does this work ..." | |
| 429 | | | X | Exhibit 429 previously admitted | |
| 3637 | | X | X | Exhibit 3637 marked and admitted<br>2010-03-31 Discover Tech One Off Reseller Agreement (EU - Citi) [executed].pdf | |
| 1173 | | | X | Exhibit 1173 previously admitted | |
| 1769 | | X | X | Exhibit 1769 marked and admitted<br>Email from David Truitt to HussainS and EganS, dated April 14, 2011, regarding "Today's meeting" | |
| 5640 | | X | X | Exhibit 5640 marked and admitted<br>Email from TruittD to Hussain, S Egan RE: SW distribution | |
| 15849 | | X | X | Exhibit 15849 marked and admitted<br>From david m. truitt to ScottJ re: RE: Discover Technology / Autonomy | |
| 4904 | | X | X | Exhibit 4904 marked and admitted<br>Discover Engine Proposal | |
| 5679 | | X | X | Exhibit 5679 marked and admitted<br>Email chain Email from HussainS to TruittD RE: DiscoverEngine Sale | |
| | 11:50 a.m. | | | Defense (Chamberlain) cross-examination of witness David Truitt | |
| 954 | | | X | Exhibit 954 previously admitted | |
| 2381 | | | X | Exhibit 2381 previously admitted | |
| 3063 | | | X | Exhibit 3063 previously admitted | |
| | 12:01 p.m. | | | Jurors excused<br>The Court discussed – Motion to exclude Improper Opinion Testimony of Mr. Egan. For the reasons stated on the record, the Court deferred ruling.  Discussion re Brent Hogenson. | |
| | 12:08 p.m. | | | Court in recess | |
| | 12:54 p.m. | | | Court reconvened. Court Reporter -Rhonda Aquilina  All jurors present.  All parties present. Defense (Chamberlain) cross-examination of witness David Truitt | |
| 1510 | | | X | Exhibit 1510 previously admitted | |
| 1500 | | | X | Exhibit 1500 previously admitted | |
| 5744 | | | X | Exhibit 5744 (Demonstrative) | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1503 | | X | | Exhibit 1503 previously admitted | |
| | | 1:05 p.m. | | | Government re-direct of witness David Truitt | |
| 5734 | | | X | | Exhibit 5734 previously admitted | |
| 3637 | | | X | | Exhibit 3637 previously admitted | |
| 7346 | | | X | | Exhibit 7346 previously admitted | |
| 5640 | | | X | | Exhibit 5640 previously admitted | |
| 1901 | | | X | | Exhibit 1901 previously admitted | |
| 17142 | | | X | X | Exhibit 17142 marked and admitted<br>Email from ScottJ to TruittD re "Subject: Paperwork" with attachments | |
| 1503 | | | X | | Exhibit 1503 previously admitted | |
| | | 1:23 p.m. | | | Defense (Lynch) re-cross of witness David Truitt | |
| | 7346 | | X | | Exhibit 7346 previously admitted | |
| | | 1:25 p.m. | | | Government re-re direct of witness David Truitt | |
| | | 1:27 p.m. | | | Witness excused | |
| | | 1:28 p.m. | | | Government witness sworn – **Christopher Egan** aka Stouffer Egan | |
| 2600 | | | X | X | Exhibit 2600 marked and admitted<br>Autonomy Org Charts | |
| 2930 | | | X | X | Exhibit 2930 marked and admitted<br>Email from HussainS to EganS re "Book2.xls" | |
| 646 | | | X | X | Exhibit 646 marked and admitted<br>Email from LynchM to HussainS and EganC re 115Done.docx (attached table of 196 deals) | |
| 680 | | | X | X | Exhibit 680 marked and admitted<br>Email from LynchM to HussainS and EganC re SH route to 25c.doc (attached table - "Route to 25c requires $200m") | |
| | | 2:10 p.m. | | | Court in recess | |
| | | 2:35 p.m. | | | Court reconvened. Court Reporter -Rhonda Aquilina All jurors present.  All parties present. Government direct-examination of witness Christopher Egan | |
| 1850 | | | X | X | Exhibit 1850 marked and admitted<br>E-mail from Mike Lynch to Stouffer Egan, dated June 15, 2011 regarding "SGI" | |
| 2797 | | | X | | Exhibit 2797 (Demonstrative) | |
| 32 | | | X | | Exhibit 32 previously admitted | |
| 4053 | | | X | X | Exhibit 4053 marked and admitted<br>Re_ CEO Authorization Request - Autonomy Zantaz PO Requests - June 8, 2009 | |
| 3953 | | | X | X | Exhibit 3953 marked and admitted<br>Re: Capax | |
| 17217 | | | X | X | Exhibit 17217 marked and admitted | |
| 4061 | | | X | X | Exhibit 4061 marked and admitted<br>Fw: financials | |
| 4062 | | | X | X | Exhibit 4062 marked and admitted<br>Capax Ltr to Autonomy-033109.doc | |
| 42 | | | X | X | Exhibit 42 marked and admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from HussainS to LynchM re "the close - general observations" | |
| 2559 | | | X | | Exhibit 2559 previously admitted | |
| 50 | | | X | X | Exhibit 50 marked and admitted<br>Email from SullivanM to SmolekP re Purchase Orders – Authorizations Needed (for two deals--$250,000 each with Capax Global and MicroLink) | |
| 212 | | | X | X | Exhibit 212 marked and admitted<br>Email from EganC to HussainS re any progress on eli? (request for paperwork on Eli Lilly and Capax deals) | |
| 514 | | | X | X | Exhibit 514 marked and admitted<br>Email from EganC to HussainS and KanterA re Capax support Jan cash (requesting PO for approval in order to pay Capax) | |
| | | 3:49 p.m.<br><br>3:55 p.m. | | | Jurors excused until April 1, 2024 at 9:15 a.m. Discussion re Mr. Hogenson's testimony. Government requested to take Mr. Hogenson out-of-order on Monday, April 1, 2024. Court in recess until April 1, 2024 at 9:15 a.m. | |

5