# Exhibit E

| | |
|---|---|
| **From:** | Brent Hogenson [bphogenson@gmail.com] |
| **Sent:** | Friday, August 20, 2010 3:30 PM |
| **To:** | DickeM@sec.gov |
| **Subject:** | Letter to the FSA |
| **Attachments:** | 2009-10-01 - First Amend to Capax VAR Ahreement.pdf; Cambridge Inv Instructions.msg; Capax December 2009 Agreement.pdf; Capax Increase Payment by 125K.msg; Capax Kraft Q3 2009.pdf; Capax Payment Schedule.xls; Commission Payments on Reseller Deals.msg; discover whitepaper.pdf; Eli Lilly June 2010 Agreement.pdf; Eli Lilly SMS Meetings.doc; Incident.msg; Kraft December 2009 Agreement.pdf; Letter to Capax Dec 29 2009.pdf; Percy Finance concerns.msg; Problem Accounts.xls; FSA Letter July 26 2010.doc |

August 20, 2010

Michael Dicke, Esq.
Associate Regional Director
Securities & Exchange Commission
San Francisco Regional Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Dear Mr. Dicke,
Attached please find a July 26, 2010 letter that I sent to the Financial Services Authority with respect to Autonomy Corporation PLC. The letter was sent by email with attachments to whistle@fsa.gov.uk. Margaret Pell an Associate with the FSA confirmed receipt of the email with attachments and informed me that the email with attachments had been forwarded to an FSA investigator.
I am submitting this letter to you pursuant to Section 922 of the Dodd-Frank bill. There are a number of attachments that are referenced in the July 26, 2010 letter to the FSA, which some will need to be sent to you by a separate email due to the size of the attachments. Please note that the letter to the FSA has been named FSA Letter July 26 2010.
I am available for discussion as required.
Regards,
Brent Hogenson