Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA  94105
Telephone:  (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone:  (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT SETTLEMENT AGREEMENT WITH BRENT HOGENSON**<br><br>Court:  Courtroom 6 – 17th Floor<br>Date Filed:  March 31, 2024<br>Trial Date:  March 18, 2024 |

## DECLARATION OF CELESTE L.M. KOELEVELD

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Andrew Kanter to Jaideep Venkatesan and others, dated October 26, 2010 (Trial Exhibit 7994).

4. Attached hereto as Exhibit 2 is a true and correct copy of Robert Webb's Witness Statement from the UK civil proceedings, dated November 1, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of a settlement agreement between Hewlett Packard and Marcela Perez de Alonso, dated March 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed March 31, 2024, in San Francisco, California.

*/s/ Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld