Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO HP'S MOTION TO QUASH RULE 17 SUBPOENA**<br><br>Date: April 8, 2024<br>Time: 4:00 p.m.<br>Court: Courtroom 6 – 17th Floor |

## DECLARATION OF NICHOLAS P. SILVERMAN

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the FBI Form FD-302 memorandum of Christopher Yelland's March 12, 2024 interview.

4. Attached hereto as Exhibit B is a true and correct copy of an email from Susan Resley to Christopher Morvillo et al. dated March 5, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of the Rule 17 subpoena which Defendant Michael Richard Lynch served on HP.

6. Attached hereto as Exhibit D is a true and correct copy of a memorandum of an interview with Joel Scott written by Morgan Lewis dated November 15, 2012 (Bates labeled HP-SEC-00329234).

7. Attached hereto as Exhibit E are cover letters from HP written to DOJ for the production of business records purportedly forming the basis for Yelland's demonstrative charts.

8. Attached hereto as Exhibit F is an internal memorandum written by Ernst & Young (EY) dated January 30, 2014 relating to EY's investigation of Autonomy's financial statements (Bates labeled MLAT_AU 00091301).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 1, 2024 in Washington, D.C.

                                                    */s/ Nicholas P. Silverman*
                                                    Nicholas P. Silverman