# EXHIBIT A



Date of entry: 03/12/2024

Chris Yelland (YELLAND), previously interviewed, was interviewed virtually. Also present from the government was Assistant United States Attorney Robert Leach. Present as representation for YELLAND were Randy Luskey and Walt Brown from Paul Weiss. After being advised of the identities of the interviewing parties and the nature of the interview YELLAND provided the following information:

YELLAND noticed notebooks that were believed to be Stephen Chamberlain's (CHAMBERLAIN) on a bookcase in what was previously CHAMBERLAIN's office. YELLAND took over the office from CHAMBERLAIN and sat at the same desk when he became Chief Financial Officer of AUTONOMY. YELLAND provided the notebooks to the Hewlett-Packard investigation team because he thought they might be relevant to the investigation.

**Exhibits 11673 to 11678 – Chamberlain Notebook Pages**

When YELLAND reviewed transactions for the rebasing exercise he started in the subsidiary books of sales to look at the initial transaction. Then, YELLAND looked at the impact of the transaction via the transfer pricing on AUTONOMY systems limited. When looking at individual transactions YELLAND looked at a number of evidence sources including contracts, invoices, cash tracing, PWC's forensic accounting investigation, and the interview summaries of interviews conducted by legal investigators with certain members of the AUTONOMY staff and some of the resellers. Within PWC's forensic accounting investigation support YELLAND reviewed evidence the PWC team had found in addition to summary reports prepared by PWC about certain transactions.

As part of the audit EY had an obligation to ensure YELLAND and his team completed sufficient investigations of transactions in addition to EY's standard audit procedure obligations.

Investigation on 03/12/2024 at San Francisco, California, United States (Other (Video conference))

File # 318A-SF-2582907-302     Date drafted 03/12/2024

by Britta F. Huebsch

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.