# EXHIBIT B

| | |
|---|---|
| **From:** | susan.resley@morganlewis.com |
| **To:** | Heberlig, Brian; Morvillo, Christopher (Regulatory/White Collar-NY); mlwong@willkie.com |
| **Cc:** | Koeleveld, Celeste (Litigation-NY); martha.stolley@morganlewis.com |
| **Subject:** | RE: [EXT] Re: Subpoena |
| **Date:** | Sunday, March 10, 2024 5:35:53 PM |
| **Attachments:** | image001.gif |

Good afternoon

We'd like to schedule a call to discuss the subpoena.  How are your schedules either tomorrow at 2 or later or Tuesday between 11 and 12:30 (all PT).

Thank you,

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1596
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
Mobile: +1.415.370.2040
Assistant: Paula R. Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com
susan.resley@morganlewis.com | www.morganlewis.com



**From:** Heberlig, Brian <BHeberlig@steptoe.com>
**Sent:** Tuesday, March 5, 2024 11:15 AM
**To:** Resley, Susan D. <susan.resley@morganlewis.com>; Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; mlwong@willkie.com
**Cc:** Koeleveld, Celeste (Litigation-NY) <Celeste.Koeleveld@CliffordChance.com>; Stolley, Martha B. <martha.stolley@morganlewis.com>
**Subject:** RE: [EXT] Re: Subpoena

[EXTERNAL EMAIL]
Hello –

Thanks for providing these Bates ranges.  We are seeking a different set of materials, as reflected in the attached subpoena.  Please confirm that you will accept service.

**Brian M. Heberlig (**Bio**)**



**Steptoe LLP**
(202) 429-8134  Office
(202) 368-7855  Mobile
bheberlig@steptoe.com
www.steptoe.com

---

**From:** Resley, Susan D. <susan.resley@morganlewis.com>
**Sent:** Tuesday, March 5, 2024 9:17 AM
**To:** Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; mlwong@willkie.com
**Cc:** Heberlig, Brian <BHeberlig@steptoe.com>; Koeleveld, Celeste (Litigation-NY) <Celeste.Koeleveld@CliffordChance.com>; Stolley, Martha B. <martha.stolley@morganlewis.com>
**Subject:** [EXTERNAL] RE: [EXT] Re: Subpoena

Chris

As a follow up to yesterday's email, below are the Bates ranges of the documents which support Chris Yelland's conclusions set forth in the Summary of Revenue Adjustments-2009 to October 2011:  ASL Statutory Accounts Revenue Adjustments (HP-SEC-2340673-HP-SEC-02340707).  Let us know if you wish to discuss.

HP-SEC-02317153 - HP-SEC-02332634 and HP-SEC-02340578 - HP-SEC-02340672

Let us know if you wish to speak further.

Best

Susan


**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1596
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
Mobile: +1.415.370.2040
Assistant: Paula R. Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com
susan.resley@morganlewis.com | www.morganlewis.com



---

**From:** Resley, Susan D.
**Sent:** Monday, March 4, 2024 7:46 PM

**To:** 'Christopher.Morvillo@CliffordChance.com' <Christopher.Morvillo@CliffordChance.com>; mlwong@willkie.com
**Cc:** bheberlig@steptoe.com; Celeste.Koeleveld@CliffordChance.com; Stolley, Martha B. <martha.stolley@morganlewis.com>
**Subject:** RE: [EXT] Re: Subpoena

Thanks, Chris.  Why don't we plan to speak tomorrow at the outset and we'll take you up on the offer to send a copy to frame the conversation. Meantime, we'll also send the Bates ranges in the morning.  How does tomorrow afternoon look for a call.

Best

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1596
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
Mobile: +1.415.370.2040
Assistant: Paula R. Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com
susan.resley@morganlewis.com | www.morganlewis.com



**From:** Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>
**Sent:** Monday, March 4, 2024 6:35 PM
**To:** Resley, Susan D. <susan.resley@morganlewis.com>; mlwong@willkie.com
**Cc:** bheberlig@steptoe.com; Celeste.Koeleveld@CliffordChance.com; Stolley, Martha B. <martha.stolley@morganlewis.com>
**Subject:** RE: [EXT] Re: Subpoena

[EXTERNAL EMAIL]

Thanks Susan (and hello Martha).  We are happy to have a call and would be grateful to receive the bates numbers, but we are pretty sure we don't have all the documents that our subpoena would seek.  I am fine sending you a copy of the subpoena to frame our conversation, but we do need to get it served to tee this up for any production or motion practice, if necessary.  And, if we can resolve the issues, we would withdraw the subpoena.

**Christopher J. Morvillo**
**CLIFFORD CHANCE US LLP**
31 West 52nd Street | New York, NY 10019

(o) +1.212.878.3437 | (c) +1.917.753.0753

christopher.morvillo@cliffordchance.com

---

**From:** Resley, Susan D. <susan.resley@morganlewis.com>
**Sent:** Monday, March 4, 2024 11:59 AM
**To:** Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; mlwong@willkie.com
**Cc:** $Heberlig Brian of steptoe <bheberlig@steptoe.com>; Koeleveld, Celeste (Litigation-NY) <Celeste.Koeleveld@CliffordChance.com>; Stolley, Martha B. <martha.stolley@morganlewis.com>
**Subject:** RE: [EXT] Re: Subpoena

Chris

Adding my partner, Martha Stolley (who I believe you have met).  Do you have time to discuss briefly with Martha and me?  We believe that the documents were previously produced to the DOJ and we can provide you with Bates numbers in the first instance.

Best

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1596
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
Mobile: +1.415.370.2040
Assistant: Paula R. Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com
susan.resley@morganlewis.com | www.morganlewis.com



---

**From:** Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>
**Sent:** Monday, March 4, 2024 11:53 AM
**To:** Resley, Susan D. <susan.resley@morganlewis.com>; mlwong@willkie.com
**Cc:** bheberlig@steptoe.com; Celeste.Koeleveld@CliffordChance.com
**Subject:** Re: [EXT] Re: Subpoena

[EXTERNAL EMAIL]

Hi Susan.  Just following up on this.  Can you let me know if you are able to accept service of a subpoena?

Thanks,
Chris

**Christopher J. Morvillo**
**CLIFFORD CHANCE US LLP**

31 West 52nd Street | New York, NY 10019

(o) +1.212.878.3437 | (c) +1.917.753.0753

christopher.morvillo@cliffordchance.com

---

**From:** Morvillo, Christopher (Regulatory/White Collar-NY)
**Sent:** Tuesday, February 27, 2024 4:35:05 PM
**To:** Resley, Susan D. <susan.resley@morganlewis.com>; mlwong@willkie.com <mlwong@willkie.com>
**Cc:** $Heberlig Brian of steptoe <bheberlig@steptoe.com>; Koeleveld, Celeste (Litigation-NY) <Celeste.Koeleveld@CliffordChance.com>
**Subject:** RE: [EXT] Re: Subpoena

Thanks Susan.

**Christopher J. Morvillo**
**CLIFFORD CHANCE US LLP**

31 West 52nd Street | New York, NY 10019

(o) +1.212.878.3437 | (c) +1.917.753.0753

christopher.morvillo@cliffordchance.com

---

**From:** Resley, Susan D. <susan.resley@morganlewis.com>
**Sent:** Tuesday, February 27, 2024 11:10 AM
**To:** Morvillo, Christopher (Regulatory/White Collar-NY) <Christopher.Morvillo@CliffordChance.com>; mlwong@willkie.com
**Cc:** $Heberlig Brian of steptoe <bheberlig@steptoe.com>; Koeleveld, Celeste (Litigation-NY) <Celeste.Koeleveld@CliffordChance.com>
**Subject:** [EXT] Re: Subpoena

We should be able to but will confirm.


**Susan D. Resley**

**Morgan, Lewis & Bockius LLP**

One Market, Spear Street Tower | San Francisco, CA 94105-1596

Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001

Mobile: +1.415.370.2040

susan.resley@morganlewis.com | www.morganlewis.com

Assistant: Paula R. Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com
Pronouns: She/Her/Hers

---

**From:** Christopher.Morvillo@CliffordChance.com <Christopher.Morvillo@CliffordChance.com>
**Sent:** Tuesday, February 27, 2024 1:12:00 PM
**To:** susan.resley@morganlewis.com <susan.resley@morganlewis.com>; mlwong@willkie.com <mlwong@willkie.com>
**Cc:** bheberlig@steptoe.com <bheberlig@steptoe.com>; Celeste.Koeleveld@CliffordChance.com <Celeste.Koeleveld@CliffordChance.com>
**Subject:** Subpoena

[EXTERNAL EMAIL]
Hi Susan and Michael,

I hope you are both doing well.

Following last week's colloquy before Judge Breyer relating to the bases for Chris Yelland's opinions and conclusions in preparing and filing the 2014 restatement of ASL's 2010 accounts and the filing of ASL's 2011 accounts, we intend to issue a trial subpoena to your client for certain related records. Can you let us know whether you will accept service of the subpoena?

Best,
Chris

**Christopher J. Morvillo**
**CLIFFORD CHANCE US LLP**
31 West 52nd Street | New York, NY 10019
(o) +1.212.878.3437 | (c) +1.917.753.0753

christopher.morvillo@cliffordchance.com

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard:+1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement
https://www.cliffordchance.com/Legal_statements/privacy_statement.html