# EXHIBIT E

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

February 2, 2018

**VIA SECURE FILE TRANSFER**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorney
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *USA v. Hussain*

Dear Mr. Reeves and Mr. Leach:

We write in response to the government's request for the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts, as prepared by Chris Yelland and previously produced at Bates Nos. HP-SEC-02166029 – HP-SEC-02166034. Most, if not all of the documents, have been previously produced; however, for ease of reference, we are producing these documents on a rolling basis by transaction/deal. In that regard, please find the first production in the enclosed zip file, Bates labeled HP-SEC-02317153 – HP-SEC-02319596, which contains underlying business records relating to the following transactions:

- Capax/Defense Knowledge Online (Bates Nos. HP-SEC-02317153 – HP-SEC-02317214)
- Capax Discovery/Kraft Foods Global (Bates Nos. HP-SEC-02317215 – HP-SEC-02317293)
- Capax Discovery/McAfee (Bates Nos. HP-SEC-02317294 – HP-SEC-02317454)
- Discover Technologies/ThinkTech (Bates Nos. HP-SEC-02317455 – HP-SEC-02317533)
- Discover Technologies/Abbott Laboratories (Bates Nos. HP-SEC-02317534 – HP-SEC-02317555)
- Discover Technologies/Hyatt/Dell (Bates Nos. HP-SEC-02317556 – HP-SEC-02317575)
- MicroTech/Bank of Montreal (Bates Nos. HP-SEC-02317576 – HP-SEC-02317660)
- MicroTech/Vatican Library (Bates Nos. HP-SEC-02317661 – HP-SEC-02317792)
- MicroTech/Department of the Interior (Bates Nos. HP-SEC-02317793 – HP-SEC-02317892)
- Vidient Systems (2009) (Bates Nos. HP-SEC-02317893 – HP-SEC-02317983)
- Vidient Systems (2010) (Bates Nos. HP-SEC-02317984 – HP-SEC-02318060)
- Capax Discovery/Bank of America–Amgen (Bates Nos. HP-SEC-02318061 – HP-SEC-02318305)
- Capax Discovery/Eli Lilly and Company (Bates Nos. HP-SEC-02318306 – HP-SEC-02318389)
- Capax Discovery/Financial Services Authority (Bates Nos. HP-SEC-02318390 – HP-SEC-02318566)
- Capax Discovery/Merrill Lynch – Bank of America (Bates Nos. HP-SEC-02318567 – HP-SEC-02318640)

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA  94105-1596          ☏ +1.415.442.1000
United States                                           ✆ +1.415.442.1001

COVERLETTER_MLB-20180202.001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 2, 2018
Page 2

- Discover Technologies/Bank of America ($7m) (Bates Nos. HP-SEC-02318641 – HP-SEC-02318772)
- Discover Technologies/Bank of America ($3.5m) (Bates Nos. HP-SEC-02318773 – HP-SEC-02318889)
- Filetek (2009) (Bates Nos. HP-SEC-02318890 – HP-SEC-02319014)
- Filetek (2010) (Bates Nos. HP-SEC-02319015 – HP-SEC-02319148)
- Filetek/Department of Veterans Administration Authority (Bates Nos. HP-SEC-02319149 – HP-SEC-02319231)
- MicroTech/Discover Technologies (Bates Nos. HP-SEC-02319232 – HP-SEC-02319411)
- MicroTech/Honeywell Aerospace (Bates Nos. HP-SEC-02319412 – HP-SEC-02319529)
- MicroTech/Morgan Stanley & Co. (Bates Nos. HP-SEC-02319530 – HP-SEC-02319596)

\* \* \* \* \* \* \* \* \*

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013 and signed by all parties to this letter. Please be advised that by producing these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure.

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the agency's discharge of its duties and responsibilities.

The USAO will also not assert that HPE's production of the materials to the USAO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

Lastly, we request that your office use the information and materials produced pursuant to this request only in the criminal case captioned *U.S. v. Hussain* - 16-00462, and that you designate HPE's productions as "Protected Materials" pursuant to the Northern District of California District Court's January 18, 2017 Amended Protective Order.

Sincerely,

*Susan D. Resley* /lnw

Susan D. Resley

Enclosure

Cc: Randy Luskey

COVERLETTER_MLB-20180202.002

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

February 5, 2018

**VIA SECURE FILE TRANSFER**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorney
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *USA v. Hussain*

Dear Mr. Reeves and Mr. Leach:

We write in response to the government's request for the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts, as prepared by Chris Yelland and previously produced at Bates Nos. HP-SEC-02166029 – HP-SEC-02166034. Most, if not all of the documents, have been previously produced; however, for ease of reference, we are producing these documents on a rolling basis by transaction/deal. In that regard, please find the second production in the enclosed zip file, Bates labeled HP-SEC-02319597 – HP-SEC-02324846, which contains underlying business records relating to the following transactions:

- AIG (Bates Nos. HP-SEC-02319597 – HP-SEC-02319621)
- Bloomberg LP (Bates Nos. HP-SEC-02319622 – HP-SEC-02319631)
- Citicorp (Bates Nos. HP-SEC-02319632 – HP-SEC-02319638)
- Credit Suisse (Bates Nos. HP-SEC-02319639 – HP-SEC-02319770)
- Insight (Bates Nos. HP-SEC-02319771 – HP-SEC-02320123)
- Items 8, 11, 12, 47, 57 and 60 – "Cancelled transactions" (Bates Nos. HP-SEC-02320124 – HP-SEC-02320137)
- JPMC (Bates Nos. HP-SEC-02320138 – HP-SEC-02320485)
- Metro Business Systems (Bates Nos. HP-SEC-02320486 – HP-SEC-02320944)
- Morgan Stanley (Bates Nos. HP-SEC-02320945 – HP-SEC-02321077)
- SHI International (Bates Nos. HP-SEC-02321078 – HP-SEC-02323023)
- Auxilium Tech Biblioteca Apostolica Vaticana (Vatican Library) (Bates Nos. HP-SEC-02323024 – HP-SEC-02323253)
- Capax Discovery UBS (Q1 2011) (Bates Nos. HP-SEC-02323254 – HP-SEC-02323434)
- Capax Discovery UBS (Q2 2011) (Bates Nos. HP-SEC-02323435 – HP-SEC-02323462)
- Comercializadora Cobal's TV Azteca (Bates Nos. HP-SEC-02323463 – HP-SEC-02323508)

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA  94105-1596        ☎ +1.415.442.1000
United States                          📠 +1.415.442.1001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 5, 2018
Page 2

- Discover Technologies CitiGroup Technology (Bates Nos. HP-SEC-02323509 – HP-SEC-02324261)
- Discover Technologies Philip Morris International Management (Bates Nos. HP-SEC-02324262 – HP-SEC-02324308)
- Discover Technologies Prisa (Bates Nos. HP-SEC-02324309 – HP-SEC-02324362)
- EMC (Bates Nos. HP-SEC-02324363 – HP-SEC-02324490)
- MicroTech Hewlett-Packard (Bates Nos. HP-SEC-02324491 – HP-SEC-02324583)
- MicroTech LLC (Bates Nos. HP-SEC-02324584 – HP-SEC-02324727)
- Red Ventures Various end users (Bates Nos. HP-SEC-02324728 – HP-SEC-02324763)
- Video Monitoring Services (Bates Nos. HP-SEC-02324764 – HP-SEC-02324846)

* * * * * * * * *

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013 and signed by all parties to this letter. Please be advised that by producing these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure.

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the agency's discharge of its duties and responsibilities.

The USAO will also not assert that HPE's production of the materials to the USAO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

Lastly, we request that your office use the information and materials produced pursuant to this request only in the criminal case captioned *U.S. v. Hussain* - 16-00462, and that you designate HPE's productions as "Protected Materials" pursuant to the Northern District of California District Court's January 18, 2017 Amended Protective Order.

Sincerely,

Susan D. Resley /lnw

Susan D. Resley

Enclosure

Cc: Randy Luskey

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

February 7, 2018

**VIA SECURE FILE TRANSFER**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorney
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>USA v. Hussain</u>

Dear Mr. Reeves and Mr. Leach:

We write in response to the government's request for the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts, as prepared by Chris Yelland and previously produced at Bates Nos. HP-SEC-02166029 – HP-SEC-02166034. Most, if not all of the documents, have been previously produced; however, for ease of reference, we are producing these documents on a rolling basis by transaction/deal. In that regard, please find the second production in the enclosed zip file, Bates labeled HP-SEC-02324847 – HP-SEC-02327596, which contains underlying business records relating to the following transactions:

- Realise Limited Credit Suisse Securities (Bates Nos. HP-SEC-02324847 – HP-SEC-02324986)
- Sales Consulting Poste Italiane (Bates Nos. HP-SEC-02324987 - HP-SEC-02325051)
- Tikit KPMG (Bates Nos. HP-SEC-02325052 – HP-SEC-02325257)
- Tottenham Hotspur (Bates Nos. HP-SEC-02325258 – HP-SEC-02325533)
- Video Monitoring Services (Software and Hardware) (Bates Nos. HP-SEC-02325534 – HP-SEC-02325656)
- Capax Discovery EDD (Bates Nos. HP-SEC-02325657 – HP-SEC-02325944)
- Prisa (Bates Nos. HP-SEC-02325945 – HP-SEC-02326147)
- AS Computadoras Y Servicios (Bates Nos. HP-SEC-02326148 – HP-SEC-02326207)
- BBC Monitoring (Bates Nos. HP-SEC-02326208 – HP-SEC-02326364)
- Camsa Konzern (Bates Nos. HP-SEC-02326365 – HP-SEC-02326421)
- Integracion de Negocios – various end users (Bates Nos. HP-SEC-02326422 – HP-SEC-02326748)
- Mercedes-Benz Grand Prix (Bates Nos. HP-SEC-02326749 – HP-SEC-02326913)
- MicroLink (Bates Nos. HP-SEC-02326914 – HP-SEC-02327182)
- MicroTech Century Link (Bates Nos. HP-SEC-02327183 – HP-SEC-02327241)
- Play (Bates Nos. HP-SEC-02327242 – HP-SEC-02327308)

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA  94105-1596      ☎ +1.415.442.1000
United States                      📠 +1.415.442.1001

COVERLETTER_MLB-20180207.001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 7, 2018
Page 2

- Serious Fraud Office (Bates Nos. HP-SEC-02327309 – HP-SEC-02327332)
- UBS (Bates Nos. HP-SEC-02327333 – HP-SEC-02327464)
- Apple (Bates Nos. HP-SEC-02327465 – HP-SEC-02327552)
- MicroTech Assurian Insurance Services (Bates Nos. HP-SEC-02327553 – HP-SEC-02327596)

\* \* \* \* \* \* \* \* \*

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013 and signed by all parties to this letter. Please be advised that by producing these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure.

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the agency's discharge of its duties and responsibilities.

The USAO will also not assert that HPE's production of the materials to the USAO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

Lastly, we request that your office use the information and materials produced pursuant to this request only in the criminal case captioned *U.S. v. Hussain* - 16-00462, and that you designate HPE's productions as "Protected Materials" pursuant to the Northern District of California District Court's January 18, 2017 Amended Protective Order.

Sincerely,

*Susan D. Resley / l nw*

Susan D. Resley

Enclosure

Cc: Randy Luskey

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

February 12, 2018

**VIA SECURE FILE TRANSFER**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorney
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *USA v. Hussain*

Dear Mr. Reeves and Mr. Leach:

We write in response to the government's request for the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts, as prepared by Chris Yelland and previously produced at Bates Nos. HP-SEC-02166029 – HP-SEC-02166034. Most, if not all of the documents, have been previously produced; however, for ease of reference, we are producing these documents on a rolling basis by transaction/deal. In that regard, please find the fourth production in the enclosed zip file, Bates labeled HP-SEC-02327597 – HP-SEC-02332634. This production supplements the productions made on February 2, 2018, February 5, 2018, and February 7, 2018, and contains underlying business records relating to the following transactions:

- AIG (Bates Nos. HP-SEC-02327949 – HP-SEC-02328211 and HP-SEC-02331944 – HP-SEC-02332109)
- Apple (Bates Nos. HP-SEC-02330953 – HP-SEC-02330980 and HP-SEC-02330982 – HP-SEC-02330982)
- AS Computadoras Y Servicios (Bates Nos. HP-SEC-02330506 – HP-SEC-02330590)
- Auxilium Tech Biblioteca Apostolica Vaticana (Vatican Library) (Bates Nos. HP-SEC-02330234 – HP-SEC-02330280)
- BBC Monitoring (Bates Nos. HP-SEC-02330591 – HP-SEC-02330748)
- Bloomberg LP (Bates Nos. HP-SEC-02328212 – HP-SEC-02328267)
- Capax Discovery/Bank of America–Amgen (Bates Nos. HP-SEC-02327676 – HP-SEC-02327736)

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596
United States

☎ +1.415.442.1000
📠 +1.415.442.1001

COVERLETTER_MLB-20180212.001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 12, 2018
Page 2

- Capax Discovery/EDD (Bates Nos. HP-SEC-02330984 – HP-SEC-02330986 and HP-SEC-02330988 – HP-SEC-02330988)
- Capax Discovery/Eli Lilly and Company (Bates Nos. HP-SEC-02327737 – HP-SEC-02327741)
- Capax Discovery/McAfee (Bates Nos. HP-SEC-02327597 – HP-SEC-02327608)
- Capax Discovery/Merrill Lynch – Bank of America (Bates Nos. HP-SEC-02327743 – HP-SEC-02327747)
- Capax Discovery/UBS (Q1 2011) (Bates Nos. HP-SEC-02330281 – HP-SEC-02330296)
- Capax Discovery/UBS (Q2 2011) (Bates Nos. HP-SEC-02330297 – HP-SEC-02330308)
- Citicorp (Bates Nos. HP-SEC-02328268 – HP-SEC-02328386 and HP-SEC-02330989 – HP-SEC-02331062)
- Comercializadora Cobal's TV Azteca (Bates Nos. HP-SEC-02330309 – HP-SEC-02330350)
- Credit Suisse (Bates Nos. HP-SEC-02328387 – HP-SEC-02328444)
- Discover Technologies/Abbott Laboratories (Bates Nos. HP-SEC-02327609 – HP-SEC-02327644)
- Discover Technologies/CitiGroup Technology (Bates Nos. HP-SEC-02330351 – HP-SEC-02330386)
- Discover Technologies/Hyatt/Dell (Bates Nos. HP-SEC-02327645 – HP-SEC-02327669)
- Discover Technologies/Philip Morris International Management (Bates Nos. HP-SEC-02330387 – HP-SEC-02330397)
- EMC (Bates Nos. HP-SEC-02330398 – HP-SEC-02330402)
- Filetek (2009) (Bates Nos. HP-SEC-02327748 – HP-SEC-02327819)
- Filetek/Department of Veterans Administration Authority (Bates Nos. HP-SEC-02327820 – HP-SEC-02327894)
- Insight (Bates Nos. HP-SEC-02328445 – HP-SEC-02328602)
- Integracion de Negocios – various end users (Bates Nos. HP-SEC-02330749 – HP-SEC-02330902)
- JPMC (Bates Nos. HP-SEC-02328603 – HP-SEC-02329004)
- MicroLink (Bates Nos. HP-SEC-02330903 – HP-SEC-02330906)
- MicroTech/Assurian Insurance Services (Bates Nos. HP-SEC-02330981 – HP-SEC-02330981 and HP-SEC-02330983 – HP-SEC-02330983)
- MicroTech/Bank of Montreal (Bates Nos. HP-SEC-02327670 – HP-SEC-02327673)
- MicroTech/Department of the Interior (Bates Nos. HP-SEC-02327674 – HP-SEC-02327675)
- MicroTech/Discover Technologies (Bates Nos. HP-SEC-02327895 – HP-SEC-02327915)
- MicroTech Hewlett-Packard (Bates Nos. HP-SEC-02330403 – HP-SEC-02330413)
- MicroTech/Honeywell Aerospace (Bates Nos. HP-SEC-02327916 – HP-SEC-02327943)
- MicroTech LLC (Bates Nos. HP-SEC-02330414 – HP-SEC-02330431)
- MicroTech/Morgan Stanley & Co. (Bates Nos. HP-SEC-02327944 – HP-SEC-02327948)
- Metro Business Systems (Bates Nos. HP-SEC-02329005 – HP-SEC-02329225)
- Morgan Stanley (Bates Nos. HP-SEC-02329226 – HP-SEC-02329570 and HP-SEC-02331063 – HP-SEC-02331398 and HP-SEC-02332342 – HP-SEC-02332634)
- Prisa (Bates Nos. HP-SEC-02330987 – HP-SEC-02330987)
- Red Ventures Various end users (Bates Nos. HP-SEC-02330432 – HP-SEC-02330457)
- Sales Consulting Poste Italiane (Bates Nos. HP-SEC-02330458- HP-SEC-02330483)
- Serious Fraud Office (Bates Nos. HP-SEC-02330907 – HP-SEC-02330949)
- SHI International (Bates Nos. HP-SEC-02329571 – HP-SEC-02330233 and HP-SEC-02331399 – HP-SEC-02331530 and HP-SEC-02331789 – HP-SEC-02331943)
- Tottenham Hotspur (Bates Nos. HP-SEC-02330484 – HP-SEC-02330488)
- UBS (Bates Nos. HP-SEC-02330950 – HP-SEC-02330952)
- Video Monitoring Services (Software and Hardware) (Bates Nos. HP-SEC-02330489 – HP-SEC-02330505 and HP-SEC-02332110 – HP-SEC-02332341)

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 12, 2018
Page 3

In addition, we are producing underlying business records relating to the Zones, Inc. transaction (Bates Nos. HP-SEC-02331531 – HP-SEC-02331788).

\* \* \* \* \* \* \* \*

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013 and signed by all parties to this letter. Please be advised that by producing these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure.

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the agency's discharge of its duties and responsibilities.

The USAO will also not assert that HPE's production of the materials to the USAO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

Lastly, we request that your office use the information and materials produced pursuant to this request only in the criminal case captioned *U.S. v. Hussain* - 16-00462, and that you designate HPE's productions as "Protected Materials" pursuant to the Northern District of California District Court's January 18, 2017 Amended Protective Order.

Sincerely,

*Susan D. Resley / ec*

Susan D. Resley

Enclosure

Cc:  Randy Luskey

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

February 14, 2018

**VIA SECURE FILE TRANSFER**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorney
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     <u>USA v. Hussain</u>

Dear Mr. Reeves and Mr. Leach:

We write in response to the government's request for the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts (the "Summary"), as prepared by Chris Yelland and previously produced at Bates Nos. HP-SEC-02166029 – HP-SEC-02166034. We produced these documents on a rolling basis by transaction/deal on February 2, 2018, February 5, 2018, February 7, 2018, and February 12, 2018 at Bates Nos. HP-SEC-02317153 – HP-SEC-02332634. Enclosed please find a revised Summary, Bates Nos. HP-SEC-02332635 – HP-SEC-02332651, which has only been updated to include an Appendix containing the Bates ranges of the underlying business records supporting the adjustments for individual transactions and deals listed on the Summary.

* * * * * * * *

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013 and signed by all parties to this letter. Please be advised that by producing these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure.

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596          ☎ +1.415.442.1000
United States                          📠 +1.415.442.1001

COVERLETTER_MLB-20180214.001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
February 14, 2018
Page 2

extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the agency's discharge of its duties and responsibilities.

The USAO will also not assert that HPE's production of the materials to the USAO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

Lastly, we request that your office use the information and materials produced pursuant to this request only in the criminal case captioned *U.S. v. Hussain* - 16-00462, and that you designate HPE's productions as "Protected Materials" pursuant to the Northern District of California District Court's January 18, 2017 Amended Protective Order.

Sincerely,

*Susan D. Resley/ lnw*

Susan D. Resley

Enclosure

Cc:  Randy Luskey