UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   April 1, 2024                           Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 16 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Further jury trial set for April 2, 2024 at 9:15 a.m.
Government's Motion in Limine to Admit Hogenson Settlement Agreement – For the reasons stated on the record the Motion is Granted.

Witnesses Sworn: Brent Hogenson

Government Exhibits Marked and Admitted: 29, 827, 869, 871, 884, 904, 909, 913, 920, 936, 1013, 1014, 1021, 3290, 6256, 7692, 7693, 7956, 8240, 8241, 8592, 10089, 10094, 10455, 10456, 10466, 10475, 10527, 13027, 13029, 13030, 13037, 13041, 13045, 13048, 13057, 13058, 13059, 13079, 15392, 16703

Exhibits Marked: 17234 (Demonstrative)