UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Reid Weingarten <br> (Lynch) |
| **TRIAL DATE:** <br> April 1, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:17 a.m. |  |  | Judge cried-in. Court Reporter: Rhonda Aquilina. All jurors present. All parties present. Government witness sworn – **Brent Hogenson** |  |
| 29 |  |  | X | X | Exhibit 29 marked and admitted <br> Email from ChamberlainA to HogensonB, HussainS re Q4 2008 Sales Rep Letter |  |
| 42 |  |  | X |  | Exhibit 42 previously admitted |  |
| 630 |  |  | X |  | Exhibit 630 previously admitted |  |
| 11447 |  |  | X |  | Exhibit 11447 previously admitted |  |
| 428 |  |  | X |  | Exhibit 428 previously admitted |  |
| 17234 |  |  | X |  | Exhibit 17234 (Demonstrative) |  |
|  |  | 10:41 a.m. |  |  | Court in recess |  |
|  |  | 11:04 a.m. |  |  | Court reconvened. Court Reporter -Rhonda Aquilina All jurors present. All parties present. Government direct examination of witness Brent Hogenson |  |
| 13029 |  |  | X | X | Exhibit 13029 marked and admitted <br> Dup. 460 |  |
| 13030 |  |  | X | X | Exhibit 13030 marked and admitted <br> Dup. 516 |  |
| 3314 |  |  | X |  | Exhibit 3314 previously admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 827 | | | X | X | Exhibit 827 marked and admitted<br>Email from HussainS to CHamberlainS, HogensonB re "termination approval" | |
| 797 | | | X | | Exhibit 797 previously admitted | |
| 13027 | | | X | X | Exhibit 13027 marked and admitted<br>Email from Lara to Hogenson re List Of Capax Customers | |
| 13079 | | | X | X | Exhibit 13079 marked and admitted<br>Dup. 857 | |
| 869 | | | X | X | Exhibit 869 marked and admitted<br>Email from HogensonB to gmail re "FW: Updated Problem Account List as of 6/17/10" | |
| 871 | | | X | X | Exhibit 871 marked and admitted<br>Email from HogensonB to HogensonB (gmail) re Software purchase | |
| 16703 | | | X | X | Exhibit 16703 marked and admitted<br>Email from TejedaP to HogensonB FW: Lilly attaching Lilly and Capax.xls | |
| 13037 | | | X | X | Exhibit 13037 marked and admitted<br>6/22/10 Email from Hogenson to Lynch re CONFIDENTIAL | |
| 884 | | | X | X | Exhibit 884 marked and admitted<br>Email from LynchM to HogensonB, Cc to KanterA re "confidential" | |
| 10094 | | | X | X | Exhibit 10094 marked and admitted<br>Email from HogensonB to MRL re " CONFIDENTIAL " | |
| | | 12:13 p.m. | | | Court in recess | |
| | | 1:02 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard.  All jurors present.  All parties present. Government direct-examination of witness Brent Hogenson | |
| 10475 | | | X | X | Exhibit 10475 marked and admitted<br>Email from KanterA, to bhogenson@interwoven.com re " Follow Up " | |
| 13041 | | | X | X | Exhibit 13041 marked and admitted<br>6/24/10 correspondence from Hogenson to Lynch | |
| 904 | | | X | X | Exhibit 904 marked and admitted<br>Email from LynchM to HogensonB, KanterA re "confidential" with letter attached | |
| 15392 | | | X | X | Exhibit 15392 marked and admitted<br>From brent hogenson to ganesh vaidyanathan <ganesh.vaidyanathan@autonomy.com>brent hogenson <brent.hogenson@autonomy.com>|"joel scott" <joels@autonomy.com>|"steve chamberlain" <stephenc@autonomy.com>|"sushovan hussain" <sushovanh@autonomy.com> re: Re: Attorney Client Privilege | |
| 909 | | | X | X | Exhibit 909 marked and admitted<br>Email from HogensonB to KnightR re "IMPORTANT AUDIT RELATED QUESTIONS" | |
| 10527 | | | X | X | Exhibit 10527 marked and admitted<br>Email from TejedaP to HogensonB re " FW: Lilly " | |
| 913 | | | X | X | Exhibit 913 marked and admitted<br>Email from LynchM to HogensonB, Cc to KanterA re - no Subject | |
| 13045 | | | X | X | Exhibit 13045 marked and admitted<br>6/27/10 correspondence from Hogenson to Lynch | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10466 | | | | X | X | Exhibit 10466 marked and admitted<br>Email from TejedaP to HogensonB re " FW: " | |
| 10455 | | | | X | X | Exhibit 10455 marked and admitted<br>Email from LynchM to HogensonB re " confidential 7 " | |
| 920 | | | | X | X | Exhibit 920 marked and admitted<br>Email from HogensonB to LynchM, Cc to KanterA re "Letter to Mike June 28.doc" | |
| 10089 | | | | X | X | Exhibit 10089 marked and admitted<br>Email from HogensonB to MRL re " RE: Letter to Mike June 28.doc " | |
| 10456 | | | | X | X | Exhibit 10456 marked and admitted<br>Email from LynchM to HogensonB re " Re: Letter to Mike June 28.doc " | |
| 936 | | | | X | X | Exhibit 936 marked and admitted<br>Hogenson Email Responding to UK Request For Information | |
| 13048 | | | | X | X | Exhibit 13048 marked and admitted<br>Dup. 942 | |
| 3290 | | | | X | X | Exhibit 3290 marked and admitted<br>Dup. 955 | |
| 1013 | | | | X | X | Exhibit 1013 marked and admitted<br>Email from HogensonB to Whistle@fsa.gov.uk re "Qualified Disclosure Questions" | |
| 1021 | | | | X | X | Exhibit 1021 marked and admitted<br>Email from HogensonB to KanterA, Cc to ScottJ & HussainS re "RE: Schedule" | |
| 1014 | | | | X | X | Exhibit 1014 marked and admitted<br>Email from Hogenson to Hussain re Changes To Autonomy Us Finance Organization | |
| | | 2:16 p.m. | | | | Court in recess | |
| | | 2:37 p.m. | | | | Court reconvened.  Court Reporter – Jennifer Coulthard.  All jurors present.  All parties present. Government direct-examination of witness Brent Hogenson | |
| 13057 | | | | X | X | Exhibit 13057 marked and admitted<br>Dup. 1023 | |
| 6256 | | | | X | X | Exhibit 6256 marked and admitted<br>Email from HogensonB to DickeM re Letter to ESA | |
| 13058 | | | | X | X | Exhibit 13058 marked and admitted<br>11/18/10 declaration of Hogenson | |
| 13059 | | | | X | X | Exhibit 13059 marked and admitted | |
| | | 3:05 p.m. | | | | Defense (Lynch) cross-examination of witness Brent Hogenson | |
| | 7882 | | | X | | Exhibit 7882 previously admitted | |
| | 7692 | | | X | X | Exhibit 7692 marked and admitted<br>Email from TejedaP to PrasadR; LiuY; KuH; LinxwilerC; FongG CC HogensonB; TejedaP re: "Updated Credit Memo policy - Americas (effective 5/1)" | |
| | 7693 | | | X | X | Exhibit 7693 marked and admitted<br>Email from TejedaP to VuD; JohnsonC CC DaoN; BustosJ re: "FW: Updated Credit Memo policy - Americas (effective 5/1)" | |
| | 29 | | | X | | Exhibit 29 previously admitted | |
| | | | | | | | |

3

|  | 7902 |  | X |  | Exhibit 7902 previously admitted |  |
|---|---|---|---|---|---|---|
|  | 7956 |  | X | X | Exhibit 7956 marked and admitted<br>Email from HogensonB to VaidyanathanG re: "Re: 8A - changes" |  |
|  | 8592 |  | X | X | Exhibit 8592 marked and admitted<br>Email from HogensonB to ChamberlainS, re: "FW: Finance Structure Presentation.ppt" |  |
|  | 7956 |  | X |  | Exhibit 7956 previously admitted |  |
|  | 8240 |  | X | X | Exhibit 8240 marked and admitted<br>Email from HogensonB to ChamberlainS, cc: VaidyanathanG; KanterA; CampanaA, re: "RE: Head Count File for Active US EE's" |  |
|  | 8241 |  | X | X | Exhibit 8241 marked and admitted<br>Email from VaidyanathanG to HogensonB; WatkinsC, re: "Payroll issues" |  |
|  |  | 3:55 p.m.<br><br>4:06 p.m. |  |  | Jurors excused until April 2, 2024 at 9:15 a.m.<br>Counsel discuss witness testimony – Brent Hogenson.<br><br>Court adjourned until April 2, 2024 at 9:15 a.m. |  |

4