# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  April 2, 2024                                Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 23 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
             USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense (Lynch) cross-examination of witness – Brent Hogenson
Further jury trial set for April 3, 2024 at 9:15 a.m.

Witnesses Sworn:

Exhibits Marked and Admitted: 957, 1012, 3815, 3435, 7800, 7879, 7880, 7951, 7952, 7954, 7955, 7957, 7960, 7962 (first paragraph only), 7973, 7974, 7976, 7977, 7985, 7986, 7988, 7994, 8093, 8095, 8098, 8102, 8247, 8264, 8281, 8583, 8588, 8602, 8603, 8604, 8605, 8606, 8607, 8610, 8611, 8627, 8628, 8629, 10450, 10451, 11479, 16206

Exhibits Marked: 7992, 7998