UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
   <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Reid Weingarten <br> (Lynch) |
| **TRIAL DATE:** <br> April 2, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Judge cried-in. Court Reporter-Rhonda Aquilina. All jurors present. All parties present. Defense (Lynch) cross-examination of witness **Brent Hogenson** | |
| | 3314 | | X | | Exhibit 3314 previously admitted | |
| | 7879 | | X | X | Exhibit 7879 marked and admitted | |
| | 7957 | | X | X | Exhibit 7957 marked and admitted <br> Email from VaidyanthanG to HogensonB; ChamberlainS re: "FW: ADP Wire payments- Autonomy" | |
| | 7880 | | X | X | Exhibit 7880 marked and admitted <br> Email from VaidyanathanG to ScottJ, re: "Attorney Client Privilege" discussing notice from CA EDD that an employee paid herself by over $1 million | |
| | 7985 | | X | X | Exhibit 7985 marked and admitted <br> Email from VaidyanathanG to ChamberlainS; ScottJ, cc: HogensonB; HussainS, re: "RE: Attorney Client Privilege" | |
| | 7977 | | X | X | Exhibit 7977 marked and admitted <br> Email from HogensonB to HogensonB re: "FW: Liquid office pricing" | |
| | 871 | | X | | Exhibit 871 previously admitted | |
| | 7951 | | X | X | Exhibit 7951 marked and admitted <br> Email from HogensonB to "narayanan@kpmg.com" re: "IFRS question" | |
| | 8095 | | X | X | Exhibit 8095 marked and admitted <br> Email from HogensonB to "narayanan@kpmg.com", re: "Call me asap" | |
| | 8588 | | X | X | Exhibit 8588 marked and admitted <br> Email from BaumM to HogensonB, re: "SAS 70 Audit - SALE OPPORTUNITY - Autonomy" | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8583 | | X | X | Exhibit 8583 marked and admitted<br>Email from HogensonB to Narayanan, re: "SAS 70 Proposal" | |
| | 8093 | | X | X | Exhibit 8093 marked and admitted<br>Email from HogensonB to BalakrishnanN, cc: CanizzaroE, re: "Re: Pl do not forward" | |
| | 7952 | | X | X | Exhibit 7952 marked and admitted<br>Email from VaidyanathanG to HogensonB re: "FW: REV REC" | |
| | 7962 | | X | X | Exhibit 7962 (First paragraph only) marked and admitted | |
| | 7957 | | X | | Exhibit 7957 previously admitted | |
| | 7974 | | X | X | Exhibit 7974 marked and admitted<br>Email from HogensonB to MRL re: "CONFIDENTIAL" (first email to MRL whistleblowing) | |
| | 15074 | | X | | Exhibit 15074 previously admitted | |
| | 7974 | | X | | Exhibit 7974 previously admitted | |
| | 884 | | X | | Exhibit 884 previously admitted | |
| | | 10:30 a.m. | | | Court in recess | |
| | | 10:45 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Discussion re: recorded phone calls. | |
| | | 10:58 a.m. | | | All jurors present. All parties present. Defense (Lynch) cross-examination of witness Brent Hogenson | |
| | 884 | | X | | Exhibit 884 previously admitted | |
| | 10094 | | X | | Exhibit 10094 previously admitted | |
| | 10451 | | X | X | Exhibit 10451 marked and admitted<br>Email from LynchM to KanterA re " Fwd: RE: " | |
| | 10475 | | X | | Exhibit 10475 previously admitted | |
| | 10450 | | X | X | Exhibit 10450 marked and admitted<br>Email from LynchM to KanterA re " Fwd: CONFIDENTIAL, with attachments " | |
| | | 11:55 a.m. | | | Jurors on break<br>Court discussion re: IFRS/US GAAP | |
| | | 12:13 p.m. | | | Court in recess | |
| | | 12:55 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Brent Hogenson | |
| | 10450 | | X | | Exhibit 10450 previously admitted | |
| | 3815 | | X | X | Exhibit 3815 marked and admitted<br>Brent Sent 2.pdf | |
| | 13041 | | X | | Exhibit 13041 previously admitted | |
| | 7976 | | X | X | Exhibit 7976 marked and admitted<br>Email to Hogenson from MRL, re: "CONFIDENTIAL" | |
| | 904 | | X | | Exhibit 904 previously admitted | |
| | 909 | | X | | Exhibit 909 previously admitted | |

| | | | | | |
|---|---|---|---|---|---|
| | 7880 | | X | | Exhibit 7880 previously admitted | |
| | 909 | | X | | Exhibit 909 previously admitted | |
| | 913 | | X | | Exhibit 913 previously admitted | |
| | 7986 | | X | X | Exhibit 7986 marked and admitted<br>Email from HogensonB to KnightsR; MercerN, re: "RE:" | |
| | 7973 | | X | X | Exhibit 7973 marked and admitted<br>Email from KanterA to HogensonB re: "RE: confidential" | |
| | 8281 | | X | X | Exhibit 8281 marked and admitted<br>Email from HogensonB to KanterA, re: "RE: " | |
| | 7973 | | X | | Exhibit 7973 previously admitted | |
| | 3290 | | X | | Ehxibit 3290 | |
| | 8629 | | X | X | Exhibit 8629 marked and admitted<br>Email from TejadaP to HogensonB, cc: TejadaP, re: "Finance reorg" | |
| | 8628 | | X | X | Exhibit 8628 marked and admitted<br>Email from TejadaP to HogensonB, cc: TejadaP. re: "Finance concerns" | |
| | 8627 | | X | X | Exhibit 8627 marked and admitted<br>Email from HogensonB to TejadaP, re: "Finance concerns" | |
| | 957 | | X | X | Exhibit 957 marked and admitted<br>Email from Hogenson responding to McMonigall | |
| | 8264 | | X | X | Exhibit 8264 marked and admitted<br>Email from ChamberlainS to TejadaP, cc: HogensonB, re: "RE: Q2 maintenance forecast - E-Talk" | |
| | 11479 | | X | X | Exhibit 11479 marked and admitted<br>Autonomy Press Release Q1 2010 | |
| | 15399 | | X | | Exhibit 15399 previously admitted | |
| | 16206 | | X | X | Exhibit 16206 marked and admitted<br>From andrew kanter to 'brent hogenson' <brent.hogenson@autonomy.com> re: RE: IWOV consolidation pack | |
| | 8098 | | X | X | Exhibit 8098 marked and admitted<br>Email from HogensonB to "bphogenson@gmail.com" re: "FW: Analyst from J.P. Morgan" | |
| | 3435 | | X | X | Exhibit 3435 marked and admitted<br>Email from KanterA to ScottJ/WatkinsC/ HogensonB/ChamberlainS/EganS/Solats/ EganN re "Analyst Matter -Response Required" | |
| | 8098 | | X | | Exhibit 8098 previously admitted | |
| | 8247 | | X | X | Exhibit 8247 marked and admitted<br>Email from KanterA to HogensonB, re: "RE: Analyst from J.P. Morgan" | |
| | 8098 | | X | | Exhibit 8098 previously admitted | |
| | 7960 | | X | | Exhibit 7960 marked and admitted<br>Email from WheelockClarkK to HogensonB re: "2005-2010" | |
| | 7955 | | X | X | Exhibit 7955 marked and admitted<br>Email from ChamberlainS to ScottJ re: "FW: Approval requested: Brent Hogenson expense report (TA: UK001962 - Chicago trip) | |
| | 7954 | | X | X | Exhibit 7954 marked and admitted<br>Email from MohammadiR to ScottJ re: "FW: Approval requested: "Brent Hogenson expense report (TA: UK001962 - Chicago Trip)" | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7955 | | X | | Exhibit 7955 previously admitted | |
| | | 2:10 p.m. | | | Court in recess | |
| | | 2:32 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Brent Hogenson | |
| | 7988 | | X | X | Exhibit 7988 marked and admitted<br>Email from HogensonB to HogensonB re: "Guidelines" | |
| | 1012 | | X | X | Exhibit 1012 marked and admitted<br>Email from Hogenson to fsa.gov.uk re Whistle-Blower Concerns | |
| | 8606 | | X | X | Exhibit 8606 marked and admitted<br>Email from ScottJ to HogensonB, cc: SolatS, KanterA, re: "RE: FedEx" | |
| | 8610 | | X | X | Exhibit 8610 marked and admitted<br>Email from HogensonB to ScottJ, re: "Re: FedEx" | |
| | 8102 | | X | X | Exhibit 8102 marked and admitted<br>Email from ScottJ to HogensonB, re: "RE: FW: Software purchase" | |
| | 8611 | | X | X | Exhibit 8611 marked and admitted<br>Letter from LeeK to HabermeyeJ, re: "In the Matter of Hewlett-Packard Company (SF-3853) | |
| | 8602 | | X | X | Exhibit 8602 marked and admitted<br>Email from options@autonomy.com to KanterA, re: Options | |
| | 8603 | | X | X | Exhibit 8603 marked and admitted<br>Email from HogensonB to KanterA, re: "RE: RSU Vesting" | |
| | 8607 | | X | X | Exhibit 8607 marked and admitted<br>Email from HogensonB to options@autonomy.com, cc: KanterA, SolatS, re: "RSU and Option Exercise Forms" | |
| | 8604 | | X | X | Exhibit 8604 marked and admitted<br>Email from KanterA to HogensonB, re: "RE: [options] RSU and Option Exercise Forms | |
| | 1013 | | X | | Exhibit 1013 previously admitted | |
| | 8605 | | X | X | Exhibit 8605 marked and admitted<br>Email from HogensonB to CampanaA, re: "Re: FW: Share Options sale" | |
| | 13059 | | X | | Exhibit 13059 previously admitted | |
| | 13058 | | X | | Exhibit 13058 previously admitted | |
| | 7994 | | X | X | Exhibit 7994 marked and admitted<br>Email from VenkatesanJ to KanterA, re: "Brent Hogenson/Autonomy" | |
| | 6256 | | X | | Exhibit 6256 previously admitted | |

| | | | | | |
|---|---|---|---|---|---|
| 7998 | | | X | | Exhibit 7998 marked (not displayed) |
| 7992 | | | X | | Exhibit 7992 marked (not displayed) |
| | | 3:36 p.m. | | | Defense (Chamberlain) cross-examination of witness Brent Hogenson |
| | | 3:51 p.m.<br><br>3:57 p.m. | | | Jurors excused until April 3, 2024 at 9:15 a.m. Discussion re witness testimony – Brent Hogenson<br><br>Court adjourned until April 3, 2024 at 9:15 a.m. |
| | | | | | |