# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 3, 2024                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 13 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense (Chamberlain) cross-examination of witness Brent Hogenson.

Witnesses Sworn:

Exhibits Marked and Admitted: 592, 661, 968, 1788, 3259, 3265, 3266, 3268, 9714, 9717, 9718, 9724, 12052, 12053, 12213, 16952

Exhibits Marked: 3262, 7961, 8612