UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
  <u>USA v. Stephen Keith Chamberlain</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Reid Weingarten<br>(Lynch) |
| **TRIAL DATE:**<br>April 3, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:17 a.m. | | | Judge cried-in. All jurors present. All parties present. Defense (Chamberlain) cross-examination of witness **Brent Hogenson** | |
| | 7962 | | X | | Exhibit 7962 (first paragraph only) previously admitted | |
| | 936 | | X | | Exhibit 936 previously admitted | |
| | 29 | | X | | Exhibit 29 previously admitted | |
| | 13029 | | X | | Exhibit 13029 previously admitted | |
| | 9714 | | X | X | Exhibit 9714 marked and admitted | |
| | 13030 | | X | | Exhibit 13030 previously admitted | |
| | 797 | | X | | Exhibit 797 previously admitted | |
| | 9660 | | X | | Exhibit 9660 previously admitted | |
| | 9724 | | X | X | Exhibit 9724 marked and admitted<br>Email from B. Hogenson to R. Prasad re: RE: Aging Clean Up and Provisions | |
| | 968 | | X | X | Exhibit 968 marked and admitted<br>Email from Hogenson further responding to McMonigall (Audit Committee) | |
| | 13041 | | X | | Exhibit 13041 marked and admitted | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9694 | | X | | Exhibit 9694 previously admitted | |
| | 13041 | | X | | Exhibit 13041 previously admitted | |
| | 16703 | | X | X | Exhibit 16703 previously admitted | |
| | 9717 | | X | | Exhibit 9717 marked and admitted<br>Email from S. Hussain to S. Chamberlain, J. Scott cc: P. Tejeda re: RE: Lilly | |
| | 9718 | | X | | Exhibit 9718 marked and admitted<br>Email from S. Hussain to J. Scott, S. Chamberlain, S. Egan re: Lilly | |
| | | 10:28 a.m.<br><br>10:34 a.m. | | | Jurors on break<br>Discussion re Admission of Exhibit 9718<br>Court in recess | |
| | | 10:55 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense (Chamberlain) cross-examination of witness Brent Hogenson | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | | 10:56 a.m. | | | Government re-direct of witness Brent Hogenson | |
| 15401 | | | X | | Exhibit 15401 previously admitted | |
| 904 | | | X | | Exhibit 904 previously admitted | |
| 909 | | | X | | Exhibit 909 previously admitted | |
| 7961 | | | X | | Exhibit 7961 marked | |
| 8612 | | | X | | Exhibit 8612 marked | |
| 8583 | | | X | | Exhibit 8583 previously admitted | |
| 13058 | | | X | | Exhibit 13058 previously admitted | |
| 8603 | | | X | | Exhibit 8603 previously admitted | |
| 7962 | | | X | | Exhibit 7962 previously admitted | |
| 8604 | | | X | | Exhibit 8604 previously admitted | |
| 13057 | | | X | | Exhibit 13057 previously admitted | |
| | | 11:59 a.m. | | | Court in recess. | |
| | | 1:02 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) re-cross examination of witness Brent Hogenson | |
| | 904 | | X | | Exhibit 904 previously admitted | |
| | 909 | | X | | Exhibit 909 previously admitted | |
| | | 1:22 p.m. | | | Defense (Chamberlain) re-cross examination of witness Brent Hogenson | |
| | | | | | Defense Openining Demonstrative | |
| | | 1:25 p.m. | | | Witness excused | |
| | | 1:27 p.m. | | | Government witness sworn Alexander Marshal | |
| | | | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 3259 | | | X | X | Government exhibit 3259 marked and admitted<br>Email from ColletH to ScottJ re "FW: FW: OEM Opportunity: Adobe Premier Elements -- Q4" | |
| 592 | | | X | X | Exhibit 592 marked and admitted<br>Q4 2009 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 3262 | | | X | | Exhibit 3262 marked | |
| 3265 | | | X | X | Exhibit 3265 marked and admitted<br>Email from Alex Marshall to Bill Marshall re "Re: AUTN Earnings" | |
| | | 2:20 p.m.<br><br>2:24 p.m. | | | Jurors on break<br>Discussion re attorney license v accounting license<br>Court in recess | |
| | | 2:50 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Government direct-examination of witness Alexander Marshall | |
| 661 | | | X | X | Exhibit 661 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Results for the First Quarter Ended March 31, 2010" | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 1788 | | | X | X | Exhibit 1788 marked and admitted<br>Press Release: "Autonomy Corporation PLC Trading Update for the Quarter Ended March 31, 2011" | |
| 3268 | | | X | X | Exhibit 3268 marked and admitted<br>Email from BloggsJ to JB55156, Bcc to several news media re "Key Questions HP should be Asking about Autonomy's OEM Revenues" | |
| 3266 | | | X | X | Exhibit 3266 marked and admitted<br>Email from BreyaM to LynchM/ KanterA re "Have you guys seen this? Urgently need your help…" | |
| 16952 | | | X | X | Exhibit 16952 marked and admitted<br>Autonomy sales quotation for Ministry of Defense | |
| 12213 | | | X | X | Exhibit 12213 marked and admitted<br>SFO Q2 2009\ | |
| 12052 | | | X | X | Exhibit 12052 marked and admitted<br>Bloomberg Q3 2009\ | |
| 12053 | | | X | X | Exhibit 12053 marked and admitted<br>Bloomberg Q3 2009\ | |
| | | 3:15 p.m.<br><br><br><br>3:22 p.m. | | | Jurors excused until April 4, 2024 at 9:15 a.m. Discussion re remain timing of witness Marshall. Discussion re In camera review on evidence.<br><br>Court adjourned until April 3, 2024 at 9:15 a.m. | |