UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 4, 2024                             Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 42 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten,
Jonathan M. Baum (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Government direct-examination of witness – Alexander Marshall.
Further jury trial set for April 8, 2024 at 9:15 a.m.

Witnesses Sworn: Percy Tejada

Exhibits Marked and Admitted: 587, 875, 876, 2295, 3262, 3263, 3269, 3295, 3904, 4033, 7095, 7096, 7097, 7165, 7242, 7257, 7297, 7347, 7348, 7349, 7367, 7371, 10338, 12203, 23468, 23476, 23503, 23570, 23571, 23572, 23573, 23574, 23579

*Portions of the proceedings were under seal. Government counsel and Defense Counsel present at the hearing may obtain a copy of the transcript without a Court order.*