UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Reid Weingarten<br>Jonathan M. Baum<br>(Lynch) |
| **TRIAL DATE:**<br>April 4, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government direct examination of **Alexander Marshall** | |
| 12203 | | | X | X | Exhibit 12203 marked and admitted<br>Pfizer Q3 2009 | |
| 3268 | | | X | | Exhibit 3268 previously admitted | |
| | | 9:30 a.m. | | | Defense (Lynch) cross-examination of witness Alexander Marshall | |
| | 23573 | | X | X | Exhibit 23573 marked and admitted<br>Autonomy 2009 Org Chart | |
| | 23574 | | X | X | Exhibit 23574 marked and admitted<br>Autonomy Employee Handbook | |
| | 23503 | | X | X | Exhibit 23503 marked and admitted<br>Email from Marshall, A. to Marshall, B. re "office on tuesday" | |
| | 23476 | | X | X | Exhibit 23476 marked and admitted<br>Email from Marshall, A. to Marshall B. re "Autonomy and Check Point OEM investigation" | |
| | 7257 | | X | X | Exhibit 7257 marked and admitted<br>Email from Marshall, A. to Marshall, B. re: "Adobe - - part 2" - discussing Adobe deal | |
| | 7165 | | X | X | Exhibit 7165 marked and admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Data Licensing Agreement between VMS and Autonomy | |
| | 4033 | | X | X | Exhibit 4033 marked and admitted<br>2007-06-29 ~ Product Schedule 5 to SLA ~ VMS[executed].PDF | |
| | | 10:22 a.m. | | | Court in recess | |
| | | 10:41 a.m. | | | Court reconvened.  Court Reporter – Rhonda Aquilina.  All jurors present.  All parties present.  Defense (Lynch) cross-examination of witness Alexander Marshall | |
| | 7165 | | X | | Exhibit 7165 previously admitted | |
| | 23468 | | X | X | Exhibit 23468 marked and admitted<br>Email from Marshall, A. to Marshall, B. re "More info" | |
| | 23570 | | X | X | Exhibit 23570 marked and admitted<br>Email from global_tech@autonomy to global_tech List Member re "[global_tech] IDOL - SPE" | |
| | 23572 | | X | X | Exhibit 23572 marked and admitted<br>Miami Sales Kickoff PowerPoint Presentation | |
| | 615 | | X | | Exhibit 615 previously admitted | |
| | 3904 | | X | X | Exhibit 3904 marked and admitted<br>2009-12-31 - Autonomy OEM Agrmt_Vidient [executed].pdf | |
| | 2295 | | X | X | Exhibit 2295 marked and admitted<br>News release from HP "HP to acquire leading enterprise information management software company autonomy corporation plc" | |
| | 3268 | | X | | Exhibit 3268 previously admitted | |
| | 3269 | | X | X | Exhibit 3269 marked and admitted<br>Email from BloggsJ, Bcc to several financial institutions/analysts re "Industry Analysts Question Autonomy's OEM Revenues, the Value of Acquired Assets" | |
| | 7242 | | X | X | Exhibit 7242 marked and admitted<br>9/15/2011 email from J Bloggs titled "Key Questions HP Should be Asking about Autonomy's OEM Business" | |
| | 7095 | | X | X | Exhibit 7095 marked and admitted<br>Email from H. Collet to A. Marshall fwd email from S. Childs at Gartner re ""Key Questions HP Should be Asking about Autonomy's OEM Business" | |
| | 7097 | | X | X | Exhibit 7097 marked and admitted<br>Email from H. Collet to A. Marshall re "FWD names" email from B. Praster to H. Collet | |
| | 7095 | | X | | Exhibit 7095 previously admitted | |
| | 7242 | | X | | Exhibit 7242 previously admitted | |
| | | 11:59 a.m. | | | Jurors on break | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:00 p.m. | | | Discussion re witness - Percy Tejada | |
| | | | | | Court in recess | |
| | | 12:56 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Alexander Marshall | |
| | 23571 | | X | X | Exhibit 23571 marked and admitted<br>Email from ColletH to MarshallA, re: "Re: Chat" | |
| | 7096 | | X | X | Exhibit 7096 marked and admitted<br>Email from H. Collet to A. Marshall re "Post comments here?" | |
| | 7371 | | X | X | Exhibit 7371 marked and admitted<br>ZDNet Article: "HP: The big data trucks aren't stopping" | |
| | 3268 | | X | | Exhibit 3268 previously admitted | |
| | 661 | | X | | Exhibit 661 previously admitted | |
| | 3268 | | X | | Exhibit 3268 previously admitted | |
| | 23579 | | X | X | Exhibit 23579 marked and admitted | |
| | 661 | | X | | Exhibit 661 previously admitted | |
| | 3268 | | X | | Exhibit 3268 previously admitted | |
| | 7211 | (withdrawn) | | | Exhibit 7211 (withdrawn) | |
| | 7297 | | X | X | Exhibit 7297 marked and admitted<br>Email from HuhD to MRL cc'ing EAganN, LoP, ColletH re: "keyview collateral" attaching the below | |
| | 7367 | | X | X | Exhibit 7367 marked and admitted<br>Email from MurphyB to BloggsJ, re: "Re: Key Questions HP Should be Asking about Autonomy's OEM Business" | |
| | 7347 | | X | X | Exhibit 7347 marked and admitted<br>Email from MarshallA to ColletH, re: "Bloomberg Vault Acceleration" | |
| | 7348 | | X | X | Exhibit 7348 marked and admitted<br>Email from MarshallA to ColletH, re: "Re: Bloomberg Vault Acceleration" | |
| | 7349 | | X | X | Exhibit 7349 marked and admitted<br>Email from MarshallA to ColletH, re: "Re: HP" | |
| | | 1:39 p.m. | | | Government re-direct examination of witness Alexander Marshall | |
| 3623 | | (withdrawn) | | | Exhibit 3623 (withdrawn) | |
| 3263 | | | X | X | Exhibit 3263 marked and admitted<br>Email from LynchM to HussainS/ MarshallA/EganS/ColletH/MooneyM re "RE: McAfee closed - 650k" | |
| 23648 | | | X | | Exhibit 23648 previously admitted | |
| 7165 | | | X | | Exhibit 7165 previously admitted | |
| 4033 | | | X | | Exhibit 4033 previously admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 401 | | | X | | Exhibit 401 previously admitted | |
| 615 | | | X | | Exhibit 615 previously admitted | |
| 7297 | | | X | | Exhibit 7297 previously admitted | |
| 23503 | | | X | | Exhibit 23503 previously admitted | |
| 23476 | | | X | | Exhibit 23476 previously admitted | |
| 7257 | | | X | | Exhibit 7257 previously admitted | |
| 3262 | | | X | X | Exhibit 3262 marked and admitted<br>Email from Alex Marshall to Bill Marshall re "Re: AUTN Earnings" | |
| | | 2:11 p.m. | | | Defense (Lynch) re-cross examination of witness Alexander Marshall | |
| | | 2:16 p.m. | | | Witness excused. Court in recess | |
| | | 2:41 p.m. | | | Court reconvened. All jurors present. All parties present. Government witness sworn<br>**Percy Tejada** | |
| 10338 | | | X | X | Exhibit 10338 marked and admitted<br>Email from TejedaP to HogensonB re " FW: Lilly with attachments " | |
| 587 | | | X | X | Exhibit 587 marked and admitted<br>Email from CrumbacherJ to TejedaP re "RE: capax" | |
| 10466 | | | X | | Exhibit 10466 previously admitted | |
| 10338 | | | X | | Exhibit 10338 previously admitted | |
| 875 | | | X | X | Exhibit 875 marked and admitted<br>Email from ChamberlainS to TejedaP re 2nd Amendment to Eli Lilly CUSLA xhibit 875 marked and admitted | |
| 10338 | | | X | | Exhibit 10338 previously admitted | |
| 876 | | | X | X | Exhibit 876 marked and admitted<br>Email from ChamberlainS to TejedaP re 2nd Amendment to Eli Lily CUSLA | |
| 3295 | | | X | X | Exhibit 3295 marked and admitted<br>Email from ChamberlainS to TejedaP/ ScottJ/HussainS re "RE: Lilly" | |
| | | 3:51 p.m.<br><br>4:08 p.m.<br><br>4:23 p.m. | | | Jurors excused until April 8, 2024 at 9:15 a.m. Discussion re Certified Public Accountant not required to have a license; Discussion re Whistleblower Recovery.<br>Sealed Proceedings – courtroom closed.<br><br>Court adjourned until April 8, 2024 at 9:15 a.m. | |