# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 8, 2024　　　　　　　　　　　　　　Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina, Jennifer Coulthard
Time: 4 Hours and 35 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:　USA v. Michael Richard Lynch
　　　　　　　USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Government direct-examination of witness Percy Tejada.

Witnesses Sworn: Lee Peter Whelham

Exhibits Marked and Admitted: 37, 51, 55, 157, 159, 165, 271, 289, 499, 583, 588, 611, 657, 708, 769, 979, 994, 1183, 1186, 1361, 1507, 1508, 1509, 1778, 1793, 2013, 2023, 2031, 2993, 9727, 9730, 9731, 9732, 9733, 9734, 9735, 9736, 16706, 16750, 16751, 17227, 17173, 17174, 17231, 17257, 17259

Exhibits Marked: 2522