UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
　　　　　　USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Reid Weingarten <br> Jonathan Baum <br> (Lynch) |
| **TRIAL DATE:** <br> April 8, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:18 a.m. |  |  | Judge cried-in. Court Reporter –Jennifer Coulthard. All jurors present. All parties present. Government direct-examination of witness **Percy Tejada** |  |
| 3290 |  |  | X |  | Exhibit 3290 previously admitted |  |
| 10338 |  |  | X |  | Exhibit 10338 previously admitted |  |
|  |  | 9:47 a.m. |  |  | Defense (Chamberlain) cross-examination of witness Percy Tejada |  |
|  | 9734 |  | X | X | Exhibit 9734 marked and admitted <br> Email from P. Tejeda to C. Johnson re: RE: Renewals help |  |
|  | 9732 |  | X | X | Exhibit 9732 marked and admitted <br> Email from P. Tejeda to R. Prasad re: FW: Renewals help |  |
|  | 9733 |  | X | X | Exhibit 9733 marked and admitted <br> Email from P. Tejeda to B. Hogenson re: RE: Shell revised Amendment |  |
|  | 9731 |  | X | X | Exhibit 9731 marked and admitted <br> Email from P. Tejeda to M. Stephan cc: N. Brown re: RE: - Invoice for remaining amount. |  |
|  |  |  |  |  |  |  |

1

| | Ex. # | Time | ID | Adm | Description | |
|---|---|---|---|---|---|---|
| | 9730 | | X | X | Exhibit 9730 marked and admitted<br>Email from D. Vu to G. Davies cc: Cas, C. Johnson, A. Pels re: RE: NZ Ministry Social Development - PROFORMA invoice requested (INTERWOVEN) | |
| | | 10:27 a.m.<br><br>10:35 a.m. | | | Jurors on break<br>Discussion re government's objections<br>Court adjourned | |
| | | 10:53 a.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard.  All jurors present.  All parties present.<br>Defense cross-examination of witness<br>Percy Tejada | |
| | 10338 | | X | | Exhibit 10338 previously admitted | |
| | 875 | | X | | Exhibit 875 previously admitted | |
| | 3295 | | X | | Exhibit 3295 previously admitted | |
| | 9718 | | X | | Exhibit 9718 previously admitted | |
| | 3295 | | X | | Exhibit 3295 previously admitted | |
| | 13037 | | X | | Exhibit 13037 previously admitted | |
| | 9736 | | X | X | Exhibit 9736 marked and admitted<br>Email from P. Tejeda to B. Hogenson re: FW: Lilly | |
| | 16703 | | X | | Exhibit 16703 previously admitted | |
| | 9735 | | X | X | Exhibit 9735 marked and admitted<br>Email from B. Hogenson to P. Tejeda re: RE: Please call | |
| | 9717 | | X | | Exhibit 9717 previously admitted | |
| | 10338 | | X | | Exhibit 10338 previously admitted | |
| | 3290 | | X | | Exhibit 3290 previously admitted | |
| | 9660 | | X | | Exhibit 9660 previously admitted | |
| | 587 | | X | | Exhibit 587 previously admitted | |
| | 10466 | | X | | Exhibit 10466 previously admitted | |
| | 3290 | | X | | Exhibit 3290 previously admitted | |
| | 9727 | | X | X | Exhibit 9727 marked and admitted<br>Email from B.Hogenson to P. Tejeda and S. Chamberlain, cc: M. Stephan re: RE: $100k Orders – Write-ups | |
| | | 11:38 a.m. | | | Defense (Lynch) cross-examination of witness Percy Tejada | |
| | 10338 | | X | | Exhibit 10338 previously admitted | |
| | | 11:41 a.m. | | | Government re-direct of witness Percy Tejada | |
| 10338 | | | X | | Exhibit 10338 previously admitted | |
| 3090 | | (withdrawn) | | | Exhibit 3090 withdrawn | |
| 3290 | | | X | | Exhibit 3290 previously admitted | |
| | | 11:52 a.m. | | | Defense (Chamberlian) re-cross examination of witness Percy Tejada | |
| | | 11:55 p.m. | | | Witness excused.  Court in recess | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:50 p.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government witness sworn - | |
| 2522 | | | X | | Government witness sworn **Lee Peter Whelham** Exhibit 2522 marked | |
| 37 | | | X | X | Exhibit 37 marked and admitted Deloitte Letter fromAutonomy Management "Review of interim financial information of Autonomy Corp" | |
| 159 | | | X | X | Exhibit 159 marked and admitted Letter from S. Hussain, addressed to Deloitte LLP re "Review of interim financial information of Autonomy Corporation plc" | |
| 17231 | | | X | X | Exhibit 17231 marked and admitted | |
| 611 | | | X | X | Exhibit 611 marked and admitted Signed Autonomy Management Representation Letter | |
| 17227 | | | X | X | Exhibit 17227 marked and admitted | |
| 17173 | | | X | X | Exhibit 17173 marked and admitted | |
| 17257 | | | X | X | Exhibit 17257 marked and admitted | |
| 17174 | | | X | X | Exhibit 17174 marked and admitted | |
| 1793 | | | X | X | Exhibit 1793 marked and admitted Signed Autonomy Management Representation Letter Q1 2011 | |
| 2031 | | | X | X | Exhibit 2031 marked and admitted Management Representation Letter Q2 2011 | |
| 51 | | | X | X | Exhibit 51 marked and admitted Final Report, Autonomy Corporation plc, Report to the Audit Committee on the Q1 2009 Review | |
| 157 | | | X | X | Exhibit 157 marked and admitted Final Report, Autonomy Corporation plc, Report to the Audit Committee on the Q2 2009 Review | |
| 271 | | | X | X | Exhibit 271 marked and admitted Email from L. Welham to A. Kanter, Cc to S. Chamberlain, R. Knights, R. Knight, A. Anderson & S. Hussain re "Deloitte pack Q3 2009" | |
| 583 | | | X | X | Exhibit 583 marked and admitted Deloitte Report to the Audit Committee on the 2009 Audit (Final Report) | |
| 769 | | | X | X | Exhibit 769 marked and admitted Deloitte Report to the Audit Committee on the Q1 2010 Review | |
| 979 | | | X | X | Exhibit 979 marked and admitted Deloitte Report to the Audit Committee on the 2010 Interim Review (Final Report) | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1183 | | | | X | X | Exhibit 1183 marked and admitted<br>Deloitte Report to the Audit Committee on the Q3 2010 Review (Final Report) | |
| 1509 | | | | X | X | Exhibit 1509 marked and admitted<br>Deloitte Report to the Audit Committee on the audit of the year ended 31 December 2010 | |
| 1778 | | | | X | X | Exhibit 1778 marked and admitted<br>Deloitte Report to the Audit Committee on the Q1 2011 Review | |
| 2013 | | | | X | X | Exhibit 2013 marked and admitted<br>Deloitte Report to the Audit Committee on the 30 June 2011 Interim Review (Final Report) | |
| 17259 | | | | X | X | Exhibit 17259 marked and admitted | |
| 428 | | | | X | X | Exhibit 428 marked and admitted<br>Autonomy Annual Report and Accounts, for the year ended December 31, 2009 | |
| 1352 | | | | X | X | Exhibit 1352 marked and admitted | |
| 428 | | | | X | | Exhibit 428 previously admitted | |
| 55 | | | | X | X | Exhibit 55 marked and admitted<br>Press Release: "Autonomy Corporation plc Announces Results for the First Quarter Ended March 31, 2009" | |
| 165 | | | | X | X | Exhibit 165 marked and admitted<br>Q2 2009 Earnings Release | |
| 289 | | | | X | X | Exhibit 289 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Results for the Third Quarter and Nine Months Ended September 30, 2009" | |
| 588 | | | | X | X | Exhibit 588 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Results for the Twelve Months and Fourth Quarter Ended December 31, 2009" | |
| 661 | | | | X | | Exhibit 661 previously admitted | |
| 994 | | | | X | X | Exhibit 994 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Interim Results for the Six Months Ended June 30, 2010" | |
| 1186 | | | | X | X | Exhibit 1186 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Quarterly | |
| 1531 | | | | X | | Exhibit 1531 previously admitted | |
| 1788 | | | | X | | Exhibit 1788 previously admitted | |
| 2023 | | | | X | X | Exhibit 2023 marked and admitted<br>Press Release: "Autonomy Corporation PLC Announces Interim Results for the Six Months Ended June 30, 2011" | |
| 51 | | | | X | | Exhibit 51 previously admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2559 | | | X | | Exhibit 2559 previously admitted | |
| | | 2:00 p.m. | | | Jurors on break.<br>Defense - discussion re improper questions by the government | |
| | | 2:06 p.m. | | | Court adjourned | |
| | | 2:28 p.m. | | | Court reconvened.  Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government direct-examination of witness Lee Peter Welham | |
| 583 | | | X | | Exhibit 583 previously admitted | |
| 979 | | | X | | Exhibit 979 previously admitted | |
| 2993 | | | X | X | Exhibit 2993 marked and admitted<br>Email from HussainS to Chamberlain/MercerN/WelhamL, KanterA, re "RE: Email from Director of Revenue" | |
| 17257 | | | X | | Exhibit 17257 previously admitted | |
| 1183 | | | X | | Exhibit 1183 previously admitted | |
| 1509 | | | X | | Exhibit 1509 previously admitted | |
| 1778 | | | X | | Exhibit 1778 previously admitted | |
| 2013 | | | X | | Exhibit 2013 previously admitted | |
| 583 | | | X | | Exhibit 583 previously admitted | |
| 401 | | | X | | Exhibit 401 previously admitted | |
| 769 | | | X | | Exhibit 769 previously admitted | |
| 979 | | | X | | Exhibit 979 previously admitted | |
| 1183 | | | X | | Exhibit 1183 previously admitted | |
| 1361 | | | X | X | Exhibit 1361 marked and admitted<br>Autonomy letter to Tikit Limited re "Letter Confirming Certain Details Regarding KPMG International Cooperative - Tikit Purchase Order" | |
| 1509 | | | X | X | Exhibit 1509 previously admitted | |
| 1361 | | | X | | Exhibit 1361 previously admitted | |
| 583 | | | X | | Exhibit 853 previously admitted | |
| 499 | | | X | X | Exhibit 499 marked and admitted<br>E-mail from Sushovan Hussain to Corrado Broli, dated January 4, 2010, regarding "SC Letter" | |
| 583 | | | X | | Exhibit 583 previously admitted | |
| 16706 | | | X | X | Exhibit 16706 marked and admitted | |
| 769<br>708 | | | X<br>X | X<br>X | Exhibit 769 previously admitted<br>Exhibit 708 marked and admitted<br>Email from John Cronin to Steve Truitt, attaching purchase order for Vatican | |
| | | | | | | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 657 | | | X | X | Exhibit 657 marked and admitted<br>Purchase Order dated March 31, 2010 for $11.55 million for Vatican Territory | |
| 1183 | | | X | | Exhibit 1183 previously admitted | |
| 16751 | | | X | X | Exhibit 16751 marked and admitted<br>Email from KanterA to BroliC RE: Cyber Security Project | |
| 16750 | | | X | X | Exhibit 16750 marked and admitted<br>Letter Agreement between Autonomy and Red Ventures | |
| 1500 | | | X | | Exhibit 1500 previously admitted | |
| 1507 | | | X | X | Exhibit 1507 marked and admitted<br>Email from ChamberlainS to WelhamL re Audit | |
| 1508 | | | X | X | Exhibit 1508 marked and admitted<br>Email from ChamberlainS to WelhamL re autn_boa attaching 12/31/10 VAR agreement with DiscoverTech for $3,675,000 | |
| 1503 | | | X | | Exhibit 1503 previously admitted | |
| | | 3:46 p.m. | | | Court adjourned until April 9, 2024 at 9:15 a.m. | |