# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 9, 2024                                                                 Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 29 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
                        USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum,
 Reid Weingarten (Lynch)
Susan Diane Resley, Madeleine Ayer and Bakari Ziegler (Hewlett Packard)

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Jury trial held.  Government direct-examination of witness – Lee Peter Welham.
Further jury trial set for April 10, 2024 at 9:15 a.m.

Motion to Quash Subpoena held. Further Motion to Quash Subpoena hearing set for April 10, 2024 at 4:00 p.m.

Government Exhibits Marked and Admitted: 160, 263, 484, 486, 1417, 1417.1, 1530, 1762, 1767, 2273, 2592, 2745, 3819, 4306, 4347, 4365, 4429, 6371.1, 6425, 6477, 7060, 7063, 8750, 8751, 8753, 8754, 8755, 16690, 17183, 23429, 23430

Exhibits Marked: 6737 (Demonstrative)