UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   April 10, 2024                             Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 40 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum,
Reid Weingarten (Lynch)
Susan Diane Resley, Madeleine Ayer and Bakari Ziegler (Hewlett Packard)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Defense (Lynch) cross-examination of witness – Lee P. Welham.
Further jury trial set for April 11, 2024 at 9:15 a.m.

Motion to Quash hearing held.

Exhibits Marked and Admitted: 158, 482, 542, 1113, 1412, 1414, 1416, 1437, 1439, 1440, 1459, 1708, 1709, 1945, 1947,  2598, 2989, 4142, 4252, 4309, 4310, 4340, 4352, 4446, 4380, 4412, 4417, 4419, 4428, 4447, 6169, 6364, 6369e, 6371, 6379, 6388, 6389, 6390, 6417,  6418, 6741, 6753, 7632, 7633, 7644, 7823, 7824, 8731, 8732, 8733, 8734, 8740, 9506, 9657, 9721, 9737, 9755, 9771, 9779, 16506, 16794, 16981, 17180, 17181, 17186, 17195, 17196, 17200, 17204, 17206, 17215

Exhibits Marked: 6737 (Demonstrative), 20068.15