UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Reid Weingarten<br>(Lynch) |
| TRIAL DATE:<br>April 10, 2024 | REPORTER(S):<br>Rhonda Aquilina<br>Jennifer Coulthard | CLERK:<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m.<br><br><br><br>9:20 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. The Court excused Juror Number 6. All parties stipulate to the dismissal of Juror Number 6.<br>All jurors present. All parties present. Defense (Lynch) cross-examination of witness **Lee P. Welham** | |
| | 1439 | | X | X | Exhibit 1439 marked and admitted<br>Deloitte research memo: Changes to VAR Agreement -- IAS 18 Considerations (clean and redline version [no bates numbers]) | |
| | 6737 | | X | | Exhibit 6737 marked (Demonstrative) | |
| | 6169 | | X | X | Exhibit 6169 marked and admitted<br>Email chain between BardenP, KnightsR, RobertsonC, HackingJ, KnightR, Welham re Discussion with Phil Barden – note | |
| | 16981 | | X | X | Exhibit 16981 marked and admitted<br>Deloitte Working Paper 8180 (Accounting for transactions with Filetek Inc.) | |
| | 542 | | X | X | Exhibit 542 marked and admitted<br>Email from WelhamL to MurrayT re Autonomy attaching Autonomy Integration of Filetek in Digitalsafe.pptx | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 4309 | | | X | X | Exhibit 4309 marked and admitted<br>8140a Revenue deals $1m y e 31 12 09.xls | |
| 2598 | | | X | X | Exhibit 2598 marked and admitted<br>Spreadsheet excerpt: To test the > $1m revenue deals of Q1 2010 | |
| 17204 | | | X | X | Exhibit 17204 marked and admitted<br>Q2 - 5760 Purchase of additional Storhouse tech from Filtek.doc | |
| 979 | | | X | | Exhibit 979 previously admitted | |
| 4142 | | | X | X | Exhibit 4142 marked and admitted<br>00003 - 00005 - Minutes of a meeting of the Audit Committe held on 20 July 2010.pdf | |
| 271 | | | X | | Exhibit 271 previously admitted | |
| 2023 | | | X | | Exhibit 2023 previously admitted | |
| 4447 | | | X | | Exhibit 4447 marked and admitted<br>Q2 2279a Metrics testing.xls | |
| 2023 | | | X | | Exhibit 2023 previously admitted | |
| 7644 | | | X | X | Exhibit 7644 marked and admitted<br>Email from MurrayT to MacfarlaneJ re: "Worksheet in 2273 Press release calculations, cash conversions, organic growth.xls" | |
| 428 | | | X | | Exhibit 428 previously admitted | |
| 51 | | | X | | Exhibit 51 previously admitted | |
| 6418 | | | X | X | Exhibit 6418 marked and admitted<br>8140a Revenue contracts over $1m - US Legacy (including attachments A to G) | |
| 7823 | | | X | X | Exhibit 7823 marked and admitted<br>Memo by AndersonA re: "Deutsche Bank - revenue recognition" | |
| 7824 | | | X | X | Exhibit 7824 marked and admitted<br>Memo by AndersonA re: "Autonomy Corporation plc Morgan Stanley - Revenue recognition Q3 2008" | |
| | | 10:32 a.m. | | | Jurors on break<br>Court would like to ask questions of the witness Lee P. Welham – the parties have no objections. Court's inquiry re link transactions. | |
| | | 10:44 a.m. | | | Court in recess | |
| | | 10:58 a.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Lee P. Welham | |
| 979 | | | X | | Exhibit 979 previously admitted | |
| 4419 | | | X | X | Exhibit 4419 marked and admitted<br>Q2 - 8130b Q2 2010 $1m revenue testing.xls | |
| 1113 | | | X | X | Exhibit 1113 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, Capax-Amgen Revenue Testing Tabs) | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1414 | | X | X | Exhibit 1414 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, Bof A/DT Revenue Testing Tabs) | |
| | 1416 | | X | X | Exhibit 1416 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary,Tikit Revenue Testing Tabs) | |
| | 1708 | | X | X | Exhibit 1708 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, Capax/McAffee Revenue Testing Tabs | |
| | 1709 | | X | X | Exhibit 1709 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, Microtech Internal Use Revenue Testing Tabs | |
| | 1947 | | X | X | Exhibit 1947 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, HP/Microtech Revenue Testing Tabs | |
| | 1945 | | X | X | Exhibit 1945 marked and admitted<br>xcel Workbook: "Revenue Deals over $1M" (Summary, Discovertech/Abott Revenue Testing Tabs | |
| | 4252 | | X | X | Exhibit 4252 marked and admitted<br>8140a US revenue deals (inc IWOV) $1m Q2 2009.xls | |
| | 4310 | | X | X | Exhibit 4310 marked and admitted<br>8140b Revenue Deals $1m Q4 2009.xls | |
| | 4380 | | X | X | Exhibit 4380 marked and admitted<br>Q3 - 8130a Q3 2010 $1m revenue testing.xls | |
| | 4412 | | X | X | Exhibit 4412 marked and admitted<br>Q3 - 8130b Q3 2010 $1m revenue testing.xlsx | |
| | 4417 | | X | X | Exhibit 4417 marked and admitted<br>Q4 8130b Q4 2010 $1m revenue testing.xlsx | |
| | 4419 | | X | X | Exhibit 4419 marked and admitted<br>Q2 - 8130b Q2 2010 $1m revenue testing.xls | |
| | 4428 | | X | X | Exhibit 4428 marked and admitted<br>Q1 8130a Q1 2011 $1m revenue testing.xlsx | |
| | 6364 | | X | X | Exhibit 6364 marked and admitted<br>8140a US revenue deals (inc IWOV) $1m Q2 2009 (including attachments A to L) | |
| | 6369e | | X | X | 8140a US revenue deals $1m Q3 2009 (including attachments A to H) | |
| | 6371 | | X | X | Exhibit 6371 marked and admitted<br>8140b Revenue Deals $1m Q3 2009 (including attachments A to G) | |
| | 6379 | | X | X | Exhibit 6379 marked and admitted<br>Q1 - 8130b Revenue Deals $1m Q1 2010 (including attachments A to L) | |
| | 6388 | | X | X | Exhibit 6388 marked and admitted<br>Q2 - 8130a Q2 2010 $1m revenue testing (including attachments A to J) | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6389 | | X | X | Exhibit 6389 marked and admitted<br>Q2 - 8130c Q2 2010 $1m revenue testing (including attachments A to J) | |
| | 6390 | | X | X | Exhibit 6390 marked and admitted<br>Q2 - 8130b Revenue deals $1m Q2 2010 (including attachments A to F) | |
| | 6417 | | X | X | Exhibit 6417 marked and admitted<br>8140b US revenue deals $1m Q2 2009 (IWOV + Inc) (including attachments A to J) | |
| | 7632 | | X | X | Exhibit 7632 marked and admitted<br>Deloitte Workbook: Q3 2009 Testing Summary | |
| | 7633 | | X | X | Exhibit 7633 marked and admitted<br>Q2 8130b Q2 2011 $1m revenue testing | |
| | 17186 | | X | X | Exhibit 17186 marked and admitted<br>8140a US revenue deals $1m Q3 2009.xls | |
| | 1440 | | X | X | Exhibit 1440 marked and admitted | |
| | 4340 | | X | X | Exhibit 4340 marked and admitted<br>8190A Memo on the accounting for VMS.doc | |
| | 4352 | | X | X | Exhibit 4352 marked and admitted<br>5290 Microlink acquisition.doc | |
| | 4446 | | X | X | Exhibit 4446 marked and admitted<br>Q2 - 8131 Accounting for the IM licence revenue fair value adjustment.xlsx | |
| | 17195 | | X | X | Exhibit 17195 marked and admitted<br>8180 Memo covering recoverability considerations for Integracion_798819_1.doc | |
| | 17196 | | X | X | Exhibit 17196 marked and admitted<br>8191B EMC related revenue deals - principal versus agent.doc | |
| | 17200 | | X | X | Exhibit 17200 marked and admitted<br>Q1 - 9115 Microlink OBS testing paper.xls | |
| | 8731 | | X | X | Exhibit 8731 marked and admitted<br>Deloittee Review Exel Sheet - File name: "Q2 - 8180 Hardware revenue summary PBC.xls" | |
| | 8732 | | X | X | Exhibit 8732 marked and admitted<br>Q2-8130H Hardware Revenue Testing.xls | |
| | 8733 | | X | X | Exhibit 8733 marked and admitted<br>Q3 - 8130a Hardware revenue summary.xls | |
| | 8734 | | X | X | Exhibit 8734 marked and admitted<br>Q2 - 8130 Hardware Revenue Testing Q2 2010.xls | |
| | 8740 | | X | X | Exhibit 8740 marked and admitted<br>8130 Hardware Revenue Testing Q4 2010.xls | |
| | 17180 | | X | X | Exhibit 17180 marked and admitted<br>8115 Hardware Sale Analysis 2010 YE.xls | |
| | 17181 | | X | X | Exhibit 17181 marked and admitted<br>8116 Hardware Revenue Analysis 2010 (PBC).xls | |
| | 17206 | | X | X | Exhibit 17206 marked and admitted<br>Q2 - 8180 Hardware revenue summary PBC.xls | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6753 | | | X | X | Exhibit 6753 marked and admitted<br>Project Tesla - Auditors questions from KPMG (notes) Project Tesla - Auditors questions from KPMG (notes) | |
| | | 11:18 a.m. | | | Defense (Chamberlain) cross-examination of witness Lee P. Welham | |
| 9506 | | | X | X | Exhibit 9506 marked and admitted<br>2009 Audit Planning Memorandum | |
| 9631 | | | X | X | Exhibit 9631 marked and admitted<br>Email from MurrayT to ChamberlainS, cc: StephanM, P. Prentis, HarrisL and AndersonA re 13-10-10 Outstanding list (with attachment) | |
| 482 | (withdrawn) | | | | Exhibit 482 (withdrawn) | |
| 9693 | | | X | X | Exhibit 9693 marked and admitted<br>Q4 2009 $100k deals spreadsheet | |
| 1445 | | | X | | Exhibit 1445 previously admitted | |
| | | 11:52 a.m.<br><br>12:09 p.m. | | | Jurors on break<br>Discussion with the parties re Defense (Chamberlain) cross-examination.<br>Court in recess | |
| | | 12:52 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present.  All parties present<br>Defense (Chamberlain) cross-examination of witness Lee P. Welham | |
| 1439 | | | X | | Exhibit 1439 previously admitted | |
| 1947 | | | X | | Exhibit 1947 previously admitted | |
| 1793 | | | X | | Exhibit 1793 previously admitted | |
| 2559 | | | X | | Exhibit 2559 previously admitted | |
| 583 | | | X | | Exhibit 583 previously admitted | |
| 9779 | | | X | X | Exhibit 9779 marked and admitted<br>Email from L. He to M. Stephan, cc: P. Prentis, S. Chamberlain, T. Murray, A. Jackson, A. Anderson and others at Deloitte re: Outstanding list of 13 Jan 2011 | |
| 6741 | | | X | X | Exhibit 6741 marked and admitted<br>Email from Cynthia Watkins to Christopher Spencer, copying Poppy Prentis, Lisa Harris, Chamberlain et al re: Q2 Balancer Sheet and P+L reviews for audit | |
| 9755 | | | X | X | Exhibit 9755 marked and admitted<br>Email from A. Anderson to L. Welham re: Emailing: Microlink (with attachment) | |
| 482 | | | X | X | Exhibit 482 marked and admitted<br>Excel Workbook: Revenue Deals over $1M (Summary, MS Revenue Testing tabs) | |
| 9721 | | | X | X | Exhibit 9721 marked and admitted<br>Deloitte work paper | |

5

| | | | | | |
|---|---|---|---|---|---|
| 16981 | | X | | Exhibit 16981 previously admitted | |
| 263 | | X | | Exhibit 263 previously admitted | |
| 1417.1 | | X | | Exhibit 1417.1 previously admitted | |
| 157 | | X | | Exhibit 157 previously admitted | |
| 158 | | X | X | Exhibit 158 marked and admitted<br>Email from WelhamL to MurrayT et al re EMC | |
| 979 | | X | | Exhibit 979 previously admitted | |
| 2993 | | X | | Exhibit 2993 previously admitted | |
| 9771 | | X | X | Exhibit 9771 marked and admitted<br>Email from G. Vaidyanathan to L. Welham re: Re: Subsequent events | |
| 17215 | | X | X | Exhibit 17215 marked and admitted<br>Q4 8130b.3 Memo Structure of Bank of America Deals in Q4 2010.doc | |
| 1354 | | X | | Exhibit 1354 previously admitted | |
| 1438 | | X | | Exhibit 1438 previously admitted | |
| 1414 | | X | | Exhibit 1414 previously admitted | |
| 1437 | | X | X | Exhibit 1437 marked and admitted<br>Minutes for Autonomy 2010 Audit Planning Meeting<br>attended by HussainS, ChamberlainS, MercerN and WelhamL with handwritten notes | |
| | 2:15 p.m. | | | Court in recess | |
| | 2:40 p.m.<br><br>2:41 p.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present.<br><br>All jurors present. All parties present<br>Defense (Chamberlain) cross-examination of witness Lee P. Welham | |
| 1437 | | X | | Exhibit 1437 previously admitted | |
| 9779.1 | | X | | Exhibit 9779.1 previously admitted | |
| 1459 | | X | X | Exhibit 1459 marked and admitted<br>Email from WelhamL to ChamberlainS re Microtech | |
| 1493 | | X | | Exhibit 1493 previously admitted | |
| 1507 | | X | | Exhibit 1507 previously admitted | |
| 1508 | | X | | Exhibit 1508 previously admitted | |
| 1503 | | X | | Exhibit 1503 previously admitted | |
| 20068.15 | | X | | Exhibit 20068.15 marked | |
| 1509 | | X | | Exhibit 1509 previously admitted | |
| 9737 | | X | X | Exhibit 9737 marked and admitted<br>Email from L. Welham to N. Mercer re: RE: o/s list | |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1412 | | X | X | Exhibit 1412 marked and admitted<br>Excel Workbook: Test the Consolidation Adjustment for Discovertech | |
| | 2989 | | X | X | Exhibit 2989 marked and admitted<br>Minutes of the meeting of the Audit Committee of the Board of Directors | |
| | 9657 | | X | X | Exhibit 9657 marked and admitted<br>Email from M. Stephan to L. Blake re: RE: Bank of America POD q4 2010 | |
| | 16506 | | X | X | Exhibit 16506 marked and admitted<br>12/31/10 letter from BaioccoJ to EganC re "Replacement of Purchase Order" signed by EganC | |
| | 16794 | | X | X | Exhibit 16794 marked and admitted<br>MicroTech Purchase Order: Bank of America agreement Number CW262581 | |
| | | 3:19 p.m. | | | Government re-direct of witness Lee P. Welham | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| | | 3:36 p.m. | | | Defense (Lynch) re-cross examination of witness Lee P. Welham | |
| | | 3:41 p.m.<br><br><br><br><br><br><br><br>3:46 p.m.<br>4:16 p.m.<br><br>4:51 p.m. | | | Witness excused.<br>Jurors excused until April 11, 2024 at 9:15 a.m.<br><br>All parties present.<br>Counsel for HP - Susan Diane Resley, Madeleine Ayer and Bakari Ziegler (Hewlett Packard)<br>Motion to Quash hearing - Discussion re production of documents in the U.K. action.<br>Court in recess<br>Court reconvened. Motion to Quash hearing held. Discussion re document for Yelland.<br>Court adjourned | |