# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date:  April 11, 2024                          Judge:  Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 4 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
                   <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum,
Daniel Silver (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Further jury trial set for April 15, 2024 at 9:15 a.m.

Witnesses Sworn: David Toms

Exhibits Marked and Admitted: 45, 58, 178, 189, 297, 774, 776, 778, 1535, 1765, 2688, 4072, 8338, 11488, 11607, 11627, 11635, 12270, 16518, 16540, 16985, 17038, 17040, 17042, 17043, 17045, 17046, 17047, 17059, 17086, 17096, 17109, 17102, 17110, 17111, 17116, 17117, 17133, 17252, 17278

Exhibits Marked: 5073 (Demonstrative), 17276 (Demonstrative), 23586 (Demonstrative)