UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>　　　Defendants. | Case No. 18-CR-577 CRB<br><br>STIPULATION REGARDING CERTAIN SERVERS AND TRIAL EXHIBITS |

　　　The United States and Defendants Michael Richard Lynch and Stephen Chamberlain hereby stipulate as follows:

　　　1.　　During the period 2009 to 2012, Hewlett-Packard Company ("HP") hosted Microsoft Exchange user accounts for all entities and individuals using the "@hp.com" email domain ("Exchange Accounts"). Each HP employee had, at the relevant time period, an Exchange Account.

　　　2.　　During this timeframe, HP operated three HP Exchange Servers for its Exchange Accounts in the United States: Atlanta, Georgia; Houston, Texas; and Austin, Texas. Each server group was an identical, current replica of the other servers, meaning an Exchange Account on the server existed live in three places at any given point in time. Therefore, at any given point in time, any user with a "@hp.com" account could access and retrieve his or her account because it existed in triplicate on three separate servers. An email that was sent to an Exchange Account from anywhere in the world to

1  the Exchange Account of an HP employee from Palo Alto, California would first travel via wires and
2  through the Internet to all of the Exchange Servers. That email would then be transferred from the Palo
3  Alto recipient's Exchange Account primary Exchange Server to the device where the employee read
4  their email such as a HP laptop.

5        3.    Trial Ex. 2027 is a true and correct copy of an email and an attachment sent on or about
6  July 27, 2011, from a Barclays employee in London, England, Jonathan Mitchell, to recipients at
7  Barclays, HP, and Perella Weinberg Partners. The email and attachment were sent from, and resided on,
8  a server located in the UK. The e-mail and attachment were received by several Barclays employees on
9  Barclays e-mail servers located in New York and/or New Jersey. The email and attachment are
10 authentic for purposes of Federal Rules of Evidence 901 and 1003.

11       4.    Trial Ex. 2130 is a true and correct copy of an email and attachment sent to former
12 KPMG employee Farhad Marchant on August 4, 2011. In August 2011, KPMG's email servers were
13 located in Montvale, New Jersey. The email and attachment were downloaded to Mr. Merchant's
14 computer via the KPMG email servers in Montvale, New Jersey. The email and attachment are
15 authentic for purposes of Federal Rules of Evidence 901 and 1003.

16       5.    In August 2011, emails sent to and received from andrewk@autonomy.com passed
17 through an email server located in the United Kingdom.

18     IT IS SO STIPULATED AND AGREED.

19 DATED: April 12, 2024              PATRICK D. ROBBINS
                                             Attorney for the United States

*/s/ Robert S. Leach*
_____
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | DATED: April 12, 2024 | CLIFFORD CHANCE US LLP |
| 2 | | */s/ Christopher J. Morvillo* |
| 3 | | _____ |
| | | CHRISTOPHER J. MORVILLO |
| 4 | | CELESTE L.M. KOELEVELD |
| | | DANIEL S. SILVER |
| 5 | | Counsel for Defendant Michael Richard Lynch |
| 6 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| 7 | | DROOKS, LINCENBERG, & RHOW, P.C. |
| 8 | | */s/ Gary S. Lincenberg* |
| 9 | | _____ |
| | | GARY S. LINCENBERG |
| 10 | | Counsel for Defendant Stephen Chamberlain |