1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,              )   Case No. 18-CR-577 CRB
                                            )
12         Plaintiff,                       )   STIPULATION REGARDING PR NEWSWIRE
                                            )
13      v.                                  )
                                            )
14   MICHAEL RICHARD LYNCH and              )
     STEPHEN KEITH CHAMBERLAIN,             )
15                                          )
           Defendants.                      )
16   _____        )

17

18         The United States and Defendants Michael Richard Lynch and Stephen Chamberlain hereby

19   stipulate as follows:

20         1.      Between March 2009 and August 2011, PR Newswire, based in New York, was engaged

21   in the business of distributing news releases.  PR Newswire distributed Autonomy Corporation plc press

22   releases during this period, including a release dated February 1, 2011 titled "Autonomy Corporation plc

23   Announced Results for the Year Ended December 31, 2010" and a release dated April 21, 2011 titled

24   "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011."

25         2.      Autonomy releases were sent from PR Newswire servers in Hempstead, United

26   Kingdom, to servers in New Jersey in the United States, and distributed to PR Newswire's "US1"

27   network, which included media outlets in the Northern District of California such as the *San Francisco

28   Chronicle*, *San Jose Mercury News*, *Silicon Valley/San Jose Business Journal*, and the San Francisco

STIPULATION REGARDING PR NEWSWIRE
Case No. 18-CR-577 CRB                          1

1    Bureaus of *The New York Times*, the *Wall Street Journal*, Dow Jones, Reuters, and Bloomberg News.

2          IT IS SO STIPULATED AND AGREED.

3    DATED:  April 12, 2024                    PATRICK D. ROBBINS
                                               Attorney for the United States
4
                                               */s/ Robert S. Leach*
5
                                               _____
6                                              ROBERT S. LEACH
                                               ADAM A. REEVES
7                                              KRISTINA GREEN
                                               ZACHARY G.F. ABRAHAMSON
8                                              Assistant United States Attorneys

9    DATED:  April 12, 2024                    CLIFFORD CHANCE US LLP
10
                                               */s/ Christopher J. Morvillo*
11
                                               _____
12                                             CHRISTOPHER J. MORVILLO
                                               CELESTE L.M. KOELEVELD
13                                             DANIEL S. SILVER
                                               Counsel for Defendant Michael Richard Lynch
14
                                               BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
15                                             DROOKS, LINCENBERG, & RHOW, P.C.

16                                             */s/ Gary S. Lincenberg*

17                                             _____
                                               GARY S. LINCENBERG
18                                             Counsel for Defendant Stephen Chamberlain

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING PR NEWSWIRE
Case No. 18-CR-577 CRB                         2