UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-577 CRB |
| Plaintiff, | STIPULATION REGARDING HALO VIDEO CONFERENCING |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

The United States and Defendants Michael Richard Lynch and Stephen Chamberlain hereby stipulate as follows:

1. Halo was HP's proprietary video-conferencing system that allowed users to meet in real-time through the data network, utilizing the video-conferencing technologies.

2. Halo conferencing was accessible from specific "Halo rooms." The Halo rooms were customized spaces, which allowed real-time meetings through technology. Each Halo room was outfitted with several cameras, which could pan the room and move to capture the speaker at any point in time, a video screen and monitors, speakers, and table microphones. In 2011, HP had Halo rooms in the following locations: six in Palo Alto, California; three in Cupertino, California; one in London, England; and two in Bracknell, England.

3.     Halo's technology enabled two or more groups of up to six people to hold a live meeting in two or more separate locations, and allowed meeting participants to make eye contact, share files and documents, and speak directly with one another.  The organizer of a Halo session could activate either direct room-to-room communication or, where multiple rooms were involved, connection was made via a hosted virtual bridge.

4.     HP developed the Halo Video Exchange Network (HVEN) to carry the video, audio, and data traffic between Halo units.  The network was separate from a company's regular Internet Protocol (IP), but was based on the Transmission Control Protocol / Internet Protocol (TCP/IP) architecture and used standard networking equipment.

5.     To initiate a Halo conference, the organizer used a desktop mouse to click on "Initiate Call," which activated the monitors of the video screen.  The organizer then chose the unit location he/she wanted to engage with from a drop-down menu that appeared on the video screen, and made the call.  Once the person on the other end answered the call, the connection was complete and the conference session proceeded.  Where there were multiple groups in multiple Halo rooms, all groups dialed in to one central point – i.e., a hosted virtual bridge.

6.     Whether point-to-point between two Halo rooms, or multiple rooms through a hosted virtual bridge, the audio and video traveled over an interstate wire from the organizer of the Halo session to the recipient(s).

7.     In February 2011, "Halo 20C" was HP's Palo Alto Halo room Cannes 20C, located in Palo Alto, California; and "Halo London" was HP's London Halo room located in London, England.  The audio and video feed for Halo conferences between Palo Alto Halo room Cannes 20C and HP's London Halo room traveled through an interstate wire to HP's on-site network, which then routed the audio and video, again via interstate wire, ultimately to HP's London Halo room.  The point-to-point connection between Palo Alto and London was established through the HP network and via interstate wire.

8.     In March 2011, "Halo Birmingham" was an HP halo room in Palo Alto, California; "Halo Cupertino 44" was an HP Halo room in Cupertino, California; and "Halo London" was HP's London Halo room located in London, England. The audio and video feed for Halo conferences between Palo

1  Alto Halo room Cannes 20C and HP's London Halo room traveled through an interstate wire to HP's
2  on-site network, which then routed the audio and video, again via interstate wire, ultimately to HP's
3  London Halo room.  The point-to-point connection between Palo Alto and London was established
4  through the HP network and via interstate wire. The audio and video feed for Halo conferences among
5  these locations traveled through an interstate wire to HP's on-site network, which then routed the audio
6  and video, again via interstate wire, ultimately to HP's London Halo room.  The point-to-point
7  connections among Palo Alto, Cupertino, and London were established through the HP network and via
8  interstate wire.

9  IT IS SO STIPULATED AND AGREED.

10  DATED:  April 12, 2024            PATRICK D. ROBBINS
                                      Attorney for the United States

12                                    /s/ Robert S. Leach
                                      _____
13                                    ROBERT S. LEACH
                                      ADAM A. REEVES
14                                    KRISTINA GREEN
                                      ZACHARY G.F. ABRAHAMSON
15                                    Assistant United States Attorneys

16  DATED:  April 12, 2024            CLIFFORD CHANCE US LLP

17                                    /s/ Christopher J. Morvillo
                                      _____
18
19                                    CHRISTOPHER J. MORVILLO
                                      CELESTE L.M. KOELEVELD
20                                    DANIEL S. SILVER
                                      Counsel for Defendant Michael Richard Lynch
21
                                      BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
22                                    DROOKS, LINCENBERG, & RHOW, P.C.

23                                    /s/ Gary S. Lincenberg
                                      _____
24
                                      GARY S. LINCENBERG
25                                    Counsel for Defendant Stephen Chamberlain

26
27
28