UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
 <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:**<br>April 15, 2024 | **REPORTER(S):**<br>Rhonda Aquilina | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:16 a.m. |  |  | Judge cried-in. All jurors present. All parties present.<br>Government direct examination of witness **Christopher "Stouffer" Egan** |  |
| 74 |  |  | X | X | Exhibit 74 marked and admitted<br>Email from HussainS to EganS re "huron" |  |
| 86 |  |  | X | X | Exhibit 86 marked and admitted<br>Email from HussainS to EganC and LynchM re Update and decision (on three deals: MS, JPMC and VMS) |  |
| 122 |  |  | X | X | Exhibit 122 marked and admitted<br>Email from HussainS to EganS re MS |  |
| 127 |  |  | X | X | Exhibit 127 marked and admitted<br>Email from EganS to ScottJ, WatkinsC, CrumbacherJ re "Morgan PO" with Oder NADO361176 attached |  |
| 143 |  |  | X | X | Exhibit 143 marked and admitted<br>Email from EganC to KennellyD re shipping |  |
| 364 |  |  | X | X | Exhibit 364 marked and admitted<br>Email from HussainS to LucasC & StoufferE re "RE: connection" |  |
| 3923 |  |  | X | X | Exhibit 9223 marked and admitted<br>Morgan Stanley Amendment |  |
| 3924 |  |  | X | X | Exhibit 3924 marked and admitted<br>2009-12-28 Morgan Stanley First Amendment to Archiving SOW ~ New SW Lic.doc |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 459 | | | X | | Exhibit 459 previously admitted | |
| 2947 | | | X | | Exhibit 2947 (Demonstrative) | |
| 592 | | | X | | Exhibit 592 previously admitted | |
| 2687 | | | X | X | Exhibit 2687 marked and admitted<br>Bloomberg Audio, FYE 12/31/2009 earnings results | |
| 2949 | | | X | X | Exhibit 2949 marked and admitted<br>Email from HussainS to EganS re "Federal" | |
| 15067 | | | X | | Exhibit 15067 previously admitted | |
| 314 | | | X | X | Exhibit 314 marked and admitted<br>Email from HussainS to EganS, LynchM, KanterA re "Project DC" | |
| 333 | | | X | X | Exhibit 333 marked and admitted<br>Email from HussainS to EganC re Microtech OEM (5% maintenance in year one) | |
| 412 | | | X | X | Exhibit 412 marked and admitted<br>Email from EganS to TruittD re "FW: Emailing: Upside deal list of 12.30.2009.xlsx" | |
| 420 | | | X | | Exhibit 420 previously admitted | |
| 427 | | | X | | Exhibit 427 previously admitted | |
| | | 10:29 a.m. | | | Court in recess | |
| | | | | | Court reconvened.  All jurors present. All parties present. Government direct examination of witness Christopher "Stouffer" Egan | |
| 3925 | | | X | X | Exhibit 3925 marked and admitted<br>Re: URGRENT | |
| 369 | | | X | X | Exhibit 369 marked and admitted<br>Email from S. Egan to G. Szukalski re Hello and ideas | |
| 2928 | | | X | X | Email from EganS to ChamberlainS and HussainS, Cc to ScottJ re "RE: Filetek - update" | |
| 2929 | | | X | X | Exhibit 2929 marked and admitted<br>Email from HussainS to EganS re "filetek" | |
| 3905 | | | X | X | Exhibit 3905 marked and admitted<br>RE: filetek | |
| 494 | | | X | X | Exhibit 494 marked and admitted<br>Email from S. Hussain to S. Egan and P. Menell re need help urgently re filetek | |
| 2950 | | | X | X | Exhibit 2950 marked and admitted<br>Email from HussainS to MenellP/EganS re "bullet points" | |
| 654 | | | X | X | Exhibit 654 marked and admitted<br>Email from S. Egan to S. Hussain re filetek | |
| 668 | | | X | | Exhibit 668 previously admitted | |
| 719 | | | X | X | Exhibit 719 marked and admitted | |
| 780 | | | X | X | Exhibit 780 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 809 | | | X | | Exhibit 809 previously admitted | |
| 2951 | | | X | X | Exhibit 2951 marked and admitted<br>First Amendment to Master License Agreement (KFG) | |
| 645 | | | X | X | Exhibit 645 marked and admitted<br>Email from HussainS to Mike Lynch re "quick update" | |
| 714 | | | X | X | Exhibit 714 marked and admitted | |
| 11891 | | | X | X | Exhibit 11891 marked and admitted | |
| 11894 | | | X | X | Exhibit 11894 marked and admitted<br>Email from Egan to Lynch, Hussain re jpmc | |
| 11898 | | | X | X | Exhibit 11898 marked and admitted<br>Email from Egan to Lynch, cc Hussain, re Summary for Guy | |
| 11899 | | | X | X | Exhibit 11899 marked and admitted<br>Email from Egan to Lynch, Hussain, cc Goodfellow, Prentis, re JPMC signed | |
| 1038 | | | X | X | Exhibit 1038 marked and admitted<br>Email from M. Lynch to J. Still et al re weekly status report on VA please | |
| 1056 | | | X | X | Exhibit 1056 marked and admitted<br>Email from S. Hussain to S. Egan re VA | |
| 1076 | | | X | X | Exhibit 1076 marked and admitted<br>Email from S. Hussain to S. Egan re really need db, bofa,va and one other (emc)!! | |
| 1085 | | | X | X | Exhibit 1085 marked and admitted<br>Email from Howard Patrick to B. Loomis attaching Autonomy Reseller Agreement | |
| | | 11:57 a.m. | | | Court in recess | |
| | | 12:47 p.m. | | | Court reconvened.  All jurors present. All parties present. Government direct-examination of witness Christopher "Stouffer" Egan | |
| 3737 | | | X | X | Exhibit 3737 marked and admitted<br>RE: Getting to the $45m | |
| 1209 | | | X | X | Exhibit 1209 marked and admitted<br>Email from HussainS to EganC and LynchM re big deals update (including BofA and Amgen) | |
| 1274 | | | X | X | Exhibit 1274 marked and admitted<br>E-mail from Sushovan Hussain to Mike Lynch dated December 10, 2010, regarding "Us Idol" | |
| 1282 | | | X | X | Exhibit 1282 marked and admitted<br>Email from HussainS to EganS, MooneyM, SullivanM et al re "DOI said no" | |
| 1281 | | | X | X | Exhibit 1281 marked and admitted<br>Email from HussainS to LynchM re "doi not happening" | |
| 1359 | | | X | X | Exhibit 1359 marked and admitted<br>Purchase Order dated December 31, 2010 relating to | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | software for resale to the Department of the Interior | |
| 1270 | | | X | X | Exhibit 1270 marked and admitted<br>E-mail from Joel Scott to Mike Lynch et al., dated December 9, 2010, regarding "BofA overview SH update2" | |
| 3704 | | | X | X | Exhibit 3704 marked and admitted<br>Possible email that can be forwarded to the BofA team - any comments please provide asap | |
| 4928 | | | X | X | Exhibit 4928 marked and admitted<br>RE: Autonomy BAML | |
| 3690 | | | X | X | Exhibit 3690 marked and admitted<br>RE: BAML Autonomy FYI | |
| 1384 | | | X | X | Exhibit 1384 marked and admitted<br>Email from SmithR to HussainS & DebbanV, Cc to EganS, KrakoskiJ & ScottJ re "Re: Agreement" | |
| 17006 | | | X | X | Exhibit 17006 marked and admitted<br>Email from Lynch to Stouffer Egan and Hussain re: BofA negotiation | |
| 1549 | | | X | X | Exhibit 1549 marked and admitted<br>Fourth Amendment to Application Service Provider Agreement between Autonomy and Bank of America ($19.5m license fee) | |
| 1727 | | | X | X | Exhibit 1727 marked and admitted<br>E-mail from Malcolm Hyson to Stouffer Egan, dated April 4, 2011 regarding "Prisa VAR" | |
| 11835 | | | X | X | Exhibit 11835 marked and admitted<br>Email from Hussain to Egan, cc Lynch, re big deals | |
| 1833 | | | X | X | Exhibit 1833 marked and admitted<br>Email from HussainS to EganC re USPS and HP | |
| 1892 | | | X | X | Exhibit 1892 marked and admitted<br>Email from ScottJ to HussainS and EganC re USPS with attached PO | |
| 1912 | | | X | X | Exhibit 1912 marked and admitted<br>Email from S. Truitt to J. Scott re HP Order with attachment | |
| 1966 | | | X | X | Exhibit 1966 marked and admitted<br>Email from LynchM to VeghteB re USPS deal | |
| 1967 | | | X | X | Exhibit 1967 marked and admitted<br>Email from HussainS to EganC re usps | |
| 2199 | | | X | X | Exhibit 2199 marked and admitted<br>Email from HussainS to EganC re SSA and MicroTech (misunderstanding on who would prepare paperwork) | |
| 16948 | | | X | X | Exhibit 16948 marked and admitted<br>MRL approves purchase of "FISMA compliant hardware stacks and operational approaches" | |
| 1850 | | | X | | Exhibit 1850 previously admitted | |
| | | 1:49 p.m. | | | Court in recess | |

4

|  |  |  |  |  | Court reconvened.  All jurors present.  All parties present. |  |
|---|---|---|---|---|---|---|
|  |  | 2:06 p.m. |  |  | Defense (Lynch) cross-examination of witness Christopher "Stouffer" Egan |  |
| 17259 |  |  | X |  | Exhibit 17259 previously admitted |  |
| 1352 |  |  | X |  | Exhibit 1352 previously admitted |  |
| 2600 |  |  | X |  | Exhibit 2600 previously admitted |  |
| 1274 |  |  | X |  | Exhibit 1274 previously admitted |  |
| 3738 |  | 1038 displayed | X | X | Exhibit 3738 marked and admitted<br>RE: FW: PARTNERS HEALTHCARE-This is a home run for us-in a couple of weeks we can have an app to demo |  |
|  |  | 3:34 p.m. |  |  | Jurors excused until April 16, 2024 at 9:15 a.m.<br>Court adjourned until April 16, 2024 at 9:15 a.m. |  |