# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 16, 2024　　　　　　　　Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina
Time: 5 Hours and 11 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name: USA v. Michael Richard Lynch
　　　　　　 USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense (Lynch) cross-examination of witness Christopher "Stouffer" Egan. Further jury trial set for April 17, 2024 at 9:15 a.m.

Witnesses Sworn: Hafeez Bux Daud Khan

Exhibits Marked and Admitted: 174, 183, 293, 312, 2650, 2655, 2656, 2657, 2658, 2660, 2770, 2982, 6107, 6191, 6326, 7511, 9601, 11822, 13476, 17284, 23593, 23595