UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 17, 2024                                              Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina
Time: 4 Hours and 54 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum,
Daniel Silver (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Direct-examination of witness Hafeez Bux Daud Khan. Further jury trial set for April 18, 2024 at 9:15 a.m.
Motion in Limine held. MIL to Clarify Scope of Joel Scott Testimony (dkt. 439):  MOOT.  The Government stated that it will not ask Joel Scott questions regarding post-acquisition events.
MIL to Exclude Testimony Concerning Legality of Recording (dkt. 438):  GRANTED, as to the direct examination of Joel Scott.  This ruling does not have any bearing on the admissibility of the evidence on cross examination.

Witnesses Sworn: Steven Bradley Truitt

Exhibits Marked and Admitted: 5, 398, 422, 423, 593, 652, 653, 707, 788, 901, 1006, 1045, 1052, 1138, 1160, 1189, 1337, 1340, 1539, 1649, 1794, 2032, 2572, 2573, 2674, 2686, 4081, 4083, 4088, 4093, 4136, 5031, 5032, 7400, 7403, 7404, 7405, 7406, 7409, 7411, 7413, 7414, 7415, 7416, 7418, 7419, 7420, 7421, 7423, 7424, 7425, 7426, 7428, 7429, 7430, 7432, 11566, 11631, 11634, 11637, 12582, 23533, 23596, 23597, 23598, 23611, 23612, 23613, 23614, 23618, 23621, 23622