UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
            <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:**<br>April 17, 2024 | **REPORTER(S):**<br>Rhonda Aquilina | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Judge cried-in. All jurors present. All parties present. Government direct-examination of witness **Hafeez Bux Daud Khan** | |
| 776 | | | X | | Exhibit 776 previously admitted | |
| 2688 | | | X | | Exhibit previously admitted | |
| 630 | | | X | | Exhibit 630 previously admitted | |
| 11566 | | | X | X | Exhibit 11566 marked and admitted<br>526) RNS Announcement: Autonomy announced that a major global bank based out of the U.S. has placed a multimillion dollar order for Autonomy compliance solutions. The agreement has an expected value of in excess of $15 million over the next few years. Source: Capital IQ<br>https://www.capitaliq.com/CIQDotNet/Filings/FilingsAnnualReports.aspx?CompanyId=123217) | |
| 2674 | | | X | X | Exhibit 2674 marked and admitted<br>Email fromVarzallyM to CadelA, et al., Cc to BerkowitzJ re "FW: Autonomy : Q2 Results - ALERT" | |
| 901 | | | X | X | Exhibit 901 marked and admitted<br>JP Mogran Cazenove Reoprt "Autonomy - Concerns remain over underlying growth" | |
| 11631 | | | X | X | Exhibit 11631 marked and admitted<br>Q3 2009 Autonomy Earnings Powerpoint presentation | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 2572 | | | | X | X | Exhibit 2572 marked and admitted<br>Autonomy PowerPoint Presentation: Autonomy Q4 and FY'10 Results 1 February 2011 | |
| 2573 | | | | X | X | Exhibit 2573 marked and admitted<br>Autonomy PowerPoint Presentation: "Autonomy Q1 trading update 21 April 2011" | |
| 11637 | | | | X | X | Exhibit 11637 marked and admitted<br>Autonomy Q2 and H1 Results Powerpoint Presentation | |
| 1006 | | | | X | X | Exhibit 1006 marked and admitted<br>Q2 2010 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 1189 | | | | X | X | Exhibit 1189 marked and admitted<br>Q3 2010 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 1539 | | | | X | X | Exhibit 1539 marked and admitted<br>Q4 2010 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 1794 | | | | X | X | Exhibit 1794 marked and admitted<br>Q1 2011 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 2032 | | | | X | X | Exhibit 2032 marked and admitted<br>Q2 2011 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 1352 | | | | X | | Exhibit 1352 previously admitted | |
| | | 10:10 a.m. | | | | Defense (Lynch) cross-examination of witness Hafeez Bux Daud Khan | |
| | 7416 | | | X | X | Exhibit 7416 marked and admitted<br>Email from BakrS to KhanD, re: (No Subject) - including instant message exchange between Khan and Citibank analyst | |
| | 7430 | | | X | X | Exhibit 7430 marked and admitted<br>Email from MorlandP to MorlandP re: "Incredible....." | |
| | 7423 | | | X | X | Email from KhanD to CornelisseB, re: "Autonomy Ahhhg- why does it keep going up!" | |
| | 23618 | | | X | X | Exhibit 23618 marked and admitted | |
| | 7428 | | | X | X | Exhibit 7428 marked and admitted<br>Email from CornelisseB to KhanD, re: (No Subject) | |
| | 7418 | | | X | X | Exhibit 7418 marked and admitted<br>Email from MorlandP to KhanD, re: "RE: Large deals" | |
| | 7419 | | | X | X | Exhibit 7419 marked and admitted<br>Email from MorlandP to KhanD, re: "FW: Citi AU note from today" | |
| | | 10:42 a.m. | | | | Court in recess | |
| | | 11:01 a.m. | | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Hafeez Bux Daud Khan | |
| | 7426 | | | X | X | Exhibit 7426 marked and admitted<br>Email from McNallyP ro KhanD, re: (No Subject) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23596 | | X | X | Exhibit 23596 marked and admitted<br>Autonomy: Analysts' forecasts Spreadsheet | |
| | 23597 | | X | X | Exhibit 23597 marked and admitted<br>Cazenove Note | |
| | 7400 | | X | X | Exhibit 7400 marked and admitted<br>Merrill Lynch Note | |
| | 7405 | | X | X | Exhibit 7405 marked and admitted<br>Email from MRL to HussainS, re: "Fwd: Daud Khan CV" - attaching "CV - Daud Khan.pdf" | |
| | 23611 | | X | X | Exhibit 23611 marked and admitted<br>Email from EllwoodT to KanterA, re: "Re: Autonomy Corporation plc" | |
| | 23612 | | X | X | Exhibit 23612 marked and admitted<br>Email from DyerK to KanterA, re: "Last week's statement by Merrill Lynch" | |
| | 7403 | | X | X | Exhibit 7403 marked and admitted<br>Clear Capital Note | |
| | 7404 | | X | X | Exhibit 7404 marked and admitted<br>Letter from KanterA to FSA, re: "Clear Capital Limited and New Street Research LLP" | |
| | 7432 | | X | X | Exhibit 7432 marked and admitted<br>Email from MRL to KanterA, re: "Fwd: Re: Question 2" | |
| | 7406 | | X | X | Exhibit 7406 marked and admitted<br>Cazenove Note | |
| | 4083 | | X | X | Exhibit 4083 marked and admitted<br>Cazenove -21.01.08.pdf | |
| | 7425 | | X | X | Exhibit 7425 marked and admitted<br>Email from MorlandP to KhanD; PhillipsR, re: "RE: Question for the results day" | |
| | 7424 | | X | X | Exhibit 7424 marked and admitted<br>Email from AshtonK to KhanD, re: "RE: hello" | |
| | 7429 | | X | X | Exhibit 7429 marked and admitted<br>Email from KhanD to MorlandP; PhillipsR, re: "Incredible....." | |
| | 7425 | | X | | Exhibit 7425 previously admitted | |
| | 7421 | | X | X | Exhibit 7421 marked and admitted<br>Email from MorlandP to KhanD, re: "RE: Autonomy questions" | |
| | 7415 | | X | X | Exhibit 7415 marked and admitted<br>Email from MorlandP to KhanD, re: "RE: Autonomy cash question - more thoughts" | |
| | | 11:59 a.m.<br><br>12:01 p.m. | | | Jurors on break<br>Court inquiry re length of defense examination<br>Court in recess | |
| | | 12:48 p.m. | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Hafeez Bux Daud Khan | |
| | 7420 | | X | X | Exhibit 7420 marked and admitted<br>Email from MorlandP to KhanD, re: "RE: Upsetting Autonomy" | |

3

| | | | | | |
|---|---|---|---|---|---|
| | 11822 | | X | | Exhibit 11822 marked and admitted |
| | 2686 | | X | X | Exhibit 2686 marked and admitted<br>Email from TogniI to BerkowitzJ, et al, Cc to CadelA, VarzallyM, et al., re "Re: Autonomy Digital Safe Contract Approval Request" |
| | 4093 | | X | X | Exhibit 4093 marked and admitted<br>Re: Note for comment |
| | 7409 | | X | X | Exhibit 7409 marked and admitted<br>Email from KhanD to MRL; HussainS, cc: KnoxD; 'GROUP - Research Policy Committee', re: "Autonomy follow up questions" |
| | 7411 | | X | X | Exhibit 7411 marked and admitted<br>Letter from KanterA to FSA, re: "Equity Analyst's Activities" |
| | 23622 | | X | X | Exhibit 23622 marked and admitted<br>Email from HodderC to KanterA, re: "FSA request for further information" |
| | 7413 | | X | X | Exhibit 7413 marked and admitted<br>Letter from KanterA to FSA, re: "FSA request for further information" |
| | 2650 | | X | | Exhibit 2650 previously admitted |
| | 23621 | | X | X | Exhibit 23621 marked and admitted<br>Email from HussainS to MRL; OrtonE, re: "FW: Due diligence mtg with JPMorgan" |
| | 23613 | | X | X | Exhibit 23613 marked and admitted<br>Autonomy Presentation to JPMC |
| | 23614 | | X | X | Exhibit 23614 marked and admitted<br>Hewlett-Packard Company Form 8-K |
| | 5031 | | X | X | Exhibit 5031 marked and admitted<br>Interwoven 10K (FY08) |
| | 428 | | X | | Exhibit 428 previously admitted |
| | 7644 | | X | | Exhibit 7644 previously admitted |
| | 4088 | | X | X | Exhibit 4088 marked and admitted<br>Autonomy130508_b.pdf |
| | 7414 | | X | X | Exhibit 7414 marked and admitted<br>Cazenove Note |
| | 1649 | | X | X | Exhibit 1649 marked and admitted<br>JP Mogran Cazenove Reoprt "Autonomy - Earning quality deteriorating, rating remains high" |
| | 7414 | | X | | Exhibit 7414 previously admitted |
| | 23533 | | X | X | Exhibit 23533 marked and admitted<br>To EDiscovery Journal |
| | 5031 | | X | | Exhibit 5031 previously admitted |
| | 4081 | | X | X | Exhibit 4081 marked and admitted<br>Autonomy 2008 Q3 Financial Results (1).pdf |
| | 5032 | | X | X | Exhibit 5032 marked and admitted<br>Interwoven Q308 10Q |
| | 23598 | | X | X | Exhibit 23598 marked and admitted |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Cazenove Note | |
| | | 2:01 p.m. | | | Court in recess | |
| | | 2:22 p.m. | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Hafeez Bux Daud Khan | |
| | 23598 | | X | | Exhibit 23598 previously admitted | |
| | 901 | | X | | Exhibit 901 previously admitted | |
| | 1649 | | X | | Exhibit 1649 previously admitted | |
| | | 2:28 p.m. | | | Government re-direct of witness Hafeez Bux Daud Khan | |
| 11634 | | | X | X | Exhibit 11634 marked and admitted<br>JPMorgan Cazenove Analyst report (Autonomy underweight) "Potential M&A acting as near term catalyst" | |
| 7404 | | | X | | Exhibit 7404 previously admitted | |
| 7411 | | | X | | Exhibit 7411 previously admitted | |
| 4088 | | | X | | Exhibit 4088 previously admitted | |
| 23622 | | | X | | Exhibit 23622 previously admitted | |
| 7644 | | | X | | Exhibit 7644 previously admitted | |
| 165 | | | X | | Exhibit 165 previously admitted | |
| | | 2:40 p.m. | | | Defense (Lynch) re-cross examination of witness Hafeez Bux Daud Khan | |
| | | 2:41 p.m. | | | Witness excused | |
| | | 2:42 p.m. | | | Government witness sworn<br>**Steven Bradley Truitt** | |
| 398 | | | X | X | Exhibit 398 marked and admitted<br>Purchase Order for Microtech to order software from Autonomy for resale to Discover Technologies dated December 30, 2009. | |
| 422 | | | X | X | Exhibit 422 marked and admitted<br>E-mail from Steve Truitt to Cynthia Watkins, cc'd to John Cronin, dated December 31, 2009 | |
| 423 | | | X | X | Exhibit 423 marked and admitted<br>E-mail from Steve Truitt to Cynthia Watkins, cc'd to John Cronin, regarding "Amazon Order" | |
| 422 | | | X | | Exhibit 422 previously admitted | |
| 593 | | | X | X | Exhibit 593 marked and admitted<br>E-mail from John Cronin to Steve Truitt, dated February 4, 2010 regarding "trans update" | |
| 652 | | | X | X | Exhibit 652 marked and admitted<br>E-mail from John Cronin to Steve Truitt, dated March 30, 2010, regarding "orders tomorrow" | |
| 5 | | | X | X | Exhibit 5 marked and admitted<br>Autonomy Government Reseller Agreement between MicroTech, LLC and Autonomy, Inc. | |
| 653 | | | X | X | Exhibit 653 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | E-mail from John Cronin to Steve Truitt, dated March 30, 2010, regarding "Copy of Check for Autonomy Reference" | |
| 708 | | | X | | Exhibit 708 previously admitted | |
| 788 | | | X | X | Exhibit 788 marked and admitted<br>Bank statement and check stub shows payment by MicroTech to Autonomy (check signed by Tomas Esterrich) for $674,237.26 on 3/31, and a wire transfer from Autonomy to MicroTech on 4/1 in amount of $680,328.50 | |
| 422 | | | X | | Exhibit 422 previously admitted | |
| 13086 | | | X | | Exhibit 13086 previously admitted | |
| 12582 | | | X | X | Exhibit 12582 marked and admitted<br>Credit Memo to MicroTech LLC | |
| 4136 | | | X | X | Exhibit 4136 marked and admitted<br>Microtech CM 6810-ANA.pdf | |
| 13086 | | | X | | Exhibit 13086 previously admitted | |
| 788 | | | X | | Exhibit 788 previously admitted | |
| 707 | | | X | X | Exhibit 707 marked and admitted<br>E-mail from Steve Truitt to John Cronin, dated April 1, 2010, regarding "Vatican" | |
| 1045 | | | X | X | Exhibit 1045 marked and admitted<br>E-mail from John Cronin to Steve Truitt, dated August 20, 2010, regarding "Invoice from MT" | |
| 1052 | | | X | X | Exhibit 1052 marked and admitted<br>E-mail from John Cronin to Steve Truitt et al., dated August 25, 2010, regarding "AU Payments to MT Confirmed" | |
| 1160 | | | X | X | Exhibit 1160 marked and admitted<br>Email from S. Truitt to T. Jimenez re MT payment to Autonomy | |
| 1138 | | | X | X | Exhibit 1138 marked and admitted<br>Audit Confirm for Microtech as of 10/6/2010 | |
| 954 | | | X | | Exhibit 954 previously admitted | |
| 1138 | | | X | | Exhibit 1138 previously admitted | |
| 1320 | | | X | | Exhibit 1320 previously admitted | |
| 1340 | | | X | X | Exhibit 1340 marked and admitted<br>Email from John Cronin to Steve Truitt attaching Microtech purchase order for $9,600,000.00 (ATIC) | |
| 1337 | | | X | X | Exhibit 1337 marked and admitted<br>Purchase Order No. MT101229 to MicroTech for ATIC Proposal ($9.6mm) | |
| | | 3:41 p.m. | | | Jurors excused until April 17, 2024 at 9:15 a.m.<br>Discussion re MIL | |
| | | 3:50 p.m. | | | Court adjourned until April 18, 2024 at 9:15 a.m. | |

6