1  Jonathan M. Baum (SBN: 303469)  Christopher J. Morvillo
2  **Steptoe LLP**  Celeste L.M. Koeleveld
   One Market Street  Daniel S. Silver
3  Steuart Tower, Suite 1070  (Admitted Pro Hac Vice)
   San Francisco, CA  94105  **Clifford Chance US LLP**
4  Telephone:  (510) 735-4558  31 West 52nd Street
   jbaum@steptoe.com  New York, NY 10019
5  Telephone:  (212) 878-3437
6  Reid H. Weingarten  christopher.morvillo@cliffordchance.com
   Brian M. Heberlig
7  Michelle L. Levin
   Nicholas P. Silverman  *Attorneys for Defendant*
8  Drew C. Harris  *Michael Richard Lynch*
9  (Admitted Pro Hac Vice)
   **Steptoe LLP**
10  1114 Avenue of the Americas
    New York, NY 10036
11  Telephone:  (212) 506-3900

12

13  **UNITED STATES DISTRICT COURT**

14  **NORTHERN  DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA,  Case No.: 3:18-cr-00577-CRB

17        Plaintiff,  Judge: Hon. Charles Breyer

18        vs.  **DECLARATION OF CELESTE L.M.**
19  **KOELEVELD IN SUPPORT OF**
    MICHAEL RICHARD LYNCH and  **DEFENDANT MICHAEL RICHARD**
20  STEPHEN KEITH CHAMBERLAIN,  **LYNCH'S MOTION TO PRECLUDE**
                                 **NIGEL UPTON'S TESTIMONY**
21        Defendants.  **REGARDING LOSS**

22

23  Court:  Courtroom 6 – 17th Floor
24  Date Filed:  April 21, 2024
    Trial Date:  March 18, 2024
25

26

27

28

Declaration of Celeste L.M. Koeleveld in Support of Defendant Lynch's Motion to Preclude Nigel
Upton's Testimony Regarding Loss
3:18-cr-00577-CRB

**DECLARATION OF CELESTE L.M. KOELEVELD**

I, Celeste L.M. Koeleveld, declare as follows:

1.      I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2.      I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.      Attached hereto as Exhibit 1 is a true and correct copy of an email from Meeta Sunderwala to Lynda Wong, Kathryn Harvey, and John Blank (October 6, 2012, 15:26) (Bates labeled as HP-SEC-00685589).

4.      Attached hereto as Exhibit 2 is a true and correct copy of an email from Marc Levine to Cathie Lesjak (November 30, 2012, 19:54) (Bates labeled as HP-SEC-00194420).

5.      Attached hereto as Exhibit 3 is a true and correct copy of a memorandum prepared by EY for HP (November 5, 2012) (Bates labeled as EY-HP-ALAK-EM-000038).

6.      Attached hereto as Exhibit 4 is a true and correct copy of an email from Meeta Sunderwala to Rob Binns, Betsy Branch, and Al Gross (December 11, 2012, 19:23) (Bates labeled as HP-SEC-00253252).

7.      Attached hereto as Exhibit 5 is a true and correct copy of an email from Kevin Asher to Marc Levine, Betsy Branch, Meeta Sunderwala (December 23, 2012, 14:15) (Bates labeled as HP-SEC-01590886).

8.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Meeta Sunderwala to Betsy Branch (December 12, 2012, 12:23) (Bates labeled as HP-SEC-00252370).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 21, 2024, in San Francisco, California.

/s/ *Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld

---

Declaration of Celeste L.M. Koeleveld in Support of Defendant Lynch's Motion to Preclude Nigel Upton's Testimony Regarding Loss
3:18-cr-00577-CRB
1