# EXHIBIT 4

**To:**       Gross, Al[al.gross@hp.com]; Branch, Betsy[betsy.branch@hp.com]
**From:**     Sunderwala, Meeta
**Sent:**     Tue 12/11/2012 10:24:53 PM
**Importance:**         Normal
**Subject:**  FW: AU Impairment : URGENT

fyi


**From:** Binns, Rob
**Sent:** Tuesday, December 11, 2012 7:24 PM
**To:** Sunderwala, Meeta
**Subject:** RE: AU Impairment : URGENT


Perfect – thanks – and my assumption was right J


Rob Binns

Investor Relations


Email : rob.binns@hp.com

Cell : +1 408219 7230


*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information. This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*


**From:** Sunderwala, Meeta
**Sent:** Tuesday, December 11, 2012 7:23 PM
**To:** Binns, Rob; Branch, Betsy; Gross, Al

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**Subject:** RE: AU Impairment : URGENT

Rob,

The $3B is the market cap recon only and the $5B is everything else (changes in the forecasts) , so the $5B includes the synergy piece.  Technically, we did not pay for much of the synergies, but the challenges with synergies do impact the current forecasts vs. original deal model.

Meeta

**From:** Binns, Rob
**Sent:** Tuesday, December 11, 2012 7:12 PM
**To:** Branch, Betsy; Sunderwala, Meeta; Gross, Al
**Subject:** AU Impairment : URGENT

Betsy, Meeta, Al

I wanted to loop back and double check one point……

The > $5BN we have characterized……does this include the delays in expected synergies….??  Or does the $3BN+ on the market cap recon include the delays in realizing the synergies.

I know what I believe but a question has come up that has caused me to question what I understood, so thought I would double check J

Thanks

Rob

HP-SEC-00253253

Rob Binns

Investor Relations

Email : rob.binns@hp.com

Cell : +1 408219 7230

*Attorney Client Privileged Communication. This electronic transmission, and any documents attached to it, may contain confidential and/or legally privileged information.  This information is intended only for the use by the recipient named above and should not be copied or distributed or disclosed to anyone other than the addressee.  The contents are not to be regarded as a contractual offer or acceptance.  HP is not liable for any viruses that may be contained in this electronic transmission or any attachments.  If you have received this message in error, please notify the sender and delete it promptly.  Any disclosure, copying, distribution or use of this message and its contents received in error is strictly prohibited*

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                                                            **HP-SEC-00253254**