# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: April 23, 2024          Judge: Honorable Charles R. Breyer

Court Reporter: Jennifer Coulthard
Time: 4 Hours and 46 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
                USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Cross-examination of Christopher Goodfellow. Further jury trial set for April 24, 2024 at 9:15 a.m.

Witnesses Sworn: Stephanie Horan, Gary John Watkins, Roger Wang

Exhibits Marked and Admitted: 733, 799, 814, 815, 824, 826, 831, 851, 870, 1208, 1344, 1398, 1403, 2508, 2642, 2724,  2750, 2751, 2752, 2753, 3780, 3781, 5753, 5768, 5777, 5886, 5943, 7368, 7514, 8809, 9788, 9794, 9795, 9796, 9798, 12599, 12600, 12602, 12604, 12605, 12608, 12609, 12611, 12613, 12612, 12615, 12617, 12620, 12621, 12623, 12814, 12815, 12816, 12818, 12819, 12820,  12821, 12851, 12853, 12854, 12857, 16229, 16983, 17021, 17023, 23652, 23661, 23664