1   Jonathan M. Baum (SBN: 303469)
    **Steptoe LLP**
2   One Market Street
    Steuart Tower, Suite 1070
3   San Francisco, CA  94105
    Telephone:  (510) 735-4558
4   jbaum@steptoe.com
5
    Reid H. Weingarten
6   Brian M. Heberlig
7   Michelle L. Levin
    Nicholas P. Silverman
8   Drew C. Harris
9   (Admitted Pro Hac Vice)
    **Steptoe LLP**
10  1114 Avenue of the Americas
    New York, NY 10036
11  Telephone:  (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone:  (212) 878-3437
christopher.morvillo@cliffordchance.com


*Attorneys for Defendant*
*Michael Richard Lynch*

12

13                    **UNITED STATES DISTRICT COURT**

14                 **NORTHERN  DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA,

17          Plaintiff,

18      vs.

19
    MICHAEL RICHARD LYNCH and
20  STEPHEN KEITH CHAMBERLAIN,

21          Defendants.

22

23

Case No.: 3:18-cr-00577-CRB

Judge: Hon. Charles Breyer

**DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION *IN LIMINE* TO EXCLUDE THE FRC REPORT**

Court:  Courtroom 6 – 17th Floor
Date Filed:  April 27, 2024
Trial Date:  March 18, 2024

24

25

26

27

28

SILVERMAN DECL. ISO DEFENDANT MICHAEL RICHARD LYNCH'S MOTION *IN LIMINE* TO EXCLUDE
THE FRC REPORT – 3:18-CR-00577-CRB

**DECLARATION OF NICHOLAS P. SILVERMAN**

I, Nicholas P. Silverman, declare as follows:

1.      I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch.  I have been admitted pro hac vice to appear in this action.

2.      I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.      Attached hereto as Exhibit A is a true and correct copy of the two-page Explanatory Memorandum to the 270-page Tribunal Report issued in connection with the disciplinary proceedings before the U.K. Financial Reporting Council ("FRC") against Deloitte LLP, Richard Knights and Nigel Mercer.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 27, 2024, in Washington, D.C.


                                                                          */s/ Nicholas P. Silverman*
                                                                          Nicholas P. Silverman