# EXHIBIT G

Preparer: PP 09/04/2008
Reviewer: LPW 10/04/2008

Revenue contracts over $1m

8140: 1/1

**Verdasys**

| Client treatment | $ |
|---|---|
| License revenue recognised | 5,099,230 |
| Maintenance deferred | 276,785 |
| Services revenue | - |
| | 5,376,015 |
| Carve out % | 5% |
| Paid? | - |
| Payment date | n/a |
| Balance on A/R | 5,376,015 |

| Invoice details | |
|---|---|
| Invoice ref | 5210-ANA |
| Invoice date | 3/31/2009 |
| Invoiced from | Autonomy Inc |
| | $ |
| Invoice total | 5,541,015 |
| VAR? | ✗ |
| End User? | Verdasys Inc |
| Maintenance period | 31/03/2009-30/06/2012 |

| Contract details | Amendment | Original contract |
|---|---|---|
| Contract date | 3/31/2009 | |
| Contract signed? | ✓ | ✓ |
| Acceptance criteria? | ✗ | ✗ |
| Payment terms | $300/$600k per qr Sep 2009 - Jun 2012 | |
| License | 5,249,230 | 100,000 |
| Support | 291,785 | 10,000 |
| Total | 5,541,015 | 110,000 |
| Delivery | ELECTRONIC | |

**Details**
This sale is for nonrefundable prepaid sublicense fees through an amendment to an OEM customer, Verdasys Inc. Given that they are nonrefundable, it is reasonable to recognise this amount upfront. The invoice was issued against the signed OEM amendment dated 31 March 2009. The full invoice per the amendment is a number of amounts to clear outstanding sublicense fees at the date of the agreement, plus $5m nonrefundable prepaid sublicense fees and an additional $250k for prepaid supprt fees. Payment terms are quarterly amounts for $300-600k ($15-30k for support element) until 30 June 2012, the first being due 30 September 2009. The latest Verdasys audit revealed that approx. $2m of royalty revenues due to Autonomy per the previous agreement had been concealed and not paid. As a result, in order to continue being an OEM for Autonomy they agreed to enter into a large long term deal for $5m here. Had they not entered into this deal Verdasys would have been liable to pay Autonomy the $2m of fees owed up front as a result of the PwC audit.

The carve out rate is 5%.

Carve out rates have been tested in previous quarters and it has been shown that the fair value of maintenance for first line users lies in the range 15-21%. In some cases a lower carve out rate has been noted in instances where the deals exceed $1m and so in these instances it would be appropriate to carve out a lower % rate. In this case therefore, a rate of 5% is appropriate. As this deal has extended payment terms, Autonomy have discounted future cashflows in recognising the revenues. The discount rate used is 0.5%, being linked to the BoE base rate at March 2009. This only amounts to a trifling $53k adjustment and that therefore any material error is unlikely.

**Collectibility**
The invoice is not yet due so Deloitte have reviewed payment histories. Verdasys have been a customer since 2006 with a number of deals beween $100-$300k at regular intervals, with nothing left outstanding to pay prior to this new deal. Though no amounts as large as this have been agreed before, there is nothing to indicate the quarterly repayments could not be met.

**Delivery**
Proof of delivery is evidenced by the email sent to Verdasys on 31/3/2009 which confirms that both the IDOL and Virage software is available on the Automater System.

**Revenue recognition**
a) The risks and rewards of ownership passed to the customer when the item was delivered, which was before the quarter end.
b) Autonomy has not retained any managerial control
c) The revenue can be measured effectively as it is stated on both the invoice and the contract
d) It is probable that economic benefits will flow to the entity
e) There are no costs incurred in this transaction.

**Conclusion**
In light of the fact that all of the revenue recognition criteria as per IAS 18 have been satisfied, it is appropriate for the license revenue to be recognised, and that the support and maintenance will be deferred over the relevant period. **SATISFACTORY**.