# EXHIBIT A

# [EXTERNAL] Re: US v Lynch: Antonia Anderson - Reschedule Testimony to on or about 5/6

| | |
|---|---|
| From: | August Gugelmann <august@smllp.law> |
| To: | "Reeves, Adam (USACAN)" <areeves@usa.doj.gov>, Ed Swanson <ed@smllp.law> |
| Cc: | "Mellert, Megan M. (SF) (FBI)" <mmmellert@fbi.gov>, "Leach, Robert (USACAN)" <rleach@usa.doj.gov>, "Green, Kristina (USACAN)" <kgreen1@usa.doj.gov>, "Abrahamson, Zachary (ATR)" <zachary.abrahamson@usdoj.gov>, "Huebsch, Britta Felicia (SF) (FBI)" <bfhuebsch@fbi.gov> |
| Date: | Sun, 07 Apr 2024 16:24:01 -0700 |

Hello Adam —

We heard back from Antonia, and indeed this creates a hardship. Her husband has rearranged his work schedule and their childcare schedule to accommodate the 4/15 date, and it appears he will be out of the country after that. They have also set medical appointments for their daughter based on when Antonia expected to be available. I am out this week but can find to talk if needed.

Thanks,
August

---

**From:** Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Sent:** Sunday, April 7, 2024 12:06 PM
**To:** August Gugelmann <august@smllp.law>; Ed Swanson <ed@smllp.law>
**Cc:** Mellert, Megan M. (SF) (FBI) <mmmellert@fbi.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>; Abrahamson, Zachary (ATR) <Zachary.Abrahamson@usdoj.gov>; Huebsch, Britta Felicia (SF) (FBI) <BFHUEBSCH@fbi.gov>
**Subject:** US v Lynch: Antonia Anderson - Reschedule Testimony to on or about 5/6

Hi August.  Hi Ed.  We would like to please reschedule Antonia Anderson's testimony in the trial to sometime in early May, as one of the last witnesses in our case in chief.  This request is driven by the fact that we hope to call certain witnesses in advance of Ms. Anderson's testimony and effectively confront her with facts and circumstances suggested by the other testimony of other witnesses that may have been withheld from her as an auditor.  So, there is an important need for this rescheduling and moving her to the end of the trial.  I regret any disruption to Ms. Anderson, who has cooperated with our investigation for so long.  But, at this point we need to not call her on 4/15, as originally planned, and zero in on the week of 5/6 instead.  Please call me as soon as possible if this change creates a hardship for Ms. Anderson.  If not, then Megan will follow-up with the specific scheduling details.  As you both know, there is only so much we can control about the trial schedule.  I hope you can please convey that to Ms. Anderson.  By all means, please call if it would help to talk.  Many many thanks, Adam

Adam A. Reeves
Assistant United States Attorney
United States Attorney's Office
Northern District of California

450 Golden Gate Avenue, 11th Floor
San Francisco, California, 94102
Cell: (415) 912-6457
adam.reeves@usdoj.gov