# EXHIBIT 6

Protected Materials subject to the January, 11, 2017 Protective Order in United States v. Hussain, Case No. CR 16-462 CRB

| | |
|---|---|
| To: | Murrin, James T[jim.murrin@hp.com]; Branch, Betsy[betsy.branch@hp.com] |
| Cc: | Rebecca.Villalobos@ey.com[Rebecca.Villalobos@ey.com] |
| From: | brian.outland@ey.com |
| Sent: | Fri 11/11/2011 2:30:00 PM |
| Importance: | Normal |
| Subject: | Agenda |
| | Q4 EY CFO Session - November 11 2011.pptx |

Here is the agenda for this afternoon. Let me know if you have any questions or comments.

Thanks,

Brian



**Brian T. Outland | Partner | Assurance and Advisory Business Services**

Ernst & Young LLP
303 Almaden Boulevard, San Jose, California 95110, United States of America
Office: +1 408 947 5500 | Direct: +1 408 918 5905 | 303 Almaden Blvd
Fax: +1 866 399 2558
Website: www.ey.com
Assistant: Rebecca Villalobos | Phone: +1 408 947 5574 / +1 650 857 3398 | rebecca.villalobos@ey.com
Thank you for considering the environmental impact of printing emails.

**Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.**

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for Ernst & Young Online and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

EXHIBIT
504
SF3853



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00676802

US_FBI_E-00002630

EXH 5721-0002

## Executive summary

### 2011 observations

- Q4 areas of focus
  - webOS/Palm impairments and contract costs
  - Compaq tradename impairment risk
  - Autonomy acquisition
  - Income tax provision
- No significant changes to planned audit approach for ongoing operations
  - Testing thresholds aligned to revised forecasts
- Reasonable judgments by management on accounts requiring estimation
  - Consistent level of conservatism

- Unrecorded audit differences are immaterial
- Unremediated internal control deficiencies are not significant
- Income tax process and control environment are improving
  - Continued effort in 2012

Page 2 — Ernst & Young Executive Session — Private and confidential

⫸ ERNST & YOUNG
Quality In Everything We Do

2

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00676803

US_FBI_E-00002631

EXH 5721-0003



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00676804

US_FBI_E-00002632

EXH 5721-0004



# Hewlett-Packard Company

Q4 FY'11 CFO update
November 11, 2011

**ERNST & YOUNG**
*Quality In Everything We Do*

US_FBI_E-00002633

**EXH 5721-0005**

# Executive summary

## 2011 observations

▲ Q4 areas of focus
- webOS/Palm impairments and contact costs
- Compaq tradename impairment risk
- Autonomy acquisition
- Income tax provision

▲ No significant changes to planned audit approach for ongoing operations
- Testing thresholds aligned to revised forecasts

▲ Reasonable judgments by management on accounts requiring estimation
- Consistent level of conservatism

▲ Unrecorded audit differences are immaterial

▲ Unremediated internal control deficiencies are not significant

▲ Income tax process and control environment are improving
- Continued effort in 2012

**Audit is substantially complete, pending review of the year-end tax provision**

≡ ERNST & YOUNG
Quality In Everything We Do

# Q4 FY'11 Update

- webOS/Palm
  - Goodwill
  - Intangibles
  - Supplier accruals
  - Non GAAP adjustment considerations
- Compaq tradename
  - Book value ≈ fair value
  - Impairment considerations
  - Utilization of the tradename
- Autonomy acquisition
  - Valuation of intangibles – preliminary
  - FY'12 revenue recognition/maintenance pricing
  - Cash confirmation procedures
  - Revenue includes $115M of hardware

- ES contracts
  - IDA Singapore
  - Alcatel Lucent
- Bonus
- Software accounting
  - Internally developed vs. developed for resale

US_FBI_E-00002635

EXH 5721-0007