Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**DEFENDANT STEPHEN CHAMBERLAIN'S JOINDER IN DEFENDANT MICHAEL LYNCH'S MOTIONS IN LIMINE (ECF NOS. 454-456)**<br><br>Judge:    Hon. Charles R. Breyer<br>Place:    Courtroom 6 – 17th Floor<br>Date Filed:    April 29, 2024<br>Trial Date:    March 18, 2024 |

1 | Defendant Stephen Chamberlain joins and incorporates herein Defendant Michael Lynch's Motions in Limine to Exclude the FRC Report (ECF No. 454), Preclude Expert Testimony on Differences of Opinion (ECF No. 455), and Exclude Cumulative Testimony (ECF No. 456).

The Court should grant Defendant Michael Lynch's aforementioned Motions in Limine.

DATED: April 29, 2024

Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP

By: _____
Gary S. Lincenberg
Attorneys for Defendant Stephen Keith Chamberlain