# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date: April 29, 2024     Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina, Jennifer Coulthard
Time: 5 Hours and 21 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Jury trial held.  Further jury trial set for April 30, 2024 at 9:15 a.m.

Witnesses Sworn: Leo Apotheker

Exhibits Marked and Admitted: 1519, 1541, 1543, 1546, 1865, 2198, 2246, 2301, 2376, 2991, 4628, 4630, 4635, 4648, 4649, 4650, 4659, 4684, 4692, 4709, 4787, 4799, 4805, 4812, 4826, 4827, 4830, 4835, 4839, 4840, 4846, 4843, 4859, 4870, 4873, 4877, 4879, 4883, 6604, 7471, 7472, 8269, 8290, 8499, 8577, 8827