UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE:<br>Charles R. Breyer | PLAINTIFF ATTORNEY:<br>Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | DEFENSE ATTORNEY:<br>Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
|---|---|---|
| **TRIAL DATE:**<br>April 29, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Judge cried-in. All jurors present. All parties present. Court Reporter – Rhonda Aquilina. Government witness sworn-<br>**Leo Apotheker** | |
| 1519 | | | X | X | Exhibit 1519 marked and admitted<br>Email from R. Lane to L. Apotheker re "Fwd: Fw:" | |
| 1541 | | | X | X | Exhibit 1541 marked and admitted<br>Email from S. Robison to L. Apotheker, Cc to C. Lesjak re "FW: Autonomy earnings release" | |
| 1546 | | | X | X | Exhibit 1546 marked and admitted<br>E-mail from Shane Robison to Leo Apotheker, dated February 7, 2011, regarding "FW: A" | |
| 4635 | | | X | X | Exhibit 4635 marked and admitted<br>Atlantis | |
| 4648 | | | X | X | Exhibit 4648 marked and admitted<br>Re: Tacoma | |
| 4649 | | | X | X | Exhibit 4649 marked and admitted<br>RE: Mike Lynch | |
| 4883 | | | X | X | Exhibit 4883 marked and admitted<br>2011-05-25 BOD Document_v7.pptx | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1865 | | | X | X | Exhibit 1865 marked and admitted<br>Email from ApothekerL to RobisonS re "RE: Lunch - condfidential" | |
| 4684 | | | X | X | Exhibit 4684 marked and admitted<br>Atlantis | |
| 4805 | | | X | X | Exhibit 4805 marked and admitted<br>Minutes of A Regular Meeting of The Board of Directors of Hewlett-Packard Company | |
| 4859 | | | X | X | Exhibit 4859 marked and admitted<br>Mike | |
| 2198 | | | X | X | Exhibit 2198 marked and admitted<br>E-mail from Shane Robison to Leo Apotheker and Cathie Lesjak, dated August 9, 2011, regarding "Diligence Update" | |
| 2246 | | | X | X | Exhibit 2246 marked and admitted<br>Email from ApothekerL to LynchM and RobisonS re Our call | |
| 2991 | | | X | X | Exhibit 2991 marked and admitted<br>Email from ApothekerL to FielerS/WohlB re "earnings" | |
| 2301 | | | X | X | Exhibit 2301 marked and admitted<br>Letter from Paul T. Porrini and Leo Apotheker to The Board of Directors Autonomy Corporation plc, dated 18 August 2011 regarding "Offer for Autonomy Corporation plc "Autonomy" " | |
| 4877 | | | X | X | Exhibit 4877 marked and admitted<br>FW: Industry Analysts Question Autonomy's OEM Revenues, the Value of Acquired Assets | |
| 4879 | | | X | X | Exhibit 4879 marked and admitted<br>RE: Autonomy answers | |
| 4799 | | | X | X | Exhibit 4799 marked and admitted<br>FW: Misinformation document | |
| 2295 | | | X | | Exhibit 2295 previously admitted | |
| 2376 | | | X | X | Exhibit 2376 marked and admitted<br>E-mail from Leo Apotheker to all HP employees dated September 22, 2011 | |
| | | 10:37 a.m. | | | Jurors on break. Discussion re Motion in Liminie | |
| | | 10:49 a.m. | | | Court in recess | |
| | | 11:05 a.m. | | | Court reconvened. All jurors present. All parties present. Government has no further questions. Defense (Lynch) cross-examination of witness Leo Apotheker | |
| | 4826 | | X | X | Exhibit 4826 marked and admitted<br>LA-SEC0017522.docx | |
| | 4628 | | X | X | Exhibit 4628 marked and admitted<br>Nov 13 - Project Cielo Update_MAIN_vFINAL.pptx | |
| | 4827 | | X | X | Exhibit 4827 marked and admitted<br>Nov 30 - EC Offsite.pdf | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4830 | | | X | X | Exhibit 4830 marked and admitted<br>Tacoma ATN IRB 03-03-11_BoD.pptx | |
| | 1519 | | X | | Exhibit 1519 previously admitted | |
| | 4630 | | X | X | Exhibit 4630 marked and admitted<br>RE: RE: Fw: | |
| | 1543 | | X | X | Exhibit 1543 marked and admitted<br>E-mail from Leo Apotheker to Shane Robison, dated February 3, 2011, regarding "Autonomy" | |
| | 4635 | | X | X | Exhibit 4635 previously admitted | |
| | 4650 | | X | X | Exhibit 4650 marked and admitted<br>RE: Singapore | |
| | 4659 | | X | X | Exhibit 4659 marked and admitted<br>FW: Perella Weinberg Presentation | |
| | 4835 | | X | X | Exhibit 4835 marked and admitted<br>Project Atlantis 110525.pptx | |
| | 4812 | | X | X | Exhibit 4812 marked and admitted<br>Minutes of A Regular Meeting of The Board of Directors of Hewlett-Packard Company | |
| | | 12:14 p.m.<br>12:18 p.m.<br>1:09 p.m. | | | Jurors on break. Discussion re witness line-up<br>Court in recess<br>Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present.  All parties present. Defense (Lynch) cross-examination of witness Leo AApotheker | |
| | 4812 | | X | | Exhibit 4812 previously admitted | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 1649 | | X | | Exhibit 1649 previously admitted | |
| | 1535 | | X | | Exhibit 1535 previously admitted | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | 5943 | | X | | Exhibit 5943 previously admitted | |
| | 7472 | | X | X | Exhibit 7472 marked and admitted<br>Email from KanterA to CayneB, GehrigerN, and WokesS, re: " RE: Project Daniel 1Room) | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | 4684 | | X | | Exhibit 4684 previously admitted | |
| | 8269 | | X | X | Exhibit 8269 marked and admitted<br>Email from ApothekerL to LesjakC; NairG; RobisonS; RisauM, re: "RE: Private - latest Board drafts" | |
| | 4692 | | X | X | Exhibit 4692 marked and admitted<br>FW: Atlantis Analysis | |
| | 6604 | | X | X | Exhibit 6604 marked and admitted<br>Email from RobisonS to ApothekerL FW: Atlantis Analysis | |
| | 4840 | | X | X | Exhibit 4840 marked and admitted<br>Portfolio discussion _vMASTER July BOD.pptx | |

| | | | | | |
|---|---|---|---|---|---|
| 4843 | | X | X | Exhibit 4843 marked and admitted<br>Project Hawk - Strategic Considerations (2011-07-20).pdf | |
| 4805 | | X | X | Exhibit 4805 previously admitted | |
| | 2:27 p.m. | | | Court in recess | |
| | 2:47 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of Leo Aoptheker | |
| 4709 | | X | X | Exhibit 4709 marked and admitted<br>RE: Important, Oracle Mark H. meeting with NEC Japan | |
| 4839 | | X | X | Exhibit 4839 marked and admitted<br>FW: Atlantis: Interloper Analysis | |
| 4843 | | X | | Exhibit 4843 previously admitted | |
| 8577 | | X | X | Exhibit 8577 marked and admitted<br>Email from RobisonS to ApothekerL, re: "quick update" | |
| 8827 | | X | X | Exhibit 8827 marked and admitted<br>Email from RobisonS to ApothekerL, re: "FW: Tesla - update" | |
| 4846 | | X | X | Exhibit 4846 marked and admitted<br>1Project Tesla BoD Presentation 8 5 11 vSent.pptx | |
| 7471 | | X | X | Exhibit 7471 marked and admitted<br>Email from StrathmeierA to JohnsonA, re: "FW: Project Tesla - draft August 9, 2011v2.pdf" | |
| 8499 | | X | X | Exhibit 8499 marked and admitted<br>Email from JohnsonA to ApothekerL, RobisonS, cc: NairG, RisauM, re: "[No Subject]" | |
| 8290 | | X | X | Exhibit 8290 marked and admitted<br>Email from WeinbergP to ApothekerL, cc: VarugheseJ, re: "Our views" | |
| 4870 | | X | X | Exhibit 4870 marked and admitted<br>20110816 BoD_F v2.pptx | |
| 4873 | | X | X | Exhibit 4873 marked and admitted<br>Tesla BoD Presentation 881v5.pptx | |
| 4787 | | X | X | Exhibit 4787 marked and admitted<br>Re: Final comment | |
| | 3:48 p.m.<br><br>4:28 p.m. | | | Jurors excused until April 30, 2024 at 9:15 a.m.<br>Discussion re witness testimony<br>Court adjourned until April 30, 2024 at 9:15 a.m. | |