# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  April 30, 2024                                Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 39 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defense cross-examination of witness Leo Apotheker. Defense cross-examination of witness Roger Wang.  Further jury trial set for May 1, 2024 at 9:15 a.m.

Witnesses Sworn: Harald Peter Collet

Exhibits Marked and Admitted: 397, 2308, 3108, 3117, 3118, 3120, 3121, 3654, 3876, 4056, 4170, 4172, 4792, 6567, 7229, 7284, 7289, 7947, 8474, 8564, 8795, 8921, 11983, 12022, 12023, 12024, 12051, 12072, 12073, 12074, 12075, 12076, 12077, 12094, 12095, 12096, 12097, 12098, 12101, 12102, 12103, 12120, 12121, 12122, 12144, 12252, 12179, 12180, 16305, 16418, 16502, 16582, 16629,  16630,16631, 16632, 16352, 16583, 16584, 16653,  16655, 16681, 16687, 16688, 16737, 16953, 16954

Exhibits Marked: 17295 (Demonstrative)

: