UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: May 1, 2024                               Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 20 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name: USA v. Michael Richard Lynch
           USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Defense cross-examination of witness Roger Wang. Defense cross-examination of Joel Scott.  Further jury trial set for May 2, 2024 at 9:15 a.m.
Government's Motion in Limine at ECF Docket No. 458- The Court GRANTED in part and DENIED in part the Government's motion to admit otherwise precluded evidence because the defense "opened the door" during the cross-examination of Joel Scott  (dkt. 458).

Witnesses Sworn:  Jane Elizabeth Cavanaugh Snider

Exhibits Marked and Admitted: 1655, 1832, 1840, 1842, 1859, 1861, 1863, 1869, 1890, 1891, 1915, 2324, 2960, 3824, 3839, 5838, 5841, 5844, 5848, 7674, 7680, 7752, 7961, 7993, 8101, 8221, 8622, 8651, 8654, 8671, 8675, 8794, 8800, 8803, 8804, 8805, 8810, 8811, 8814, 8815, 8821, 9827, 13969, 14796