UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
   <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 1, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:16 a.m. | | | Judge cried-in. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Roger Wang | |
| | 7674 | | X | X | Exhibit 7674 marked and admitted<br>Email from GallagherD to WangR, cc: HaymanJ, re: "Database archiving - Investigation" | |
| | 8794 | | X | X | Exhibit 8794 marked and admitted<br>Email from WangR to PalmerD; GallagherD, cc: JoinerD; PapatsarasA; LivaudaisF; MutrejaM, re: "RE: Slides from last Monday presentation" | |
| | 8800 | | X | X | Exhibit 8800 marked and admitted<br>Email from GallagherD to WongR, re: "Fwd: RE: StorHouse database archiving" | |
| | 3839 | | X | X | Exhibit 3839 marked and admitted<br>RE: Options for Digital Safe + StorHouse | |
| | 814 | | X | | Exhibit 814 previously admitted | |
| | 3824 | | X | X | Exhibit 3824 marked and admitted<br>RE: StorHouse / Digital safe system | |
| | 8803 | | X | X | Exhibit 8803 marked and admitted<br>Email from WangR to ShethR, re: "FW: Spam: Fwd: RE: StorHouse documentation" | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8804 | | X | X | Exhibit 8804 marked and admitted<br>Email from DeshpandaA to OosthuizenS; ImamH; WangR, cc: WhinneyC, re: "RE: Digital Safe and Storhouse" | |
| | 8805 | | X | X | Exhibit 8805 marked and admitted<br>Email from DesphandeA to DeshpandeA; OssthuizenS; ImamH; WangR, cc: WhinneyC, re: "RE: Digital Safe and StorHouse" | |
| | 7680 | | X | X | Exhibit 7680 marked and admitted<br>Email from WehrA to WangR;KlinkJ; VangF; CardaniucA, YanS, re: "RE: Safe03-las \| sh1vg?" | |
| | 5753 | | X | | Exhibit 5753 previously admitted | |
| | | 9:43 a.m. | | | Government re-direct of witness Roger Wang | |
| 8794 | | | X | | Exhibit 8794 previously admitted | |
| 3654 | | | X | | Exhibit 3654 previously admitted | |
| 7680 | | | X | | Exhibit 7680 previously admitted | |
| | | 9:58 a.m. | | | | |
| | 8821 | | X | X | Exhibit 8821 marked and admitted<br>Execution Copy of Schedule No. 1 between Autonomy and GIE AXA | |
| | | 10:05 a.m. | | | Witness excused | |
| | | 10:06 a.m. | | | Government witness sworn<br>**Jane Elizabeth Cavanaugh Snider** | |
| 1655 | | | X | X | Exhibit 1655 marked and admitted<br>Email from SniderJ to MartoranaT attaching Amendment No. 3 to Abbott agreement | |
| 1842 | | | X | X | Exhibit 1842 marked and admitted<br>Email from SniderJ to MockaitisC and FliegelJ re Prepayment Discount. For $15mm pre-payment, Abbott would receive various perks | |
| 1859 | | | X | X | Exhibit 1859 marked and admitted<br>E-mail from David Wilner to Mike Sullivan; Neil Araujo; Sushovan Hussain and cc'd to Jane Snider, dated June 20, 2011 regarding "Additional Abbott update" | |
| 1861 | | | X | X | Exhibit 1861 marked and admitted<br>Email from SullivanM to WilnerD, AraujoN and HussainS, cc to SniderJ re Additional Abbott update (from call with FliegelJ) | |
| 1863 | | | X | X | Exhibit 1863 marked and admitted<br>Email from WilnerD to SniderJ , cc to SullivanM re four options for Abbott | |
| | | 10:42 a.m. | | | Court in recess | |
| | | 11:00 a.m.<br><br>11:01 a.m. | | | Court reconvened.  All parties present.<br><br>All jurors present. All parties present. Government direct-examination of witness Jane Elizabeth Cavanaugh Snider | |
| 1869 | | | X | X | Exhibit 1869 marked and admitted<br>Email from SniderJ to FliegelJ, cc to SullivanM and WilnerD re Abbott proposal (for a 10 TB capacity license to be used for any new data loaded) | |
| 1890 | | | X | X | Exhibit 1890 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from ChamberlainS to GuiaoJ re Abbott contract | |
| 1915 | | | X | X | Exhibit 1915 marked and admitted<br>Email from WinklerR to GuiaoJ re Abbott Labs | |
| 1891 | | | X | X | Exhibit 1891 marked and admitted<br>Email from GuiaoJ to ChamberlainS re Abbott Amendment No. 4 | |
| 1915 | | | X | | Exhibit 1915 previously admitted | |
| 1840 | | | X | X | Exhibit 1840 marked and admitted<br>E-mail from Mike Sullivan to Sushovan Hussain, dated June 13, 2011 regarding "Abbott" | |
| | | 11:11 a.m. | | | Defense (Lynch) cross-examination of witness Jane Snider | |
| | 1832 | | X | X | Exhibit 1832 marked and admitted<br>Email from SniderJ to WilnerD and DaoustM re ABL013 Potential Revisions | |
| | 1842 | | X | | Exhibit 1842 previously admitted | |
| | 1863 | | X | | Exhibit 1863 previously admitted | |
| | 1869 | | X | | Exhibit 1869 previously admitted | |
| | 5844 | | X | X | Exhibit 5844 marked and admitted<br>Email from MockaitisC to SniderJ RE: FW: Proposal | |
| | 5838 | | X | X | Exhibit 5838 marked and admitted<br>Email from SniderJ to SullivanM, WilnerD RE: Abbott | |
| | 5841 | | X | X | Exhibit 5841 marked and admitted<br>Email from SniderJ to FliegelJ RE: Contract | |
| | 1891 | | X | | Exhibit 1891 previously admitted | |
| | 5848 | | X | X | Exhibit 5848 marked and admitted<br>Email from Snider to Wilner RE Rayment terms for licence | |
| | 1915 | | X | | Exhibit 1915 previously admitted | |
| | 1840 | | X | | Exhibit 1840 previously admitted | |
| | | 12:07 p.m.<br><br>12:20 p.m. | | | Jurors on break.  Court inquiry re view on cross-examination of witness Jane Snider. Government's Motion in Limine at ECF Docket No. 458- Granted in Part, Denied in Part.<br>Court in recess | |
| | | 1:07 p.m.<br><br><br><br><br>1:08 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All parties present. Discussion re objections to portions of Marc Geall's deposition. Court will review the transcript.<br>All jurors present.  All parties present.<br>Defense (Lynch) cross-examination of witness Jane Snider. | |
| | 5838 | | X | | Exhibit 5838 previously admitted | |
| | 2324 | | X | X | Exhibit 2324 marked and admitted<br>Email from GuiaoJ to SniderJ re Abbott contact | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:26 p.m. | | | Defense (Chamberlain) cross-examination of Jane Snider | |
| | 1890 | | X | | Exhibit 1890 previously admitted | |
| | 14796 | | X | X | Exhibit 14796 marked and admitted<br>2011 Q2 Q2 8130c Q2 2011 [higher than] $1m revenue testing.xlsx | |
| | 9827 | | X | X | Exhibit 9827 marked and admitted | |
| | 2324 | | X | | Exhibit 2324 previously admitted | |
| | | 1:47 p.m. | | | Government re-direct of witness Jane Snider | |
| 5848 | | | X | | Exhibit 5848 previously admitted | |
| 1890 | | | X | | Exhibit 1890 previously admitted | |
| 2324 | | | X | | Exhibit 2324 previously admitted | |
| | | 1:55 p.m. | | | Defense (Lynch) re-cross examination of Jane Snider | |
| | 1891 | | X | | Exhibit 1891 previously admitted | |
| | | 1:58 p.m. | | | Defense (Chamberlain) re-cross examination of Jane Snider | |
| | | 1:59 p.m. | | | Witness excused | |
| | | 2:00 p.m. | | | Defense (Lynch) cross-examination of Joel Scott | |
| | 6259 | | X | | Exhibit 6259 previously admitted | |
| | 7752 | | X | X | Exhibit 7752 marked and admitted<br>Email from PrasadR to "crf@autonomy.com", cc: ScottJ, bcc: PrasadR, re: "Settlement for Onstream Media" discussing stipulation needing to be signed | |
| | 8101 | | X | X | Exhibit 8101 marked and admitted<br>Email from ScottJ to KanterA, re: "FW: Immediate changes for finance management - ATTORNEY CLIENT PRIVILEGED" | |
| | 7961 | | X | X | Exhibit 7961 marked and admitted<br>Email from GuiaoJ to DollG; CroleyD cc: ScottJ re: "FW Hogenson" | |
| | 8221 | | X | X | Exhibit 8221 marked and admitted<br>Email from ChengR to ScottJ, cc: "DCroley@fddcm.com"; CrainA; SchouL; ChengR, re: "RE: Autonomy matter reports" attaching file of attachments "Autonomy_Brent.piz" | |
| | 7961 | | X | | Exhibit 7961 previously admitted | |
| | 7955 | | X | | Exhibit 7955 previously admitted | |
| | 7954 | | X | | Exhibit 7954 previously admitted | |
| | 7955 | | X | | Exhibit 7955 previously admitted | |
| | 8622 | | X | X | Exhibit 8622 marked and admitted<br>Email from KanterA to DaleyS, re: "FW: Autonomy Audit Committee Meeting - Tuesday 20th July | |
| | 979 | | X | | Exhibit 979 previously admitted | |
| | | 2:42 p.m.<br><br>2:51 p.m. | | | Jurors on break. Discussion re objections of Marc Geall's deposition.<br>Court in recess | |
| | | 3:05 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Joel Scott. | |
| | | | | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1014 | | X | | Exhibit 1014 previously admitted | |
| | 8257.2 | | X | | Exhibit 8257.2 – objection to the admission of the exhibit | |
| | 8651 | | X | X | Exhibit 8651 marked and admitted<br>Email from ScottJ to CroleyD, re: "FW: Finance restructuring" | |
| | 8654 | | X | X | Exhibit 8654 marked and admitted<br>Email from ScottJ to SbotoJ; WunderlichR; McLauhglinK; DollG, re: "privileged and confidential" | |
| | 8814 | | X | X | Exhibit 8814 marked and admitted<br>1/0/00 | |
| | 8815 | | X | X | Exhibit 8815 marked and admitted<br>1/0/00 | |
| | 8811 | | X | X | Exhibit 8811 marked and admitted<br>1/0/00 | |
| | 8810 | | X | X | Exhibit 8810 marked and admitted<br>1/0/00 | |
| | 8671 | | X | X | Exhibit 8671 marked and admitted<br>Email from ScottJ to CroleyD, re: "Hogenson Facts material to Motions = A/C Privileged" | |
| | 7993 | | X | X | Exhibit 7993 marked and admitted<br>Email from DollG to KanterA, re: "Confidential" | |
| | 13969 | | X | X | Exhibit 13969 marked and admitted<br>Agenda for Audit 2010 - Update Meeting attended by EganC and MercerN | |
| | 6351 | | X | | Exhibit 6351 previously admitted | |
| | 1531 | | X | | Exhibit 1531 previously admnitted | |
| | 6351(a) | | X | | Exhibit 6351(a) previously admitted | |
| | 8675 | | X | X | Exhibit 8675 markied and admitted<br>Email from ScottJ to MRL, re: (No subject) - Joel on keeping his title | |
| | | 3:43 p.m.<br><br>3:57 p.m. | | | Jurors excused until May 2, 2024 at 9:15 a.m.<br>Discussion re Marc Geall's deposition.<br>Court adjourned until May 2, 2024 at 9:15 a.m. | |

5