UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  May 2, 2024                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 9 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie, Abraham Rejwan (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Sivler, Michelle Levin Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Defense cross-examination of witness Joel Scott.
Further jury trial set for May 6, 2024 at 9:15 a.m.

Witnesses Sworn: Albert A. Furman, Neil Araujo

Exhibits Marked and Admitted: 114, 139, 225, 533, 635, 1298, 1319, 1329, 1392, 1452, 1499, 1642, 1698, 1728, 4952, 6243, 6264, 7363, 7364, 7366, 8257.2, 8377, 8623, 8767, 9774, 9775, 9776, 9787, 9790, 9793, 9810, 9811, 9812, 9813, 9814, 9815, 9816, 9817, 9818, 9820, 9822, 9829, 15555, 15671, 15832, 16425, 16544, 16675, 16823, 16943, 17282, 23623

Exhibits Marked: 30000 (Demonstrative)

: