UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　<u>USA v. Stephen Keith Chamberlain</u>

**AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie Abraham Rejwan (Chamberlain)<br><br>Christopher J. Morvillo Celeste Koeleveld Brian Heberlig Jonathan Baum Daniel Silver Michelle Levin Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>May 2, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:11 a.m.<br><br>9:12 a.m.<br><br>9:18 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. All parties present. Counsel requested Albert Furman be called out of order. This witness has been on standby since April 29th. Requested Granted.<br>Court adjourned.<br><br>All jurors present. All parties present.<br>Government witness sworn – **Albert A. Furman** | |
| 16675 | | | X | X | Exhibit 16675 marked and admitted<br>Statement of Work for e-business Digital Archiving Hosting between Zantaz and Morgan Stanley signed by EganS | |
| 459 | | | X | | Exhibit 459 previously admitted | |
| 1698 | | | X | X | Exhibit 1698 marked and admitted<br>Email from CrumbacherJ to JacobsA and KaufmannM, cc to EganC attaching fully executed copies of three Morgan Stanley Agreements | |
| 459 | | | X | | Exhibit 459 previously admitted | |
| 592 | | | X | | Exhibit 592 previously admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1642 | | | X | X | Exhibit 1642 marked and admitted<br>Email from FurmanA to SandhuS re Storage fee restructure as discussed, attaching Morgan Stanley 16 March 2011.xls | |
| 1698 | | | X | | Exhibit 1698 previously admitted | |
| 1728 | | | X | X | Exhibit 1728 marked and admitted | |
| | | 9:36 a.m. | | | Defense (Lynch) cross-examination of witness Albert A. Furman | |
| | 114 | | X | X | Exhibit 114 marked and admitted<br>Email from M. Kaufmann to J. Crumbacher, Cc to A. Furman, et al., re "Certain Morgan Stanley/Autonomy Documentation" | |
| | 16675 | | X | | Exhibit 16675 previously admitted | |
| | 459 | | X | | Exhibit 459 marked and admitted | |
| | 6264 | | X | X | Exhibit 6264 marked and admitted<br>Email chain between LeporeT, MarsellaA, BholaD re Morgan FW: Stuff | |
| | 533 | | X | X | Exhibit 533 marked and admitted<br>Email from A. Furman to TJ Lepore re "RE: Structured Probability Engine" | |
| | 635 | | X | X | Exhibit 635 marked and admitted<br>Email from A. Furman to TJ Lepore & A. Marsella re "latest from Autonomy " | |
| | 7366 | | X | X | Exhibit 7366 marked and admitted<br>Email from FurmanA re "AU/MS Notes and follow-ups" | |
| | 225 | | X | X | Exhibit 225 marked and admitted<br>IDC Report titled "Worldwide Search and Discovery Software 2009-2013 Forecast Update and 2008 Vendor Shares" by Susan Feldman | |
| | 459 | | X | | Exhibit 459 previously admitted | |
| | 7363 | | X | X | Exhibit 7363 marked and admitted<br>March 2011 Amendment to ZANTAZ Digital Safe Service Agreement | |
| | 1728 | | X | | Exhibit 1728 previously admitted | |
| | 7363 | | X | | Exhibit 7363 previously admitted | |
| | 1728 | | X | | Exhibit 1728 previously admitted | |
| | 7364 | | X | X | Exhibit 7364 marked and admitted<br>Statement of Work #13 ZANTAZ Digital Safe Service Agreement | |
| | | 10:31 a.m. | | | Defense (Chamberlain) cross-examination of witness Albert A. Furman | |
| | | 10:32 a.m. | | | Government re-direct of witness Albert A. Furman | |
| 533 | | | X | | Exhibit 533 previously admitted | |
| 635 | | | X | | Exhibit 635 previously admitted | |
| | | 10:35 a.m. | | | Defense (Lynch) re-re cross examination of witness Albert A. Furman | |
| | | 10:36 a.m. | | | Witness excused.  Court in recess | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:57 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense (Lynch) cross-examination of witness **Joel Scott** | |
| | 8257.2 | | X | X | Exhibit 8257.2 marked and admitted<br>Clip 2: 46:53-51:14 | |
| | 8767 | | X | X | Exhibit 8767 marked and admitted<br>Email from ScottJ to HussainS, MenellP, ChamberlainS, re: "RE: MT" | |
| | 8767.2 | | X | X | Exhibit 8767.2 marked and admitted<br>Attachment to 12/23/2010 Scott email: "MicroTech ATIC - 23-12-2010.doc" | |
| | 16943 | | X | X | Exhibit 16943 marked and admitted<br>MRL approves $9.6m purchase of the "Advanced Technology Innovation Centre" (Microtech) | |
| | 23623 | | X | X | Exhibit 23623 marked and admitted<br>NRO PO | |
| | 1282 | | X | | Exhibit 1282 previously admitted | |
| | 8623 | | X | X | Exhibit 8623 marked admitted<br>Federal Cloud Computing Strategy | |
| | 8377 | | X | X | Exhibit 8377 marked and admitted<br>Email from ScottJ to MRL, HussainS, KanterA, re: "Microlink - Update & Actions" | |
| | 6243 | | X | X | Exhibit 6243 marked and admitted<br>Email from MRL to ScottJ, HussainS, KanterA re Microlink-Update & Actions | |
| | 2214 | | X | | Exhibit 2214 previously admitted | |
| | 16933 | | X | | Exhibit 16933 previously admitted | |
| | | 11:29 a.m. | | | Defense (Chamberlain) cross-examination of witness Joel Scott | |
| | 30000 | | X | | Exhibit 30000 (Demonstrative) | |
| | 1270 | | X | | Exhibit 1270 previously admitted | |
| | 3704 | | X | | Exhibit 3704 previously admitted | |
| | 9775 | | X | X | Exhibit 9775 marked and admitted | |
| | 9790 | | X | X | Exhibit 9790 marked and admitted | |
| | 1356 | | X | | Exhibit 1356 previously admitted | |
| | 9787 | | X | X | Exhibit 9787 marked and admitted | |
| | 9810 | | X | X | Exhibit 9810   marked and admitted | |
| | 9811 | | X | X | Exhibit 9811 marked and admitted | |
| | 9812 | | X | X | Exhibit 9812 marked and admitted | |
| | 9813 | | X | X | Exhibit 9813 marked and admitted | |
| | 9814 | | X | X | Exhibit 9814 marked and admitted | |
| | 9815 | | X | X | Exhibit 9815 marked and admitted | |
| | 9816 | | X | X | Exhibit 9816 marked and admitted | |
| | 9817 | | X | X | Exhibit 9817 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9818 | | X | X | Exhibit 9818 marked and admitted | |
| | 9820 | | X | X | Exhibit 9820 marked and admitted | |
| | 9822 | | X | X | Exhibit 9822 marked and admitted | |
| | 2948 | | X | | Exhibit 2948 previously admitted | |
| | 1452 | | X | X | Exhibit 1452 marked and admitted<br>E-mail from Livius Guiao to Steve Chamberlain, cc'ing Joel Scott, dated January 18, 2011, regarding "Capax ltr re BofA" | |
| | 9829 | | X | X | Exhibit 6280(a) marked and admitted | |
| | 13969 | | X | | Exhibit 13969 previously admitted | |
| | 9811 | | X | | Exhibit 9811 previously admitted | |
| | 1491 | | X | | Exhibit 1491 previously admitted | |
| | | 12:06 p.m. | | | Court in recess | |
| | | 1:08 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present.<br>Defense (Chamberlain) cross-examination of witness Joel Scott | |
| | 1499 | | X | X | Exhibit 1499 marked and admitted<br>E-mail from David Truitt to Joel Scott, dated January 26, 2011, regarding "signed doc" | |
| | 1524 | | X | | Exhibit 1524 previously admitted | |
| | 1512 | | X | | Exhibit 1512 previously admitted | |
| | 1507 | | X | | Exhibit 1507 previously admitted | |
| | 1508 | | X | | Exhibit 1508 previously admitted | |
| | 1503 | | X | | Exhibit 1503 previously admitted | |
| | 9737 | | X | | Exhibit 9737 previously admitted | |
| | 9774 | | X | X | Exhibit 9774 marked and admitted | |
| | 9776 | | X | X | Exhibit 9776 marked and admitted | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 1420 | | X | | Exhibit 1420 previously admitted | |
| | 2380 | | X | | Exhibit 2380 previously admitted | |
| | 9793 | | X | X | Exhibit 9793 previously admitted | |
| | 1298 | | X | X | Exhibit 1298 marked and admitted<br>Email from ChamberlainS to ScottJ re MicroTech Proposal | |
| | 1318 | | X | | Exhibit 1318 previously admitted | |
| | 1335 | | X | | Exhibit 1335 previously admitted | |
| | | 1:47 p.m. | | | Government re-direct examination of witness Joel Scott | |
| 139 | | | X | X | Exhibit 139 marked and admitted<br>Email from ChamberlainJ to ScottJ re Autonomy Agreements ("We seem to need to demonstrate to the auditors that we have not fraudulently swapped agreements. The auditors don't seem to think the e-mail | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | chains between the various parties are genuine and that we have concocted the evidence trail.") | |
| 7961 | | | | X | | Exhibit 7961 previously admitted | |
| 2380 | | | | X | | Exhibit 2380 previously admitted | |
| | | 2:38 p.m. | | | Jurors on break. Discussion to strike Exhibit 8623. | |
| | | 2:44 p.m. | | | Court in recess | |
| | | | | | Court reconvened. Court Reporter – Jennifer Coulthard. Jurors not present. All parties present. Government objects to full admission of Exhibit 8257 but no objection to Exhibit 8257.2 (portion of recording). | |
| | | 2:59 p.m. | | | All jurors and parties present. Government has no further examination.<br>Defense (Lynch) re-re cross examination of Joel Scott | |
| | 7957 | | X | | Exhibit 7957 previously admitted | |
| | 7954 | | X | | Exhibit 7954 previously admitted | |
| | 7974 | | X | | Exhibit 7974 previously admitted | |
| | 979 | | X | | Exhibit 979 previously admitted | |
| | 9829 | | X | | Exhibit 9829 previously admitted | |
| | 7961 | | X | | Exhibit 7961 previously admitted | |
| | 7993 | | X | | Exhibit 7993 previously admitted | |
| | 7961 | | X | | Exhibit 7961 previously admitted | |
| | 6242 | | X | | Exhibit 6242 previously admitted | |
| | | 3:23 p.m. | | | Defense (Chamberlain) re-re cross examination of witness Joel Scott | |
| | 139 | | X | | Exhibit 139 previously admitted | |
| | 9776 | | X | | Exhibit 9776 previously admitted | |
| | | 3:31 p.m. | | | Government witness sworn Neil Araujo | |
| 15555 | | | X | X | Exhibit 15555 marked and admitted<br>From robert sass to alex paul <alex.paul@autonomy.com>\|"james crumbacher" <jamesc@autonomy.com>stephen chamberlain <stephenc@autonomy.com>\|<neil.araujo@autonomy.com> re: Contract needed FW: Proposal Autonomy KPMG | |
| 1319 | | | X | X | Exhibit 1319 marked and admitted<br>E-mail from Sushovan Hussain to Neil Araujo, dated December 23, 2010 regarding "tikit" | |
| 16544 | | | X | X | Exhibit 16544 marked and admitted<br>Email from LumsdenD to AraujoN re "RE: product set" | |
| 1329 | | | X | X | Exhibit 1329 marked and admitted<br>E-mail from Sushovan Hussain to Julie D, AndrewK and Jon.Coy and cc'd to Neil Araujo, dated December 29, 2010 regarding "Tikit and kpmg" | |
| 1392 | | | X | X | Exhibit 1392 marked and admitted<br>Purchase order from Tikit to Autonomy | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1361 | | | X | | Exhibit 1361 previously admitted | |
| 16823 | | | X | X | Exhibit 16823 marked and admitted<br>Email from CrumbacherJ to ScottJ RE: KPMG Status/ Problem | |
| 15671 | | | X | X | Exhibi8t 15671 marked and admitted<br>From Hussain to 'joel scott - autonomy' <joels@autonomy.com>\|'"stephen chamberlain'" <stephenc@autonomy.com>'andrew kanter' <andrewk@autonomy.com>\|'"neil araujo'" <neil.araujo@autonomy.com> re: tikit | |
| 4952 | | | X | X | Exhibit 4952 marked and admitted<br>FW: Tikit's results - just a heads up | |
| 1800 | | | X | X | Exhibit 1800 marked and admitted<br>Email from DolanJ to ChamberlainS, Cc to AraujoN & HussainS re "RE: Tikit" | |
| 16425 | | | X | X | Exhibit 16425 marked and admitted<br>Email from ScottJ to ChamberlainC and KanterA re "FW: MicroTech PO" | |
| 17282 | | | X | X | Exhibit 17282 marked and admitted | |
| 15832 | | | X | X | Exhibit 15832 marked and admitted<br>From stephen chamberlain to 'glenn fong' <glenn.fong@autonomy.com>\|'"jessica martens'" <jessica.martens@autonomy.com>'mike kent' <mike.kent@tikit.com>\|<victoria.poole@autonomy.com> re: Tikit | |
| | | 3:58 p.m.<br><br>4:28 p.m. | | | Jurors excused until May 6, 2024 at 9:15 a.m.<br>Discussion re Government's remaining witnesses.<br>Court adjourned until May 6, 2024 at 9:15 a.m. | |