Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo
Celeste L. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF NICHOLAS SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JOHN LEVITSKE**<br><br>Court: Courtroom 6 – 17th Floor<br>Date Filed:  May 3, 2024<br>Trial Date:  March 18, 2024 |

**DECLARATION OF NICHOLAS P. SILVERMAN**

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report titled Summary of Independent Expert Accounting Opinions of Steven Brice dated November 8, 2023, as produced by the government referred to as Brice Report 1.

4. Attached hereto as Exhibit B is a true and correct copy of the rebuttal disclosures served by the government on January 3, 2024, of its proposed expert, Mr. Steven Brice, referred to as Brice Report 2.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 3, 2024 in Washington, D.C.

*/s/ Nicholas P. Silverman*
Nicholas P. Silverman