Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo
Celeste L. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant
Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 2711-2714 AND RELATED TESTIMONY**<br><br>Date Filed: May 5, 2024 |

**DECLARATION OF NICHOLAS P. SILVERMAN**

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the metadata associated with Exhibit 2711 (including the underlying document produced by HP), Exhibit 2712, Exhibit 2713, and Exhibit 2714. Exhibit A was compiled by a Steptoe LLP attorney using screenshots.

4. Attached hereto as Exhibit B is a true and correct copy of the July 5, 2016 302 interview of Antonia Anderson by the FBI. (Production Bates US FBI E-00017652).

5. Attached hereto as Exhibit C is a true and correct copy of the "Analysis" tab of the native version of Exhibit 2711.

6. Attached hereto as Exhibit D is a true and correct copy of a cover letter dated June 29, 2016 from Susan Resley accompanying HP's production to the United States Attorney's Office. (Production Bates USAO-EMAIL 016241).

7. Attached hereto as Exhibit E is a true and correct copy of a cover letter dated June 14, 2016 accompanying HP's production of the documents which would become Exhibits 2712 to 2714. (Production Bates COVERLETTER_MLB-20160614.001).

8. Attached hereto as Exhibit F is a true and correct copy of an email dated May 20, 2016 between Susan Resley and Marlene Smith. (Production Bates US FBI E-00017652).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 5, 2024 in Washington, D.C.

1  Dated: May 5, 2024                    Respectfully submitted,

                                         */s/ Nicholas P. Silverman*
                                         Nicholas P. Silverman