# EXHIBIT A

# Exhibit 2711



# HP-SEC-01692972 (Document Underlying Exhibit 2711)



# Exhibit 2712



# Exhibit 2713



# Exhibit 2714

