# EXHIBIT C

| | | | | | | <<<== Original list ==>>> | | | | | <<<== Analysis added ==>>> | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ERP | NIBS | Netsuite | Total* | Difference | Notes | Included in ERP over $3m |
| # | Customer | End user (if d | Value (ex services) $ | Services | $'000 | $'000 | $'000 | $'000 | $'000 | | |
| 1 | Bank of America | | 22,509 | Bank | see comment | | | - | 22,509 | This appears to be the value of the | no, as this was never invoiced directly to BofA |
| 2 | UBS | | 19,919 | Bank | see comment | | | - | 19,919 | This appears to be the value of the | no, only the two components of reseller deal are shown |
| 3 | BP | Direct | 14,200 | Energy | 14,200,000 | | | 14,200,000 | - | ERP order 269632 | yes |
| 4 | Microtech | BAV | 11,550 | European Govt | 11,550,000 | | | 11,550,000 | - | ERP order 267969 | yes |
| 5 | KPMG | Direct | 11,337 | Professional Services | 11,336,703 | | | 11,336,703 | 0 | ERP order 276285 | yes |
| 6 | Filetek | VA | 10,500 | US Government | 10,500,000 | | | 10,500,000 | - | ERP order 272029 | yes |
| 7 | Prisa | Direct | 9,663 | Media | 10,171,503 | | | 10,171,503 | (509) | ERP order 274199, taking only the | yes |
| 8 | Iron Mountain - pship | Direct | 9,500 | Technology | - | | 9,500,000 | 9,500,000 | - | Netsuite billing | no, this was billed through Netsuite, this is a prepaid resale contract, despite description as direct |
| 9 | B of A | Direct | 9,450 | Bank | 9,400,000 | | | 9,400,000 | 50 | ERP order 267786 | yes |
| 10 | Discovertech | Abbott Labs | 9,450 | Pharmaceutical | 9,061,011 | | | 9,061,011 | 389 | ERP order 279149 | yes |
| 11 | JPMC | Direct | 9,135 | Bank | 9,135,000 | | | 9,135,000 | - | ERP order 270066 | yes |
| 12 | Filetek | Direct | 9,010 | Technology | 9,010,000 | | | 9,010,000 | - | ERP order 267909 | yes |
| 13 | HP Enterprise | Direct | 8,000 | Technology | 7,955,000 | | | 7,955,000 | 45 | ERP order 276480, excluding one l | yes |
| 14 | MetLife DS | Direct | 7,476 | Insurance | 7,476,250 | | | 7,476,250 | (0) | ERP order 269986 | yes |
| 15 | DB Restructure | Direct | 7,455 | Bank | | 7,455,000 | | 7,455,000 | - | NIBS invoice - INV0039573 | no - NIBS invoice |
| 16 | JPMC | Direct | 3,238 | Bank | 2,960,016 | | | 2,960,016 | 278 | ERP order 279174, value in origina | no, value net of journals is <$3m so not on list of ERP >$3m |
| 17 | USPS, eDiscovery | Direct | 6,874 | US Government | 6,084,708 | | | 6,084,708 | 789 | ERP order 278905, value in Origina | yes |
| 18 | THS | Direct | 6,767 | Media | 6,766,554 | | | 6,766,554 | 0 | ERP order 276104 | yes |
| 19 | Amgen | Direct | 5,877 | Pharmaceutical | 5,876,745 | | | 5,876,745 | 0 | ERP order 274117 | yes |
| 20 | THS | Direct | 5,876 | Media | 5,973,754 | | | 5,973,754 | (98) | ERP order 270148 | yes |
| 21 | Metlife | Direct | 5,775 | Insurance | 5,775,000 | | | 5,775,000 | - | ERP order 278899 | yes |
| 22 | Microtech | Dell Hyatt | 5,601 | Leisure | 5,600,610 | | | 5,600,610 | 0 | ERP order 279168, reseller is Disc | yes |
| 23 | EMC | Direct | 5,257 | Technology | 5,257,350 | | | 5,257,350 | (0) | ERP order 271942 | yes |
| 24 | Capax | McAfee | 5,250 | Technology | 5,250,000 | | | 5,250,000 | - | ERP order 276514 | yes |
| 25 | Morgan Stanley DS | Direct | 5,250 | Bank | | 5,062,500 | | 5,062,500 | 188 | NIBS invoice - INV0039579 | yes |
| 26 | VMS | Direct | 5,000 | Technology | 5,000,000 | | | 5,000,000 | - | ERP order 274381 ($6m hardware | yes |
| 27 | Citadel | | 5,000 | Bank | 4,375,657 | | | 4,375,657 | 624 | ERP order 271895 | yes |
| 28 | Citi additional storage | | 4,977 | Bank | | 4,977,004 | | 4,977,004 | (0) | NIBS invoice - INV0037364 | no - NIBS invoice |
| 29 | Amgen Info Governance | Direct | 4,819 | Pharmaceutical | 4,801,492 | | | 4,801,492 | 18 | ERP order 270013 | yes |
| 30 | AT&T mobility | | 4,809 | Telecoms | 4,758,827 | | | 4,758,827 | 50 | ERP order 274361 | yes |
| 31 | FSA | | 4,500 | UK Government | 4,500,000 | | | 4,500,000 | - | ERP order 267905 (does not note t | yes |
| 32 | PMI | | 4,394 | Tobacco | 4,650,000 | | | 4,650,000 | (256) | ERP order 269534, value stated in | yes |
| 33 | Microtech | DOI | 4,200 | US Government | 4,200,000 | | | 4,200,000 | - | ERP order 274465 | yes |
| 34 | Prisa | | 3,800 | Media | 3,800,000 | | | 3,800,000 | - | ERP order 276836, (via discoverrte | yes |
| 35 | GCPD | | 3,723 | UK Government | 4,291,128 | | | 4,291,128 | (568) | ERP order 272012 (original only inc | yes |
| 36 | Citi additional storage | | 3,712 | Bank | - | 3,712,101 | | 3,712,101 | (0) | NIBS invoice - INV0040632 | no - NIBS invoice |
| 37 | National Bank of Canada | | 3,300 | Bank | 3,300,000 | | | 3,300,000 | - | ERP order 278900 | yes |
| 38 | Freddie Mac | | 3,150 | US Government | 3,145,500 | | | 3,145,500 | 5 | ERP order 267299 | yes |
| 39 | Bank of Montreal | | 2,990 | Bank | 3,074,000 | | | 3,074,000 | (84) | ERP order 276418 (does not menti | yes |
| 40 | Ahold | | 2,956 | Retail | 2,956,922 | | | 2,956,922 | (1) | ERP order 272875 | no, as below $3m |

* Note on total - the majority of the list appears to be values from ERP orders. The Softrax revenue report was reviewed as part of the analysis but no customers were found that had total revenue in either calendar year 2010 or 6m to June 2011 exceeding $3m, therefore there are no customers that should be on the list on the basis of softrax billings alone. Further it is unlikely that a contract would have been split between Softrax and another system for billing purposes.
NIBS does not have order numbers so it is not possible to identify a single contract, but rather total billing by customer ID.
All NIBS invoices during the period were reviewed and there were no others over $3m that were not included on the list above.

**Note on analysis by sales order number**
In the ERP system data, all transactions on a sales order have been identified. This includes all invoices, credit notes and journal entries processed through the ERP system.
In some cases a sales order with a reseller was subsequently creditted and/or reversed. The net value of the order will show as nil in the system data in these cases (and is therefore not included in the list of missing contracts below).
Example:
   **Bank of America via Discovertech**
   $3.5m of revenue was accrued on 31 December 2010.
   Subsequently this amount was invoiced in Q1 2011 under sales order 275809, but as the revenue had already been recognised in Q4 2010, a revenue reversal entry was entered in ERP also under this sales order.
   As a result the net revenue on the order is nil.
   **Philip Morris International via Discovertech**
   The Discovertech order (267922) was billed on 31 March 2010 - $4,394k.
   It was subsequently creditted in full on 1 July 2010.

The net value of the sales order in the system record is therefore nil and does not appear in the ERP by order value list of orders greater than $3m

## Observations regarding missing contracts

17 contracts were found over $3m but that were not included in the original list:

**Bank of America reseller deals**
Autonomy did not declare these reseller deals in the Top 40 list, instead they declared the direct deal.
This contract was accelerated through resellers and although was subsequently signed directly with Bank of America it was never billed directly by Autonomy to BofA.
As such this does not appear in the billing records as a direct contract with BofA. Instead the reseller deals are recorded in the system data. See ERP by order value tab (with BofA note in column E)

|    | Company Name | Source Entity | SO #   | Total     |
|----|--------------|---------------|--------|-----------|
| 1  | BANK OF AM   | CAPAX GLOB    | 272055 | 9,000,000 |
| 2  | BANK OF AM   | DISCOVER T    | 274468 | 7,000,000 |

There is an additional Discover technologies order for Bank of America ($3.5m) which does not appear in the system data records of orders exceeding $3m - see note below.

**UBS accelerated reseller deals**
Autonomy did not declare these reseller deals in the Top 40 list, instead they declared the direct deal.
This contract was accelerated via Capax. There are two entries in the system data for this - see ERP by order value tab with UBS note in column E.
The direct deal was not signed until 20 July 2011, so the direct contract is not included in the system data which only runs to 30 June 2011

|   | Company Name | Source Entity | SO #   | Total     |
|---|--------------|---------------|--------|-----------|
| 3 | CAPAX        | CAPAX GLOB    | 276692 | 8,400,000 |
| 4 | UBS          | CAPAX GLOB    | 279222 | 8,047,339 |

**Others not declared**

|    | Company Name   | Source Entity  | SO #   | Total     |
|----|----------------|----------------|--------|-----------|
| 5  | Biblioteca Apo | Auxilium Tech  | 268521 | 3,474,520 |
| 6  | BNP Paribas F  | NULL           | 269976 | 3,018,625 |
| 7  | HEWLETT-PA     | MicroTech LL   | 279134 | 7,350,000 |
| 8  | KPMG Interna   | Tikit Ltd      | 274420 | 6,311,360 |
| 9  | MicroTech LL   | NULL           | 276629 | 4,053,492 |
| 10 | SKADDEN, A     | NULL           | 267563 | 3,089,664 |
| 11 | XCEL ENERG     | NULL           | 271170 | 3,622,500 |

**Hardware orders**
Hardware orders appear to be excluded from the definition as there are 5 hardware contracts exceeding $3m which are not included.

|    | Company Name  | Source Entity | SO #   | Total     |
|----|---------------|---------------|--------|-----------|
| 12 | Video Monitori| NULL          | 274460 | 6,004,067 |
| 13 | ZONES, INC    | NULL          | 270218 | 7,003,596 |
| 14 | ZONES, INC    | NULL          | 270491 | 3,012,900 |
| 15 | ZONES, INC    | NULL          | 273812 | 4,189,067 |
| 16 | MORGAN ST     | NULL          | 266721 | 5,288,800 |

**Iron Mountain**
Although the contract value of this order was $1.575m, an adjustment was made to uplift the value of the revenue recognised by $5.5m
Neither the contract value or the uplifted value was declared in the original list.

|    | Company Name | Source Entity | SO #   | Total     |
|----|--------------|---------------|--------|-----------|
| 17 | IRON MOUNT   | NULL          | 278331 | 1,575,000 |