# EXHIBIT D

# Morgan Lewis

Susan D. Resley
Partner
+1.415.442.1351
susan.resley@morganlewis.com

June 29, 2016

**VIA EMAIL**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorneys
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Autonomy

Dear Mr. Reeves and Mr. Leach:

As you know, we represent Hewlett-Packard Enterprise ("HPE") in the above-referenced matter. In connection with your June 16, 2016 request for an analysis of the list of Top 40 contracts which Autonomy provided to HP on August 4, 2011 during its due diligence of Autonomy, we are producing a spreadsheet prepared by HPE Finance in Cambridge. Enclosed please find an electronic version of this document – Bates No. HP-SEC-01692972.

* * * * * * * * *

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013, and signed by all parties to this letter. Please be advised that by presenting these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determine that disclosure is otherwise required by law or would be in furtherance of their agencies' discharge of their duties and responsibilities.

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA 94105-1596
United States

☎ +1.415.442.1000
📠 +1.415.442.1001

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
June 29, 2016
Page 2

Lastly, the USAO will not assert that HPE's production of the materials to the USAO constitute a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party. The USAO agrees that production of the materials provides the USAO with no additional grounds to subpoena testimony, documents or other privileged materials from HP, although any such grounds that may exist apart from such production shall remain unaffected by this agreement.

Sincerely,

*Susan D. Resley/LEN*

Susan D. Resley

Enclosure