# EXHIBIT E

# Morgan Lewis

**Susan D. Resley**
Partner
+1.415.442.1351
susan.resley@morganlewis.com

June 14, 2016

**VIA EMAIL**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
Assistant United States Attorneys
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Autonomy

Dear Mr. Reeves and Mr. Leach:

As you know, we represent Hewlett-Packard Enterprise ("HPE"). We are producing further documents requested by you and FBI Accountant Marlene Smith in connection with our May 5 meeting in Cambridge, UK with Ms. Smith and FBI Agent Keigan Park. Specifically, we are producing additional documents in response to your request for "Access to the accounting software to pull the 'Top 40 Customers' requested at the time of due diligence." These documents supplement our May 23, 2016 production by including the Softrax data that was not sourced at that time. Enclosed please find the electronic versions of these documents – Bates Nos. HP-SEC-01692481 to HP-SEC- 01692483.

The enclosed spreadsheets summarize and analyze billings from Autonomy's NIBS, ERP, and Softrax systems relevant to determining Autonomy's largest customers between 2009 and 2011.

- Comparison Against Billing Reports Spreadsheet [Bates No. HP-SEC- 01692481] – This spreadsheet, prepared recently by HPE Finance in Cambridge in response to your request, compares the billings from ERP, NIBS, and Softrax to the "Top Customer Analysis" attached to Steve Chamberlain's August 1, 2011 to Sushovan Hussain (previously produced at HP-SEC-01671097-99) ("8/1/11 List") and the "Top 40 Customer List" that Autonomy former management provided to HP in response to HP's due diligence requests (previously produced at HP-SEC-01671119) ("Top 40 List"). The first tab ("Compare to Original") reflects data from the "8/1/11 List" in

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA 94105-1596      ☎ +1.415.442.1000
United States                      📠 +1.415.442.1001

**Morgan Lewis**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
June 14, 2016
Page 2

> columns A – E and data from the "Top 40 List" in column Y. The "Compare to final" tab reconciles data from the "Top 40 List" in to the ERP, NIBS, and Softrax data. The "ERP summary" tab breaks down ERP revenue by year for both the total billings and hardware billings. The "customer name look up" tab matches the ERP customer name to customer name or type identified in the 8/1/11 List and Top 40 Lists.

- NIBS Summary Spreadsheet [Bates No. HP-SEC-01692482] – This spreadsheet was prepared by HPE Finance in Cambridge in response to your request and summarizes the billings data from NIBS that feeds into the Comparison Against Billing Reports Spreadsheet described above. The last three tabs ("2009," "2010," and "2011") reflect NIBS billing data downloads which were prepared by Autonomy in 2009, 2010 and 2011; however, they have been reconciled to current reports extracted from NIBS by HPE. The "Pivots" tab has reflects billings and customer names extracted from the NIBS system for 2009, 2010 and 2011. The "customer look up" tab contains the customer name lookup from NIBS. The "Summary" tab summarizes customer and billings data, particularly the data reflected in various versions of the Top 40 Customer Lists.

- Revenue by Customer Spreadsheet [Bates No. HP-SEC-01692483] – This spreadsheet was prepared by HPE Finance in Cambridge in response to your request and summarizes the revenue by customer for 2009 through Q2 2011.

\* \* \* \* \* \* \* \* \*

We provide these materials pursuant to the Confidentiality Agreement dated January 16, 2013, and signed by all parties to this letter. Please be advised that by presenting these materials pursuant to the Confidentiality Agreement, HPE does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. HPE believes that these materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. Accordingly, HPE believes that these materials warrant protection from disclosure

Additionally, pursuant to the Confidentiality Agreement, the United States Attorney's Office (USAO) will maintain the confidentiality of the materials and will not disclose them to any third party, except to the extent that the USAO determine that disclosure is otherwise required by law or would be in furtherance of their agencies' discharge of their duties and responsibilities.

Lastly, the USAO will not assert that HPE's production of the materials to the USAO constitute a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or

**Morgan Lewis**

Adam A. Reeves, Esq.
Robert S. Leach, Esq.
June 14, 2016
Page 3

any other privilege applicable as to any third party. The USAO agrees that production of the materials provides the USAO with no additional grounds to subpoena testimony, documents or other privileged materials from HP, although any such grounds that may exist apart from such production shall remain unaffected by this agreement.

Sincerely,

*Susan D. Resley/JEH*

Susan D. Resley

Enclosures