# EXHIBIT F

| | |
|---|---|
| **From:** | Resley, Susan D. <susan.resley@morganlewis.com> |
| **Sent:** | Friday, May 20, 2016 5:25 PM |
| **To:** | Smith, Marlene (SF) (FBI) <Marlene.Smith@ic.fbi.gov> |
| **Subject:** | RE: Documents requested prior to and during Cambridge meeting |

Thanks, Marlene.  Hope you have a great weekend as well!

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
susan.resley@morganlewis.com | www.morganlewis.com
Assistant: Yvette K. Andrada | +1.415.442.1617 | yvette.andrada@morganlewis.com

**From:** Smith, Marlene (SF) (FBI) [mailto:Marlene.Smith@ic.fbi.gov]
**Sent:** Friday, May 20, 2016 3:19 PM
**To:** Resley, Susan D.
**Cc:** Leach, Robert (USACAN); Reeves, Adam (USACAN); Stolley, Martha B.
**Subject:** RE: Documents requested prior to and during Cambridge meeting

Hi Susan,

I hope all is going well with you.

Yes, please produce the materials/spreadsheets that Yelland and his team created.

Thank you, Susan.  I appreciate all of your help in gathering these materials for us!

Have a great weekend!

Warmest Regards,
marlene

**From:** Resley, Susan D. [mailto:susan.resley@morganlewis.com]
**Sent:** Friday, May 20, 2016 11:00 AM
**To:** Smith, Marlene (SF) (FBI)
**Cc:** Leach, Robert (USACAN); Reeves, Adam (USACAN); Stolley, Martha B.
**Subject:** Documents requested prior to and during Cambridge meeting

Marlene

We are preparing to produce materials discussed during our meeting with HP finance in Cambridge; however, there are materials/spreadsheets were prepared by Chris Yelland and his team to summarize and compare certain billings from different systems, i.e., ERP and NIBS.  Shall we produce these materials as well?  Feel free to give me a call and I can discuss.

Thank you

Susan

**Susan D. Resley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1351 | Main: +1.415.442.1000 | Fax: +1.415.442.1001

susan.resley@morganlewis.com | www.morganlewis.com
Assistant: Yvette K. Andrada | +1.415.442.1617 | yvette.andrada@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

FBI 200005667