# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: May 6, 2024                                        Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 19 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Government direct-examination of witness – Neil Araujo.
Further jury trial set for May 7, 2024 at 9:15 a.m.
Defense Motion in Limine to Exclude Exhibits 2711-2714 and Related Testimony, ECF No. 472.
The Court DENIED Lynch's motion to exclude exhibits 2711–2714 and related testimony.

Witnesses Sworn: Antonia Halstead

Exhibits Marked and Admitted: 151, 152, 153, 155, 528, 531, 553, 574, 757, 2539, 2582, 2605, 2711 (Only TAB ERP by Order of Value Only), 2712 (TAB One Only), 5788, 5966, 5968, 5969, 7447, 9782, 9835, 9837, 9779 (page 2), 10028, 14697, 15588, 15839, 15862, 15879, 17159, 17160, 17291

Exhibits Marked: 17479 (Demonstrative), 17480 (Demonstrative)