# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:  May 7, 2024                                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 28 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
            <u>USA v. Stephen Keith Chamberlain</u>


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Jury trial held. Defense (Lynch) cross-examination of witness Antonia Halstead.

Further jury trial set for May 8, 2024 at 9:15 a.m.

Exhibits Marked and Admitted: 269, 922, 1290, 1872, 6420, 6439, 6482, 7735, 7736, 7737, 8421

**Exhibit 725 marked and admitted on May 6, 2024**
** Exhibit 16245 marked and admitted – instead of 16425 on May 2, 2024**