**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
         <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Charles R. Breyer | | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| May 7, 2024 | | Rhonda Aquilina<br>Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Judge cried-in.  All jurors present. All parties present.<br>Defense (Lynch) cross-examination of witness **Antonia Halstead** | |
| | 6439 | | X | X | Exhibit 6439 marked and admitted<br>Email from KnightsR to Lynch RE: observations | |
| | 17479 | | X | | Exhibit 17479 (Demonstrative) | |
| | 17478 | | X | | Exhibit 17478 (Demonstrative) | |
| | 37 | | X | | Exhibit 37 previously admitted | |
| | 583 | | X | | Exhibit 583 previously admitted | |
| | 1509 | | X | | Exhibit 1509 previously admitted | |
| | 51 | | X | | Exhibit 51 previously admitted | |
| | 583 | | X | | Exhibit 583 previously admitted | |
| | | 10:26 a.m. | | | Court in recess | |
| | | 10:49 a.m. | | | Court reconvened.  All jurors present. All parties present. Defense (Lynch) cross-examination of witness Antonia Halstead | |
| | 7823 | | X | | Exhibit 7823 previously admitted | |
| | 7824 | | X | | Exhibit 7824 previously admitted | |

| | | | | | |
|---|---|---|---|---|---|
| 7735 | | X | X | Exhibit 7735 marked and admitted Autonomy Corporation PLC Report to the Audit CommitteeOn the Q1 2008 Review 22 April 2000 Final Report | |
| 7736 | | X | X | Exhibit 7736 marked and admitted Autonomy Corporation plc Report to the Audit Committee On the Q2 2008 Interim Review 18 July 2008 Final Report | |
| 7737 | | X | X | Exhibit 7737 marked and admitted Autonomy Corporation plc Report to the Audit Committee On the Q3 2008 Interim Review 13 October 2008 Final Report | |
| 16675 | | X | | Exhibit 16675 marked and admitted | |
| 157 | | X | | Exhibit 157 previously admitted | |
| 14697 | | X | | Exhibit 14697 previously admitted | |
| 7823 | | X | | Exhibit 7823 previously admitted | |
| 7824 | | X | | Exhibit 7824 previously admitted | |
| 484 | | X | | Exhibit 484 previously admitted | |
| 381 | | X | | Exhibit 381 previously admitted | |
| 979 | | X | | Exhibit 979 previously admitted | |
| 4419 | | X | | Exhibit 4419 previously admitted | |
| 6420 | | X | X | Exhibit 6420 marked and admitted 329* Consultation on difficult or contentious matters | |
| 8421 | | X | X | Exhibit 8421 marked and admitted Email from AndersonA to HarrisL, cc SmithM, re: "Points on press release" | |
| 6482 | | X | X | Exhibit 6482 marked and admitted Memo RE: International Financial Reporting Standard 8 accounting for Operating Segments (FY 2010 Memo) | |
| | 12:05 p.m. | | | Court in recess | |
| | 1:01 p.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina.  All jurors present. All parties present. Defense (Lynch) cross-examination of witness Antonia Halstead | |
| 6482 | | X | | Exhibit 6482 previously admitted | |
| 583 | | X | | Exhibit 583 previously admitted | |
| 1509 | | X | | Exhibit 1509 previously admitted | |
| 994 | | X | | Exhibit 994 previously admitted | |
| 4365 | | X | | Exhibit 4365 previously admitted | |
| 157 | | X | | Exhibit 157 previously admitted | |
| 293 | | X | | Exhibit 293 previously admitted | |
| 1872 | | X | X | Exhibit 1872 marked and admitted Audit Confirm for Tikit | |

| | | | | | |
|---|---|---|---|---|---|
| 6371 | | X | | Exhibit 6371 previously admitted | |
| 7893 | | X | | Exhibit 7893 previously admitted | |
| 769 | | X | | Exhibit 769 previously admitted | |
| 979 | | X | | Exhibit 979 previously admitted | |
| 1439 | | X | | Exhibit 1439 previously admitted | |
| 2605 | | X | | Exhibit 2605 previously admitted | |
| 10028 | | X | | Exhibit 10028 previously admitted | |
| 1290 | | X | X | Exhibit 1290 marked and admitted<br>Agenda for Autonomy 2010 audit planning meeting attended by ChamberlainS, HarrisL, MercerN, MurrayT et<br>al with several pages of handwritten notes | |
| 6169 | | X | X | Exhibit 6169 previously admitted | |
| 269 | | X | X | Exhibit 269 marked and admitted<br>Email from HendersonS to AndersonA, WelhamL re Autonomy ACP | |
| 271 | | X | | Exhibit 271 previously admitted | |
| 484 | | X | | Exhibit 484 previously admitted | |
| | 2:27 p.m. | | | Court in recess | |
| | 2:50 p.m. | | | Court reconvened.  Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Antonia Halstead | |
| 922 | | X | X | Exhibit 922 marked and admitted<br>E-mail from Antonia Anderson to Richard Knights, dated June 29, 2010, regarding "Autonomy info" | |
| 4142 | | X | | Exhibit 4142 previously admitted | |
| 2711 | | X | | Exhibit 2711 (Tab ERP by Order Value only) previously admitted | |
| | 3:24 p.m. | | | Defense (Chamberlain) cross-examination of witness Antonia Halstead | |
| 17479 | | X | | Exhibit 17479 (Demonstrative) | |
| | 3:38 p.m.<br>3:39 p.m. | | | Jurors excused until May 8, 2024 at 9:15 a.m.<br>Court adjourned until May 8, 2024 at 9:15 a.m. | |