UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  May 8, 2024                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 14 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Cross-examination of witness Antonia Halstead.
Further jury trial set for May 9, 2024 at 9:15 a.m.

Witnesses Sworn: Dominic Joseph Camden, Douglas Alan Kehring, Alan Bartlett Rizek

Exhibits Marked and Admitted: 249, 322, 396, 434, 489, 535, 558, 818, 865, 960, 963, 971, 973, 988, 1004, 1036, 1210, 1213, 1217, 1228, 1242, 1262, 1264, 1266, 1504, 2066, 2385, 2386, 2711("Revenue (ERP)" tab only); 2711 (tab *6* "ERP by order value" tab (admitted on 5/6)), 2712 (tab *3* "ERP summary" tab only), 2714 (Tab Two Only), 2756, 2757, 2799, 3247, 3248, 5533, 7307, 7308, 7453, 7454, 7458, 8500, 9806, 9807, 9720, 9722, 9761, 9779, 9805, 9841, 9855, 9860, 12732, 15070, 15076, 15265, 15815, 23703

Exhibits Marked:

**For the reasons on the record on May 2, 2024, the Court GRANTED in part and DENIED in part Defendants' motion to exclude Antonia Anderson's testimony.  Dkt. 456; Dkt. 467.  Her testimony will be cabined to what she knew while she was at Deloitte.**