## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
　　　　　　 USA v. Stephen Keith Chamberlain

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | | DEFENSE ATTORNEY: | |
|---|---|---|---|---|---|---|
| Charles R. Breyer | | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | | | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) | |
| TRIAL DATE: | | REPORTER(S): | | | CLERK: | |
| May 8, 2024 | | Rhonda Aquilina<br>Jennifer Coulthard | | | Lashanda Scott | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Judge cried-in.  All jurors present. All parties present. Defense (Chamberlain) cross-examination of witness **Antonia Halstead** | |
| | 151 | | X | | Exhibit 151 previously admitted | |
| | 152 | | X | | Exhibit 152 previously admitted | |
| | 9860 | | X | X | Exhibit 9860 marked and admitted Email from S. Hussain to M. Sullivan and S. Chamberlain re: RE: EMC | |
| | 153 | | X | | Exhibit 153 previously admitted | |
| | 9805 | | X | X | Exhibit 9805 marked and admitted Email from S. Chamberlain to L. Welham cc: S. Hussain, R. Knights re: FW: morgan (with attachment) | |
| | 9806 | | X | X | Exhibit 9806 marked and admitted Email from C. Watkins to M. Cancro cc: AOD tech, D. Kennelly re: RE: Emailing: Order NADO361176 | |
| | 9807 | | X | X | Exhibit 9807 marked and admitted Email from K. Macedonio to C. Watkins cc: PA Siemens re: RE: Emailing: Order NADO361176 | |
| | 158 | | X | | Exhibit 158 previously admitted | |
| | 159 | | X | | Exhibit 159 previously admitted | |

| | 9841 | | X | X | Exhibit 9841 marked and admitted | |
|---|---|---|---|---|---|---|
| | 9761 | | X | X | Exhibit 9761 marked and admitted<br>Email from S. Hussain to S. Chamberlain, T. Murray cc: L. Welham, R. Knight re: RE: Revised One-Time Reseller Authorization Agreement | |
| | 9779 | | X | X | Exhibit 9779 marked and admitted<br>Email from L. He to M. Stephan, cc: P. Prentis, S. Chamberlain, T. Murray, A. Jackson, A. Anderson and others at Deloitte re: Outstanding list of 13 Jan 2011 | |
| | 9855 | | X | X | Exhibit 9855 marked and admitted | |
| | 1493 | | X | | Exhibit 1493 previously admitted | |
| | 9737 | | X | | Exhibit 9737 previously admitted | |
| | 558 | | X | X | Exhibit 558 marked and admitted<br>Email from WelhamL to AndersonA re A (discussion of Capax-Kraft transaction) | |
| | 2711 | | X | | Exhibit 2711 previously admitted | |
| | 2066 | | X | X | Exhibit 2066 marked and admitted<br>E-mail from Stephen Chamberlain to Sushovan Hussain, dated August 1, 2011 regarding "Top Customers" | |
| | 2712 | | X | | Exhibit 2712 (Tab One Only – Compare to Original) previously admitted | |
| | 2712 | | X | X | Exhibit 2712 (tab *3* "ERP summary" tab only) marked and admitted<br>Spreadsheet, Comparison Against Billing Reports | |
| | 2714 | | X | X | Exhibit 2714 (Tab Two Only) marked and admitted<br>Spreadsheet, Revenue by Customer | |
| | | 10:12 a.m. | | | Government re-direct examination of witness Antonia Halstead | |
| 2715 | | | X | X | Exhibit 2712 previously admitted | |
| 2711 | | | X | X | Exhibit 2711 "Revenue (ERP)" tab only<br>- marked and admitted); 2711 tab *6* "ERP by order value" tab (admitted on 5/6) | |
| 151 | | | X | | Exhibit 151 previously admitted | |
| 269 | | | X | | Exhibit 269 previously admitted | |
| 401 | | | X | | Exhibit 401 previously admitted | |
| 434 | | | X | X | Exhibit 434 marked and admitted<br>Email from LoomisB to SzukalskiG, SeamansM and PatrickH re conference call with Autonomy (checklist of items to cover) | |
| 668 | | | X | | Exhibit 668 previously admitted | |
| | | 10:42 a.m. | | | Court in recess | |
| | | 11:07 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. Defense (Lynch) Re-cross examination of witness Antonia Halstead | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:22 a.m. | | | Defense (Chamberlain) re-cross examination of witness Antonia Halstead | |
| | 668 | | X | | Exhibit 668 previously admitted | |
| | 401 | | X | | Exhibit 401 previously admitted | |
| | 434 | | X | | Exhibit 434 previously admitted | |
| | 151 | | X | | Exhibit 151 previously admitted | |
| | | 11:25 p.m. | | | Witness excused | |
| | | 11:26 p.m. | | | Government witness sworn<br>**Dominic Joseph Camden** | |
| 818 | | | X | X | Exhibit 818 marked and admitted<br>Email from BordeauxD to CamdenD, DavisJ re "AU agreement" with Dell transaction attachment | |
| 865 | | | X | X | Exhibit 865 marked and admitted<br>Email from BordeauxD to CamdenD re "AU agreement" | |
| 960 | | | X | X | Exhibit 960 marked and admitted<br>Email from CamdenD to CorleyC, MarbenaL re "just figured it out" | |
| 963 | | | X | X | Exhibit 963 marked and admitted<br>Email from MarbenaL to CamdenD, OneilA et al re "Block/Autonomy/Dell Executed Agreements" | |
| 971 | | | X | X | Exhibit 971 marked and admitted<br>Invoice from AU to ZONES for $7M | |
| 973 | | | X | X | Exhibit 973 marked and admitted<br>ZONES Invoice for $7M | |
| 2756 | | | X | X | Exhibit 2756 previously admitted | |
| 988 | | | X | X | Exhibit 988 marked and admitted<br>Bill from Oracle to Zones for $3.2M | |
| 1004 | | | X | X | Exhibit 1004 marked and admitted<br>Zones, Inc., purchase orders (2) | |
| 12732 | | | X | X | Exhibit 12732 marked and admitted<br>Autonomy Invoice # 7403-ANA | |
| 1036 | | | X | X | Exhibit 1036 marked and admitted<br>Invoice from ZONES toAU for $171K | |
| 1213 | | | X | X | Exhibit 1213 marked and admitted<br>Autonomy Letter to Zones, Inc COO re "Purchase of Dell Products for Target Corporation" | |
| 1217 | | | X | X | Exhibit 1217 marked and admitted<br>Email from CamdenD to NiemierJ re "AU agreement" | |
| 1228 | | | X | X | Exhibit 1228 marked and admitted<br>Email from RandallJ to CamdenD re "Target deal – note from Les" | |
| 1266 | | | X | X | Exhibit 1266 marked and admitted<br>Zones, Inc., purchase orders (3 of 3) | |
| 1262 | | | X | X | Exhibit 1262 marked and admitted<br>Zones, Inc., purchase orders (2 of 3) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1264 | | | X | X | Exhibit 1264 marked and admitted<br>Zones, Inc., purchase orders (1 of 3) | |
| 1272 | | | X | | Exhibit 1272 previously admitted | |
| 2757 | | | X | X | Exhibit 2757 marked and admitted<br>Hardware (3) Desktop/Tower PC | |
| | | 11:46 a.m. | | | Defense (Lynch) cross-examination of witness<br>Dominic J. Camden | |
| | 1210 | | X | X | Exhibit 1210 marked and admitted<br>Email from JohnsenR to SullivanM, et al., re "RE:<br>New Opportunity" | |
| | 7453 | | X | X | Exhibit 7453 marked and admitted<br>Email from BordeauxD to CamdenD, DavisJ, re "Re:<br>Block Image" | |
| | 7454 | | X | X | Exhibit 7454 marked and admitted<br>Email from MarbenaL to CamdenD, CorleyC, re<br>"RE: New Opportunity" | |
| | 5533 | | X | X | Exhibit 5533 marked and admitted<br>Email from CamdenD to ONeilA RE: Revised Zones<br>letter agreement | |
| | 963 | | X | | Exhibit 963 previously admitted | |
| | 7458 | | X | X | Exhibit 7458 marked and admitted<br>Email from CamdenD to JohnsonR et al re "RE:<br>New Opportunity - Target" | |
| | 1242 | | X | | Exhibit 1242 marked and admitted<br>Autonomy document digitally sent to CamdenD re<br>"Purchase of Dell Products for Target Corporation" | |
| | | 12:18 p.m. | | | Court in recess | |
| | | 1:07 p.m. | | | Court reconvened.  Court Reporter – Jennifer<br>Coulthard. Jurors not present.  All parties present.<br>Discussion re witness line-up for the remainder of<br>the day. | |
| | | 1:10 p.m. | | | All jurors present.<br>Government witness sworn: **Douglas Alan Kehring** | |
| 3247 | | | X | X | Exhibit 3247 marked and admitted<br>Email from KehringD to PapaS re "Re:" | |
| 3248 | | | X | X | Exhibit 3248 marked and admitted<br>Email from KehringD to CilloS re "Fwd: April 1 not<br>March 31, sorry!" | |
| 2385 | | | X | X | Exhibit 2385 marked and admitted<br>Oracle Press Statement | |
| 2386 | | | X | X | Exhibit 2386 marked and admitted<br>Email from QuattroneF to LynchM, Cc to KanterA<br>re<br>"FW: Autonomy slides" | |
| | | 1:33 p.m. | | | Defense (Lynch) cross-examination of witness<br>Douglas A. Kehring | |
| | 7307 | | X | X | Exhibit 7307 marked and admitted<br>Oracle FY 2012 Annual Report | |

4

| | 3247 | | X | | Exhibit 3247 previously admitted | |
|---|---|---|---|---|---|---|
| | 1504 | | X | X | Exhibit 1504 marked and admitted<br>E-mail from Frank Quattrone to Mark Hurd, dated January 26, 2011 regarding "Autonomy slides" | |
| | 7308 | | X | X | Exhibit 7308 marked and admitted<br>Fourth Amendment to the Value Added Remarketer Agreement with Developer Terms between Oracle America, Inc. and Verity, Inc. | |
| | 2385 | | X | | Exhibit 2385 previously admitted | |
| | 23703 | | X | X | Exhibit 23703 marked and admitted<br>FT Article "Mike Lynch and Oracle: Frank replies (updated)" | |
| | 8500 | | X | X | Exhibit 8500 marked and admitted<br>Email from QuattroneF to MRL, cc: KanterA, re: "FW: Autonomy" | |
| | | 2:23 p.m. | | | Witness excused | |
| | | 2:24 p.m. | | | Government witness sworn **Alan Bartlett Rizek** | |
| 15070 | | | X | X | Exhibit 15070 marked and admitted<br>From stephen chamberlain to 'alan rizek' <arizek@microlinkllc.com> re: RE: Files | |
| 15076 | | | X | X | Exhibit 15076 marked and admitted<br>From alan rizek to stephenc@autonomy.com re: 12-8-09 Adjusted balance sheet Oct 2009.xls | |
| 2799 | | | X | X | Exhibit 2799 marked and admitted<br>Email from ChamberlainS to RizekA re "Outstanding deals" | |
| 396 | | | X | X | Exhibit 396 marked and admitted<br>E-mail from Alan Rizek to Tom Murray et al., dated December 30, 2009, regarding "Autonomy debtor confirmation request" | |
| 535 | | | X | X | Exhibit 535 marked and admitted<br>E-mail from Alan Rizek to Alex Jackson et al., date January 11, 2010, regarding "Autonomy Revenue Confirmation Request – Microlink LLC" | |
| 420 | | | X | | Exhibit 420 previously marked | |
| 535 | | | X | | Exhibit 535 previously admitted | |
| | | 2:42 p.m. | | | Court in recess | |
| | | 3:13 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Alan B. Rizek | |
| | 322 | | X | X | Exhibit 322 marked and admitted<br>Email from John Cronin to David Truitt and Alan Rizek re MicroLink Payables to AU, attaching MicroLink Q4 09 Payment 10.01.09.xls | |

| | | | | | |
|---|---|---|---|---|---|
| 249 | | X | X | Exhibit 249 marked and admitted<br>Email from L. Welham to A. Rizek with attachment re "FWD: MICROLINK, LLC Debtor letter for Auditors " | |
| 2799 | | X | | Exhibit 2799 previously admitted | |
| 15265 | | X | X | Exhibit 15265 marked and admitted<br>From matt stephan to 'alan rizek' <arizek@microlinkllc.com>'stephen chamberlain' <stephenc@autonomy.com> re: Opening balance sheet | |
| 396 | | X | | Exhibit 396 previously admitted | |
| 535 | | X | | Exhibit 535 previously admitted | |
| 9720 | | X | X | Exhibit 9720 marked and admitted | |
| 15815 | | X | X | Exhibit 15815 marked and admitted<br>From to alan rizek <arizek@microlinkllc.com> re: Re: Roll forward of Autonomy balance | |
| 9722 | | X | X | Exhibit 9722 marked and admitted | |
| | 3:42 p.m. | | | Defense (Lynch) cross-examination of witness Alan Bartlett Rizek | |
| | 3:55 p.m. | | | Defense (Chamberlain) cross-examination of witness Alan Bartlett Rizek | |
| 489 | | X | X | Exhibit 489 marked and admitted<br>Phone records, 12/2009 - 1/2010 | |
| 396 | | X | | Exhibit 396 previously admitted | |
| | 4:01 p.m. | | | Government re-direct of witness Alan Bartlett Rizek | |
| | 4:02 p.m.<br><br>4:16 p.m. | | | Witness excused. Jurors excused until May 9, 2024 at 9:15 a.m.  Discussion re Motion in Limine re Expert Testimony.<br>Court adjourned until May 9, 2024 at 9:15 a.m. | |