# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: May 9, 2024                                          Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 53 Minutes (Portion Under Seal)
Case No.: CR18-0577 CRB-1, 2
Case Name: <u>USA v. Michael Richard Lynch</u>
                <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Further jury trial set for May 13, 2024 at 9:15 a.m.

Witnesses Sworn: Reagan Smith, Anthony Andrew Johnson

Exhibits Marked and Admitted: 1275, 1387, 1522, 1553, 1574, 1579, 1592, 1593, 1594, 1797, 2027, 2069, 2129, 2306, 2307, 2404, 2412, 2414, 2426, 2427, 2635, 2637, 2709, 2710, 6294, 6861, 8298, 8924, 8935, 8936, 16475, 16501, 16792

**Under Seal Proceedings held. The government and defense counsel of record may obtain a copy of the transcript without a court order.**