UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 9, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina, All jurors present. All parties present. Government witness sworn: **Reagan Smith** | |
| 16502 | | | X | | Exhibit 16502 previously admitted | |
| 16418 | | | X | | Exhibit 16418 previously admitted | |
| 16475 | | | X | X | Exhibit 16475 marked and admitted<br>Bank of America-Autonomy Product License Schedule A- 2.3 signed by EganC and SmithR | |
| 16501 | | | X | X | Exhibit 16501 marked and admitted<br>Bank of America Third Amendment to Application Service Provider and Software Licsense Agreement and Schedule A-2.3 signed by EganC | |
| 1275 | | | X | | Exhibit 1275 marked and admitted<br>Email from HussainS to JohnsonR, Cc to MarinelliT & SmithR re "RE: Autonomy compliant archiving project - respectfully requesting a call" | |
| 4928 | | | X | X | Exhibit 4928 previously admitted | |
| 1387 | | | X | X | Exhibit 1387 marked and admitted<br>Email from ReaganS to HussainS, Cc to EganS & KrakoskJ re "Re: Agreement" | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 16792 | | | X | X | Exhibit 16792 marked and admitted<br>Email from EganS to LynchM Fwd: Progress/ Next Steps | |
| 1522 | | | X | X | Exhibit 1522 marked and admitted<br>Email from EganS to SmithR re "Re: Confirming messages" | |
| 1549 | | | X | | Exhibit 1549 previously admitted | |
| | | 9:42 a.m. | | | Defense (Lynch) cross-examination of witness Reagan Smith | |
| | 8935 | | X | X | Exhibit 8935 marked and admitted<br>Email from VarcakG to KurtzE, cc: IngrassiaR, re: "FW: Meeting with Autonomy CEO - Tuesday" | |
| | 16502 | | X | X | Exhibit 16502 previously admitted | |
| | 8936 | | X | X | Exhibit 8936 marked and admitted<br>Email from McQuadeA to SmithR, RantalaT, JohnsonR, cc: ReedK, re: "RE: Autonomy BAML" | |
| | 6294 | | X | X | Exhibit 6294 marked and admitted<br>Email from ScottJ to SmithR RE: 8A - Autonomy | |
| | 8298 | | X | X | Exhibit 8298 marked and admitted<br>Email from ScottJ to SmithR, re: "Invoice" | |
| | 1797 | | X | X | Exhibit 1797 marked and admitted<br>Email from MarinelliT to SmithR, et al., re "MicroTech : Ariba<br>Enablement Form" | |
| | | 10:06 a.m. | | | Government re-direct of witness Reagan Smith | |
| 16502 | | | X | | Exhibit 16502 previously admitted | |
| | | 10:08 a.m. | | | Witness excused | |
| | | | | | Government witness sworn – **Anthony Andrew Johnson** | |
| 2710 | | | X | X | Exhibit 2710 marked and admitted<br>HALO: Frank Quattrone mtg | |
| 1553 | | | X | X | Exhibit 1553 marked and admitted<br>Email from B. Humphries to S. Robison & A. Johnson, Cc<br>to B. Humphries re "Project Atlantis" | |
| 1574 | | | X | X | Exhibit 1574 marked and admitted<br>Email from M. Lynch to S. Hussain re "Fwd: Friday - HP" | |
| 2709 | | | X | X | Exhibit 2709 marked and admitted<br>Email from RobisonS to JohnsonA, LevadouxJ, et al., re<br>"FW: 7am HALO: Project Atlantis meeting" | |
| 1579 | | | X | X | Exhibit 1579 marked and admitted<br>E-mail from Frank Quattrone to Andy Johnson and Brian Humphries, dated March 3, 2011 regarding "Friday – HP" | |
| 1592 | | | X | X | Exhibit 1592 marked and admitted<br>Email from JohnsonA to SarinM, BreyaM, BhagatV, HsiaoE, LevadouxJ, ChotaiS re "FW:part b" with | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | corpoverview2011-5.2b.ppt attached | |
| 1593 | | | X | X | Exhibit 1593 marked and admitted<br>Email from JohnsonA to SarinM, BreyaM, BhagatV, HsiaoE, LevadouxJ, ChotaiS re "FW:part c" with corpoverview2011-5.2c.ppt attached | |
| 1594 | | | X | X | Exhibit 1594 marked and admitted<br>Email from JohnsonA to SarinM, BreyaM, BhagatV, HsiaoE, LevadouxJ, ChotaiS re "FW:part d" with corpoverview2011-5.2d.ppt attached (atlantis deck coming in 4 parts) | |
| | | 10:28 a.m. | | | Court in recess | |
| | | 11:02 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government direct examination of witness Anthony A. Johnson | |
| 2027 | | | X | X | Exhibit 2027 marked and admitted<br>Email from MitchellJ to JohnsonA, SarinM & HsiaoM, Cc to projecttesla@barclayscapital.com, et al., re "Tesla Q2 Results" | |
| 4870 | | | X | | Exhibit 4870 previously admitted | |
| 2069 | | | X | X | Exhibit 2069 marked and admitted<br>Email from BhagatV to RicciJ, JohnsonA, et al re "Project Tesla - Daily Finance Call (Revenue Detail and Tax) | |
| 2129 | | | X | X | Exhibit 2129 marked and admitted<br>E-mail from Manish Sarin to Andy Johnson, et al. dated August 4, 2011 regarding "Tesla Sales / GTM overview call" | |
| 2306 | | | X | X | Exhibit 2306 marked and admitted<br>Press Release: "Recommended Cash Offer", dated 18 August 2011 | |
| 2307 | | | X | X | Exhibit 2307 marked and admitted<br>Press Release: "Recommended Cash Offer for Autonomy Corporation PLC by Hewlett-Packard Vision B.V." | |
| 2404 | | | X | X | Exhibit 2404 marked and admitted<br>Press Release, dated 3 October 2011: "Recommended Cash Offer by Hewlett-Packard Vision B.V. for Autonomy Corporation PLC Offer Update – Offer Declared Wholly Unconditional | |
| 2412 | | | X | X | Exhibit 2412 marked and admitted<br>E-mail from Beckenham, Takeovers to Cas Sydorowitz, et<br>al., dated October 4, 2011 regarding "Offer for AUTONOMY CORPORATION PLC" | |
| 2414 | | | X | X | Exhibit 2414 marked and admitted<br>Letter from Capita Registars "Cash Offer for Autonomy" | |
| | | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 2426 | | | | X | X | Exhibit 2426 marked and admitted<br>Email from P. Porrini to A. Johnson & TPRUKTSC, Cc to E. Hsiao re "RE: Manager Cash offer for Autonomy NL0020 External Payments - Others (Please elaborate in Comments section)**Action Required**" | |
| 2427 | | | | X | X | Exhibit 2427 marked and admitted<br>Email from P. Porrini to E. Hsiao, Cc to TPRUKTSC, J. Traer-Clark & A. Johnson re "RE: Manager Cash offer for Autonomy NL0020 External Payments - Others (Please elaborate in Comments section)**Action Required**" | |
| 2637 | | | | X | X | Exhibit 2637 marked and admitted<br>Capita CREST Account Statement | |
| 2635 | | | | X | X | Exhibit 2638 marked and admitted<br>Capita Certificates | |
| | | | 11:28 a.m. | | | Defense (Lynch) cross-examination of witness Anthony A. Johnson | |
| | 2710 | | | X | | Exhibit 2710 previously admitted | |
| | 1553 | | | X | | Exhibit 1553 previously admitted | |
| | 6861 | | | X | X | Exhibit 6861 marked and admitted<br>Mutual Nondisclosure Agreement | |
| | 8924 | | | X | X | Exhibit 8924 marked and admitted<br>Email from MRL to TassinY, EaganN, HussainS, RichardE, cc: KuehneK, LorenzenH, SarahW, re: "Re: URGENT TO APPROVE - Documation2010 - Q12010 - France" | |
| | 1592 | | | X | | Exhibit 1592 previously admitted | |
| | 1593 | | | X | | Exhibit 1593 previously admitted | |
| | 1594 | | | X | | Exhibit 1594 previously admitted | |
| | | | 12:09 p.m.<br><br>12:14 p.m. | | | Jurors on break. The parties discuss Post October 3 transactions.<br>Court in recess | |
| | | | 1:05 p.m. | | | SEALED -Court reconvened. Court Reporter – Jennifer Coulthard. All parties present. | |
| | | | 3:12 p.m. | | | Court in recess | |
| | | | 3:30 p.m. | | | SEALED-Court reconvened. Court Reporter – Jennifer Coulthard. All parties present. | |
| | | | 3:41 p.m. | | | Court adjourned until May 13, 2024 at 9:15 a.m. | |