# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: May 13, 2024                               Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina and Jennifer Coulthard
Time: 6 Hours and 13 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Further jury trial set for May 14, 2024 at 9:15 a.m.

Witnesses Sworn: Andy Gersh

Exhibits Marked and Admitted: 607, 1382, 1041, 2011, 2038, 2053, 2067, 2070, 2075, 2077, 2083, 2099, 2110, 2112, 2130, 2134, 2146, 2167, 2183, 2215, 2249, 2560, 2561, 2626, 2627, 4238, 4751, 4752, 4850, 4851, 6752, 7471.1, 8286.2