# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: May 14, 2024                          Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 56 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:   USA v. Michael Richard Lynch
                     USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Jury trial held. Witness Andy Gersh recalled.  Defense (Lynch) cross-examination of witness Andy Johnson.  Further jury trial set for May 15, 2024 at 9:15 a.m.

Witnesses Sworn: Steven Brice

Exhibits Marked and Admitted: 3, 199, 287, 647, 996, 1792, 1992, 1993, 2238, 2251, 4078, 4765, 5021, 5038, 5038.1, 5039, 5066, 5084, 5084a, 5093, 6521, 7708, 7719, 7721, 7726, 7732, 7733, 7770, 8481, 8490, 8491, 8493, 8609, 8770, 8788, 8791, 8989, 9861, 11611, 13575, 13674, 15254

Exhibits Marked: 17499 (Demonstrative), 17499-001 (Demonstrative),