UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: May 15, 2024                                        Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 54 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Government direct examination of Steven Brice.
Further jury trial set for May 16, 2024 at 9:15 a.m.

Exhibits Marked and Admitted: 38, 230, 8863, 9050, 9523, 11640, 11641, 11643, 11644, 11645, 11655, 11661, 11665, 16307, 16317, 16318, 16319, 16394, 16458, 16609, 16664, 16659, 16669, 16670, 16676, 16785, 16793, 16795, 16840, 16846, 16964, 16965, 17299,

Exhibit 17499 Pages 56 (1006 Summary Chart), 68 (1006 Summary Chart) marked and admitted

Exhibits Marked: 6737 Pages 7, 8 and 11, 7788-223 (Demonstrative), 7778 Slides 147, 148 marked (Demonstrative), 9038, 9041, 9042, 9056,
16992 pages 15-17, 18, 19, 20, 21 marked,
17499 – Pages, 1, 2, 4-13, 15-17, 19, 20, 21, 23, 24, 27, 29, 31, 32, 33, 34, 35, 36-48, 50, 51, 53, 58, 59, 61-66, 68, 69, 70, 71, 72 (Demonstrative)