UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 15, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government direct examination of **Steven Brice** | |
| 17499 | | | X | | Exhibit 17499 pages 1, 2, 4-13, 15-17 marked (Demonstrative) | |
| 11665 | | | X | X | Exhibit 11665 marked and admitted<br>Quarterly revenue breakdowns from Q1 2009 - Q2 2011 | |
| 11643 | | | X | X | Exhibit 11643 marked and admitted<br>FY 2009 General Ledger | |
| 11644 | | | X | X | Exhibit 11644 marked and admitted<br>FY 2010 General Ledger | |
| 11645 | | | X | X | Exhibit 11645 marked and admitted<br>FY 2011 General Ledger | |
| 16394 | | | X | X | Exhibit 16394 marked and admitted<br>Capax Discovery bill to Zantaz, Inc. for "Specialized EDD Processing" | |
| 16317 | | | X | X | Exhibit 16317 marked and admitted<br>Capax invoice to Zantaz, Inc. for "Specialized EDD processing" | |
| 16318 | | | X | X | Exhibit 16318 marked and admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Paid 7/10/2009 invoice to Zantaz, Inc. for "Specialized EDD processing" | |
| 16319 | | | X | X | Exhibit 16319 marked and admitted<br>Paid 7/31/2009 invoice to Zantaz, Inc. for "Specialized EDD processing" | |
| 16964 | | | X | X | Exhibit 16964 marked and admitted<br>Autonomy invoice to Zantaz ($250k) (Invoice # 8) | |
| 16965 | | | X | X | Exhibit 16965 marked and admitted<br>Autonomy invoice to Zantaz ($500k) (Invoice # 10) | |
| 17299 | | | X | X | Exhibit 17299 marked and admitted | |
| 16307 | | | X | X | Exhibit 16307 marked and admitted<br>Capax Activity Report | |
| 16795 | | | X | X | Exhibit 16795 marked and admitted<br>Exhibit B from Autonomy Value Added Reseller Agreement from Capax Discover to Autonomy, Inc | |
| | | | | | | |
| 17499 | | | X | | Exhibit 17499 pages 19, 20, 21 marked (Demonstrative) | |
| 15879 | | | X | | Exhibit 15879 previously admitted | |
| 17499 | | | X | | Exhibit 17499 pages 23, 24, 27, 29 marked (Demonstrative) | |
| 364 | | | X | | Exhibit 364 previously admitted | |
| 16670 | | | X | X | Exhibit 16670 marked and admitted<br>Email from UffelmanA to KrakoskiJ RE: Autonomy proposal | |
| 16458 | | | X | X | Exhibit 16458 marked and admitted<br>Citadel Digital Safe License and Subscription Services Agreement | |
| 16785 | | | X | X | Exhibit 16785 marked and admitted<br>Email from ChangM to RhodesK et al re Autonomy Revised Pricing | |
| 9523 | | | X | X | Exhibit 9523 marked and admitted<br>Excel File, Cost Savings Available to JPMC, Summary of Cost Savings 7 Year | |
| 16670 | | | X | X | Exhibit 16670 marked and admitted<br>Email from UffelmanA to KrakoskiJ RE: Autonomy proposal | |
| 16458 | | | X | X | Exhibit 16458 marked and admitted<br>Citadel Digital Safe License and Subscription Services Agreement | |
| 16785 | | | X | X | Exhibit 16785 marked and admitted<br>Email from ChangM to RhodesK et al re Autonomy Revised Pricing | |
| 9523 | | | X | X | Exhibit 9523 marked and admitted<br>Email from Poppy Prentis to Chris Goodfellow fw JPMC | |
| 16659 | | | X | X | Exhibit 16659 marked and admitted | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Email from KrakoskiJ to Mooney M FW: Autonomy - IBM (for Ameriprise Financial) Proposal Detail – thru March 31, 2014 v1.xlsx |
| 16669 | | | X | X | Exhibit 16669 marked and admitted<br>Autonomy Digital Safe Service Charles Schwab |
| | | | | | |
| 16676 | | | X | X | Exhibit 16676 marked and admitted<br>Email from EganS to HussainS FW: Getting back to you, attaching Autonomy Morgan Stanley Model 12 23 2009 Exercise Final |
| 16983 | | | X | X | Exhibit 16983 marked and admitted<br>Email from Poppy Prentis to Chris Goodfellow re: JPMC |
| 16793 | | | X | X | Exhibit 16793 marked and admitted<br>Comparison, Bank-Vs-Autonomy, Payment Summary, Graphs, and Executive Summary spreadsheets |
| 16840 | | | X | X | Exhibit 16840 marked and admitted<br>Spreadsheet - Deutsche Bank Proposal, Executive Summary, Cash Basis, Accrual Basis, Assumptiona |
| 16846 | | | X | X | Exhibit 16846 marked and admitted<br>Input and Assumptions Spreadsheet |
| 16609 | | | X | X | Exhibit 16609 marked and admitted<br>Email from EganC to SassR, ChamberlainS, and HussainS re "RE: Important: Metlife" |
| 17499 | | | X | | Exhibit 17499 pages 29, 34, 35, 36-48, 50, 51, 56 (1006 Summary Chart admitted), 58 Marked (Demonstrative) |
| 11640 | | | X | X | Exhibit 11640 marked and admitted<br>Documentation confirming delivery of Hitachi Data Systems hardware to Morgan Stanley |
| 11655 | | | X | X | Exhibit 11655 marked and admitted<br>Inovice issued by Hitachi Data Systems Corporation to Autonomy for purchase of Hitachi AMS Storage Solutions ($5,997,303) |
| 11641 | | | X | X | Exhibit 11641 marked and admitted<br>Documentation confirming shipment of hardward to Morgan Stanley |
| 17499 | | | X | | Exhibit 17499 pages 58, 59, 61-66, 68 (1006 Summary Chart admitted), 69, 70, 71, 72 marked (Demonstrative) |
| | | 10:19 a.m. | | | Court in recess |
| | | 10:46 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Steven Brice |
| | 9042 | | X | | Exhibit 9042 marked |
| | 9056 | | X | | Exhibit 9056 marked |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9041 | | X | | Exhibit 9041 marked | |
| | 9038 | | X | | Exhibit 9038 marked | |
| | 17499 | | X | | Exhibit 17499 page 21 (Demonstrative) | |
| | 230 | | X | X | Exhibit 230 marked and admitted<br>Note to Audit Committee from Hussain: Q3 2009 results analysis | |
| | 17499 | | X | | Exhibit 17499 page 21 (Demonstrative) | |
| | 8863 | | X | X | Exhibit 8863 marked and admitted<br>Email from FielerS to KeversC; FallonC, re: "Re: Tesla earnings surprise data" | |
| | 4830 | | X | | Exhibit 4830 previously admitted | |
| | 17499 | | X | | Exhibit 17499 page 53 (Demonstrative) | |
| | 7788 | | X | | Exhibit 7788-223 marked (Demonstrative) | |
| | | 11:59 a.m.<br><br>12:18 p.m. | | | Jurors on break.  Discussion re testimony of Mr. Brice and presentation of evidence to the jurors. Discussion re Agent's testimony. Defense (Chamberlain) Motion for a Mistrial.<br>Court in recess | |
| | | 12:54 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present.  All parties present. Defense (Lynch) cross-examination of witness Steven Brice | |
| | 17499 | | X | | Exhibit 17499 page 50 (Demonstrative) | |
| | 6737 | | X | | Exhibit 6737 page 8 and page 11 (Demonstrative) | |
| | 16992 | | X | | Exhibit 16992 pages 15-17 marked | |
| | 17499 | | X | | Exhibit 17499 page 29, 32, 33 marked (Demonstrative) | |
| | 6737 | | X | | Exhibit 6737 page 7 and page 8 marked | |
| | | 2:18 p.m. | | | Jurors on break. Defense counsel request to voir dire Mr. Brice re what documentation and witness testimony he reviewed prior to today's testimony. | |
| | | 2:37 p.m. | | | Court in recess | |
| | | 2:51 p.m.<br><br><br>2:53 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard. Jurors not present. The Court will allow defense counsel to voir dire Mr. Brice at the end of the day.<br><br>All jurors present.  All parties present. Defense (Lynch) cross-examination of witness Steven Brice | |
| | 16992 | | X | | Exhibit 16992 page 18, 19, 20, 21 marked | |
| | 38 | | X | X | Exhibit 38 marked and admitted<br>Excel Workbook: Capax EDD Revenue Testing | |
| | 8821 | | X | | Exhibit 8821 previously admitted | |
| | 17499 | | X | | Exhibit 17499 page 31 marked (Demonstrative) | |

4

| | | | | | |
|---|---|---|---|---|---|
| | 7778 | | X | | Exhibit 7778 Slides 147, 148 marked (Demonstrative) | |
| | 9050 | | X | X | Exhibit 9050 marked and admitted<br>Autonomy Digital Safe Service Charles Schwab | |
| | 16664 | | X | X | Exhibit 16664 marked and admitted<br>Schwab and Zantaz | |
| | 17499 | | X | | Exhibit 17499 page 37 (Demonstrative) | |
| | 16986 | 3:43 p.m.<br><br><br>4:18 p.m. | | | Jurors excused until May 16, 2024 at 9:15 a.m.<br>Defense (Lynch) voir dire Mr. Brice re the source of the materials and witness testimony<br>Exhibit 16986 – Expert Report<br>Defense request to strike Mr. Brice's testimony re "witness testimony." Discussion re "FRC."<br>Court adjourned until May 16, 2024 at 9:15 a.m. | |