UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
    <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 16, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 a.m.<br><br><br><br>9:21 a.m. | | | Judge cried-in. Court Reporter -Rhonda Aquilina. Jurors not present. Motion to Strike Testimony of Steven Brice (ECF No. 490) – Denied.<br>All jurors present. All parties present. Defense (Lynch) cross-examination of witness **Steven Brice** | |
| | 17499 | | X | | Exhibit 17499 page 57 marked (Demonstrative) | |
| | 6420 | | X | | Exhibit 6420 previously admitted | |
| | 6482 | | X | | Exhibit 6482 previously admitted | |
| | 7812 | | X | X | Exhibit 7812 marked and admitted<br>TIBCO Form 10-K 2012 | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | 17499 | | X | | Exhibit 17499 page 26 (Demonstrative) | |
| | 15879 | | X | | Exhibit 15879 previously admitted | |
| | 2013 | | X | | Exhibit 2013 previously admitted | |
| | | 10:23 a.m. | | | Court in recess | |
| | | 10:49 a.m. | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Steven Brice | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7775 | | | X | | Exhibit 7775 marked (Demonstrative) | |
| | 6737 | | | X | | Exhibit 6737 pages 6, 7 & 8 marked | |
| | 17499 | | | X | | Exhibit 17499 page 19 marked (Demonstrative) | |
| | 6169 | | | X | | Exhibit 6169 previously admitted | |
| | 16981 | | | X | | Exhibit 16981 previously admitted | |
| | 6737 | | | X | | Exhibit 6737 page 8 marked (Demonstrative) | |
| | | 12:07 p.m. 12:09 p.m. | | | | Jurors on break<br>Court in recess | |
| | | 12:54 p.m. | | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Steven Brice | |
| | 17499 | | | X | | Exhibit 17499 pages 1, 71 and 72 marked (Demonstrative) | |
| | | 1:19 p.m. | | | | Defense (Chamberlain) cross-examination of Steven Brice | |
| | 17499 | | | X | | Exhibit 17499 page 59 marked (Demonstrative)<br>Page 60 marked (Demonstrative) | |
| | 9806 | | | X | | Exhibit 9806 previously admitted | |
| | 17499 | | | X | | Exhibit 17499 page 56 marked (Demonstrative) | |
| | 9871 | | | X | X | Exhibit 9871 marked and admitted<br>Email from J. Scott to J. Crumbacher re: RE: Morgan Equipment Ongoing Obligations | |
| | 14741 | | | X | X | Exhibit 14741 marked and admitted<br>2010 Q1 Q1-2272 Z Consolidation adjustments Q1 2010.xlsx | |
| | 14761 | | | X | X | Exhibit 14761 marked and admitted<br>2010 Q3 Q3-8130 Hardware Testing.xls | |
| | 1183 | | | X | | Exhibit 1183 previously admitted | |
| | 17499 | | | X | | Exhibit 17499 page 4 marked (Demonstrative) | |
| | 14726 | | | X | X | Exhibit 14726 marked and admitted<br>2009 Q4 8140b EMEA licence deals [higher than] $1m Q1 2009.xls | |
| | 44 | | | X | X | Exhibit 44 marked and admitted<br>Audit Confirm for Capax Discovery LLC as of 4/2/2009 | |
| | 2559 | | | X | | Exhibit 2559 previously admitted | |
| | 17499 | | | X | | Exhibit 17499 page 4 marked (Demonstrative) | |
| | 14796 | | | X | | Exhibit 14796 previously admitted | |
| | 17499 | | | X | | Exhibit 17499 page 16 marked (Demonstrative) | |
| | | 2:29 p.m. 2:32 p.m. | | | | Jurors on break. Discussion re trial schedule for the rest of the day. Court in recess. | |
| | | 2:48 p.m. | | | | Court reconvened. Court Reporter – Jennifer Coulthard. Defense (Chamberlain) cross-examination of witness Steven Brice | |

|  | 11646 |  | X |  | Exhibit 11646 page 28 marked (Demonstrative) |  |
|---|---|---|---|---|---|---|
|  | 420 |  | X |  | Exhibit 420 previously admitted |  |
|  | 535 |  | X |  | Exhibit 535 page 4 previously admitted |  |
|  | 2791 |  | X |  | Exhibit 2791 previously admitted |  |
|  | 1947 |  | X |  | Exhibit 1947 previously admitted |  |
|  | 17499 |  | X |  | Exhibit 17499 page 4, 26 marked (Demonstrative) |  |
|  | 9873 |  | X | X | Exhibit 9873 marked and admitted<br>Hewlett Packard 276480.pdf |  |
|  |  | 3:08 p.m. |  |  | Government re-direct of witness Steven Brice |  |
| 17499 |  |  | X |  | Exhibit 17499 page 58 marked (Demonstrative) |  |
| 230 |  |  | X |  | Exhibit 230 previously admitted |  |
| 17499 |  |  | X |  | Exhibit 17499 page 29, 37, 53 marked (Demonstrative) |  |
| 16669 |  |  | X |  | Exhibit 16669 previously admitted |  |
| 6420 |  |  | X |  | Exhibit 6420 previously admitted |  |
| 7812 |  |  | X |  | Exhibit 7812 previously admitted |  |
| 17499 |  |  | X |  | Exhibit 17499 page 19, 59 marked (Demonstrative) |  |
| 401 |  |  | X |  | Exhibit 401 previously admitted |  |
| 16981 |  |  | X |  | Exhibit 16981 previously admitted |  |
| 17499 |  |  | X |  | Exhibit 17499 page 1 marked (Demonstrative) |  |
|  |  | 3:43 p.m. |  |  | Defense (Lynch) re-cross examination of witness Steven Brice |  |
|  | 9110 |  | X | X | Exhibit 9110 marked and admitted |  |
|  | 9108d |  | X | X | Exhibit 9108d marked and admitted |  |
|  |  | 3:49 p.m.<br><br>3:53 p.m. |  |  | Witness excused. Court addressed the jurors re the trial schedule.<br> Jurors excused until May 20, 2024 at 9:15 a.m. Discussion re: Motion to Exclude Chamberlain's Handwritten Notebooks Through Case Agent (ECF No. 480). The Court GRANTED Chamberlain's Motion to Exclude Chamberlain's Handwritten Notebooks Through Case Agent (dkt. 480). The Court DENIED Lynch's Motion and Renewed Motion to Exclude Improper Summary Witness Testimony, subject to the Government modifying its summaries as described on the record (dkts. 487, 489). |  |
|  |  | 4:32 p.m. |  |  | Court adjourned until May 20, 2024 at 9:15 a.m. |  |
|  |  |  |  |  |  |  |

3