Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo
Celeste L. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF JONATHAN M. BAUM IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION FOR ADMISSION OF FULL AUDIO RECORDING**<br><br>Date Filed: May 19, 2024 |

**DECLARATION OF JONATHAN M. BAUM**

I, Jonathan M. Baum, declare as follows:

1.     I am an attorney licensed to practice law in California and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch.  I am admitted to the United States District Court, Northern District of California.

2.     I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.     Attached hereto as Exhibit A is a true and correct copy of Exhibit 8598, the transcript associated with Exhibit 8257.

4.     Attached hereto as Exhibit B is a true and correct copy of an excerpt of Exhibit 8598, the transcript associated with Exhibit 8257.2.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 19, 2024 in San Francisco, California.

Dated: May 19, 2024                    Respectfully submitted,


                                       _/s/ Jonathan M. Baum_____
                                       Jonathan M. Baum