# EXHIBIT B

```
 1              BRENT HOGENSON:  Once again, I paid for it
 2    myself.  It was in off-hours time.
 3              JOEL SCOTT:  Uh-huh.
 4              Okay.  Well, Brent, I got to tell you,
 5    what I see is a pattern of financial irregularities
 6    and mismanagement.  Um, I see unauthorized partner
 7    payments where you're committing company dollars
 8    well in excess of what you're authorized to.  And I
 9    see a pattern of practices that, frankly, I don't
10    understand.  I genuinely don't understand.
11              And I -- I -- I wish I could make sense of
12    it, but I can't.  Um.  So I -- I don't think the
13    word -- I think that we're at a -- I think we're at
14    a point here where I cannot afford to have you, um,
15    retained in the position that you're in.  When
16    I -- when I -- when I see situations --
17              BRENT HOGENSON:  Can you make that
18    decision?
19              JOEL SCOTT:  Say again.
20              BRENT HOGENSON:  Do you make that
21    decision?
22              JOEL SCOTT:  I can make that decision.
23              BRENT HOGENSON:  Who -- who authorizes you
24    to make that decision?
25              JOEL SCOTT:  I can make that decision.
```

EXH. 08598-041
Lynch_DOJ_00000070

```
 1              BRENT HOGENSON:  Who -- who authorizes you
 2   to make that decision?
 3              JOEL SCOTT:  So, Brent,
 4   here -- here -- here's the problem that I have.
 5   The problem that I have is, I'm trying to do an
 6   investigation into the U.S. finance organization
 7   which results from an embezzlement that comes to
 8   light a couple of months ago.  I see things --
 9              BRENT HOGENSON:  But one that didn't have,
10   you know -- there was never any conclusive evidence
11   that it had anything to do with either my team in
12   San Jose or myself.
13              JOEL SCOTT:  I see things that tell me
14   that you're doing things that you're not authorized
15   to do.  I also see things that tell me that you're
16   interfering with my investigation in ways that
17   don't make me at all comfortable.
18              Now, you know, I know that there is -- so,
19   look, on that basis, Brent, I can't -- I can't
20   afford to have you -- to have you in the office or
21   to keep you around at Autonomy.  It doesn't make
22   sense to me.
23              BRENT HOGENSON:  Who makes that decision?
24              (Simultaneous speaking.)
25              JOEL SCOTT:  I'm telling you right now.
```

```
 1            BRENT HOGENSON:  Who makes that decision?
 2            JOEL SCOTT:  I'm telling you right now.
 3   And, look, if you want to appeal it, you can appeal
 4   it.  But based on what I've been doing with, um --
 5   um -- John and Chris and the specifics that I'm
 6   seeing and, frankly, the answers that I'm not that
 7   happy with on how you've inserted yourself, you
 8   know, both in -- in the investigation business and
 9   other things that just don't seem right to me, I --
10   I can't afford to have you -- to have you employed
11   here.
12            BRENT HOGENSON:  So what is it that you're
13   telling me?
14            JOEL SCOTT:  I'm telling you that,
15   unfortunately, I -- we've got to let you go as of
16   today.
17            BRENT HOGENSON:  So you've made the
18   decision that today's my last day?
19            JOEL SCOTT:  Yeah.  Yeah.  And, um -- you
20   know, I've seen the e-mails that have gone back and
21   forth obviously between you and Andy and Sushovan,
22   and I have steered clear of that.  So, you know, I
23   can tell you -- well, this is -- I can tell you a
24   couple things.
25            One, I can tell you that I haven't been
```

```
 1    involved with that, and my decision is completely
 2    independent of, um-- of any -- any statements or
 3    claims that you're making to, um -- Andy or
 4    Sushovan or outside auditors or Deloitte or what
 5    have you.  What I do understand is that that matter
 6    is -- has been finally concluded and any concerns
 7    that you arose were -- or that you made were based
 8    on bits and pieces.  And -- though I don't know
 9    details, I -- you know, I can read those e-mails
10    certainly.
11            BRENT HOGENSON:  Okay.  All right.  Can I
12    ask a couple of questions?
13            JOEL SCOTT:  Uh --
14            BRENT HOGENSON:  I'd like to ask whether
15    there was any part of this decision that was
16    related to the questions that I've raised to the
17    Audit Committee, Deloitte, or the FSA?
18            JOEL SCOTT:  Look, Brent, one thing -- one
19    -- I've already told you my answer to that.
20            BRENT HOGENSON:  So --
21            JOEL SCOTT:  Just a second ago, I told you
22    my answer to that.
23            BRENT HOGENSON:  -- you're saying that
24    there was no part of your decision --
25            JOEL SCOTT:  I've already given you my
```