1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA  94105
Telephone:  (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone:  (212) 878-3437
christopher.morvillo@cliffordchance.com


*Attorneys for Defendant*
*Michael Richard Lynch*

**UNITED STATES DISTRICT COURT**

**NORTHERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S 29(A) MOTION FOR ACQUITTAL ON COUNT 16**<br><br>Court:  Courtroom 6 – 17th Floor<br>Date Filed:  May 20, 2024<br>Trial Date:  March 18, 2024 |

**DECLARATION OF CELESTE L.M. KOELEVELD**

I, Celeste L.M. Koeleveld, declare as follows:

1.      I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2.      I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3.      Attached hereto as Exhibit 1 is a true and correct copy of HP's press release, issued August 18, 2011 (Tr. Ex. 2295).

4.      Attached hereto as Exhibit 2 is a true and correct copy of the press announcement referred to during the testimony of Andy Johnson (Tr. Ex. 2306).

5.      Attached hereto as Exhibit 3 is a true and correct copy of the irrevocable undertaking (Tr. Ex. 2308).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 20, 2024, in San Francisco, California.

/s/ Celeste L.M. Koeleveld
Celeste L.M. Koeleveld