1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA N. GREEN (NYBN 5226204)
6  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorneys
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
9       Fax: (415) 436-7234
        Email: Robert.Leach@usdoj.gov
10
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER ADMITTING EVIDENCE AT TRIAL |
| v. | Trial Date: May 20, 2024 |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

Today, based on the trial record in the above-captioned case, the Court ORDERED that the following three groups of exhibits listed below be admitted into evidence at trial:

24, 85, 121, 195, 211, 217, 214, 281, 395, 444, 462, 644, 646, 680, 691, 709, 728, 736, 838, 1500, 1508, 1646, 1725, 1750, 1845, 1848, 2093, 2144, 3026, 4957, 10019, 10028, 10233, 10295, 10298, 15286, 15287, 15584, 15588, 15726, 15926, 15927, 15930, 15931, 15932, 15933, 15937, 15938, 15939, 15941, 15942, 15945, 15946, 15947, 15949, 15950, 15955, 15965, 15969, 16936, 16940, 16945, 16976, 17291, 17497, 17511, 15395

and

10104, 10613, 10664, 10666, 10667, 10678, 10681, 10682, 10693, 10701, 10702, 10735, 10740, 10745, 10794, 10766, 10776, 10777, 10788, 10911, 10985, 11665, 12352, 12962, 12965, 12966, 12959, 17301

and

131, 420, 499, 707, 708, 737, 758, 838, 1115, 1727, 1750, 1912, 2243, 2307, 2618, 2644, 2645, 2788, 3029, 3030, 3063, 3453, 3845, 10605, 10645, 10650, 10693, 10794, 11474, 11609, 11953, 12301, 12570, 12299, 14756, 16600, 16605, 16608, 16418, 16453, 16464, 16475, 16488, 16514, 16530, 16546, 16548, 16558, 16576, 16577, 16586, 16605, 16608, 16714, 16737, 16750, 16752, 16761, 16773, 16780, 16851, 16852, 16903, 17034, 17037, 17039, 17041, 17044, 17056, 17290, 17296, 17297, 17481, 17482

**IT IS SO ORDERED**.

Dated: May 20, 2024

_____
CHARLES R. BREYER
United States District Judge