# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:  May 20, 2024                                Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 49 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Jury trial held.  Further jury trial set for May 21, 2024 at 9:15 a.m.

Witnesses Sworn: Britta Huebsch, Gregory Robert Taylor,

Exhibits Marked and Admitted:

Group 1 -24, 85, 121, 195, 211, 217, 214, 281, 395, 444, 462, 644, 646 (previously admitted on 3/28/2024), 680 (previously admitted 3/28/2024) , 691, 709, 728 (previously admitted on 3/25/2024), 736, 838, 1500 (previously admitted on 3/27/2024), 1508 (previously admitted on 3/27/2024), 1646, 1725 (previously admitted 3/27/2024), 1750 (previously admitted on 3/21/2024), 1845, 1848, 2093, 2144, 3026, 4957, 10019, 10028 (previously admitted on 5/6/2024), 10233, 10295, 10298, 15286, 15287, 15584, 15588 (previously admitted on 5/6/2024), 15726, 15926, 15927, 15930, 15931, 15932, 15933, 15937, 15938, 15939, 15941, 15942, 15945, 15946, 15947, 15949, 15950, 15955, 15965, 15969, 16936, 16940, 16945,16976, 17291, 17497, 17511

Group II – 10104, 10613, 10664, 10666, 10667, 10678, 10681, 10682, 10693, 10701, 10702, 10735, 10740, 10745, 10794, 10766, 10776, 10777, 10788, 10911, 10985, 11665 (previously admitted on 5/15/2024), 12352, 12962, 12965, 12966, 12959, 17301

Group III – 131, 420 (previously admitted on 3/27/2024), 499 (previously admitted on 4/8/2024), 707 (previously admitted on 4/17/2024), 708, 737, 758, 838, 1115 (previously admitted on 3/25/2024), 1727 (previously admitted 4/15/2024), 1750 (previously admitted on 3/21/2024), 1912 (previously admitted on 4/15/2024), 2243, 2307 (previously admitted on 5/9/2024), 2618, 2644, 2645, 2788, 3029, 3030, 3063, 3453, 3845, 10605, 10645, 10650, 10693, 10794, 11474, 11609, 11953, 12301, 12570, 12299, 14756, 16600, 16605, 16608, 16418 (previously admitted on 4/30/2024), 16453, 16464, 16475 (previously admitted on 5/9/2024),  16488, 16514, 16530, 16546, 16548, 16558, 16576, 16577, 16586, 16605, 16608, 16714, 16737 (previously admitted on 4/30/2024), 16750 (previously admitted on 4/8/2024), 16752, 16761, 16773, 16780, 16851, 16852, 16903, 17034, 17037, 17039, 17041, 17044, 17056, 17290, 17296, 17297, 17481, 17482

Exhibits Marked and Admitted: 9113, 10104, 10717, 14408, 15395,17034, 17481, 17484, 17485, 17486, 17501, 17502, 17503, 17504, 17516

Exhibits Marked: 9105, 9874, 9872, 9872.1, 9875, 12001, 15932, 17497 (slide 5), 17498, 17522, 17518 (Demonstrative), 17523 (Demonstrative),
23736