# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:  May 21, 2024                                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 6 Hours and 12 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
            <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Government cross-examination of Gregory R. Taylor.
Defense witness (video deposition) – Poppy Gustafsson (Prentiss).
Defense witness (video deposition) - Lisa Harris.

Further jury trial set for May 22, 2024 at 9:15 a.m.

Exhibits Marked and Admitted: 1432, 4344, 4369, 9505, 9509, 9510, 9510.1, 9510.2, 9513, 9514, 9515, 9516, 9516.1, 9508, 9542, 9542.1, 9544, 9547, 9548, 9549, 9550, 9551, 9525, 9553, 14700, 15288, 15289, 15742