# CLIFFORD CHANCE



Senior Associate

Harriet Slack specialises in large scale commercial litigation including fraud litigation, M&A disputes, accounting disputes and tech disputes. She also has experience in white collar crime cases (both in US and UK) and extradition proceedings. Harriet has also advised on anti-bribery related matters.

**Relevant experience**

Representing an individual in extradition proceedings brought by the US Government.

Representing the founder and former CEO of Autonomy Plc defending a $5bn claim brought by HP in the English High Court arising out of HP's $11bn acquisition of Autonomy in 2011. This was a substantial and high value commercial case and the trial lasted 10 months. It was the largest civil fraud claim ever filed in the UK.

Carrying out numerous anti-bribery due diligence exercises in the context of corporate acquisitions and carrying out an anti-bribery risk assessment of a European company, entailing interviews with senior officers, reviews of policies and procedures and written reports.

Client secondment to the litigation team at a global bank.

## Contact details

Clifford Chance, London

+442070064696

Email me

Practice area Litigation, dispute resolution & risk management

## Career and qualifications

Durham University (BA) 2007

Joined Clifford Chance 2011

Admitted as a solicitor in England & Wales 2013

Senior Associate since 2018

## Professional bodies

The Law Society of England and Wales