UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  May 22, 2024                               Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 37 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
                 USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin, Galen Kast (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Government's Motion to Strike at ECF No. 510 held. The Court GRANTED the Government's motion to strike post-acquisition testimony of Lisa Harris (dkt.510).
Defense witness (video deposition) Lisa Harris
Further jury trial set for May 23, 2024 at 9:15 a.m.

Witnesses Sworn: Jonathan William Bloomer, Harriet Slack

Exhibits Marked and Admitted: 813, 1763, 3311, 3640, 7531, 7534.1, 7539, 7541, 7544, 7546, 8317 (Entire Exhibit Admitted), 8317.1, 8317.5, 8317.6, 9556, 12990, 16076, 17530 (pages 3 and 4 only)

Exhibits Marked: 17528; 9133 (pages 2 & 4) marked (Demonstrative); 9133.1  (Demonstrative); 9133.2 (Demonstrative); 9133.3 (Demonstrative); 9133.4 (Demonstrative); 9133.5 (Demonstrative); 9133.6 (Demonstrative); 9133.8 (Demonstrative); 9133.10 (Demonstrative); 9133.11 (Demonstrative); 9133.12 (Demonstrative); 9133.13 (Demonstrative); 9133.14 (Demonstrative); 9133.17 (Demonstrative); 9133.18 (Demonstrative); 9135.1 (Demonstrative); 9135.2 (Demonstrative);  9135.3 (Demonstrative); 9135.4 (Demonstrative); 9135.5 (Demonstrative); 9135.6 (Demonstrative); 9135.7 (Demonstrative);  9973 (Demonstrative)