UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>Galen Kast<br>(Lynch) |
| **TRIAL DATE:**<br>May 22, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:13 a.m. | | | Judge cried in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Discussion re Government's Motion to Strike at ECF No. 510. The Court GRANTED the Government's motion to strike post-acquisition testimony of Lisa Harris (dkt. 510). | |
| | | 9:25 a.m. | | | All jurors present. Court strikes video deposition testimony of Lisa Harris re meeting with HP mapping/codes/hardware. | |
| | | 9:26 a.m. | | | Defense witness (video deposition) Lisa Harris played to the jury. | |
| | 9556 | | X | X | Exhibit 9556 marked and admitted<br>Email from Hussain to Harris re: Q1 | |
| | 5073 | | X | | Exhibit 5073 previously admitted | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 4072 | | X | | Exhibit 4072 previously admitted | |
| | 813 | | X | | Exhibit 813 marked and admitted<br>Email from PrentisP to VaidyanathanG re Filetek payments | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 12990 | | X | | Exhibit 12990 marked and admitted<br>Email from HussainS to ChamberlainS, PrentisP and<br>HarrisL re "Q1" (original Bates HP-SEC-01435185) | |
| | 16076 | | X | X | Exhibit 16076 marked and admitted<br>From stephen chamberlain to aline pels <apels@autonomy.com>\|"'andrea campana'" <andrea.campana@autonomy.com>\|"'antonia anderson'" <antonia.anderson@autonomy.com>\|"'cheri mezzapelle'" <cheri.mezzapelle@autonomy.com>\|"'cindy johnson'" <cindy.johnson@autonomy.com>\|"'david krendel'" <david.krendel@autonomy.com>\|"'debbie mcculloch'" <debbie.mcculloch@autonomy.com>\|"'eads, richard'" <richard.eads@autonomy.com>\|"'elizabeth harris'" <lisah@autonomy.com>\|"'glenn fong'" <glenn.fong@autonomy.com>\|"'helen ku'" <hku@autonomy.com>\|"'james osial'" <james.osial@autonomy.com>\|"'jessica martens'" <jessica.martens@autonomy.com>\|"'kelly kim'" <kelly.kim@autonomy.com>\|"'kim geeza'" <kim.geeza@autonomy.com>\|"'linxwiler, courtney'" <courtney.linxwiler@autonomy.com>\|"'pamela ong'" <pamela.ong@autonomy.com>\|"'poppy prentis'" <poppy.prentis@autonomy.com>\|"'ying liu'" <ying.liu@autonomy.com>\|"michael flint" <michaelf@autonomy com>\|<ganesh vaidyanathan@auto | |
| | 3311 | | X | X | Exhibit 3311 marked and admitted<br>Dup. 816 | |
| | | 10:06 a.m. | | | Defense (Lynch) witness sworn<br>**Jonathan William Bloomer** | |
| | 7541 | | X | X | Exhibit 7541 marked and admitted<br>Meeting of the Audit Committee of the Board of Directors of | |
| | 7539 | | X | X | Exhibit 7539 marked and admitted<br>Autonomy Corporation plc Report to the Audit Committee on | |
| | | 10:42 a.m. | | | Court in recess | |
| | | 11:01 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense (Lynch) direct examination of | |

|  |  |  |  |  | |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Jonathan W. Bloomer |  |
|  | 3640 |  | X | X | Exhibit 3640 marked and admitted<br>Deloitte AC pack Autonomy FY10.pdf |  |
|  | 7546 |  | X | X | Exhibit 7546 marked and admitted<br>Email from CookeS to DaleyS; McMonigallJ; |  |
|  |  | 11:22 a.m. |  |  | Government cross-examination of<br>Jonathan W. Bloomer |  |
| 17528 |  |  | X |  | Exhibit 17528 marked |  |
| 7531 |  |  | X | X | Exhibit 7531 marked and admitted<br>Autonomy Corporation plc Report to the Audit Committee on the 2010 Q3 Review Final Report |  |
| 7534.1 |  |  | X | X | Exhibit 7534.1 marked and admitted |  |
| 3640 |  |  | X |  | Exhibit 3640 previously admitted |  |
| 17291 |  |  | X |  | Exhibit 17291 previously admitted |  |
| 15588 |  |  | X |  | Exhibit 15588 previously admitted |  |
|  |  | 12:04 p.m. |  |  | Court in recess |  |
|  |  | 12:47 p.m. |  |  | Court reconvened.  Jurors not present. All parties present. |  |
| 9133 |  |  | X |  | Discussion re Exhibit 9133 (pages 2 and 4 allowed) marked (Demonstrative) |  |
|  |  |  |  |  | Government cross-examination of witness<br>Jonathan W. Bloomer |  |
| 3640 |  |  | X |  | Exhibit 3640 previously admitted |  |
| 7539 |  |  | X | X | Exhibit 7539 marked and admitted<br>Autonomy Corporation plc Report to the Audit Committee on |  |
| 1726 |  |  | X |  | Exhibit 1726 previously admitted |  |
| 5592 |  |  | X |  | Exhibit 5592 previously admitted |  |
| 1763 |  |  | X | X | Exhibit 1763 marked and admitted<br>Email from ChamberlainS to HussainS re Numbers (options for Prisa transaction) |  |
| 17511 |  |  | X |  | Exhibit 17511 previously admitted |  |
| 7544 |  |  | X | X | Exhibit 7544 marked and admitted<br>Autonomy Corporation plc Report to the Audit Committee on |  |
| 15871 |  |  | X |  | Exhibit 15871 previously admitted |  |
| 1981 |  |  | X |  | Exhibit 1981 previously admitted |  |
| 1432 |  |  | X |  | Exhibit 1432 previously admitted |  |
| 3640 |  |  | X |  | Exhibit 3640 previously admitted |  |
| 8317.1 |  |  | X | X | Exhibit 8317.1 marked and admitted<br>Attachment to 8/18/2011 KanterA email: "1 - DRAFT Project |  |
| 8317 |  |  | X | X | Exhibit 8317 marked and admitted<br>Email from KanterA to McMonigallJ; Master; DaleyS; |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 8317.5 | | | | X | X | Exhibit 8317.5 marked and admitted Attachment to 8/18/2011 KanterA email: "5 - Directors | |
| 8317.6 | | | | X | X | Exhibit 8317.6 marked and admitted Attachment to 8/18/2011 KanterA email: "6 - Verification | |
| 8317 | | | | X | X | Exhibit 8317 (Entire Exhibit Admitted) | |
| | | 1:37 p.m. | | | | Defense (Lynch) re-direct of witness Jonathan W. Bloomer | |
| | 8317.5 | | | X | | Exhibit 8317.5 previously admitted | |
| | 8317.1 | | | X | | Exhibit 8317.1 previously admitted | |
| | | 1:47 p.m. | | | | Defense (Chamberlain) direct examination of Jonathan W. Bloomer | |
| | 17291 | | | X | | Exhibit 17291 previously admitted | |
| | 9973 | | | X | | Exhibit 9973 (Demonstrative) | |
| | 9737 | | | X | | Exhibit 9737 previously admitted | |
| | | 2:04 p.m. | | | | Government re-cross witness Jonathan W. Bloomer | |
| 1531 | | | | X | | Exhibit 1531 previously admitted | |
| 17291 | | | | X | | Exhibit 17291 previously admitted | |
| 8317.6 | | | | X | | Exhibit 8317.6 previously admitted | |
| | | 2:11 p.m. | | | | Defense (Chamberlain) re-cross examination of Jonathan W. Bloomer | |
| 17291 | | | | X | | Exhibit 17291 previously admitted | |
| 15588 | | | | X | | Exhibit 15588 previously admitted | |
| | | 2:16 p.m. | | | | Witness excused | |
| | | 2:17 p.m. | | | | Court in recess | |
| | | 2:37 p.m. | | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. | |
| | | 2:37 p.m. | | | | Defense witness sworn **Harriet Slack** | |
| | 9133.1 | | | X | | Exhibit 9133.1 marked (Demonstrative) | |
| | 9133.2 | | | X | | Exhibit 9133.2 marked (Demonstrative) | |
| | 9133.3 | | | X | | Exhibit 9133.3 marked (Demonstrative) | |
| | 9133.4 | | | X | | Exhibit 9133.4 marked (Demonstrative) | |
| | 9133.5 | | | X | | Exhibit 9133.5 marked (Demonstrative) | |
| | 9133.6 | | | X | | Exhibit 9133.6 marked (Demonstrative) | |
| | 9133.8 | | | X | | Exhibit 9133.8 marked (Demonstrative) | |
| | 9135.1 | | | X | | Exhibit 9135.1 marked (Demonstrative) | |
| | 9135.2 | | | X | | Exhibit 9135.2 marked (Demonstrative) | |
| | 9135.3 | | | X | | Exhibit 9135.3 marked (Demonstrative) | |
| | 9135.4 | | | X | | Exhibit 9135.4 marked (Demonstrative) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9133.10 | | X | | Exhibit 9133.10 marked (Demonstrative) | |
| | 9133.11 | | X | | Exhibit 9133.11 marked (Demonstrative) | |
| | 9133.12 | | X | | Exhibit 9133.12 marked (Demonstrative) | |
| | 9133.13 | | X | | Exhibit 9133.13 marked (Demonstrative) | |
| | 9133.14 | | X | | Exhibit 9133.14 marked (Demonstrative) | |
| | 9133.17 | | X | | Exhibit 9133.17 marked (Demonstrative) | |
| | 9133.18 | | X | | Exhibit 9133.18 marked (Demonstrative) | |
| | 9135.5 | | X | | Exhibit 9135.5 marked (Demonstrative) | |
| | 9135.6 | | X | | Exhibit 9135.6 marked (Demonstrative) | |
| | 9135.7 | | X | | Exhibit 9135.7 marked (Demonstrative) | |
| | | 3:11 p.m. | | | Government cross-examination of Harriet Slack | |
| 9133.1 | | | X | | Exhibit 9133.1 marked (Demonstrative) | |
| 9133.2 | | | X | | Exhibit 9133.2 marked (Demonstrative) | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 1594 | | | X | | Exhibit 1594 previously admitted | |
| 9133.2 | | | X | | Exhibit 9133.2 marked (Demonstrative) | |
| 9133.3 | | | X | | Exhibit 9133.3 marked (Demonstrative) | |
| 9133.4 | | | X | | Exhibit 9133.4 marked (Demonstrative) | |
| 1546 | | | X | | Exhibit 1546 previously admitted | |
| 9133.5 | | | X | | Exhibit 9133.5 marked (Demonstrative) | |
| 17497 | | | X | | Exhibit 17497 marked | |
| 9133.11 | | | X | | Exhibit 9133.11 marked (Demonstrative) | |
| 17530 | | | X | X | Exhibit 17530 (page 3 and 4 only )marked and admitted | |
| 9133.12 | | | X | | Exhibit 9113.12 marked (Demonstrative) | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 1531 | | | X | | Exhibit 1531 previously admitted | |
| 16540 | | | X | | Exhibit 16540 previously admitted | |
| 9133.12 | | | X | | Exhibit 9133.12 previously admitted | |
| | | 3:46 p.m. | | | Defense (Lynch) re-direct of witness Harriet Slack | |
| | | 3:49 p.m. | | | Witness excused.<br>Jurors excused until 5/23/2024 at 9:15 a.m. | |
| | | 3:51 p.m. | | | Defense (Lynch) request for sanctions – re injecting the word extradition during cross-examination. Defense (Chamberlain) motion for mistrial – motion denied. Discussion re closing arguments. | |