**To:** Robison, Shane[shane.robison@hp.com]; Johnson, Andy (SCD)[andyjohnson@hp.com]
**Cc:** Humphries, Brian (SCD)[brian.humphries@hp.com]
**From:** Humphries, Brian (SCD)
**Sent:** Thur 2/10/2011 2:59:22 PM
**Importance:** Normal
**Subject:** Project Atlantis

I spoke with Ian MacLeod at Qatalyst concerning Project Atlantis. In short, it seems as though there is no formal process just yet, but one is likely to be initiated in the coming weeks. Looks like Atlantis is ready to listen to offers.

Summary as follows:

- Quattrone in contact with CEO for well over a year now
- CEO invited Quattrone for dinner end 2010
- CEO suggested, for the first time, that the world will continue to consolidate around Atlantis, that they ultimately acknowledge that they will be part of this consolidation and that they want to align to tomorrow's winners
- CEO suggested willingness to have discussions with potential suitors
- Qatalyst not formally engaged but expect to represent Atlantis
- No formal process initiated
- CEO focused on keeping things informal given UK takeover and disclosure laws
- Initial meetings "with a few" industry leaders over the coming weeks
- Positioned meetings as "get to know each other better" meetings
- Suggested CEO is out next week
- Suggested another Halo meeting by end of month and a FTF meeting thereafter
- Trying to determine if their CEO will be part of the meeting
- However, suggested only the CEO and CFO (also Board members) are aware of the dialogue
- Positioned the CFO as also playing a COO role ... even though there is an official COO
- Suggested CEO and Qatalyst are determining how to best proceed given UK takeover and disclosure laws and that Ian would reach out to me with an update on timing and process
- Indicated he is comfortable if we develop a key list of questions - may help them understand what they could answer without triggering disclosure

Brian

FOIA CONFIDENTIAL TREATMENT REQUESTED

United States District Court
Northern District of California

**Trial Exhibit 1553**

Case No:   CR 18-0577 CRB
Date Entered: _____
By:        _____
           Deputy Clerk

HP-SEC-01672970

Exh 1553-0001