| | |
|---|---|
| From: | Apotheker, Leo </O=COMPAQ/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LEOA> |
| Sent: | Tuesday, June 21, 2011 5:20 AM |
| To: | Robison, Shane <shane.robison@hp.com> |
| Subject: | RE: Lunch - confidential |

Ok

-- Sent from my HP TouchPad

On Jun 20, 2011 6:22 PM, Robison, Shane <shane.robison@hp.com> wrote:
We discussed this today as part of preparing for meetings next week. We will get good independent expert advice along with what we have been getting from the bankers. This will be interesting given that they are public and subject to very tight rules. Will keep you posted.

Shane.

**From:** Apotheker, Leo
**Sent:** Saturday, June 18, 2011 9:59 AM
**To:** Robison, Shane
**Subject:** RE: Lunch - confidential
**Sensitivity:** Confidential

Shane

Atlantis CEO wants to do the deal with HP and he believes that we are the ideal partner. The concern is an interloper that will turn the deal into a public take over battle with a chance that Atlantis would be in the wrong hands. We should work with a true specialist in local take over practices and we can count on Atlantis support to help structure this in the best possible way.

Best regards,

Léo

**From:** Robison, Shane
**Sent:** Thursday, June 16, 2011 07:10
**To:** Apotheker, Leo
**Subject:** RE: Lunch

Thanks for the note. We can discuss the plan when we get a chance to talk. We have the teams together there the last week in June for a comprehensive session....

**From:** Apotheker, Leo
**Sent:** Thursday, June 16, 2011 5:23 AM
**To:** Robison, Shane
**Subject:** Lunch

Shane

I had a very good lunch meeting with our friend.

EXHIBIT 693

CONFIDENTIAL TREATMENT REQUESTED BY LÉO APOTHEKER          LA-SEC0002358

US_FBI_E-00005209
Exh 1865-0001

Tile to put a plan together that will make our joint idea into a success without anyone being able to interloop.

Best

Léo

-- Sent from my HP TouchPad

United States District Court
Northern District of California

Trial Exhibit 1865

Case No:   CR 18-0577 CRB
Date Entered:  _____
By:   _____
         Deputy Clerk

CONFIDENTIAL TREATMENT REQUESTED BY LÉO APOTHEKER                                    LA-SEC0002359

US_FBI_E-00005210

Exh 1865-0002