Message

**From**: Robison, Shane [/O=COMPAQ/OU=CORP/CN=RECIPIENTS/CN=ROBISONS]
**Sent**: 29/06/2011 22:56:23
**To**: Apotheker, Leo [/o=Compaq/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=leoa]
**Subject**: Atlantis

Leo,

We had a REALLY good meeting today. More opportunity than I thought. They have a very good team!

Over dinner Mike had two interesting concerns/questions. One, Bill. Seems he has had a less than good experience there. I told him not to worry about that one. Second, surprisingly, what am I going to do. Am I around? Not sure what was driving that…came back to that several times…I told him not to worry!

We discussed the plan to get his shares … don't think that is a problem. We really need to get a clear answer coming out of the BOD in July. Will organize meetings between now and then to continue to build out a plan. He likes Marge and I will ask her to visit them for a session on how to position going forward.

This is our deal if we want it. Mike needs to be in a clear leadership role which I think is a GOOD thing. I would fold Vertica into this going forward and have a REAL leadership position on a combination of search and analytics. Lots of good things to discuss. They have a demo of a connected service running on a tablet that is COOL!!! I will get them a touchpad and try for a demo at the BOD.

Hope China is going well.

Cheers,
Shane.

United States District Court
Northern District of California

**Trial Exhibit 4684**

Case No:    CR 18-0577 CRB
Date Entered: _____
By: _____
                Deputy Clerk

K19/351/1

PRA000007808

EXH 4684-0001