**To:** Sushovan Hussain - Autonomy[sushovanh@autonomy.com];
**Subject:** FW: Abbott
**Sent:** Thur 6/30/2011 4:37:06 PM
**From:** Mike Sullivan

**From:** David Wilner [mailto:David.Wilner@autonomy.com]
**Sent:** Thursday, June 30, 2011 12:36 PM
**To:** Mike Sullivan
**Subject:** Abbott

Sr. Atty veto'd by GC, who says (and has said in the past) that they will 'never authorize forward-looking commitment levels.' Nothing left to be done.

Utterly ridiculous conclusion to a ridiculous process. Wish the news were better. Sorry we couldn't get this one done.

United States District Court
Northern District of California

**Trial Exhibit 1840**

Case No:   CR 18-0577 CRB
Date Entered: _____
By:   _____
Deputy Clerk

US-PWC 00001637
Exh 1840-0001