# REPORTED REVENUE VS. HARDWARE REVENUE

|  | Q1 2009 | Q2 2009 | Q3 2009 | Q4 2009 | Total 2009 |
|---|---|---|---|---|---|
| Reported revenue | $129.8m | $195.2m | $191.6m | $223.1m | $739.7m |
| Hardware revenue | - | $6.2m | $38.0m | $9.4m | $53.6m |
| Hardware revenue as a percentage of reported revenue | *0%* | *3%* | *20%* | *5%* | *7.2%* |

|  | Q1 2010 | Q2 2010 | Q3 2010 | Q4 2010 | Total 2010 |
|---|---|---|---|---|---|
| Reported revenue | $194.2m | $221.1m | $210.6m | $244.5m | $870.4m |
| Hardware revenue | $11.8m | $31.1m | $26.8m | $35.5m | $105.2m |
| Hardware revenue as a percentage of reported revenue | *6%* | *14%* | *13%* | *15%* | *12.1%* |

|  | Q1 2011 | Q2 2011 | Total H1 2011 | Total |
|---|---|---|---|---|
| Reported revenue | $219.8m | $256.3m | $476.1m | $2,086.1m |
| Hardware revenue | $20.1m | $20.8m | $41.0m | $199.8m |
| Hardware revenue as a percentage of reported revenue | *9%* | *8%* | *8.6%* | *9.6%* |

*Reference*:
Ex. 11478, Ex. 11482, Ex. 11486, Ex. 11491, Ex. 11479, Ex. 11483, Ex. 11487, Ex. 11492, Ex. 16548, Ex. 16540
Ex. 11643 (FY 2009 General Ledger), Ex. 11644 (FY 2010 General Ledger), Ex. 11645 (FY 2011 General Ledger)
Ex. 16986: *"Summary of independent expert accounting opinions of Steven Brice FCA"*