| | |
|---|---|
| To: | 'Sarin, Manish'[manish.sarin@hp.com] |
| Cc: | 'Andrew Kanter'[andrewk@autonomy.com] |
| From: | Sushovan Hussain |
| Sent: | Mon 8/1/2011 12:36:48 PM |
| Importance: | Normal |
| Subject: | RE: Tesla: Finance call on Monday |

OK

**From:** Sarin, Manish [mailto:manish.sarin@hp.com]
**Sent:** 01 August 2011 17:30
**To:** Sushovan Hussain
**Subject:** RE: Tesla: Finance call on Monday

I am listening to Mike / Peter on the products / R&D.   Can we schedule for tomorrow if possible?   Say 5pm your time?

**From:** Sushovan Hussain [mailto:sushovanh@autonomy.com]
**Sent:** Monday, August 01, 2011 9:26 AM
**To:** Sarin, Manish
**Subject:** RE: Tesla: Finance call on Monday

Hi Manish – can you please give me a quick call. I am keen to give you the guidance on your model today if possible.

**From:** Sarin, Manish [mailto:manish.sarin@hp.com]
**Sent:** 30 July 2011 23:57
**To:** sushovanh@autonomy.com
**Subject:** RE: Tesla: Finance call on Monday

Sorry, changing it back to 4:00 pm UK time.

Please use the following dial-in number.   Conference ID: 2326 386 805#

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01681290
Exh 2077-0001

**United States & Canada**

United States Toll

1-702-696-4520

United States Toll Free

1-866-409-2889

Canada Toll

1-281-913-1140

Canada Toll Free

1-877-461-1063

**LOCAL access number**

United Kingdom

0844-579-0686

United Kingdom International

+44-(0)-14525-55574

United Kingdom

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01681291
Exh 2077-0002

0808-238-0672

**From:** Sarin, Manish
**Sent:** Saturday, July 30, 2011 3:47 PM
**To:** sushovanh@autonomy.com
**Subject:** Tesla: Finance call on Monday

Sushovan –

Further to our conversation today, I'd like to confirm the Finance Overview call for Monday at 9:00 am PST / 5:00 pm UK time (changing it from 4:00 pm as discussed before).

I'd like this to be an overview call so everyone from our team can get a baseline view into your financial profile.   I will have a few people involved from our software finance organization, KPMG and potentially a representative each from the advisors.   Maybe we can discuss tomorrow (Sunday) if you have any questions.   I am reachable on my cell 415.297.3631.

Warm regards

**Manish Sarin**

Strategy & Corporate Development

Hewlett Packard Company

3000 Hanover Street, Palo Alto, CA 94304

Ph: (650) 857-4227

United States District Court
Northern District of California

**Trial Exhibit 2077**

Case No:   CR 18-0577 CRB
Date Entered: _____
 By:  _____
       Deputy Clerk

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                              HP-SEC-01681292
                                                                                                                                                        Exh 2077-0003