| | |
|---|---|
| **To:** | 'Andrew Kanter'[andrewk@autonomy.com] |
| **Cc:** | 'Mike Lynch'[mrl@autonomy.com]; 'Stephen Chamberlain'[stephenc@autonomy.com] |
| **From:** | Sushovan Hussain |
| **Sent:** | Wed 8/3/2011 7:45:41 AM |
| **Importance:** | Normal |
| **Subject:** | Copy of Top 40 Customer Analysis 2010-2011 (2).xlsx |
| | Copy of Top 40 Customer Analysis 2010-2011 (2).xlsx |

This schedules provides recognised revenue by customer for software, hosted and maintenance over the period 2010 to today.

I confirm that this schedule is to be placed in the data room after you have redacted column B.

Mike – please could you have a quick look to see if I have accurately reflected the industry against each customer.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01826986
EXH 15942-0001

**This document is produced in native format only**

United States District Court
Northern District of California

**Trial Exhibit 15942**

Case No:    CR 18-0577 CRB
Date Entered: _____
 By:  _____
            Deputy Clerk

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01826987
EXH 15942-0002

|    | Customer name            | Total      |                      |
|----|--------------------------|------------|----------------------|
| 1  | Bank of America          | 45,825,685 | Bank                 |
| 2  | JPMC                     | 22,044,315 | Bank                 |
| 3  | Citigroup                | 21,148,198 | Bank                 |
| 4  | BP                       | 20,753,576 | Energy               |
| 5  | Morgan Stanley           | 18,908,233 | Bank                 |
| 6  | Deutsche Bank            | 16,480,907 | Bank                 |
| 7  | UBS                      | 16,447,339 | Bank                 |
| 8  | MetLife                  | 15,633,730 | Insurance            |
| 9  | KPMG                     | 15,432,538 | Professional Services |
| 10 | Prisa                    | 13,971,503 | Media                |
| 11 | THS                      | 12,740,308 | Media                |
| 12 | US Dept of Veterans Affairs | 12,549,012 | US Government     |
| 13 | Amgen                    | 11,631,140 | Pharmaceutical       |
| 14 | Vatican Library          | 11,550,000 | European Government  |
| 15 | HP                       | 10,577,432 | Technology           |
| 16 | PMI                      | 10,552,640 | Tobacco              |
| 17 | Abbott Labs              | 9,924,322  | Pharmaceutical       |
| 18 | Filetek                  | 9,050,000  | Technology           |
| 19 | US DOI                   | 7,538,086  | US Government        |
| 20 | McAfee                   | 7,331,512  | Technology           |
| 21 | AT&T                     | 6,959,023  | Telecoms             |
| 22 | GCPD                     | 6,445,278  | European Government  |
| 23 | Tikit                    | 6,311,360  | Technology           |
| 24 | US Postal Service        | 6,225,666  | US Government        |
| 25 | Dell/Hyatt               | 5,600,610  | Leisure              |
| 26 | VMS                      | 5,362,650  | Technology           |
| 27 | EMC                      | 5,309,556  | Technology           |
| 28 | Public Works Canada      | 5,302,548  | US Government        |
| 29 | Freddie Mac              | 4,892,704  | US Government        |
| 30 | BNP                      | 4,732,824  | Bank                 |
| 31 | Avon                     | 4,723,901  | Pharmaceutical       |
| 32 | IBM-Metlife              | 4,593,881  | Financial services   |
| 33 | Johnson & Johnson        | 4,570,317  | Pharmaceutical       |
| 34 | FSA                      | 4,500,000  | European Government  |
| 35 | Citadel                  | 4,377,651  | Financial services   |
| 36 | Bank of Montreal         | 4,150,979  | Bank                 |
| 37 | IBM-Amex                 | 4,110,511  | Financial services   |
| 38 | Rand                     | 4,102,159  | Technology           |
| 39 | Microtech                | 4,053,492  | Technology           |
| 40 | Xcel Energy              | 4,046,272  | Energy               |