| | |
|---|---|
| **To:** | Sushovan Hussain[sushovanh@autonomy.com]; 'andrewk-autonomy.com'[andrewk@autonomy.com] |
| **Cc:** | 'Stephen Chamberlain'[stephenc@autonomy.com] |
| **From:** | Mike Lynch |
| **Sent:** | Mon 8/8/2011 6:38:01 PM |
| **Importance:** | Normal |
| **Subject:** | RE: |

ok

At 15:58 08/08/2011, Sushovan Hussain wrote:

I reviewed the spreadsheet and reconciled further. I suggest we disclose the following to Barcelona:

Taking the last 5 years, stripping down to pure OEM (i.e. excluding upsells, maintenance, Pods, proserve) and excluding OEMS Arsenal have bought (iwov, meridio, ML) we estimate the contributions below. Please note that IBM is approximately $13m and Oracle is approximately $6m.

Over $10m category:
- EMC
- HP
- IBM
- Iron Mountain
- Video Monitoring Services

Under $10m category:
- Adobe
- Bloomberg
- Computer Associates
- Dassault Systemes
- Deloitte
- Energy solutions
- Huron
- Hyland
- KPMG
- Rand
- Opentext
- Oracle
- Symantec
- Verdasys
- Xerox

Sushovan

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01827349
EXH 15965-0001

**From:** Sushovan Hussain [ mailto:sushovanh@autonomy.com]
**Sent:** 08 August 2011 00:32
**To:** 'Mike Lynch'; 'andrewk-autonomy.com'
**Subject:** RE:

I have carried out an initial analysis for the past 5 years. Unfortunately the data isn't broken down into a lot of detail on my spreadsheets. I have excluded all the smaller royalties, the upsells and PODS (there are lots of those – eg IBM upsell loads of contact centre solutions), oems that we have acquired (eg iwov, meridio, ml), maintenance and any proserve. So whilst i do not have a complete list i can say that indicatively the top OEMs are:

Over $10m category:
- IBM
- EMC
- Iron Mountain
- HP
- Video Monitoring Services

Over $5m category:
- Oracle
- Adobe
- Symantec
- KPMG
- Verdasys

Over $1m category:
- McAfee
- Computer Associates
- Energy Solutions
- Dassault Systemes
- Rand
- Deloitte
- Hyland Software
- Huron consulting
- 3 Soft
- Xerox Docushare
- Cisco


**From:** Mike Lynch [ mailto:mrl@autonomy.com]
**Sent:** 06 August 2011 21:38
**To:** andrewk-autonomy.com; sushovanh@autonomy.com
**Subject:**

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01827350
EXH 15965-0002

need for marge

list of top 20 oems
and
estimate of rev by product

Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

United States District Court
Northern District of California

**Trial Exhibit 15965**

Case No:    CR 18-0577 CRB
Date Entered: _____
 By:  _____
                Deputy Clerk