**To:** Robison, Shane[shane.robison@hp.com]
**Cc:** Johnson, Andy (Corp Dev)[andyjohnson@hp.com]
**From:** Sarin, Manish
**Sent:** Mon 8/15/2011 1:54:11 PM
**Importance:** Normal
**Subject:** Tesla: Final DD List

Shane –

Per our discussion, there are only two items outstanding on the diligence –

1. Sales pipeline call – ascertain how sales forecasting process works, pipeline to revenue conversion, historical trend vs. current Q3 forecast, current FY2011 pipeline

2. Conversation with Deloitte – per our conversation with Mike Lynch this morning, we'd get access to Deloitte for a conversation around audit process, recommendation and findings. There is some initial paperwork to be arranged and Deloitte would need to let us know (hopefully very soon) what that entails so we can take care of it.

Thanks

**Manish Sarin**

Strategy & Corporate Development

Hewlett Packard Company

3000 Hanover Street, Palo Alto, CA 94304

Ph: (650) 857-4227

Email: manish.sarin@hp.com

FOIA CONFIDENTIAL TREATMENT REQUESTED

United States District Court
Northern District of California

**Trial Exhibit 2251**

Case No: CR 18-0577 CRB
Date Entered: _____
By: _____
              Deputy Clerk

HP-SEC-01674078

Exh 2251-0001