# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: May 23, 2024                                               Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 36 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.
Defense (Lynch) Motion for a Mistrial, ECF No. 516.  Defense (Chamberlain) Joinder Motion for a Mistrial (supplementing the record). Motion Denied. The Court DENIED the defense's motion for a mistrial at this time, but GRANTED the defense's alternative relief for a curative instruction.  ECF Dkt. 516.

Witnesses Sworn: Michael Richard Lynch

Exhibits Marked and Admitted: 783, 3093, 3638, 3950, 3977, 4037, 4915, 7496, 7499, 7625, 8300, 8342, 23690, 23713.1,

Exhibits Marked: 9067 marked (Demonstrative); 9078 (Demonstrative); 9133.9 (Demonstrative); 23742 (Demonstrative); 23745 (Demonstrative)