| | |
|---|---|
| Jonathan M. Baum (SBN: 303469) **Steptoe LLP** One Market Street Steuart Tower, Suite 1070 San Francisco, CA 94105 Telephone: (510) 735-4558 jbaum@steptoe.com | Christopher J. Morvillo Celeste L.M. Koeleveld Daniel S. Silver (Admitted Pro Hac Vice) **Clifford Chance US LLP** Two Manhattan West 375 Ninth Avenue New York, NY 10019 Telephone: (212) 878-3437 christopher.morvillo@cliffordchance.com |
| Reid H. Weingarten Brian M. Heberlig Michelle L. Levin Nicholas P. Silverman Drew C. Harris (Admitted Pro Hac Vice) **Steptoe LLP** 1114 Avenue of the Americas New York, NY 10036 Telephone: (212) 506-3900 | *Attorneys for Defendant Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that the New York office of CLIFFORD CHANCE US LLP is no longer located at 31 West 52nd Street and has moved to the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York NY 10001

All telephone numbers and email addresses remain the same.

Dated: May 28, 2024                                   CLIFFORD CHANCE US LLP

_____
Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
Kylie A. McLaughlin
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
christopher.morvillo@cliffordchance.com
celeste.koeleveld@cliffordchance.com
daniel.silver@cliffordchance.com
kylie.mclaughlin@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*