UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   May 28, 2024                     Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 22 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Defense direct examination of witness – Michael Richard Lynch.
Further jury trial set for May 29, 2024 at 9:15 a.m.

The defense's motion in limine to Admit Full Audio Recording (dkt. 504) is GRANTED.

For the reasons on the record on May 22, 2024, the Court GRANTED in part and DENIED in part the government's motion to exclude summary testimony of Harriett Slack (dkt. 508).

Exhibits Marked and Admitted: 351, 1617, 3812, 4023, 4079, 4080, 4149, 5083, 5751, 5762, 6057, 7153, 8303, 8307, 8310, 10141, 11626, 17010, 14641, 17411, 23721, 23751,

Exhibit 6753 marked and admitted on 5/13/2024.

Exhibits Marked: 9064 (Demonstrative); 17562 marked (Demonstrative); 23747 (Demonstrative); 23749 (Demonstrative);

**Exhibit 9544 withdrawn** admission in error on 5/21/2024**
**Exhibit 6752 withdrawn** admission in error on 5/13/2024**