# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:  May 29, 2024                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina, Jennifer Coulthard
Time: 6 Hours and 41 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Government cross-examination of Michael R. Lynch.
Government's Motion to Strike Exhibit 9872 at ECF No. 534 -Denied.
Defense (Lynch) Rule 29 Motion to Dismiss Count 16 ECF No. 505. Motion taken under submission.
Further jury trial set for May 30, 2024 at 9:15 a.m.

Exhibits Marked and Admitted: 79, 516, 1677, 3079, 3960, 6351A, 6431, 10030, 10031, 10033, 10046, 10066, 10076,10148, 10150, 10169, 10293, 10294, 10297, 10299, 10300, 11887, 11985, 12947,12954, 12961, 12969, 16934, 17358, 17359, 17416, 17506, 17507, 17549, 17550, 17571,17532, 17533,17536. 17537, 17540, 17569, 17572, 17578, 17580, 17605, 17612,17616

Exhibits Marked: 9876, 9877, 9878, 9879, 17579 (Demonstrative); 17587 (Demonstrative); 17589 (Demonstrative)