UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Jonathan Baum <br> Daniel Silver <br> Michelle Levin <br> (Lynch) |
| **TRIAL DATE:** <br> May 29, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:44 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Government's Motion to Strike Exhibit 9872 at ECF No. 534 -Denied. | |
| | | 9:01 a.m. | | | Court adjourned | |
| | | | | | Court reconvened. All jurors present. All parties present. Government cross-examination of **Michael R. Lynch** | |
| 9872 | | | X | | Exhibit 9872 previously admitted | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 10150 | | | X | X | Exhibit 10150 marked and admitted <br> Email from HussainS to MRL re " the close - general observations " | |
| 79 | | | X | X | Exhibit 79 marked and admitted <br> Email from HussainS to LynchM re "US commercial call was poor" | |
| 10233 | | | X | | Exhibit 10233 previously admitted | |
| 3079 | | | X | X | Exhibit 3079 marked and admitted <br> Email from Mike Lynch to Sushovan Hussain, cc to Annette O'Connell re "RE: this coming week" | |
| 3072 | | | X | | Exhibit 3072 withdrawn | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 214 | | | X | | Exhibit 214 previously admitted | |
| 10066 | | | X | X | Exhibit 10066 marked and admitted<br>Email from HussainS to MRL re " bad news " | |
| 3925 | | | X | | Exhibit 3925 previously admitted | |
| 1038 | | | X | | Exhibit 1038 previously admitted | |
| 1274 | | | X | | Exhibit 1274 previously admitted | |
| 1281 | | | X | | Exhibit 1281 previously admitted | |
| 1274 | | | X | | Exhibit 1274 previously admitted | |
| 1281 | | | X | | Exhibit 1281 previously admitted | |
| 6351 | | | X | | Exhibit 6351 previously admitted | |
| 6351A | | | X | X | Exhibit 6351A marked and admitted | |
| 1677 | | | X | X | Exhibit 1677 marked and admitted<br>Email from LynchM to HussainS re low margin | |
| 17612 | | | X | X | Exhibit 17612 marked and admitted | |
| 17616 | | | X | X | Exhibit 17616 marked and admitted | |
| | | 10:19 a.m.<br><br>10:22 a.m. | | | Jurors on break.<br>Discussion re Exhibits<br>Exhibit 3072 withdrawn<br>Court in recess | |
| | | 10:43 a.m. | | | Court reconvened. Court Reporter – Rhonda Aqulina. All jurors present. All parties present. Government cross-examination of witness Michael R. Lynch | |
| 17616 | | | X | | Exhibit 17616 previously admitted | |
| 1850 | | | X | | Exhibit 1850 previously admitted | |
| 17499.2 | | | X | | Exhibit 17499.2 marked (Demonstrative) | |
| 131 | | | X | | Exhibit 131 previously admitted | |
| 10169 | | | X | X | Exhibit 10169 marked and admitted<br>Email from HussainS to KanterA re " FW: Compensation re EMC " | |
| 10030 | | | X | X | Exhibit 10030 marked and admitted<br>Email from HussainS to MRL re " reseller margins for h/w " | |
| 263 | | | X | | Exhibit 263 previously admitted | |
| 6431 | | | X | X | Exhibit 6431 marked and admitted<br>Q3 2009 2330INT 02 Interim Review Summary Memorandum | |
| 630 | | | X | | Exhibit 630 previously admitted | |
| 17578 | | | X | X | Exhibit 17578 marked and admitted | |
| 10033 | | | X | X | Exhibit 10033 marked and admitted<br>Email from HussainS to MRL re " RE: SH crib notes " | |
| 3960 | | | X | X | Exhibit 3960 marked and admitted<br>Call 09 Q3.pdf | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10046 | | | X | X | Exhibit 10046 marked and admitted<br>Email from HussainS to MRL re " revenue updates " | |
| 17587 | | | X | | Exhibit 17587 marked (Demonstrative) | |
| 11491 | | | X | | Exhibit 11491 previously admitted | |
| 12954 | | | X | X | Exhibit 12954 marked and admitted<br>Dup. 4981 | |
| 12959 | | | X | | Exhibit 12959 previously admitted | |
| 12961 | | | X | X | Exhibit 12961 marked and admitted<br>Dup. 4984 | |
| 12969 | | | X | X | Exhibit 12969 marked and admitted<br>Dup. 4995 | |
| 11665 | | | X | | Exhibit 11665 previously admitted | |
| 16971 | | | X | X | Exhibit 16971 marked and admitted<br>Email from Cynthia Watkins to Veronica Rodriguez re: Fw Filetek Payment | |
| 10076 | | | X | X | Exhibit 10076 marked and admitted<br>Email from HussainS to MRL re " off to bed " | |
| 17587 | | | X | | Exhibit 17587 previously admitted | |
| 16714 | | | X | | Exhibit 16714 previously admitted | |
| 516 | | | X | X | Exhibit 516 marked and admitted<br>Email from Hogenson re Poste One Off Deal | |
| | | 12:19 p.m.<br><br>12:20 p.m. | | | Jurors on break.<br>Court addressed the government to provide a written statement re the theory of fraud.<br>Court adjourned. | |
| | | | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Government cross-examination of witness Michael R. Lynch | |
| 17579 | | | X | | Exhibit 17579 marked (Demonstrative) | |
| 3845 | | | X | | Exhibit 3845 previously admitted | |
| 776 | | | X | | Exhibit 776 previously admitted | |
| 17537 | | | X | X | Exhibit 17537 marked and admitted | |
| 17579 | | | X | | Exhibit 17579 marked (Demonstrative) | |
| 10664 | | | X | | Exhibit 10066 previously admitted | |
| 10666 | | | X | | Exhibit 10666 previously admitted | |
| 10667 | | | X | | Exhibit 10667 previously admitted | |
| 11665 | | | X | | Exhibit 11665 previously admitted | |
| 17532 | | | X | X | Exhibit 17532 marked and admitted | |
| 644 | | | X | | Exhibit 644 previously admitted | |
| 10294 | | | X | X | Exhibit 10294 marked and admitted<br>Email from LynchM to EganS, HussainS re " " | |
| 10293 | | | X | X | Exhibit 10293 marked and admitted<br>Email from LynchM to HussainS re " Re: " | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 10295 | | | X | | Exhibit 10295 previously admitted | |
| 680 | | | X | | Exhibit 680 previously admitted | |
| 10297 | | | X | X | Exhibit 10297 marked and admitted<br>Email from LynchM to HussainS re " " | |
| 10298 | | | X | | Exhibit 10298 previously admitted | |
| 10299 | | | X | X | Exhibit 10299 marked and admitted<br>Email from LynchM to HussainS re " " | |
| 709 | | | X | | Exhibit 709 previously admitted | |
| 17579 | | | X | | Exhibit 17579 marked (Demonstrative) | |
| 17506 | | | X | X | Exhibit 17506 marked and admitted | |
| 708 | | | X | | Exhibit 708 previously admitted | |
| 707 | | | X | | Exhibit 707 previously admitted | |
| 17569 | | | X | X | Exhibit 17569 marked and admitted | |
| 10300 | | | X | X | Exhibit 10300 marked and admitted<br>Email from LynchM to HussainS re " Fwd: AUDIT PAPER " | |
| 17571 | | | X | X | Exhibit 17571 marked and admitted | |
| 737 | | | X | | Exhibit 737 previously admitted | |
| 736 | | | X | | Exhibit 736 previously admitted | |
| 2788 | | | X | | Exhibit 2788 previously admitted | |
| 17572 | | | X | X | Exhibit 17572 marked and admitted | |
| 769 | | | X | | Exhibit 769 previously admitted | |
| 17579 | | | X | | Exhibit 17579 marked (Demonstrative) | |
| 728 | | | X | | Exhibit 728 previously admitted | |
| 10031 | | | X | X | Exhibit 10031 marked and admitted<br>Email from HussainS to MRL re " RE: URGENT " | |
| 17507 | | | X | X | Exhibit 17507 marked and admitted | |
| 17358 | | | X | X | Exhibit 17358 marked and admitted | |
| 17549 | | | X | X | Exhibit 17549 marked and admitted | |
| 17359 | | | X | X | Exhibi8t 17359 marked and admitted | |
| 17550 | | | X | X | Exhibit 17550 marked and admitted | |
| 17536 | | | X | X | Exhibit 17536 marked and admitted | |
| 11985 | | | X | X | Exhibit 11985 marked and admitted<br>Email from Kanter to Goodman re key financial questions | |
| 11887 | | | X | X | Exhibit 11887 marked and admitted<br>Email from Hussain to Lynch re Latest docs 23:30 ukt Tuesday | |
| 12947 | | | X | X | Exhibit 12947 marked and admitted<br>Email from LynchM to HussainS re "Fwd: Audit Committee Note Q1'10v1" with attachement | |
| 17533 | | | X | X | Exhibit 17533 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 776 | | | X | | Exhibit 776 previously admitted | |
| | 2:35 p.m. | | | | Jurors on break. Discussion re government's cross-examination of Mr. Lynch | |
| | 2:38 p.m. | | | | Court adjourned | |
| | 3:07 p.m. | | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Government cross-examination of witness Michael R. Lynch | |
| 17580 | | | X | X | Exhibit 17580 marked and admitted | |
| 11891 | | | X | | Exhibit 11891 previously admitted | |
| 17605 | | | X | X | Exhibit 17605 marked and admitted | |
| 7974 | | | X | | Exhibit 7974 previously admitted | |
| 17411 | | | X | | Exhibit 17411 previously admitted | |
| 10094 | | | X | | Exhibit 10094 previously admitted | |
| 10475 | | | X | | Exhibit 10475 previously admitted | |
| 17416 | | | X | X | Exhibit 17416 marked and admitted | |
| 904 | | | X | | Exhibit 904 previously admitted | |
| 10527 | | | X | | Exhibit 10527 previously admitted | |
| 7974 | | | X | | Exhibit 7974 previously admitted | |
| 913 | | | X | | Exhibit 913 previously admitted | |
| 13045 | | | X | | Exhibit 13045 previously admitted | |
| 3812 | | | X | | Exhibit 3812 previously admitted | |
| 17540 | | | X | X | Exhibit 17540 marked and admitted | |
| 16934 | | | X | X | Exhibit 16934 marked and admitted | |
| 16940 | | | X | | Exhibit 16940 previously admitted | |
| 10148 | | | X | X | Exhibit 10148 marked and admitted | |
| 17217 | | | X | | Exhibit 17217 previously admitted | |
| 622 | | | X | | Exhibit 622 previously admitted | |
| 677 | | | X | | Exhibit 677 previously admitted | |
| 17589 | | | X | | Exhibit 17589 (Demonstrative) | |
| 9876　9877　9878　9879 | 3:55 p.m. | | X　X　X　X | | Jurors excused until May 30, 2024 at 9:15 p.m. Discussion re possible rebuttal witness Defense (Lynch) Rule 29 Motion to Dismiss Count 16 ECF No. 505. Motion taken under submission.  Exhibits 9876, 9877, 9878, 9879 marked | |
| | 5:02 p.m. | | | | Court adjourned until May 30, 2024 at 9:15 a.m. | |

5