UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | CASE NO. CR 18-577 CRB <br><br> STIPULATION REGARDING RACHEL CAPATA TESTIMONY <br><br> Judge: Hon. Charles R. Breyer |

The United States and Defendants Michael Richard Lynch and Stephen Keith Chamberlain hereby stipulate as follows:

1. Rachel Capata, a paralegal member of Mr. Chamberlain's defense team, conducted a search of the database of the documents that the United States produced to the defense in connection with this case for a debtor confirmation letter sent or received by MicroLink during the week of January 4, 2010, that did not include a $2.3 million transaction involving MicroLink and Autonomy. Ms. Capata determined that the database of documents contains no such debtor confirmation letter.

DATED: May 27, 2024

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

_____
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

DATED: May 27, 2024

CLIFFORD CHANCE US LLP

_____
CHRISTOPHER J. MORVILLO
Attorney for Michael Lynch

DATED: May 27, 2024

BIRD MARELLA RHOW
LINCENBERG DROOKS & NESSIM
LLP

_____
GARY S. LINCENBERG
Attorney for Stephen Chamberlain