UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 30, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:17 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government cross-examination of witness **Michael R. Lynch** | |
| 10538 | | | X | X | Exhibit 10538 marked and admitted<br>Email from KanterA, to MRL, HussainS re " RE: Tim Steer response SH draft.doc " | |
| 1727 | | | X | | Exhibit 1727 previously admitted | |
| 17511 | | | X | | Exhibit 17511 previously admitted | |
| 15726 | | | X | | Exhibit 15726 previously admitted | |
| 1788 | | | X | | Exhibit 1788 previously admitted | |
| 23745 | | | X | | Exhibit 23745 marked (Demonstrative) | |
| 10413 | | | X | X | Exhibit 10413 marked and admitted<br>Email from LynchM to BrownD re " Re: Analyst meetings update " | |
| 1154 | | | X | X | Exhibit 1154 marked and admitted<br>DB Equity Research Report on Autonomy by GeallM re "The billion dollar question; downgrade to Hold" | |
| 17608 | | | X | X | Exhibit 17608 marked and admitted | |
| 17593 | | | X | X | Exhibit 17593 marked and admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 10376 | | | X | X | Exhibit 10376 marked and admitted<br>Email from HussainS to KanterA, LynchMR re " q&as Mrl " | |
| 17583 | | | X | X | Exhibit 17583 marked and admitted | |
| 10068 | | | X | X | Exhibit 10068 marked and admitted<br>Email from HussainS to MRL re " FW: about buying vms " | |
| 17584 | | | X | X | Exhibit 17584 marked and admitted | |
| 16536 | | | X | X | Exhibit 16536 marked and admitted<br>Email from EganC to CrumbacherJ re "FW:" (Payment terms AU to VMS) | |
| 16530 | | | X | | Exhibit 16530 previously admitted | |
| 16532 | | | X | X | Exhibit 16532 marked and admitted<br>Second Amendment to Software License Agreement signed by EganC and StephensD | |
| 16533 | | | X | X | Exhibit 16533 marked and admitted<br>First Amendment to Data Licensing Agreement signed by StephensD | |
| 16538 | | | X | X | Exhibit 16538 marked and admitted<br>Email from HussainS to ChamberlainS re "RE: Help please" | |
| 17514 | | | X | X | Exhibit 17514 marked and admitted | |
| 1170 | | | X | X | Exhibit 1170 marked and admitted<br>Email from LynchM to QuattroneF re "Re: CONFIDENTIAL" | |
| 1332 | | | X | X | Exhibit 1332 marked and admitted<br>Email from HussainS to LynchM & KanterA re "RE: Follow Up" | |
| 1574 | | | X | X | Exhibit 1574 previously admitted | |
| 1588 | | | X | X | Exhibit 1588 marked and admitted<br>E-mail from QuattroneF to HussainS, Cc to LynchM re "Re: Update" | |
| 1798 | | | X | X | Exhibit 1798 marked and admitted<br>Email from QuattroneF to LynchM re "HP" | |
| 10125 | | | X | X | Exhibit 10125 marked and admitted<br>Email from ChamberlainS to KanterA et al., re " RE: Top Customers " | |
| 15942 | | | X | | Exhibit 15942 previously admitted | |
| 15947 | | | X | | Exhibit 15947 previously admitted | |
| 10131 | | | X | X | Exhibit 10131 marked and admitted<br>Email from KanterA, to MRL, HussainS re " FW: Tesla DD Questions " | |
| 17617 | | | X | X | Exhibit 17617 marked and admitted | |
| 17591 | | | X | X | Exhibit 17591 marked and admitted | |
| 9872 | | | X | | Exhibit 9812 previously admitted | |
| | | 10:30 a.m. | | | Court in recess | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:56 a.m. | | | Court reconvened. Jurors not present. Technical issues | |
| | | 11:01 a.m. | | | Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government cross-examination of witness Michael R. Lynch | |
| 10132 | | | X | X | Exhibit 10132 marked and admitted<br>Email from LynchM to HussainS, KanterA re " RE: " | |
| 10135 | | | X | X | Exhibit 10135 marked and admitted<br>Email from KanterA, to MRL, HussainS re " RE: 2010 Oem " | |
| 17585 | | | X | X | Exhibit 17585 marked and admitted | |
| 4767 | | | X | X | Exhibit 4767 marked and admitted<br>RE: Updates | |
| 10566 | | | X | | Exhibit 10566 marked and admitted<br>Email from LynchM to ApothekerL, RobisonS re " Our call " | |
| | | 11:22 a.m. | | | Defense (Lynch) re-direct of witness Michael R. Lynch | |
| | 516 | | X | | Exhibit 516 previously admitted | |
| | 3950 | | X | | Exhibit 3950 previously admitted | |
| | 17589 | | X | | Exhibit 17589 previously admitted | |
| | 17217 | | X | | Exhibit 17217 previously admitted | |
| | 17511 | | X | | Exhibit 17511 previously admitted | |
| | 1788 | | X | | Exhibit 1788 previously admitted | |
| | 17591 | | X | | Exhibit 17591 previously admitted | |
| | 17617 | | X | | Exhibit 17617 previously admitted | |
| | 9872 | | X | | Exhibit 9872 previously admitted | |
| | 6351A | | X | | Exhibit 6351A previously admitted | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 23754 | | X | X | Exhibit 23754 marked and admitted | |
| | 8300 | | X | | Exhibit 8300 previously admitted | |
| | 5073 | | X | | Exhibit 5073 previously admitted | |
| | | 12:10 p.m. | | | Government re-re cross examination of witness Michael R. Lynch | |
| 516 | | | X | | Exhibit 516 previously admitted | |
| 13030 | | | X | | Exhibit 13030 previously admitted | |
| 462 | | | X | | Exhibit 462 previously admitted | |
| 17511 | | | X | | Exhibit 17511 previously admitted | |
| 10538 | | | X | | Exhibit 10538 previously admitted | |
| | | 12:21 p.m. | | | Defense (Chamberlain) direct examination of witness Michael R. Lynch | |
| | 9714 | | X | | Exhibit 9714 previously admitted | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 12:23 p.m. |  |  | Jurors on break.<br>Court informed Stephen Chamberlain his right testify.  Defendant waived his right to testify. |  |
|  | 12:28 p.m. |  |  | All jurors present. All parties present. Stipulation read to the jurors.  Defense (Lynch ) rest.  Defense (Chambelain) rest. Government rest. |  |
|  | 12:30 p.m.<br>12:31 p.m. |  |  | Jurors excused until June 3, 2024 at 9:15 a.m.<br>Court in recess |  |
|  | 2:13 p.m.<br><br><br><br><br><br><br><br>3:46 p.m. |  |  | Court reconvened.  Court Reporter – Jennifer Coulthard. All parties present.<br>Defense Rule 29 Motion to Dismiss Count 16 at ECF No. 505 - Granted.<br>Defense Motion for Acquittal as to Count 16 at ECF No. 505 – Granted.<br>Charging Conference held.<br>The Court will place time limits on closing arguments.<br>Court adjourned until June 3, 2024 at 9:15 a.m. |  |