IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH,<br><br>  Defendant. | Case No. 18-cr-00577-CRB-1<br><br>**ORDER RE: ARGUMENT** |

The parties are advised that each side will be permitted 4 hours to make their closing argument. The schedule will be as follows: each side will argue for up to 2.5 hours on Monday, June 3, and each side will argue for up to 1.5 hours on Tuesday, June 4.

**IT IS SO ORDERED.**

Dated: May 31, 2024

CHARLES R. BREYER
United States District Judge