UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:  June 3, 2024　　　　　　　　　　　　　　　Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 13 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
　　　　　　　USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott


PROCEEDINGS

Jury trial held. Government Closings.  Defense Closings. Further jury trial set for June 4, 2024 at 9:15 a.m.

Exhibits Marked and Admitted:
3/26/2024 – 725; 5/20/2024 – 9540; 5/20/2024 – 9875; 5/20/2024 – 9874; 5/20/2024 – 9105; 5/20/2024 – 9872; 5/20/2024 – 9872.1; 5/20/2024 – 12001; 5/21/2024 – 5444; 5/29/2024 – 16971

Exhibits Withdrawn: 5/20/2024 – 10717; 5/20/2024 – 17484; 5/20/2024 – 17485

Correction to Exhibit Numbers:
3/28/2024 – 39553 – should be 3953;
4/24/2024 – 6425A – should be 6245A
5/20/24 – 17497 – should be 17497, pg. 5