# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date:  June 4, 2024                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 3 Hours and 30 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:   USA v. Michael Richard Lynch
                    USA v. Stephen Keith Chamberlain


Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver,
Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott


### PROCEEDINGS

Jury trial held.  Defense Closing.  Government Rebuttal Closing. Jurors begin deliberations.
Further jury trial set for June 5, 2024 at 9:00 a.m.