UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
          USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Jonathan Baum <br> Daniel Silver <br> Michelle Levin <br> (Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| June 5, 2024 | Rhonda Aquilina <br> Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 a.m. | | | Judge cried-in. Jurors not present. All parties present. Discussion re Jury Note 3. <br> Parties stipulate to providing hard copies of exhibits to the jurors: 428, 1352, 1512, 1531, 1727, 1788, 2023, 2130, 2146, 2412, 2414 and 17504. | |
| | | 9:12 a.m. | | | Court Recess <br> Jurors began deliberations at 9:15 a.m. | |
| | | 9:19 a.m. | | | Court reconvened. The parties stipulate to the proposed language in response to Jury Note #3. | |
| | | 9:24 a.m. | | | Court in recess | |
| | | 4:00 p.m. | | | Further jury trial set for 6/6/2024 at 8:45 a.m. Jurors will return on 6/6/2024 for deliberations. | |

1