# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:   June 6, 2024                                  Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 28 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  <u>USA v. Michael Richard Lynch</u>
            <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Jurors deliberating.  The jurors reached a unanimous verdict.  The defendants were found not guilty on Counts One through Fifteen. The Court modified conditions of Pretrial Release for Michael R. Lynch – The Court removed all conditions imposed as follows – no contact with co-defendant, change of residence, location restrictions, location monitoring, reside in San Francisco, private security and 24/7 surveillance, travel documents. The passport and all travel documents shall be returned.  Defendant no longer subject to Pretrial Supervision. Counsel shall brief Charge 17. Hearing set for June 21, 2024 at 10:00 a.m. by Zoom.