UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: USA v. Michael Richard Lynch
USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>June 6, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:47 a.m. | | | Judge cried-in. Jurors not present. All parties present. Discussion re Jury Note Number 5 & Jury Note Number 6. | |
| | | 9:13 a.m. | | | Court in recess | |
| | | 11:51 a.m. | | | Court reconvened. All parties present. Jury Note 7. | |
| | | 11:52 a.m. | | | All jurors present | |
| | | 11:53 a.m. | | | Jury verdict read. The jurors reached a unanimous verdict. The defendants were found not guilty on Counts One through Fifteen. | |
| | | 11:56 a.m. | | | The Court thanked and excused the jurors. | |
| | | 11:57 a.m. | | | Court in recess until 3:00 p.m. | |
| | | 3:00 p.m. | | | Court reconvened. The jurors reached a unanimous verdict. The defendants were found not guilty on Counts One through Fifteen. The Court modified conditions of Pretrial Release for Michael R. Lynch – The Court removed all conditions imposed as follows – no contact with co-defendant, not change of residence or telephone, location restrictions, resident restrictions, location monitoring by GPS, reside in San Francisco, confinement to an address in the City and County of SF, private security on a 24 hour basis, | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3:08 p.m. | | | video surveillance. The passport and all travel documents shall be returned.  Mr. Lynch no longer subject to Pretrial Services Supervision. The Court modified conditions of Pretrial Release for Stephen M. Chamberlain – The Court removed all conditions imposed as follows – Defendant no longer subject to Pretrial Services Supervision and there are no travel restrictions.<br>Counsel shall brief Charge 17. Hearing set for June 21, 2024 at 10:00 a.m. by Zoom.<br>Court adjourned | |

2