# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 1

Date: 3/29/2024

Time: 8:56 a.m.

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

Please re-state what each defendant is charged with

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

<u>NOTE FROM THE JURY</u>

Note No. **2**

Date: **May 21, 2024**

Time:

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

Juror number 4 has a flight booked the 18th of June (2024).

Juror number 6 has a flight booked the 19th June to Florida to join a Cruise 22nd June.

Juror #2 has a flight booked June 22nd

Juror #10 has a flight booked June 14th

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

<u>NOTE FROM THE JURY</u>

Note No. 3

Date: JUNE 4, 2024

Time: 3:33 PM

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury has the following question:

Could we have paper copies of the wires associated with the counts? Additionally, the 2009 + 2010 year end report?

Laura Masgula

Jon M. Mayeh

Jack Ricci

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 3

Date: JUNE 4, 2024

Time: 3:33 PM

1. The Jury has reached a unanimous verdict (     )

or

2. The Jury has the following question:

Could we have paper copies of the wires associated with the counts? Additionally, the 2009 + 2010 year end report? We are sending back paper copies of the wires associated with Counts 2, 3, 6, 7, 8, 13, 14 and 15. With respect to Counts 4 and 5, the wires alleged are video conferences. There is a stipulation with respect to Counts 9, 10, 11, and 12.

Laura Masgula
Jon M. Magsh

Jack Ricci
Jon me.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

<u>NOTE FROM THE JURY</u>

Note No. 4

Date: 6/5/24

Time: 11:15 PM

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

We understand we will not have transcripts available, but will it be possible at any point to have bits of specific testimony read back to us by the court by request?

Michael Bogdanov

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 4

Date: 6/5/24

Time: 11:15 PM

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

We understand we will not have transcripts available, but will it be possible at any point to have bits of specific testimony read back to us by the court by request?

Yes -

*[signature]*

*Michael Bogdanov*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 5

Date: 6/5/24

Time: 3:45 PM

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

Can we please have exhibit numbers ~~[struck through]~~ that will help us assess the below:

- Any preparations between senior management for Q3 09, FY09, Q1 2010 earnings calls
- Deloitte work papers & audit reports for the same quarters
- Earnings call transcripts for same quarters
- Quarterly earnings press releases for those quarters ~~[struck]~~
- Communications to/from Autonomy senior management on sales & Marketing (Q3 (Q4 09)) → costs, ~~[struck]~~ SPE, HW inventory (Q1 '10)
- ~~[line struck through]~~
- Deals involving hardware in Q1 2010 - whether ultimately recognized or not.

~~[struck]~~ Sorry for volume of request, understand will take time. Hope it's a valid request! Would help if categorized by the above.

Michael Bogdanov

For the request "Deloitte audit reports for the same quarters," please see:

Q3 2009 – 271

Q4 2009 – 583

Q1 2010 - 769

For the request relating to "[e]arnings call transcripts for same quarters," please see:

Ex. 291 (Q3 2009)

Ex. 592 (Q4 2009)

Ex. 776 (Q1 2010)

For the request relating to "[q]uarterly earnings press releases for those quarters," please see:

Ex. 289 (Q3 2009)

Ex. 11491 (Q4 2009)

Ex. 11479 (Q1 2010)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 6

Date: 6/5/24

Time: 3:45 PM

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury has the following question:

Tomorrow at some point, can we have testimony re-read to us on the below:

- Any Joel Scott testimony relating to JP Morgan Chase, hardware, EMC, Sales & Marketing costs (& related ex. nos)
- Any Mike Lynch testimony relating to quick start programs, EMC, Sales & Marketing (& related ex. nos)

Thanks!

Michael Bogdanov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JUDGE CHARLES R. BREYER**
Case No.CR18-0577-1,2 CRB
USA v. Michael R. Lynch and Stephen K. Chamberlain

### NOTE FROM THE JURY

Note No. 7

Date: 6/6/24

Time: 11:30 AM

1. The Jury has reached a unanimous verdict ( ✓ )

or          *Will Fuller* [signature]

2. The Jury has the following question: