IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL RICHARD LYNCH,<br>STEPHEN KEITH CHAMBERLAIN<br><br>        Defendant. | Case No. 18-cr-577-CRB<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

The Court hereby modifies the conditions of pretrial release for Defendants Michael Richard Lynch and Stephen Keith Chamberlain as follows.

For Defendant Lynch, the following conditions shall be removed:

- Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services
- Defendant must surrender all passports and other travel documents to Pretrial Services and must not apply for other passports or travel documents
- Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel
- Defendant must not change residence or telephone number without prior approval of Pretrial Services
- Defendant must comply with the specified location restrictions
- Defendant must submit to location monitoring by GPS
- Defendant shall be confined to an address in the city and county of San Francisco

- Defendant shall be guarded on a 24-hour basis by a private security company at Defendant's expense
- Defendant shall surrender all travel documents of any kind whatsoever. Defendant shall not apply for or otherwise obtain any new travel documents.
- Defendant shall be subject to strict supervision by Pretrial Services

See Lynch Conditions of Release (dkt. 157) at 1–3.  Defendant Lynch's passport and all other travel documents shall be immediately returned to him.

For Defendant Chamberlain, the following condition shall be removed:

- Defendant cannot travel to another country that does not have an extradition treaty with the United States

See Chamberlain Conditions of Release (dkt. 14) at 1.

**IT IS SO ORDERED.**

Dated: June 6, 2024

_____
CHARLES R. BREYER
United States District Judge