**FILED**

Jun 06 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 18-CR-577-CRB |
| Plaintiff, | ) VERDICT FORM |
| v. | ) |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | ) |
| Defendants. | ) |

---

### COUNT ONE:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | ✓ |
| STEPHEN KEITH CHAMBERLAIN | _____ | ✓ |

of the charge of Conspiracy to Commit Wire Fraud, as set forth in Count One.

1

**COUNT TWO:  18 U.S.C. § 1343 (Wire Fraud)**

2   We, the jury in the above-entitled case, unanimously find the defendant listed below:

3                                                         GUILTY        NOT GUILTY

4   MICHAEL RICHARD LYNCH                 _____        ✓

5   STEPHEN KEITH CHAMBERLAIN        _____        ✓

6   of the charge of Wire Fraud, as set forth in Count Two, as to an email from J.S. in the Northern District

7   of California to S.C. on or about January 26, 2011 regarding "FW: autn_boa."

8

9

**COUNT THREE:  18 U.S.C. § 1343 (Wire Fraud)**

10   We, the jury in the above-entitled case, unanimously find the defendant listed below:

11                                                         GUILTY        NOT GUILTY

12   MICHAEL RICHARD LYNCH                 _____        ✓

13   STEPHEN KEITH CHAMBERLAIN        _____        ✓

14   of the charge of Wire Fraud, as set forth in Count Three, as to a press release titled "Autonomy

15   Corporation plc Announces Results for the Year Ended December 31, 2010," distributed from

16   Cambridge, England, to the Northern District of California on or about February 1, 2011.

17

18

**COUNT FOUR:  18 U.S.C. § 1343 (Wire Fraud)**

19   We, the jury in the above-entitled case, unanimously find the defendant listed below:

20                                                         GUILTY        NOT GUILTY

21   MICHAEL RICHARD LYNCH                 _____        ✓

22   STEPHEN KEITH CHAMBERLAIN        _____        ✓

23   of the charge of Wire Fraud, as set forth in Count Four, as to a video conference involving participants

24   in Palo Alto, California, and the United Kingdom on or about February 3, 2011.

25

26

27

28

1

**COUNT FIVE:  18 U.S.C. § 1343 (Wire Fraud)**

2   We, the jury in the above-entitled case, unanimously find the defendant listed below:

3                                                  GUILTY        NOT GUILTY

4   MICHAEL RICHARD LYNCH              _____      ___✓___

5   STEPHEN KEITH CHAMBERLAIN      _____      ___✓___

6   of the charge of Wire Fraud, as set forth in Count Five, as to a video conference involving participants in

7   Palo Alto, California, and the United Kingdom on or about March 4, 2011.

8

9   **COUNT SIX:  18 U.S.C. § 1343 (Wire Fraud)**

10   We, the jury in the above-entitled case, unanimously find the defendant listed below:

11                                                  GUILTY        NOT GUILTY

12   MICHAEL RICHARD LYNCH              _____      ___✓___

13   STEPHEN KEITH CHAMBERLAIN      _____      ___✓___

14   of the charge of Wire Fraud, as set forth in Count Six, as to an email from M.H. to S.E. in the Northern

15   District of California dated April 4, 2011 regarding "Prisa VAR."

16

17   **COUNT SEVEN:  18 U.S.C. § 1343 (Wire Fraud)**

18   We, the jury in the above-entitled case, unanimously find the defendant listed below:

19                                                  GUILTY        NOT GUILTY

20   MICHAEL RICHARD LYNCH              _____      ___✓___

21   STEPHEN KEITH CHAMBERLAIN      _____      ___✓___

22   of the charge of Wire Fraud, as set forth in Count Seven, as to a press release titled "Autonomy

23   Corporation plc Trading Update for the Quarter Ended March 31, 2011," distributed from the United

24   Kingdom to the Northern District of California on or about April 21, 2011.

25

26

27

28

**COUNT EIGHT:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | ✓ |
| STEPHEN KEITH CHAMBERLAIN | _____ | ✓ |

of the charge of Wire Fraud, as set forth in Count Eight, as to a press release titled "Autonomy Corporation plc Announces Interim Results for the Six Months Ended June 30, 2011," distributed from the United Kingdom to the Northern District of California on or about July 27, 2011.

**COUNT NINE:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | ✓ |
| STEPHEN KEITH CHAMBERLAIN | _____ | ✓ |

of the charge of Wire Fraud, as set forth in Count Nine, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 1, 2011.

**COUNT TEN:  18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | ✓ |
| STEPHEN KEITH CHAMBERLAIN | _____ | ✓ |

of the charge of Wire Fraud, as set forth in Count Ten, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 2, 2011.

1

<u>**COUNT ELEVEN:  18 U.S.C. § 1343 (Wire Fraud)**</u>

2

We, the jury in the above-entitled case, unanimously find the defendant listed below:

3

|  | GUILTY | NOT GUILTY |
|---|---|---|

4

MICHAEL RICHARD LYNCH          _____     ✓

5

STEPHEN KEITH CHAMBERLAIN     _____     ✓

6 of the charge of Wire Fraud, as set forth in Count Eleven, as to a conference call to United States toll

7 free number (866) 409-2889 by multiple numbers in the Northern District of California and United

8 Kingdom on or about August 3, 2011.

9

10

<u>**COUNT TWELVE:  18 U.S.C. § 1343 (Wire Fraud)**</u>

11

We, the jury in the above-entitled case, unanimously find the defendant listed below:

12

|  | GUILTY | NOT GUILTY |
|---|---|---|

13

MICHAEL RICHARD LYNCH          _____     ✓

14

STEPHEN KEITH CHAMBERLAIN     _____     ✓

15 of the charge of Wire Fraud, as set forth in Count Twelve, as to a conference call to United States toll

16 free number (866) 409-2889 by multiple numbers in the Northern District of California and United

17 Kingdom on or about August 4, 2011.

18

19

<u>**COUNT THIRTEEN:  18 U.S.C. § 1343 (Wire Fraud)**</u>

20

We, the jury in the above-entitled case, unanimously find the defendant listed below:

21

|  | GUILTY | NOT GUILTY |
|---|---|---|

22

MICHAEL RICHARD LYNCH          _____     ✓

23

STEPHEN KEITH CHAMBERLAIN     _____     ✓

24 of the charge of Wire Fraud, as set forth in Count Thirteen, as to an email from A.H. in the United

25 Kingdom to F.M. and others in the Northern District of California regarding "Project Daniel 1Room"

26 attaching "Data Room Updates 509381013.4DOC" on or about August 4, 2011.

27

28

1    **COUNT FOURTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

2      We, the jury in the above-entitled case, unanimously find the defendant listed below:

3                 GUILTY  NOT GUILTY

4     MICHAEL RICHARD LYNCH    _____   ✓\_\_\_\_\_

5     STEPHEN KEITH CHAMBERLAIN _____   ✓\_\_\_\_\_

6    of the charge of Wire Fraud, as set forth in Count Fourteen, as to an email from A.K. to M.S. and others

7    in the Northern District of California regarding "RE: Tesla: Updated Legal DD Questions" on or about

8    August 4, 2011.

9

10     **COUNT FIFTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

11     We, the jury in the above-entitled case, unanimously find the defendant listed below:

12                GUILTY  NOT GUILTY

13    MICHAEL RICHARD LYNCH    _____   ✓\_\_\_\_\_

14    STEPHEN KEITH CHAMBERLAIN _____   ✓\_\_\_\_\_

15   of the charge of Wire Fraud, as set forth in Count Fifteen, as to an emailed letter from Capita Registrars

16   in the United Kingdom to M.S. and A.J. in the Northern District of California, requesting payments of

17   £5,445,493,678.35 and £24,065,825.50.

18

19   DATED: __6/6/24__

20               *Will Tyler*

21             FOREPERSON

22

23

24

25

26

27

28