IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL RICHARD LYNCH<br>STEPHEN KEITH CHAMBERLAIN,<br><br>          Defendants. | Case No. 18-cr-00577-CRB-1<br><br>**ORDER DENYING VARIOUS MOTIONS AS MOOT** |

After a 12-week criminal trial, a jury found Defendants Michael Richard Lynch and Stephen Keith Chamberlain not guilty on all counts. See Jury Verdict (dkt. 562). The Court now rules on various outstanding motions, denying each as moot.

### I.   HP'S MOTION TO QUASH

During the trial, the Court ruled that Christopher Yelland could not testify about the ASL Restatement because the Government did not designate him as an expert, and—as became clear by the Government's offer of proof (dkt. 425)—any attempt to give meaning to the Restatement would necessarily implicate accounting expertise. The Government therefore did not call him as a witness in its case-in-chief.

Lynch's Rule 17 subpoena, which HP moved to quash, was premised on a need for documents related to the Restatement to use in the cross-examination of Christopher Yelland. See Mot. to Quash (dkt. 391); Subpoena (dkt. 391-1). Because Christopher Yelland did not testify, Lynch's subpoena did not need to be enforced. HP's motion to quash is therefore DENIED as moot.

## II.   MOTION TO EXCLUDE EXPERT TESTIMONY

The government moved to exclude the testimony of defense expert John Levitske. See Mot. (dkt. 453). Because the Defendants did not call John Levitske as a witness, the Court never ruled on the government's motion. The Court now DENIES the motion as moot.

## III.   RULE 29 MOTION

Defendant Chamberlain filed a Motion for Judgment of Acquittal Under Rule 29. See Rule 29 Mot. (dkt. 523).[1] In light of the jury's not guilty verdict, the Court DENIES Chamberlain's Rule 29 motion as moot.

## IV.   COUNT 17 MOTIONS

After the verdict, the government moved for leave to dismiss Count 17 of the superseding indictment. See Notice of Dismissal (dkt. 574); see also Superseding Indictment (dkt. 21). The Court thereafter granted leave. See Order (dkt. 575). Accordingly, the Defendants' motions to dismiss Count 17 are DENIED as moot. See Mot. to Dismiss Count 17 (dkt. 219); Joinder (dkt. 222).

**IT IS SO ORDERED.**

Dated: June 17, 2024

_____
CHARLES R. BREYER
United States District Judge

---

[1] This filing corrected Chamberlain's earlier-filed Rule 29 motion. See Dkt. 522.

2